**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | | |
|---|---|---|
| **RICHARD JOHNSON,** | ) | |
| | ) | ***Electronically Filed*** |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **LANTECH'S** |
| **LANTECH.COM, LLC** | ) | **MOTION TO DISMISS** |
| **d/b/a LANTECH, INC., et al.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \*

Defendant, Lantech.com, LLC ("Lantech"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b), moves this Court to dismiss all of Plaintiff's claims against Lantech for reasons addressed in the accompanying brief, as well as Plaintiff's requests for a jury trial and compensatory, consequential, and incidental damages, which fail as a matter of law. Grounds in support of this Motion are set forth in the memorandum in support filed contemporaneously herewith.

Respectfully submitted,

*/s/ John O. Sheller*
John O. Sheller
Zachary J. Rigg
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202
Phone: (502) 333-6000
john.sheller@skofirm.com
zachary.rigg@skofirm.com

*Counsel for Defendant
Lantech.com, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 4th day of January, 2023, I served the foregoing via the Court's CM/ECF electronic filing system, which will send email notification to the following:

Kevan M. Doran
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, Kentucky 40220
Phone: (502) 208-4971
[kdoran@thedoranlawoffice.com](mailto:kdoran@thedoranlawoffice.com)
*Counsel for Plaintiff,*
*Richard Johnson*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Phone: (214) 579-9319
[iwana@rademaekerslaw.com](mailto:iwana@rademaekerslaw.com)
*Counsel for Defendant, The Lincoln National*
*Life Insurance Company f/k/a Lincoln Life*
*Assurance Company of Boston*

*/s/ John O. Sheller*
*Counsel for Defendant*
*Lantech.com, LLC*

2