**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

|  |  |  |
|---|---|---|
| **RICHARD JOHNSON,** | ) | |
| | ) | ***Electronically Filed*** |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LANTECH.COM, LLC** | ) | |
| **d/b/a LANTECH, INC., et al.,** | ) | |
| **,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |
| | ) | |

**<u>ORDER</u>**

This matter comes before the Court on Defendant, Lantech.com, LLC's ("Lantech") Motion to Dismiss. The Court, having considered the memoranda of the parties and being otherwise sufficiently advised, concludes that Plaintiff's claims must be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that Lantech's Motion to Dismiss is GRANTED, and all claims made by Plaintiff against Lantech are DISMISSED with prejudice.

Tendered by:


*/s/John O. Sheller*
John O. Sheller
Zachary J. Rigg
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Phone: (502) 333-6000
john.sheller@skofirm.com
zachary.rigg@skofirm.com

*Counsel for Defendant,*
*Lantech.com, LLC*