**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **RICHARD JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL** |
| **v.** | ) |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON;** | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY; and** | ) |
| **LANTECH.COM, LLC** | ) |
| **d/b/a LANTECH, INC.** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER GRANTING LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND THE LINCOLN NATIONAL LIFE INSRUANCE COMPANY'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT

On this day, the Court considered the Motion to Partially Dismiss Plaintiff's Complaint filed by Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6).  Having considered the Motion, and after review of Plaintiff's Complaint, Plaintiff's Response to Defendants' Motion, and the applicable law, the Court is of the opinion that Defendants' Motion should be **GRANTED**.  It is, therefore,

**ORDERED** that Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company's Motion to Partially Dismiss is hereby **GRANTED**.  It is, therefore, also

**ORDERED** that Plaintiff's claim against Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company shall proceed as a claim pursuant

to 29 U.S.C. § 1132(a)(1)(B), and Plaintiff's state law causes of action against Lincoln contained in Counts Two, Four, and Five of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE.**

**ORDERED** that Plaintiff's jury demand is hereby stricken.