**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

RICHARD JOHNSON,                              )
                                             )        *Electronically Filed*
            PLAINTIFF,                        )
                                             )
v.                                            )
                                             )
LINCOLN LIFE ASSURANCE COMPANY OF )
BOSTON, ET AL.                                )
                                             )
            DEFENDANTS.                       )
                                             )
                                             )
_____ )

## ORDER

This matter having come before the Court on Defendant Lantech.com, LLC's Motion to Dismiss. The Court having considered the memoranda and arguments of the parties and being otherwise sufficiently advised, concludes that Plaintiff's Complaint sets forth legally cognizable claims against Defendant Lantech.com, LLC which are not subject to dismissal.

Accordingly, IT IS HEREBY ORDERED that Defendant Lantech.com, LLC's Motion to Dismiss is DENIED.

Respectfully tendered by:


*/s/* Kevan M. Doran
Kevan M. Doran
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, Kentucky 40220
Phone: (502) 208-4971
Fax: (502) 618-0605
kdoran@thedoranlawoffice.com
*Attorney for Plaintiff*
*Richard Johnson*