# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL

RICHARD JOHNSON,              )
                                 )
         PLAINTIFF,       )
                                 )
v.                               )
                                 )
LANTECH.COM, LLC       )
d/b/a LANTECH, INC., et al.,   )
                                 )
         DEFENDANTS.    )
                                 )

*Electronically Filed*

## AFFIDAVIT OF GINA MCINTIOSH

\* \*\* \*\*\* \*\*\*

The Affiant, Gina McIntosh, after first being duly sworn, states as follows:

1.     My name is Gina McIntosh. I am over twenty-one (21) years of age and am of sound mind. The testimony provided within this Affidavit is based on my personal knowledge.

2.     I am currently employed as Director of Operations for Lantech.com, LLC d/b/a Lantech, Inc. ("Lantech").

3.     As Lantech's Director of Operations, I was involved in the decision to offer Plaintiff, Richard Johnson, the option of either taking a new position as a Research Project Specialist or taking a severance payment and early retirement.

4.     I have worked for Lantech for __43__ years and have been in my current role for approximately __13__ years.

5.     In my role as Director of Operations, I have access to and have reviewed records relating to the Plaintiff, Richard Johnson's, employment with Lantech. These records were made

1

and kept by Lantech in the regular course of business, and I have reviewed them to ensure they are complete and accurate.

6.    The business records are maintained by Lantech and were made at or near the time by persons with knowledge of the information reflected in such records.

7.    In connection with making this affidavit, I have personally examined Lantech's business records relating to the above-styled action.

8.    A true, accurate, and complete copy of the February 13, 2017 Letter and attached Release Agreement sent to Mr. Johnson is attached as **Exhibit 1**.

9.    A true, accurate, and complete copy of my February 21, 2017 Email to Mr. Johnson is attached as **Exhibit 2**.

10.    A true, accurate, and complete copy of a list of talking points to discuss with Mr. Johnson and a list of facts relating to Mr. Johnson's employment are attached as **Exhibit 3**.

11.    A true, accurate, and complete copy of Becky Norris's July 24, 2017 Email to me and three other Lantech employees with information of Mr. Johnson's payroll change and severance package is attached as **Exhibit 4**.

12.    A true, accurate, and complete copy of the signed Release Agreement entered into by Mr. Johnson and Lantech on March 1, 2017, is attached as **Exhibit 5**.

I swear or affirm under penalties for perjury that the foregoing facts are true. Further Affiant sayeth naught.

_____
GINA MCINTOSH

COMMONWEALTH OF KENTUCKY    )
                           )
COUNTY OF _Jefferson_       )

Subscribed, sworn to, and acknowledged before me by Gina McIntosh on this the _____

day of _March_____, 2023.

My Commission Expires: _12_/_21_/_2023_

_____
NOTARY PUBLIC
KY 635999

3