# Exhibit 2

## Becky Norris

| | |
|---|---|
| **From:** | Gina McIntosh |
| **Sent:** | Wednesday, May 10, 2017 3:01 PM |
| **To:** | Becky Norris |
| **Subject:** | FW: Follow-up on Questions |

**Gina McIntosh**
Director of Operations
Lantech
502-815-9053

**From:** Gina McIntosh
**Sent:** Tuesday, February 21, 2017 9:07 AM
**To:** Richard Johnson <RichardJ@Lantech.com>
**Subject:** Follow-up on Questions

Hi Richard,
It was good to talk with you yesterday and hear that you recovery is progressing. Sorry for the delay, I was waiting on the COBRA quote for Vision. It came in overnight. Please see below for follow-up to your questions.

1. Cobra Rates?
   A. *Medical – Single HSA ($549.44 per month)*

   B. *Dental – Single + 1 ($22.43 per month)*

2. Can I change plans? *No, only during open enrollment can plans be changed.*
3. Is there COBRA for Vision ? *Yes. You have single vison coverage, the cobra cost will be $.94 per month.*
4. How long do I have for Cobra? *18 mos.*
5. When will the short-term disability run out? *When you are released by the doctor- paperwork indicates return to work May 15th. That is when you would come off our payroll and the severance package would be paid out. Or if you chose to resign prior to your release, the severance package pay-out could be made after the 7 day waiting period after your acceptance, and that date would be the date you are no longer on the payroll and short-disability would end.*

Please let me know if you have any additional questions. I hope your recovery continues to progress.
Gina

**Gina McIntosh**
Director of Operations
Lantech
502-815-9053

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.