# Exhibit 3

**Richard talking points**

- We have been talking about a Reorganization in Product Development for a while. We wanted to give you the opportunity to think about this while you are out.  We are offering you a new position as Research Project Specialist.

  This new position you will be responsible for scoping and driving projects as an individual Contributor and the salary for this position will be $75, 100.

- You have the option of taking severance and early retirement instead of this new position.  We are working on the numbers and will be sending you some documentation related to this offer next week.

- We will need a decision by March 1st.  Your choices are to accept this new position at new rate or to take the severance and early retirement.  The severance package will only be offered through March 1st.  If you decide to take the new position, the severance package will not be available in the future.

- Do not disclose this information to other associates at Lantech.  Other associates are being affected by the reorganization and there will be communication to them. We want the other affected associates to be told by leadership. We are telling you today so that you would not be surprised by the offer while you are out.

- You can expect to get a package from us next week with more details related to a severance offer.  We will need an answer by March 1st.

- If you have any questions, please contact Gina McIntosh.

**Facts related to R Johnson**

Birthdate 10/9/55

Eligible for Medicare  10/9/2020  (short about 43 months)

Hired 8/22/81

Has been here 35 full years

Eligible for 29 weeks of severance (2 weeks first year)

Annual pay rate  $92, 137

Weekly rate        $ 1,772

36.5 weeks         $64,678

5 weeks vacation  $ 8,860

Estimated net pay at 70%  =  $51,500

With elimination of position would be eligible for up to 26 weeks of unemployment

Maximum current weekly payment $415 a week

Current Lantech Medical Coverage – Single HSA          Cobra rate 549.44 a month

Current Dental Coverage – Single + 1 Premium           Cobra rate  22.43 a month

Retirement ? ③ Vision on Cobra →                         ① Choice on plans
                                                         ② Term ?

## Retirement

You have earned enough credits to qualify for retirement benefits. At your current earnings rate, your estimated payment would be:

At full retirement age (66 and 8 months):                **$2,678 a month**

At age 70:                                               **$3,401 a month**

At early retirement age (62):                            **$1,895 a month**

④ - Short Term Disability -
Until Release from Dr