# Exhibit 4

## Becky Norris

| | |
|---|---|
| **From:** | Becky Norris |
| **Sent:** | Monday, July 24, 2017 4:41 PM |
| **To:** | Josh Kiper; Gina McIntosh; Eve Hopper; Cheakita Webster |
| **Subject:** | PCN-Richard Johnson |

### PAYROLL CHANGE NOTIFICATION

| | |
|---|---|
| **NAME** | Richard Johnson |
| **EFFECTIVE DATE** | 7/30/2017 |
| **Position Title from:** | Chief Engineer |
| **New Position Title** | |
| **GROUP/DEPT** | 5    61 |
| **REASON** | separated/retirement |
| **ECS CODE/LEVEL** | |
| **PAY FREQUENCY** | semi |
| **PAY STATUS** | FT |
| **EXEMPT/NONEXEMPT** | |
| **MIDPOINT** | |
| MIN | $    - |
| MAX | $    - |
| **ANNUAL SALARY** | |
| SEMI MONTHLY | $    - |
| HOURLY | $    - |
| % OF MIDPOINT | #DIV/0! |
| **TEAM LEADER** | Josh Kiper |

Richard has been out for a 6 month period and exhausted all short term disability benefit. He has chosen to retire and will be due the agreed upon severance package that is documented in his severance agreement. Please pay out any unused vacation also with his final paycheck.

**Becky Norris**
Human Resource Generalist
Lantech

