# Exhibit 5

## RELEASE AGREEMENT

This Release Agreement is entered into by and between Richard Johnson ("Associate") and Lantech.com (the "Company"). The Associate acknowledges the receipt of said amount, which is severance pay that Associate is not, otherwise entitled to receive.

Per this severance agreement, $90,500.00 (Ninety thousand five hundred and 00/100 dollars), less appropriate federal and state taxes will be paid to Richard Johnson in a lump sum payment.

Associate and Lantech agree that the severance payment will not be paid until associate has been released to full duty or the first paycheck after May 15th, whichever comes first.

In consideration of this payment, Associate hereby settles, waives, releases, and discharges any and all claims, demands, actions or causes of actions, known and unknown, which Associate has or may have or could claim to have, as of the date of this Agreement, against the company, its subsidiaries, affiliates, directors, officers, shareholders, agents or associates including but not limited to the Age Discrimination in Employment Act, as amended to include the Older Workers Benefit Protection Act.

Associate expressly acknowledges that the above payment includes consideration for the settlement, waiver, release and discharge of any and all claims or actions arising from Associate's employment, the terms and conditions of Associate's employment or termination of employment discrimination under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, Rehabilitation Act of 1973, Family Medical Leave Act, Americans with Disabilities Act, as amended, or similar state laws, claims or wrongful termination or any claim arising under express or implied contract, tort, public policy, common law or any federal, state or local statute, ordinance, regulation or constitutional provision.

Associate recognizes that by signing this Release Agreement, Associate may be giving up some claim, demand or cause of action, which Associate now has or may have but which is unknown to Associate. Associate also agrees and recognizes that he/she is not guaranteed to be re-employed by Lantech, in the future. Furthermore, Associate acknowledges that by signing this agreement he/she reaffirms and ratifies his/her obligation under the Confidentiality and/or Non-Compete Agreement signed earlier which are incorporated herein as if fully set forth.

Associate and Lantech agree that they will keep the terms, conditions and existence of this Agreement and Release confidential. Associate and Lantech agree that each may discuss such matters only with their spouses, attorneys and accountants or tax preparers. To the extent either party is permitted to disclose and does disclose such information, each agrees to require and warrants that the person receiving such information shall maintain its confidentiality.

Associate and Lantech agree that they will not themselves or through third parties or agents disparage each other in any respect relating to any matter which was or could have been raised by either party or which was resolved by this Agreement.

The Undersigned further acknowledges that he/she has been advised to consult with an attorney prior to executing this agreement regarding any rights he/she may have under the Age Discrimination in Employment Act, as amended by the Older Workers Benefit Protection Act, that he/she was provided a period of twenty-one (21) days in which to consider this agreement and that the former associate has been provided a period of seven days, after entering into this agreement, in which to revoke acceptance of this agreement, and this agreement shall not become effective or enforceable until this revocation period has expired. The undersigned expressly acknowledges that he/she has entered into this agreement freely and voluntarily.

Should any court or other body find that any provision of this agreement is invalid, the remaining parts will continue in full force and effect.

It is understood that this Release Agreement shall in no way affect any claims which Associate may have for benefits under Social Security, Worker's Compensation or Unemployment laws or any benefits which may be payable to Associate now or in the future under any of the benefit and/or welfare programs of the Company.

This Release Agreement will be governed by the laws of the Commonwealth of Kentucky.

Associate acknowledges that he/she has read and fully understands all of the provisions of this Release Agreement and that Associate is entering into this Agreement freely, knowingly, and voluntarily.

This offer is valid for 28 days from February 13, 2017.

Lantech.com

_Richard L Johnson_
Associate

_March 1, 2017_
Date

_[signature]_
By

_Director of Operations_
Title

_3-1-2017_
Date