UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RICHARD JOHNSON,                                                    Plaintiff,

v.                                                Civil Action No. 3:22-cv-626-DJH-CHL

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON et al.,                                                  Defendants.

\* \* \* \* \*

## ORDER

In reviewing this case, the Court finds it necessary to determine whether recusal is advisable pursuant to 28 U.S.C. § 455. Accordingly, it is hereby

**ORDERED** that the pending motion to dismiss (Docket No. 11) and partial motion to dismiss (D.N. 13) are **ADMINISTRATIVELY REMANDED** until that determination is complete.

September 28, 2023

David J. Hale, Judge
United States District Court

1