**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:22-CV-00626-DJH-CHL**

**RICHARD JOHNSON,**                                                                              **Plaintiff,**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,**                **Defendants.**

### ORDER

The undersigned held a telephonic status conference in this matter on December 21, 2023. Participating were the following:

FOR PLAINTIFF:          Kevan M. Doran

FOR DEFENDANTS:      Iwana Rademaekers

The Court set this conference to set a final schedule for a bench trial in accordance with the Court's prior Memorandum Opinion and Order (DN 26).  The Parties indicated that any bench trial would take one or two days and represented that they had been working on a proposed scheduling order to submit to the Court.  However, based on the discussion during the call, it appears the Parties' proposal will include not only pretrial deadlines but also deadlines for discovery and dispositive motions.  The Court and the Parties discussed potential trial dates, but the dates proposed by the Parties were substantially later than those anticipated by the Court.  The Parties are directed to file their proposed agreed schedule as set forth below and to include some details regarding their other scheduling commitments to assist the Court in selecting a trial date.

2

Accordingly,

IT IS HEREBY ORDERED that on or before **January 5, 2024**, the Parties shall file their agreed proposed scheduling order and include details regarding their other scheduling commitments to assist the Court in selecting a bench trial date.

Colin H Lindsay, Magistrate Judge

United States District Court

cc: Counsel of record

0|20   January 2, 2024

2