**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

RICHARD JOHNSON,                          )
                                          )          *Electronically Filed*
          PLAINTIFF,                      )
                                          )
v.                                        )
                                          )
LINCOLN LIFE ASSURANCE COMPANY            )
OF BOSTON,                                )
                                          )
          DEFENDANT.                      )

---

**AGREED PROPOSED SCHEDULING ORDER**

Pursuant to the Court's January 3, 2024, Order (DN 30), the Parties submit this Agreed Proposed Scheduling Order. After conferring, counsel for the parties have agreed upon the following schedule:

- January 31, 2024 - Deadline for Plaintiff to amend pleadings or join parties.

- February 15, 2024 - Deadline for Defendant to amend pleadings or join parties.

- April 9, 2024 - Deadline to Complete Discovery.

- April 30, 2024 - Deadline to file Stipulated Administrative Record.

- June 15, 2024 - Deadline to file cross motions for summary judgment.

- July 15, 2024 - Deadline to file response briefs.

- August 15, 2024 - Deadline to file reply briefs.

- _____ - Bench Trial

1

Respectfully submitted this 4th day of January 2024.

Respectfully submitted,

By: */s/* Iwana Rademaekers (*with permission*)

Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By:    /s/ Kevan M. Doran

Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF

2