**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | |
|---|---|
| **RICHARD JOHNSON,** ) | |
| ) | ***Electronically Filed*** |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LINCOLN LIFE ASSURANCE COMPANY** ) | |
| **OF BOSTON,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## JOINT LIST OF COUNSEL CONFLICTS

Pursuant to the Court's January 3, 2024, Order (DN 30), the Parties submit this Joint List of Counsel Conflicts and, as stated in the Report of Parties' Rule 26(f) Planning Meeting (DN 29), the Parties respectfully state that they have the following commitments:

**Counsel for Plaintiff:** Jan 3, 2024 – disability hearings before Administrative law Judge; Jan 18, 2024 – disability hearing before Administrative law Judge; Jan 24, 2024 – disability hearings before Administrative law Judge; March 25 – March 28, 2024, jury trial – Hardin Circuit Court – *Christina Torres v. Kabuki Indust*., et al, 18-CI-01808; Family Vacation – Spring Break – March 29 – April 7, 2024; Aril 16, 2024 - disability hearings before Administrative law Judge; Family Vacation to Hawaii – July 16 – July 28, 2024.  In addition to the foregoing, Counsel for Plaintiff also has various depositions, mediations, pretrial conferences, etc. scheduled in other cases but anticipates those dates could be rescheduled with sufficient notice.

**Counsel for Defendant:**  United States District Court settings on January 10, 16, and 18 2024; February 2 and 7-8, 2024; April 19, 2024; and September 6, 2024.  CLE February 22-23.  Vacation March 6-8, 2024; May 15 – May 27, 2024; September 16-27, 2024; and October 7-18, 2024.

Respectfully submitted this 4th day of January 2024.

Respectfully submitted,

By:  */s/* Iwana Rademaekers (*with permission*)__
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By:     /s/ Kevan M. Doran
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF