**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:22-CV-00626-DJH-CHL**

**RICHARD JOHNSON,**                                                          **Plaintiff,**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.,**           **Defendants.**

**ORDER**

The undersigned held a telephonic status conference in this matter on February 9, 2024. Participating were the following:

FOR PLAINTIFF:            No appearance

FOR DEFENDANT:       Iwana Rademakers

The Court set this call to discuss the Parties' decision regarding Magistrate Judge jurisdiction re (DN 31) as well as the Parties' proposed scheduling orders (DNs 29 and 32).  During the call, Counsel for Defendant advised the Court that the Parties have elected not to consent to referral of this case to a Magistrate Judge.  Additionally, the Court inquired if any changes were needed to the Parties' proposed Scheduling Orders (DNs 29 and 32).  Counsel for Defendant advised that she will reach out to Counsel for Plaintiff regarding any necessary changes and will file a new proposed plan.  Accordingly,

**IT IS HEREBY ORDERED** that the Court will not enter Proposed Scheduling Order (DN 29) nor Proposed Scheduling Order (DN 32).   Counsel shall confer and submit a new proposed agreed scheduling order no later than **February 23, 2024**.

cc:  Counsel of record

0|10

Colin H Lindsay, Magistrate Judge
United States District Court

February 12, 2024