**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | |
|---|---|
| RICHARD JOHNSON,            ) ) | |
| **PLAINTIFF,**           ) ) | *Electronically Filed* |
| v.           ) ) | |
| LINCOLN LIFE ASSURANCE COMPANY ) OF BOSTON,           ) ) | |
| **DEFENDANT.**           ) | |

## AMENDED AGREED PROPOSED SCHEDULING ORDER

Pursuant to the Court's February 13, 2024, Order (DN 35), and as directed by the Court, counsel for the Parties have conferred and jointly submit this Amended Agreed Proposed Scheduling Order.

- April 9, 2024 - Deadline to Complete Discovery.

- April 30, 2024 - Deadline to file Stipulated Administrative Record.

- June 15, 2024 - Deadline to file cross motions for summary judgment.

- July 15, 2024 - Deadline to file response briefs.

- August 15, 2024 - Deadline to file reply briefs.

Respectfully submitted this 23rd day of February, 2024.

Respectfully submitted,

By: */s/* Iwana Rademaekers (*with permission*)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

1

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By:    /s/ Kevan M. Doran
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF

2