**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | |
|---|---|
| **RICHARD JOHNSON,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **LINCOLN LIFE ASSURANCE COMPANY** | ) |
| **OF BOSTON,** | ) |
| | ) |
| **DEFENDANT.** | ) |

**AMENDED AGREED SCHEDULING ORDER**

Pursuant to the Court's February 13, 2024, Order (DN 35), and as directed by the Court, counsel for the Parties have conferred and jointly submit this Amended Agreed Proposed Scheduling Order.

- April 9, 2024 - Deadline to Complete Discovery.

- April 30, 2024 - Deadline to file Stipulated Administrative Record.

- June 15, 2024 - Deadline to file cross motions for summary judgment.

- July 15, 2024 - Deadline to file response briefs.

- August 15, 2024 - Deadline to file reply briefs.

February 27, 2024

*Colin Lindsay*

Colin H Lindsay, Magistrate Judge
United States District Court

1