**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | |
|---|---|
| **RICHARD JOHNSON,** ) | |
| ) | ***Electronically Filed*** |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LINCOLN LIFE ASSURANCE COMPANY** ) | |
| **OF BOSTON; and THE LINCOLN** ) | |
| **NATIONAL LIFE INSURANCE COMPANY** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## STIPULATED ADMINISTRATIVE RECORD

Plaintiff Richard Johnson and Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company file this Stipulated Administrative Record pursuant to the Scheduling Order entered by the Court on February 28, 2024 (Document 37).

1.    Group Disability Income Policy (Lincoln/R. Johnson 0001-0045);

2.    May 10, 2021, correspondence containing decisions on appeal (Lincoln/R. Johnson 0070-0081);

3.    The Administrative Record (Lincoln/R. Johnson 0046-0069, 0082-1123).

Dated this 30th day of April 2024.

Respectfully submitted,

By:  */s/* Iwana Rademaekers (*with permission*)__
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By: ___/s/ Kevan M. Doran_____
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Kevan M. Doran
Email:  kdoran@thedoranlawoffice.com

___April 30, 2024_____              ___/s/ Iwana Rademaekers_____
Date                                        Iwana Rademaekers

**2**