## Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 7521853     Claim Last Updated 05/10/2021     Printed On 11/14/2022

### Claimant Information

| | | | |
|---|---|---|---|
| Name | RICHARD  JOHNSON | SSN | Birth Date |
| Address | | Salary Amount $ 7678.96 | Mode M |
| | | Date of Hire 08/22/1981 | |
| | | Last Work Date 01/27/2017 | |
| | | Federal Tax Employee Option | State Tax No |
| Phone | | Phys Demands Light | |

JobDesc TEAM LEADER, CHIEF ENGINEER

| | | |
|---|---|---|
| Claim Status Closed | Status Reason Not TD Own Occ | Received Date 07/30/2017 |
| Disability Date 01/31/2017 | Close Date 03/13/2020 | Reopen Date 08/12/2019 |
| Sick Days Left | Max Ben Date 07/29/2021 | RTW FT / PT |
| Ben Begin Date 07/30/2017 | Apprv Thru Date 03/12/2020 | Gross Ben $ |

Diagnosis 1 Code/Desc M17.12     Unilateral primary osteoarthritis, left knee

Diagnosis 2 Code/Desc M25.562     Pain in left knee

### Policyholder Information

Customer ID 09 - 463163     LANTECH, INC.

Subsidiary 0000

Location 00000000     LANTECH, INC.

Symb GF   Numeral 01   Product LTD   Funding CON   Bank Y   Calcs Y   Cntr Eff 10/01/2014

Class 01     ALL FULL TIME EMPLOYEES WHO ARE US CITIZENS OR US RESIDENTS EXCLUDIN

| | | | |
|---|---|---|---|
| Waiting Period: New/Mode-Current/Mode | 60 Day | 90 Day | Days in WRKWK |
| Elimination Period: Days/Type | 180 Sickness | COLA: Mode/Duration | |
| Successive Period: Period/Mode | 6 Month | SS Integration:Type/Value | FSS |
| Partial Disability Type/Pct | QRP | Survivor Ben Months/Wait Period | 3  180 |
| Non-Verifiable Symptoms Limit 24 | Own Occupation Definition Limit 36 | M/N Limit 24 | |
| Benefit % | Max Benefit $ | Min Benefit $ | Employer Contr % 100.00 | Subro Ind Y |

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|--|
| GF | 01 | LTD | 01 | 11/20/1981 | |

### Additional Information:

EXHIBIT

3

**Lincoln/R. Johnson 0046**

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info

Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt

Tasks

**Claim**

\* **Claim/Event/Leave Number** 7521853          **Accommodation Number** [   ]

**Note type:** [   ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**11/11/2022 1:36 PM - CLAIM Note 155**
Claim/Event/Leave: 7521853
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/11/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**05/10/2021 3:35 PM - CLAIM Note 154**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : OUT
Text: [05/10/2021 - DANIELL, JANE]MAINTAIN DENIAL. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTORNEY DORAN.

**04/20/2021 8:51 PM - CLAIM Note 153**
Claim/Event/Leave: 7521853
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 4/20/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**04/20/2021 3:34 PM - CLAIM Note 152**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VEN
Text: [04/20/2021 - MICHAUD, ROBIN]INVOICE RECEIVED ON 4/16/2021 FROM ECN. INVOICE # BOCA 106148 IN THE AMOUNT OF $ 660.00 FOR PMR PEER REVIEW BY ARUNA YARROZU. INVOICE PAID IN FULL

**04/20/2021 10:00 AM - CLAIM Note 151**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : OA
Text: [04/20/2021 - DANIELL, JANE]RECEIVED AND REVIEWED UPDATED OA

**04/20/2021 9:16 AM - CLAIM Note 150**
Claim/Event/Leave: 7521853
NoteSubject : Voc Rehab
Other Subject : OA
Text: [04/20/2021 - ASHWORTH, LORI]OA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE OCCUPATION IS MOST OFTEN PERFORMED AT THE LIGHT LEVEL IN THE NATIONAL ECONOMY, PER THE DOT WITH FREQUENT HANDLING, SITTING; OCCASIONAL REACHING, FINGERING,STANDING, WALKING, KEYBOARDING.

**04/16/2021 8:50 PM - CLAIM Note 149**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/16/2021 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**04/16/2021 10:29 AM - CLAIM Note 148**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : TOLLING
Text: [04/16/2021 - DANIELL, JANE]SENT PEER REVIEW REPORT TO DR KRUPP AND CC'D ATTY. RESPONSE DUE 5/5/21
[04/16/2021 - DANIELL. JANE]CORRECTION - RESPONSE DUE 5/7/21

**Lincoln/R. Johnson 0047**

**04/16/2021 10:02 AM - CLAIM Note 147**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/16/2021 - DANIELL, JANE]RECEIVED AND REVIEWED THE PM & R PEER FROM DR ARUNA YARROZU. REFERRED CLAIM FOR UPDATED OA.

**04/16/2021 9:37 AM - CLAIM Note 146**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [04/16/2021 - DANIELL, JANE]INVOICE 106148 DATED 4/15/21 IN THE AMOUNT OF $660 FROM ECN FOR PEER REVIEW BY ARUNA L YARROZU, MD SPECIALTY: PHYSICAL MEDICINE & REHAB. INVOICE SENT FOR PROCESSING.

**04/01/2021 8:50 PM - CLAIM Note 145**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/1/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**04/01/2021 2:42 PM - CLAIM Note 144**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/01/2021 - PILAR, SARAH]COPY OF DOC LIST EXCEPT OUTBOUND CORRESPONDENCE SENT TO ECN LEGACY@ECNIME.COM VIA ONEDRIVE.

**04/01/2021 7:28 AM - CLAIM Note 143**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/01/2021 - DANIELL, JANE]REVIEW OF THE FILE IS COMPLETE AND DETERMINED PHYSICIAN LEVEL REVIEW IS APPROPRIATE WITH PM & R; REFERRAL IN PROCESS AT THIS TIME. SENT MEDICAL REVIEW LETTER TO EE WITH 5/1/21 DEADLINE[04/01/2021 - DANIELL, JANE]SENTMEDICAL REVIEW LETTER TO ATTY WITH 5/1/21 DEADLINE

**04/01/2021 7:26 AM - CLAIM Note 142**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : TOLLING
Text: [04/01/2021 - DANIELL, JANE]APPEAL REC D 8/24/2020. TOLLING/ APPEAL EXT SENT 9/10/2020; END 3/31/2021. APPEAL INVESTIGATION HAS RESUMED. DETERMINATION DAYS REMAINING 72 OF 90.

**03/31/2021 1:32 PM - CLAIM Note 141**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [03/31/2021 - DANIELL, JANE]REC'D A VMM FROM ATTY DORAN AT 12:35 PM TODAY STATING HE WAS RETURNING MY CALL THE ANSWER TO MY QUESTION IS YES LINCOLN SHOULD HAVE REC'D ALL THE DOCUMENTS NOW THAT WAS EVERYTHING THEY HAVE THAT WAS SENT. ATTY DORAN ALSOSTATED IF FOR SOME REASON WE THINK THERE IS SOMETHING MISSING OR NEED ADD'L INFO, IME, OR ANOTHER EXAM OR WHAT HAVE YOU, HE'D BE GLAD TO WORK IT OUT WITH LINCOLN. HE STATED TO FEEL FREE TO CALL WITH ANY QUESTIONS. 502-345-7520

**03/30/2021 3:13 PM - CLAIM Note 140**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [03/30/2021 - DANIELL, JANE]CALLED ATTY AT THE OFFICE AND ON HIS CELL PHONE. LEFT A DETAILED MESSAGE THAT WE WERE FOLLOWING UP ON THE STATUS OF MR JOHNSON'S APPEAL. EXPLAINED WE REC'D MEDICAL IN DECEMBER AND WE HAVE NOT REC'D CONFIRMATION THIS IS MR JOHNSON'S COMPLETE APPEAL. EXPLAINED WE SENT A LETTER IN JANUARY AND IN FEBRUARY. REQUESTED A RETURN CALL TO DETERMINE IF WE HAVE REC'D THE COMPLETE APPEAL OR IF ADD'L INFO IS FORTHCOMING.

**02/25/2021 7:59 AM - CLAIM Note 139**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : TOLLING
Text: [02/25/2021 - DANIELL, JANE]SENT APPEAL ACKNO LTR W/TOLLING. WTG FOR RECORDS FROM CLMTS TREATING PROVIDERS. MEDICAL RECORDS DUE IN 30 DAYS OR BY 3/26/21

**02/23/2021 3:57 PM - CLAIM Note 138**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY

**Lincoln/R. Johnson 0048**

Text: [02/23/2021 - DANIELL, JANE]CALLED ATTY'S DORAN ON HIS CELL PHONE AT 502-345-7520 AND LEFT A VMM THAT I WAS FOLLOWING UP ON OUR 2/11/21 PHONE CONVERSATION. CALLING TO FIND OUT IF THERE IS ADD'L MEDICAL OR IS MR JOHNSON'S APPEAL COMPLETE. REQUESTEDA RETURN CALL. ***********ALSO CALLED THE ATTY'S OFFICE AT 502-208-4972 AND LEFT A VMM THAT WE'RE FOLLOWING UP ON THE 2/11/21 PHONE CONVERSATION AND WE NEED TO CONFIRM IF ADD'L INFORMATION IS BEING SUBMITTED OR IS THE APPEAL COMPLETE. REQUESTED A RETURN CALL.

**02/11/2021 10:08 AM - CLAIM Note 137**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY DORAN CALLED
Text: [02/11/2021 - DANIELL, JANE]ATTY DORAN CALLED AND STATED HIS OFFICE IS CLOSED TODAY BECAUSE OF THE WEATHER. HE WAS CALLING REMOTELY. ADVISED I WAS CALLING TO F/U AND SEE IF HIS OFFICE WAS GOING TO SUBMIT ADD'L RECORDS FOR MR. JOHNSON'S APPEAL. WEDISCUSSED THE 12/8/20 PHONE CONVERSATION WHEN HE STATED THEY REC'D RECORDS AND THERE WREE TWO SETS. HE WAS GOING TO CHECK W/HIS ASSISTANT TO SEE IF THERE WAS ANYTHING ELSE. HE WAS CALLING TO CALL AND LET US KNOW. ADVISED ON 12/14/20 WE DID RECEIVERECORDS REC'D FROM NORTON HEALTHCARE. EXPLAINED I FOLLOWED UP ON JANUARY 11 2021 TO SEE IF ADD'L INFO WAS FORTH COMING. ATTY DORAN STATED HE THOUGHT THERE WERE ADD'L RECORDS TO SEND. ADVISED I CALLED YESTERDAY BECAUSE I WANT TO CONFIRM IF HIS OFFICE IS SUBMITTING ADDITIONAL INFO OR NOT. IF NOT WE WILL MOVE FORWARD W/OUR APPEAL REVIEW. ATTY DORAN STATED HE WOULD CHECK WITH NEIDRA AND CHRISTINA TOMORROW AND CALL ME BACK.

**02/10/2021 2:04 PM - CLAIM Note 136**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [02/10/2021 - DANIELL, JANE]CALLED ATTY DORAN AT 502-345-7520 AND HIS VM STATED IF THE MATTER WAS URGENT TO REACH HIS ASSISTANT NEIDRA AT 502-208-4972*****DID NOT LEAVE A MESSAGE FOR ATTY DORAN. THUS CALLED ATTY'S OFFICE AT 502-208-4972 STATING WE REC'D MEDICAL INFORMATION ON 12/14/20. PRIOR TO THAT THE ATTY CALLED AND STATED THERE MIGHT BE ADD'L RECORDS AND HE WOULD LET US KNOW. ADVISED WE CALLED AND SENT A LETTER JANUARY 11 W/INFO DUE BY TODAY 2/10/21. ADVISED WE WERE CALLING TODAY TO F/UTO SEE IF THERE IS ADDITIONAL INFORMATION FORTH COMING. REQUESTED A RETURN CALL.

**01/11/2021 3:42 PM - CLAIM Note 135**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS/TOLLING
Text: [01/11/2021 - DANIELL, JANE]SENT APPEAL ACKNO LTR W/TOLLING. WTG FOR RECORDS FROM CLMTS TREATING PROVIDERS. MEDICAL RECORDS DUE IN 30 DAYS OR BY 2/10/21

**01/11/2021 1:19 PM - CLAIM Note 134**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [01/11/2021 - DANIELL, JANE]CALLED ATTY DORAN AT 502-345-7520 AND LEFT A VMM TO CALL. ADVISED WE REC'D INFO FOR MR JOHNSON'S CLAIM 12/14/20 AND WANT TO CONFIRM IF ADDITIONAL INFORMATION IS BEING SUBMITTED? REQUESTED A RETURN CALL.

**12/08/2020 3:10 PM - CLAIM Note 133**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [12/08/2020 - DANIELL, JANE]ATTY DORAN CALLED TO LET US KNOW THAT THEY REC'D ADD'L RECORDS - TWO SETS AND WILL FORWARD. HE WILL CHECK W/HIS ASSISTANT AND SEE IF THERE IS ANYTHING ELSE AND WILL LET ME KNOW. THANKED ATTY FOR CALLING.

**12/03/2020 11:45 AM - CLAIM Note 132**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : TOLLING
Text: [12/03/2020 - DANIELL, JANE]SENT APPEAL ACKNO LTR W/TOLLING. WTG FOR RECORDS FROM CLMTS TREATING PROVIDERS. MEDICAL RECORDS DUE IN 30 DAYS OR BY 1/2/21.

**12/01/2020 10:17 AM - CLAIM Note 131**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [12/01/2020 - DANIELL, JANE]CALLED ATTY DORAN AND LEFT A VMM THAT I WAS CALLING TO F/U ON THE 10/26/20 LETTER REGARDING SUBMITTING ADD'L MEDICAL RECORDS FOR MR JOHNSON. ADVISED THE INFORMATION WAS DUE 11/25/20. ASKED ATTY DORAN IF HE PLANS ON SUBMITTING ADD'L RECORDS. ASKED ATTY DORAN TO PLEASE CALL.

**10/26/2020 11:21 AM - CLAIM Note 130**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/26/2020 - DANIELL, JANE]MDS REFERRAL CANCELLED AS ATTY DORAN IS GOING TO SUBMIT ADDITIONAL MEDICAL

**Lincoln/R. Johnson 0049**

Text: [10/26/2020 - DANIELL, JANE]MDS REFERRAL CANCELLED AS ATTY DORAN IS GOING TO SUBMIT ADDITIONAL MEDICAL RECORDS. WTG FOR RECORDS FROM DR POPHAM AND ALL TXG DRS. MEDICAL RECORDS DUE IN 30 DAYS OR BY 11/25/2020

**10/26/2020 10:50 AM - CLAIM Note 129**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [10/26/2020 - DANIELL, JANE]ATTY KEVIN DORAN CALLED ABOUT R. JOHNSON. HE STATED HE RECD MY VMM FROM THE OTHER DAY AND COULDN'T UNDERSTAND THE ENTIRE MESSAGE. TOLD HIM I WAS CALLING TO ACKNOWLEDGE RECEIPT OF THE RECORDS AND ALSO ASK IF MR JOHNSON HAD HIS RIGHT SHOULDER ARTHROSCOPY? EXPLAINED THE OV NOTE FROM 3/25/2020 INDICATES A RECENT MRI AND CONSERVATIVE CARE VS SURGICAL INTERVENTION. ATTY DORAN STATED MR JOHNSON HAS HAD INJECTIONS - IF HIS MEMORY IS CORRECT. HE STATED HE WAS CALLING FROMHIS HOUSE AND NOT THE OFFICE. ATTY DORAN STATED HE HAD A LOT OF REQUESTS FOR INFORMATION SENT OUT BUT JUST WAITING FOR THE INFORMATION FROM THE DRS. REMINDED ATTY DORAN THAT THE LAST OFFICE VISIT FROM DR POPHAM IS 3/26/19 AND WE REC'D A RESTRICTIONS FORM DATED 1/21/20. TOLD ATTY DORAN WE WOULD WAIT FOR THE ADD'L INFO BEFORE MOVING FORWARD W/THE APPEAL REVIEW. EXPLAINED I WOULD SEND AN UPDATED LETTER.

**10/22/2020 2:36 PM - CLAIM Note 128**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [10/22/2020 - DANIELL, JANE]CALLED ATTY DORAN AT 502-345-7520 AND LEFT A VMM CONFIRMING I REC'D MEDICAL RECORDS. CALLING TO CONFIRM IF THIS IS THE COMPLETE APPEAL AND WONDERING IF MR JOHNSON HAD HIS RIGHT SHOULDER ARTHROSCOPY WITH ROTATOR CUFF REPAIR OR ANY OTHER PROCEDURE? REQUESTED A RETURN CALL

**10/22/2020 2:28 PM - CLAIM Note 127**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/22/2020 - DANIELL, JANE]REC'D MEDICAL RECORDS FROM DORAN LAW OFFICE. THE RECORDS INCLUDED OV NOTES FROM DR RYAN KRUPP 3/4/20 OV TO 5/6/20

**10/22/2020 2:18 PM - CLAIM Note 126**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [10/22/2020 - DANIELL, JANE]ATTORNEY DORAN CALLED AND LEFT A VMM AT 11:04 THIS MORNING. HE STATED THEY JUST REC'D THE UPDATED MEDICAL RECORDS ON A DISC. THEY ARE PRINTING THEM AND WILL FAX THEM. ATTY DORAN STATED HE REC'D THE 10/19 LETTER. ALSO CALLED TO LET US KNOW HE WAS SENDING ADDITIONAL MEDICAL RECORDS - PHONE 502-345-7520

**10/19/2020 11:01 AM - CLAIM Note 125**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/19/2020 - DANIELL, JANE]REFERRED CLAIM TO MDS AND SENT LETTER TO ATTY DORAN WITH 10/30/2020 DEADLINE FOR NURSE REVIEW.[04/01/2021 - DANIELL, JANE]****MDS REFERRAL WAS CANCELLED BECAUSE ATTY DORAN WAS SUBMITTING RECORDS.

**10/19/2020 10:50 AM - CLAIM Note 124**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Managed Care
Other Subject : ARU REFERRAL TO MDS
Text: [10/19/2020 - DANIELL, JANE]PLEASE REVIEW THE MEDICAL DOCUMENTATION ON FILE AND PROVIDE A DESCRIPTION OF THE CLAIMANT'S IMPAIRMENTS, IF ANY, AND OUTLINE HOW ANY IMPAIRMENT TRANSLATE TO RESTRICTIONS AND LIMITATIONS FROM 3/13/20 FORWARD. PLEASE INCLUDETHE EXPECTED DURATION FOR ANY SUPPORTED RESTRICTIONS. DOES THE (OVERALL FUNCTIONAL AND) MEDICAL EVIDENCE SUPPORT THE CLAIMANT HAS THE ABILITY TO SUSTAIN FULL TIME CAPACITY (8/HOURS/DAY 5 DAYS/ WEEK) WITHIN THE IDENTIFIED RESTRICTIONS AND LIMITATIONS FROM 3/13/20 FORWARD? PLEASE EXPLAIN YOUR MEDICAL RATIONALE.

**10/12/2020 11:14 AM - CLAIM Note 123**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY DORAN
Text: [10/12/2020 - DANIELL, JANE]CALLED ATTY DORAN'S OFFICE AND LEFT A VMM ON (502) 208-4971 ANSWERING MACHINE. ADVISED I WAS FOLLOWING UP TO THE SEPTEMBER 10, 2020 LETTER AND ALSO REQUESTED FOR A SIGNED AUTHORIZATION FROM THE CLMT ALLOWING US TO COMMUNICATE ETC W/THE ATTY'S OFFICE. REQUESTED A RETURN CALL

**09/10/2020 1:12 PM - CLAIM Note 122**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [09/10/2020 - DANIELL, JANE]CALLED ATTY DORAN REGARDING LETTER OF REPRESENTATION. ADVISED I MEANT TO

**Lincoln/R. Johnson 0050**

DISCUSS IN OUR PRIOR CONVERSATION. ASKED THAT THE AUTHORIZATION FROM MR JOHNSON PLEASE BE FAXED. PROVIDED MY FAX #

**09/10/2020 1:08 PM - CLAIM Note 121**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : TOLLING
Text: [09/10/2020 - DANIELL, JANE]SENT APPEAL ACKNO LTR W/TOLLING TO ATTY DORAN. WTG FOR RECORDS FROM DR POPHAM AND ALL TXG DRS. MEDICAL RECORDS DUE IN 30 DAYS OR BY 10/10/20.

**09/10/2020 11:59 AM - CLAIM Note 120**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY DORAN CALLED
Text: [09/10/2020 - DANIELL, JANE]ATTORNEY DORAN CALLED AND STATED HE WAS SORRY WE KEPT MISSING EACH OTHER. EXPLAINED THAT I REC'D THE APPEAL FOR MR JOHNSON. WANTED TO KNOW IF HE REC'D A COPY OF THE FILE. ADVISED HE DID BECAUSE IT CAME VIA EMAILAND THEN HE ASKED HIS ASSISTANT TO MAKE A COPY OF THE FILE. I STATED I WANTED TO BRING SOMETHING TO HIS ATTN ABOUT HIS LETTER AND THE FILE. ADVISED IN THE LETTER HE ASKED WHY WAS THE CLAIM DENIED IF MR JOHNSON HAS NOT IMPROVED. ADVISED THAT THE LOV NOTEFROM DR POPHAM IS 3/26/19 AND HIS NOV IS NOTED AS 2/17/20 BIT WE DON'T HAVE THAT ON FILE. ALSO WE HAVE A RESTRICTIONS FORM FROM DR POPHAM DATED 1/21/20. HENCE THERE ARE NO UPDATED MEDICAL RECORDS OR PROOF OF ONGOING IMPAIRMENT TO SUPPORTTD BEY 3/12/20. ADVISED WE CAN PROVIDE ADD'L TIME TO SUBMIT. HE STATED THAT WOULD BE FINE. HE ALREADY ASKED HIS ASSISTANT TO REQUEST UPDATED MEDICAL RECORDS. CONFIRMED THE BEST WAY TO COMMUNICATE IS VIA EMAIL DUE TO COVID.[09/10/2020 - DANIELL, JANE]EXPLAINED I WOULD SEND AN ACKNO LETTER ALLOWING 30 DAYS TO PROVIDE THE MEDICAL.

**09/08/2020 1:28 PM - CLAIM Note 119**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [09/08/2020 - DANIELL, JANE]ATTY RETURNED CALL AT 2:39 PM AND LEFT A VMM TO CALL**********CALLED ATTY DORAN AT 502-345-7520 AND LEFT A VMM TO CALL

**09/04/2020 2:23 PM - CLAIM Note 118**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [09/04/2020 - DANIELL, JANE]ATTY KEVAN DORAN CALLED YESTERDAY AFTERNOON AT 3:57 PM AND LEFT A VMM THAT HE WAS RETURNING MY CALL - PLEASE CALL HIM ON HIS CELL PHONE 502-345-7520*******CALLED ATTY DORAN AND LEFT A VMM W/BUSINESS HRS FOR TODAY OR CALL TUESDAY WHEN OFFICE REOPENS.

**09/03/2020 3:34 PM - CLAIM Note 117**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : CALLED ATTY
Text: [09/03/2020 - DANIELL, JANE]CALLED ATTY AND LEFT A MESSAGE WITH SHELBY TO HAVE ATTY KEVAN DORAN TO CALL.

**09/03/2020 2:40 PM - CLAIM Note 116**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [09/03/2020 - DANIELL, JANE]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 07/30/2017. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC, DATE OF DENIAL WAS 03/12/2020. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 09/08/2020. LETTER OF APPEAL RECEIVED 08/24/2020. ATTORNEY REPRESENTED. ACTION PLAN: ARC INITIAL SCREEN COMPLETE, CLM FILE UNDER REVIEW, & CALL ATTY TO DISCUSS APPEAL

**08/26/2020 10:10 AM - CLAIM Note 115**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [08/26/2020 - AVERILL, REBECCA]ASSIGNED TO JANE DANIELL

**08/25/2020 10:17 PM - CLAIM Note 114**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/25/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**08/25/2020 6:15 PM - CLAIM Note 113**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/25/2020 - FITZGERALD, JOEL]APPEAL REQUEST RECEIVED WITHOUT SUPPORTING MEDICAL EVIDENCE OR

**Lincoln/R. Johnson 0051**

DOCUMENTATION FROM ATTORNEY REPRESENTATIVE. AGREE WITH REFERRAL TO ARU.

**08/25/2020 11:59 AM - CLAIM Note 112**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Appeals
Other Subject : MGR REVIEW
Text: [08/25/2020 - TURNER, LATIMER]62 YOM PROJECT ENGINEER (LIGHT OCC PER OA). LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. DX: LEFT KNEE PAIN, NECK PAIN & BACK PAIN. NO KNOWN INJURY. LT TKR ON 1/31/17. CLAIM WAS PREVIOUSLY CLOSED FOR NTD OO. EEAPPEALED THIS CLOSURE. N&P SENT 1/12/20 DUE 3/27/20. RECORDS RECEIVED FROM TREATING PROVIDERS DR. POPHAM, ELLIS & BADENHAUSEN. RESPONSE FROM LAGRAGE CHIRO/DR. PETRUCCI THAT NO UPDATED RECORDS EXIST, AP RESPONDED TO CP STATING THEY HAVE NOTHING TO ADDTO FFR AS EE HASN T BEEN SEEN IN OVER A YEAR. PM&R FFR COMPLETED 3/10/20 NOTES: {THIS CLAIMANT IS STATUS POST LEFT TKR, WITH ONGOING PAIN. HOWEVER, THE RECORDS DO NOT INCLUDE ANY RECENT PHYSICIAN REPORTS, INCLUDING UPDATED IMAGING OR PHYSICAL EXAM FINDINGS. THEREFORE, GIVEN THIS LACK OF CRITICAL INFORMATION, NO SPECIFIC RESTRICTIONS/LIMITATIONS CAN BE SUPPORTED FROM A PHYSICAL MEDICINE AND REHABILITATION PERSPECTIVE, FROM THE REVIEW PERIOD OF 02/24/2020 ONWARD AND BEYOND.} CLAIM CLOSED NOT TD OWN OCC. INTENT TO APPEAL LTR RECEIVED WITHOUT ADDITIONAL MEDICAL INFORMATION. RCMD REF TO ARU

**08/25/2020 11:55 AM - CLAIM Note 111**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject :
Text: [08/25/2020 - TURNER, LATIMER]INTENT TO APPEAL LTR LOADED TO DOC LIST

**08/20/2020 9:04 AM - CLAIM Note 110**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : ADMIN
Text: [08/20/2020 - RIVERA YAGNICH, CAMILLE]FULL FILE REQUEST HAS BEEN COMPLETED FOR CLAIM # 7521853 AND FORWARDED VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED KDORAN@THEDORANLAWOFFICE.COM.

**08/19/2020 11:59 AM - CLAIM Note 109**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : CLAIMS ADMIN
Text: [08/19/2020 - THOMPSON, MARLON]SENT EMAIL TO CLAIMSHOADMIN@LFG.COM WITH REQ FOR COPY OF CLAIM FILE DOC LTR AND FILE COPY REQ FORM ATTACHED AND REQ/D TO BE EMAILED TO ATTY KEVAN DORAN AT KDORAN@THEDORANLAWOFFICE.COM PER THE 8/18/20 REQ ON FILE.

**08/19/2020 11:59 AM - CLAIM Note 108**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : REQ FOR CLAIM FILE
Text: [08/19/2020 - THOMPSON, MARLON]REQ FOR CLAIM FILE ON FILE; REQUESTED BY ATTY KEVAN DORAN

**03/18/2020 11:35 AM - CLAIM Note 107**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/18/2020 - MITCHELL, CATHERINE]INVOICE RECEIVED ON 3/4/2020 FROM RELEASEPOINT. INVOICE# 711442-99 IN THE AMOUNT $20.00 INVOICE PAID.

**03/12/2020 5:13 PM - PHONE Note 35**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : ATTY
Text: [03/12/2020 - TURNER, LATIMER]SPOKE WITH FRONT OFFICE, CONFIRMED LTR WAS FAXED WITH CLAIM DETERMINATION.

**03/12/2020 4:36 PM - CLAIM Note 106**
Claim/Event/Leave: 7521853
NoteSubject : LTR to Atty
Other Subject :
Text: [03/12/2020 - TURNER, LATIMER]CLOSURE LTR FAXED TO ATTNY

**03/12/2020 9:08 AM - CLAIM Note 105**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/12/2020 - GIBSON, KRISTA]AGREE W/ CLAIM CLOSURE.

**03/11/2020 8:26 PM - CLAIM Note 104**
Claim/Event/Leave: 7521853
NoteSubject : Closed
Other Subject : MGR REVIEW

**Lincoln/R. Johnson 0052**

Other Subject : MGR REVIEW
Text: [03/11/2020 - TURNER, LATIMER]62 YOM PROJECT ENGINEER (LIGHT OCC PER OA). LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. DX: LEFT KNEE PAIN, NECK PAIN & BACK PAIN. NO KNOWN INJURY. LT TKR ON 1/31/17. CLAIM WAS PREVIOUSLY CLOSED FORNTD OO. EEAPPEALED THIS CLOSURE. N&P SENT 1/12/20 DUE 3/27/20. RECORDS RECEIVED FROM TREATING PROVIDERS DR. POPHAM, ELLIS & BADENHAUSEN. RESPONSE FROM LAGRAGE CHIRO/DR. PETRUCCI THAT NO UPDATED RECORDS EXIST, AP RESPONDED TO CP STATING THEY HAVE NOTHING TO ADDTO FFR AS EE HASN T BEEN SEEN IN OVER A YEAR. PM&R FFR COMPLETED 3/10/20 NOTES: {THIS CLAIMANT IS STATUS POST LEFT TKR, WITH ONGOING PAIN. HOWEVER, THE RECORDS DO NOT INCLUDE ANY RECENT PHYSICIAN REPORTS, INCLUDING UPDATED IMAGING OR PHYSICAL EXAM FINDINGS. THEREFORE, GIVEN THIS LACK OF CRITICAL INFORMATION, NO SPECIFIC RESTRICTIONS/LIMITATIONS CAN BE SUPPORTED FROM A PHYSICAL MEDICINE AND REHABILITATION PERSPECTIVE, FROM THE REVIEW PERIOD OF 02/24/2020 ONWARD AND BEYOND.} CP WAS NOT ABLE TO SPEAK WITH TREATING PROVIDERS DURING FFR. RCMD NOT TD OO DENIAL.

**03/11/2020 1:02 PM - CLAIM Note 103**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/11/2020 - HERTERICH, KIMBERLY]INVOICE DATED 3/9/2020 FROM RELIABLE REVIEW SERVICES INV #48304-1 IN THE AMT OF $1365.00 FOR PEER REVIEW BY FARGO KHOURY WITH A SPECIALTY IN PM&R. INVOICE PAID IN FULL.

**02/28/2020 8:50 PM - CLAIM Note 102**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/28/2020 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**02/24/2020 7:32 PM - CLAIM Note 101**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject :
Text: [02/24/2020 - TURNER, LATIMER]REF FOR FFR

**02/13/2020 12:14 PM - CLAIM Note 100**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : DR. POPHAM
Text: [02/13/2020 - TURNER, LATIMER]OV NOTES 3/26/19 - 1/21/20

**02/13/2020 10:16 AM - CLAIM Note 99**
Claim/Event/Leave: 7521853
NoteSubject : Medical Status
Other Subject : LANGRANGE CHIRO
Text: [02/13/2020 - TURNER, LATIMER]UPDATE FROM RP: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

**02/07/2020 4:52 PM - PHONE Note 34**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [02/07/2020 - TURNER,                          LM: CONFIRMED INCOME STATEMENT FOR TAXES GETS SENT BY 1/31 AND SHOULD ARRIVE SOON.

**01/19/2020 8:32 PM - CLAIM Note 98**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : ELLIS & BADENHAUSEN
Text: [01/19/2020 - TURNER, LATIMER]OV NOTE 3/26/19

**01/12/2020 9:21 PM - CLAIM Note 97**
Claim/Event/Leave: 7521853
NoteSubject : Notice/Proof Review
Other Subject :
Text: [01/12/2020 - TURNER, LATIMER]N&P SENT TO EE DUE 3/27/20

**01/12/2020 9:13 PM - CLAIM Note 96**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [01/12/2020 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 1/1/19 TO PRESENT FROM ELLIS & BADENHAUSEN PHYSICAL THERAPY, LAGRANGE CHIROPRACTIC, DR. POPHAM VIA RP WITH AUTH

**12/16/2019 11:34 AM - PHONE Note 33**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : PHONE CALL

**Lincoln/R. Johnson 0053**

Text: [12/16/2019 - LAZZARO, SOKHARY]CALLED ATTORNEY KEVIN DORAN AT 502-208-4971 AND LET A VM. THE SEVERANCE OFFSET THAT WAS CALCULATED WAS DONE CORRECTLY AS IN THE DOC LIST THE SEVERANCE WAS IN THE AMOUNT OF $90,500.00 AND FOR 36.5 WKS AS PROVIDED FROM ERTHE AMOUNT OF TIME FRAME TO OFFSET THE SEVERANCE. IN THE CONTRACT OF THE ER, SEVERANCE CAN BE TAKEN AS AN OFFSET.

**12/10/2019 5:06 PM - PHONE Note 32**
Claim/Event/Leave: 7521853
NoteSubject : Other Called
Other Subject : ATTNY
Text: [12/10/2019 - TURNER, LATIMER]VM: ATTNY KEVIN DORAN REQUESTING A CALL BACK FROM PAYMENT SPECIALIST TO DISCUSS SEVERANCE CALC. REQ C/B AT 502-208-4971

**11/21/2019 7:31 PM - CLAIM Note 95**
Claim/Event/Leave: 7521853
NoteSubject : LTR to Atty
Other Subject :
Text: [11/21/2019 - TURNER, LATIMER]RESPONSE TO ATTNY, LOADED TO DOC LIST

**11/17/2019 6:00 PM - CLAIM Note 94**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject :
Text: [11/17/2019 - TURNER, LATIMER]LTR FROM ATTNY REGARDING SEVERANCE OFFSET LOADED TO DOC LIST. FWD TO PSU

**11/05/2019 3:31 PM - PHONE Note 31**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : RTC TO ATTNY
Text: [11/05/2019 - TURNER, LATIMER]@502-208-4971. SPOKE WITH FRONT OFFICE. LEFT MESSAGE FOR ATTNY REQUESTING LTR BE FAXED TO ME DIRECTLY AT 603-430-5923 AND WILL FWD TO PSU/FRS FOR THEM TO FOLLOW UP ON REQUESTED INFO

**11/05/2019 3:30 PM - PHONE Note 30**
Claim/Event/Leave: 7521853
NoteSubject : Other Called
Other Subject : VM FROM ATTNY
Text: [11/05/2019 - TURNER, LATIMER]8991392 JAMES GUILLIOT****WAS MIL SENT? AMY HUNTER, I WENT TO GET EVALUATED BY AP. I HAD AN MRI DONE AND THERE IS CONCERN OF A BRAIN TUMOR. I WILL F/U WITH NERUO TODAY. 317-550-8919 ATTNY KEVIN DORAN PHONE 502-208-4971, REP RICHARD JOHNSON 7521853 , I SENT A LETTER SEPT/2019 ABOUT AN ISSUE OF AN OFFSET FOR EE S SEVERANCE. I WAS REQUESTING DOCUMENTATION SUPPORTING THE OFFSET. REQ C/B.

**09/10/2019 11:23 AM - CLAIM Note 93**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW AO JULY 2020
Text: [09/10/2019 - TURNER, LATIMER]62 YOM PROJECT ENGINEER (LIGHT OCC PER OA). LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. DX: LEFT KNEE PAIN, NECK PAIN & BACK PAIN. NO KNOWN INJURY. LT TKR ON 1/31/17. CLAIM WAS PREVIOUSLY CLOSED FORNTD OO. EEAPPEALED THIS CLOSURE. A PEER REVIEW COMPLETED ON APPEAL DETERMINED THE FOLLOWING R/L'S ARE SUPPORTED: SIT/STAND/WALK: ABILITY TO CHANGE POSITIONS AS NEEDED FOR COMFORT. PUSH/PULL/LIFT/CARRY: FREQUENT 1-10LB, OCCASIONAL 11-25LB. BEND/STOOP/SQUAT/KNEEL: NEVER. REACH ABOVE SHOULDER LEVEL: OCCASIONAL. USE OF FOOT CONTROLS: LESS THAN OCCASIONAL. CLIMB STAIRS: OCCASIONAL. CLIMB LADDERS: NEVER. UNPROTECTED HEIGHTS: NEVER. HEAVY MACHINERY EXPOSURE: NEVER. DRIVE: OCCASIONAL. BASED ON THIS, ARU OT CLAIMCLOSURE. ****ACTION PLAN TO SECURE UPDATED MEDICAL RECORDS IN NOVEMBER 2019 FOR CID DETERMINATION. EE IS SS AWARDED.

**08/13/2019 4:41 PM - PHONE Note 29**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject :
Text: [08/13/2019 - TURNER, LATIMER]LM: CALLED ATTNY WITH PAYMENT INFO

**08/13/2019 4:14 PM - CLAIM Note 92**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVCS
Text: [08/13/2019 - ALEX, KRYSTAL]RECV'D REOPEN REFERRAL FROM DCM, SET UP THROUGH 7/29/2020 APPROVED THRU, AND NO OVP AND SS AWARDED

**08/13/2019 3:28 PM - PHONE Note 28**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : ATTNY
Text: [08/13/2019 - TURNER, LATIMER]S/W ATTNY WHO CONFIRMED CHECK NEEDS TO SAY RICHARD JOHNSON AND KEVAN

**Lincoln/R. Johnson 0054**

Text: [08/13/2019 - TURNER, LATIMER]S/W ATTNY WHO CONFIRMED CHECK NEEDS TO SAY RICHARD JOHNSON AND KEVAN M. DORAN AND BE SENT TO 2950 BRECKENRIDGE LN, STE 12A, LOUISVILLE KY, 40220. CONFIRMED WILL SEND NOTICE TO PSU. ATTNY REQ C/B WHEN BACK PAY AMOUNT KNOWN.

**08/13/2019 11:10 AM - CLAIM Note 91**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVCS
Text: [08/13/2019 - ALEX, KRYSTAL]REC'D REOPEN REFERRAL FROM DCM, EMAILED DCM AND ADVISED HE HAS TO SETU P THE PAYMENTS TO GO TO THE ATTORNEY AND ONCE THA TIS DONE I CAN REOPEN AND SCHED THRUGH 7/29/2021. SS AWARDED, NO OVP

**08/13/2019 2:28 AM - CLAIM Note 90**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF REOPEN CLAIM (SUCCESSIVE/EXTENSION) HAS BEEN RECEIVED AND ASSIGNED TO KRYSTAL ALEX.

**08/13/2019 2:28 AM - CLAIM Note 89**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REOPEN CLAIM (SUCCESSIVE/EXTENSION). BEN BEG:7/30/2017 BEN END:7/29/2021 COMMENTS: REOPEN. PAYMENT IS BE MADE PAYABLE TO RICHARD JOHNSON AND HIS ATTORNEY KEVAN M. DORAN

**08/08/2019 11:59 AM - PHONE Note 27**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : ATTNY
Text: [08/08/2019 - MARKS, KATHERINE]DCM RC TO ATTNY KEVIN DORAN. HIS OFFICE REP ANSWERED AND ADV HE IS ON ANOTHER CALL. DCM ACK AND EXPL I AM RC TO HIM BUT ALSO WANTED TO LET HIM KNOW I AM NOT THE CONTACT FOR THIS CLAIM. DMC PROVIDED ADCM'S CONTACT INFO.DCM ALSO ADV HE WANTED TO KNOW IF WE HAVE INFO INDICATING PAYMENT SHOULD BE RELEASED TO THEIR OFFICE DIRECTLY AND WE DO HAVE THAT AND ONCE PAYMENT IS RELEASED, WE WILL BE SENDING IT TO THEIR OFFICE. SHE THANKED, AGREED TO PROVIDE HIM THE MESSAGE, CALL ENDED.

**08/08/2019 11:55 AM - PHONE Note 26**
Claim/Event/Leave: 7521853
NoteSubject : Other Called
Other Subject : ATTNY
Text: [08/08/2019 - MARKS, KATHERINE]ATTNY CALLED AND LEFT VM @ 12:11PM ON 8/6 AND 11:39AM ON 8/8. EE ASKED FOR RC TO VERIFY WE HAVE HIS PAYMENT INSTRUCTIONS INDICATING CHECK SHOULD BE RELEASED TO THEIR OFFICE. RC TO 502-208-4971.

**08/07/2019 8:46 AM - CLAIM Note 88**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/07/2019 - BOBO, KRISTIN]AGREE W/ REOPEN AND ACTION PLAN, HOWEVER, AS 7/2019 PEER REVIEW NOTES IMPROVEMENT FROM AN IMPAIRMENT STANDPOINT IS POOR-FAIR DUE TO THE CHRONIC NATURE OF THE CONDITION, WHEN SECURING UPDATED RECORDS FOR CID REVIEW, WOULD OBTAIN UPDATED RF'S/MCL'S FROM RELEVANT TREATING PROVIDERS AS PROVIDERS PREVIOUSLY GAVE SED (DR. POPHAM-ORTHO) AND LIGHT (DR. PETRUCCI-CHIRO) IN 10/2018 BUT R&L'S ARE OUTDATED. ADDITIONALLY FORMS ARE OUTDATED AND UPDATED FORMS SHOULD BE REQUESTED AT THIS TIME.

**08/06/2019 3:06 PM - CLAIM Note 87**
Claim/Event/Leave: 7521853
NoteSubject : Reopen
Other Subject : APPEAL OT
Text: [08/06/2019 - MARKS, KATHERINE]EE IS A 62 YOM PROJECT ENGINEER (LIGHT OCC PER OA). LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. DX: LEFT KNEE PAIN, NECK PAIN & BACK PAIN. NO KNOWN INJURY. LT TKR ON 1/31/17. CLAIM WAS PREVIOUSLY CLOSED FORNTD OO. EE APPEALED THIS CLOSURE. A PEER REVIEW COMPLETED ON APPEAL DETERMINED THE FOLLOWING R/L'S ARE SUPPORTED: SIT/STAND/WALK: ABILITY TO CHANGE POSITIONS AS NEEDED FOR COMFORT. PUSH/PULL/LIFT/CARRY: FREQUENT 1-10LB, OCCASIONAL 11-25LB. BEND/STOOP/SQUAT/KNEEL: NEVER. REACH ABOVE SHOULDER LEVEL: OCCASIONAL. USE OF FOOT CONTROLS: LESS THAN OCCASIONAL. CLIMB STAIRS: OCCASIONAL. CLIMB LADDERS: NEVER. UNPROTECTED HEIGHTS: NEVER. HEAVY MACHINERY EXPOSURE: NEVER. DRIVE: OCCASIONAL. BASED ON THIS, ARU OT CLAIM CLOSURE. RECOMMEND CLAIM BE REOPENED AT THIS TIME. RECOMMEND ACTION PLAN TO SECURE UPDATED MEDICAL RECORDS IN NOVEMBER 2019 FOR CID DETERMINATION. EE IS SS AWARDED.

**07/31/2019 7:13 PM - CLAIM Note 86**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : OUT/OVERTURN
Text: [07/31/2019 - GRYGIEL, COURTNEY]THE APPEAL DETERMINATION TO DENY BENEFITS IS OVERTURNED. THE

**Lincoln/R. Johnson 0055**

TEXT: [07/31/2019 - GRYGIEL, COURTNEY]THE APPEAL DETERMINATION TO DENY BENEFITS IS OVERTURNED. THE
INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY
BENEFITS. LETTER TO ATTORNEY AND FILE RTF FOR ONGOING CLAIM MANAGEMENT

**07/31/2019 12:32 PM - CLAIM Note 85**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : REVIEW
Text: [07/31/2019 - SNEIRSON, KARILANN]AGREE

**07/29/2019 4:54 PM - CLAIM Note 84**
Claim/Event/Leave: 7521853
NoteSubject : Peer Review
Other Subject : REC'D
Text: [07/29/2019 - GRYGIEL, COURTNEY]PEER REVIEW RECEIVED AND REVIEWED. FILE UNDER MANAGER REVIEW.

**07/22/2019 6:06 PM - CLAIM Note 83**
Claim/Event/Leave: 7521853
NoteSubject : Peer Review
Other Subject :
Text: [07/22/2019 - GRYGIEL, COURTNEY]REFERRAL MADE THROUGH CRT--CURRENTLY WAITING ASSIGNMENT.

**07/05/2019 3:18 PM - CLAIM Note 82**
Claim/Event/Leave: 7521853
NoteSubject : LTR to Atty
Other Subject :
Text: [07/05/2019 - GRYGIEL, COURTNEY]TOLLING LETTER SENT TO ATTORNEY AFFORDING THE OPPORTUNITY TO SUBMIT
ADD'T INFO. REQUESTED DUE DATE 7/19/19.

**06/24/2019 11:30 AM - CLAIM Note 81**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : IN
Text: [06/24/2019 - GRYGIEL, COURTNEY]APPEAL IN AND IN PROCESS. FURTHER ACTION PENDING COMPLETE REVIEW OF
THE CLAIM FILE .

**06/14/2019 11:36 AM - CLAIM Note 80**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [06/14/2019 - PRESTON, SHERRY]PRESCREEN COMPLETE. FI ERISA LTD CLAIM REC'D 7/30/17. JD/AUTH ON FILE. DIS
TYPE CODING CORRECT. APPEAL CODING CORRECT. CLAIM CLOSED NTD OO; LTR SENT 12/12/18. 180 DAY APPEAL
TIMEFRAME; 6/9/19 DEADLINE. ON 4/5/19, REC'D NOTICE OF APPEAL AND ATTORNEY REP FROM ATTY KEVAN DORAN WITH
SIGNED AUTH, REQ FOR CCF. APPEAL LETTER INDICATED ADDL INFORMATION WOULD BE SUBMITTED. SENT APPEAL ACK,
GATH INFO LTR TO ATTY WITH REQUESTED CLAIM INFO. **NO ADDL INFO RECD. CONFIRMED W/ATTORNEY THAT HE IS
NOT SURE IF THERE IS ANYTHING ADDL. CONFIRMED WE RECD HIS APPEAL AND WILL REFER TO ARC FOR REVIEW. HE
WILL CHECK TO SEE IF HE HAS ANYTHING ELSE AND IF SO, SEND IT RIGHT OVER. SENT APPEAL ACK LTR TO ATTY.
ASSIGNED TO COURTNEY GRYGIEL.

**06/14/2019 11:14 AM - PHONE Note 25**
Claim/Event/Leave: 7521853
NoteSubject : Other Called
Other Subject : ATTY
Text: [06/14/2019 - PRESTON, SHERRY]ATTY RTC AND CONFIRMED THAT THEY DID FILE AN APPEAL TIMELY. CONFIRMED
YES WE RECD THEIR NOTICE OF APPEAL IN APRIL, HOWEVER, IT INDICATED ADDL INFORMATION WOULD BE COMING, SO I
WAS JUST FOLLOWING UP TO MAKE SURE THEY HADN'T SENT SOMETHING AND WE DIDN'T RECEIVE IT. SINCE APPEAL
DEADLINE WAS 6/9, I WILL ASSIGN THE APPEAL FOR REVIEW. HE WILL ALSO CHECK WHEN HE GETS BACK TO HIS OFFICE
TO SEE IF THEY HAVE ANYTHING ELSE OR NOT AND IF SO, HE WILL SEND IT RIGHT OVER. HE JUSTHAS GOTTEN INTO THE
HABIT OF SENDING THE LETTER EARLY TO MAKE SURE HE ISN'T TOLD THAT THEY DIDN'T FILE A TIMELY APPEAL.
CONFIRMED THAT'S NOT A PROBLEM AS WE DID RECEIVE HIS NOTICE OF APPEAL WELL WITHIN THE APPEAL TIMEFRAME.

**06/14/2019 9:19 AM - PHONE Note 24**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : ATTY OFFICE
Text: [06/14/2019 - PRESTON, SHERRY]CALLED ATTY DORAN'S OFFICE @ (502) 208-4971 AND S/W RITA REGARDING THE
APPEAL FOR CLAIMANT THAT WAS DUE ON 6/9. SHE WILL CHECK W/ATTY AND CALL ME BACK.

**05/06/2019 3:02 PM - CLAIM Note 79**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : REASSIGNED
Text: [05/06/2019 - GAUTHIER, MEGAN]TO SHERRY PRESTON

**04/11/2019 4:00 PM - CLAIM Note 78**

**Lincoln/R. Johnson 0056**

Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [04/11/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET,
AND LTD POLICY SHIPPED TO DORAN LAW FIRM ATTN: KEVAN A. DORAN 2950 BRECKENRIDGE LANE, SUITE 12A,
LOUISVILLE, KY 40220 VIA 2ND DAY AIR

**04/10/2019 2:00 PM - PHONE Note 23**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject : ATTY
Text: [04/10/2019 - GAUTHIER, MEGAN]CALLED ATTY KEVAN DORAN @ 502-208-4971. VERIFIED REC'D REQ FOR CCF AND
WILL SEND VIA PAPER MAIL ON A THUMBDRIVE. VERIFIED ATTY PREFERRED ADDRESS. CONFIRMED WILL SEND WITH
APPEAL ACK. NFQ.

**04/10/2019 1:54 PM - CLAIM Note 77**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : PRE-SCREEN COMPLETE
Text: [04/10/2019 - GAUTHIER, MEGAN]CON LTD ERISA CLAIM REC'D 7/30/17. CLAIM CLOSED NTD OO; LTR SENT 12/12/18. 180
DAY APPEAL TIMEFRAME; 6/9/19 DEADLINE. JD/AUTH ON FILE. ON 4/5/19, REC'D NOTICE OF REP FROM ATTY KEVAN DORAN
WITH SIGNED AUTH, REQ FOR CCF. AA TO HOLD CLAIM THROUGH RECEIPT OF COMPLETE APPEAL. APPEAL ACK TO ATTY -
- INFO FORTHCOMING WITH REQUESTED CLAIM INFO.

**04/10/2019 7:49 AM - CLAIM Note 76**
Claim/Event/Leave: 7521853
NoteSubject : Appeal
Other Subject : REC'D
Text: [04/10/2019 - GAUTHIER, MEGAN]ASSIGNED TO MEGAN GAUTHIER

**04/10/2019 2:29 AM - CLAIM Note 75**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 4/9/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**04/09/2019 1:36 PM - CLAIM Note 74**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/09/2019 - BOBO, KRISTIN]AGREE W/ ARU REFERRAL.

**04/08/2019 4:59 PM - CLAIM Note 73**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Appeals
Other Subject : MGR REVIEW
Text: [04/08/2019 - TURNER, LATIMER]NOTICE OF APPEAL FROM ATTNY WITHOUT ADDITIONAL MEDICAL. RCMD REF TO ARU.

**04/05/2019 3:52 PM - PHONE Note 22**
Claim/Event/Leave: 7521853
NoteSubject : Called Other
Other Subject :
Text: [04/05/2019 - TURNER, LATIMER]CALLED ATTNY @502-208-4972 WHO CONFIRMED THEY ARE REPRESENTING EE AND
WILL FAX APPEAL LTR AS WELL AS SEND IT TO ARU.

**04/05/2019 3:26 PM - PHONE Note 21**
Claim/Event/Leave: 7521853
NoteSubject : Other Called
Other Subject : ATTNY
Text: [04/05/2019 - TURNER, LATIMER]502-208-4972 9:43AM 4/5/2019 MELODE LAFALLETT 7521853 FROM DORREN LAW
OFFICE

**12/13/2018 2:30 AM - CLAIM Note 72**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CLAIM
CLOSURE HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**12/13/2018 2:30 AM - CLAIM Note 71**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CLAIM CLOSURE. COMMENTS: CLAIM CLOSED AS OF 12/13/18. PLEASE DO NOT ISSUE BENEFITS BEYOND
12/12/18.

**Lincoln/R. Johnson 0057**

12/12/18.

**12/12/2018 4:33 PM - CLAIM Note 70**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVCS
Text: [12/12/2018 - MONAHAN, JAQUELINE]REFERRAL RECEIVED AND CHANGED SCHEDULED PAYMENT END DATE TO 12/12/2018 AS REQUESTED BY DCM.

**12/12/2018 3:50 PM - PHONE Note 20**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [12/12/2018 - MARKS, KATHERINE]DCM CALLED EE @              DCM WENT OVER MEDICAL REVIEW AND CLOSURE WITH EE. EE STATED HE HAS BACK PAIN HE IS NOW TXING FOR AND HE CAN'T PERFORM LIGHT DUTY WORK. EE STATED HE IS SEEING DR. PETRUCCI FOR THE BACK PAIN. DCM ACK, EXPL WE SECURED RECORDS FROM THAT AP AS WELL AS AN RF IN OCT AND ALSO HAD REVIEWING AP TRY TO REACH OUT TO HIM. EE STATED WE DON'T HAVE THE LATEST NOTES FROM AP. DCM ACK HOWEVER EXPL THAT WE CAN'T ALWAYS HOLD EVERY REVIEW UNTIL THE NEXT OV AND THAT THIS IS WHY THE APPEALS PROCESS IS OPEN TO HIM, WENT OVER THAT PROCESS WITH EE AND ENCOURAGED HIM TO SUBMIT APPEAL LETTER AND ANY UPDATED RECORDS IF HE DOES DISAGREE WITH OUR DECISION. EE STATED HE WILL DISCUSS WITH HIS ATTNY. DCM EXPL THAT IS FINE AND EXPL TO HAVE ATTNY SEND US A LETTER OF REPRESENTATION IF HE DECIDES TO HAVE HIM TAKE OVER HIS APPEAL AND EXPL WOULD ONLY BE ABLE TO CORRESPOND WITH HIS ATTNY AT THAT POINT. EE ACK, NFQ, CALL ENDED.

**12/12/2018 3:39 PM - CLAIM Note 69**
Claim/Event/Leave: 7521853
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [12/12/2018 - MARKS, KATHERINE]CLOSURE LETTER SENT TO EE.

**12/12/2018 3:37 PM - CLAIM Note 68**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/12/2018 - SULLIVAN, BRIAN]AGREE WITH RECOMMENDATION. MD REVIEW IN JANUARY FOUND SUPPORT FOR R&LS AND RECOMMENDED F/U REVIEW. RECENT REVIEW COMPLETED NOW FINDS A LEVEL OF CAPACITY THAT WOULD NOT PREVENT RTW OWN OCC.

**12/12/2018 12:10 PM - CLAIM Note 67**
Claim/Event/Leave: 7521853
NoteSubject : Closed
Other Subject : REF TO MGR
Text: [12/12/2018 - MARKS, KATHERINE]EE IS A 62 YOM PROJECT ENGINEER (LIGHT OCC PER OA). LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. DX: LEFT KNEE PAIN, NECK PAIN & BACK PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. MEDICAL RECORDS ON FILE FROM APPOPHAM THRU 9/25/18 (RF 10/1/18) AND FROM AP PETRUCCI THRU 10/4/18 (RF 10/2/18). THESE ARE EE'S ONLY KNOWN TXING APS. CLAIM WAS REFERRED FOR A PM&R PEER REVIEW WHICH CONCLUDED THAT THE FOLLOWING R/L'S ARE SUPPORTED: OVERHEAD REACHING FREQUENTLY, REACHING AT SHOULDER LEVEL FREQUENTLY, REACHING AT DESK LEVEL FREQUENTLY, SITTING CONSTANTLY, STANDING OCCASIONALLY, WALKING OCCASIONALLY, LIFTING UP TO 35 POUNDS OCCASIONALLY FROM FLOOR TO WAIST LEVEL, CARRYING UP TO 35 POUNDS FREQUENTLY AND BENDING OCCASIONALLY. REVIEWER NOTED EE'S PROGNOSIS FOR FUNCTIONAL IMPROVEMENT IS GOOD AND THAT EE HAS FT CAPACITY W/I THESE R/L'S. AP ATTEMPTED CONTACT WITH BOTH APS. DR. POPHAM FEELS EE HAS ONLY SEDENTARY CAPACITY PER RF AND AP PETRUCCI FEELS EE HAS LIGHT CAPACITY PER OA. OA REVEALED EE'S OCC IS LIGHT AND THE SUPPORTED R/L'S WOULD NOT PRECLUDE HIM FROM PERFORMING HIS OCC. THEREFORE, RECOMMEND CLAIM CLOSURE FOR NTD OO.

**12/12/2018 10:12 AM - CLAIM Note 66**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [12/12/2018 - LANDRY, KATHLEEN]INV RCVD 12/7/18 FROM MES INV 744146 DATED 12/7/18 FOR PEER REVIEW PMR BY LISA S BARRETT IN THE AMT OF $1147.12. INV PAID IN FULL

**12/10/2018 5:09 PM - OVERPMT Note 9**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : OP RECOVERED
Text: [12/10/2018 - JEWELL, NICOLE]OP RCVD IN FULL AS OF 11/30/18, THEREFORE, OP REFERRAL NOW CLOSED.

**11/29/2018 2:28 AM - CLAIM Note 65**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/27/2018 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**11/27/2018 9:43 PM - CLAIM Note 64**

**Lincoln/R. Johnson 0058**

Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject :
Text: [11/27/2018 - TURNER, LATIMER]REF FOR FFR

**11/20/2018 3:39 PM - CLAIM Note 63**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/20/2018 - MITCHELL, CATHERINE]INVOICE RECEIVED ON 11/8/2018 FROM RELEASEPOINT. INV #708906, IN THE AMOUNT OF $16.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/16/2018 1:01 PM - OVERPMT Note 8**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : VENDOR EMAIL
Text: [11/16/2018 - JEWELL, NICOLE]THU 11/15/2018 3:43 PM - HI NICOLE, I JUST SPOKE TO THE ABOVE CLAIMANT AND HE AUTHORIZED AN EFT FOR THE FULL OP AMOUNT. YOU WILL SEE THESE FUNDS SOON. CATHY DONOVAN OVERPAYMENT RECOVERY SPECIALIST DOHERTY,CELLA, KEANE & ASSOCIATES, LLP 100 CUMMINGS CENTER, SUITE 335N BEVERLY, MA 01915 TOLL FREE: 800.211.4736 DIRECT: 978.922.0411 FAX: 978.922.1644 SSDILAW@DCKLAW.COM

**11/09/2018 2:05 PM - PHONE Note 19**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [11/09/2018 - TURNER,                    LM: REQ C/B. SEEN ANYONE BESIDES DR. POPHAM OR LAGRAMGE CHIRO? WERE U REFERRED TO PAIN MANAGEMENT? ANY CHANGES IN CONDITION?

**11/01/2018 11:50 AM - OVERPMT Note 7**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : VENDOR EMAIL
Text: [11/01/2018 - JEWELL, NICOLE]THU 11/1/2018 11:33 AM - HI NICOLE, PLEASE BE ADVISED SS HAD INCORRECT BANKING INFORMATION FOR CLAIMANT WHICH I WAS ABLE TO STRAIGHTEN OUT TODAY. RETRO WILL BE RELEASED EITHER TODAY OR ON NOVEMBER 14TH, SS COULD NOT TELL ME FOR SURE. CLAIMANT WILL AUTHORIZE THE EFT ONCE HE RECEIVES BUT THIS MAY TAKE AN ADDITIONAL 3 WEEKS. THANK YOU. KIM M. OSTROWSKI OVERPAYMENT RECOVERY SPECIALIST DOHERTY, CELLA, KEANE & ASSOCIATES, LLP 100 CUMMINGS CENTER, SUITE 335N BEVERLY, MA 01915 TOLL FREE: 800.211.4736 DIRECT: 978.922.0411 FAX: 978.922.1644 AWARDS@DCKLAW.COM

**10/29/2018 11:10 AM - OVERPMT Note 6**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : OP CREATED
Text: [10/29/2018 - JEWELL, NICOLE]THE OVERPAYMENT DUE IS $8,158.71 FOR THE PERIOD OF 07/30/17 THRU 09/30/18. CLAIMANT WAS ORIGINALLY PAID $26,347.51. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $12,188.80. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT. ATTORNEY FEES AND EXCESS FEES WERE CREDITED IN THE AMOUNT OF $6,000.00.

**10/19/2018 9:52 AM - CLAIM Note 62**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : LANGRANGE CHRIO
Text: [10/19/2018 - TURNER, LATIMER]OV NOTES 7/2/18 - 10/4/18

**10/16/2018 10:14 AM - OVERPMT Note 5**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : NOA RCVD
Text: [10/16/2018 - JEWELL, NICOLE]RCVD SSDB NOA IN DOC LIST ON 10/11/18. ENT JULY 2017 $2558.70, DEC 2017 $2609.80 COLA, JAN 2018 $2633.90 CAE. ADDED OFFSETS ACCORDINGLY. RETRO $36463 FOR JULY 2017 - AUG 2018 LESS $6000 VENDOR FEES ($1500 OF THIS IS IN ESCROW). NO ELIG DEPS. FOLLOW UP SET TO COMPLETE CALC.

**10/12/2018 8:21 PM - CLAIM Note 61**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VNDR PMT
Text: [10/12/2018 - THEOFRASTOU, ELIZABETH]INVOICE RECEIVED ON 10/3/18 FROM RELEASEPOINT. INV # 708767, IN THE AMOUNT OF $8 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**10/12/2018 10:15 AM - OVERPMT Note 4**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : NOA

Text: [10/12/2018 - FARROW, ANTHONY]REFERRAL ASSIGNED TO NICOLE JEWELL. SPECIALIST WILL REVIEW OFFSET AND MAKE ADJUSTMENTS AS NECESSARY AND WILL COMPLETE CALC ONCE SS AWARD IS RECEIVED.

**10/09/2018 8:59 AM - OVERPMT Note 3**
Claim/Event/Leave: 7521853
NoteSubject : OP/SS
Other Subject : NEW REFERRAL
Text: [10/09/2018 - JEWELL, NICOLE]RCVD NEW REFERRAL FOR SSDB AWARDED, HOWEVER, NOA NOT YET AVAILABLE. FOLLOW UP SET TO OBTAIN NOA FROM VENDOR FOR RECALC.

**10/09/2018 2:29 AM - CLAIM Note 60**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO NICOLE JEWELL.

**10/09/2018 2:27 AM - CLAIM Note 59**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: NOTICE OF AWARD FROM VENDOR

**10/07/2018 2:39 PM - CLAIM Note 58**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : DR. POPHAM
Text: [10/07/2018 - TURNER, LATIMER]OV NOTES 7/17/18 - 10/1/18, RF

**09/29/2018 5:18 PM - CLAIM Note 57**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [09/29/2018 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 7/1/18 TO PRESENT FROM DR. POPHAM, LAGRANGE CHRIO, VIA RP WITH AUTH

**09/29/2018 5:13 PM - CLAIM Note 56**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2018
Text: [09/29/2018 - TURNER, LATIMER]62 YOM. LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. OCC: ENGINEEROCC DUTIES: OA RETURNED LIGHT OCC. DX: PROGRESSIVE KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17 CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17 FOR FURTHER TESTING AND TOCUT AWAY SCAR TISSUE. *****EE REPORTS NO LONGER /DOING PT DUE TO IT MAKING PAIN WORSE. OV WITH AP ON 11/27/17 CONFIRM EE EXPERIENCING POPPING IN KNEE AND CONTINUED PAIN, EE HAVING TROUBLE SLEEPING, AP TREATING WITH INJECTIONS. FFR COMPLETED 1/29/18NOTES EE CANNOT KNEEL, WITH DUR THRU 5/29/18. OA NOTES OCC REQUIRES OCCASIONAL KNEELING. SSDI PENDING WITH VENDOR. ****MDS REVIEW COMPLETED 9/25/18 NOTES R&L S SUPPORTED THRU F/U VISIT ON 9/25***PLAN DCM WILL OBTAIN UPDATE MEDICAL RECORDS AND RF FROMDR. POPHAM, LAGRANGE CHIROPRACTIC, DCM WILL F/U TO CONFIRM ANY REF FOR PAIN MANAGEMENT AND CONSIDER MEDICAL REVIEW TO CONFIRM R&L S.

**09/25/2018 2:34 PM - MDS Note**
Claim/Leave: 7521853
Episode #: 1
Nurse Name: GROWE, HANNAH
Service #: 16654622
Service Date: 09/25/2018
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, LATIMER, TURNER
Note Type: INFORMATION OBTAINED DESC
Text: GIVEN CLMNTS ONGOING PAIN POSTOPERATIVELY WITH LIMITED RANGE OF MOTION AND FURTHER FOLLOW UP REQUIRED, R/LS OF OCCASIONAL WALKING AND STANDING ON THE LEFT LEG, NO KNEELING, NO CLIMBING OR CRAWLING IS ADVISED THROUGH AT LEAST THE 9/25/18 FOLLOW UP. BEYONDTHIS R/LS CANNOT BE DETERMINED WITH MISSING MEDICAL. WOULD ADVISE DCM TO OBTAIN UPDATED 9/25/18 VISIT WITH DR. POPHAM {INCLUDING A COMPLETED RESTRICTIONS FORM}, UPDATED CHIROPRACTOR NOTES, NOTES WITH PAIN MANAGEMENT {AS OF 7/30/18 THE CLMTN WAS REFERRED FOR CERVICAL EPIDURALS} AND REFER BACK TO MDS FOR REVIEW OF R/LS AND POSSIBLE CONSIDERATION OF FURTHER CLINICAL REVIEW ONCE UPDATED MEDICAL HAS BEEN RECEIVED. DISCUSSED WITH DCM. ASSIGNMENT COMPLETE.

**09/25/2018 2:33 PM - MDS Note**
Claim/Leave: 7521853
Episode #: 1
Nurse Name: GROWE, HANNAH

**Lincoln/R. Johnson 0060**

Nurse Name: GROWE, HANNAH
Service #: 16654621
Service Date: 09/25/2018
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: CLAIMS, LATIMER, TURNER
Note Type: INFORMATION OBTAINED DESC
Text: NCM CONTACTED DR. POPHAMS OFFICE AND SPOKE WITH A MEMBER OF THE OFFICE STAFF. SHE INDICATES THE CLMTN WAS SEEN ON 9/25/18 AT 9 AM AND IS NOT TO BE SEEN AGAIN UNTIL 3/26/18.

**09/25/2018 2:33 PM - MDS Note**
Claim/Leave: 7521853
Episode #: 1
Nurse Name: GROWE, HANNAH
Service #: 16654620
Service Date: 09/25/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, LATIMER, TURNER
Note Type: INFORMATION OBTAINED DESC
Text: THE CLMNT IS A 62 YEAR OLD MALE THAT SEPARATED FROM THE WORKPLACE ON 1/31/17 WHEN HE UNDERWENT A LEFT TOTAL KNEE REPLACEMENT {OSRD07Z} DUE TO SEVERE LEFT KNEE ARTHRITIS. POSTOPERATIVELY THE CLMNT HAS HAD ISSUES WITH PAIN AND RANGE OF MOTION. ON 9/13/17 THE CLMTN UNDERWENT A SECOND SURGERY ON HIS KNEE TO REMOVE SCAR TISSUE AND FOR A MANIPULATION. SINCE THAT TIME, THE CLMNT HAS CONTINUED HAVING KNEE PAIN, LIMITED RANGE OF MOTION AND TENDERNESS. HE HAS HAD STEROID INJECTIONS WITHOUT SIGNIFICANT RELIEF. THE LOV ON FILE WITH DR. POPHAM {ORTHOPEDICS} NOTES THAT THE CLMNT WAS BEING SEEN FOR HIS KNEE AND TO REVIEW AN MRI HE HAD RECENTLY TO FURTHER EVALUATE HIS COMPLAINTS. HE REPORTED THAT HIS KNEE CONTINUED TO BE SORE, STIFF AND CONTINUED TO HAVE CONSTANT 6-7/10PAIN. ON EXAM, THE CLMNT HAD DECREASED RANGE OF MOTION. HE HAD ATROPHIED CALF MUSCLE COMPARED TO THE RIGHT AND TENDERNESS OVER THE KNEE. MRI SHOWED MILD TENDINOPATHY IN THE PATELLAR TENDON {TENDON CONNECTING THE KNEECAP TO THE SHINBONE}. HE ALSO HAD A CERVICAL SPINE MRI THAT SHOWED PROTRUSIONS AT THE C3-7 LEVEL IN VARYING SIZES. IT IS NOTED HE IS IN CHIROPRACTIC TREATMENT FOR THIS AND THAT IT IS HELPING WITH PAIN. HE WAS GIVEN AN INJECTION TO HIS KNEE AS THIS HAD HELPED IN THE PAST. HE WAS INSTRUCTED TO CONTINUE WITH HIS CHIROPRACTOR FOR NECK PAIN, HE WAS REFERRED FOR CERVICAL EPIDURALS AND WAS TO FOLLOW UP IN 2 MONTHS. THERE IS NO FOLLOW UP ON FILE. RECOMMEND NCM CONTACT DR. POPHAMS OFFICE FOR FOLLOW UP INFORMATION. DCM IN AGREEMENT.

**09/23/2018 6:57 PM - CLAIM Note 55**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Managed Care
Other Subject :
Text: [09/23/2018 - TURNER, LATIMER]WHAT R&L'S ARE SUPPOSED AND FOR WHAT DUR? OK TO CONTACT AP IF NEEDED

**09/14/2018 8:55 PM - CLAIM Note 54**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VNDR PMT
Text: [09/14/2018 - THEOFRASTOU, ELIZABETH]INVOICE RECEIVED ON 9/7/18 FROM RELEASEPOINT. INV #708628, IN THE AMOUNT OF $16 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**08/07/2018 12:08 PM - CLAIM Note 53**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [08/07/2018 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 1/1/18 TO PRESENT FROM DR. POPHAM VIA RP WITH AUTH

**08/07/2018 11:57 AM - CLAIM Note 52**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW OO JAN 2019
Text: [08/07/2018 - TURNER, LATIMER]62 YOM. LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. OCC: ENGINEEROCC DUTIES: OA RETURNED LIGHT OCC. DX: PROGRESSIVE KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17 CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17 FOR FURTHER TESTING AND TOCUT AWAY SCAR TISSUE. *****EE REPORTS NO LONGER /DOING PT DUE TO IT MAKING PAIN WORSE. OV WITH AP ON 11/27/17 CONFIRM EE EXPERIENCING POPPING IN KNEE AND CONTINUED PAIN, EE HAVING TROUBLE SLEEPING, AP TREATING WITH INJECTIONS. FFR COMPLETED 1/29/18NOTES EE CANNOT KNEEL, WITH DUR THRU 5/29/18. OA NOTES OCC REQUIRES OCCASIONAL KNEELING. SSDI PENDING WITH VENDOR. ***PLAN EE REPORTS TO IMPROVEMENT IN R&L S, DCM WILL OBTAIN UPDATED MEDICAL RECORDS AND FFR.[09/12/2018 - TURNER, LATIMER].

**08/07/2018 11:53 AM - PHONE Note 18**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [08/07/2018 - TURNER,                              OV WITH DR. POPHAM ON 7/15/18, AP TRIED TO DO MRI TO KNEE BUT RESULTS WERE INCONCLUSIVE DUE TO METAL IN THE KNEE AP COULD NOT GET A GOOD IMAGE. AP IS TRYING

**Lincoln/R. Johnson 0061**

INJECTIONS (EE HAS HAD ABOUT 4-5 SO FAR) BUT EEHAS NOT SEEN ANY RELIEF, AP IS NOT SURE WHAT THE NEXT STEPS WILL BE. AP STATED EXPLORATORY SX MAY BE NEEDED BUT EE IS NOT WANTING TO DO THAT RIGHT NOW, NOV WILL BE SEPT/2018. EE TRYING ROM EXERCISES 1X/DAY AT HOME AS ROM AS DECREASED DRASTICALLY.

**07/23/2018 2:16 PM - CLAIM Note 51**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [07/23/2018 - WADE, CATHERINE]INVOICE RECEIVED ON 07/09/2018 FROM RELEASEPOINT. INV #708343, IN THE AMOUNT OF $8.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**07/10/2018 9:26 PM - CLAIM Note 50**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : LAGRANGE CHIRO
Text: [07/10/2018 - TURNER, LATIMER]OV NOTES 5/29/18 - 6/14/18

**06/27/2018 6:11 PM - CLAIM Note 49**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [06/27/2018 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 1/1/18 TO PRESENT FROM ELLIS AND BADENHAUSEN PT, LAGRANGE CHRIO, VIA RP WITH AUTH

**06/27/2018 6:01 PM - PHONE Note 17**
Claim/Event/Leave: 7521853
NoteSubject : EE Called
Other Subject :
Text: [06/27/2018 - TURNER, LATIMER]EE REPORTS PT IS BEING DONE AT ELLIS AND BADENHAUSEN 502-585-4571. EE WAS HAVING ISSUES WITH NECK AND WENT TO CHIROPRACTOR AND GOT AN MRI THAT SHOWS DEGENERATIVE DISC IN NECK CAUSING PAIN IN SHOULDER AND ARM, LAGRANGE CHIROPRACTIC P(502)225-3816, WILL START ROUTINE TO TRY TO RELEASE PRESSURE. EE WILL TALK TO DR. POPHAM ABOUT THE PAIN AT NOV ON 7/15/18 TO SEE IF EE NEEDS A REFERRAL TO A SPECIALIST.

**06/06/2018 5:39 PM - PHONE Note 16**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [06/06/2018 - TURNER,                     LM: REQ C/B TO CONFIRM WHERE PT IS BEING DONE. REQ RETURN OF AUTH.

**06/05/2018 9:29 AM - CLAIM Note 48**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : DR. POPHAM
Text: [06/05/2018 - TURNER, LATIMER]OV NOTES 1/8/18 - 5/15/18

**05/21/2018 10:58 AM - OVERPMT Note 2**
Claim/Event/Leave: 7521853
NoteSubject : OP/Refund
Other Subject : **UP CALC CREATED
Text: [05/21/2018 - WAHL, HENRY]TOTAL UNDERPAYMENT DUE IS $2,194.28 FOR THE PERIOD OF 04/01/18 THRU 04/30/18. PAY WAS RECALCULATED DUE TO SALARY CONTINUANCE.

**05/20/2018 9:20 PM - CLAIM Note 47**
Claim/Event/Leave: 7521853
NoteSubject : Notice/Proof Review
Other Subject :
Text: [05/20/2018 - TURNER, LATIMER]N&P SENT TO FOR MEDICAL RECORDS AND AUTH FORM, DUE 7/3/18

**05/20/2018 9:13 PM - CLAIM Note 46**
Claim/Event/Leave: 7521853
NoteSubject : LTR to Other
Other Subject :
Text: [05/20/2018 - TURNER, LATIMER]REQ FOR SSDI STATUS FROM DCK

**05/20/2018 9:13 PM - CLAIM Note 45**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [05/20/2018 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 12/1/17 TO PRESENT FROM DR. POPHAM VIA RP WITHOUT AUTH

**05/15/2018 1:39 PM - CLAIM Note 44**
Claim/Event/Leave: 7521853

Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : CLM REVIEW
Text: [05/15/2018 - BOBO, KRISTIN]COMPLETED QCM REVIEW. SS STATUS: SSDI SCREEN CODED AS PENDING AT RECON AND INDICATES AN 11/12/17 UPDATE WITH COMMENTS OF, UPDATE FROM DCK HOWEVER, THIS UPDATE IS NOT REFLECTED IN THE DOC LIST AND ONLY SS CORR ON FILE APPEARS TO BE PROOF OF APP. RECOMMEND OBTAINING DOCUMENTATION OF UPDATE FROM SS VENDOR AND ADDING TO DOC LIST AS WELL AS UPDATING SSDI SCREEN UPON RECEIPT. FORMS ON FILE, HOWEVER, NO AUTH ON FILE. AGREE W/ FILE DIRECTION PER DCM'S 5/6/18 ACTION PLAN.

**05/11/2018 2:27 AM - CLAIM Note 43**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND OTHER HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**05/10/2018 12:39 PM - OVERPMT Note 1**
Claim/Event/Leave: 7521853
NoteSubject : OP/Ck Adj
Other Subject : REFERRAL
Text: [05/10/2018 - WAHL, HENRY]RECD REFERRAL TO CALC UNDERPAYMENT DUE TO SLCT. F/U SET TO COMPLETE CALC

**05/10/2018 2:28 AM - CLAIM Note 42**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR OTHER.WITH A REASON OF SALARY CONTINUANCE.COMMENTS: PLEASE CALC UP FOR SLCT OFFSET FOR 4/1/18 - 4/12/18. MIN BEN SHOULD HAVE BEEN PAID FOR THAT PERIOD. THANKS!

**05/09/2018 10:29 AM - PHONE Note 15**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [05/09/2018 - TURNER,                              LM: CONFIRMED WE SPOKE WITH PSU WHO AGREES THE PRIOR PAYMENT IS NOT CORRECT, REF SENT TO FRS TO CALC THE UNDERPAYMENT AND ISSUE CHECK FOR THE DIFFERENCE.

**05/08/2018 4:36 PM - PHONE Note 14**
Claim/Event/Leave: 7521853
NoteSubject : EE Called
Other Subject :
Text: [05/08/2018 - TURNER, LATIMER]EE ASKED ABOUT LTD PAYMENT AS OFFSET ENDS 4/12/18, HOWEVER DEDUCTION FROM PRIOR PAYMENT SEEMS TO BE HIGHER THAN WHAT IS SHOULD BE. CONFIRMED WILL REACH OUT TO PSU FOR CLARIFICATION. EE STATED CONDITION IS UNCHANGED, STILL A LOT OF PAIN IN THE LEG. EE IS DOING PT AND IS MAINTAINING BUT NOT GETTING ANY BETTER. EE WILL BE SEEING AP NEXT WEEK FOR MORE TESTING WITH DR. POPHAM. CONFIRMED WILL REQUEST UPDATED RECORDS AFTER RESULTS ARE KNOWN.

**05/08/2018 12:31 PM - PHONE Note 13**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject : RTC
Text: [05/08/2018 - TURNER, LATIMER]@                    CONFIRMED LAST PAYMENT WAS HIGHER AS OFFSET FOR SEVERANCE PAY ENDED IN MIDDLE OF PAY PERIOD. GOING FWD THERE WILL NO LONGER BE AN OFFSET FOR SEVERANCE. REQ C/B FOR UPDATE WITH CONDITION.

**05/08/2018 12:30 PM - PHONE Note 12**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject : VM
Text: [05/08/2018 - TURNER, LATIMER]VM:                    10:18AM 5/7/2018 RICHARD JOHNSON 7521853 REQ C/B, NEED EOB ON LAST PAYMENT.

**05/06/2018 3:10 PM - CLAIM Note 41**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW JULY 2018
Text: [05/06/2018 - TURNER, LATIMER]62 YOM. LDW 1/27/17. DOD 1/31/17. CID 7/29/20. MAX BEN 7/29/21. OCC: ENGINEEROCC DUTIES: OA RETURNED LIGHT OCC. DX: PROGRESSIVE KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17 CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17 FOR FURTHER TESTING AND TOCUT AWAY SCAR TISSUE. *****EE REPORTS NO LONGER /DOING PT DUE TO IT MAKING PAIN WORSE. OV WITH AP ON 11/27/17 CONFIRM EE EXPERIENCING POPPING IN KNEE AND CONTINUED PAIN, EE HAVING TROUBLE SLEEPING, AP TREATING WITH INJECTIONS. FFR COMPLETED 1/29/18NOTES EE CANNOT KNEEL, WITH DUR THRU 5/29/18. OA NOTES OCC REQUIRES OCCASIONAL KNEELING. SSDI PENDING WITH VENDOR. **PLAN DCM WILL OBTAIN UPDATED MEDICAL RECORDS TO CONFIRM RESPONSE TO TX, DCM WILL OBTAIN UPDATE LTD FORMS AND AUTH

**Lincoln/R. Johnson 0063**

RESPONSE TO TX: DCM WILL OBTAIN UPDATE LTD FORMS AND AUTH.

**03/28/2018 4:14 PM - PHONE Note 11**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [03/28/2018 - TURNER, LATIMER]@                        EE STATED NO IMPROVEMENT. EE IS DOING PT 1X WEEK AND HORMONAL THERAPY. EE STATED THERE IS FREQUENT PAIN AND REDUCED MOVEMENT. EE STILL TREATING WITH DR. POPHAM, NOV 4/10/18. CONFIRMED LTD FORMS WILL NEED TO BE UPDATED IN SEPT/2018. CONFIRMED NO UPDATED RECORDS NEEDED AT THIS TIME. REQ C/B WITH ANY CHANGES.

**03/23/2018 4:04 PM - PHONE Note 10**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [03/23/2018 - TURNER, LATIMER]@                   LM: REQ C/B FOR UPDATE.

**02/05/2018 10:18 AM - CLAIM Note 40**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/05/2018 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/30/2018 AND DATED 01/29/2018 FROM MLS GROUP OF COMPANIES. INV # 352836, IN THE AMOUNT OF $682.50 FOR PEER REVIEW PERFORMED BY AKHIL CHHATRE WITH A SPECIALTY IN PM&R. DATES OF SERVICE 01/31/2018 INVOICE PAID IN FULL.

**01/24/2018 5:11 PM - CLAIM Note 39**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/24/2018 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 1/15/18, FROM LIBERTY MUTUAL MANAGED CARE, INVOICE #5674319/1093784, IN THE AMT OF $172.00 FOR JOB TASK ANALYSIS BY JESSICA DOUGHERTY. INVOICE PAID IN FULL

**01/23/2018 2:54 AM - CLAIM Note 38**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/21/2018 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**01/16/2018 2:29 AM - CLAIM Note 37**
Claim/Event/Leave: 7521853
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/15/2018-REFERRAL RECEIVED BY VCM AND ASSIGNED TO DOUGHERTY, JESSICA. CLAIM/AS EVENT IS PENDING REVIEW.

**01/16/2018 2:27 AM - CLAIM Note 36**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/14/2018 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**01/15/2018 5:28 PM - CLAIM Note 35**
Claim/Event/Leave: 7521853
NoteSubject : Voc Rehab
Other Subject : OA COMPLETED
Text: [01/15/2018 - DOUGHERTY, JESSICA]REPORT COMPLETED AND POSTED DIRECTLY TO SYSTEMONE, ALONG WITH INVOICE NO FURTHER VCM ACTIVITY.

**01/14/2018 9:06 PM - CLAIM Note 34**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW OO APRIL 2018
Text: [01/14/2018 - TURNER, LATIMER]62 YOM. DX: PROGRESSIVE KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17 CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17 FOR FURTHER TESTING AND TO CUT AWAY SCAR TISSUE. OCC: ENGINEEROCC DUTIES: PRESUMED MED OCC. *****EE REPORTS NO LONGER /DOING PT DUE TO IT MAKING PAIN WORSE. OV WITH AP ON 11/27/17 CONFIRM EE EXPERIENCING POOPING IN KNEE AND CONTINUED PAIN, EE HAVING TROUBLE SLEEPING, AP TREATING WITH INJECTIONS.***PLAN- 1) DCM WILL OBTAIN OA. 2) DCM WILL CONSIDER CCS TO CONFIRM SUPPORTED R&L SAND DURATION

**01/14/2018 8:59 PM - CLAIM Note 33**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Voc Rehab
Other Subject :

**Lincoln/R. Johnson 0064**

Text: [01/14/2018 - TURNER, LATIMER]REF FOR OA

**01/11/2018 8:10 AM - CLAIM Note 32**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/11/2018 - NEAULT, TAMIE]RCV'D INVOICE #LIMTL122017-1165 ON 01/04/2018 AND DATED 01/04/2018 FROM RELEASE
POINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 1/11/2018 FOR $8.00 TO TAX ID 95-2843455

**12/26/2017 2:12 PM - CLAIM Note 31**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : DR POPHAM
Text: [12/26/2017 - KAAHUI, BRITTANY]RECVD OVN FROM 8/8/17-11/27/17

**12/10/2017 9:27 PM - CLAIM Note 30**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [12/10/2017 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 8/1/17 TO PRESENT FROM DR. POPHAM VIA RP
WITHOUT AUTH

**11/30/2017 3:46 PM - CLAIM Note 29**
Claim/Event/Leave: 7521853
NoteSubject : LTR to EE
Other Subject :
Text: [11/30/2017 - TURNER, LATIMER]LTD POLICY SENT TO EE AS REQUESTED

**11/30/2017 2:23 PM - PHONE Note 9**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [11/30/2017 - LABRECK, HOLLY]RETURNED PHONE CALL TO EE TO DISCUSS OFFSET ON CHECKS. EXPLAINED THAT
THE OFFSET IS FOR THE SEVERANCE THAT HE RECEIVED. EE DOESN'T FEEL THAT SEVERANCE SHOULD BE OFFSET.
EXPLAINED THAT PER THE POLICY IT IS TO BE OFFSETFROM HIS BENEFITS. EXPLAINED TO THE EE HOW THE SEVERANCE
OFFSET WAS CALCULATED AND THAT IT WOULD BE THRU 4/12/18. EE REQUESTED A COPY OF THE POLICY SO THAT HE
COULD REVIEW. EMAILED THE DCM TO REQUEST THAT A COPY OF THE POLICY BE SENT OUT.

**11/17/2017 3:57 PM - PHONE Note 8**
Claim/Event/Leave: 7521853
NoteSubject : EE Called
Other Subject :
Text: [11/17/2017 - TURNER, LATIMER]@                    NO IMPROVEMENT IN THE KNEE. NOV WILL BE 11/27/17 WITH DR.
POPHAM. EE HAS BEEN DOING PT BUT WAS STOPPED BECAUSE EE WAS NOT IMPROVING. EE WILL SEE WHAT NEXT STEP
IS IN TX AT NOV. CONFIRMED WILL REQ RECORDS AT THAT TIME. EE STATED HE SPOKE WITH PSU ABOUT SEVERANCE
PAY INFO AND THAT WAS SUBMITTED. EE WOULD LIKE C/B FROM PSU TO GO OVER LTD CALC. CONFIRMED, WILL REQ PSU
CONTACT EE. EE THANKED.

**11/13/2017 2:08 PM - CLAIM Note 28**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [11/13/2017 - LABRECK, HOLLY]SET UP SCHEDULED PAYMENT BASED ON PAYSTUB IN DOC LIST WITH PPE 12/31/16
INDICATING: $44.30 HRLY RATE X 86.67 HRS (SEMI-MONTHLY) X 24 PAY PERIODS / 12 MONTHS = BME OF $7,678.96.. THE
BENEFIT IS 60% OR $4,607.38. THERE IS AN OFFSET FOR STHM IN THE AMT OF $303.77, HOWEVER WAS ENTERED AS
$300.49 TO ENSURE THE MIN BEN IS PAID FOR 7/30/17-7/31/17. THERE IS ALSO AN OFFSET FOR SLCT IN THE AMT OF
$10,744.29 FOR THE PERIOD OF 7/31/17 - 4/12/18. THE INITIAL PAYMENT WORKSHEETHAS BEEN SAVED TO THE DOC LIST.

**11/12/2017 9:03 PM - CLAIM Note 27**
Claim/Event/Leave: 7521853
NoteSubject : Social Security
Other Subject : DCK
Text: [11/12/2017 - TURNER, LATIMER]UPDATE FROM DCK: PLEASE BE ADVISED THAT MR. JOHNSON'S INITIAL CLAIM FOR
SOCIAL SECURITY DISABILITY BENEFITS WAS RECENTLY DENIED. REQUEST FOR RECONSIDERATION FORMS FOR MR.
JOHNSON HAVE BEEN SENT TO SOCIAL SECURITY ON THIS DATE. I ANTICIPATE A DECISION IN APPROXIMATELY THREE TO
SIX MONTHS. I WILL CONTINUE TO KEEP YOU ADVISED OF THE STATUS OF THIS CASE. IF YOU HAVE ANY QUESTIONS,
PLEASE CALL ME AT 1-800-211-4736. SINCERELY, LINDA FOR ATTORNEYMARTIN E KEANELINDA GREENFIELD DOHERTY,
CELLA, KEANE & ASSOCIATES, LLP 100 CUMMINGS CENTER, SUITE 335N BEVERLY, MA 01915 TOLL FREE: 800-211-4736
DIRECT: 978-922-0411 FAX: 978-922-1644 SSDILAW@DCKLAW.COM WWW.SOCIAL-SECURITY-LAW.COM

**11/07/2017 2:22 PM - CLAIM Note 26**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : REQ FOR ADDT'L INFO
Text: [11/07/2017 - LABRECK, HOLLY]EMAILED ER TO REQUEST THE DATE OF TERMINATION FOR EE.

**Lincoln/R. Johnson 0065**

Text: [11/07/2017 - LABRECK, HOLLY]EMAILED ER TO REQUEST THE DATE OF TERMINATION FOR EE.

**10/24/2017 10:00 AM - CLAIM Note 25**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : ADDT'L SEV INFO
Text: [10/24/2017 - LABRECK, HOLLY]EMAILED ER TO REQUEST DATE OF CHECK FOR SEVERANCE PAYOUT.

**10/11/2017 1:58 PM - CLAIM Note 24**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : REQ FOR INFO
Text: [10/11/2017 - LABRECK, HOLLY]2ND REQUEST TO EE FOR SEVERANCE AGREEMENT. EMAIL IN DOC LIST.

**10/03/2017 11:48 AM - CLAIM Note 23**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : REQ FOR SEV INFO
Text: [10/03/2017 - LABRECK, HOLLY]CALLED                AND SPOKE WITH EE TO LET HIM KNOW THAT WE WOULD NEED A COPY OF HIS SEVERANCE AGREEMENT IN ORDER TO CALCULATE HIS BENEFITS. HE ASKED THAT I EMAIL HIM THE REQUEST AND HE WOULD PROVIDE ME WITH THE AGREEMENT. EMAIL IS IN THE DOC LIST.

**09/28/2017 10:08 AM - CLAIM Note 22**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [09/28/2017 - LABRECK, HOLLY]EMAILED ER REQUESTING THE SEVERANCE AGREEMENT IN ORDER TO PROPERLY OFFSET THE AMT.

**09/26/2017 2:27 PM - CLAIM Note 21**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/26/2017 - BEST III, JAMES]REC'D INVOICE# LIBMTL82017-1348 ON 09/01/2017 AND DATED 09/01/2017 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 09/26/2017 FOR $8.00 TO TAX ID 95-2843455

**09/26/2017 8:02 AM - CLAIM Note 20**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [09/26/2017 - LABRECK, HOLLY]REQUESTED ADDITIONAL INFORMATION REGARDING SEVERANCE. NEED TO KNOW HOW THE AMOUNT WAS CALCULATED IN ORDER TO PROPERLY OFFSET. EMAIL IN DOC LIST.

**09/14/2017 2:22 PM - CLAIM Note 19**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [09/14/2017 - LABRECK, HOLLY]3RD REQ TO ER FOR STD AND SEVERANCE INFO. EMAIL IN DOC LIST.

**09/13/2017 1:34 PM - CLAIM Note 18**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : ADD DD
Text: [09/13/2017 - WRIGHT, PATRICIA]ADDED ACCT 0                ROUTING

**09/05/2017 10:21 AM - CLAIM Note 17**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [09/05/2017 - LABRECK, HOLLY]2ND REQ TO ER FOR SEVERANCE AND STD INFORMATION. EMAIL IN DOC LIST.

**09/03/2017 9:53 PM - CLAIM Note 16**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : ALL LTD FORMS
Text: [09/03/2017 - TURNER, LATIMER]CSS, FIQ, SSRA, TEE

**08/31/2017 2:31 AM - CLAIM Note 15**
Claim/Event/Leave: 7521853
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 8/29/2017 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**08/30/2017 2:29 PM - CLAIM Note 14**
Claim/Event/Leave: 7521853

**Lincoln/R. Johnson 0066**

NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [08/30/2017 - LABRECK, HOLLY]EMAILED ER REQUESTING SEVERANCE INFORMATION. EMAIL IN DOC LIST.

**08/29/2017 6:39 PM - PHONE Note 7**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [08/29/2017 - TURNER,                                    WENT OVER LTD APPROVAL, PAYMENT PENDING INFO FROM ER.
WENT OVER SSDI VENDOR. EE AGREED TO USE VENDOR.

**08/29/2017 6:38 PM - CLAIM Note 13**
Claim/Event/Leave: 7521853
NoteSubject : LTR to EE
Other Subject :
Text: [08/29/2017 - TURNER, LATIMER]APPROVAL LTR SENT TO EE

**08/29/2017 3:23 PM - CLAIM Note 12**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [08/29/2017 - LABRECK, HOLLY]2ND REQ TO ER FOR EARNINGS. EMAIL IN DOC LIST.

**08/29/2017 10:40 AM - CLAIM Note 11**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/29/2017 - BOBO, KRISTIN]AGREE W/ APPROVAL AND ACTION PLAN.

**08/28/2017 5:50 PM - CLAIM Note 10**
Claim/Event/Leave: 7521853
NoteSubject : Action Plan
Other Subject : RTW JAN 2018
Text: [08/28/2017 - TURNER, LATIMER]61 YOM. LDW 1/27/17 DOD 1/31/2017 (GAP: NORMAL DAYS OFF) DX: PROGRESSIVE
KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17
CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND
ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17
FOR FURTHER TESTING AND TO CUT AWAY SCAR TISSUE. OCC: ENGINEEROCC DUTIES: PRESUMED MED OCC.
RECOMMEND APPROVAL BBD 7/30/17 FILE REFERRED TO MGR FOR REVIEW*****PLAN 1)DCM WILL OBTAIN LTD FORMS AND
REPORTED SEVERANCE PAY INFO TO DETERMINE POTENTIAL OFFSET. 2) DCM WILL OBTAIN UPDATED RECORDS FROM
UPCOMING SX. 3) DCM WILL OFFER SSDI VENDOR.

**08/28/2017 5:50 PM - CLAIM Note 9**
Claim/Event/Leave: 7521853
NoteSubject : Approved
Other Subject : MGR REVIEW
Text: [08/28/2017 - TURNER, LATIMER]61 YOM. LDW 1/27/17 DOD 1/31/2017 (GAP: NORMAL DAYS OFF) DX: PROGRESSIVE
KNEE PAIN. NO KNOWN INJURY. LT TRK ON 1/31/17. EE STARTED PT BUT PAIN CONTINUED TO GET WORSE. OV 7/20/17
CONFIRMS CONTINUED LT KNEE PAIN, WORSE SINCE SX, PLAN NOTES TESTING ORDERED TO RULE OUT INFECTION AND
ALLERGY TO METAL. EE REPORTS LOV 8/14/17, EE TESTED POSITIVE TO ALLERGY TO IMPLANT, EE TO HAVE SX ON 9/13/17
FOR FURTHER TESTING AND TO CUT AWAY SCAR TISSUE. OCC: ENGINEEROCC DUTIES: PRESUMED MED OCC.
RECOMMEND APPROVAL BBD 7/30/17 FILE REFERRED TO MGR FOR REVIEW

**08/28/2017 5:39 PM - PHONE Note 6**
Claim/Event/Leave: 7521853
NoteSubject : Called EE
Other Subject :
Text: [08/28/2017 - TURNER,                                    EE WENT TO AP ON 8/14/17 AND AP THINKS EE MAY BE ALLERGIC
MATERIAL IN IMPLANT, AP WANTS TO DO MORE TEST, EE HAVE HAS SX ON 9/13/17 WTH DR. POPHAM TO CUT AWAY SCAR
TISSUE TO AND ATTEMPT TO RELIEVE SOME OFEE S PAIN AND DETERMINE POSSIBLE IMPLANT ALLERGY.

**08/28/2017 12:50 PM - PHONE Note 5**
Claim/Event/Leave: 7521853
NoteSubject : EE Called
Other Subject :
Text: [08/28/2017 - TURNER, LATIMER]EE ASKED ABOT CCS FORM, CONFIRMS INCOME AFTER DOD WOULD BE
CONSIDERATION FOR OFFSET. EE STATED HE WILL MARK OUT INCOME RECEIVED PRIOR TO DOD. EE STATED HE DID
RECEIVED SEVERANCE PAY AFTER BEING FORCED TO RETIRE WITH ER BUT NOT SURE AMOUNT AND START DATE.
CONFIRMED FOR EE TO MARK YES FOR INCOME ON CCS AND OBTAIN AWARD LTR. EE AGREED.

**08/21/2017 9:09 AM - CLAIM Note 8**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject : SALARY VERIFICATION

Text: [08/21/2017 - LABRECK, HOLLY]EMAILED ER REQUESTING EARNINGS. EMAIL IN DOC LIST

**08/10/2017 10:47 AM - CLAIM Note 7**
Claim/Event/Leave: 7521853
NoteSubject : Med Records Rcvd
Other Subject : DR. POPHAM
Text: [08/10/2017 - TURNER, LATIMER]OV NOTES, EKG, LABS 1/10/17 - 7/24/17

**08/04/2017 2:31 AM - CLAIM Note 6**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN
RECEIVED AND ASSIGNED TO HOLLY LABRECK.

**08/04/2017 2:30 AM - CLAIM Note 5**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**08/03/2017 8:52 AM - CLAIM Note 4**
Claim/Event/Leave: 7521853
NoteSubject : Other
Other Subject :
Text: [08/03/2017 - TURNER, LATIMER]EMAIL FROM ER LOADED TO DOC LIST ASKING WHEN EE WILL BE CONTACTED. II
ALREADY COMPLETE. SPOKE WITH ASM WHO CONFIRMED ER WAS NOTIFIED ABOUT EE CONTACT, THUS NO FURTHER
RESPONSE NEEDED.

**08/02/2017 11:10 AM - CLAIM Note 3**
Claim/Event/Leave: 7521853
NoteSubject : Notice/Proof Review
Other Subject :
Text: [08/02/2017 - TURNER, LATIMER]N&P SENT TO EE, DUE 9/15

**08/02/2017 11:07 AM - CLAIM Note 2**
Claim/Event/Leave: 7521853
NoteSubject : Ref to Other
Other Subject : RP
Text: [08/02/2017 - TURNER, LATIMER]REQ FOR MEDICAL RECORDS 1/1/17 TO PRESENT FROM DR. POPHAM, VIA RP
WITHOUT AUTH

**08/02/2017 11:03 AM - PHONE Note 4**
Claim/Event/Leave: 7521853
NoteSubject : Called AP
Other Subject : DR. POPHAM
Text: [08/02/2017 - TURNER, LATIMER]TC TO AP @502-587-1236 S/W KIM WHO CONFIRMED LT TKR ON 1/31/17

**08/02/2017 11:02 AM - PHONE Note 3**
Claim/Event/Leave: 7521853
NoteSubject : Initial EE Interview
Other Subject :
Text: [08/02/2017 - TURNER, LATIMER]INITIAL INTERVIEW T/C EE                CONFIRMED/UPDATED DEMOS. LDW: 1/27/17
DOD: 1/31/17 GAP: NORMAL DAYS OFF. DISABILITY: KNEE PAIN CONTINUED TO GET WORSE OVER TIME, NO KNOWN INJURY
DATE. EE WENT OOW TO HAVEKNEE SX LT, TKR ON 1/31/17. EE STARTED PT AND THINGS WERE GETTING BETTER BUT
THEN THINGS STARTED GETTING WORSE ABOUT A MONTH AFTER SX. EE WENT TO 2 OTHER AP FOR 2ND AND 3RD
OPINION, STILL UNSURE WHAT THE PROBLEM IS. EE SYMPTOMS ARE WORSE THAN PRIOR TO HAVING SX. EE IS
CURRENTLY DOING PT 2X PER WEEK. 8/14/17 WITH DR. POPHAM TO REVIEW THE OTHER AP S OPINIONS AND COME UP
WITH A PLAN. ANOTHER SX IS AN OPTION BUT AP WOULD LIKE TO AVOID IF POSSIBLE. AP IS TESTING FOR ALLERGIES AND
INFECTIONS. AP SUPPORTING OOW: DR. POPHAM. P(502) 587-1236 POSITION JOB: CHIEF ENGINEER, WORKS WITH HEAVY
MACHINERY. WORK RELATED?: NO. ERTW: UNKNOWN. RX AND OTHER HEALTH CONDITIONS: NO. RT HAND DOMINANT.
NOV: 8/14/17 WITH DR. POPHAM TO REVIEW THE OTHER APS OPINIONS AND COME UP WITH A PLAN. SYMPTOMS: PAIN IN
LT KNEE, NO PAIN IN RT KNEE CURRENTLY. OTHER INCOME: STD. APPLIED FOR SSI/SSD?: NO. INQUIRED ABOUT OTHER
PENSIONS OR INCOME. ADVISED EE THAT PER POLICY, THEY MUST APPLY FOR SSDB IF STILLOUT AT 1 YEAR MARK AND
MUST PROVIDE DOCUMENTATION THAT THEY FILED. ADVISED OF STD MAX DATE AND THAT LTD BENEFITS PAID
MONTHLY. ADVISED EE TO COMPLETE THE FORMS MAILED. PROVIDED DCM CONTACT# AND REQUESTED TO CALL WITH
SIGNIFICANT CHANGES IN TREATMENT/CONDITION AND AFTER NOV. ADVISED THAT EE WILL BE NOTIFIED ONCE THE
INITIAL DECISION IS MADE ON CLAIM. ENCOURAGED EE TO CALL WITH ANY QUESTIONS.

**08/02/2017 9:37 AM - PHONE Note 2**
Claim/Event/Leave: 7521853
NoteSubject : Called ER
Other Subject :
Text: [08/02/2017 - TURNER, LATIMER]TC TO EVE HOPPER @ 502-815-9263, LM: REQ C/B TO PROVIDE EE'S PHONE AND
ADDRESS, AS WELL AS LTD EDOC[08/02/2017 - TURNER, LATIMER]CORRECTION, EDOC IS NOT NEEDED AS LTD IS ER PAID

**Lincoln/R. Johnson 0068**

ADDRESS, AS WELL AS LTD EDOC[08/02/2017 - TURNER, LATIMER]CORRECTION, EDOC IS NOT NEEDED AS LTD IS ER PAID.

**08/02/2017 9:36 AM - PHONE Note 1**
Claim/Event/Leave: 7521853
NoteSubject : Initial EE Interview
Other Subject :
Text: [08/02/2017 - TURNER, LATIMER]EE CONTACT INFO NOT ON FILE

**07/31/2017 2:12 PM - CLAIM Note 1**
Claim/Event/Leave: 7521853
NoteSubject : Initial Entry
Other Subject :
Text: [07/31/2017 - COUTURE, LISA]MANUAL CLAIM CREATED FROM DOCS RECD, MISSING EMPLOYEE INFORMATION,
PLEASE VERIFY

**Lincoln/R. Johnson 0069**



# Occupational Analysis

**Date: 4/20/2021**
**Name: Richard Johnson**
**Claim Number: 7521853**
**Policy Holder: Lantech, Inc.**

An Occupational Analysis was requested as an update to the prior one completed by Jessica Dougherty, MS, CRC dated 1/15/2018. This VCM concurs with the prior occupation identified and information updated is as follows. An Occupational Analysis was completed to compare the job, Chief Engineer to the occupation in the National Economy, per the DOT of Project Engineer (019.167-014, Light)/ONET 11-9041.00.

Documents Reviewed:
- Job Description, Occupational Analysis completed by Jessica Dougherty, MS, CRC dated 1/15/2018

No restrictions or limitations were specified within the referral for review with this analysis.

The following resources were utilized in this comparison:
- OASYS
- ONET
- ERI

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, directs, coordinates, and exercises functional authority for planning, organization, control, integration, and completion of engineering project within area of assigned responsibility. Plans and formulates engineering program and organizes project staff according to project requirements. Assigns project personnel to specific phases or aspects of project, such as technical studies, product design, preparation of specifications and technical plans, and product testing, in accordance with engineering disciplines of staff. Reviews product design for compliance with engineering principles, company standards, customer contract requirements, and related specifications. Coordinates activities concerned with technical developments, scheduling, and resolving engineering design and test problems. Directs integration of technical activities and products. Evaluates and approves design changes, specifications, and drawing releases. Controls expenditures within limitations of project budget.

Per employer, works with other managerial staff to ensure project completion in an efficient manner. Oversees each phase of the installation, equipment maintenance or product development so that the team meets company specifications and compiles with federal and state regulations. Determines goals, devises plan for each phase of project. Identifies and procures the resources needed. Recruits engineering staff. Performs quality control checks. Evaluates costs.

**Physical Demands**:
The employer did not indicate job demands.

The occupation is typically performed as light in the National Economy, per the DOT. National Economy demand levels include:

Lincoln/R. Johnson 0082

Per the DOT:
- Frequent handling
- Occasional reaching, fingering

Per ERI:
- Frequent sitting
- Occasional standing, walking, keyboarding

**Summary**:
The occupation is most often performed at the light level in the National Economy, per the DOT with frequent handling, sitting; occasional reaching, fingering, standing, walking, keyboarding.

I have not met with Mr. Johnson for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

Lori Ashworth, MEd, CRC
Vocational Case Manager

**Title:**  Project Engineer                                        **DOT Code:**  019.167-014

Directs, coordinates, and exercises functional authority for planning, organization, control, integration, and completion of engineering project within area of assigned responsibility:

**Tasks**

1. Plans and formulates engineering program and organizes project staff according to project requirements.

2. Assigns project personnel to specific phases or aspects of project, such as technical studies, product design, preparation of specifications and technical plans, and product testing, in accordance with engineering disciplines of staff.

3. Reviews product design for compliance with engineering principles, company standards, customer contract requirements, and related specifications.

4. Coordinates activities concerned with technical developments, scheduling, and resolving engineering design and test problems.

5. Directs integration of technical activities and products.

6. Evaluates and approves design changes, specifications, and drawing releases.

7. Controls expenditures within limitations of project budget.

8. Prepares interim and completion project reports.

**Alternate Titles:**  Chief Engineer

DLU:  1987

**Lincoln/R. Johnson 0083**

## OCCUPATIONAL REQUIREMENTS

**Title:**      Project Engineer                                    **DOT Code:**    019.167-014
**Industry:**   Professional and Kindred

**Specific Vocational Preparation:**   Level 8 (4 to 10 years)

**General Educational Development:**   Reasoning  Grades 13-14
Mathematics  Grades 13-14
Language  Grades 13-14

**Strength:**    Light            Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally,
frequently up to 10 Lbs., or negligible amount constantly.
Can include walking and or standing frequently even though
weight is negligible. Can include pushing and or pulling of
arm and or leg controls.

**Physical Demands:**                                **Environmental Conditions:**

| | | | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Occasionally | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:**   Directing, controlling, or planning activities of others.      **Data:**      1 Coordinating
Performing a variety of duties.                                 **People:**    6 Speaking-
Signaling

Dealing with people.                                           **Things:**    7 Handling
Making judgments and decisions.

**Aptitudes:**                                          DOT                         OAP

| Aptitude | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | 2 (76 - 82 Percentile) |
| Verbal Aptitude | 2 (67-89 Percentile) | Not Included |
| Numerical Aptitude | 2 (67-89 Percentile) | 3+ (56 - 66 Percentile) |
| Spatial Aptitude | 2 (67-89 Percentile) | 2- (67 - 74 Percentile) |
| Form Perception | 3 (34-66 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 3 (34-66 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

**Lincoln/R. Johnson 0084**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

### PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S        ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)        ☐ ATTORNEY INFO (if applicable)

FROM:    Jane M. Daniell                DATE:        Friday, April 16, 2021

## CLAIM BACKGROUND

Claimant Name:    RICHARD JOHNSON            Claim Number:        7521853

☐ STD    ☑ FULLY INSURED            ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☑ YES  ☐ NO

Employer:  LANTECH, INC.

Change In DEF. Date:    07/29/2020

Pre-Disability Earnings:    $7,678.96    / M        Claim Service Type:    ADOP
(mode)

**Document Locations**

☑ Document List    ☑ Correspondence    ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

Need an updated Occ Analysis for the position of Chief Engineer.

DP 512

**Lincoln/R. Johnson 0085**



Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | April 16, 2021 |
| To: | DR. RYAN KRUPP<br>9880 ANGIE'S WAY<br>STE 250<br>LOUISVILLE KY 40201 |
| Attn: | |
| Fax: | (502) 394-6340 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages<br>(Including Cover): | 13 |
| RE:<br><br>Claim #:    7521853<br>Claimant:  Richard Johnson<br><br>Lantech, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0086**



Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

April 16, 2021

Dr. Ryan Krupp
9880 ANGIE'S WAY
STE 250
LOUISVILLE, KY 40201

RE:    Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson
        Claimant D.O.B.:

Dear Dr. Ryan Krupp:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy.  On April 15, 2021, an independent medical review was conducted to help us determine Mr. Richard Johnson's continued eligibility for disability benefits.  The results of this medical review indicate:

*"Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the information provided for the review supported restrictions and limitations from through March 13, 2020 through March 25, 2020 and beyond for three months from the date of the progress notes dated March 25, 2020 (i.e., June 25, 2020). No updated information was provided for the review beyond that date to support that the claimant had any significant deficits requiring work restrictions and limitations pertaining to his reported conditions. The physician failed to establish whether the claimant continued with the recommended conservative treatment or if he proceeded with surgical intervention to warrant continued or alternative restrictions and limitations from June 26, 2020 and beyond.*

*For the timeframe of March 13, 2020 through March 25, 2020 and beyond for three months from the date of the progress notes dated March 25, 2020 (i.e., June 25, 2020), the restrictions and limitations to be implemented will include the following:*

- *Sitting: up to 60 minutes at a time for a total of 8 hours per day*
- *Standing: up to 60 minutes at a time for a total of 8 hours per day*
- *Walking: up to 60 minutes at a time for a total of 8 hours per day*
- *Lifting/carrying/pushing/pulling: frequently up to 20 lbs. on the left and occasionally up to 10 lbs. on the right*
- *Climbing stairs: unrestricted*

1  of  3

**Lincoln/R. Johnson 0087**

- *Climbing ladders: never*
- *Stooping: unrestricted*
- *Kneeling: unrestricted*
- *Crouching: unrestricted*
- *Crawling: never*
- *Reaching: never overhead with the right/unrestricted on the left; unrestricted at waist and desk level on the left/occasionally on the right; unrestricted on the left/occasionally on the right*
- *Use lower extremities for foot controls: unrestricted bilaterally*
- *Fine manipulation: unrestricted bilaterally*
- *Simple and firm grasping: unrestricted bilaterally*
- *Keyboarding: unrestricted bilaterally*
- *Use of a mouse: occasionally on the right/unrestricted on the left.*
- *Claimant can take 10-minute working breaks every 2 hours to stretch, reposition, or sit/stand comfortably.*
- *No operating power tools/vibratory tools with the right upper extremity to avoid aggravation of symptoms."*

Please review the enclosed report by Dr. Aruna Yarrozu, and provide any comments you wish to have considered by **May 7, 2021**.  You may submit the information to fax number **603-334-5704** or email to **DisabilityDocuments@lfg.com**

If you disagree with Dr. Aruna Yarrozu's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.  In the absence of a response, we will conclude that you agree with Dr. Aruna Yarrozu's medical report.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Johnson's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

CC:    Kevan Doran

2  of 3

**Lincoln/R. Johnson 0088**

Attachments:    7521853-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.05.2020
                7521853-MEDICAL-CP/PEER REVIEW-04.15.2021

3  of 3

**Lincoln/R. Johnson 0089**

01/12/28  21:22:16  Lincoln Financial      ->              FAXGW78 Lincoln Financial Gr Page 884



### Lincoln
#### Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) X  Richard L. Johnson

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  X _Richard Johnson_

Date of Birth: __  _____ Claim Number: _7521853_  Date: X _1-17-2020_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/R. Johnson 0090**

..................................................................................................................................................................

# Aruna Yarrozu, M.D.
## Board Certified Physical Medicine & Rehabilitation

**CLAIMANT NAME:** Richard Johnson
**ECN #:** 173261-1
**CLAIM #:** 7521853
**DATE OF LOSS:** 01/31/2017
**DATE OF REVIEW:** 04/15/2021
**CASE TYPE:** Long-Term Disability

**MEDICAL RECORDS REVIEWED:**
Undated, Job Description, Unsigned
01/27/2020, Attorney Letter of Representation, Kevan M. Doran
09/25/2020, Attorney Letter of Representation, Kevan M. Doran
01/17/2020, Signed Medical Authorization, Richard L. Johnson
09/25/2020, Signed Medical Authorization, Richard L. Johnson
08/10/2017, Disability Questionnaire, Richard L. Johnson
01/17/2020, Claimant Supplementary Statement, Richard L. Johnson
01/27/2017, ICP Memo, Unsigned
01/29/2018, Independent Peer Review, Akhil Chhatre, M.D.
01/10/2017, EKG, Daniel S. Stewart, M.D.
03/07/2018, X-Rays of the Left Knee, Unsigned
06/13/2018, MRI of the Cervical Spine, George Elias, M.D.
07/18/2018, MRI of the Left Knee, Beth Dubose, M.D.
03/11/2020, MRI of the Right Shoulder, Beth Dubose, M.D.
01/10/2017, History and Physical, Jasmine L. Fell, A.P.R.N.
01/10/2017, EKG and Lab Report, Daniel Stewart, M.D.
01/16/2017, Progress Notes, Thomas L. Moore, M.D.
01/25/2017, Prescription, Illegible Signature
01/31/2017, Consultation, Deep Ajmani, M.D.
01/31/2017, Operative Report, GJeffrey Popham, M.D.
02/02/2017, Discharge Summary, Deep Ajmani, M.D.
03/01/2017, Patient Visit Note, GJeffrey Popham, M.D.
03/27/2017, Correspondence, Gary Costelle, P.T.
03/29/2017, Patient Visit Note, GJeffrey Popham, M.D.
05/10/2017, Patient Visit Note, GJeffrey Popham, M.D.
05/10/2017, Work Status, Illegible Signature
05/10/2017, Order, Illegible Signature
05/10/2017, Correspondence, Gary Costelle, P.T.
06/07/2017, Correspondence, Gary Costelle, P.T.
06/12/2017, Patient Visit Note, GJeffrey Popham, M.D.
06/12/2017, Work Status, Illegible Signature

1

**Lincoln/R. Johnson 0091**

06/12/2017, Order, Illegible Signature
06/15/2017, Physical Therapy Initial Examination, Teresa Scherffius, P.T.
06/22/2017, Patient Visit Note, Lawrence A. Schaper
07/10/2017, Patient Visit Note, GJeffrey Popham, M.D.
07/10/2017, Work Status, Illegible Signature
07/10/2017, Physical Therapy Note, Teresa Scherffius, P.T.
07/10/2017, Order, Benjamin M. Lerner
07/20/2017, Patient Visit Note, Mathew R. Price, M.D.
07/20/2017, Prescription, Mathew R. Price, M.D.
07/24/2017, Lab Report, Douglas M. Ackermann, M.D.
08/08/2017, Office Visit, Jeremy Jones, M.D.
08/12/2017, Office Visit, Jeremy Jones, M.D.
08/14/2017, Restrictions Form, Illegible Signature
08/14/2017, Patient Visit Note, GJeffrey Popham, M.D.
08/15/2017, Office Visit, Jeremy Jones, M.D.
09/13/2017, Operative Report, GJeffrey Popham, M.D.
09/26/2017, Patient Visit Note, GJeffrey Popham, M.D.
10/16/2017, Patient Visit Note, GJeffrey Popham, M.D.
11/27/2017, Patient Visit Note, GJeffrey Popham, M.D.
01/08/2018, Patient Visit Note, GJeffrey Popham, M.D.
01/15/2018, Medical Record Review, Jessica Dougherty, M.S., C.R.C.
01/17/2018, Physical Therapy Evaluation, Krista Shake, P.T., M.T.C.
02/01/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/07/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/14/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/21/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/28/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
03/05/2018, Patient Visit Note, GJeffrey Popham, M.D.
03/05/2018, Lab Report, LabCorp
03/07/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
03/12/2018, Patient Visit Note, GJeffrey Popham, M.D.
04/05/2018, Lab Report, Douglas M. Ackermann, M.D.
04/10/2018, Patient Visit Note, GJeffrey Popham, M.D.
04/11/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
04/16/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
04/19/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
05/15/2018, Patient Visit Note, GJeffrey Popham, M.D.
05/29/2018, DC Chart Note, Lido Petrucci, D.C.
05/31/2018, DC Chart Note, Lido Petrucci, D.C.
06/04/2018, DC Chart Note, Lido Petrucci, D.C.
06/06/2018, DC Chart Note, Lido Petrucci, D.C.
06/14/2018, DC Chart Note, Lido Petrucci, D.C.
07/04/2018, Lab Report, Douglas M. Ackermann, M.D.

2

07/17/2018, Patient Visit Note, GJeffrey Popham, M.D.
07/24/2018, Patient Visit Note, GJeffrey Popham, M.D.
09/25/2018, Patient Visit Note, GJeffrey Popham, M.D.
09/25/2018, Order, Illegible Signature
10/01/2018, Restriction Form, Illegible Signature
03/26/2019, Patient Visit Note, GJeffrey Popham, M.D.
01/21/2020, Restriction Form, Illegible Signature
03/04/2020, Visit Summary, Kevin Brown
03/04/2020, Flow Sheet, Kevin Brown
03/09/2020, Correspondence, Lido Petrucci, D.C.
03/09/2020, Clinical History, Fargo N. Khoury, M.D.
03/17/2020, Visit Summary, Jason Hupp, P.A.
03/24/2020, Visit Summary, Jason Hupp, P.A.
03/25/2020, Visit Summary, Ryan J. Krupp, M.D.
05/05/2020, Visit Summary, Jason Hupp, P.A.
05/06/2020, Visit Summary, Lydia N. McCarthy
Undated, Letter, Kevan M. Doran
Undated, Employer Statement, Eve Hopper

**HISTORY:** This case involves a 65-year-old male diagnosed with unilateral primary osteoarthritis of the left knee with a date of disability/loss documented as 01/31/2017.

X-rays of the left knee dated 03/07/2018 noted that the claimant was status post total knee arthroplasty with the imaging showing no radiolucencies around the implant, with good alignment of the implant.

MRI of the cervical spine dated 06/13/2018 noted a 3-mm midline disc protrusion at C6-C7 resulting in flattening of the thecal sac with a mild degree of central canal stenosis. There is also a 4-mm left foraminal disc protrusion resulting in moderate effacement of the exiting left cervical nerve root with moderate left neuroforaminal stenosis. There was a 3-mm right foraminal disc osteophyte complex with moderate effacement of the exiting right cervical nerve root. At C5-C6, there was a 3-mm midline this protrusion resulting in flattening of the thecal sac with mild central canal stenosis along with a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root. At C3-C4 and C4-C5, there were 1-2-mm midline disc bulges with posterior annular tears noted along with remote compression fractures of the C7, T1, and T3 vertebra.

MRI of the left knee obtained on 07/18/2018 noted metallic artifact reducing sequences, with the examination remaining limited by artifact related to orthopedic hardware from arthroplasty. There is a moderate-sized joint effusion with no abnormal mass or fluid collection identified in the surrounding soft tissues. A signal intensity was seen in the central portion of the imaged distal femoral shaft, presumably secondary to previous surgery. There was mild tendinopathy/tinnitus in the patellar tendon.

3

**Lincoln/R. Johnson 0093**

The restrictions form dated 01/21/2020 indicated the claimant could work in a sedentary capacity with lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time, and standing/walking occasionally. The restrictions would be implemented from 01/31/2017 to present.

The visit summary dated 03/04/2020 noted the claimant had a complaint of right shoulder pain and was noted in the office after undergoing left shoulder debridement in 2016. He claimed to have right shoulder pain for over a year with no specific mechanism of injury. He reported increased pain with forward elevation, internal rotation, abduction, and at night. He claimed to have numbness and tingling, mostly on the left side, related to neck issues. He was treated conservatively with injection, NSAIDs, and physical therapy but did not get much improvement. His physical examination noted a body mass index of 30.96. The claimant had positive tenderness/crepitus to the greater tuberosity laterally in the right shoulder along with the bicep groove. Range of motion was reduced throughout in both shoulders with motor strength graded 4+/5 for right shoulder scaption/forward elevation, external rotation, and 5-/5 for the deltoid. On the left, motor strength was 5/5 throughout. The claimant had positive Neer test, Hawkins test, speeds test, and O'Brien's test for no specified shoulder. X-rays of the right shoulder were obtained at the claimant's previous office visit showing no glenohumeral joint osteophytes, joint space narrowing, or other degenerative changes. The acromioclavicular joint had moderate arthritis with a hooked acromion, but no evidence of fracture or dislocation. There were also no periosteal reactions or medullary lesions seen.

The clinical history dated 03/09/2020 was reviewed from a physical medicine and rehabilitation perspective only. The claimant was status post left total knee arthroplasty with ongoing pain. The records did not include any recent physician reports, getting updated imaging or physical examination findings. Given the lack of critical information, no specific restrictions/limitations could be supported from a physical medicine and rehabilitation perspective from the review. Of 02/24/2020 onward and beyond.

The MRI of the right shoulder dated 03/11/2020 noted mild supraspinatus and infraspinatus tendinosis with no evidence of disruption. Signal abnormality was noted in the superior fibers of the distal subscapularis muscle and tendon suggesting a mild sprain or partial intrasubstance tearing with no evidence of disruption. There was mild lateral downsloping of the acromion and mild degenerative changes in the acromioclavicular joint. There is probable degenerative changes and fraying in the superior labrum with possible shallow tear of the base of the superior labrum posteriorly with the labrum otherwise intact. The claimant had mild intra-articular long head biceps tendinopathy with a small amount of increased signal in the subacromial space suggesting slight bursal inflammation.

The visit summaries dated 03/17/2020–05/25/2020 provided an overview of the claimant's treatment to date along with progress notes from 03/25/2020 indicating that treatment options were discussed with the claimant pertaining to the right shoulder with the indication that if he were to move forward with surgery, this would include a right shoulder arthroscopy with rotator cuff repair versus debridement, labral debridement, chondroplasty, subacromial decompression, biceps tenodesis, and related procedures, similar to what he had on the left shoulder. The

4

**Lincoln/R. Johnson 0094**

claimant indicated he wanted to move forward with conservative care at that point to see how he responded. He was instructed to utilize activity modification, a home exercise program as instructed, Biofreeze, and Mobic 15 mg 1 by mouth daily.

The visit summary stated 05/05/2020 and 05/06/2020 provided a list of the claimant's previous treatments.

**DIAGNOSIS:** Unilateral primary osteoarthritis, left knee

**RESPONSE TO REFERRAL QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Diagnoses include the presence of an artificial left knee joint (Z96.652), chronic pain syndrome (G89.4), pain in the right shoulder (M25.511), and pain in the left shoulder (M25.512).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There are no relevant co-morbid conditions.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 3/13/20 to - 7/29/21, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the information provided for the review supported restrictions and limitations from through 3/13/2020–03/25/2020 and beyond for 3 months from the date of the progress notes dated 03/25/2020 (i.e, 06/25/2020). No updated information was provided for the review beyond that date to support that the claimant had any significant deficits requiring work restrictions and limitations pertaining to his reported conditions. The physician failed to establish whether the claimant continued with the recommended conservative treatment or if he proceeded with surgical intervention to warrant continued or alternative R/L from 06/26/2020 and beyond.

For the timeframe of 3/13/2020–03/25/2020 and beyond for 3 months from the date of the progress notes dated 03/25/2020 (i.e, 06/25/2020), the R/L to be implemented will include the following:

Sitting: up to 60 minutes at a time for a total of 8 hours per day

Standing: up to 60 minutes at a time for a total of 8 hours per day

Walking: up to 60 minutes at a time for a total of 8 hours per day

Lifting/carrying/pushing/pulling: frequently up to 20 lbs on the left and occasionally up to 10 lbs on the right

Climbing stairs: unrestricted

5

**Lincoln/R. Johnson 0095**

Climbing ladders: never

Stooping: unrestricted

Kneeling: unrestricted

Crouching: unrestricted

Crawling: never

Reaching: never overhead with the right/unrestricted on the left; unrestricted at waist and desk level on the left/occasionally on the right; unrestricted on the left/occasionally on the right

Use lower extremities for foot controls: unrestricted bilaterally

Fine manipulation: unrestricted bilaterally

Simple and firm grasping: unrestricted bilaterally

Keyboarding: unrestricted bilaterally

Use of a mouse: occasionally on the right/unrestricted on the left.

Claimant can take 10-minute working breaks every 2 hours to stretch, reposition, or sit/stand comfortably.

No operating power tools/vibratory tools with the right upper extremity to avoid aggravation of symptoms.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

The medical records in the file do not support impairments and the need for restrictions and/or limitations during the above timeframe pertaining to the diagnosis of the presence of an artificial left knee joint (Z96.652) given that the most recent clinical documentation did not endorse that the claimant was having any functional difficulties pertaining to this region of the body requiring R/L.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The treatment provided was consistent with the standard of care for the apparent level of severity of the conditions.  There was no evidence that the claimant was noncompliant with treatment that meets the standard of care.

**AP CONTACT:**

I called the number listed (502-394-6341) on 4/5/21 at 12:42pm CST and left a message for a return call on Dr. Krupp's office voicemail.

6

**Lincoln/R. Johnson 0096**

My staff received a return call from Beth with Dr Krupp's office on 4/6/21 at 9:16am CST stating that Dr Krupp will not complete a peer to peer for disability.

*Aruna Yarrozu*

Aruna Yarrozu, M.D.
Board Certified Physical Medicine & Rehabilitation
License: A127628 CA
License: 35595 OK
License: Q7516 TX

7

**Lincoln/R. Johnson 0097**



Corporate Office

Claimant Name: Richard Johnson
Claim Number: 7521853
Case Number: 173261-1

"I, Aruna L Yarrozu, MD, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_Aruna Yarrozu_                                             4/15/21
_____
Signature of Physician                                     Date

Medical/Professional License # CA A127628

**Lincoln/R. Johnson 0098**

# Aruna Yarrozu, M.D.
## Board Certified Physical Medicine & Rehabilitation

**CLAIMANT NAME:** Richard Johnson
**ECN #:** 173261-1
**CLAIM #:** 7521853
**DATE OF LOSS:** 01/31/2017
**DATE OF REVIEW:** 04/15/2021
**CASE TYPE:** Long-Term Disability

**MEDICAL RECORDS REVIEWED:**
Undated, Job Description, Unsigned
01/27/2020, Attorney Letter of Representation, Kevan M. Doran
09/25/2020, Attorney Letter of Representation, Kevan M. Doran
01/17/2020, Signed Medical Authorization, Richard L. Johnson
09/25/2020, Signed Medical Authorization, Richard L. Johnson
08/10/2017, Disability Questionnaire, Richard L. Johnson
01/17/2020, Claimant Supplementary Statement, Richard L. Johnson
01/27/2017, ICP Memo, Unsigned
01/29/2018, Independent Peer Review, Akhil Chhatre, M.D.
01/10/2017, EKG, Daniel S. Stewart, M.D.
03/07/2018, X-Rays of the Left Knee, Unsigned
06/13/2018, MRI of the Cervical Spine, George Elias, M.D.
07/18/2018, MRI of the Left Knee, Beth Dubose, M.D.
03/11/2020, MRI of the Right Shoulder, Beth Dubose, M.D.
01/10/2017, History and Physical, Jasmine L. Fell, A.P.R.N.
01/10/2017, EKG and Lab Report, Daniel Stewart, M.D.
01/16/2017, Progress Notes, Thomas L. Moore, M.D.
01/25/2017, Prescription, Illegible Signature
01/31/2017, Consultation, Deep Ajmani, M.D.
01/31/2017, Operative Report, GJeffrey Popham, M.D.
02/02/2017, Discharge Summary, Deep Ajmani, M.D.
03/01/2017, Patient Visit Note, GJeffrey Popham, M.D.
03/27/2017, Correspondence, Gary Costelle, P.T.
03/29/2017, Patient Visit Note, GJeffrey Popham, M.D.
05/10/2017, Patient Visit Note, GJeffrey Popham, M.D.
05/10/2017, Work Status, Illegible Signature
05/10/2017, Order, Illegible Signature
05/10/2017, Correspondence, Gary Costelle, P.T.
06/07/2017, Correspondence, Gary Costelle, P.T.
06/12/2017, Patient Visit Note, GJeffrey Popham, M.D.
06/12/2017, Work Status, Illegible Signature

Lincoln/R. Johnson 0099

06/12/2017, Order, Illegible Signature
06/15/2017, Physical Therapy Initial Examination, Teresa Scherffius, P.T.
06/22/2017, Patient Visit Note, Lawrence A. Schaper
07/10/2017, Patient Visit Note, GJeffrey Popham, M.D.
07/10/2017, Work Status, Illegible Signature
07/10/2017, Physical Therapy Note, Teresa Scherffius, P.T.
07/10/2017, Order, Benjamin M. Lerner
07/20/2017, Patient Visit Note, Mathew R. Price, M.D.
07/20/2017, Prescription, Mathew R. Price, M.D.
07/24/2017, Lab Report, Douglas M. Ackermann, M.D.
08/08/2017, Office Visit, Jeremy Jones, M.D.
08/12/2017, Office Visit, Jeremy Jones, M.D.
08/14/2017, Restrictions Form, Illegible Signature
08/14/2017, Patient Visit Note, GJeffrey Popham, M.D.
08/15/2017, Office Visit, Jeremy Jones, M.D.
09/13/2017, Operative Report, GJeffrey Popham, M.D.
09/26/2017, Patient Visit Note, GJeffrey Popham, M.D.
10/16/2017, Patient Visit Note, GJeffrey Popham, M.D.
11/27/2017, Patient Visit Note, GJeffrey Popham, M.D.
01/08/2018, Patient Visit Note, GJeffrey Popham, M.D.
01/15/2018, Medical Record Review, Jessica Dougherty, M.S., C.R.C.
01/17/2018, Physical Therapy Evaluation, Krista Shake, P.T., M.T.C.
02/01/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/07/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/14/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/21/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
02/28/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
03/05/2018, Patient Visit Note, GJeffrey Popham, M.D.
03/05/2018, Lab Report, LabCorp
03/07/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
03/12/2018, Patient Visit Note, GJeffrey Popham, M.D.
04/05/2018, Lab Report, Douglas M. Ackermann, M.D.
04/10/2018, Patient Visit Note, GJeffrey Popham, M.D.
04/11/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
04/16/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
04/19/2018, Physical Therapy Note, Krista Shake, P.T., M.T.C.
05/15/2018, Patient Visit Note, GJeffrey Popham, M.D.
05/29/2018, DC Chart Note, Lido Petrucci, D.C.
05/31/2018, DC Chart Note, Lido Petrucci, D.C.
06/04/2018, DC Chart Note, Lido Petrucci, D.C.
06/06/2018, DC Chart Note, Lido Petrucci, D.C.
06/14/2018, DC Chart Note, Lido Petrucci, D.C.
07/04/2018, Lab Report, Douglas M. Ackermann, M.D.

2

**Lincoln/R. Johnson 0100**

07/17/2018, Patient Visit Note, GJeffrey Popham, M.D.
07/24/2018, Patient Visit Note, GJeffrey Popham, M.D.
09/25/2018, Patient Visit Note, GJeffrey Popham, M.D.
09/25/2018, Order, Illegible Signature
10/01/2018, Restriction Form, Illegible Signature
03/26/2019, Patient Visit Note, GJeffrey Popham, M.D.
01/21/2020, Restriction Form, Illegible Signature
03/04/2020, Visit Summary, Kevin Brown
03/04/2020, Flow Sheet, Kevin Brown
03/09/2020, Correspondence, Lido Petrucci, D.C.
03/09/2020, Clinical History, Fargo N. Khoury, M.D.
03/17/2020, Visit Summary, Jason Hupp, P.A.
03/24/2020, Visit Summary, Jason Hupp, P.A.
03/25/2020, Visit Summary, Ryan J. Krupp, M.D.
05/05/2020, Visit Summary, Jason Hupp, P.A.
05/06/2020, Visit Summary, Lydia N. McCarthy
Undated, Letter, Kevan M. Doran
Undated, Employer Statement, Eve Hopper

**HISTORY:** This case involves a 65-year-old male diagnosed with unilateral primary osteoarthritis of the left knee with a date of disability/loss documented as 01/31/2017.

X-rays of the left knee dated 03/07/2018 noted that the claimant was status post total knee arthroplasty with the imaging showing no radiolucencies around the implant, with good alignment of the implant.

MRI of the cervical spine dated 06/13/2018 noted a 3-mm midline disc protrusion at C6-C7 resulting in flattening of the thecal sac with a mild degree of central canal stenosis.  There is also a 4-mm left foraminal disc protrusion resulting in moderate effacement of the exiting left cervical nerve root with moderate left neuroforaminal stenosis.  There was a 3-mm right foraminal disc osteophyte complex with moderate effacement of the exiting right cervical nerve root.  At C5-C6, there was a 3-mm midline this protrusion resulting in flattening of the thecal sac with mild central canal stenosis along with a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root.  At C3-C4 and C4-C5, there were 1-2-mm midline disc bulges with posterior annular tears noted along with remote compression fractures of the C7, T1, and T3 vertebra.

MRI of the left knee obtained on 07/18/2018 noted metallic artifact reducing sequences, with the examination remaining limited by artifact related to orthopedic hardware from arthroplasty.  There is a moderate-sized joint effusion with no abnormal mass or fluid collection identified in the surrounding soft tissues.  A signal intensity was seen in the central portion of the imaged distal femoral shaft, presumably secondary to previous surgery.  There was mild tendinopathy/tinnitus in the patellar tendon.

3

**Lincoln/R. Johnson 0101**

The restrictions form dated 01/21/2020 indicated the claimant could work in a sedentary capacity with lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time, and standing/walking occasionally.  The restrictions would be implemented from 01/31/2017 to present.

The visit summary dated 03/04/2020 noted the claimant had a complaint of right shoulder pain and was noted in the office after undergoing left shoulder debridement in 2016.  He claimed to have right shoulder pain for over a year with no specific mechanism of injury.  He reported increased pain with forward elevation, internal rotation, abduction, and at night.  He claimed to have numbness and tingling, mostly on the left side, related to neck issues.  He was treated conservatively with injection, NSAIDs, and physical therapy but did not get much improvement.  His physical examination noted a body mass index of 30.96.  The claimant had positive tenderness/crepitus to the greater tuberosity laterally in the right shoulder along with the bicep groove.  Range of motion was reduced throughout in both shoulders with motor strength graded 4+/5 for right shoulder scaption/forward elevation, external rotation, and 5-/5 for the deltoid.  On the left, motor strength was 5/5 throughout.  The claimant had positive Neer test, Hawkins test, speeds test, and O'Brien's test for no specified shoulder.  X-rays of the right shoulder were obtained at the claimant's previous office visit showing no glenohumeral joint osteophytes, joint space narrowing, or other degenerative changes.  The acromioclavicular joint had moderate arthritis with a hooked acromion, but no evidence of fracture or dislocation.  There were also no periosteal reactions or medullary lesions seen.

The clinical history dated 03/09/2020 was reviewed from a physical medicine and rehabilitation perspective only.  The claimant was status post left total knee arthroplasty with ongoing pain.  The records did not include any recent physician reports, getting updated imaging or physical examination findings.  Given the lack of critical information, no specific restrictions/limitations could be supported from a physical medicine and rehabilitation perspective from the review.  Of 02/24/2020 onward and beyond.

The MRI of the right shoulder dated 03/11/2020 noted mild supraspinatus and infraspinatus tendinosis with no evidence of disruption.  Signal abnormality was noted in the superior fibers of the distal subscapularis muscle and tendon suggesting a mild sprain or partial intrasubstance tearing with no evidence of disruption.  There was mild lateral downsloping of the acromion and mild degenerative changes in the acromioclavicular joint.  There is probable degenerative changes and fraying in the superior labrum with possible shallow tear of the base of the superior labrum posteriorly with the labrum otherwise intact.  The claimant had mild intra-articular long head biceps tendinopathy with a small amount of increased signal in the subacromial space suggesting slight bursal inflammation.

The visit summaries dated 03/17/2020–05/25/2020 provided an overview of the claimant's treatment to date along with progress notes from 03/25/2020 indicating that treatment options were discussed with the claimant pertaining to the right shoulder with the indication that if he were to move forward with surgery, this would include a right shoulder arthroscopy with rotator cuff repair versus debridement, labral debridement, chondroplasty, subacromial decompression, biceps tenodesis, and related procedures, similar to what he had on the left shoulder.  The

4

**Lincoln/R. Johnson 0102**

claimant indicated he wanted to move forward with conservative care at that point to see how he responded. He was instructed to utilize activity modification, a home exercise program as instructed, Biofreeze, and Mobic 15 mg 1 by mouth daily.

The visit summary stated 05/05/2020 and 05/06/2020 provided a list of the claimant's previous treatments.

**DIAGNOSIS:** Unilateral primary osteoarthritis, left knee

**RESPONSE TO REFERRAL QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Diagnoses include the presence of an artificial left knee joint (Z96.652), chronic pain syndrome (G89.4), pain in the right shoulder (M25.511), and pain in the left shoulder (M25.512).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There are no relevant co-morbid conditions.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 3/13/20 to - 7/29/21, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the information provided for the review supported restrictions and limitations from through 3/13/2020–03/25/2020 and beyond for 3 months from the date of the progress notes dated 03/25/2020 (i.e, 06/25/2020). No updated information was provided for the review beyond that date to support that the claimant had any significant deficits requiring work restrictions and limitations pertaining to his reported conditions. The physician failed to establish whether the claimant continued with the recommended conservative treatment or if he proceeded with surgical intervention to warrant continued or alternative R/L from 06/26/2020 and beyond.

For the timeframe of 3/13/2020–03/25/2020 and beyond for 3 months from the date of the progress notes dated 03/25/2020 (i.e, 06/25/2020), the R/L to be implemented will include the following:

Sitting: up to 60 minutes at a time for a total of 8 hours per day

Standing: up to 60 minutes at a time for a total of 8 hours per day

Walking: up to 60 minutes at a time for a total of 8 hours per day

Lifting/carrying/pushing/pulling: frequently up to 20 lbs on the left and occasionally up to 10 lbs on the right

Climbing stairs: unrestricted

5

**Lincoln/R. Johnson 0103**

Climbing ladders: never

Stooping: unrestricted

Kneeling: unrestricted

Crouching: unrestricted

Crawling: never

Reaching: never overhead with the right/unrestricted on the left; unrestricted at waist and desk level on the left/occasionally on the right; unrestricted on the left/occasionally on the right

Use lower extremities for foot controls: unrestricted bilaterally

Fine manipulation: unrestricted bilaterally

Simple and firm grasping: unrestricted bilaterally

Keyboarding: unrestricted bilaterally

Use of a mouse: occasionally on the right/unrestricted on the left.

Claimant can take 10-minute working breaks every 2 hours to stretch, reposition, or sit/stand comfortably.

No operating power tools/vibratory tools with the right upper extremity to avoid aggravation of symptoms.

**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

The medical records in the file do not support impairments and the need for restrictions and/or limitations during the above timeframe pertaining to the diagnosis of the presence of an artificial left knee joint (Z96.652) given that the most recent clinical documentation did not endorse that the claimant was having any functional difficulties pertaining to this region of the body requiring R/L.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

The treatment provided was consistent with the standard of care for the apparent level of severity of the conditions. There was no evidence that the claimant was noncompliant with treatment that meets the standard of care.

**AP CONTACT:**

I called the number listed (502-394-6341) on 4/5/21 at 12:42pm CST and left a message for a return call on Dr. Krupp's office voicemail.

6

**Lincoln/R. Johnson 0104**

My staff received a return call from Beth with Dr Krupp's office on 4/6/21 at 9:16am CST stating that Dr Krupp will not complete a peer to peer for disability.

*Aruna Yarrozu*

Aruna Yarrozu, M.D.
Board Certified Physical Medicine & Rehabilitation
License: A127628 CA
License: 35595 OK
License: Q7516 TX

7

**Lincoln/R. Johnson 0105**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com  •  Web: www.ecnime.com

Claimant Name: Richard Johnson
Claim Number: 7521853
Case Number: 173261-1

"I, Aruna L Yarrozu, MD, am a physician duly licensed to practice medicine in the State of California. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

*Aruna Yarrozu*

4/15/21

_____
Signature of Physician                                                    Date

Medical/Professional License # CA A127628

**Lincoln/R. Johnson 0106**

**From:** Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:** Thu, 15 Apr 2021 19:31:57 +0000
**To:** VendorReferrals
**Subject:** R. Johnson CL 7521853
**Attachments:** Peer Review.pdf, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Peer Review and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 424-307-1695
**F**: 561-392-5881
**Access our portal at: View My Cases**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

**Lincoln/R. Johnson 0107**



**Exam Coordinators Network**     A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com     Web: www.ecnime.com

| **Invoice:** | **BOCA 106148** | **Date** | **4/15/2021** |
|---|---|---|---|

*Bill To:*

**Jane Daniell**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

| | |
|---|---|
| **Claim #** | 7521853 |
| **Date of Loss:** | 1/31/2017 |
| **ECN #** | 173261-1 |
| **Account #** | |

---

**Claimant**     Richard Johnson

| 4/1/2021 | Peer Review - Long Term Disability: Service Provider: Aruna L Yarrozu, MD Specialty: Physical Medicine & Rehab | $660.00 |
|---|---|---|
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Terms:  Net 30 days
Tax Id #: 95-3327434

**Lincoln/R. Johnson 0108**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| LANTECH, INC. | RICHARD JOHNSON | 7521853 |

| | | | |
|---|---|---|---|
| **Referred By:** | Jane Daniell | **Claimant DOB:** | |
| **Referral Date:** | 04/01/2021 | **Job Title:** | TEAM LEADER, CHIEF ENGINEER |
| **Due Date:** | 04/15/2021 | **Medical/ Surgical Condition:** | S/P Left TKR with revision x2, chronic pain right shoulder pain and left shoulder pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 01/27/2017 |
| **Report Date:** | | **DOD:** | 01/31/2017 |
| **Physical Demands:** | | **BBD:** | 07/30/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 3/13/20 to 7/29/21, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Lincoln/R. Johnson 0109**

**Name: Ryan Krupp MD        Phone Number: 1 (502) 394 6341 ex -----        Fax Number: 1 (502) 394-6340**

Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

**Additional Questions**

Other unrelated to covid

Other This claim has been reviewed by Dr. Chhatre and Dr. Khoury

**Other Comments**

Other Comments - null

**Lincoln/R. Johnson 0110**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 1, 2021 7:35:53 AM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | yqrmi4xvrkcnhmzlmren_10214534.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0111**



Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

April 1, 2021

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE: Long Term Disability (LTD) Benefits
  Lantech, Inc.
  Claim #: 7521853
  Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy. We are writing in reference to Mr. Richard Johnson's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on his LTD claim on August 24, 2020. On October 20, 2020 and December 14, 2021, we received additional medical information from your office pertaining to Mr. Johnson's medical treatment. You left a voice message yesterday stating we should have received all of the information. Therefore, we understand this is all of the information you intend to submit for our consideration of Mr. Johnson's LTD appeal.

To assist us in evaluating Mr. Johnson's eligibility for benefits, we have referred his file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than May 1, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Mr. Johnson's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Mr. Johnson's eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

1  of 2

**Lincoln/R. Johnson 0112**

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

2  of 2

**Lincoln/R. Johnson 0113**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | February 25, 2021 |
| To: | KEVAN DORAN<br>DORAN LAW OFFICE<br>2950 BRECKENRIDGE LANE<br>STE 12A<br>LOUISVILLE KY 40220 |
| Attn: | |
| Fax: | (502) 618-0605 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:    7521853<br>Claimant:  Richard Johnson<br><br>Lantech, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0114**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

February 25, 2021

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy. We are writing regarding Richard Johnson's claim for LTD benefits under the Policy.

On August 18, 2020, we received a written request for review from your office on behalf of Mr. Johnson. In the request, you also asked for a complete copy of Mr. Johnson's claim file. A complete copy of the claim file was sent to your attention on August 19, 2020. We spoke to you on September 10, 2020 confirming receipt of Mr. Johnson's appeal. At that time, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form. We received records from your office on October 22, 2020 on behalf of Mr. Doran. We called you the same day to acknowledge receipt of the medical records and inquire to see if this was Mr. Johnson's complete appeal. In addition, we asked if Mr. Johnson had right shoulder arthroscopy. On October 26, 2020, you returned our call and advised that you were waiting for some medical records from Mr. Johnson's treating providers. We sent a letter advising the information was due by November 25, 2020. We called your office on December 1, 2020, and left a voice message stating we were still waiting for additional medical records. We wrote to you and provided an extension to submit medical records. The information was due by January 2, 2021.

On December 8, 2020, you called and stated you were sending two sets of records. We asked if there was any additional information forthcoming. You stated you would check with your assistant and would call back.

We received medical records on December 14, 2020. The records included office notes and laboratory test results from March 4, 2020 through May 5, 2020.

1  of 2

**Lincoln/R. Johnson 0115**

On January 11, 2021, we called your office and left a voice message stating we were following up to confirm if the December 14, 2020 fax was the complete appeal or would your office be submitting additional medical records. We did not receive a return call, so we sent you a letter providing additional time to submit Mr. Johnson's complete appeal.

On February 10, 2021, we called you and left a voice message advising we were following up for any additional medical records. You returned the call on February 11, 2021. We discussed the status of Mr. Johnson's appeal. You stated you would check with your assistants Neidra and Christina the following day and call back.

We did not receive a return call so on February 23, 2021, we called your office and cell phone and left voice messages stating we were calling to follow up to determine if additional information is forthcoming or is Mr. Johnson's appeal complete. We requested a return call.

For Lincoln to conduct a timely review of Mr. Johnson's appeal, we ask that you submit the outstanding vocational evaluation as well as submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time. You may submit the information to fax number **603-334-5704** or email to **DisabilityDocuments@lfg.com** If we do not hear from you and do not receive additional information by **March 27, 2021**, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Johnson's file.

Due to these special circumstances, an extension of time to process Mr. Johnson's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for additional documentation, the days from the date of this letter until we receive the records from Mr. Johnson's treating providers are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

2 of 2

**Lincoln/R. Johnson 0116**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, January 11, 2021 2:28:59 PM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | 91scudk24gat5tcnahrn_9717300.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0117**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

January 11, 2021

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy. We are writing regarding Richard Johnson's claim for LTD benefits under the Policy.

On August 18, 2020, we received a written request for review from your office on behalf of Mr. Johnson. In the request, you also asked for a complete copy of Mr. Johnson's claim file. A complete copy of the claim file was sent to your attention on August 19, 2020.  We spoke to you on September 10, 2020 confirming receipt of Mr. Johnson's appeal. At that time, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form.  We received records from your office on October 22, 2020 on behalf of Mr. Doran. We called you the same day to acknowledge receipt of the medical records and inquire to see if this was Mr. Johnson's complete appeal. In addition, we asked if Mr. Johnson had right shoulder arthroscopy.  On October 26, 2020, you returned our call and advised that you were waiting for some medical requests from Mr. Johnson's treating providers. We sent a letter advising the information was due by November 25, 2020.  We called your office on December 1, 2020, and left a voice message stating we were still waiting for additional medical records.  We wrote to you and provided an extension to submit medical records.  The information was due by January 2, 2021.

On December 8, 2020, you called and stated you were sending two sets of records.  We asked if there was any additional information forthcoming.  You stated you would check with your assistant and would call back.

We received medical records on December 14, 2020.  The records included office notes and laboratory test results from March 4, 2020 through May 5, 2020.

1  of 2

**Lincoln/R. Johnson 0118**

We called your office today and left a voice message stating we were following up to confirm if the December 14, 2020 fax was the complete appeal or would your office be submitting additional medical records.

In order for Lincoln to conduct a timely review of Mr. Johnson's appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by **February 10, 2021**, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Johnson's file.  Due to these special circumstances, an extension of time to process Mr. Johnson's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for additional documentation, the days from the date of this letter until we receive the records from Mr. Johnson's treating providers are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

2  of 2

**Lincoln/R. Johnson 0119**

# FAX COVER SHEET

TO:   Lincoln Life Assurance Company of Boston

Attn:  Jane Daniell

Fax: 603-334-5704

FROM:  Doran Law Office

Re:    Richard Johnson; claim #7521853

Pages:  54 including cover sheet

## Please fax requested documents to 502-618-0605

Lincoln/R. Johnson 0120

12-14-'20 13:50 FROM-                                                T-708  P0002/0053 F-381

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE        Johnson, Richard L
200 E Chestnut St        MRN: EP01810172, DOB:          Sex: M
LOUISVILLE KY 40202

## Patient
## ROI Authorization

### Release Authorization

| Type: | Signed Form | | |
|---|---|---|---|
| Effective Date: | | Expiration Date: | 11/10/2020 |
| Received By: | Gregory, Nichole L | Received Date: | 9/18/2020  2:16 PM |

Scan on 9/18/2020  2:16 PM by Gregory, Nichole L: HIM ROI Authorization - NOI (below)

**NORTON**
HEALTHCARE

Request for Release of Medical Information

Patient Information

| | |
|---|---|
| Patient Name | Richard Johnson |
| Maiden Name/Alias | □ |
| Social Security # | |
| Patient Birth Date | |
| Patient Type | Self |

Information Requested

| | |
|---|---|
| Type of Information | ☒ Itemized Bills |
| | ☒ Medical Record |
| | ☒ Discharge Summary |
| | ☒ Emergency Room |
| | ☒ Laboratory Results |
| | ☒ History & Physical |
| | ☒ X-Ray Report |
| | ☒ Orders |
| | ☒ Progress Notes |
| | ☒ Nurses Notes |
| Specific Records | |
| Facility/Physician: | ☒ Norton Orthopedic Institute - Angies Way |
| Date of Service | 06/19/2019-present |

Record is to be released to the following individual:

| | |
|---|---|
| Name and Title | Doran Law Office |
| Phone Number | 15025542184 |
| Delivery Method | Mail - USPS |
| Email Address | christina@thedoranlawoffice.com |
| Mailing Address: | 2950 Breckenridge Lane 12A Louisville, KY 40220 |
| Reason for Request | ☒ Legal Purposes |

The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event: 11/10/2020. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

Kentucky Law directs health care providers to furnish to a patient, at the patient's request, one free copy of the patient's Medical Record. Additional requests for copies will be charged a rate of $1.00 per page.

Consent

**Lincoln/R. Johnson 0121**

12-14-'20 13:50 FROM-                                          T-708   P0003/0053 F-381

**NORTON** HEALTHCARE

Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:          Sex: M
LOUISVILLE KY 40202

## Patient
## ROI Authorization (continued)

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

|  |  |
|---|---|
| ☑ Yes | By clicking Yes you agree to abide by the Terms of Service outlined above. |
| Full Name | Richard Johnson |
| Date of Birth | 12:00:00 AM |
| Social Security # / Visa # |  |
| Relationship to Patient | I am the patient |

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

Timestamp: 9/11/2020 1:38:39 PM
Request: 8789EEDB-7FF2-4682-AC3A-11167489F228

## Patient (continued)

### Demographics

Name:  Richard L Johnson
Address:
Date of birth:                          Sex:  Male                    Ethnicity:  Not Hispanic or Latino
Race:  White or Caucasian               Email:  r                     Home phone:
Mobile:

### Active Coverages as of 9/11/2020

**Lincoln/R. Johnson 0122**

12-14-'20 13:50 FROM-                                           T-708  P0004/0053 F-381

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE            Johnson, Richard L
200 E Chestnut St           MRN: EP01810172, DOB:            Sex: M
LOUISVILLE KY 40202

### Patient (continued)

**Active Coverages (continued)** as of 9/11/2020

**HUMANA MEDICARE REPLACEMENT**

| Plan: HUMANA GOLD PLUS HMO | Group: X1813001 | Member: H00281198 |
| Effective from: 8/1/2019 | Subscriber: JOHNSON,RICHARD L | Subscriber ID: H00281198 |

### Current Medications

**Medications**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Current Medications

**meloxicam (MOBIC) 15 MG tablet**
Instructions: Take 15 mg by mouth daily.
Entered by: Brown, Kevin                      Entered on: 3/4/2020
Start date: 12/12/2019

**SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC**
Instructions: USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED
Entered by: Brown, Kevin                      Entered on: 3/4/2020
Start date: 12/5/2019

**testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection**
Instructions: Inject 200 mg into the muscle every 14 (fourteen) days.
Entered by: Brown, Kevin                      Entered on: 3/4/2020
Start date: 12/5/2019

**TESTOSTERONE IM**
Instructions: Inject into the muscle every 14 (fourteen) days
Entered by: Case, Christy, RN                  Entered on: 5/19/2016

**Lincoln/R. Johnson 0123**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:    Sex: M
Visit date: 3/4/2020

## 03/04/2020 - Office Visit in Norton Orthopedic Institute
### FACESHEET

| Norton Orthopedic Institute | | |
|---|---|---|
| 9880 Angies Way | Encounter Date: | 3/4/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | JOHNSON,RICHARD L |
| | Contact Serial #: | 10081527230 |

**PATIENT**

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | ( | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) 0 |

**GUARANTOR**

| | | | |
|---|---|---|---|
| Guarantor: | JOHNSON,RICHARD L | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 1032467 | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | LANTECH INC. | Status: | FULL TIME |

**COVERAGE**

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | HUMANA MEDICARE REPLACEMENT | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Lincoln/R. Johnson 0124**

12-14-'20 13:51 FROM-                                                    T-708  P0006/0053 F-381

**NORTON**
**HEALTHCARE**
*Real people. Remarkable care.*

| NORTON PHYSICIANS | Johnson, Richard L | |
| SERVICES | MRN: EP01810172, DOB: | Sex: M |
| 1930 Bishop Ln | Visit date: 3/4/2020 | |
| STE 1200 | | |
| Louisville KY 40218-1929 | | |

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Visit Information (continued)**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Krupp, Ryan J., MD | Hupp, Jason, PA | Moore, Thomas L, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

**Follow-up and Dispositions**

* Return in about 3 weeks (around 3/25/2020).

**Level of Service**

| Level of Service |
|---|
| PR OFFICE OUTPATIENT VISIT 15 MINUTES |

**Reason for Visit**

**Chief Complaint**

* Shoulder Pain (f/u R Shoulder)

**Visit Diagnosis**

* Impingement syndrome of right shoulder (primary)

**Patient Summary as-of Visit**

**Immunizations**

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

**History** as of 3/4/2020

**Medical History** as of 3/4/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

**Surgical History** as of 3/4/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

**Lincoln/R. Johnson 0125**



**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit (continued)

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

## Family History as of 3/4/2020

### Family History as of 3/4/2020

None

## Substance & Sexuality History

### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Socioeconomic History as of 3/4/2020

### Socioeconomic as of 3/4/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | | |
|---|---|---|---|---|---|---|---|

**Lincoln/R. Johnson 0126**

12-14-'20 13:52 FROM-                                    T-708  P0008/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Implants as of 3/4/2020**

**Cement**

**Cement Palacose 00111214001 - Log517090 - Implanted**                          (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84634560 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |

**Cement Palacose 00111214001 - Log517090 - Implanted**                          (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                              (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                         (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                       (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                        (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |

**Lincoln/R. Johnson 0127**

12-14-'20 13:53 FROM-                                                    T-708   P0009/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:        Sex: M
Visit date: 3/4/2020

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

Patient Summary as-of Visit (continued)

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                    (Let

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
|---|---|---|---|
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                    (Left) Should

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
|---|---|---|---|
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
|---|---|

### Clinical Notes

**Addendum Note**

**Comeau, Kristen at 3/17/2020 10:58 AM**

| Author: Comeau, Kristen | Service: — | Author Type: — |
|---|---|---|
| Filed: 3/17/2020 10:58 AM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Comeau, Kristen | | |

Addended by: COMEAU, KRISTEN on: 3/17/2020 10:58 AM

Modules accepted: Orders

Electronically signed by Comeau, Kristen at 3/17/2020 10:58 AM

### Progress Notes

**Krupp, Ryan J., MD at 3/4/2020 10:34 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 3/4/2020 1:17 PM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

## ORTHOPEDIC NOTE

**REQUESTING PHYSICIAN**
Moore, Thomas L, MD

**PRIMARY CARE PHYSICIAN**

**Lincoln/R. Johnson 0128**

12-14-'20 13:53 FROM-                                    T-708  P0010/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/4/2020 | Sex: M |
|---|---|---|

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

## REASON FOR CONSULTATION
Richard L Johnson is a 64 yr/o male who was referred for consultation for
**Chief Complaint**
Patient presents with
- Shoulder Pain
  *f/u R Shoulder*

## HPI
RICHARD IS A 64YO RHD MALE PATIENT LAST SEEN IN JANUARY 2019 WITH RIGHT SHOULDER PAIN. THE PATIENT IS KNOWN TO THE OFFICE AS HE HAD A LEFT SHOULDER DEBRIDEMENT WITH DR. KRUPP IN 2016. THE PATIENT STATES THAT HE HAS HAD RIGHT SHOULDER PAIN FOR OVER ONE YEA TO THIS POINT WITH NO SPECIFIC MECHANISM OF INJURY. THE PATIENT STATES THAT HE HAS INCREASED PAIN WITH FORWARD ELEVATION, INTERNAL ROTATION, ABDUCTION, AND AT NIGHT. HE GETS NUMBNESS AND TINGLING, MOSTLY LEFT SIDED, RELATED TO NECK ISSUES.

AT HIS LAST VISIT, HE WAS TREATED CONSERVATIVELY INCLUDING INJECTION, NSAID, AND PHYSIC/ THERAPY. HE NOTES HE DID NOT GET MUCH IMPROVEMENT.

## REVIEW OF SYSTEMS
See HPI for further details.
**Constitutional:** Denies fever, shaking or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**Musculoskeletal:** Denies numbness tingling or loss of motor function except as outlined above in history of present illness.
**Integument:** Denies rash, lesion or ulceration
**Neurologic:** Denies headache or focal weakness

## MEDICAL HISTORY
**Past Medical History:**
Diagnosis                                                            Date
- Dental crowns present
- Hemorrhoids
- High cholesterol
  *NO MEDS FOR*
- History of fracture
  *BILATERAL WRISTS, RIBS*
- Kidney stone
- Low testosterone
- Obesity
- Seasonal allergies
- Snoring

**Lincoln/R. Johnson 0129**

12-14-'20 13:54 FROM-                               T-708  P0011/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:              Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

## SURGICAL HISTORY
has a past surgical history that includes LEFT KNEE MENISCUS REPAIR (2005); LEFT WRIST ORIF (2000); Shoulder arthroscopy (Left, 06/09/2016); and Joint replacement (Left, 01/31/2017).

## FAMILY HISTORY
No family history on file.

## SOCIAL HISTORY
**Social History**

Socioeconomic History
- Marital status:                 Married
     Spouse name:                 None
- Number of children:             None
- Years of education:             None
- Highest education level:        None

Occupational History
- None

Social Needs
- Financial resource strain:      None
- Food insecurity:
     Worry:                       None
     Inability:                   None
- Transportation needs:
     Medical:                     None
     Non-medical:                 None

Tobacco Use
- Smoking status:                 Never Smoker
- Smokeless tobacco:              Never Used

Substance and Sexual Activity
- Alcohol use:                    Yes
     *Comment: 5 DRINKS WEEKLY*
- Drug use:                       No
- Sexual activity:                None

Lifestyle
- Physical activity:
     Days per week:               None
     Minutes per session:         None
- Stress:                         None

Relationships
- Social connections:
     Talks on phone:              None
     Gets together:               None
     Attends religious service:   None
     Active member of club or     None
     organization:
     Attends meetings of clubs    None
     or organizations:
     Relationship status:         None
- Intimate partner violence:

**Lincoln/R. Johnson 0130**

12-14-'20 13:54 FROM-                                          T-708  P0012/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:        Sex: M
Visit date: 3/4/2020

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

### Clinical Notes (continued)

| | |
|---|---|
| Fear of current or ex partner: | None |
| Emotionally abused: | None |
| Physically abused: | None |
| Forced sexual activity: | None |

Other Topics                    Concern
• None
Social History Narrative
• None

## ALLERGIES

**Allergies as of 3/4/2020**
  No Known Allergies

Review status set to Review Complete by
You at 10:33 AM

## MEDICATIONS
### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • meloxicam (MOBIC) 15 MG tablet | Take 15 mg by mouth daily. | | |
| • SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC | USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED | | |
| • testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection | Inject 200 mg into the muscle every 14 (fourteen) days. | | |
| • TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • lidocaine 2 mL, bupivacaine 0.5% (MARCAINE) 10 mg, triamcinolone acetonide 40mg/ml (KENALOG-40) 40 mg injection | | Injection | Once | Krupp, Ryan J., MD | | |

## PHYSICAL EXAM
**Vital Signs:** Ht 5' 11" (1.803 m) | Wt 222 lb (100.7 kg) | BMI 30.96 kg/m²

**Lincoln/R. Johnson 0131**

12-14-'20 13:54 FROM-                                          T-708  P0013/0053 F-381

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

**Constitutional:** Awake alert and oriented x3, well developed, well nourished, no acute distress, non-toxic appearance.
**HENT:** Normocephalic, Atraumatic, Bilateral external ears normal, Oropharynx moist, No oral exudates, Nose normal.
**Respiratory:** No respiratory distress, No wheezing
**Vascular:** Brisk cap refill, Intact distal pulses, No cyanosis, all compartments soft with no signs or symptoms of compartment syndrome or DVT.
**Neurologic:** Sensation grossly intact to light touch throughout the involved extremity and bilaterally symmetric
**Neck:** Normal range of motion, No tenderness, Supple, Negative Spurlings.
**Integument:** Well hydrated, no rash, warm, dry, no lesions or ulceration.
**Musculoskeletal:**

### RIGHT Shoulder/Upper Extremity Exam

OBSERVATION:
Swelling:None                    Discoloration: None
Deformity: None                  Scapular Winging: None
Scars: None                      Atrophy: None

TENDERNESS/CREPITUS (T/C):

Clavicle: Negative               Supraspinatus: Negative
AC Joint: Negative               Infraspinatus: Negative
SC Joint: Negative               Deltoid: Negative
G. Tuberosity (lateral): POSITIVE.   LH Bicep groove: POSITIVE
Acromion (anterolateral):negative    Midline Neck: Negative
Scapular Spine: Negative         Trapezium: Negative
SMA Scapula: Negative            GH Jt line- post: negative
Scapulothoracic: Negative

RANGE OF MOTION:  RIGHT SHOULDER (ACTIVE/PASSIVE)
FE 160/165 WITH PAINFUL ARC
ER at 0° 40*/45
IR (spine level) L4*

RANGE OF MOTION:  LEFT SHOULDER (ACTIVE/PASSIVE)
FE 160/165
ER at 0° 45/50
IR (spine level) t12

STRENGTH:  RIGHT SHOULDER
SCAPTION/FORWARD ELEVATION 4+*/5
IR 5/5
ER 4+*/5
BICEPS 5/5
DELTOID 5-*/5
TRICEPS 5/5

STRENGTH: LEFT SHOULDER

**Lincoln/R. Johnson 0132**

12-14-'20 13:55 FROM-                                                T-708  P0014/0053 F-381

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

SCAPTION/FORWARD ELEVATION 5/5
IR 5/5
ER 5/5
BICEPS 5/5
DELTOID 5/5
TRICEPS 5/5

SIGNS:
NEER: Positive                     O'BRIEN'S: Positive
HAWKINS: Positive                  MOVING VALGUS: NEGATIVE
SPEED'S: Positive                  X-Body ADD: Negative
BELLY PRESS:Negative               APPREHENSION: Negative
BEAR HUG: Negative                 RELOCATION: Negative

STABILITY TESTING RIGHT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior:UP FACE
        Sulcus: WNL

STABILITY TESTING LEFT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior: UP FACE
        Sulcus: WNL

**IMAGING & OTHER STUDIES**
Three views of the right shoulder(s) were taken in the office PREVIOUSLY, and reviewed TODAY, including AP scapular-Y, and axillary views. There are no glenohumeral joint osteophytes, joint space narrowing, or other degenerative changes. The acromioclavicular joint has moderate arthritis, with hooked acromion. There is no evidence of fracture or dislocation. No periosteal reactions or medullary lesions are seen.

**ASSESSMENT/PLAN**

1. Assessment: left shoulder impingement with biceps tenosynovitis and possible underlying rotator cuff tear

Plan:

The patient was interviewed and examined in the office today and the chart reviewed. The previous observation recommendations, and conclusions were reviewed. Thank you so much for allowing me to participate in the care your patient.

Patient instructed on a physician directed exercise program, focusing on range of motion and stretching, along v

**Lincoln/R. Johnson 0133**

12-14-'20 13:55 FROM-                                                    T-708  P0015/0053 F-381

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

I, Ryan J Krupp, M.D., attest that all medical record entries made by the scribe for this patient were at my directi
and personally dictated by me. I reviewed the chart and agree that the record accurately reflects my personal
performance of the history, physical exam, assessment and plan. I have also personally directed, reviewed, and
agree with the discharge plan and instructions.

Ryan J. Krupp, M.D.


Electronically signed by Krupp, Ryan J., MD at 3/4/2020  1:17 PM


Imaging

Imaging

MRI Shoulder RT Wo Con (Final result)

Electronically signed by: **Hupp, Jason, PA on 03/04/20 1110**                          Status: **Completec**
Ordering user: Hupp, Jason, PA 03/04/20 1110                    Authorized by: Hupp, Jason, PA
Ordering mode: Standard
Frequency: Routine 03/04/20 -                                   Class: Hospital Performed
Quantity: 1                                                     Lab status: Final result
Indications of use: Shoulder pain, rotator cuff disorder        Indications comment: HAS FAILED CONSERVATIVE
suspected, nondiagnostic xray                                   THERAPY; + NEERS HAWKINS SPEEDS OBRIENS
Instance released by: Comeau, Kristen 3/17/2020 10:57 AM
Diagnoses
Impingement syndrome of right shoulder [M75.41]
    Scan on 3/17/2020 10:58 AM by Comeau, Kristen: MRI Shoulder RT Wo Con on 3/17/2020 (below)

**Lincoln/R. Johnson 0134**



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: GFI FaxMaker    To: HUPP JASON C    Page: 2/4    Date: 3/12/2020 12:26:36 PM

**Heartland**
IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:  JASON C HUPP
     NORTON ORTHOPAEDIC
     SPECIALISTS
     9880 ANGIES WAY
     LOUISVILLE KY 40241

Name:              RICHARD L JOHNSON
MRN #:             216769
Phone:
DOB:
Exam Start:        03/11/2020
Referring Phys.:   HUPP, JASON
Referring Phys Ph.: 5023946341
Referring Phys Fax: 5023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

MRI Shoulder RT WO

INDICATION:
64-year-old male with right shoulder pain. Evaluate for internal derangement.

TECHNIQUE:
MRI of the right shoulder without contrast.

COMPARISON:
None.

FINDINGS:
Rotator cuff: Mild tendinosis in the distal supraspinatus and infraspinatus tendons. No
evidence of tendon disruption. Small amount of increased signal in the subacromial space
suggesting slight bursal inflammation.

Mild signal abnormality in the superior fibers of the distal subscapularis muscle and
tendon suggesting a sprain or mild partial intrasubstance tearing. No evidence of
disruption. The teres minor muscle and tendon are intact.

Glenoid labrum and biceps tendon: Blunting and attenuation of the superior labrum
posteriorly which may reflect degenerative changes and fraying. A shallow tear suspected at
the base of the superior labrum posteriorly, best seen on series 5 image 13 and
series 6 image 12. No frank detachment or para labral cyst. The remainder the labrum
appears intact.

The long head of the biceps tendon is seen in the bicipital groove, and is intact. Mild
intra-articular long head biceps tendinopathy.

AC joint: Mild lateral downsloping of the acromion, and mild degenerative changes in the
acromioclavicular joint. The coracoacromial and coracoclavicular ligaments are intact.

Articular Cartilage: The glenohumeral joint articular cartilage appears intact. No
significant glenohumeral joint effusion.

Page 1  Printed: 3/12/2020 12:26 PM      JOHNSON, RICHARD          Exam: 07737348

**Lincoln/R. Johnson 0135**

12-14-'20 13:55 FROM-                                          T-708   P0017/0053 F-381


**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Imaging (continued)**

From: GFI FaxMaker    To: HUPP JASON C    Page: 3/4    Date: 3/12/2020 12:26:38 PM


**Heartland**
IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

TO:    JASON C HUPP
       NORTON ORTHOPAEDIC
       SPECIALISTS
       9880 ANGIES WAY
       LOUISVILLE KY 40241

Name:            RICHARD L JOHNSON
MRN #:           216769
Phone:
DOB:
Exam Start:      03/11/2020
Referring Phys.: HUPP, JASON
Referring Phys Ph.: 5023946341
Referring Phys Fax: 5023946340

Exam:    MRI SHOULDER WO CONTRAST 73221
         73221 - RT/RIGHT

Bone: The humeral head is seated in the glenoid fossa. The visualized osseous structures are normal in morphology. Marrow signal intensity is within normal limits. Small glenohumeral joint effusion.

The region of the suprascapular notch is normal in appearance. The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:

1. Mild supraspinatus and infraspinatus tendinosis with no evidence of disruption.
2. Signal abnormality in the superior fibers of the distal subscapularis muscle and tendon suggesting a mild sprain or partial intrasubstance tearing with no evidence of disruption.
3. Mild lateral downsloping of the acromion and mild degenerative changes in the acromioclavicular joint.
4. Probable degenerative changes and fraying in the superior labrum, with possible shallow tear at the base of the superior labrum posteriorly. The labrum is otherwise intact.
5. Mild intra-articular long head biceps tendinopathy.
6. Small amount of increased signal in the subacromial space suggesting slight bursal inflammation.

Signer Name: Elizabeth J. Dubose MD
Signed: 3/12/2020 10:23 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Hupp, Jason thank you for referring Johnson, Richard. If you have any questions regarding this report, please contact us at (502)584-7970.

**Interpreting Physician:**

Page 2  Printed: 3/12/2020 12:26 PM        JOHNSON, RICHARD        Exam: 07737348

PAGE 17/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0136**

12-14-'20 13:56 FROM-                                                    T-708  P0018/0053 F-381


NORTON
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: OFI FaxMaker    To: HUPP JASON C    Page: 4/4    Date: 3/12/2020 12:26:38 PM

**Heartland**
IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:    JASON C HUPP
       NORTON ORTHOPAEDIC
       SPECIALISTS
       9880 ANGIES WAY
       LOUISVILLE KY 40241

Name:        RICHARD L JOHNSON
MRN #:       216789
Phone:
DOB:
Exam Start:   03/11/2020
Referring Phys.:  HUPP, JASON
Referring Phys Ph.:  5023946341
Referring Phys Fax:  5023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

*Beth D Bose*
ELIZABETH DUBOSE

Signed: 03/12/2020 12:26 PM

CC:

R S L  Radiology Specialists
       of Louisville

Thank you for visiting our imaging center.

Page 3   Printed: 3/12/2020 12:26 PM    JOHNSON, RICHARD    Exam: Q7737348

Resulted: 04/21/20 0914, Result status: Final
result

**MRI Shoulder RT Wo Con**
Order status: Completed
Acknowledged by: McCarthy, Lydia N. on 04/21/20 0914

Filed by: McCarthy, Lydia N. 04/21/20 0914

PAGE 18/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0137**

12-14-'20 13:56 FROM-                                                    T-708  P0019/0053 F-381

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Imaging (continued)**

**Indications**

Impingement syndrome of right shoulder [M75.41 (ICD-10-CM)]

**All Reviewers List**

McCarthy, Lydia N. on 4/21/2020 09:14

**Immunizations Given**

Immunizations never marked as reviewed

**Tdap**

| | | |
|---|---|---|
| Administered on: 7/8/2019 | Site: Right deltoid | Route: Intramuscular |
| CVX code: 115 | | |
| Manufacturer: GlaxoSmithKline | Lot number: K9DX5 | |

### All Orders

**MRI Shoulder RT Wo Con: Result Notes**

 McCarthy, Lydia N.
4/21/2020  9:14 AM

Called Patient

**MRI Shoulder RT Wo Con: Result Notes**

 McCarthy, Lydia N.
4/21/2020  9:14 AM

Called Patient

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/04/20 1033 |
|---|---|
| **Enc Vitals** | |
| Weight | 222 lb (100.7 kg) |
| | -KB at 03/04/20 1033 |
| Height | 5' 11" (1.803 m) |
| | -KB at 03/04/20 1033 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 03/04/20 1033 |
|---|---|
| **Week 1-12** | |
| Today's Weight | 222 Lbs |
| | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0138**

12-14-'20 13:56 FROM-                                          T-708  P0020/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## All Orders (continued)

**Flowsheets (continued)**

OTHER

| | | |
|---|---|---|
| BMI (Calculated) | 31 | -KB at 03/04/20 1033 |
| Weight | 0 | -KB at 03/04/20 1033 |
| BSA (Calculated - sq. m) | 2.25 sq meters | -KB at 03/04/20 1033 |
| BMI (Calculated) | 31 | -KB at 03/04/20 1033 |
| IBW (Calculated) Male | 75.3 kg | -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg MALE | 451.8 mL | -KB at 03/04/20 1033 |
| Adult Moderate Range Vt 8cc/kg MA | 602.4 mL | -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg MALE | 753 mL | -KB at 03/04/20 1033 |
| IBW (Calculated) Female | 70.8 kg | -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg FEMALE | 424.8 mL | -KB at 03/04/20 1033 |
| Adult Moderate Range vt 8cc/kg FEMALE | 566.4 mL | -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg FEMALE | 708 mL | -KB at 03/04/20 1033 |
| Weight in (lb) to have BMI = 25 | 178.9 | -KB at 03/04/20 1033 |
| Percent Weight Change Since Birth | 0 | -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml | -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml | -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml | -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml | -KB at 03/04/20 1033 |
| Epinephrine 1:10,000 (0.1mg/ml)// | 10 ml | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0139**

12-14-'20 13:57 FROM-                                          T-708  P0021/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

### Flowsheets (continued)

| | |
|---|---|
| 0.01mg/kg | |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -KB at 03/04/20 1033 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEg/kg | 100 ml -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -KB at 03/04/20 1033 |
| Cardioversion First Attempt (0.5 joules/kg) | 70 joules -KB at 03/04/20 1033 |
| Defibrillation First attempt (2 joules/kg) | 200 joules -KB at 03/04/20 1033 |
| Defibrillation First attempt (2 joules/kg) | 200 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -KB at 03/04/20 1033 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -KB at 03/04/20 1033 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -KB at 03/04/20 1033 |
| Cardioversion Subsequent Attempts (1joule/kg) | 150 joules -KB at 03/04/20 1033 |
| Magnesium | 40 ml |

PAGE 21/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0140**

12-14-'20 13:57 FROM-                                              T-708   P0022/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 3/4/2020

### All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Sulfate Infusion (50MG/ML) (For Bronchospasm) | -KB at 03/04/20 1033 | |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 10.07 ml -KB at 03/04/20 1033 | |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml -KB at 03/04/20 1033 | |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 10.07 ml -KB at 03/04/20 1033 | |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 5.03 -KB at 03/04/20 1033 | |
| Esmolol Loading Dose// (0.1 mg/kg) | 1.01 -KB at 03/04/20 1033 | |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 5.03 -KB at 03/04/20 1033 | |
| Esmolol (10mg/ml) Drip Maintenance Dose | 120.84 -KB at 03/04/20 1033 | |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 25.17 -KB at 03/04/20 1033 | |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 30.21 -KB at 03/04/20 1033 | |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KB at 03/04/20 1033 | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -KB at 03/04/20 1033 | |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4.03 -KB at 03/04/20 1033 | |
| Amiodarone Bolus | 83.92 -KB at 03/04/20 1033 | |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -KB at 03/04/20 1033 | |
| Ecmo Patient Heparin Bolus // 100 u/kg | 8000 -KB at 03/04/20 1033 | |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 -KB at 03/04/20 1033 | |

**Lincoln/R. Johnson 0141**

12-14-'20 13:58 FROM-                                           T-708   P0023/0053   F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg -KB at 03/04/20 1033 | |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 -KB at 03/04/20 1033 | |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 -KB at 03/04/20 1033 | |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 -KB at 03/04/20 1033 | |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 -KB at 03/04/20 1033 | |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 -KB at 03/04/20 1033 | |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 -KB at 03/04/20 1033 | |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 2 ml -KB at 03/04/20 1033 | |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml -KB at 03/04/20 1033 | |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 201.4 ml -KB at 03/04/20 1033 | |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 201.4 ml -KB at 03/04/20 1033 | |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 100.7 ml -KB at 03/04/20 1033 | |
| Leviracetam (15mg/ml)// 20mg/kg | 134.27 ml -KB at 03/04/20 1033 | |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 10.07 ml -KB at 03/04/20 1033 | |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 4.03 ml -KB at 03/04/20 1033 | |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 6.04 ml -KB at 03/04/20 1033 | |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 4.03 ml -KB at 03/04/20 1033 | |
| Cardioversion | 50 | |

**Lincoln/R. Johnson 0142**

12-14-'20 13:58 FROM-                                                    T-708   P0024/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:              Sex: M
Visit date: 3/4/2020

## All Orders (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| First Attempt (0.5 joules/kg) | -KB at 03/04/20 1033 | |
| Cardioversion Subsequent Attempts (1joule/kg) | 100 -KB at 03/04/20 1033 | |

**Patient Data**

| | | |
|---|---|---|
| BMI (Calculated) | 31 -KB at 03/04/20 1033 | |
| Today's Weight | 222 Lbs -KB at 03/04/20 1033 | |

**Emergency Drugs**

| | | |
|---|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 | |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KB at 03/04/20 1033 | |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KB at 03/04/20 1033 | |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KB at 03/04/20 1033 | |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -KB at 03/04/20 1033 | |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 | |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 | |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 | |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 | |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 | |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KB at 03/04/20 1033 | |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -KB at 03/04/20 1033 | |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KB at 03/04/20 1033 | |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 -KB at 03/04/20 1033 | |
| Magnesium | 40 -KB at 03/04/20 1033 | |

**Lincoln/R. Johnson 0143**

12-14-'20 13:59 FROM-                                          T-708   P0025/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:            Sex: M
Visit date: 3/4/2020

## All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Sulfate Infusion (For Torsades) (50MG/ML) | | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 | -KB at 03/04/20 1033 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 | -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 | -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 | -KB at 03/04/20 1033 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 500 | -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 | -KB at 03/04/20 1033 |

**NICU Code Drugs**

| | | |
|---|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 | -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 | -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% | 30 | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0144**

12-14-'20 13:59 FROM-                                    T-708  P0026/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (100mg/ml)// 100MG/KG | |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 50.35 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.03mg/kg | 100.7 -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 1.01 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 2.52 -KB at 03/04/20 1033 |
| Naloxone | 5 |

**Lincoln/R. Johnson 0145**

12-14-'20 13:59 FROM-                                              T-708   P0027/0053 F-381

**NORTON** HEALTHCARE

Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

## All Orders (continued)

**Flowsheets (continued)**

| (Narcan) (0.4mg/ml)// 0.1mg/kg | -KB at 03/04/20 1033 |
|---|---|

**Week 1-12**

| Weight in (lb) to have BMI = 30 | 215.1 -KB at 03/04/20 1033 |
|---|---|

**Emergency Drug Drip Calculations**

| Amiodarone Bolus | 50 -KB at 03/04/20 1033 |
|---|---|

**Loading Dose for Continuous Infusions**

| Esmolol Loading Dose// (0.1 mg/kg) | 0.5 -KB at 03/04/20 1033 |
|---|---|
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 2.52 -KB at 03/04/20 1033 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 25.17 -KB at 03/04/20 1033 |

**Nutrition Evaluation/Planning**

| Row Name | 03/04/20 1033 |
|---|---|

**Anthropometrics**

| Weight Change | 0 % -KB at 03/04/20 1033 |
|---|---|

**User Key**                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KB | Brown, Kevin | 07/15/14 - | Athletic Trainer | — |

**Lincoln/R. Johnson 0146**

12-14-'20 14:00 FROM-                                        T-708   P0028/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

### 03/17/2020 - Orders Only in Norton Orthopedic Institute
### FACESHEET

Norton Orthopedic Institute
9880 Angies Way
Suite 250
Louisville, KY 40241-2847

| | |
|---|---|
| Encounter Date: | 3/17/2020 |
| MRN: | EP01810172 |
| Guarantor: | |
| Contact Serial #: | 10084768220 |

**PATIENT**

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

**GUARANTOR**

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| | , | | |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | | Status: | FULL TIME |

**COVERAGE**

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Lincoln/R. Johnson 0147**

12-14-'20 14:00 FROM-                                              T-708   P0029/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Provider Information

**Encounter Provider**

Hupp, Jason, PA

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 3/17/2020

#### Medical History as of 3/17/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

#### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/17/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 3/17/2020

Family History as of 3/17/2020

**Lincoln/R. Johnson 0148**

12-14-'20 14:00 FROM-                                          T-708   P0030/0053 F-381


**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

**03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/17/2020

#### Socioeconomic as of 3/17/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/17/2020

**Cement**

Cement Palacose 00111214001 - Log517090 - Implanted                                    (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

As of 1/31/2017 (Log 517090)

PAGE 30/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0149**

**NORTON HEALTHCARE**
Real people. Remarkable care.

| | | | |
|---|---|---|---|
| NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/17/2020 | | Sex: M |

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Status: | Implanted | | |
|---|---|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3045078 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Lef

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
|---|---|---|---|
| Manufacturer: | BIOMET INC | | |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Should

| Inventory item: | SCREW BIO COMP 6X19 | Model/Cat number: | AR1662BC |
|---|---|---|---|

**Lincoln/R. Johnson 0150**

12-14-'20 14:02 FROM-                                    T-708   P0032/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

As of 6/9/2016 (Log 423824)

| Status: | Implanted |
|---|---|

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0151**

12-14-'20 14:02 FROM-                                    T-708   P0033/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS        Johnson, Richard L
SERVICES                 MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln           Visit date: 3/24/2020
STE 1200
Louisville KY 40218-1929

## 03/24/2020 - Telephone in Norton Orthopedic Institute
## FACESHEET

Norton Orthopedic Institute                    Encounter Date:   3/24/2020
9880 Angies Way                                          MRN:   EP01810172
Suite 250                                          Guarantor:
Louisville, KY 40241-2847                    Contact Serial #:   10085132723

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | 4 |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

### GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | FULL TIME |

### COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | 10/09/1955 |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

PAGE 33/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0152**

12-14-'20 14:02 FROM-                                           T-708  P0034/0053 F-381

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/24/2020

Sex: M

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Contacts

| | Type | Contact | Phone | User |
|---|---|---|---|---|
| 03/24/2020 01:32 PM EDT | Phone (Incoming) | Johnson, Richard L (Self) | H) | Walker, Joie |

### Reason for Visit

#### Chief Complaint

- Results, onset date 3/24/2020

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 3/24/2020

#### Medical History as of 3/24/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/24/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHRDSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

### Family History as of 3/24/2020

Family History as of 3/24/2020

PAGE 34/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0153**

12-14-'20 14:03 FROM-                                    T-708   P0035/0053 F-381



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/24/2020

Sex: M

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/24/2020

#### Socioeconomic as of 3/24/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/24/2020

#### Cement

Cement Palacose 00111214001 - Log517090 - Implanted                                    (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**Lincoln/R. Johnson 0154**

12-14-'20 14:03 FROM-                                              T-708  P0036/0053 F-381

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/24/2020
STE 1200
Louisville KY 40218-1929

### 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | |
|---|---|
| Status: | Implanted |

#### Cement Palacose 00111214001 - Log517090 - Implanted                                   (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 64614543 |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

### Knees

#### Knee Base Tib 79 141235 - Log517090 - Implanted                                        (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

#### Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted                                    (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

#### Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted                                  (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

#### Knee Tib Bearing 12x79 189102 - Log517090 - Implanted                                   (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

#### Knee Capt Total Cem Vanguard - Log517090 - Implanted                                    (Lei

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |
| **As of 1/31/2017 (Log 517090)** | | | |
| Status: | Implanted | | |

### Screws, Bolts and Washers

#### Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted                                    (Left) Should

| | | |
|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 | Model/Cat number: | AR1662BC |

**Lincoln/R. Johnson 0155**

12-14-'20 14:04 FROM-                                          T-708  P0037/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/24/2020

### 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | | | |
|---|---|---|---|
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

| | |
|---|---|
| Status: | **Implanted** |

**Clinical Notes**

**Telephone Encounter**

**Krupp, Ryan J., MD at 3/25/2020 11:09 AM**

| | | |
|---|---|---|
| Author: Krupp, Ryan J., MD | Service: --- | Author Type: Physician |
| Filed: 3/25/2020 11:09 AM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

Reviewed with patient via phone and instructed on conservative treatment regimen

Electronically signed by Krupp, Ryan J., MD at 3/25/2020 11:09 AM

**Mehring, Michael, MA-LMR at 3/25/2020 10:17 AM**

| | | |
|---|---|---|
| Author: Mehring, Michael, MA-LMR | Service: --- | Author Type: Athletic Trainer |
| Filed: 3/25/2020 10:18 AM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Mehring, Michael, MA-LMR (Athletic Trainer) | | |

Please review MRI and advise.  Already tried injection.

Electronically signed by Mehring, Michael, MA-LMR at 3/25/2020 10:18 AM

**Trautwein, Devin Lee at 3/24/2020  1:43 PM**

| | | |
|---|---|---|
| Author: Trautwein, Devin Lee | Service: --- | Author Type: --- |
| Filed: 3/24/2020  1:43 PM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Trautwein, Devin Lee | | |

Please advise.

Electronically signed by Trautwein, Devin Lee at 3/24/2020  1:43 PM

**Walker, Joie at 3/24/2020  1:33 PM**

| | | |
|---|---|---|
| Author: Walker, Joie | Service: --- | Author Type: --- |
| Filed: 3/24/2020  1:34 PM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Walker, Joie | | |

MRI results appointment for 03/31 has been cancelled. Pt would a phone call for results.

Electronically signed by Walker, Joie at 3/24/2020  1:34 PM

**All Orders**

No orders found for this encounter

PAGE 37/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0156**

12-14-'20 14:05 FROM-                                              T-708   P0038/0053 F-381

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/24/2020

Sex: M

**03/24/2020 - Telephone in Norton Orthopedic Institute (continued)**

**Lincoln/R. Johnson 0157**

12-14-'20 14:05 FROM-                                        T-708   P0039/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L                    Sex: M
SERVICES                  MRN: EP01810172, DOB:
1930 Bishop Ln            Visit date: 3/25/2020
STE 1200
Louisville KY 40218-1929

## 03/25/2020 - Documentation in Norton Orthopedic Institute
### FACESHEET

| | |
|---|---|
| Norton Orthopedic Institute | Encounter Date: 3/25/2020 |
| 9880 Angies Way | MRN: EP01810172 |
| Suite 250 | Guarantor: |
| Louisville, KY 40241-2847 | Contact Serial #: 10085171362 |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |
| | | | | (C) |

### GUARANTOR

| | | |
|---|---|---|
| Guarantor: | | DOB: |
| Address: | | Sex: |
| Relation to Patient: | | Home Phone: |
| Guarantor ID: | | Work Phone: |

**GUARANTOR EMPLOYER**

| | | |
|---|---|---|
| Employer: | | Status: |

### COVERAGE

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Lincoln/R. Johnson 0158**

12-14-'20 14:05 FROM-                                                    T-708  P0040/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
|---|---|---|
| 1930 Bishop Ln STE 1200 | MRN: EP01810172, DOB: Visit date: 3/25/2020 | Sex: M |
| Louisville KY 40218-1929 | | |

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Visit Information (continued)**

**Provider Information**

**Encounter Provider**
Krupp, Ryan J., MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

**Patient Summary as-of Visit**

**Immunizations**

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

**History** as of 3/25/2020

**Medical History** as of 3/25/2020
Medical last reviewed by Hupp, Jason, PA on 3/4/2020

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

**Surgical History** as of 3/25/2020
Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

**Family History** as of 3/25/2020

**Family History** as of 3/25/2020

PAGE 40/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0159**

12-14-'20 14:05 FROM-                                                     T-708   P0041/0053 F-381

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| **Frequency** | **Typical Drinks** | **Binge Drinking** | | |
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/25/2020

#### Socioeconomic as of 3/25/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |
| **Financial Resource Strain** | **Food Insecurity: Worry** | **Food Insecurity: Inability** | | **Transportation Needs: Medical** | | **Transportation Needs: Non-medical** | | |
| — | — | — | | — | | — | | |

### Implants as of 3/25/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                            (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

As of 1/31/2017 (Log 517090)

**Lincoln/R. Johnson 0160**

12-14-'20 14:06 FROM-                                    T-708  P0042/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/25/2020
STE 1200
Louisville KY 40218-1929

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | |
|---|---|
| Status: | Implanted |

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Lel

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| | |
|---|---|
| Status: | Implanted |

**Screws, Bolts and Washers**
**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Should

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 | Model/Cat number: | AR1662BC |

**Lincoln/R. Johnson 0161**

12-14-'20 14:07 FROM-                                          T-708  P0043/0053 F-381

**NORTON** HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
|---|---|

### Clinical Notes

**Progress Notes**

**Krupp, Ryan J., MD at 3/25/2020 11:06 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 3/25/2020 11:09 AM | Encounter Date: 3/25/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

I reviewed the patient's recent right shoulder MRI with him at length via the phone today. His MRI demonstrat partial thickness rotator cuff tearing, tendinopathy of the rotator cuff and biceps tendon, likely degenerative labral tearing, impingement.

We discussed the options of conservative care versus surgical intervention and what that would entail.

If he were to move forward with surgery this would include a **right shoulder arthroscopy with rotator cuff repair verse debridement, labral debridement, chondroplasty, subacromial decompression, biceps tenodesis and related procedures** similar to what he had on the left shoulder.

The patient would like to move forward with conservative care at this point and see how he does. If symptom persist, he will call back later to take additional steps.

He was instructed to utilize the following conservative measures:

Activity modification

Home exercise program as instructed

Biofreeze

Mobic 15 milligrams one by mouth daily

The spectrum of treatment options were discussed with the patient in detail including both the nonoperative and operative treatment modalities and their respective risks and benefits. The details of the surgical procedure wer explained including the location of probable incisions and a description of the likely hardware/grafts to be used. The patient understands the likely convalescence after surgery as well as the rehabilitation required. Also, we have thoroughly discussed the risks, benefits, and alternatives to surgery, including but not limited to the risk of infection, joint stiffness, blood clots (including DVT and/or pulmonary embolus along with the risk of death), neurologic and/or vascular injury, fracture, dislocation, nonunion, malunion, need for further surgery including hardware failure requiring revision, and continued pain. It was explained that if tissue has been repaired or reconstructed, there is also a chance of failure which may require further management. In addition, we have discussed the risks, including the risk of disease transmission, associated with any allograft tissue which may be utilized. Following the completion of the discussion, the patient expressed understanding of this planned course care, all their questions were answered and consent was obtained.

**Lincoln/R. Johnson 0162**

12-14-'20 14:07 FROM-                                          T-708   P0044/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
|---|---|---|
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/25/2020 | |
| Louisville KY 40218-1929 | | |

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Clinical Notes (continued)**

Electronically signed by Krupp, Ryan J., MD at 3/25/2020 11:09 AM

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0163**

12-14-'20 14:08 FROM-                                              T-708  P0045/0053 F-381

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:              Sex: M
Visit date: 5/5/2020

### 05/05/2020 - Telephone in Norton Orthopedic Institute
### FACESHEET

Norton Orthopedic Institute
9880 Angies Way
Suite 250
Louisville, KY 40241-2847

Encounter Date:    5/5/2020
MRN:    EP01810172
Guarantor:
Contact Serial #:    10086652620

## PATIENT

| | | | | |
|---|---|---|---|---|
| Name: | JOHNSON, RICHARD L | | Preferred Name: | |
| Address: | | | Preferred Language: | ENGLISH |
| City: | | | | |
| DOB: | | | Primary Phone: | |
| Sex: | Male | | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | | Work Phone: | No relevant phone numbers |

### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

## GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

### GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | FULL TIME |

## COVERAGE

### PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

### SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

### 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Lincoln/R. Johnson 0164**

12-14-'20 14:08 FROM-                                           T-708  P0046/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L            Sex: M
SERVICES                   MRN: EP01810172, DOB:
1930 Bishop Ln             Visit date: 5/5/2020
STE 1200
Louisville KY 40218-1929

**05/05/2020 - Telephone in Norton Orthopedic Institute (continued)**

### Visit Information (continued)

#### Contacts

| | Type | Contact | Phone | User |
|---|---|---|---|---|
| 05/05/2020 11:29 AM EDT | Phone (Incoming) | Johnson, Richard L (Self) | (H) | Smith, Briana |

### Reason for Visit

#### Chief Complaint

- Billing, onset date 5/5/2020

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 5/5/2020

#### Medical History as of 5/5/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | | | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | | Provider |
| Low testosterone | — | — | Provider |
| Obesity | | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 5/5/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 5/5/2020

Family History as of 5/5/2020

**Lincoln/R. Johnson 0165**

12-14-'20 14:08 FROM-

T-708  P0047/0053 F-381



**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/5/2020

Sex: M

## 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 5/5/2020

#### Socioeconomic as of 5/5/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 5/5/2020

#### Cement

**Cement Palacose 00111214001 - Log517080 - Implanted**                                            (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

As of 1/31/2017 (Log 517080)

PAGE 47/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0166**

12-14-'20 14:09 FROM-                                           T-708  P0048/0053 F-381

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 5/5/2020

### 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | |
|---|---|
| Status: | Implanted |

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Lef

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Should

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |

**Lincoln/R. Johnson 0167**

12-14-'20 14:10 FROM-                                                    T-708   P0049/0053 F-381

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 5/5/2020

**05/05/2020 - Telephone in Norton Orthopedic Institute (continued)**

Patient Summary as-of Visit (continued)

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

As of 6/9/2016 (Log 423824)

| Status: | Implanted |
|---|---|

**Clinical Notes**

**Telephone Encounter**

**McCarthy, Lydia N. at 5/6/2020 2:36 PM**

| Author: McCarthy, Lydia N. | Service: — | Author Type: Technologist |
|---|---|---|
| Filed: 5/6/2020 2:37 PM | Encounter Date: 5/5/2020 | Status: Signed |
| Editor: McCarthy, Lydia N. (Technologist) | | |

Called and spoke with patient. He states that he recently received a collections call on a bill that he thought h
already been taken care of by someone. Told patient I would contact the billing department to see if we can (
anything else to assist him.

Electronically signed by McCarthy, Lydia N. at 5/6/2020 2:37 PM

**Smith, Briana at 5/5/2020 11:30 AM**

| Author: Smith, Briana | Service: — | Author Type: — |
|---|---|---|
| Filed: 5/5/2020 11:32 AM | Encounter Date: 5/5/2020 | Status: Signed |
| Editor: Smith, Briana | | |

Patient stated that Billing recommended the patient to speak w/ the practice manager in regards to a billing
matter.
Patient was advised that a message would be sent to the practice manager.

Please advise @

Thank you

Electronically signed by Smith, Briana at 5/5/2020 11:32 AM

**All Orders**

No orders found for this encounter

PAGE 49/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:5033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0168**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

**05/06/2020 - Telephone in Norton Orthopedic Institute**
**FACESHEET**

| | |
|---|---|
| Norton Orthopedic Institute | Encounter Date: 5/6/2020 |
| 9880 Angies Way | MRN: EP01810172 |
| Suite 250 | Guarantor: |
| Louisville, KY 40241-2847 | Contact Serial #: 1048673945 |

**PATIENT**

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | 1312 CLEAR VIEW DR | Preferred Language: | ENGLISH |
| City: | LA GRANGE, KY 40031 | | |
| DOB: | 10/9/1955 | Primary Phone: | 502-594-4494 |
| Sex: | Male | Mobile Phone: | Telephone information: Mobile 502-594-4494 |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson, Judy | | Spouse | (502)463-3238 | (W) (C) |
| 2. Logsdon, Robin | | Daughter | | (W) 501-762-2041 (C) |

**GUARANTOR**

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | 10/9/1955 |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

**GUARANTOR EMPLOYER**

| | | | |
|---|---|---|---|
| Employer: | | Status: | FULL TIME |

**COVERAGE**

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | XUS1901 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | 10/9/1955 |
| Subscriber ID: | H00621198 | | |
| Pat. Rel. to Subscriber: | Self | | |

**SECONDARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

**05/06/2020 - Telephone in Norton Orthopedic Institute (continued)**

Visit Information

---

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

Norton Orthopedic Institute (continued)

Administered On
07/08/2019

5/4/2020

| Comments | Source |
|---|---|
| | Provider |
| | Provider |
| NO MEDS FOR | Provider |
| BILATERAL WRISTS, RIBS | Provider |
| | Provider |
| | Provider |
| | Provider |
| — | Provider |

5/4/2020

| Date | Comments | Source |
|---|---|---|
| 2005 | — | Provider |
| 2000 | — | Provider |
| 08/09/2018 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| 01/31/2017 | — | Provider |

PA on 3/4/2020

| Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|
| — | — | | |



**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

## 05/06/2020 - Telephone in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit (continued)

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking |
|---|---|---|
| — | — | — |

### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 5/6/2020

#### Socioeconomic as of 5/6/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 5/6/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Lincoln/R. Johnson 0170**

12-14-'20 14:11 FROM-                                              T-708  P0052/0053 F-381

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 5/6/2020
STE 1200
Louisville KY 40218-1929

**05/06/2020 - Telephone in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

### Knees

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                    (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                               (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                             (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                              (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                               (Lef

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

### Screws, Bolts and Washers

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                               (Left) Should

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |

**Clinical Notes**

Telephone Encounter

**Lincoln/R. Johnson 0171**

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

**05/06/2020 - Telephone in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

**McCarthy, Lydia N. at 5/6/2020  2:36 PM**

| | | |
|---|---|---|
| Author:  McCarthy, Lydia N. | Service:  --- | Author Type:  Technologist |
| Filed:  5/6/2020  2:36 PM | Encounter Date:  5/6/2020 | Status:  Signed |
| Editor:  McCarthy, Lydia N. (Technologist) | | |

n/a

Electronically signed by McCarthy, Lydia N. at 5/6/2020  2:36 PM

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0172**

12-14-'20 14:12 FROM-                                                T-708  P0001/0038 F-382

# FAX COVER SHEET

TO:   Lincoln Life Assurance Company of Boston

Attn:  Jane Daniell

Fax: 603-334-5704

FROM:  Doran Law Office

Re:    Richard Johnson; claim #7521853

Pages:  39 including cover sheet

## Please fax requested documents to 502-618-0605

Lincoln/R. Johnson 0173

12-14-'20 14:13 FROM-                                                      T-708   P0002/0038 F-382



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:              Sex: M
LOUISVILLE KY 40202

## Patient
## ROI Authorization

**Release Authorization**

| Type: | Signed Form | | |
|---|---|---|---|
| Effective Date: | | Expiration Date: | 11/25/2020 |
| Received By: | Williams, Marybeth | Received Date: | 10/21/2020  7:44 AM |

Scan on 10/21/2020  7:44 AM by Williams, Marybeth: HIM ROI Authorization – NOI (below)

⚖️

**Doran Law Office**
Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com

⚖️

Downtown Office
436 South  7th Street Ste 200
Louisville, Kentucky 40202
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

September 25, 2020

Norton Orthopedic Institute
Attn: Medical Records & Billing Department
9880 Angie's Way, Suite 250
Louisville, KY 40241

Fax: (502) 394-6340

Re:   Richard Johnson (DOB —          SSN —          — Request for Medical Records

Dear Sir or Madam:

I am representing your patient, Richard Johnson.  I am writing to request copies of <u>all</u> <u>medical records from June 15, 2019 to present</u> pertaining to Mr. Johnson that are in your possession, custody or control. Your facility previously sent my office medical records reflecting Mr. Johnson's treatment through June 19, 2019. Mr. Johnson's long-term disability insurance carrier mistakenly believes that Mr. Johnson has not received treatment since this date and I am therefore requesting records reflecting his treatment at your facility since June 19, 2019. Pursuant to this request, I am enclosing a signed release executed by my client. At your earliest convenience, please fax the requested information to me at the following address:

Doran Law Office
Attn: Kevan M. Doran
2950 Breckenridge Lane, Suite 12A
Louisville, KY 40220
Fax: (502) 618-0505

Please note that pursuant to KRS 422.317, my client has requested that your facility provide my office with copies of these records at no cost. Thank you in advance for your cooperation and assistance with this matter. Should you have any questions or concerns regarding this request for information, please do not hesitate to contact me at 502-208-4972.

Sincere regards,

Kevan M. Doran, Esq.

Generated on 10/21/20  9:38 AM
PAGE 55/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:5033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58 Page 1

**Lincoln/R. Johnson 0174**

12-14-'20 14:13 FROM-                                                    T-708  P0003/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:          Sex: M
LOUISVILLE KY 40202

## Patient
## ROI Authorization (continued)

**NORTON**
**HEALTHCARE**

AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION

I HEREBY REQUEST A COPY OF THE FOLLOWING PATIENT'S MEDICAL RECORD:

1. Full Name of Patient: Richard Johnson  Social Security #:

2. Maiden Name/Alias: _____  Patient's Birth:

3. INFORMATION REQUESTED (X): (X) Medical Record  ( ) Psychiatric Records  ( ) Itemized Bills

*****If only a portion of the Medical record or Psychiatric record is required please specify*****

4. (X) Discharge Summary    (X) Emergency Room       (X) Laboratory Results
   (X) History & Physical    (X) X-Ray Report         ( ) Immunization Records
   (X) Orders                (X) Operative Reports     (X) Progress Notes
   ( ) HIV Test/Status       (X) Nurses Notes
   ( ) Other (Specify)* _____

5. IDENTIFY THE FACILITY WHERE THE PATIENT WAS TREATED (X):

   ( ) Norton Healthcare - specify Hospital: _____

   ( ) Norton Cancer Institute, specify location: _____

   ( ) Norton Community Medical Associates, specify location: _____

   ( ) Norton Children's Medical Associates, specify location: _____

   ( ) Norton Immediate Care Center, specify location _____

   (X) Other, specify location: Norton Orthopedic Inst. 9880 Angies Way

6. Identify date of service or date ranges requested including month and year: 6/15/19 ▓▓▓ present

7. Receive records via (Circle one): MyNortonChart    CD via mail    (Paper records via Mail)

The above record is to be released/mailed to the following individual:

8. Name & Title: Doan Law Office
   Street Address: 2950 Breckenridge Ln, Suite 12A
   City/State/Zip: Louisville KY 40220  Phone Number: (502) 208-4970

9. THIS RECORD IS REQUESTED FOR THE FOLLOWING REASON (X):
   ( ) Continued Medical Care    (X) Legal Purposes    ( ) Insurance Purposes
   ( ) Personal Interest         ( ) Other (Specify) _____

10. The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event _____. Such expiration date or event has not occurred.
    REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

11. ( ) Kentucky Law directs health care providers to furnish to a patient,    ( ) Additional requests for copies will
    At the patient's request, one free copy of the patient's Medical Record. #    be charged a rate of $1.00 per page.
    # Free copies may exclude copies of x-ray films, video tapes or color photographs and a separate fee will be assessed if these items are requested.

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of this medical record for the purpose and extent stated above.

NOTE: A COPY OR A PICTURE ID MUST BE ATTACHED TO THIS AUTHORIZATION FORM. If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

12. Signature: Richard Johnson    Date: 9/25/2020
    Patient, Parent or Legally Authorized Representative

    Relationship to the Patient: Self    Phone Number: _____

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by federal and/or state law. Federal and state regulations prohibit you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

## Patient (continued)

**Demographics**

Name:  Richard L Johnson
Address:  2112 CLEAR VIEW DR LA GRANGE KY 40031
Date of birth:                         Sex:  Male                      Ethnicity:  Not Hispanic or Latino
Race:  White or Caucasian              Email:  richardj538@hotmail.com  Home phone:
Mobile:

**Active Coverages** as of 9/25/2020

Generated on 10/21/20  9:38 AM
PAGE 56/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58  e 2

**Lincoln/R. Johnson 0175**

12-14-'20 14:13 FROM-                                          T-708  P0004/0038 F-382

**NORTON**
HEALTHCARE
*Real people. Remarkable care.*

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:              Sex: M
LOUISVILLE KY 40202

## Patient (continued)

**Active Coverages (continued)** as of 9/25/2020

### HUMANA MEDICARE REPLACEMENT

| Plan: HUMANA GOLD PLUS HMO | Group: X1813001 | Member: H00281198 |
| Effective from: 8/1/2019 | Subscriber: JOHNSON,RICHARD L | Subscriber ID: H00281198 |

### Current Medications

**Medications**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Current Medications**

**meloxicam (MOBIC) 15 MG tablet**

Instructions: Take 15 mg by mouth daily.
Entered by: Brown, Kevin                    Entered on: 3/4/2020
Start date: 12/12/2019

**SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC**

Instructions: USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED
Entered by: Brown, Kevin                    Entered on: 3/4/2020
Start date: 12/5/2019

**testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection**

Instructions: Inject 200 mg into the muscle every 14 (fourteen) days.
Entered by: Brown, Kevin                    Entered on: 3/4/2020
Start date: 12/5/2019

**TESTOSTERONE IM**

Instructions: Inject into the muscle every 14 (fourteen) days
Entered by: Case, Christy, RN               Entered on: 5/19/2016

**Lincoln/R. Johnson 0176**

12-14-'20 14:14 FROM-                                          T-708  P0005/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:              Sex: M
1930 Bishop Ln             Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## 03/04/2020 - Office Visit in Norton Orthopedic Institute FACESHEET

| | |
|---|---|
| Norton Orthopedic Institute | Encounter Date: 3/4/2020 |
| 9880 Angies Way | MRN: EP01810172 |
| Suite 250 | Guarantor: JOHNSON,RICHARD L |
| Louisville, KY 40241-2847 | Contact Serial #: 10081527230 |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) (C) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | JOHNSON,RICHARD L | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 1032467 | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | LANTECH INC. | Status: | FULL TIME |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | HUMANA MEDICARE REPLACEMENT | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

Visit Information

**Lincoln/R. Johnson 0177**

12-14-'20 14:14 FROM-    T-708  P0006/0038 F-382

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Krupp, Ryan J., MD | Hupp, Jason, PA | Moore, Thomas L, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

#### Follow-up and Dispositions

- Return in about 3 weeks (around 3/25/2020).

#### Level of Service

| Level of Service |
|---|
| PR OFFICE OUTPATIENT VISIT 15 MINUTES |

### Reason for Visit

#### Chief Complaint

- Shoulder Pain (f/u R Shoulder)

#### Visit Diagnosis

- Impingement syndrome of right shoulder (primary)

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 3/4/2020

#### Medical History as of 3/4/2020
Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/4/2020
Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

Past Surgical History

**Lincoln/R. Johnson 0178**

12-14-'20 14:14 FROM-                                          T-708   P0007/0038 F-382



**NORTON HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/4/2020 | Sex: M |

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

#### Patient Summary as-of Visit (continued)

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/00/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

### Family History as of 3/4/2020

#### Family History as of 3/4/2020

None

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/4/2020

#### Socioeconomic as of 3/4/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|

**Lincoln/R. Johnson 0179**

12-14-'20 14:15 FROM-                                        T-708  P0008/0038 F-382

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Implants as of 3/4/2020**

**Cement**

**Cement Palacose 00111214001 - Log517090 - Implanted**                                      (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Cement Palacose 00111214001 - Log517090 - Implanted**                                      (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knaes**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                      (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                    (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                     (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |

**Lincoln/R. Johnson 0180**

12-14-'20 14:15 FROM-                                              T-708   P0009/0038 F-382

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 3/4/2020

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                                    (Left

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                               (Left) Shoulde

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| --- | --- | --- | --- |
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
| --- | --- |

**Clinical Notes**

**Addendum Note**

**Comeau, Kristen at 3/17/2020 10:58 AM**

| Author: Comeau, Kristen | Service: — | Author Type: — |
| --- | --- | --- |
| Filed: 3/17/2020 10:58 AM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Comeau, Kristen | | |
| Addended by: COMEAU, KRISTEN on: 3/17/2020 10:58 AM | | |

Modules accepted: Orders

Electronically signed by Comeau, Kristen at 3/17/2020 10:58 AM

**Progress Notes**

**Krupp, Ryan J., MD at 3/4/2020 10:34 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
| --- | --- | --- |
| Filed: 3/4/2020 1:17 PM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

### ORTHOPEDIC NOTE

**REQUESTING PHYSICIAN**
Moore, Thomas L, MD

**PRIMARY CARE PHYSICIAN**
Moore, Thomas L, MD

**Lincoln/R. Johnson 0181**

12-14-'20 14:15 FROM-

T-708  P0010/0038 F-382

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

**REASON FOR CONSULTATION**
Richard L Johnson is a 64 yr/o male who was referred for consultation for
**Chief Complaint**
Patient presents with
- Shoulder Pain
  *f/u R Shoulder*

**HPI**
RICHARD IS A 64YO RHD MALE PATIENT LAST SEEN IN JANUARY 2019 WITH RIGHT SHOULDER PAIN.
THE PATIENT IS KNOWN TO THE OFFICE AS HE HAD A LEFT SHOULDER DEBRIDEMENT WITH DR.
KRUPP IN 2016. THE PATIENT STATES THAT HE HAS HAD RIGHT SHOULDER PAIN FOR OVER ONE YEA
TO THIS POINT WITH NO SPECIFIC MECHANISM OF INJURY. THE PATIENT STATES THAT HE HAS
INCREASED PAIN WITH FORWARD ELEVATION, INTERNAL ROTATION, ABDUCTION, AND AT NIGHT. HE
GETS NUMBNESS AND TINGLING, MOSTLY LEFT SIDED, RELATED TO NECK ISSUES.

AT HIS LAST VISIT, HE WAS TREATED CONSERVATIVELY INCLUDING INJECTION, NSAID, AND PHYSICA
THERAPY. HE NOTES HE DID NOT GET MUCH IMPROVEMENT.

**REVIEW OF SYSTEMS**
See HPI for further details.
**Constitutional:** Denies fever, shaking or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**Musculoskeletal:** Denies numbness tingling or loss of motor function except as outlined above in history of
present illness.
**Integument:** Denies rash, lesion or ulceration
**Neurologic:** Denies headache or focal weakness

**MEDICAL HISTORY**
**Past Medical History:**
Diagnosis                                                                                    Date
- Dental crowns present
- Hemorrhoids
- High cholesterol
  *NO MEDS FOR*
- History of fracture
  *BILATERAL WRISTS, RIBS*
- Kidney stone
- Low testosterone
- Obesity
- Seasonal allergies
- Snoring

**Lincoln/R. Johnson 0182**

12-14-'20 14:16 FROM-                                        T-708   P0011/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS       Johnson, Richard L
SERVICES                MRN: EP01810172, DOB:           Sex: M
1930 Bishop Ln          Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

### SURGICAL HISTORY
has a past surgical history that includes LEFT KNEE MENISCUS REPAIR (2005); LEFT WRIST ORIF (2000); Shoulder arthroscopy (Left, 06/09/2016); and Joint replacement (Left, 01/31/2017).

### FAMILY HISTORY
No family history on file.

### SOCIAL HISTORY
**Social History**

Socioeconomic History
- Marital status:               Married
     Spouse name:               None
- Number of children:           None
- Years of education:           None
- Highest education level:      None
Occupational History
- None
Social Needs
- Financial resource strain:    None
- Food insecurity:
     Worry:                     None
     Inability:                 None
- Transportation needs:
     Medical:                   None
     Non-medical:               None
Tobacco Use
- Smoking status:               Never Smoker
- Smokeless tobacco:            Never Used
Substance and Sexual Activity
- Alcohol use:                  Yes
     *Comment: 5 DRINKS WEEKLY*
- Drug use:                     No
- Sexual activity:              None
Lifestyle
- Physical activity:
     Days per week:             None
     Minutes per session:       None
- Stress:                       None
Relationships
- Social connections:
     Talks on phone:            None
     Gets together:             None
     Attends religious service: None
     Active member of club or   None
     organization:
     Attends meetings of clubs  None
     or organizations:
     Relationship status:       None
- Intimate partner violence:

PAGE 64/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0183**

12-14-'20 14:16 FROM-                                    T-708   P0012/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Fear of current or ex partner: | None |
| Emotionally abused: | None |
| Physically abused: | None |
| Forced sexual activity: | None |
| Other Topics | Concern |

• None

Social History Narrative
• None

## ALLERGIES

**Allergies as of 3/4/2020**
No Known Allergies

Review status set to Review Complete by
You at 10:33 AM

## MEDICATIONS
### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • meloxicam (MOBIC) 15 MG tablet | Take 15 mg by mouth daily. | | |
| • SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC | USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED | | |
| • testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection | Inject 200 mg into the muscle every 14 (fourteen) days. | | |
| • TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • lidocaine 2 mL, bupivacaine 0.5% (MARCAINE) 10 mg, triamcinolone acetonide 40mg/ml (KENALOG-40) 40 mg injection | | Injection | Once | Krupp, Ryan J., MD | | |

## PHYSICAL EXAM
**Vital Signs:** Ht 5' 11" (1.803 m) | Wt 222 lb (100.7 kg) | BMI 30.96 kg/m²

**Lincoln/R. Johnson 0184**

12-14-'20 14:16 FROM-                                    T-708  P0013/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Clinical Notes (continued)**

**Constitutional:** Awake alert and oriented x3, well developed, well nourished, no acute distress, non-toxic appearance.

**HENT:** Normocephalic, Atraumatic, Bilateral external ears normal, Oropharynx moist, No oral exudates, Nose normal.

**Respiratory:** No respiratory distress, No wheezing

**Vascular:** Brisk cap refill, Intact distal pulses, No cyanosis, all compartments soft with no signs or symptoms of compartment syndrome or DVT.

**Neurologic:** Sensation grossly intact to light touch throughout the involved extremity and bilaterally symmetric

**Neck:** Normal range of motion, No tenderness, Supple, Negative Spurlings.

**Integument:** Well hydrated, no rash, warm, dry, no lesions or ulceration.

**Musculoskeletal:**

### RIGHT Shoulder/Upper Extremity Exam

OBSERVATION:
Swelling:None                          Discoloration: None
Deformity: None                        Scapular Winging: None
Scars: None                            Atrophy: None

TENDERNESS/CREPITUS (T/C):

Clavicle: Negative                     Supraspinatus: Negative
AC Joint: Negative                     Infraspinatus: Negative
SC Joint: Negative                     Deltoid: Negative
G. Tuberosity (lateral): POSITIVE.     LH Bicep groove: POSITIVE
Acromion (anterolateral):negative      Midline Neck: Negative
Scapular Spine: Negative               Trapezium: Negative
SMA Scapula: Negative                  GH Jt line- post: negative
Scapulothoracic: Negative

RANGE OF MOTION:  RIGHT SHOULDER (ACTIVE/PASSIVE)
FE 160/165 WITH PAINFUL ARC
ER at 0° 40*/45
IR (spine level) L4*

RANGE OF MOTION:  LEFT SHOULDER (ACTIVE/PASSIVE)
FE 160/165
ER at 0° 45/50
IR (spine level) t12

STRENGTH:  RIGHT SHOULDER
SCAPTION/FORWARD ELEVATION 4+*/5
IR 5/5
ER 4+*/5
BICEPS 5/5
DELTOID 5-*/5
TRICEPS 5/5

STRENGTH:  LEFT SHOULDER

**Lincoln/R. Johnson 0185**

12-14-'20 14:16 FROM-                                    T-708  P0014/0038 F-382

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

SCAPTION/FORWARD ELEVATION 5/5
IR 5/5
ER 5/5
BICEPS 5/5
DELTOID 5/5
TRICEPS 5/5

SIGNS:
NEER: Positive                          O'BRIEN'S: Positive
HAWKINS: Positive                       MOVING VALGUS: NEGATIVE
SPEED'S: Positive                       X-Body ADD: Negative
BELLY PRESS:Negative                    APPREHENSION: Negative
BEAR HUG: Negative                      RELOCATION: Negative

STABILITY TESTING RIGHT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior:UP FACE
        Sulcus: WNL

STABILITY TESTING LEFT SHOULDER
Translation:
        Anterior:  UP FACE
        Posterior: UP FACE
        Sulcus: WNL

**IMAGING & OTHER STUDIES**
Three views of the right  shoulder(s) were taken in the office PREVIOUSLY, and reviewed TODAY, including AP scapular-Y, and axillary views.  There are no glenohumeral joint osteophytes, joint space narrowing, or other degenerative changes.  The acromioclavicular joint has moderate arthritis, with hooked acromion.  There is no evidence of fracture or dislocation.  No periosteal reactions or medullary lesions are seen.

**ASSESSMENT/PLAN**

1. Assessment:  left shoulder impingement with biceps tenosynovitis and possible underlying rotator cuff tear

Plan:

The patient was interviewed and examined  in the office today and the chart reviewed. The previous observation: recommendations, and conclusions were reviewed. Thank you so much for allowing me to participate in the care your patient.

Patient instructed on a physician directed exercise program, focusing on range of motion and stretching, along w rotator cuff and deltoid specific strengthening.

**Lincoln/R. Johnson 0186**

12-14-'20 14:17 FROM-                                          T-708   P0015/0038 F-382

 **NORTON**
**HEALTHCARE**
*Real people. Remarkable care.*

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

I, Ryan J Krupp, M.D., attest that all medical record entries made by the scribe for this patient were at my directic
and personally dictated by me. I reviewed the chart and agree that the record accurately reflects my personal
performance of the history, physical exam, assessment and plan. I have also personally directed, reviewed, and
agree with the discharge plan and instructions.

Ryan J. Krupp, M.D.

Electronically signed by Krupp, Ryan J., MD at 3/4/2020 1:17 PM

**Imaging**

**Imaging**

**MRI Shoulder RT Wo Con (Final result)**

| | |
|---|---|
| Electronically signed by: **Hupp, Jason, PA on 03/04/20 1110** | Status: **Completed** |
| Ordering user: Hupp, Jason, PA 03/04/20 1110 | Authorized by: Hupp, Jason, PA |
| Ordering mode: Standard | |
| Frequency: Routine 03/04/20 - | Class: Hospital Performed |
| Quantity: 1 | Lab status: Final result |
| Indications of use: Shoulder pain, rotator cuff disorder | Indications comment: HAS FAILED CONSERVATIVE |
| suspected, nondiagnostic xray | THERAPY; + NEERS HAWKINS SPEEDS OBRIENS |

Instance released by: Comeau, Kristen 3/17/2020 10:57 AM
Diagnoses
Impingement syndrome of right shoulder [M75.41]
    Scan on 3/17/2020 10:58 AM by Comeau, Kristen: MRI Shoulder RT Wo Con on 3/17/2020 (below)

**Lincoln/R. Johnson 0187**

12-14-'20 14:17 FROM-                                       T-708  P0016/0038 F-382

**NORTON**
HEALTHCARE
Real people. Remarkable care.

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS    Johnson, Richard L
SERVICES            MRN: EP01810172, DOB:        Sex: M
1930 Bishop Ln      Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

Imaging (continued)

From: GFI FaxMaker    To: HUPP, JASON C    Page: 2/4    Date: 3/12/2020 12:26:36 PM


**Heartland**
IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone:  5024298998
Fax:  5024290770

To:    JASON C HUPP            Name:          RICHARD L JOHNSON
       NORTON ORTHOPAEDIC      MRN #:         216769
       SPECIALISTS            Phone:
       9880 ANGIES WAY        DOB:
       LOUISVILLE KY 40241     Exam Start:    03/11/2020
                               Referring Phys.:   HUPP, JASON
                               Referring Phys Ph.:  8023946341
                               Referring Phys Fax:  8023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

MRI Shoulder RT WO

INDICATION:
64-year-old male with right shoulder pain. Evaluate for internal derangement.

TECHNIQUE:
MRI of the right shoulder without contrast.

COMPARISON:
None.

FINDINGS:
Rotator cuff: Mild tendinosis in the distal supraspinatus and infraspinatus tendons. No
evidence of tendon disruption. Small amount of increased signal in the subacromial space
suggesting slight bursal inflammation.

Mild signal abnormality in the superior fibers of the distal subscapularis muscle and
tendon suggesting a sprain or mild partial intrasubstance tearing. No evidence of
disruption. The teres minor muscle and tendon are intact.

Glenoid labrum and biceps tendon: Blunting and attenuation of the superior labrum
posteriorly which may reflect degenerative changes and fraying. A shallow tear suspected at
the base of the superior labrum posteriorly, best seen on series 5 image 13 and
series 6 image 12. No frank detachment or para labral cyst. The remainder the labrum
appears intact.

The long head of the biceps tendon is seen in the bicipital groove, and is intact. Mild
intra-articular long head biceps tendinopathy.

AC joint: Mild lateral downsloping of the acromion, and mild degenerative changes in the
acromioclavicular joint. The coracoacromial and coracoclavicular ligaments are intact.

Articular Cartilage: The glenohumeral joint articular cartilage appears intact. No
significant glenohumeral joint effusion.

Page 1    Printed: 3/12/2020 12:26 PM    JOHNSON, RICHARD    Exam: 07737348

PAGE 69/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0188**

12-14-'20 14:17 FROM-                                      T-708  P0017/0038 F-382

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: GFI FaxMaker     To: HUPP, JASON C     Page: 3/4     Date: 3/12/2020 12:26:36 PM

**Heartland** IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:  JASON C HUPP
     NORTON ORTHOPAEDIC
     SPECIALISTS
     9880 ANGIES WAY
     LOUISVILLE KY 40241

Name:            RICHARD L JOHNSON
MRN #:           216769
Phone:
DOB:
Exam Start:      03/11/2020
Referring Phys.: HUPP, JASON
Referring Phys Ph.: 5023946341
Referring Phys Fax: 5023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

Bone: The humeral head is seated in the glenoid fossa. The visualized osseous structures are normal in morphology. Marrow signal intensity is within normal limits. Small glenohumeral joint effusion.

The region of the suprascapular notch is normal in appearance. The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:

1. Mild supraspinatus and infraspinatus tendinosis with no evidence of disruption.
2. Signal abnormality in the superior fibers of the distal subscapularis muscle and tendon suggesting a mild sprain or partial intrasubstance tearing with no evidence of disruption.
3. Mild lateral downsloping of the acromion and mild degenerative changes in the acromioclavicular joint.
4. Probable degenerative changes and fraying in the superior labrum, with possible shallow tear at the base of the superior labrum posteriorly. The labrum is otherwise intact.
5. Mild intra-articular long head biceps tendinopathy.
6. Small amount of increased signal in the subacromial space suggesting slight bursal inflammation.

Signer Name: Elizabeth J. Dubose MD
Signed: 3/12/2020 10:23 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Hupp, Jason thank you for referring Johnson, Richard. If you have any questions regarding this report, please contact us at (502)584-7970.

Interpreting Physician:

Page 2  Printed: 3/12/2020 12:26 PM     JOHNSON, RICHARD          Exam: 07737348

PAGE 70/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0189**

12-14-'20 14:18 FROM-                                    T-708  P0018/0038 F-382

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: GFI FaxMaker    To: HUPP JASON C    Page: 4/4    Date: 3/12/2020 12:26:36 PM

**Heartland** IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:     JASON C HUPP
        NORTON ORTHOPAEDIC
        SPECIALISTS
        9880 ANGIES WAY
        LOUISVILLE KY 40241

Name:          RICHARD L JOHNSON
MRN #:         216769
Phone:
DOB:
Exam Start:        03/11/2020
Referring Phys.:   HUPP, JASON
Referring Phys Ph.: 8023946341
Referring Phys Fax: 5023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

*Beth D. Bose*

ELIZABETH DUBOSE

Signed: 03/12/2020 12:25 PM

CC:

**RSL** Radiology Specialists of Louisville

Thank you for visiting our imaging center.

Page 3   Printed: 3/12/2020 12:26 PM    JOHNSON, RICHARD    Exam: 07737348

Resulted: 04/21/20 0914, Result status: Final result

**MRI Shoulder RT Wo Con**

Order status: Completed
Acknowledged by: McCarthy, Lydia N. on 04/21/20 0914

Filed by: McCarthy, Lydia N. 04/21/20 0914

**Lincoln/R. Johnson 0190**

12-14-'20 14:18 FROM-    T-708  P0019/0038 F-382

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Imaging (continued)**

**Indications**

Impingement syndrome of right shoulder [M75.41 (ICD-10-CM)]

**All Reviewers List**

McCarthy, Lydia N, on 4/21/2020 09:14

**Immunizations Given**

Immunizations never marked as reviewed

**Tdap**

| Administered on: 7/8/2019 | Site: Right deltoid | Route: Intramuscular |
|---|---|---|
| CVX code: 115 | | |
| Manufacturer: GlaxoSmithKline | Lot number: K9DX5 | |

### All Orders

**MRI Shoulder RT Wo Con: Result Notes**



McCarthy, Lydia N.
4/21/2020 9:14 AM

Called Patient

**MRI Shoulder RT Wo Con: Result Notes**

McCarthy, Lydia N.
4/21/2020 9:14 AM

Called Patient

**Flowsheets**

**Encounter Vitals**

| Row Name | 03/04/20 1033 |
|---|---|
| **Enc Vitals** | |
| Weight | 222 lb (100,7 kg) |
| | -KB at 03/04/20 1033 |
| Height | 5' 11" (1.803 m) |
| | -KB at 03/04/20 1033 |

**Medical Wt Mgmt 12 Week Program**

| Row Name | 03/04/20 1033 |
|---|---|
| **Week 1-12** | |
| Today's Weight | 222 Lbs |
| | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0191**

12-14-'20 14:18 FROM-                                    T-708  P0020/0038 F-382


**NORTON**
HEALTHCARE
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/4/2020 | Sex: M |
|---|---|---|

### All Orders (continued)

**Flowsheets (continued)**

OTHER

| | | |
|---|---|---|
| BMI (Calculated) | 31 | -KB at 03/04/20 1033 |
| Weight | 0 | -KB at 03/04/20 1033 |
| BSA (Calculated - sq m) | 2.25 sq meters | -KB at 03/04/20 1033 |
| BMI (Calculated) | 31 | -KB at 03/04/20 1033 |
| IBW (Calculated) Male | 75.3 kg | -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg MALE | 451.8 mL | -KB at 03/04/20 1033 |
| Adult Moderate Range Vt 8cc/kg MA | 602.4 mL | -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg MALE | 753 mL | -KB at 03/04/20 1033 |
| IBW (Calculated) Female | 70.8 kg | -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg FEMALE | 424.8 mL | -KB at 03/04/20 1033 |
| Adult Moderate Range vt 8cc/kg FEMALE | 566.4 mL | -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg FEMALE | 708 mL | -KB at 03/04/20 1033 |
| Weight in (lb) to have BMI = 25 | 178.9 | -KB at 03/04/20 1033 |
| Percent Weight Change Since Birth | 0 | -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml | -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml | -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml | -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml | -KB at 03/04/20 1033 |
| Epinephrine 1:10,000 (0.1mg/ml)// | 10 ml | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0192**

12-14-'20 14:18 FROM-                                             T-708   P0021/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## All Orders (continued)

### Flowsheets (continued)

| | |
|---|---|
| 0.01mg/kg | |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -KB at 03/04/20 1033 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -KB at 03/04/20 1033 |
| Cardioversion First Attempt (0.5 joules/kg) | 70 joules -KB at 03/04/20 1033 |
| Defibrillation First attempt (2 joules/kg) | 200 joules -KB at 03/04/20 1033 |
| Defibrillation First attempt (2 joules/kg) | 200 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -KB at 03/04/20 1033 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -KB at 03/04/20 1033 |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -KB at 03/04/20 1033 |
| Cardioversion Subsequent Attempts (1joule/kg) | 150 joules -KB at 03/04/20 1033 |
| Magnesium | 40 ml |

**Lincoln/R. Johnson 0193**

12-14-'20 14:19 FROM-    T-708   P0022/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| Sulfate Infusion (50MG/ML) (For Bronchospasm) | | -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 10.07 ml | -KB at 03/04/20 1033 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml | -KB at 03/04/20 1033 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 10.07 ml | -KB at 03/04/20 1033 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 5.03 | -KB at 03/04/20 1033 |
| Esmolol Loading Dose// (0.1 mg/kg) | 1.01 | -KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 5.03 | -KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 120.84 | -KB at 03/04/20 1033 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 25.17 | -KB at 03/04/20 1033 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 30.21 | -KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 | -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4.03 | -KB at 03/04/20 1033 |
| Amiodarone Bolus | 83.82 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 | -KB at 03/04/20 1033 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 8000 | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0194**

12-14-'20 14:19 FROM-                                    T-708   P0023/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
| 1930 Bishop Ln STE 1200 | MRN: EP01810172, DOB: | Sex: M |
| Louisville KY 40218-1929 | Visit date: 3/4/2020 | |

### All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg | -KB at 03/04/20 1033 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 | -KB at 03/04/20 1033 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 | -KB at 03/04/20 1033 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 | -KB at 03/04/20 1033 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 201.4 ml | -KB at 03/04/20 1033 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 201.4 ml | -KB at 03/04/20 1033 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 100.7 ml | -KB at 03/04/20 1033 |
| Leviracetam (15mg/ml)// 20mg/kg | 134.27 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 10.07 ml | -KB at 03/04/20 1033 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 4.03 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 6.04 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 4.03 ml | -KB at 03/04/20 1033 |
| Cardioversion | 50 | |

PAGE 76/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:5033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0195**

12-14-'20 14:19 FROM-

T-708   P0024/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| First Attempt (0.5 joules/kg) | -KB at 03/04/20 1033 |
| Cardioversion Subsequent Attempts (1joule/kg) | 100 -KB at 03/04/20 1033 |

**Patient Data**

| | |
|---|---|
| BMI (Calculated) | 31 -KB at 03/04/20 1033 |
| Today's Weight | 222 Lbs -KB at 03/04/20 1033 |

**Emergency Drugs**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KB at 03/04/20 1033 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KB at 03/04/20 1033 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 -KB at 03/04/20 1033 |
| Magnesium | 40 -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0196**

12-14-'20 14:20 FROM-                                    T-708   P0025/0038 F-382

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L |
|---|---|
| 1930 Bishop Ln | MRN: EP01810172, DOB: |
| STE 1200 | Visit date: 3/4/2020 |
| Louisville KY 40218-1920 | Sex: M |

## All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Sulfate Infusion (For Torsades) (50MG/ML) | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -KB at 03/04/20 1033 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -KB at 03/04/20 1033 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 500 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 -KB at 03/04/20 1033 |

**NICU Code Drugs**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KB at 03/04/20 1033 |
| Calcium Gluconate 10% | 30 -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0197**

12-14-'20 14:20 FROM-                                          T-708  P0026/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
|---|---|---|
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/4/2020 | |
| Louisville KY 40218-1929 | | |

## All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (100mg/ml)// 100MG/KG | |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 50.35 -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.03mg/kg | 100.7 -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 1.01 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 2.52 -KB at 03/04/20 1033 |
| Naloxone | 5 |

**Lincoln/R. Johnson 0198**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (Narcan) (0.4mg/ml)// 0.1mg/kg | -KB at 03/04/20 1033 |

**Week 1-12**

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 215.1 -KB at 03/04/20 1033 |

**Emergency Drug Drip Calculations**

| | |
|---|---|
| Amiodarone Bolus | 50 -KB at 03/04/20 1033 |

**Loading Dose for Continuous Infusions**

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.5 -KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 2.52 -KB at 03/04/20 1033 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 25.17 -KB at 03/04/20 1033 |

**Nutrition Evaluation/Planning**

| Row Name | 03/04/20 1033 |
|---|---|

**Anthropometrics**

| | |
|---|---|
| Weight Change | 0 % -KB at 03/04/20 1033 |

**User Key**                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KB | Brown, Kevin | 07/15/14 - | Athletic Trainer | — |

**Lincoln/R. Johnson 0199**

12-14-'20 14:21 FROM-                                    T-708   P0028/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                Sex: M
Visit date: 3/17/2020

## 03/17/2020 - Orders Only in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
| --- | --- | --- |
| 9880 Angies Way | Encounter Date: | 3/17/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | |
| | Contact Serial #: | 10084768220 |

### PATIENT

| | | | |
| --- | --- | --- | --- |
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
| --- | --- | --- | --- | --- |
| 1. Johnson,Judy | | Spouse | | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
| --- | --- | --- | --- |
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

### GUARANTOR EMPLOYER

| | | | |
| --- | --- | --- | --- |
| Employer: | | Status: | FULL TIME |

### COVERAGE

### PRIMARY INSURANCE

| | | | |
| --- | --- | --- | --- |
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

### SECONDARY INSURANCE

| | | | |
| --- | --- | --- | --- |
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Visit Information**

**Lincoln/R. Johnson 0200**

12-14-'20 14:21 FROM-                                          T-708   P0029/0038 F-382



**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
| --- | --- | --- |
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/17/2020 | |
| Louisville KY 40218-1929 | | |

## 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Provider Information

**Encounter Provider**

Hupp, Jason, PA

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
| --- | --- |
| Tdap | 07/08/2019 |

### History as of 3/17/2020

#### Medical History as of 3/17/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
| --- | --- | --- | --- |
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/17/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
| --- | --- | --- | --- | --- |
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 3/17/2020

Family History as of 3/17/2020

None

**Lincoln/R. Johnson 0201**

12-14-'20 14:21 FROM-                                    T-708  P0030/0038 F-382

| | | |
|---|---|---|
| **NORTON** HEALTHCARE | NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/17/2020 | Sex: M |

Real people. Remarkable care.

**03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/17/2020

#### Socioeconomic as of 3/17/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/17/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                  (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

**Lincoln/R. Johnson 0202**

12-14-'20 14:22 FROM-                                      T-708   P0031/0038 F-382

## NORTON
### HEALTHCARE
Real people. Remarkable care.

| | | |
|---|---|---|
| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/17/2020 | |
| Louisville KY 40218-1929 | | |

**03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)**

Patient Summary as-of Visit (continued)

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                                (Lef

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
|---|---|---|---|
| Manufacturer: | BIOMET INC | | |

As of 1/31/2017 (Log 517090)

| Status: | Implanted |
|---|---|

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                                (Left) Should

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
|---|---|---|---|

**Lincoln/R. Johnson 0203**

12-14-'20 14:22 FROM-                                        T-708  P0032/0038 F-382

**NORTON** HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/17/2020
STE 1200
Louisville KY 40218-1929

## 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|
| As of 6/9/2016 (Log 423824) | | | |
| Status: | Implanted | | |

**All Orders**

No orders found for this encounter

PAGE 85/91 * RCVD AT 12/14/2020 2:01:15 PM [Eastern Standard Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):34-58

**Lincoln/R. Johnson 0204**

12-14-'20 14:22 FROM-                                T-708   P0033/0038 F-382

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

## 03/25/2020 - Documentation in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
| --- | --- | --- |
| 9880 Angies Way | Encounter Date: | 3/25/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | |
| | Contact Serial #: | 10085171362 |

### PATIENT

| | | | |
| --- | --- | --- | --- |
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
| --- | --- | --- | --- | --- |
| 1. Johnson,Judy | | Spouse | | (W)<br>(C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
| --- | --- | --- | --- |
| Guarantor: | | DOB: | |
| Address: | | Sex: | |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

### GUARANTOR EMPLOYER

| | | | |
| --- | --- | --- | --- |
| Employer: | | Status: | |

### COVERAGE

#### PRIMARY INSURANCE

| | | | |
| --- | --- | --- | --- |
| Payor: | N/A | Plan: | |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

#### SECONDARY INSURANCE

| | | | |
| --- | --- | --- | --- |
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

Visit Information

**Lincoln/R. Johnson 0205**

 **NORTON** HEALTHCARE
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES 1930 Bishop Ln STE 1200 Louisville KY 40218-1929 | Johnson, Richard L MRN: EP01810172, DOB: Visit date: 3/25/2020 | Sex: M |
|---|---|---|

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Provider Information

##### Encounter Provider
Krupp, Ryan J., MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Patient Summary as of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 3/25/2020

#### Medical History as of 3/25/2020

##### Medical last reviewed by Hupp, Jason, PA on 3/4/2020

###### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/25/2020

##### Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

###### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 3/25/2020

##### Family History as of 3/25/2020
None

**Lincoln/R. Johnson 0206**

12-14-'20 14:23 FROM-                                              T-708  P0035/0038 F-382

 **NORTON** HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

**03/25/2020 - Documentation in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/25/2020

#### Socioeconomic as of 3/25/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/25/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                    (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

**Lincoln/R. Johnson 0207**

12-14-'20 14:23 FROM-

T-708 P0036/0038 F-382

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit (continued)

| | | |
|---|---|---|
| Status: | Implanted | |

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

### Knees

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Lef

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

### Screws, Bolts and Washers

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Shoulde

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |

**Lincoln/R. Johnson 0208**

12-14-'20 14:24 FROM-                                    T-708  P0037/0038 F-382

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
| --- | --- | --- |
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/25/2020 | |
| Louisville KY 40218-1929 | | |

**03/25/2020 - Documentation in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
| --- | --- | --- | --- |

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
| --- | --- |

**Clinical Notes**

**Progress Notes**

**Krupp, Ryan J., MD at 3/25/2020 11:08 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
| --- | --- | --- |
| Filed: 3/25/2020 11:09 AM | Encounter Date: 3/25/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

I reviewed the patient's recent right shoulder MRI with him at length via the phone today. His MRI demonstrat(
partial thickness rotator cuff tearing, tendinopathy of the rotator cuff and biceps tendon, likely degenerative
labral tearing, impingement.

We discussed the options of conservative care versus surgical intervention and what that would entail.

If he were to move forward with surgery this would include a **right shoulder arthroscopy with rotator cuff
repair verse debridement, labral debridement, chondroplasty, subacromial decompression, biceps
tenodesis and related procedures** similar to what he had on the left shoulder.

The patient would like to move forward with conservative care at this point and see how he does. If symptom:
persist, he will call back later to take additional steps.

He was instructed to utilize the following conservative measures:

Activity modification

Home exercise program as instructed

Biofreeze

Mobic 15 milligrams one by mouth daily

The spectrum of treatment options were discussed with the patient in detail including both the nonoperative and
operative treatment modalities and their respective risks and benefits. The details of the surgical procedure wer(
explained including the location of probable incisions and a description of the likely hardware/grafts to be used.
The patient understands the likely convalescence after surgery as well as the rehabilitation required. Also, we
have thoroughly discussed the risks, benefits, and alternatives to surgery, including but not limited to the risk of
infection, joint stiffness, blood clots (including DVT and/or pulmonary embolus along with the risk of death),
neurologic and/or vascular injury, fracture, dislocation, nonunion, malunion, need for further surgery including
hardware failure requiring revision, and continued pain. It was explained that if tissue has been repaired or
reconstructed, there is also a chance of failure which may require further management. In addition, we have
discussed the risks, including the risk of disease transmission, associated with any allograft tissue which may be
utilized. Following the completion of the discussion, the patient expressed understanding of this planned course
care, all their questions were answered and consent was obtained.

**Lincoln/R. Johnson 0209**

12-14-'20 14:24 FROM-                                          T-708  P0038/0038 F-382

**NORTON**
HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS            Johnson, Richard L
SERVICES                    MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln              Visit date: 3/25/2020
STE 1200
Louisville KY 40218-1929

**03/25/2020 - Documentation in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

Electronically signed by Krupp, Ryan J., MD at 3/25/2020 11:09 AM

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0210**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, December 3, 2020 11:44:30 AM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | fgt7iuk5whz8kh6a06b6_9499489.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0211**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

December 3, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:     Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy.  We are writing regarding Richard Johnson's claim for LTD benefits under the Policy.

On August 18, 2020, we received a written request for review from your office on behalf of Mr. Johnson.  In the request, you also asked for a complete copy of Mr. Johnson's claim file.  A complete copy of the claim file was sent to your attention on August 19, 2020.

We spoke to you on September 10, 2020 confirming receipt of Mr. Johnson's appeal.  At that time, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form.

We received records from your office on October 22, 2020 on behalf of Mr. Doran.  We called you the same day to acknowledge receipt of the medical records and inquire to see if this was Mr. Johnson's complete appeal. In addition, we asked if Mr. Johnson had right shoulder arthroscopy.

On October 26, 2020, you returned our call and advised that you were waiting for some medical requests from Mr. Johnson's treating providers.  We sent a letter advising the information was due by November 25, 2020.

We called your office on December 1, 2020.  We have not received a return call.  However, since we're still waiting for additional medical records we will grant an extension

Lincoln/R. Johnson 0212

For Lincoln to conduct a timely review of Mr. Johnson's appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by **January 2, 2021**, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Johnson's file.

Due to these special circumstances, an extension of time to process Mr. Johnson's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for additional documentation, the days from the date of this letter until we receive the records from Mr. Johnson's treating providers are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

**Lincoln/R. Johnson 0213**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, October 26, 2020 11:20:34 AM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | dyzlm6wh5uylhvbk3ljl_9277955.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0214**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

October 26, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy. We are writing regarding Richard Johnson's claim for LTD benefits under the Policy.

On August 18, 2020, we received a written request for review from your office on behalf of Mr. Johnson. In the request, you also asked for a complete copy of Mr. Johnson's claim file. A complete copy of the claim file was sent to your attention on August 19, 2020.

We spoke to you on September 10, 2020 confirming receipt of Mr. Johnson's appeal. At that time, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form.

We received records from your office on October 22, 2020 on behalf of Mr. Doran. We called you the same day to acknowledge receipt of the medical records and inquire to see if this was Mr. Johnson's complete appeal. In addition, we asked if Mr. Johnson had right shoulder arthroscopy.

You returned the call today and advised that you were waiting for some medical requests from Mr. Johnson's treating providers.

For Lincoln to conduct a timely review of Mr. Johnson's appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter. Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by **November 25, 2020**, we will proceed with our appeal review and make a final determination based on the information

1  of 2

**Lincoln/R. Johnson 0215**

currently contained in Mr. Johnson's file.

Due to these special circumstances, an extension of time to process Mr. Johnson's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for additional documentation, the days from the date of this letter until we receive the records from Mr. Johnson's treating providers are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

**Lincoln/R. Johnson 0216**

# FAX COVER SHEET

TO:   Lincoln Life Assurance Company of Boston, Group Benefits disability

Claims

Attn:  Jane Daniell

Fax:   603-334-5704

FROM:  Doran Law Office

Re:    Richard Johnson; claim #7521853- Norton Medical

Pages:  54 pages including cover sheet

## Please fax requested materials to 502-618-0605

**Lincoln/R. Johnson 0217**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:           Sex: M
LOUISVILLE KY 40202

**Patient**
**ROI Authorization**

## Release Authorization

| | |
|---|---|
| Type: | Signed Form |
| Effective Date: | |
| Received By: | Gregory, Nichole L |

| | |
|---|---|
| Expiration Date: | 11/10/2020 |
| Received Date: | 9/18/2020 2:16 PM |

Scan on 9/18/2020 2:16 PM by Gregory, Nichole L: HIM ROI Authorization - NOI (below)

**NORTON HEALTHCARE**

### Request for Release of Medical Information

Patient Information

| | |
|---|---|
| Patient Name | Richard Johnson |
| Maiden Name/Alias | CJ |
| Social Security # | |
| Patient Birth Date | |
| Patient Type | Self |

Information Requested

| | |
|---|---|
| Type of Information | ☒ Itemized Bills<br>☒ Medical Record |
| Specific Records | ☒ Discharge Summary<br>☒ Emergency Room<br>☒ Laboratory Results<br>☒ History & Physical<br>☒ X-Ray Report<br>☒ Orders<br>☒ Progress Notes<br>☒ Nurses Notes |
| Facility/Physician | ☒ Norton Orthopedic Institute - Angies Way |
| Date of Service | 06/19/2019-present |

Record is to be released to the following individual:

| | |
|---|---|
| Name and Title | Doran Law Office |
| Phone Number | 15025542184 |
| Delivery Method | Mail - USPS |
| Email Address | christina@thedoranlawoffice.com |
| Mailing Address | 2950 Breckenridge Lane 12A<br>Louisville, KY 40220 |
| Reason for Request | ☒ Legal Purposes |

The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event: 11/10/2020. Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

Kentucky Law directs health care providers to furnish to a patient, at the patient's request, one free copy of the patient's Medical Record. Additional requests for copies will be charged at a rate of $1.00 per page.

Consent

**Lincoln/R. Johnson 0218**

10-22-'20 11:12 FROM-                                          T-686   P0003/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:              Sex: M
LOUISVILLE KY 40202

## Patient
## ROI Authorization (continued)

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

| ☒ Yes | By clicking Yes you agree to abide by the Terms of Service outlined above. |
| Full Name | Richard Johnson |
| Date of Birth | 12:00:00 AM |
| Social Security # / Visa # | |
| Relationship to Patient | I am the patient |

PROHIBITION ON REDISCLOSURE: This information has been disclosed to you from records whose confidentially is protected by federal and/or state law. Federal and state regulations prohibits you (the recipient) from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

Timestamp: 9/11/2020 1:38:39 PM
Request: 6789EED8-7FF2-4682-AC3A-11167489F22D

## Patient (continued)

**Demographics**

Name:  Richard L Johnson
Address:  2112 CLEAR VIEW DR LA GRANGE KY 40031
Date of birth:                          Sex:  Male                          Ethnicity:  Not Hispanic or Latino
Race:  White or Caucasian              Email:  richardj538@hotmail.com      Home phone:
Mobile:

**Active Coverages** as of 9/11/2020

**Lincoln/R. Johnson 0219**

10-22-'20 11:12 FROM-                                                    T-686   P0004/0056 F-215

![Norton Healthcare logo] **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON HEALTHCARE          Johnson, Richard L
200 E Chestnut St          MRN: EP01810172, DOB:          Sex: M
LOUISVILLE KY 40202

### Patient (continued)

**Active Coverages (continued)** as of 9/11/2020

**HUMANA MEDICARE REPLACEMENT**

| Plan: HUMANA GOLD PLUS HMO | Group: X1813001 | Member: H00281198 |
|---|---|---|
| Effective from: 8/1/2019 | Subscriber: JOHNSON,RICHARD L | Subscriber ID: H00281198 |

**Current Medications**

**Medications**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Current Medications**

**meloxicam (MOBIC) 15 MG tablet**

Instructions: Take 15 mg by mouth daily.
Entered by: Brown, Kevin                          Entered on: 3/4/2020
Start date: 12/12/2019

**SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC**

Instructions: USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED
Entered by: Brown, Kevin                          Entered on: 3/4/2020
Start date: 12/5/2019

**testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection**

Instructions: Inject 200 mg into the muscle every 14 (fourteen) days.
Entered by: Brown, Kevin                          Entered on: 3/4/2020
Start date: 12/5/2019

**TESTOSTERONE IM**

Instructions: Inject into the muscle every 14 (fourteen) days
Entered by: Case, Christy, RN                      Entered on: 5/19/2016

**Lincoln/R. Johnson 0220**

10-22-'20 11:13 FROM-                                           T-686  P0005/0056 F-215

| | | | |
|---|---|---|---|
| **NORTON** HEALTHCARE<br>Real people. Remarkable care. | NORTON PHYSICIANS<br>SERVICES<br>1930 Bishop Ln<br>STE 1200<br>Louisville KY 40218-1929 | Johnson, Richard L<br>MRN: EP01810172, DOB:<br>Visit date: 3/4/2020 | Sex: M |

## 03/04/2020 - Office Visit in Norton Orthopedic Institute
## FACESHEET

| | |
|---|---|
| Norton Orthopedic Institute<br>9880 Angies Way<br>Suite 250<br>Louisville, KY 40241-2847 | Encounter Date:  3/4/2020<br>MRN:  EP01810172<br>Guarantor:  JOHNSON,RICHARD L<br>Contact Serial #:  10081527230 |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | **ENGLISH** |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | **Male** | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | **Moore, Thomas L, MD** | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W)<br>(C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | **JOHNSON,RICHARD L** | DOB: | |
| Address: | | Sex: | **Male** |
| Relation to Patient: | **Self** | Home Phone: | |
| Guarantor ID: | 1032467 | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | **LANTECH INC.** | Status: | **FULL TIME** |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | **HUMANA MEDICARE REPLACEMENT** | Plan: | **HUMANA GOLD PLUS HMO** |
| Group Number: | XI813001 | Insurance Type: | **INDEMNITY** |
| Subscriber Name: | **JOHNSON,RICHARD L** | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | **Self** | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

Visit Information

**Lincoln/R. Johnson 0221**

10-22-'20 11:13 FROM-                                                    T-686    P0006/0056 F-215

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

## Visit Information (continued)

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Krupp, Ryan J., MD | Hupp, Jason, PA | Moore, Thomas L, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Follow-up and Dispositions

- Return in about 3 weeks (around 3/25/2020).

### Level of Service

| Level of Service |
|---|
| PR OFFICE OUTPATIENT VISIT 15 MINUTES |

## Reason for Visit

### Chief Complaint

- Shoulder Pain (f/u R Shoulder)

### Visit Diagnosis

- Impingement syndrome of right shoulder (primary)

## Patient Summary as-of Visit

### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

## History as of 3/4/2020

### Medical History as of 3/4/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

#### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

### Surgical History as of 3/4/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

**Lincoln/R. Johnson 0222**

10-22-'20 11:13 FROM-                                                T-686   P0007/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

**Family History** as of 3/4/2020

**Family History as of 3/4/2020**

None

**Substance & Sexuality History**

**Tobacco Use**

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

**Alcohol Use**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

**Drug Use**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

**Sexual Activity**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

**Socioeconomic History** as of 3/4/2020

**Socioeconomic as of 3/4/2020**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|

**Lincoln/R. Johnson 0223**

10-22-'20 11:14 FROM-                                      T-686  P0008/0056  F-215

**NORTON**
HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:              Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Married | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |
|---|---|---|---|---|---|---|---|

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Implants** as of 3/4/2020

**Cement**

**Cement Palacose 00111214001 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                          (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
|---|---|---|---|

**Lincoln/R. Johnson 0224**

10-22-'20 11:14 FROM-                                              T-686   P0009/0056 F-215

## NORTON HEALTHCARE
Real people. Remarkable care.

**NORTON PHYSICIANS SERVICES**
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 3/4/2020

### 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

**As of 1/31/2017 (Log 517090)**

Status:                    Implanted

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                    (Lef

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

Status:                    Implanted

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                    (Left) Shoulde

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

Status:                    Implanted

**Clinical Notes**

**Addendum Note**

**Comeau, Kristen at 3/17/2020 10:58 AM**

| | | |
|---|---|---|
| Author: Comeau, Kristen | Service: — | Author Type: — |
| Filed: 3/17/2020 10:58 AM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Comeau, Kristen | | |

Addended by: COMEAU, KRISTEN on: 3/17/2020 10:58 AM

Modules accepted: Orders

Electronically signed by Comeau, Kristen at 3/17/2020 10:58 AM

**Progress Notes**

**Krupp, Ryan J., MD at 3/4/2020 10:34 AM**

| | | |
|---|---|---|
| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
| Filed: 3/4/2020 1:17 PM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

### ORTHOPEDIC NOTE

**REQUESTING PHYSICIAN**
Moore, Thomas L, MD

**PRIMARY CARE PHYSICIAN**

**Lincoln/R. Johnson 0225**

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

## REASON FOR CONSULTATION
Richard L Johnson is a 64 yr/o male who was referred for consultation for
**Chief Complaint**
Patient presents with
* Shoulder Pain
   *f/u R Shoulder*

## HPI
RICHARD IS A 64YO RHD MALE PATIENT LAST SEEN IN JANUARY 2019 WITH RIGHT SHOULDER PAIN. THE PATIENT IS KNOWN TO THE OFFICE AS HE HAD A LEFT SHOULDER DEBRIDEMENT WITH DR. KRUPP IN 2016. THE PATIENT STATES THAT HE HAS HAD RIGHT SHOULDER PAIN FOR OVER ONE YEA TO THIS POINT WITH NO SPECIFIC MECHANISM OF INJURY. THE PATIENT STATES THAT HE HAS INCREASED PAIN WITH FORWARD ELEVATION, INTERNAL ROTATION, ABDUCTION, AND AT NIGHT. HE GETS NUMBNESS AND TINGLING, MOSTLY LEFT SIDED, RELATED TO NECK ISSUES.

AT HIS LAST VISIT, HE WAS TREATED CONSERVATIVELY INCLUDING INJECTION, NSAID, AND PHYSICA THERAPY. HE NOTES HE DID NOT GET MUCH IMPROVEMENT.

## REVIEW OF SYSTEMS
See HPI for further details.
**Constitutional:** Denies fever, shaking or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**Musculoskeletal:** Denies numbness tingling or loss of motor function except as outlined above in history of present illness.
**Integument:** Denies rash, lesion or ulceration
**Neurologic:** Denies headache or focal weakness

## MEDICAL HISTORY
**Past Medical History:**
Diagnosis                                                Date
* Dental crowns present
* Hemorrhoids
* High cholesterol
   *NO MEDS FOR*
* History of fracture
   *BILATERAL WRISTS, RIBS*
* Kidney stone
* Low testosterone
* Obesity
* Seasonal allergies
* Snoring

**Lincoln/R. Johnson 0226**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

## SURGICAL HISTORY
has a past surgical history that includes LEFT KNEE MENISCUS REPAIR (2005); LEFT WRIST ORIF (2000); Shoulder arthroscopy (Left, 06/09/2016); and Joint replacement (Left, 01/31/2017).

## FAMILY HISTORY
No family history on file.

## SOCIAL HISTORY
**Social History**

Socioeconomic History
- Marital status:            Married
    Spouse name:            None
- Number of children:       None
- Years of education:       None
- Highest education level:  None
Occupational History
- None
Social Needs
- Financial resource strain:  None
- Food insecurity:
    Worry:                  None
    Inability:              None
- Transportation needs:
    Medical:                None
    Non-medical:            None
Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used
Substance and Sexual Activity
- Alcohol use:              Yes
    *Comment: 5 DRINKS WEEKLY*
- Drug use:                 No
- Sexual activity:          None
Lifestyle
- Physical activity:
    Days per week:          None
    Minutes per session:    None
- Stress:                   None
Relationships
- Social connections:
    Talks on phone:         None
    Gets together:          None
    Attends religious service:  None
    Active member of club or    None
    organization:
    Attends meetings of clubs   None
    or organizations:
    Relationship status:    None
- Intimate partner violence:

**Lincoln/R. Johnson 0227**

10-22-'20 11:15 FROM-                                    T-686  P0012/0056 F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                Sex: M
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

## Clinical Notes (continued)

| | |
|---|---|
| Fear of current or ex partner: | None |
| Emotionally abused: | None |
| Physically abused: | None |
| Forced sexual activity: | None |
| Other Topics | Concern |

• None
Social History Narrative
• None

## ALLERGIES

**Allergies as of 3/4/2020**
No Known Allergies

Review status set to Review Complete by
You at 10:33 AM

## MEDICATIONS
### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • meloxicam (MOBIC) 15 MG tablet | Take 15 mg by mouth daily. | | |
| • SYRINGE-NEEDLE, DISP, 3 ML (B-D 3CC LUER-LOK SYR 22GX1") 22G X 1" 3 ML MISC | USE TWO TIMES A WEEK INTRAMUSCULARLY AS DIRECTED | | |
| • testosterone cypionate (DEPOTESTOTERONE CYPIONATE) 200 MG/ML injection | Inject 200 mg into the muscle every 14 (fourteen) days. | | |
| • TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • lidocaine 2 mL, bupivacaine 0.5% (MARCAINE) 10 mg, triamcinolone acetonide 40mg/ml (KENALOG-40) 40 mg injection | | Injection | Once | Krupp, Ryan J., MD | | |

## PHYSICAL EXAM
**Vital Signs:** Ht 5' 11" (1.803 m)  | Wt 222 lb (100.7 kg)  | BMI 30.96 kg/m²

**Lincoln/R. Johnson 0228**

10-22-'20 11:15 FROM-                                              T-686   P0013/0056 F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

**Clinical Notes (continued)**

**Constitutional:** Awake alert and oriented x3, well developed, well nourished, no acute distress, non-toxic appearance.
**HENT:** Normocephalic, Atraumatic, Bilateral external ears normal, Oropharynx moist, No oral exudates, Nose normal.
**Respiratory:** No respiratory distress, No wheezing
**Vascular:** Brisk cap refill, Intact distal pulses, No cyanosis, all compartments soft with no signs or symptoms of compartment syndrome or DVT.
**Neurologic:** Sensation grossly intact to light touch throughout the involved extremity and bilaterally symmetric
**Neck:** Normal range of motion, No tenderness, Supple, Negative Spurlings.
**Integument:** Well hydrated, no rash, warm, dry, no lesions or ulceration.
**Musculoskeletal:**

### RIGHT Shoulder/Upper Extremity Exam

OBSERVATION:
Swelling:None                          Discoloration: None
Deformity: None                        Scapular Winging: None
Scars: None                            Atrophy: None

TENDERNESS/CREPITUS (T/C):

Clavicle: Negative                     Supraspinatus: Negative
AC Joint: Negative                     Infraspinatus: Negative
SC Joint: Negative                     Deltoid: Negative
G. Tuberosity (lateral): POSITIVE.     LH Bicep groove: POSITIVE
Acromion (anterolateral):negative      Midline Neck: Negative
Scapular Spine: Negative               Trapezium: Negative
SMA Scapula: Negative                  GH Jt line- post: negative
Scapulothoracic: Negative

RANGE OF MOTION:  RIGHT SHOULDER (ACTIVE/PASSIVE)
FE 160/165 WITH PAINFUL ARC
ER at 0° 40*/45
IR (spine level) L4*

RANGE OF MOTION:  LEFT SHOULDER (ACTIVE/PASSIVE)
FE 160/165
ER at 0° 45/50
IR (spine level) t12

STRENGTH:  RIGHT SHOULDER
SCAPTION/FORWARD ELEVATION 4+*/5
IR 5/5
ER 4+*/5
BICEPS 5/5
DELTOID 5-*/5
TRICEPS 5/5

STRENGTH: LEFT SHOULDER

**Lincoln/R. Johnson 0229**

10-22-'20 11:15 FROM-                                          T-686   P0014/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

SCAPTION/FORWARD ELEVATION 5/5
IR 5/5
ER 5/5
BICEPS 5/5
DELTOID 5/5
TRICEPS 5/5

SIGNS:
NEER: Positive              O'BRIEN'S: Positive
HAWKINS: Positive          MOVING VALGUS: NEGATIVE
SPEED'S: Positive          X-Body ADD: Negative
BELLY PRESS:Negative       APPREHENSION: Negative
BEAR HUG: Negative         RELOCATION: Negative

STABILITY TESTING RIGHT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior:UP FACE
        Sulcus: WNL

STABILITY TESTING LEFT SHOULDER
Translation:
        Anterior:  UP FACE
        Posterior: UP FACE
        Sulcus: WNL

**IMAGING & OTHER STUDIES**
Three views of the right  shoulder(s) were taken in the office PREVIOUSLY, and reviewed TODAY, including AP
scapular-Y, and axillary views.  There are no glenohumeral joint osteophytes, joint space narrowing, or other
degenerative changes.  The acromioclavicular joint has moderate arthritis, with hooked acromion.  There is no
evidence of fracture or dislocation.  No periosteal reactions or medullary lesions are seen.

**ASSESSMENT/PLAN**

1. Assessment:  left shoulder impingement with biceps tenosynovitis and possible underlying rotator cuff tear

Plan:

The patient was interviewed and examined  in the office today and the chart reviewed. The previous observation:
recommendations, and conclusions were reviewed. Thank you so much for allowing me to participate in the care
your patient.

Patient instructed on a physician directed exercise program, focusing on range of motion and stretching, along w
rotator cuff and deltoid specific strengthening.

**Lincoln/R. Johnson 0230**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

I, Ryan J Krupp, M.D., attest that all medical record entries made by the scribe for this patient were at my directic
and personally dictated by me. I reviewed the chart and agree that the record accurately reflects my personal
performance of the history, physical exam, assessment and plan. I have also personally directed, reviewed, and
agree with the discharge plan and instructions.

Ryan J. Krupp, M.D.

Electronically signed by Krupp, Ryan J., MD at 3/4/2020  1:17 PM

Imaging

Imaging

**MRI Shoulder RT Wo Con (Final result)**

| | |
|---|---|
| Electronically signed by: **Hupp, Jason, PA on 03/04/20 1110** | Status: **Completed** |
| Ordering user: Hupp, Jason, PA 03/04/20 1110 | Authorized by: Hupp, Jason, PA |
| Ordering mode: Standard | |
| Frequency: Routine 03/04/20 - | Class: Hospital Performed |
| Quantity: 1 | Lab status: Final result |
| Indications of use: Shoulder pain, rotator cuff disorder | Indications comment: HAS FAILED CONSERVATIVE |
| suspected, nondiagnostic xray | THERAPY; + NEERS HAWKINS SPEEDS OBRIENS |
| Instance released by: Comeau, Kristen 3/17/2020 10:57 AM | |
| Diagnoses | |

Impingement syndrome of right shoulder [M75.41]
    Scan on 3/17/2020 10:58 AM by Comeau, Kristen: MRI Shoulder RT Wo Con on 3/17/2020 (below)

**Lincoln/R. Johnson 0231**

 **NORTON** HEALTHCARE

Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: GFI FaxMaker    To: HUPP, JASON C    Page: 2/4    Date: 3/12/2020 12:26:38 PM

 **Heartland** IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:   JASON C HUPP
      NORTON ORTHOPAEDIC
      SPECIALISTS
      9880 ANGIES WAY
      LOUISVILLE KY 40241

Name:              RICHARD L JOHNSON
MRN #:             216769
Phone:
DOB:
Exam Start:        03/11/2020
Referring Phys.:   HUPP, JASON
Referring Phys Ph.: 5023046341
Referring Phys Fax: 5023946340

Exam:   MRI SHOULDER WO CONTRAST 73221
        73221 - RT/RIGHT

MRI Shoulder RT WO

INDICATION:
64-year-old male with right shoulder pain. Evaluate for internal derangement.

TECHNIQUE:
MRI of the right shoulder without contrast.

COMPARISON:
None.

FINDINGS:
Rotator cuff: Mild tendinosis in the distal supraspinatus and infraspinatus tendons. No
evidence of tendon disruption. Small amount of increased signal in the subacromial space
suggesting slight bursal inflammation.

Mild signal abnormality in the superior fibers of the distal subscapularis muscle and
tendon suggesting a sprain or mild partial intrasubstance tearing. No evidence of
disruption. The teres minor muscle and tendon are intact.

Glenoid labrum and biceps tendon: Blunting and attenuation of the superior labrum
posteriorly which may reflect degenerative changes and fraying. A shallow tear suspected at
the base of the superior labrum posteriorly, best seen on series 5 image 13 and
series 6 image 12. No frank detachment or para labral cyst. The remainder the labrum
appears intact.

The long head of the biceps tendon is seen in the bicipital groove, and is intact. Mild
intra-articular long head biceps tendinopathy.

AC joint: Mild lateral downsloping of the acromion, and mild degenerative changes in the
acromioclavicular joint. The coracoacromial and coracoclavicular ligaments are intact.

Articular Cartilage: The glenohumeral joint articular cartilage appears intact. No
significant glenohumeral joint effusion.

Page 1   Printed: 3/12/2020 12:26 PM      JOHNSON, RICHARD        Exam: 07737348

**Lincoln/R. Johnson 0232**

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

---

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

From: GFI FaxMaker     To: HUPP, JASON C     Page: 3/4     Date: 3/12/2020 12:26:38 PM

**Heartland** IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:   JASON C HUPP
      NORTON ORTHOPAEDIC
      SPECIALISTS
      9880 ANGIES WAY
      LOUISVILLE KY 40241

Name:              RICHARD L JOHNSON
MRN #:             216769
Phone:
DOB:
Exam Start:        03/11/2020
Referring Phys.:   HUPP, JASON
Referring Phys Ph.:  5023946341
Referring Phys Fax:  5023946340

Exam:  MRI SHOULDER WO CONTRAST 73221
       73221 - RT/RIGHT

Bone: The humeral head is seated in the glenoid fossa. The visualized osseous structures are normal in morphology. Marrow signal intensity is within normal limits. Small glenohumeral joint effusion.

The region of the suprascapular notch is normal in appearance. The surrounding soft tissues, as imaged are unremarkable.

IMPRESSION:

1. Mild supraspinatus and infraspinatus tendinosis with no evidence of disruption.
2. Signal abnormality in the superior fibers of the distal subscapularis muscle and tendon suggesting a mild sprain or partial intrasubstance tearing with no evidence of disruption.
3. Mild lateral downsloping of the acromion and mild degenerative changes in the acromioclavicular joint.
4. Probable degenerative changes and fraying in the superior labrum, with possible shallow tear at the base of the superior labrum posteriorly. The labrum is otherwise intact.
5. Mild intra-articular long head biceps tendinopathy.
6. Small amount of increased signal in the subacromial space suggesting slight bursal inflammation.

Signer Name: Elizabeth J. Dubose MD
Signed: 3/12/2020 10:23 AM
Workstation Name: BETHIR-PC
Radiology Specialists of Louisville

Hupp, Jason thank you for referring Johnson, Richard. If you have any questions regarding this report, please contact us at (502)584-7970.

Interpreting Physician:

Page 2   Printed: 3/12/2020 12:26 PM      JOHNSON, RICHARD          Exam: 07737348

**Lincoln/R. Johnson 0233**

10-22-'20 11:16 FROM-                                                    T-686   P0018/0056 F-215


**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

---

**03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)**

Imaging (continued)

---

From: GFI FaxMaker    To: HUPP JASON C    Page: 4/4    Date: 3/12/2020 12:26:36 PM


**Heartland**
IMAGING

7807 SHELBYVILLE ROAD
LOUISVILLE KY 40222
Phone: 5024298998
Fax: 5024290770

To:    JASON C HUPP
       NORTON ORTHOPAEDIC
       SPECIALISTS
       9880 ANGIES WAY
       LOUISVILLE KY 40241

Name:         RICHARD L JOHNSON
MRN #:        216769
Phone:
DOB:
Exam Start:   03/11/2020
Referring Phys.:   HUPP, JASON
Referring Phys Ph.:  5023946341
Referring Phys Fax:  5023946340

Exam:   MRI SHOULDER WO CONTRAST 73221
        73221 - RT/RIGHT

*[signature]*

ELIZABETH DUBOSE

Signed: 03/12/2020 12:25 PM

cc:

R S L  *Radiology Specialists of Louisville*

**Thank you for visiting our imaging center.**

Page 3   Printed: 3/12/2020 12:26 PM    JOHNSON, RICHARD    Exam: 07737348

---

Resulted: 04/21/20 0914, Result status: Final
result

**MRI Shoulder RT Wo Con**

Order status: Completed                    Filed by: McCarthy, Lydia N. 04/21/20 0914
Acknowledged by: McCarthy, Lydia N. on 04/21/20 0914

PAGE 18/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0234**

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## 03/04/2020 - Office Visit in Norton Orthopedic Institute (continued)

### Imaging (continued)

#### Indications
Impingement syndrome of right shoulder [M75.41 (ICD-10-CM)]

#### All Reviewers List
McCarthy, Lydia N. on 4/21/2020 09:14

### Immunizations Given
Immunizations never marked as reviewed
**Tdap**

| Administered on: 7/8/2019 | Site: Right deltoid | Route: Intramuscular |
|---|---|---|
| CVX code: 115 | | |
| Manufacturer: GlaxoSmithKline | Lot number: K9DX5 | |

## All Orders

### MRI Shoulder RT Wo Con: Result Notes

McCarthy, Lydia N.
4/21/2020  9:14 AM

Called Patient

### MRI Shoulder RT Wo Con: Result Notes

McCarthy, Lydia N.
4/21/2020  9:14 AM

Called Patient

### Flowsheets

#### Encounter Vitals

| Row Name | 03/04/20 1033 |
|---|---|
| Enc Vitals | |
| Weight | 222 lb (100.7 kg) |
| | -KB at 03/04/20 1033 |
| Height | 5' 11" (1.803 m) |
| | -KB at 03/04/20 1033 |

#### Medical Wt Mgmt 12 Week Program

| Row Name | 03/04/20 1033 |
|---|---|
| Week 1-12 | |
| Today's Weight | 222 Lbs |
| | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0235**

10-22-'20 11:17 FROM-                                    T-686   P0020/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

## All Orders (continued)

**Flowsheets (continued)**

### OTHER

| | |
|---|---|
| BMI (Calculated) | 31 -KB at 03/04/20 1033 |
| Weight | 0 -KB at 03/04/20 1033 |
| BSA (Calculated - sq m) | 2.25 sq meters -KB at 03/04/20 1033 |
| BMI (Calculated) | 31 -KB at 03/04/20 1033 |
| IBW (Calculated) Male | 75.3 kg -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg MALE | 451.8 mL -KB at 03/04/20 1033 |
| Adult Moderate Range Vt 8cc/kg MA | 602.4 mL -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg MALE | 753 mL -KB at 03/04/20 1033 |
| IBW (Calculated) Female | 70.8 kg -KB at 03/04/20 1033 |
| Low Range Vt 6cc/kg FEMALE | 424.8 mL -KB at 03/04/20 1033 |
| Adult Moderate Range vt 8cc/kg FEMALE | 566.4 mL -KB at 03/04/20 1033 |
| Adult High Range Vt 10cc/kg FEMALE | 708 mL -KB at 03/04/20 1033 |
| Weight in (lb) to have BMI = 25 | 178.9 -KB at 03/04/20 1033 |
| Percent Weight Change Since Birth | 0 -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml -KB at 03/04/20 1033 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml -KB at 03/04/20 1033 |
| Epinephrine 1:10,000 (0.1mg/ml)// | 10 ml -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0236**

10-22-'20 11:17 FROM-                                             T-686   P0021/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

## All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| 0.01mg/kg Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg -KB at 03/04/20 1033 | |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml -KB at 03/04/20 1033 | |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml -KB at 03/04/20 1033 | |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml -KB at 03/04/20 1033 | |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml -KB at 03/04/20 1033 | |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEg/kg | 100 ml -KB at 03/04/20 1033 | |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml -KB at 03/04/20 1033 | |
| Cardioversion First Attempt (0.5 joules/kg) | 70 joules -KB at 03/04/20 1033 | |
| Defibrillation First attempt (2 joules/kg) | 200 joules -KB at 03/04/20 1033 | |
| Defibrillation First attempt (2 joules/kg) | 200 -KB at 03/04/20 1033 | |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml -KB at 03/04/20 1033 | |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 | |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 ml -KB at 03/04/20 1033 | |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml -KB at 03/04/20 1033 | |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules -KB at 03/04/20 1033 | |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 -KB at 03/04/20 1033 | |
| Cardioversion Subsequent Attempts (1joule/kg) | 150 joules -KB at 03/04/20 1033 | |
| Magnesium | 40 ml | |

**Lincoln/R. Johnson 0237**

10-22-'20 11:18 FROM-                                      T-686   P0022/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS         Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:        Sex: M
1930 Bishop Ln            Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## All Orders (continued)

### Flowsheets (continued)

| | |
|---|---|
| Sulfate Infusion (50MG/ML) (For Bronchospasm) | -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 10.07 ml<br>-KB at 03/04/20 1033 |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml<br>-KB at 03/04/20 1033 |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 10.07 ml<br>-KB at 03/04/20 1033 |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 5.03<br>-KB at 03/04/20 1033 |
| Esmolol Loading Dose// (0.1 mg/kg) | 1.01<br>-KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 5.03<br>-KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 120.84<br>-KB at 03/04/20 1033 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 25.17<br>-KB at 03/04/20 1033 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 30.21<br>-KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50<br>-KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40<br>-KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4.03<br>-KB at 03/04/20 1033 |
| Amiodarone Bolus | 83.92<br>-KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40<br>-KB at 03/04/20 1033 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 8000<br>-KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6<br>-KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0238**

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/4/2020

## All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg | -KB at 03/04/20 1033 |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 | -KB at 03/04/20 1033 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 | -KB at 03/04/20 1033 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 | -KB at 03/04/20 1033 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml | -KB at 03/04/20 1033 |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 201.4 ml | -KB at 03/04/20 1033 |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 201.4 ml | -KB at 03/04/20 1033 |
| Phenobarbital (10mg/ml~)// 10 mg/kg | 100.7 ml | -KB at 03/04/20 1033 |
| Leviracetam (15mg/ml)// 20mg/kg | 134.27 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 10.07 ml | -KB at 03/04/20 1033 |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 4.03 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 6.04 ml | -KB at 03/04/20 1033 |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 4.03 ml | -KB at 03/04/20 1033 |
| Cardioversion | 50 | |

**Lincoln/R. Johnson 0239**

10-22-'20 11:18 FROM-                                          T-686   P0024/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS        Johnson, Richard L
SERVICES                MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln           Visit date: 3/4/2020
STE 1200
Louisville KY 40218-1929

## All Orders (continued)

**Flowsheets (continued)**

| | |
|---|---|
| First Attempt (0.5 joules/kg) | -KB at 03/04/20 1033 |
| Cardioversion Subsequent Attempts (1joule/kg) | 100 -KB at 03/04/20 1033 |

Patient Data

| | |
|---|---|
| BMI (Calculated) | 31 -KB at 03/04/20 1033 |
| Today's Weight | 222 Lbs -KB at 03/04/20 1033 |

Emergency Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 -KB at 03/04/20 1033 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 -KB at 03/04/20 1033 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 -KB at 03/04/20 1033 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 -KB at 03/04/20 1033 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 -KB at 03/04/20 1033 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 -KB at 03/04/20 1033 |
| Magnesium | 40 -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0240**

10-22-'20 11:18 FROM-                                                    T-686   P0025/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Sulfate Infusion (For Torsades) (50MG/ML) | | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 | -KB at 03/04/20 1033 |
| NALOXONE (NARCAN) (1 MG/ML)// 0.1MG/KG | 2 | -KB at 03/04/20 1033 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 | -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 | -KB at 03/04/20 1033 |
| Mannitol 20% (200mg/ml)// 1 gram/kg | 500 | -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 | -KB at 03/04/20 1033 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 | -KB at 03/04/20 1033 |

**NICU Code Drugs**

| | | |
|---|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 | -KB at 03/04/20 1033 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 | -KB at 03/04/20 1033 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 | -KB at 03/04/20 1033 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 | -KB at 03/04/20 1033 |
| Calcium Gluconate 10% | 30 | -KB at 03/04/20 1033 |

**Lincoln/R. Johnson 0241**

10-22-'20 11:19 FROM-                                                    T-686   P0026/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| (100mg/ml)// 100MG/KG | | |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 | -KB at 03/04/20 1033 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 | -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 | -KB at 03/04/20 1033 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 | -KB at 03/04/20 1033 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 | -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 | -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 50.35 | -KB at 03/04/20 1033 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.03mg/kg | 100.7 | -KB at 03/04/20 1033 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 | -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.1mg/kg | 2 | -KB at 03/04/20 1033 |
| Naloxone (Narcan) (1 mg/ml)// 0.01mg/kg | 1.01 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 | -KB at 03/04/20 1033 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 | -KB at 03/04/20 1033 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 | -KB at 03/04/20 1033 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 2.52 | -KB at 03/04/20 1033 |
| Naloxone | 5 | |

**Lincoln/R. Johnson 0242**

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/4/2020

Sex: M

## All Orders (continued)

### Flowsheets (continued)

| | |
|---|---|
| (Narcan) (0.4mg/ml)// 0.1mg/kg | -KB at 03/04/20 1033 |

**Week 1-12**

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 215.1 -KB at 03/04/20 1033 |

**Emergency Drug Drip Calculations**

| | |
|---|---|
| Amiodarone Bolus | 50 -KB at 03/04/20 1033 |

**Loading Dose for Continuous Infusions**

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.5 -KB at 03/04/20 1033 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 2.52 -KB at 03/04/20 1033 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 25.17 -KB at 03/04/20 1033 |

### Nutrition Evaluation/Planning

| Row Name | 03/04/20 1033 |
|---|---|

**Anthropometrics**

| | |
|---|---|
| Weight Change | 0 % -KB at 03/04/20 1033 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KB | Brown, Kevin | 07/15/14 - | Athletic Trainer | — |

**Lincoln/R. Johnson 0243**

10-22-'20 11:19 FROM-                                    T-686   P0028/0056 F-215

**N NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

## 03/17/2020 - Orders Only in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
| --- | --- | --- |
| 9880 Angies Way | Encounter Date: | 3/17/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | |
| | Contact Serial #: | 10084768220 |

### PATIENT

| | | | |
| --- | --- | --- | --- |
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
| --- | --- | --- | --- | --- |
| 1. Johnson, Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon, Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
| --- | --- | --- | --- |
| Guarantor: | | DOB: | 10/9/1955 |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

GUARANTOR EMPLOYER

| | | |
| --- | --- | --- |
| Employer: | Status: | FULL TIME |

### COVERAGE

PRIMARY INSURANCE

| | | | | |
| --- | --- | --- | --- | --- |
| Payor: | N/A | | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON, RICHARD L | | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | | |
| Pat. Rel. to Subscriber: | Self | | | |

SECONDARY INSURANCE

| | | | | |
| --- | --- | --- | --- | --- |
| Payor: | N/A | | Plan: | N/A |
| Group Number: | N/A | | Insurance Type: | |
| Subscriber Name: | N/A | | Subscriber DOB: | |
| Subscriber ID: | N/A | | | |
| Pat. Rel. to Subscriber: | | | | |

## 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

Visit Information

**Lincoln/R. Johnson 0244**

10-22-'20 11:19 FROM-                                              T-686   P0029/0056  F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

## 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Provider Information

**Encounter Provider**
Hupp, Jason, PA

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 3/17/2020

#### Medical History as of 3/17/2020

**Medical last reviewed by Hupp, Jason, PA on 3/4/2020**

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 3/17/2020

**Surgical last reviewed by Hupp, Jason, PA on 3/4/2020**

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 3/17/2020

**Family History as of 3/17/2020**

None

PAGE 29/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0245**

10-22-'20 11:20 FROM-                                                    T-686   P0030/0056 F-215

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

**03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)**

Patient Summary as-of Visit (continued)

## Substance & Sexuality History

### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Socioeconomic History as of 3/17/2020

### Socioeconomic as of 3/17/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

## Implants as of 3/17/2020

### Cement

Cement Palacose 00111214001 - Log517090 - Implanted                                    (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

As of 1/31/2017 (Log 517090)

**Lincoln/R. Johnson 0246**

**NORTON**
HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/17/2020

Sex: M

## 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Status: | Implanted |
| --- | --- |

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
| --- | --- | --- | --- |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Left

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
| --- | --- |

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Shoulde

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| --- | --- | --- | --- |

**Lincoln/R. Johnson 0247**

10-22-'20 11:20 FROM-                                    T-686  P0032/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 3/17/2020

### 03/17/2020 - Orders Only in Norton Orthopedic Institute (continued)

Patient Summary as-of Visit (continued)

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

As of 6/9/2016 (Log 423824)

| Status: | Implanted |
|---|---|

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0248**

10-22-'20 11:21 FROM-                                          T-686   P0033/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:            Sex: M
Visit date: 3/24/2020

## 03/24/2020 - Telephone in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
|---|---|---|
| 9880 Angies Way | Encounter Date: | 3/24/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | |
| | Contact Serial #: | 10085132723 |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson, Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon, Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | | Status: | FULL TIME |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON, RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

PAGE 33/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:5033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0249**

10-22-'20 11:21 FROM-                                          T-686   P0034/0056 F-215

## NORTON
### HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:           Sex: M
1930 Bishop Ln            Visit date: 3/24/2020
STE 1200
Louisville KY 40218-1929

### 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Visit Information (continued)**

**Contacts**

|  | Type | Contact | Phone | User |
|---|---|---|---|---|
| 03/24/2020 01:32 PM EDT | Phone (Incoming) | Johnson, Richard L (Self) | (H) | Walker, Joie |

**Reason for Visit**

**Chief Complaint**

* Results, onset date 3/24/2020

**Patient Summary as-of Visit**

**Immunizations**

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

**History** as of 3/24/2020

**Medical History** as of 3/24/2020

**Medical last reviewed by Hupp, Jason, PA on 3/4/2020**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

**Surgical History** as of 3/24/2020

**Surgical last reviewed by Hupp, Jason, PA on 3/4/2020**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

**Family History** as of 3/24/2020

**Family History as of 3/24/2020**

**Lincoln/R. Johnson 0250**

10-22-'20 11:21 FROM-                                            T-686  P0035/0056 F-215

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/24/2020

Sex: M

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use
Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| **Frequency** | **Typical Drinks** | **Binge Drinking** | | |
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/24/2020

#### Socioeconomic as of 3/24/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/24/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                    (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

**Lincoln/R. Johnson 0251**

**NORTON HEALTHCARE**
Real people. Remarkable care.

| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
|---|---|---|
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 3/24/2020 | |
| Louisville KY 40218-1929 | | |

### 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted** (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Lef

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
|---|---|---|---|
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Shoulde

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
|---|---|---|---|

**Lincoln/R. Johnson 0252**

10-22-'20 11:22 FROM-                                          T-686   P0037/0056 F-215

PAGE 37/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0253**

10-22-'20 11:22 FROM-                                        T-686  P0038/0056 F-215

PAGE 38/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0254**

10-22-'20 11:22 FROM-                                                    T-686   P0039/0056 F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/24/2020

Sex: M

## 03/24/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
|---|---|

**Clinical Notes**

**Telephone Encounter**

**Krupp, Ryan J., MD at 3/25/2020 11:09 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 3/25/2020 11:09 AM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

Reviewed with patient via phone and instructed on conservative treatment regimen

Electronically signed by Krupp, Ryan J., MD at 3/25/2020 11:09 AM

**Mehring, Michael, MA-LMR at 3/25/2020 10:17 AM**

| Author: Mehring, Michael, MA-LMR | Service: — | Author Type: Athletic Trainer |
|---|---|---|
| Filed: 3/25/2020 10:18 AM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Mehring, Michael, MA-LMR (Athletic Trainer) | | |

Please review MRI and advise. Already tried injection.

Electronically signed by Mehring, Michael, MA-LMR at 3/25/2020 10:18 AM

**Trautwein, Devin Lee at 3/24/2020 1:43 PM**

| Author: Trautwein, Devin Lee | Service: — | Author Type: — |
|---|---|---|
| Filed: 3/24/2020 1:43 PM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Trautwein, Devin Lee | | |

Please advise.

Electronically signed by Trautwein, Devin Lee at 3/24/2020 1:43 PM

**Walker, Joie at 3/24/2020 1:33 PM**

| Author: Walker, Joie | Service: — | Author Type: — |
|---|---|---|
| Filed: 3/24/2020 1:34 PM | Encounter Date: 3/24/2020 | Status: Signed |
| Editor: Walker, Joie | | |

MRI results appointment for 03/31 has been cancelled. Pt would a phone call for results.

Electronically signed by Walker, Joie at 3/24/2020 1:34 PM

**All Orders**

No orders found for this encounter

PAGE 39/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0255**

10-22-'20 11:22 FROM-                                                T-686   P0040/0056 F-215

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:              Sex: M
1930 Bishop Ln            Visit date: 3/24/2020
STE 1200
Louisville KY 40218-1929

**03/24/2020 - Telephone in Norton Orthopedic Institute (continued)**

PAGE 40/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0256**

10-22-'20 11:22 FROM-                                    T-686   P0041/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

### 03/25/2020 - Documentation in Norton Orthopedic Institute
### FACESHEET

Norton Orthopedic Institute
9880 Angies Way
Suite 250
Louisville, KY 40241-2847

| | |
|---|---|
| Encounter Date: | 3/25/2020 |
| MRN: | EP01810172 |
| Guarantor: | |
| Contact Serial #: | 10085171362 |

**PATIENT**

| | | | | |
|---|---|---|---|---|
| Name: | JOHNSON, RICHARD L | | Preferred Name: | |
| Address: | | | Preferred Language: | ENGLISH |
| City: | | | | |
| DOB: | | | Primary Phone: | 502-594-4494 |
| Sex: | Male | | Mobile Phone: | Telephone Information: |
| | | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

**GUARANTOR**

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |
| GUARANTOR EMPLOYER | | | |
| Employer: | | Status: | |

**COVERAGE**

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Lincoln/R. Johnson 0257**

## NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L.
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Visit Information (continued)**

**Provider Information**

**Encounter Provider**
Krupp, Ryan J., MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

**Patient Summary as-of Visit**

**Immunizations**

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

**History** as of 3/25/2020

**Medical History** as of 3/25/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

**Surgical History** as of 3/25/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

**Family History** as of 3/25/2020

**Family History as of 3/25/2020**

None

Lincoln/R. Johnson 0258

10-22-'20 11:23 FROM-                                                T-686   P0043/0056 F-215

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

## 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 3/25/2020

#### Socioeconomic as of 3/25/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 3/25/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                      (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

PAGE 43/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0259**

10-22-'20 11:23 FROM-                                                T-686   P0044/0056 F-215

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                     Sex: M
Visit date: 3/25/2020

---

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Status: | Implanted |
| --- | --- |

**Cement Palacose 00111214001 - Log517090 - Implanted**                                        (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036983 | Model/Cat number: | 00111214001 |
| --- | --- | --- | --- |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                             (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                         (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                       (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                        (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                                          (Left

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| --- | --- | --- | --- |
| Manufacturer: | BIOMET INC | | |
| As of 1/31/2017 (Log 517090) | | | |

| Status: | Implanted |
| --- | --- |

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                                         (Left) Shoulde

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| --- | --- | --- | --- |

**Lincoln/R. Johnson 0260**

10-22-'20 11:24 FROM-                                        T-686   P0045/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln            Visit date: 3/25/2020
STE 1200
Louisville KY 40218-1929

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

**As of 6/9/2016 (Log 423624)**

| Status: | Implanted |
|---|---|

**Clinical Notes**

**Progress Notes**

**Krupp, Ryan J., MD at 3/25/2020 11:06 AM**

| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 3/25/2020 11:09 AM | Encounter Date: 3/25/2020 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

I reviewed the patient's recent right shoulder MRI with him at length via the phone today. His MRI demonstrate partial thickness rotator cuff tearing, tendinopathy of the rotator cuff and biceps tendon, likely degenerative labral tearing, impingement.

We discussed the options of conservative care versus surgical intervention and what that would entail.

If he were to move forward with surgery this would include a **right shoulder arthroscopy with rotator cuff repair verse debridement, labral debridement, chondroplasty, subacromial decompression, biceps tenodesis and related procedures** similar to what he had on the left shoulder.

The patient would like to move forward with conservative care at this point and see how he does. If symptom: persist, he will call back later to take additional steps.

He was instructed to utilize the following conservative measures:

Activity modification

Home exercise program as instructed

Biofreeze

Mobic 15 milligrams one by mouth daily

The spectrum of treatment options were discussed with the patient in detail including both the nonoperative and operative treatment modalities and their respective risks and benefits. The details of the surgical procedure were explained including the location of probable incisions and a description of the likely hardware/grafts to be used. The patient understands the likely convalescence after surgery as well as the rehabilitation required. Also, we have thoroughly discussed the risks, benefits, and alternatives to surgery, including but not limited to the risk of infection, joint stiffness, blood clots (including DVT and/or pulmonary embolus along with the risk of death), neurologic and/or vascular injury, fracture, dislocation, nonunion, malunion, need for further surgery including hardware failure requiring revision, and continued pain. It was explained that if tissue has been repaired or reconstructed, there is also a chance of failure which may require further management. In addition, we have discussed the risks, including the risk of disease transmission, associated with any allograft tissue which may be utilized. Following the completion of the discussion, the patient expressed understanding of this planned course care, all their questions were answered and consent was obtained.

**Lincoln/R. Johnson 0261**

10-22-'20 11:24 FROM-                                                    T-686   P0046/0056 F-215

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 3/25/2020

Sex: M

### 03/25/2020 - Documentation in Norton Orthopedic Institute (continued)

**Clinical Notes (continued)**

Electronically signed by Krupp, Ryan J., MD at 3/25/2020 11:09 AM

**All Orders**

No orders found for this encounter

PAGE 46/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0262**

10-22-'20 11:24 FROM-                                      T-686   P0047/0056  F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:           Sex: M
Visit date: 5/5/2020

## 05/05/2020 - Telephone in Norton Orthopedic Institute
### FACESHEET

| Norton Orthopedic Institute | |
|---|---|
| 9880 Angies Way | Encounter Date: 5/5/2020 |
| Suite 250 | MRN: EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: |
| | Contact Serial #: 10086652620 |

### PATIENT

| | | | |
|---|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: | |
| Address: | | Preferred Language: | ENGLISH |
| City: | | | |
| DOB: | | Primary Phone: | ! 4 |
| Sex: | Male | Mobile Phone: | Telephone Information: |
| | | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: | No relevant phone numbers |

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |
| GUARANTOR EMPLOYER | | | |
| Employer: | | Status: | FULL TIME |

### COVERAGE

PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

### 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

Visit Information
PAGE 47/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0263**

10-22-'20 11:24 FROM-                                           T-686   P0048/0056 F-215

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                Sex: M
Visit date: 5/5/2020

## 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

### Visit Information (continued)

#### Contacts

| | Type | Contact | Phone | | User |
|---|---|---|---|---|---|
| 05/05/2020 11:29 AM EDT | Phone (Incoming) | Johnson, Richard L (Self) | | (H) | Smith, Briana |

### Reason for Visit

#### Chief Complaint

* Billing, onset date 5/5/2020

### Patient Summary as-of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 5/5/2020

#### Medical History as of 5/5/2020

Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 5/5/2020

Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

### Family History as of 5/5/2020

#### Family History as of 5/5/2020

**Lincoln/R. Johnson 0264**



**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/5/2020

Sex: M

## 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

### Substance & Sexuality History

#### Tobacco Use

Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

#### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Typical Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

#### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

#### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 5/5/2020

#### Socioeconomic as of 5/5/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 5/5/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                              (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

As of 1/31/2017 (Log 517090)

**Lincoln/R. Johnson 0265**

10-22-'20 11:25 FROM-                                                  T-686   P0050/0056 F-215

**NORTON** HEALTHCARE
*Real people. Remarkable care.*

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 5/5/2020

## 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted**                          (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knees**

**Knee Base Tib 79 141235 - Log517090 - Implanted**                             (Left) Kne

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                         (Left) Kne

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                       (Left) Kne

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                        (Left) Kne

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                           (Left

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
|---|---|---|---|
| Manufacturer: | BIOMET INC | | |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Screws, Bolts and Washers**

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                        (Left) Shoulde

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
|---|---|---|---|

**Lincoln/R. Johnson 0266**

10-22-'20 11:25 FROM-                                T-686   P0051/0056 F-215

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS        Johnson, Richard L
SERVICES                 MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln           Visit date: 5/5/2020
STE 1200
Louisville KY 40218-1929

### 05/05/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
|---|---|---|---|

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
|---|---|

**Clinical Notes**

**Telephone Encounter**

**McCarthy, Lydia N. at 5/6/2020 2:36 PM**

| Author: McCarthy, Lydia N. | Service: — | Author Type: Technologist |
|---|---|---|
| Filed: 5/6/2020 2:37 PM | Encounter Date: 5/5/2020 | Status: Signed |
| Editor: McCarthy, Lydia N. (Technologist) | | |

Called and spoke with patient. He states that he recently received a collections call on a bill that he thought h already been taken care of by someone. Told patient I would contact the billing department to see if we can c anything else to assist him.

Electronically signed by McCarthy, Lydia N. at 5/6/2020 2:37 PM

**Smith, Briana at 5/5/2020 11:30 AM**

| Author: Smith, Briana | Service: — | Author Type: — |
|---|---|---|
| Filed: 5/5/2020 11:32 AM | Encounter Date: 5/5/2020 | Status: Signed |
| Editor: Smith, Briana | | |

Patient stated that Billing recommended the patient to speak w/ the practice manager in regards to a billing matter.
Patient was advised that a message would be sent to the practice manager.

Please advise @

Thank you

Electronically signed by Smith, Briana at 5/5/2020 11:32 AM

**All Orders**

No orders found for this encounter

**Lincoln/R. Johnson 0267**

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 5/6/2020

## 05/06/2020 - Telephone in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
|---|---|---|
| 9880 Angies Way | Encounter Date: | 5/6/2020 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | |
| | Contact Serial #: | 10086732945 |

### PATIENT

| | | | | |
|---|---|---|---|---|
| Name: | JOHNSON, RICHARD L | | Preferred Name: | |
| Address: | | | Preferred Language: | ENGLISH |
| City: | | | | |
| DOB: | | | Primary Phone: | |
| Sex: | Male | | Mobile Phone: | Telephone Information: Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | | Work Phone: | No relevant phone numbers |

#### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | | Home Phone: | |
| Guarantor ID: | | Work Phone: | |

#### GUARANTOR EMPLOYER

| | | |
|---|---|---|
| Employer: | | Status: FULL TIME |

### COVERAGE

#### PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | HUMANA GOLD PLUS HMO |
| Group Number: | X1813001 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | H00281198 | | |
| Pat. Rel. to Subscriber: | Self | | |

#### SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | N/A | Plan: | N/A |
| Group Number: | N/A | Insurance Type: | |
| Subscriber Name: | N/A | Subscriber DOB: | |
| Subscriber ID: | N/A | | |
| Pat. Rel. to Subscriber: | | | |

## 05/06/2020 - Telephone in Norton Orthopedic Institute (continued)

Visit Information

**Lincoln/R. Johnson 0268**

10-22-'20 11:26 FROM-                                                    T-686   P0053/0056 F-215

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

## 05/06/2020 - Telephone in Norton Orthopedic Institute (continued)

### Visit Information (continued)

### Patient Summary as of Visit

#### Immunizations

| Immunization | Administered On |
|---|---|
| Tdap | 07/08/2019 |

### History as of 5/6/2020

#### Medical History as of 5/6/2020
Medical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 5/6/2020
Surgical last reviewed by Hupp, Jason, PA on 3/4/2020

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 5/6/2020

##### Family History as of 5/6/2020
None

### Substance & Sexuality History

#### Tobacco Use
Tobacco Use last reviewed by Hupp, Jason, PA on 3/4/2020

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

PAGE 53/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0269**

10-22-'20 11:26 FROM-                                        T-686   P0054/0056   F-215

 **NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40216-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

## 05/06/2020 - Telephone in Norton Orthopedic Institute (continued)

### Patient Summary as-of Visit (continued)

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Typical Drinks | Binge Drinking | | |
| — | — | — | | |

### Drug Use

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

### Socioeconomic History as of 5/6/2020

#### Socioeconomic as of 5/6/2020

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

### Implants as of 5/6/2020

#### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Cement Palacose 00111214001 - Log517090 - Implanted**                                (Left) Kne

| Inventory item: | CEMENT PALACOSE 5036963 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |

**As of 1/31/2017 (Log 517090)**

| Status: | Implanted |
|---|---|

**Lincoln/R. Johnson 0270**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 5/6/2020

Sex: M

### 05/06/2020 - Telephone in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

#### Knees

**Knee Base Tib 79 141235 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted** (Left) Kne

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted** (Left

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |

As of 1/31/2017 (Log 517090)

| | |
|---|---|
| Status: | Implanted |

#### Screws, Bolts and Washers

**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted** (Left) Shoulde

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

As of 6/9/2016 (Log 423824)

| | |
|---|---|
| Status: | Implanted |

---

**Clinical Notes**

**Telephone Encounter**

**Lincoln/R. Johnson 0271**

10-22-'20 11:27 FROM-                                              T-686   P0056/0056  F-215

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 5/6/2020

**05/06/2020 - Telephone in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

**McCarthy, Lydia N. at 5/6/2020 2:36 PM**

| | | |
|---|---|---|
| Author: McCarthy, Lydia N. | Service: --- | Author Type: Technologist |
| Filed: 5/6/2020 2:36 PM | Encounter Date: 5/6/2020 | Status: Signed |
| Editor: McCarthy, Lydia N. (Technologist) | | |

n/a

Electronically signed by McCarthy, Lydia N. at 5/6/2020 2:36 PM

**All Orders**

No orders found for this encounter

PAGE 56/56 * RCVD AT 10/22/2020 11:22:42 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033345704 * CSID: * ANI:15026180605 * DURATION (mm-ss):15-32

**Lincoln/R. Johnson 0272**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, October 19, 2020 11:00:42 AM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | d5txv1ulyujsf8vk6jb4_9234220.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0273**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

October 19, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy. We are writing in reference to Richard Johnson's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on his LTD claim on August 18, 2020.

During a September 10, 2020 telephone conversation, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form.  We also advised in an effort to provide Mr. Johnson with a full and fair review, it may be in his best interest to submit additional medical records (i.e., office notes, consultation reports, diagnostic testing reports, etc.,) from Dr. Popham and any other treating providers from June 1, 2019 to the present for us to review as part of his appeal. It is important that we have all relevant medical documentation so that we have a clear picture of his condition.  The September 10, 2020 also letter indicated if we did not hear from you and did not receive additional information by October 10, 2020, we would proceed with the appeal review and make a final determination based on the information currently contained in Mr. Johnson's file.

On October 12, 2020, we contacted your office and left a voice message explaining the reason for our call and requested a return call.  We have not received a return call.

To assist us in evaluating your eligibility for benefits, we have referred Mr. Johnson's file for a medical review and assessment by an Appeals Nurse Consultant.

We anticipate a response from the reviewing Appeals Nurse no later than October 30, 2020.  If there

1  of 2

**Lincoln/R. Johnson 0274**

is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of your appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

2  of 2

**Lincoln/R. Johnson 0275**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Thursday, September 10, 2020 1:07:11 PM |
| To: | KDORAN@THEDORANLAWOFFICE.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Lantech, Inc. Claim No. 7521853 Richard Johnson |
| Attachments: | wrxaj9tpmhrqbeglnfur_9005027.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/R. Johnson 0276**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

September 10, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Lantech, Inc.'s Group Disability Policy.  We are writing regarding Richard Johnson's claim for LTD benefits under the Policy.

On August 18, 2020, we received a written request for review from your office on behalf of Mr. Johnson.  In the request, you also asked for a complete copy of Mr. Johnson's claim file.  A complete copy of the claim file was sent to your attention on August 19, 2020.

We spoke to you today confirming you received Mr. Johnson's claim file.  During the telephone conversation, we discussed the most recent medical records on file from Dr. Popham included a March 26, 2019 office note and a January 21, 2020 Restrictions Form.

In an effort to provide Mr. Johnson with a full and fair review, it may be in his best interest to submit additional medical records (i.e., office notes, consultation reports, diagnostic testing reports, etc.,) from Dr. Popham and any other treating providers from June 1, 2019 to the present for us to review as part of his appeal.   It is important that we have all relevant medical documentation so that we have a clear picture of his condition.

For Lincoln to conduct a timely review of Mr. Johnson's appeal, we ask that you submit any additional information you wish to have considered within 30 days of this letter.  Please contact us should you need additional time.

If we do not hear from you and do not receive additional information by **October 10, 2020**, we will proceed with our appeal review and make a final determination based on the information currently contained in Mr. Johnson's file.

1  of 2

**Lincoln/R. Johnson 0277**

Due to these special circumstances, an extension of time to process Mr. Johnson's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for additional documentation, the days from the date of this letter until we receive the records from Mr. Johnson's treating providers are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

2  of 2

**Lincoln/R. Johnson 0278**

**Lincoln/R. Johnson 0279**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:**     **CHARLOTTE**

| | | |
|---|---|---|
| Office: 587 | Manager: BOBO, KRISTIN | Case Mgr: TURNER, LATIMER |

Claimant Name: RICHARD    JOHNSON          Claim #: 7521853

Occupation (Job Title): TEAM LEADER, CHIEF ENGINEER          Date Sent: 8/25/2020

Diagnosis: M17.12 Unilateral primary osteoarthritis, left knee,  M25.562 Pain in left knee

Date of Disability: 1/31/2017          Date Benefits Began: 7/30/2017

Maximum Duration: 7/29/2021          Paid Through: 3/12/2020

Date of Denial or (DB451): 3/11/2020          Date Appeal Received: 8/24/2020

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: LANTECH, INC.

Product: LTD          Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

☑ Paperless
☐ Bilingual - translation complete
☐ Paper File
☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.          FAX No.

Account Specific or Unique Contract Issues / Additional Info:



# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@ thedoranlawoffice.com

Downtown Office
136 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
Attn: Appeals Review Unit
Group Benefitsd Disability Claims
P.O. Box 7213
London, KY 40742

Fax – 603-430-5923

## WRITTEN REQUEST FOR REVIEW OF DENIAL
## OF LONG-TERM DISABILITY BENEFITS

Re:  Richard Johnson/Claim # 7521853

Dear Mr. Latimer Turner:

I am representing Richard Johnson.  This letter serves as official notice of my representation of Mr. Johnson in the above matter.  This letter also serves as my client's written request to review your company's March 12, 2020 denial of disability benefits within the 180 days period specified in your correspondence. At your earliest convenience, I would appreciate your company sending me written confirmation that you have received our written request for review of the denial in this matter. **Please direct all communications regarding this matter exclusively to my office**.

At your earliest convenience, please provide me with copies of all notices, correspondence and forms which you have sent to Mr. Johnson, his medical providers or any other parties involved with providing information you relied upon in terminating long-term disability benefits to him. In addition to the foregoing, I am also formally requesting that you provide me with copies of all documents used or considered by your company in making its decision to terminate long-term disability benefits to Richard Johnson. Please include a copy of the report from the unspecified doctor in physical medicine and rehabilitation which you cite and quote in your denial letter. Please also forward me any documents including correspondence, records and forms which you received Mr. Johnson, his medical providers or any other parties providing information about Mr. Johnson's health, disability and/or functioning.

Your company has incorrectly ceased paying long-term disability benefits to Mr. Johnson. Under the terms of Mr. Johnson's long-term disability insurance with your company, it is obligated to continue paying long-term disability benefits to him if his disabilities/impairments prevent him

Lincoln/R. Johnson 0280

from performing one or more of the material duties of his own occupation for the first 36 months of the disability period.

As you know, Mr. Johnson began receiving disability benefits on July 30, 2017. At the time he was approved for disability benefits, it was conceded by your company that his disabilities/impairments prevented him from performing one or more of the material duties of his occupation. This position was confirmed by the Social Security Administration rendering a fully favorable decision in his case determining him eligible to receive social security disability benefits. Per the information provided for both the appeal we filed with your company and Mr. Johnson's social security application his disabling conditions are permanent.

The medical records and information previously supplied to your company indicate Mr. Johnson cannot perform the material duties of his own occupation. Moreover, the aforementioned documents also establish that he cannot perform with reasonably continuity the duties required for any occupation available in the national economy. If you or any person associated with your company disagree with this assessment of the medical evidence of record, I would appreciate you sending me written correspondence identifying any records which allegedly support Mr. Johnson being able to perform all of the material duties of his own occupation and/or handle all of the essential duties of any occupation available in the national economy.

Although the medical evidence of records does not indicate any realistic expectation for Mr. Johnson's disabling conditions improving, your correspondence indicates that Lincoln Life Assurance Company of Boston terminated disability benefits on March 12th solely on the following basis: records not including updated imaging or physical exam findings. In other words, the oxymoronic basis for your company terminating disability benefits is an alleged absence of Mr. Johnson's healthcare providers failing to discuss nonexistent improvement

Your correspondence does not cite any evidence indicating Mr. Johnson's condition has improved. Your decision terminating disability benefits does not identify any reason for believing Mr. Johnson has the physical capacity to perform the material duties of his occupation. Conversely, the available evidence of record amply documents that Mr. Johnson cannot perform the material duties of his own occupation nor can he perform with reasonably continuity the duties required for any occupation available in the national economy. Since the available evidence documents the continuing nature of Mr. Johnson's disabling condition, Lincoln Life Assurance Company of Boston improperly terminated disability benefits.

If your company has any questions regarding Mr. Johnson's current functional capacity, it could obviously obtain an updated FCE from his medical providers. But Lincoln Life Assurance Company of Boston cannot terminate disability benefits based upon the fiction that "no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective" because his recent medical records do not contain updated "critical information."

Given the medical and vocational evidence of record setting forth Mr. Johnson's limitations in functioning, your company's decision to terminate benefits is clearly erroneous. I am hoping your company will quickly reevaluate this position. Presuming your company reaches the same conclusion after reviewing this correspondence and Mr. Johnson's file, please forward my office

**Lincoln/R. Johnson 0281**

a check payable to "Richard Johnson and his attorney Kevan Doran" for the amount of outstanding LTD payments currently owed to my client.

Respectfully submitted,

Kevan M. Doran
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, Kentucky 40220
Phone: (502) 208-4971
Fax: (502) 618-0605
*Attorney for Richard Johnson*

**Lincoln/R. Johnson 0282**



**Doran Law Office**
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

CERTIFIED MAIL

7017 0660 0000 7091 3526

40742

U.S. POSTAGE
FCM LETTER
LOUISVILLE
40204
AUG 19, 20
AMOUNT
$6.9
R2305K13531

LINCOLN LIFE ASSURANCE COMPANY OF
BOSTON
ATTN: APPEALS REVIEW UNIT
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7213
LONDON, KY 40742

40742-721313

Lincoln/R. Johnson 0283



# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



Downtown Office
136 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
Attn: Appeals Review Unit
Group Benefitsd Disability Claims
P.O. Box 7213
London, KY 40742

Fax – 603-430-5923

### WRITTEN REQUEST FOR REVIEW OF DENIAL
### OF LONG-TERM DISABILITY BENEFITS

Re:  Richard Johnson/Claim # 7521853

Dear Mr. Latimer Turner:

I am representing Richard Johnson.  This letter serves as official notice of my representation of Mr. Johnson in the above matter.  This letter also serves as my client's written request to review your company's March 12, 2020 denial of disability benefits within the 180 days period specified in your correspondence. At your earliest convenience, I would appreciate your company sending me written confirmation that you have received our written request for review of the denial in this matter. **Please direct all communications regarding this matter exclusively to my office**.

At your earliest convenience, please provide me with copies of all notices, correspondence and forms which you have sent to Mr. Johnson, his medical providers or any other parties involved with providing information you relied upon in terminating long-term disability benefits to him. In addition to the foregoing, I am also formally requesting that you provide me with copies of all documents used or considered by your company in making its decision to terminate long-term disability benefits to Richard Johnson. Please include a copy of the report from the unspecified doctor in physical medicine and rehabilitation which you cite and quote in your denial letter. Please also forward me any documents including correspondence, records and forms which you received Mr. Johnson, his medical providers or any other parties providing information about Mr. Johnson's health, disability and/or functioning.

Your company has incorrectly ceased paying long-term disability benefits to Mr. Johnson. Under the terms of Mr. Johnson's long-term disability insurance with your company, it is obligated to continue paying long-term disability benefits to him if his disabilities/impairments prevent him

**Lincoln/R. Johnson 0284**

from performing one or more of the material duties of his own occupation for the first 36 months of the disability period.

As you know, Mr. Johnson began receiving disability benefits on July 30, 2017. At the time he was approved for disability benefits, it was conceded by your company that his disabilities/impairments prevented him from performing one or more of the material duties of his occupation. This position was confirmed by the Social Security Administration rendering a fully favorable decision in his case determining him eligible to receive social security disability benefits. Per the information provided for both the appeal we filed with your company and Mr. Johnson's social security application his disabling conditions are permanent.

The medical records and information previously supplied to your company indicate Mr. Johnson cannot perform the material duties of his own occupation. Moreover, the aforementioned documents also establish that he cannot perform with reasonably continuity the duties required for any occupation available in the national economy. If you or any person associated with your company disagree with this assessment of the medical evidence of record, I would appreciate you sending me written correspondence identifying any records which allegedly support Mr. Johnson being able to perform all of the material duties of his own occupation and/or handle all of the essential duties of any occupation available in the national economy.

Although the medical evidence of records does not indicate any realistic expectation for Mr. Johnson's disabling conditions improving, your correspondence indicates that Lincoln Life Assurance Company of Boston terminated disability benefits on March 12th solely on the following basis: records not including updated imaging or physical exam findings. In other words, the oxymoronic basis for your company terminating disability benefits is an alleged absence of Mr. Johnson's healthcare providers failing to discuss nonexistent improvement

Your correspondence does not cite any evidence indicating Mr. Johnson's condition has improved. Your decision terminating disability benefits does not identify any reason for believing Mr. Johnson has the physical capacity to perform the material duties of his occupation. Conversely, the available evidence of record amply documents that Mr. Johnson cannot perform the material duties of his own occupation nor can he perform with reasonably continuity the duties required for any occupation available in the national economy. Since the available evidence documents the continuing nature of Mr. Johnson's disabling condition, Lincoln Life Assurance Company of Boston improperly terminated disability benefits.

If your company has any questions regarding Mr. Johnson's current functional capacity, it could obviously obtain an updated FCE from his medical providers. But Lincoln Life Assurance Company of Boston cannot terminate disability benefits based upon the fiction that "no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective" because his recent medical records do not contain updated "critical information."

Given the medical and vocational evidence of record setting forth Mr. Johnson's limitations in functioning, your company's decision to terminate benefits is clearly erroneous. I am hoping your company will quickly reevaluate this position. Presuming your company reaches the same conclusion after reviewing this correspondence and Mr. Johnson's file, please forward my office

**Lincoln/R. Johnson 0285**

a check payable to "Richard Johnson and his attorney Kevan Doran" for the amount of outstanding LTD payments currently owed to my client.

Respectfully submitted,

Kevan M. Doran
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, Kentucky 40220
Phone: (502) 208-4971
Fax: (502) 618-0605
*Attorney for Richard Johnson*

**Lincoln/R. Johnson 0286**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




KEVAN DORAN
DORAN LAW OFFICE
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE KY 40220

**Lincoln/R. Johnson 0287**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

August 19, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to Richard Johnson's claim for LTD benefits under the Policy.

Per Mr. Johnson's August 18, 2020 request for relevant claim documentation, we have enclosed the following information:

•   A complete copy of our claim file

If Mr. Johnson has any questions regarding this information, please contact me.

Sincerely,

Marlon Thompson
Long Term Disability Case Manager
On Behalf Of: Latimer Turner
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

1  of 1

**Lincoln/R. Johnson 0288**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




KEVAN DORAN
DORAN LAW OFFICE
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE KY 40220

**Lincoln/R. Johnson 0289**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

August 19, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:     Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference
to Richard Johnson's claim for LTD benefits under the Policy.

Per Mr. Johnson's August 18, 2020 request for relevant claim documentation, we have enclosed the
following information:

   •   A complete copy of our claim file

If Mr. Johnson has any questions regarding this information, please contact me.

Sincerely,

Marlon Thompson
Long Term Disability Case Manager
On Behalf Of: Latimer Turner
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

1  of 1

**Lincoln/R. Johnson 0290**

# SYSTEMONE FILE COPY REQUEST FORM

**Please select delivery method:**   ☒ **OneDrive- PREFERRED METHOD**   ☐ **Paper File Copy\***

| Requested By: | ATTY Kevan Doran |
|---|---|
| Date of Request: | 8/18/2020 |
| Claimant Name: | RICHARD JOHNSON |

**Claim number(s)** *Please list only the claims required for the copy job (i.e., LTD, STD, STAT, etc.)*

| 7521853 | | | | | | |
|---|---|---|---|---|---|---|

**Required for delivery via OneDrive:**

| Recipient Email Address | kdoran@thedoranlawoffice.com |
|---|---|

**Required for delivery of paper file copy:**

\*Paper file copy available upon request if required by recipient. Paper copies are sent via 2-day mail unless otherwise specified. *Please note FedEx does not deliver to P.O. Boxes.*

☐ Please select if a cover letter is attached to this request to send with paper file copy

| Name of Recipient | |
|---|---|
| Mailing Address | |
| Recipient Phone # | |

**Please select one of the following options:**

☒ **Request for Administrative Record (COMPLETE FILE)**

*Administrative Record will include the following for each claim number specified above.*

- ❖ Claim Note(s)
- ❖ Coversheet(s)
- ❖ ALL documents & letters in Doc List and Correspondence Link
- ❖ Surveillance video (*obtained by DCM, if any*)
- ❖ Applicable policy (*obtained by DCM*)

☐ **Request for Specific Records**

   ☐ Claim Note(s)

   ☐ Coversheet(s)

   ☐ Specific Letters in Correspondence Link/Doc List:

| Letter Name/date | Letter Name/date |
|---|---|
| Letter Name/date | Letter Name/date |

| **Special Requests or Handling Instructions** | |
|---|---|

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com

- o Requests will be completed within 2 business days.
- o If applicable, FedEx confirmation will be saved in EDM for tracking reference.

**Lincoln/R. Johnson 0291**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




KEVAN DORAN
DORAN LAW OFFICE
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE KY 40220

**Lincoln/R. Johnson 0292**

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

August 19, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference
to Richard Johnson's claim for LTD benefits under the Policy.

Per Mr. Johnson's August 18, 2020 request for relevant claim documentation, we have enclosed the
following information:

   •   A complete copy of our claim file

If Mr. Johnson has any questions regarding this information, please contact me.

Sincerely,

Marlon Thompson
Long Term Disability Case Manager
On Behalf Of: Latimer Turner
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

1  of 1

**Lincoln/R. Johnson 0293**

08-18-'20 19:25 FROM-                                           T-644  P0001/0003 F-033



**Downtown Office**
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
Attn: Appeals Review Unit
Group Benefitsd Disability Claims
P.O. Box 7213
London, KY 40742

Fax — 603-430-5923

## WRITTEN REQUEST FOR REVIEW OF DENIAL
## OF LONG-TERM DISABILITY BENEFITS

Re: Richard Johnson/Claim # 7521853

Dear Mr. Latimer Turner:

I am representing Richard Johnson. This letter serves as official notice of my representation of Mr. Johnson in the above matter. This letter also serves as my client's written request to review your company's March 12, 2020 denial of disability benefits within the 180 days period specified in your correspondence. At your earliest convenience, I would appreciate your company sending me written confirmation that you have received our written request for review of the denial in this matter. **Please direct all communications regarding this matter exclusively to my office.**

At your earliest convenience, please provide me with copies of all notices, correspondence and forms which you have sent to Mr. Johnson, his medical providers or any other parties involved with providing information you relied upon in terminating long-term disability benefits to him. In addition to the foregoing, I am also formally requesting that you provide me with copies of all documents used or considered by your company in making its decision to terminate long-term disability benefits to Richard Johnson. Please include a copy of the report from the unspecified doctor in physical medicine and rehabilitation which you cite and quote in your denial letter. Please also forward me any documents including correspondence, records and forms which you received Mr. Johnson, his medical providers or any other parties providing information about Mr. Johnson's health, disability and/or functioning.

Your company has incorrectly ceased paying long-term disability benefits to Mr. Johnson. Under the terms of Mr. Johnson's long-term disability insurance with your company, it is obligated to continue paying long-term disability benefits to him if his disabilities/impairments prevent him

**Lincoln/R. Johnson 0294**

from performing one or more of the material duties of his own occupation for the first 36 months of the disability period.

As you know, Mr. Johnson began receiving disability benefits on July 30, 2017. At the time he was approved for disability benefits, it was conceded by your company that his disabilities/impairments prevented him from performing one or more of the material duties of his occupation. This position was confirmed by the Social Security Administration rendering a fully favorable decision in his case determining him eligible to receive social security disability benefits. Per the information provided for both the appeal we filed with your company and Mr. Johnson's social security application his disabling conditions are permanent.

The medical records and information previously supplied to your company indicate Mr. Johnson cannot perform the material duties of his own occupation. Moreover, the aforementioned documents also establish that he cannot perform with reasonably continuity the duties required for any occupation available in the national economy. If you or any person associated with your company disagree with this assessment of the medical evidence of record, I would appreciate you sending me written correspondence identifying any records which allegedly support Mr. Johnson being able to perform all of the material duties of his own occupation and/or handle all of the essential duties of any occupation available in the national economy.

Although the medical evidence of records does not indicate any realistic expectation for Mr. Johnson's disabling conditions improving, your correspondence indicates that Lincoln Life Assurance Company of Boston terminated disability benefits on March 12th solely on the following basis: records not including updated imaging or physical exam findings. In other words, the oxymoronic basis for your company terminating disability benefits is an alleged absence of Mr. Johnson's healthcare providers failing to discuss nonexistent improvement

Your correspondence does not cite any evidence indicating Mr. Johnson's condition has improved. Your decision terminating disability benefits does not identify any reason for believing Mr. Johnson has the physical capacity to perform the material duties of his occupation. Conversely, the available evidence of record amply documents that Mr. Johnson cannot perform the material duties of his own occupation nor can he perform with reasonably continuity the duties required for any occupation available in the national economy. Since the available evidence documents the continuing nature of Mr. Johnson's disabling condition, Lincoln Life Assurance Company of Boston improperly terminated disability benefits.

If your company has any questions regarding Mr. Johnson's current functional capacity, it could obviously obtain an updated FCE from his medical providers. But Lincoln Life Assurance Company of Boston cannot terminate disability benefits based upon the fiction that "no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective" because his recent medical records do not contain updated "critical information."

Given the medical and vocational evidence of record setting forth Mr. Johnson's limitations in functioning, your company's decision to terminate benefits is clearly erroneous. I am hoping your company will quickly reevaluate this position. Presuming your company reaches the same conclusion after reviewing this correspondence and Mr. Johnson's file, please forward my office

**Lincoln/R. Johnson 0295**

a check payable to "Richard Johnson and his attorney Kevan Doran" for the amount of outstanding LTD payments currently owed to my client.

Respectfully submitted,

Kevan M. Doran
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, Kentucky 40220
Phone: (502) 208-4971
Fax: (502) 618-0605
*Attorney for Richard Johnson*

Lincoln/R. Johnson 0296

# Billing Statement:

**ReleasePoint**

**Invoice Date: 03/04/2020**          **Invoice #: 711442-99**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Feb 1 2020 and Feb 29 2020**

**LIBMT6**                                      **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6083176 7521853 | JOHNSON, RICHARD ELLIS & BADENHAUSEN ORTHOPED... | Complete | 01/17/20 L Turner | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00 5 | **$ 8.00** |
| 6083175 7521853 | JOHNSON, RICHARD LANGRANGE CHIROPRACTIC | Canceled | 02/15/20 L Turner | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 4.00** |
| 6083174 7521853 | JOHNSON, RICHARD ELLIS & BADENHAUSEN ORTHOP. | Complete | 02/13/20 L Turner | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00 4 | **$ 8.00** |

**ReleasePoint**

**Total Amount Due:**          **$ 20.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**          **Tax ID: 95-2843455**

**Lincoln/R. Johnson 0297**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

| | |
|---|---|
| Date:  March 12, 2020 | |
| To:    KEVAN DORAN<br>DORAN LAW OFFICE<br>2950 BRECKENRIDGE LANE<br>STE 12A<br>LOUISVILLE KY 40220 | |
| Attn:  Kevan Doran | |
| Fax:   (502) 855-3166 | |
| From:  Latimer Turner<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5923 | |
| Total Pages<br>(Including Cover):   5 | |
| RE:<br><br>Claim #:   7521853<br>Claimant:  Richard Johnson<br><br>Lantech, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0298**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

March 12, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference
to Richard Johnson's claim for LTD benefits under the Policy.

We have completed a thorough review of Mr. Johnson's eligibility for benefits and have determined
that benefits are not payable beyond March 12, 2020. Lantech, Inc.'s LTD Policy requires that to
receive benefits Mr. Johnson must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 36 months of Disability the Covered*
> *Person, as a result of Injury or Sickness, is unable to perform the Material and*
> *Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the*
> *Material and Substantial Duties of Any Occupation.*
>
> *"Own Occupation" means the Covered Person's occupation that he was performing when*
> *his Disability or Partial Disability began. For the purposes of determining Disability*
> *under this policy, Liberty will consider the Covered Person's occupation as it is normally*
> *performed in the national economy.*

Mr. Johnson has been receiving LTD benefits for his disability since July 30, 2017.

In order to evaluate whether or not he continued to meet the above definition of disability, we
requested medical information from his physician(s).

1  of 4

**Lincoln/R. Johnson 0299**

Mr. Johnson submitted a claim for left knee pain and back and neck pain and his claim file contains the following medical documentation:

- Medical records dated January 10, 2017 through January 21, 2020 from Dr. Popham.
- Medical records dated May 29, 2018 through October 4, 2018 Dr. Petrucci.
- Medical records dated March 26, 2019 from Ellis and Badenhausen Physical Therapy

In order to better understand the restrictions and limitations in relation to your medical condition, your file was referred to a doctor Board Certified in Physical Medicine and Rehabilitation. A summary of the review follows:

*Assessment/Rationale*

*This review is from a Physical Medicine and Rehabilitation perspective only. The claimant is a 64-yearold male. The chiropractic reports spanning 05/29/2018 - 10/04/2018 are reviewed. The claimant has been managed with manual, manipulative therapy for diagnoses that include upper back pain, and cervical myofascial pains. Treatments have included manual manipulation, dry needling, and soft tissue mobilizations. The chiropractic provider notes there are multiple areas of subluxations, noted about the spine and active trigger points are consistently palpated. On 10/04/2018, the chiropractic provider notes the claimant derives some relief of pain, with manual therapy. However, subluxations and spasms remain present on the exam, and the visual analog scale (VAS) pain level is 7/10. As per the report dated 01/16/2019, Dr. Krupp, MD indicates the claimant complains of new-onset right shoulder pains. There is no specific mechanism of injury, but the claimant does report associated numbness. The history is*
*notable for prior LEFT shoulder debridement in 2016. On exam, there is tenderness to palpation over the greater tuberosity and biceps groove. There is positive impingement, and Speed's. Mild ER and deltoid weakness is seen. Diagnoses include rotator cuff (RTC) impingement. Plan: A cortisone injection was performed. MRI can be considered if symptoms do not improve. As per the report dated 03/26/2019, Dr. Popham, MD indicates the claimant is now status post left total knee arthroplasty (TKA). The current pain is 6/10 and made worse by walking. Medications include Tylenol ES. The claimant denies instability or tingling. On exam, there is distal hamstring insertion tenderness to palpation. There is no gross motor or sensory deficit. Hamstring injury following TKA is diagnosed. Medications were prescribed for knee pain.*

*This claimant is status post left TKR, with ongoing pain. However, the records do not include any recent physician reports, including updated imaging or physical exam findings. Therefore, given this lack of critical information, no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective, from the review period of 02/24/2020 onward and beyond.*

Based on the medical documentation received in relation to the requirements of his occupation, Mr. Johnson no longer meets the definition of disability outlined above. Thus benefits are no longer payable and we must close his claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to Mr. Johnson's claim. If benefits are awarded retroactive to his period of disability with Lincoln Life Assurance Company of Boston, Mr. Johnson is expected to repay the

**Lincoln/R. Johnson 0300**

amount of any other benefit he would have received during the time period that he received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify him regarding any repayment due.

In our review of Mr. Johnson's claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Lantech, Inc.'s Policy. Moreover, Lincoln Life Assurance Company of Boston has obtained and considered an independent medical review that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Mr. Johnson may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Mr. Johnson feels his claim should not have been denied. In his request for review please include the following documentation:

A current, valid Functional Capacity Evaluation with full efforts evident in all tasks, supporting your inability to perform the material and substantial duties of your Own Occupation as outlined above beyond March 12, 2020 and carrying forward any and all office notes, phone notes, consultations/evaluations, diagnostic test results, operative/procedure reports, treatment plans, restrictions and limitations, out of work/return to work notes and/or prescribed medications from January 21, 2020 forward from all of your treating providers.

You may submit any information pertaining to your Social Security Disability Award, including medical examinations, reports, disability determination explanations, records conducted by the Social Security Administration (SSA), and/or a complete copy of the SSA's disability determination file.

You should also provide any additional information that you feel will support his claim.

Mr. Johnson is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive his

3  of 4

**Lincoln/R. Johnson 0301**

written request for review within 180 days from the receipt of this notice, our claim decision will be final, his file will remain closed, and no further review will be conducted.

Under normal circumstances, Mr. Johnson will be notified of the final decision within 45 days from the date his request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį̱' dóó ná'ookąah nííní'ą̱ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį̱́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Mr. Johnson will be notified of the final decision no later than 90 days from the date his request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If Mr. Johnson has any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
LTD Technical Specialist I
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

**Lincoln/R. Johnson 0302**



Date:               3/09/2020

To:                 Latimer Turner

                    LINCOLN FINANCIAL GROUP

Re:                 RRS ID: 48304

---

Claimant:           Richard Johnson

Claim #:            7521853

Line of Business:   Disability

Review Type:        LTD

Review Level:       Initial

Advisory Report

## Clinical History

This review is from a Physical Medicine and Rehabilitation perspective only. The claimant is a 64-year-old male with a reported date of injury 01/31/2017. This claimant is status post left TKR (total knee replacement), with ongoing pain. The time period under review is from 02/24/2020 to 07/30/2020 and beyond.

Operative report dated 01/31/2017:  A left total knee replacement was performed.

Norton Healthcare records were reviewed. The claimant tolerated TKR surgery well.  The postoperative course has included management of pain with medications, and monitoring of hemodynamics.  The claimant was discharged home in good condition, on 02/02/2017.

As per the report dated 03/29/2017, Dr. Popham, MD (orthopedic surgeon) indicates the claimant is status post-surgery.  The claimant states arthritic pains are gone, but muscular pains remain severe. There is -5/100 degrees of range of motion on the exam. No discoloration is seen. Plan: Oral NSAID (non-steroidal anti-inflammatory drugs) therapy was prescribed.

As per PT (physical therapy) note dated 05/10/2017, the therapist indicates the claimant may have hit a plateau in terms of progress.  As of this date, a total of 22 visits to PT have been completed.

As per a note dated 06/07/2017, the physical therapist notes this claimant has been followed for numerous PT sessions since TKR. The treatments have included iontophoresis, modalities, joint mobilization, and strengthening. Continued pain at the distal left hamstring insertion and the posterior knee is noted.

As per the report dated 06/12/2017, Dr.  Popham, MD indicates the claimant has persistent left knee pains, with palpable popping.  The claimant does not feel much progress is being made with PT.  There is

**Lincoln/R. Johnson 0303**



no instability on the exam, and the range of motion is -5/90 degrees. Plan: Referral to a specialist for consultation given persistent symptoms.

PT reports spanning 06/15/2017 - 07/10/2017 is reviewed. The claimant is being treated for knee pains status post TKR.  Treatments have included soft tissue mobilization, range of motion exercises, modalities, and home exercise program implementation.

As per the report dated 06/22/2017, Dr. Schaper, MD (unspecified specialty) notes the claimant has chronic left knee pains, and there is noted fairly severe medial knee arthritis. The claimant has no preceding trauma, but pain may have occurred after he was working on a furnace.  He is diffusely tender to palpation, about the left knee. The knee is stable to varus and valgus stress testing.  Straight leg raise (SLR) is negative.  X-rays reveal an excellent TKR prosthesis position. Plan: physical therapy.

As per the report dated 07/10/2017, Dr. Popham, MD indicates the claimant has persistent knee pains following surgical TKR.  He feels some progress is now being made, with dry needling.  The range of motion is -5/112 degrees, as per physical therapy.  On exam, there is posterior knee tenderness to palpation, with posterolateral popping. Range of motion is measured at -5/95 degrees.  NSAIDs were recommended.  A referral to Dr. Price was placed.

As per report dated 07/20/2017, Dr. Price, MD (unspecified specialty) indicates the claimant has complaints of ongoing left knee pains, despite a prior TKR.  He feels that he has lost some range of motion. Treatments have included medications. On exam, gait is with a slight limp. He has full extension and more than 100 degrees of flexion.  A subtle latent infection needs to be ruled out.  As such, baseline labs will be ordered.

As per the report dated 08/14/2017, Dr. Popham, MD indicates the claimant has ongoing knee pain and remains engaged with physical therapy. There is knee tenderness to palpation on the exam, and the range of motion is 0-95 degrees.  A knee contracture is diagnosed. Plan: Pursue manipulation under anesthesia.

Operative report dated 09/13/2017: MUA (Manipulation under anesthesia) was performed (left knee) on this date.

As per the report dated 09/26/2017, Dr. Popham, MD indicates the claimant is stable, status post MUA. He takes Ibuprofen for pain. The range of motion is -5/105 degrees on the exam. Plan: Medications were prescribed.

As per the report dated 10/16/2017, Dr. Popham, MD indicates the claimant has ongoing knee pain, and the claimant states the knee is not doing too well.  There is some left calf atrophy on the exam; the left calf is also focally tender.  Medications include Ibuprofen.  Plan: A left calf injection of steroid into the point of maximal tenderness, was performed.

As per the report dated 11/27/2017, Dr. Popham, MD indicates the claimant has continued pain in the left knee.  Pain is associated with joint popping.  History is notable for left TKR on 01/31/2017, followed

Claimant Name: Richard Johnson                                                                                    RRS ID: 48304

**Lincoln/R. Johnson 0304**



by manipulation under anesthesia (MUA) on 09/13/2017. The claimant has 0-100 degrees of range of motion.  Pes anserine bursa tenderness to palpation was also noted on the exam. Plan: An injection of steroid into the point of maximal tenderness, was performed.

As per the report dated 01/08/2018, Dr. Popham, MD indicates the claimant continues to suffer from left knee pains. He has trouble sleeping and continues to require Mobic to reduce pain.  He has no instability. On exam, swelling is not seen.  There is some fibula and posterior knee tenderness to palpation. The range of motion is -5/105 degrees. Plan: physical therapy.

As per the report dated 03/05/2018, Dr. Popham, MD indicates the claimant reports no changes in left knee pain. Current pain is rated 5-6/10. On exam, there is posterolateral knee tenderness to palpation. Effusion is not noted. There is some calf atrophy and range of motion is -3/95 degrees. Medications were prescribed on this date.

As per the report dated 03/12/2018, Dr. Popham, MD indicates the claimant reports no changes in left knee pain. The current pain is rated 6/10.  On exam, there is posterolateral knee tenderness to palpation. Effusion is not noted. There is some calf atrophy and range of motion is -3/95 degrees. Medications were prescribed on this date.

As per the report dated 04/10/2018, Dr. Popham, MD indicates the claimant has left knee and left shoulder pains, rated at a 6/10.  On exam, there is posterolateral knee tenderness to palpation. Effusion is not noted.  There is some calf atrophy and range of motion is -3/95 degrees. Physical therapy (PT) was recommended.

Physical therapy reports spanning 01/17/2018 - 04/19/2018 are reviewed.  The claimant is being managed for knee arthritis and persistent pains. Treatments have included modalities, dry needling, strengthening, therapeutic exercises, and neuromuscular reeducation. Education and implementation of a home exercise program were also performed.

As per the report dated 05/15/2018, Dr. Popham, MD indicates the claimant reports 6/10 left knee pain. Medications include Mobic and Tylenol. History is notable for left shoulder rotator cuff repair (2016), and left total knee replacement (01/31/2017).  On exam, there is some left calf atrophy noted, and range of motion at the knee is -3/93 degrees.  A steroid injection was performed on this date.

MRI cervical spine dated 06/13/2018: Multilevel spondylosis is noted, including a 3-mm midline disc protrusion at C5-6, causing flattening of the thecal sac, and mild canal stenosis.

As per the report dated 07/17/2018, Dr. Popham, MD indicates the patient has continued left knee pains.  Current pain is rated 6-7 out of 10.  On exam, some left; calf atrophy is noted. The range of motion is -3/93 degrees. Tenderness to palpation along the medial edge of the lateral gastrocnemius is also appreciated. Plan: Medications were prescribed. MRI was ordered.

MRI left knee dated 07/18/2018:  Limited by artifact. Moderate effusion is seen. Mild patellar tendinopathy.

Claimant Name: Richard Johnson                                                                              RRS ID: 48304

**Lincoln/R. Johnson 0305**



As per the report dated 07/24/2018, Dr. Popham, MD indicates the patient has continued left knee pains and stiffness.  He has completed a recent MRI.  Current pain is rated 6-7 out of 10.  On exam, some left calf atrophy is noted. The range of motion is -3/93 degrees. Tenderness to palpation along the medial edge of the lateral gastrocnemius is also appreciated.  Plan: Medications were prescribed. MRI: Limited by artifact. Moderate effusion is seen; mild patellar tendinopathy.

As per the report dated 09/25/2018, Dr. Popham, MD indicates the claimant endorses 6/10 persistent left knee pain. Symptoms are ongoing, but a cortisone injection at the last visit provided some pain relief.   Medications include Mobic. On exam, there is some left C6-7 paracervical tenderness to palpation, and left posterior knee tenderness between the calf midpoint and the medial-lateral gastrocnemius heads. The sensation is intact. Plan: Medications were prescribed.

Chiropractic reports spanning 05/29/2018 - 10/04/2018 are reviewed.  The claimant has been managed with manual, manipulative therapy for diagnoses that include upper back pain, and cervical myofascial pains.  Treatments have included manual manipulation, dry needling, and soft tissue mobilizations.  The chiropractic provider notes there are multiple areas of subluxations, noted about the spine and active trigger points are consistently palpated.  On 10/04/2018, the chiropractic provider notes the claimant derives some relief of pain, with manual therapy. However, subluxations and spasms remain present on the exam, and the visual analog scale (VAS) pain level is 7/10.

As per the report dated 01/16/2019, Dr. Krupp, MD (unspecified specialty) indicates the claimant complains of new-onset right shoulder pains.  There is no specific mechanism of injury, but the claimant does report associated numbness. The history is notable for prior Left shoulder debridement in 2016. On exam, there is tenderness to palpation over the greater tuberosity and biceps groove. There is positive impingement, and Speed's. Mild ER and deltoid weakness is seen. Diagnoses include rotator cuff (RTC) impingement.  Plan: A cortisone injection was performed. MRI can be considered if symptoms do not improve.

As per the report dated 03/26/2019, Dr. Popham, MD indicates the claimant is now status post left total knee arthroplasty (TKA).  The current pain is 6/10 and made worse by walking.  Medications include Tylenol ES.  The claimant denies instability or tingling.  On exam, there is distal hamstring insertion tenderness to palpation. There is no gross motor or sensory deficit.  Hamstring injury following TKA is diagnosed.  Medications were prescribed for knee pain.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 3/4/2020 9:52 AM EDT | Voicemail | Dialed 0) for Physicians. I left a voicemail on the line for Katie, the office manager for Dr. Popham. I included my name and the reason for my call and my contact information for a return call. |
| 3/5/2020 10:00 AM EDT | Susie | Dialed 0) I spoke to Susie at the office. I left a detailed message for Dr. Popham. I included my name and the reason for my call |

Claimant Name: Richard Johnson

RRS ID: 48304

Lincoln/R. Johnson 0306



| | | and my contact information for a return call. |
|---|---|---|
| 3/4/2020 10:05 AM EDT | Dr. Lido Petrucci | See discussion below. |

## Discussion Summary:

I spoke with Dr. Lido Petrucci who stated there is nothing to add, as the claimant has not been seen in over a year and kindly refused further discussion.

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Diagnoses include the presence of an artificial left knee joint (Z96.652), chronic pain syndrome (G89.4), pain in the right shoulder (M25.511), and pain in the left shoulder (M25.512).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

There are no relevant co-morbid conditions.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 2/24/2020 to - 7/30/2020 and beyond, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

This claimant is status post left TKR, with ongoing pain. However, the records do not include any recent physician reports, including updated imaging or physical exam findings.  Therefore, given this lack of critical information, no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective, from the review period of 02/24/2020 onward and beyond.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Treatments including medications, physical therapy, and injections have all coincided with best practice. There is no evidence of non-compliance.

**Lincoln/R. Johnson 0307**



**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no obvious non-medical circumstances identified, interfering with a return-to-work.

## Assessment/Rationale

This review is from a Physical Medicine and Rehabilitation perspective only. The claimant is a 64-year-old male. The chiropractic reports spanning 05/29/2018 - 10/04/2018 are reviewed. The claimant has been managed with manual, manipulative therapy for diagnoses that include upper back pain, and cervical myofascial pains. Treatments have included manual manipulation, dry needling, and soft tissue mobilizations. The chiropractic provider notes there are multiple areas of subluxations, noted about the spine and active trigger points are consistently palpated. On 10/04/2018, the chiropractic provider notes the claimant derives some relief of pain, with manual therapy.  However, subluxations and spasms remain present on the exam, and the visual analog scale (VAS) pain level is 7/10. As per the report dated 01/16/2019, Dr. Krupp, MD indicates the claimant complains of new-onset right shoulder pains. There is no specific mechanism of injury, but the claimant does report associated numbness.  The history is notable for prior LEFT shoulder debridement in 2016. On exam, there is tenderness to palpation over the greater tuberosity and biceps groove.  There is positive impingement, and Speed's. Mild ER and deltoid weakness is seen.  Diagnoses include rotator cuff (RTC) impingement. Plan: A cortisone injection was performed.  MRI can be considered if symptoms do not improve. As per the report dated 03/26/2019, Dr. Popham, MD indicates the claimant is now status post left total knee arthroplasty (TKA). The current pain is 6/10 and made worse by walking.  Medications include Tylenol ES. The claimant denies instability or tingling.  On exam, there is distal hamstring insertion tenderness to palpation.  There is no gross motor or sensory deficit.  Hamstring injury following TKA is diagnosed. Medications were prescribed for knee pain.

This claimant is status post left TKR, with ongoing pain. However, the records do not include any recent physician reports, including updated imaging or physical exam findings.  Therefore, given this lack of critical information, no specific restrictions/limitations can be supported from a Physical Medicine and Rehabilitation perspective, from the review period of 02/24/2020 onward and beyond.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

**Lincoln/R. Johnson 0308**





Fargo N Khoury, M.D.
Board Certified
Physical Medicine & Rehabilitation
AZ - 47979
CA - A-112452

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 02/28/2020 | Independent Evaluation | Lincoln Financial Group |
| 08/10/2017, 05/31/2018, 01/17/2020 | Authorization for the Release of Information Including Protected Health Information | Lincoln Financial Group |
| 08/08/2017, 08/14/2017, 12/22/2017, 06/05/2018, 08/05/2018, 07/10/2018, 10/02/2018, 10/15/2018, 10/20/2018, 01/17/2020, 02/13/2020 | Medical Record Overview | ReleasePoint |
| 03/01/2017, 03/29/2017, 05/10/2017, 06/12/2017, 06/22/2017, 07/10/2017, 8/14/2017, 07/20/2017, 09/26/2017, 10/16/2017, 11/27/2017, 01/08/2018, 03/05/2018, 03/12/2018, 04/10/2018, 05/15/2018, 07/17/2018, 07/24/2018, 09/25/2018, 03/26/2019 | Patient Visit Note | Ellis & Badenhausen Orthopaedics |
| 08/08/2017, 12/21/2017, 06/04/2018, 08/03/2018, 10/02/2018,  01/15/2020 | Facsimile Transmittal | Ellis & Badenhausen Orthopaedics |
| 01/15/2020 | Correspondence | Lincoln Financial Group |
| 08/08/2017, 08/14/2017, 12/22/2017, 06/05/2018, 07/10/2018, 08/05/2018, | Quality Assurance Report | ReleasePoint |

Claimant Name: Richard Johnson                                                                                      RRS ID: 48304

**Lincoln/R. Johnson 0309**



| | | |
|---|---|---|
| 10/02/2018, 10/15/2018, 10/20/2018, 01/17/2020, 02/13/2020 | | |
| 08/14/2017, 10/01/2018, 10/02/2018, 01/21/2020 | Restrictions Form | Liberty Mutual |
| 01/17/2018, 02/01/2018, 02/07/2018, 02/14/2018, 02/21/2018, 02/28/2018, 03/07/2018, 04/11/2018, 04/16/2018, 04/19/2018 | Office Visit | Dr. Rudy J. Ellis Sports Medicine Center |
| 07/24/2017, 03/07/2018, 04/05/2018, 07/04/2018 | Progress Notes | Baptist Health |
| 03/07/2018 | Lab Report | LabCorp |
| 08/02/2017, 11/15/2017, 12/11/2017, 06/01/2018, 10/01/2018 | Correspondence | Liberty Mutual |
| 05/29/2018, 05/31/2018, 06/04/2018, 06/06/2018, 06/14/2018, 07/02/2018, 07/03/2018, 07/05/2018, 07/06/2018, 07/08/2018, 07/10/2018, 07/16/2018, 07/19/2018, 07/31/2018, 08/08/2018, 08/15/2018, 08/28/2018, 09/04/2018, 09/21/2018, 09/24/2018, 09/26/2018, 09/28/2018, 10/04/2018 | Chart Notes | Lido Petrucci, DC |
| 07/09/2018, 10/15/2018, 10/19/2018 | Fax Sheet | Lido Petrucci, DC |
| Undated | Fax Cover Sheet | Doran Law Offices |
| 01/16/2019 | Office Visit | Norton Healthcare |
| Undated | Request for Release of Medical Information | Norton Healthcare |
| 07/12/2018, 10/14/2018 | Request for Status | Liberty Mutual |
| 06/13/2018, 07/18/2018 | Exam Report | High Field & Open MRI |
| 01/25/2017, 07/20/2017 | Rx Form | Signature Illegible |
| 05/10/2017, 06/12/2017, 07/10/2017 | Work Status | Ellis & Badenhausen Orthopaedics |
| 07/10/2017 | Daily Note/Billing Sheet | Physical Therapy Group |
| 07/10/2017 | Radiology Report | Norton Brownsboro Hospital |
| 06/15/2017 | PT Initial Examination | Physical Therapy Group |
| 05/10/2017, 06/12/2017 | Patient Evaluation | Dr. Rudy J. Ellis Sports Medicine Center |
| 03/27/2017, 05/10/2017, 06/07/2017 | Correspondence | Baptist Health |
| 02/02/2017 | Discharge Summary | Norton Healthcare |
| 01/31/2017 | Internal Medicine/Hospitalist | Norton Healthcare |

Claimant Name: Richard Johnson                                                    RRS ID: 48304

**Lincoln/R. Johnson 0310**



| | Consult Note | |
|---|---|---|
| 01/16/2017 | Office Visit | Baptist Health Medical Group |
| 01/10/2017 | H&P | Norton Healthcare |
| 01/31/2017 | Operative Report | Jeffrey G. Popham, MD |
| 01/10/2017 | Electrocardiogram Report | Norton Hospital |
| 06/08/2017 | Fax Transmission/Information Sheet | Baptist Health |
| 08/14/2017 | Request for Missing Records | ReleasePoint |
| 334 | | |
| 08/08/2017, 08/12/2017, 08/15/2017 | Progress Notes | Kentuckiana Allergy |
| 09/13/2017 | Operative Report | Jeffrey G. Popham, MD |

**Lincoln/R. Johnson 0311**

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
**Fax: 561-995-4189**



# Fax:

| | |
|---|---|
| **To**: Dr. Lido Petrucci | **From:** Reliable RS |
| **Fax:** (502) 222-3488 | **Date:** March 9, 2020 |
| **Re:** Richard Johnson | **RRS ID:** 48304 |

pg. 1

**Lincoln/R. Johnson 0312**



**RRS**

Reliable Review Services

Please remit response to:

**Reliable Review Services**
**621 NW 53rd St Suite 275**
**Boca Raton, FL 33487**
**Fax: 561-995-4189**

Date: March 9, 2020
Dr. Lido Petrucci
Fax: (502) 222-3488

Re: Richard Johnson
Claim #: 7521853
RRS Case#: 48304

Dear Dr. Lido Petrucci,

Thank you for taking the time to speak with Fargo N Khoury, M.D.. Your opinion and expertise regarding Richard Johnson's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

**Discussion Summary:**

I spoke with Dr. Lido Petrucci who stated there is nothing to add, as the claimant has not been seen in over a year and kindly refused further discussion.

Sincerely,

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Richard Johnson's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (3/20/2020).

Print: _____
        Dr. Lido Petrucci

Claimant Name: Richard Johnson                                        RRS ID: 48304

**Lincoln/R. Johnson 0313**



Sign: _____        Date:_____
    Dr. Lido Petrucci

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
**621 NW 53rd St Suite 275**
**Boca Raton, FL 33487**
**Fax: 561-995-4189**

Claimant Name: Richard Johnson                                                RRS ID: 48304

**Lincoln/R. Johnson 0314**

```
                 ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

  TIME RECEIVED                    REMOTE CSID         DURATION    PAGES    STATUS
  March 10, 2020 at 9:29:36 AM EDT                     93          6        Received
```

From: Lido Petrucci        Fax: 15022223488        To:            Fax: (561) 995-4189           Page: 1 of 6        03/10/2020 6:28 AM

# FAX

**FROM**                                          **TO**

Lido Petrucci
LaGrange Chiropractic                             RRS
301 S 1st Street
LaGrange
Kentucky 40031

**Phone**      (502) 222-3488 * 0                 **Phone**
**Fax Number** (502) 222-3488                      **Fax Number** +15619954189

**DATE** 03/10/2020

**NOTE**

This is a confidential and priveledged communication. If you are not the intended recipient, please delete fax immediately (including all attachments and copies) and notify us of the error. Thank

**Lincoln/R. Johnson 0315**

From: Lido Petrucci        Fax: 15022223488        To:                Fax: (561) 995-4189        Page: 2 of 6        03/10/2020 6:28 AM
2020/03/09 22:15:37    1  /5



**Reliable Review Services**

22:15:37

| Send to: | From: Reliable Review Services |
|---|---|
| Company: | Phone:<br>Email:  NTroiano@reliablers.com |
| Fax: 915022223488 | Fax: 561-995-4189 |

Total Pages (including cover page):  [ 5 ]

Comment:

Lincoln/R. Johnson 0316

Hi Dr. Lido Petrucci,

This letter is being sent on behalf of Independent Peer Reviewer, Dr. Khoury.

Please review for accuracy, comment, sign, and return no later than 3/20/2020.

Thank you,

Nicole Troiano
Client Coordinator
Reliable Review Services

621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Phone: 561-237-3435
Fax: 561-995-4189

Email. ntroiano@reliablers.com
Web. www.reliablers.com



Lincoln/R. Johnson 0317

Reliable Review Services
621 NW 53rd Street, STE 275
Boca Raton, FL 33487
Toll Free: 877-890-0123
Fax: 561-995-4189



Reliable Review Services

# Fax:

**To:** Dr. Lido Petrucci

**From:** Reliable RS

**Fax:** (502) 222-3488

**Date:** March 9, 2020

**Re:** Richard Johnson

**RRS ID:** 48304

pg. 1

**Lincoln/R. Johnson 0318**



**RRS**
Reliable Review Services

Please remit response to:

**Reliable Review Services**
**621 NW 53rd St Suite 275**
**Boca Raton, FL 33487**
**Fax: 561-995-4189**

Date: March 9, 2020
Dr. Lido Petrucci
Fax: (502) 222-3488

Re: Richard Johnson
Claim #: 7521853
RRS Case#: 48304

Dear Dr. Lido Petrucci,

Thank you for taking the time to speak with Fargo N Khoury, M.D.. Your opinion and expertise regarding Richard Johnson's condition(s) is invaluable in providing us with an understanding of his current condition(s). We believe that the following summary of the conversation that occurred is an accurate representation of what we discussed:

### Discussion Summary:

I spoke with Dr. Lido Petrucci who stated there is nothing to add, as the claimant has not been seen in over a year and kindly refused further discussion.

Sincerely,

We appreciate your assistance. It is important that we have accurately interpreted your opinion regarding Richard Johnson's condition(s). If we have, please sign and date below. Please feel free to add any comments regarding the conversation above, as further consideration of this claim is dependent on your reply.

Please reply via fax to 561-995-4189 within **ten (10) business** days (3/20/2020).

Print: Dr Lido Petrucci
    Dr. Lido Petrucci

Claimant Name: Richard Johnson                                        RRS ID: 48304

**Lincoln/R. Johnson 0319**

From: Lido Petrucci          Fax: 15022223488          To:                    Fax: (561) 995-4189          Page: 6 of 6          03/10/2020 6:28 AM

2020/03/09 22:15:37    5  /5

**RRS**

Reliable Review Services

Sign: _____ Date: 3-10-2020
Dr. Lido Petrucci

If you have any questions or would like to discuss this case further, please do not hesitate to contact:

**Reliable Review Services**
621 NW 53rd St Suite 275
Boca Raton, FL 33487
Fax: 561-995-4189

Claimant Name: Richard Johnson                                                                    RRS ID: 48304

**Lincoln/R. Johnson 0320**



# INVOICE

**Reliable Review Services**

**Invoice Number : 48304-1**                    **3/9/2020 9:12 AM CDT**

Claimant: Richard Johnson
Client Claim#: 7521853
RRS Claim#: 48304-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 6.5 | 210 | $0.00 | 1365.00 |

**Total Due:  $1365.00**

**Reviewer Details**

**Reviewer**

Fargo N Khoury  - Physical Medicine & Rehabilitation

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049                    **Tax Id:**  26-1114252

---

*Prompt payment within 30 days is greatly appreciated!*
Reliable RS, PO Box 492890, Redding CA 96049

**Lincoln/R. Johnson 0321**

**Medical Record Overview**

**ReleasePoint**

**Date:**    February 13, 2020

**Patient Name:**    JOHNSON, RICHARD

**Records From:**    POPHAM, DR                                    **RP ID:** 6083174
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY  40223                          **Client ID:** 7521853
(502) 587-1236
                                                          **Source:** LIBMT6
**Request Scope:**  From January 1, 2019 to Present
                                                          **Req By:**  L Turner
**Chart Range:**    03/26/2019 - 01/21/2020                              463163

**SSN:**

|  |  |  |  | Starts on |
| Classification | From | To | Total | Page |
| --- | --- | --- | --- | --- |
| Progress Notes | Mar 26 2019 | Mar 26 2019 | 3 | 2 |
| Questionnaires | Jan 21 2020 | Jan 21 2020 | 1 | 5 |

**Total Page Count:**    4

**Notes From QC:**

**Lincoln/R. Johnson 0322**

R. JOHN ELLIS, JR., M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
SEAN M. GRIFFIN, M.D.
ERIN M. GISH, PA-C
KELSI J. BARNES, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **03/26/2019** |
| **Account #:** | **545850** |
| **Attending Provider:** | **George J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

### Patient Visit Note

**Active Problems**
- Aftercare following joint replacement surgery
- Inj msl/fasc/tnd posterior grp at thi lev, left thigh, init
- Pain in left knee
- Pain in left lower leg
- Presence of left artificial knee joint
- Strain of musc/tend the rotator cuff of left shoulder, init
- Unilateral primary osteoarthritis, left knee

**Chief Complaint**
Left knee pain.

**History of Present Illness**
Richard Johnson is a 63 year old male.
- Medication list reviewed.

Mr. Johnson presents today, due to left knee pain. He reports having this pain for about ten years. He states that he had his knee operated on about two years ago, and states that his knee has been bothering him ever since. He denies any instability. He denies inflammation. He has increased pain when ambulating up and down stairs, walking, and when standing up from a seated position. He rates his pain at a 6 out of 10. He states his pain is constant. He treats with Tylenol as needed. He states his pain is all throughout his knee. He comes in for further evaluation.

**Pain Level**
He rates his pain at a 6/10.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .4 CC IM injection twice weekly, 30 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed

**Lincoln/R. Johnson 0323**

**Patient Name: Richard L Johnson**                                      **Date: 03/26/2019**

Surgical history reviewed
**Reported:**
Medical:  Currently wearing eyeglasses.  Cholesterol problems.
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck
**Surgical:**
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
• Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
• Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

Allergy symptoms occur seasonally - Allergies.
No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** Neck pain.  No neck stiffness and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
• **Vitals taken 03/26/2019 11:15 am**
  BP-Sitting L                          120/80 mmHg
  BP Cuff Size                          Large
  Pulse Rate-Sitting                    73 bpm
  Height                                72 in
  Weight                                219 lbs
  Body Mass Index                       29.7 kg/m2

**Lincoln/R. Johnson 0324**

**Patient Name: Richard L Johnson**                                **Date: 03/26/2019**

### Body Surface Area                          `·`  2.21 m2

Left knee examination shows tenderness over the distal MCL, and he does have a small amount of swelling in this area. His pain is just above the posterolateral joint line at the tendon of the lateral head of the gastric, at the popliteus, and lateral crease. Palpable, firm nodule in this area. No pain with valgus stress. No definite effusion. Tender over the posterior knee at the distal hamstring insertion. Foot is neurovascularly intact.

### Radiographs
3 view x-rays of the left knee were performed 73562.

Standing AP Bilateral Knees, Lateral, and Merchant views left knee. No radiolucencies around the implant, good alignment of the implant on the left. Moderate narrowing of the medial compartment of the right knee.

### Assessment
Hamstring injury status post left TKA.
Right knee medial compartment osteoarthritis.

### Plan
1. Discussed conservative versus surgical treatment for his left knee pain. We will continue conservatively, and he will call back, if he would like to set this up. Recommended stretching in the interim.
2. Recommended Osteo Bi-Flex for his right knee.
3. I will see him back in one year.

THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE  KY  40223-4193)

EASTPOINT/DT


Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.




**George Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 04/08/2019 09:27**


Electronically approved by: Jeffrey Popham     Date: 04/08/19 09:31

**Lincoln/R. Johnson 0325**

Questionnaires - 01/21/2020
From:Ellis & Badennausen          502 587 0126          02/12/2020 17:03     #073 P.005/009

Received:6266289628                      Jan 20 2020 03:35pm       P003
From WFI Incorporated 1.626.628.9628 Mon Jan 20 13:20:49 2020 MST Page 3 of 5



**Liberty Mutual.**
INSURANCE

## Restrictions Form

Patient Name: _Richard Johnson_  Date of Birth: _____  Claim Number: _752 1853_

### To be completed by a Physician: /

Date First Treated: _07/06/2011_

Date Last Treated: _03/26/2019_

Next Office Visit: _02/17/2020_

Diagnosis(es) with ICD 10 Codes: _Z47.1/M26.562_

Physician's Area of Specialty: _Orthopaedics_

**For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **No Restrictions**

☐ **No Work Capacity**

☒ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** – Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) _01/31/2017_          To _PRESENT_

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions: _____

_____

Provider's Name (Please Print) _GEORGE JEFFREY Popham_  Signature: _____  Date: _01/21/2020_

**Lincoln/R. Johnson 0326**

# Quality Assurance Report

## Request Information

Report Date:    February 13, 2020

**RP ID:** 6083174

Patient Name:    JOHNSON, RICHARD

Provider Name: ELLIS & BADENHAUSEN ORTHOP.

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:
Please provide all medical records for the timeframe
and complete the attached form - Seen By: POPHAM, DR

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  XMENC

**Lincoln/R. Johnson 0327**

**From:**status@releasepoint.com
**Sent:**Thu, 13 Feb 2020 06:27:36 -0800
**To:**Turner, Latimer
**Subject:**RP ID: 6083175 (LIBMT6) / Pol/Claim ID: 7521853 (JOHNSON, RICHARD) Hearing Date -- Order Suspended
**Importance:**High


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Name: JOHNSON, RICHARD
Policy/Claim/Cert:  7521853
RP ID:   6083175
Ins. Co:  Lincoln Financial Group
Provider:  LANGRANGE CHIROPRACTIC
Original Provider:  LANGRANGE CHIROPRACTIC
TransID:  54078054
Identifier/Req by: L Turner
Identifier 2:  463163
Identifier 3:
Case Mgr/Supp email:


Please be advised that ReleasePoint has suspended this order for the following reason:

MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED

E-MAIL NOTICE TO CUSTOMER REQUESTED: Please be advised, per Angela, there were no records found during the dates requested 01/01/2019 to present. The last date of service was 12/12/2018.  Please advise on how you would like us to proceed


For any additional policy status information, please contact customer service at .

Thank you.


------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.


**Lincoln/R. Johnson 0328**

01/12/20  21:22:39  Lincoln Financial    ->    FAXGV78 Lincoln Financial Gr Page 005

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

Return to: Latimer Turner

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Richard Johnson | CLAIM #: 7521853 |
| EMPLOYER: Lantech, Inc. | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) Johnson Richard LEON | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State    Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
|---|---|---|

| Spouse's Full Name and Date of Birth Judy Johnson | Number of Children 4 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Phillip Johnson    Relationship to you? SON    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.    NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.    NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?    NO

Do you hold a professional license? If yes, for what purpose?    NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.    NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information    NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.    NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| X | | Social Security (disability or retirement) | $ 2600.00 | 2018 | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | X | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: Richard Johnson

DATE: 1-17-2020    EMPLOYEE'S SIGNATURE: Richard Johnson

DP 409

**Lincoln/R. Johnson 0329**



# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



Downtown Office
136 South 7th Street Ste 200
Louisville, Kentucky 10203
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 10220
Phone 502-208-1970
Fax 502-618-0605

January 27, 2020

Lincoln Financial Group
Attn- Latimer Turner
P.O. Box 7207
London, KY 40742-0112

Fax:603-430-3925

Re:    Long Term Disability Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

To Mr. Turner,

As you know I am representing Richard Johnson. I am writing in response to the letter my office received from you on January 13, 2020, requesting additional information to complete your investigation. In conformity with your request Mr. Johnson has filled out the forms you mailed. I am attaching the forms for you to review. Per your letter, submission of these forms will not suspend any of Mr. Johnson's benefits and the claim shall remain open. If you believe I am mistaken, please direct me with the policy language which your company contends authorize withholding these benefits. Thank you for your assistance with this matter. If you need any additional information, please do not hesitate to contact my office.

Sincere regards.

Kevan M. Doran

**Lincoln/R. Johnson 0330**

01/12/20  21:22:16  Lincoln Financial    ->    FAXGW78 Lincoln Financial Gr Page 884

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  X _Richard L. Johnson_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  X _Richard Johnson_

Date of Birth: __ _____  Claim Number: _7521853__  Date: X _1-17-2020_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/R. Johnson 0331**

01-30-'20 09:31 FROM-                                                    T-477  P0001/0005 F-563

 

# Doran Law Office

**Downtown Office**
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

January 27, 2020

Lincoln Financial Group
Attn- Latimer Turner
P.O. Box 7207
London, KY 40742-0112

Fax:603-430-5923

Re:   Long Term Disability Benefits
      Lantech, Inc.
      Claim #: 7521853
      Claimant: Richard Johnson

To Mr. Turner,

  As you know I am representing Richard Johnson. I am writing in response to the letter my office received from you on January 13, 2020, requesting additional information to complete your investigation. In conformity with your request Mr. Johnson has filled out the forms you mailed. I am attaching the forms for you to review. Per your letter, submission of these forms will not suspend any of Mr. Johnson's benefits and the claim shall remain open. If you believe I am mistaken, please direct me with the policy language which your company contends authorize withholding these benefits. Thank you for your assistance with this matter. If you need any additional information, please do not hesitate to contact my office.

Sincere regards,

Kevan M. Doran

PAGE 1/5 * RCVD AT 1/30/2020 9:39:58 AM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6034305923 * CSID: * ANI:5026180605 * DURATION (mm-ss):01-51

**Lincoln/R. Johnson 0332**

01-30-'20 09:31 FROM-                                    T-477  P0002/0005 F-563

01/12/20  21:22:39  Lincoln Financial     →         FAXGW70 Lincoln Financial Gr Page 005

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

Return to: Latimer Turner

| **EMPLOYEE/CLAIMANT NAME:** Richard Johnson | **CLAIM #:** 7521853 |
|---|---|
| **EMPLOYER:** Lantech, Inc. | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) Johnson Richard Leon | Social Security # | Email Address |
|---|---|---|
| Street Address | City | State | Zip Code |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
|---|---|---|

| Spouse's Full Name and Date of Birth Judy Johnson | Number of Children 4 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Phillip Johnson     Relationship to you? SON     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☒ | ☐ | Social Security (disability or retirement) | $ 2600.00 | 2018 | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Richard Johnson

**DATE:** 1-17-2020     **EMPLOYEE'S SIGNATURE:** Richard Johnson

DP 409

PAGE 2/5 * RCVD AT 1/30/2020 9:39:58 AM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6034305923 * CSID: * ANI:5026180605 * DURATION (mm-ss):01-51

**Lincoln/R. Johnson 0333**

01-30-'20 09:31 FROM-                                    T-477  P0003/0005 F-563

01/12/20  21:22:16  Lincoln Financial      →        FAXGW70 Lincoln Financial Gr Page 004



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  X _Richard L. Johnson_

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative  X _Richard Johnson_
Date of Birth: __    _____  Claim Number: _7521853_  Date: X _1-17-2020_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/R. Johnson 0334**

01-30-'20 09:31 FROM-                                              T-477  P0004/0005 F-563

01/12/20  21:21:54  Lincoln Financial       ->        FAXGW70 Lincoln Financial Gr Page 002

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

January 13, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy. We are writing in reference
to Richard Johnson's claim for LTD benefits under the Policy.

We are currently reviewing Mr. Johnson's eligibility for continued disability benefits, and are in
need of additional information.

On January 12, 2020, we requested medical records from Ellis & Badenhausen Physical Therapy,
Lagrange Chiropractic,.and Dr. Popham This information is necessary to complete our ongoing
claims investigation. Please provide us with the following information to assist us with our review
of Mr. Johnson's eligibility for benefits:

-    Office treatment notes, test results, operative reports, prescription histories, and treatment
     plans from January 1, 2019 through the present from Ellis & Badenhausen Physical Therapy,
     Lagrange Chiropractic, and Dr. Popham

If there are any other attending physicians or specialists, including physical therapy providers, that
we are unaware of, please have them forward all medical records pertinent to Mr. Johnson's
disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by February 25, 2020:

     X   Authorization - Medical
     X   Claimant Supplementary Statement
     ___  Other

1 of 2

PAGE 4/5 * RCVD AT 1/30/2020 9:39:58 AM [Eastern Standard Time] * SVR:VA1PWFAX201/8 * DNIS:6034305923 * CSID: * ANI:5026180605 * DURATION (mm-ss):01-51

**Lincoln/R. Johnson 0335**

01-30-'20 09:32 FROM-                                                    T-477  P0005/0005 F-563

01/12/20  21:22:08  Lincoln Financial      ->            FAXGW78 Lincoln Financial Gr Page 003

Lantech, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Johnson provide proof of disability within a required timeframe. His cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 25, 2020, 45 days from the date of this request, Mr. Johnson's benefits will be suspended. If we do not receive all of this requested information by March 27, 2020, 30 days from the date of suspension, his claim will be closed.

We ask that Mr. Johnson provide us with this information no later than March 27, 2020 as required under the terms of the Policy.

If Mr. Johnson has any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
LTD Technical Specialist I
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:   Authorization - Medical
               Claimant Supplementary Statement

2 of 2

**Lincoln/R. Johnson 0336**

**ReleasePoint**

**Medical Record Overview**

**Date:**     January 17, 2020

**Patient Name:**     JOHNSON, RICHARD

**Records From:**     ELLIS & BADENHAUSEN ORTHOPEDICS
13151 Magisterial Drive #260
Louisville, KY  40223
(502) 585-4571

**RP ID:** 6083176

**Client ID:** 7521853

**Source:** LIBMT6

**Request Scope:** From January 1, 2019 to Present

**Req By:** L Turner
463163

**Chart Range:**     03/26/2019 - 03/26/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 26 2019 | Mar 26 2019 | 3 | 2 |
| Request Corr. | | | 2 | 5 |
| **Total Page Count:** | | | 5 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/R. Johnson 0337**

R. JOHN ELLIS, JR., M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
SEAN M. GRIFFIN, M.D.
ERIN M. GISH, PA-C
KELSI J. BARNES, PA-C

## ELLIS & BADENHAUSEN
## ORTHOPAEDICS, P.S.C.

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| Patient: | Richard L Johnson |
| Date of Birth: | |
| SSN (last 4 #): | |
| Visit Date: | 03/26/2019 |
| Account #: | **545850** |
| Attending Provider: | George J. Popham MD |
| Primary Provider: | Moore, Thomas MD |
| Referring Provider: | |

------------------------------------------------------------------------

### Patient Visit Note

**Active Problems**
- Aftercare following joint replacement surgery
- Inj msl/fasc/tnd posterior grp at thi lev, left thigh, init
- Pain in left knee
- Pain in left lower leg
- Presence of left artificial knee joint
- Strain of musc/tend the rotator cuff of left shoulder, init
- Unilateral primary osteoarthritis, left knee

**Chief Complaint**
Left knee pain.

**History of Present Illness**
    Richard Johnson is a 63 year old male.
    • Medication list reviewed.

Mr. Johnson presents today, due to left knee pain. He reports having this pain for about ten years. He states that he had his knee operated on about two years ago, and states that his knee has been bothering him ever since. He denies any instability. He denies inflammation. He has increased pain when ambulating up and down stairs, walking, and when standing up from a seated position. He rates his pain at a 6 out of 10. He states his pain is constant. He treats with Tylenol as needed. He states his pain is all throughout his knee. He comes in for further evaluation.

**Pain Level**
 He rates his pain at a 6/10.

**Current Medication**
- Depo-Testosterone 200MG/ML Intramuscular Solution .4 CC IM injection twice weekly, 30 days, 0 refills
- Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed

**Lincoln/R. Johnson 0338**

**Patient Name: Richard L Johnson**                                         **Date: 03/26/2019**

Surgical history reviewed
**Reported:**
Medical:  Currently wearing eyeglasses.  Cholesterol problems.
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck
**Surgical:**
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of
adhesions 9/13/2017 Dr. Popham
• Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
• Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

Allergy symptoms occur seasonally - Allergies.
No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight
change.
**Head:** No head symptoms.
**Neck:** Neck pain.  No neck stiffness and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
• **Vitals taken 03/26/2019 11:15 am**
  **BP-Sitting L**                          120/80 mmHg
  **BP Cuff Size**                          Large
  **Pulse Rate-Sitting**                    73 bpm
  **Height**                                72 in
  **Weight**                                219 lbs
  **Body Mass Index**                       29.7 kg/m2

**Lincoln/R. Johnson 0339**

Patient Name: Richard L Johnson                                Date: 03/26/2019

**Body Surface Area**                          2.21 m2

Left knee examination shows tenderness over the distal MCL, and he does have a small amount of swelling in this area. His pain is just above the posterolateral joint line at the tendon of the lateral head of the gastric, at the popliteus, and lateral crease. Palpable, firm nodule in this area. No pain with valgus stress. No definite effusion. Tender over the posterior knee at the distal hamstring insertion. Foot is neurovascularly intact.

**Radiographs**
   3 view x-rays of the left knee were performed 73562.

Standing AP Bilateral Knees, Lateral, and Merchant views left knee. No radiolucencies around the implant, good alignment of the implant on the left. Moderate narrowing of the medial compartment of the right knee.

**Assessment**
Hamstring injury status post left TKA.
Right knee medial compartment osteoarthritis.

**Plan**
1. Discussed conservative versus surgical treatment for his left knee pain. We will continue conservatively, and he will call back, if he would like to set this up. Recommended stretching in the interim.
2. Recommended Osteo Bi-Flex for his right knee.
3. I will see him back in one year.

THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE KY 40223-4193)

EASTPOINT/DT


Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.



**George Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham       Date: 04/08/2019 09:27**


Electronically approved by: Jeffrey Popham     Date: 04/08/19 09:31

**Lincoln/R. Johnson 0340**

nhausen Ellis                         (FAX)              P.001/005

Walter E. Badenhausen, Jr., M.D.
R. John Ellis, Jr., M.D.
Mark E. Petrik, M.D.
Lawrence A. Schaper, M.D.
Mark G. Smith, M.D.
G. Jeffrey Popham, M.D.
Akbar Nawab, M.D.
Michael L. Salamon, M.D.
Matthew R. Price, M.D.
Daniel E. Rueff, M.D.
Erin Gish PA-C, ATC



**ELLIS &
BADENHAUSEN**
ORTHOPAEDICS, PSC

# FACSIMILE TRANSMITTAL

**ELLIS & BADENHAUSEN, ORTHOPAEDICS**
13151 MAGISTERIAL DR. STE. 200
LOUISVILLE, KY 40223

PHONE#: 502-587-1236 EXT. 2206
FAX#: 502-736-0076

DATE: 01/15/2020                    FROM: JUANITA

TO: Lincoln Financial Group

FAX#: 213 - 884 - 4921    #PAGES 5

RE: Richard Johnson CL# 7521853    6083176

| FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | URGENT |
| --- | --- | --- | --- |

*IF THIS DOCUMENT IS RECEIVED BY THE WRONG PARTY, PLEASE CONTACT ELLIS &
BADENHAUSEN ORTHOPAEDICS AT 502-587-1236*

NOTE: THIS REPORT IS CONFIDENTIAL. The information has been disclosed to you from records
whose confidentiality is protected by federal law. Federal regulations prohibit you from making further
disclosure of this information unless further disclosure is expressly permitted in the patient's written
consent or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical
information is not sufficient for this purpose.

**Lincoln/R. Johnson 0341**

Request Corr.                    nhausen Ellis                    (FAX)          P.002/005
                              RECEIVED-502506 1673            Jan 15 2020 11:01am      P001
From:Rudy Ellis Sports Medicine Ctr    502 568 1873      01/15/2019 10:06    #885 P.001/003
From WFI Incorporated 1.626.628.9628 Wed Jan 15 08:25:45 2020 MST Page 1 of 4



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**ELLIS & BADENHAUSEN ORTHOPEDICS**                Date:   Jan 15, 2020
13151 Magisterial Drive #260
**ATTN: MEDICAL RECORDS**                          **Re: Long Term Disability Benefits**
Louisville, KY  40223                              Claim# 7521853        6083176
                                                   Claimant:  JOHNSON, RICHARD
                                                   Claimant DOB:
                                                   Provider Portal:  https://portal.releasepoint.com
                                                            Access Key:  PRI012

Dear   Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:
 From January 1, 2019 to Present
 physical therapy notes - Seen By: ELLIS & BADENHAUSEN ORTHOPEDICS

We ask that you provide this information within a week of the date of this mailing.  Failure to provide
the requested information may result in an adverse benefit or claim determination.  The information
can be faxed to our office at our secure fax number  (213) 884-4921      or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and
the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP
reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this information is
protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company.  This authorization specifically allows you to release medical information to Lincoln
Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Joylyn Alba
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:   (213) 884-4921



**Lincoln/R. Johnson 0342**

# Quality Assurance Report

## Request Information

Report Date:     January 17, 2020

**RP ID:** 6083176

Patient Name:     JOHNSON, RICHARD

Provider Name: ELLIS & BADENHAUSEN ORTHOPEDICS

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:

physical therapy notes - Seen By: ELLIS & BADENHAUSEN
ORTHOPEDICS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By:  JBUEN

**Lincoln/R. Johnson 0343**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

| | |
|---|---|
| Date: January 12, 2020 | |
| To: KEVAN DORAN<br>DORAN LAW OFFICE<br>2950 BRECKENRIDGE LANE<br>STE 12A<br>LOUISVILLE KY 40220 | |
| Attn: Kevan Doran | |
| Fax: (502) 855-3166 | |
| From: Latimer Turner<br>LTD Technical Specialist I<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5923 | |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #:  7521853<br>Claimant:  Richard Johnson<br><br>Lantech, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0344**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

January 13, 2020

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference
to Richard Johnson's claim for LTD benefits under the Policy.

We are currently reviewing Mr. Johnson's eligibility for continued disability benefits, and are in
need of additional information.

On January 12, 2020, we requested medical records from Ellis & Badenhausen Physical Therapy,
Lagrange Chiropractic,.and Dr. Popham This information is necessary to complete our ongoing
claims investigation.  Please provide us with the following information to assist us with our review
of Mr. Johnson's eligibility for benefits:

  •   Office treatment notes, test results, operative reports, prescription histories, and treatment
      plans from January 1, 2019 through the present from Ellis & Badenhausen Physical Therapy,
      Lagrange Chiropractic, and Dr. Popham

If there are any other attending physicians or specialists, including physical therapy providers, that
we are unaware of, please have them forward all medical records pertinent to Mr. Johnson's
disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by February 25, 2020:

      X   Authorization - Medical
      X   Claimant Supplementary Statement
      ___ Other

1  of 2

**Lincoln/R. Johnson 0345**

Lantech, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, Mr. Johnson provide proof of disability within a required timeframe.  His cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 25, 2020, 45 days from the date of this request, Mr. Johnson's benefits will be suspended. If we do not receive all of this requested information by March 27, 2020, 30 days from the date of suspension, his claim will be closed.

We ask that Mr. Johnson provide us with this information no later than March 27, 2020 as required under the terms of the Policy.

If Mr. Johnson has any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
LTD Technical Specialist I
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:    Authorization - Medical
                Claimant Supplementary Statement

2  of 2

**Lincoln/R. Johnson 0346**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____    Claim Number: \_\_7521853\_\_    Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/R. Johnson 0347**

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

**Return to:** Latimer Turner

**EMPLOYEE/CLAIMANT NAME:** Richard Johnson    **CLAIM #:** 7521853
**EMPLOYER:** Lantech, Inc.    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| --- | --- | --- | --- |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**            **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/R. Johnson 0348**

**From:** Turner, Latimer
**Sent:** Fri, 22 Nov 2019 00:31:12 +0000
**To:** kdoran@thedoranlawoffice.com
**Subject:** Richard Johnson 7521853
**Attachments:** 2015-11-25 VLS-LANTECH, LLC LTD POLICY.pdf

Please see the email below and the attached file in response to your request regarding the severance offset for Richard Johnson Long Term Disability claim.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**



| Latimer Turner | 800.291.0112 Office | Follow us on: |
| Senior Claims Examiner | 13973 Extension | |
| Lincoln Financial Group | | |
| P.O. Box 7207 | LincolnFinancial.com |    |
| London, KY 40742 | | |

**From:** Liston, Tammy
**Sent:** Monday, November 18, 2019 9:06 AM
**To:** Turner, Latimer <Latimer.Turner@lfg.com>
**Subject:** RE: 7521853

Hi Latimer,

In the Lantech contract under other income it does state severance, therefore, it would be considered an offset.

Thank you.
Tammy

**Lincoln/R. Johnson 0349**

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

---

**From:** Turner, Latimer
**Sent:** Monday, November 18, 2019 8:57 AM
**To:** Liston, Tammy <Tammy.Liston@lfg.com>
**Subject:** FW: 7521853

Hello Tammy,

Can you have someone respond to the attached letter from an attorney about an offset applied on this claim? Holly Labreck indicated she is no longer in the payment unit.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**



| Latimer Turner | 800.291.0112 Office | Follow us on: |
| Senior Claims Examiner | 13973 Extension | |
| Lincoln Financial Group | | |
| P.O. Box 7207 | LincolnFinancial.com | |
| London, KY 40742 | | |

   

---

**From:** Labreck, Holly
**Sent:** Monday, November 18, 2019 8:42 AM
**To:** Turner, Latimer <Latimer.Turner@lfg.com>
**Subject:** FW: 7521853

Good Morning Latimer,

I am no longer in the payment services department. You can reach out to Tammy Liston and she will be able to let you know who can assist you with this.

Thank you,

**Lincoln/R. Johnson 0350**

 **Holly LaBreck**
National Sales Specialist
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

(603) 200-6314 Office

**LincolnFinancial.com**

**Follow us on:**



---

**From:** Turner, Latimer
**Sent:** Sunday, November 17, 2019 6:02 PM
**To:** Labreck, Holly <Holly.Labreck@lfg.com>
**Subject:** 7521853

Hello Holly,

Please see the attached request from the claimant's attorney in regards to the severance offset and respond to the attorney accordingly.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

 Latimer Turner
Senior Claims Examiner
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800.291.0112 Office
13973 Extension

LincolnFinancial.com

Follow us on:



**Lincoln/R. Johnson 0351**

11-13-'19 11:31 FROM-                                          T-353  P0001/0002  F-283



# Doran Law Office

**Downtown Office**
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



**Jeffersontown Office**
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

## FAX COVER SHEET

TO:        Liberty Mutual

Date:      November 13, 2019

Attn:      Lamar Turner

Fax:       603-430-5923

FROM:      Doran Law Office

Re:        Richard Johnson – Claim# 7521853

Comments:  Per your request, I am attaching the document I previously sent on September 26, 2019. Please contact me regarding this matter as soon as possible.

Please fax requested materials to 502-618-0605

PAGE 1/2 * RCVD AT 11/13/2019 11:39:55 AM [Eastern Standard Time] * SVR:VA1PWFAX101/9 * DNIS:6034305923 * CSID: * ANI:5026180605 * DURATION (mm-ss):00-45

**Lincoln/R. Johnson 0352**



# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



Downtown Office
136 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

September 26, 2019

Lincoln Financial Group
P.O. Box 7213
London, KY 40742-7213

Fax: (603) 422-7909

Re:    Richard Johnson; Policy No. GF3-890-463163-01

To whom it may concern:

I am representing Richard Johnson. It is my understanding that your company failed to pay for the initial thirty-seven months covered by Mr. Johnson's disability policy with your company. Contrary to the policy terms, you failed to pay the benefit amount which your company should have paid to Mr. Johnson for the initial thirty-seven months based upon the contention the monthly amount of benefits were off-set by his severance package.

In reviewing Mr. Johnson's policy with your company, I did not find any provision of the policy which would allow you to withhold payment to offset severance. If you believe I am mistaken, please direct me with the policy language which your company contends authorize withholding these benefits. Presuming I am correct and benefits were wrongly withheld by your company please immediately issue payment in the form of a two party check to "Richard Johnson and his attorney Kevan M. Doran" for all withheld funds plus prejudgment interest of 6% per annum. Thank you in advance for your cooperation and assistance with this matter.

Sincere regards,

Kevan M. Doran

Lincoln/R. Johnson 0353



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: August 1, 2019 | |
| To: KEVAN DORAN<br>DORAN LAW OFFICE<br>2950 BRECKENRIDGE LANE<br>STE 12A<br>LOUISVILLE KY 40220 | |
| Attn: | |
| Fax: (502) 855-3166 | |
| From: Courtney Grygiel<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    7521853<br>Claimant:   Richard Johnson<br><br>Lantech, Inc. | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0354**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

August 1, 2019

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:     Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson

Dear Kevan Doran:

We have completed our review of your client's request for reconsideration for LTD disability benefits, and have determined that benefits will be reinstated.  This determination is based on a review of the medical documentation contained in his file.  Benefit payment will be sent under separate cover.

Mr. Johnson's file has been returned to Katherine Marks, Disability Claim Case Manager in our Charlotte, NC office for payment disbursement and claim management.  Ms. Marks may be reached (800) 291-0112 Ext. 14253.  For further assistance, please contact the Disability Claim Case Manager.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

1  of 1

**Lincoln/R. Johnson 0355**

07-19-'19 22:16 FROM-                                    T-156  P0001/0039 F-773



# Doran Law Offices

### Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com



**Downtown**
436 South 7th Street
Suite 200
Louisville KY 40203
Phone - 502.855.3151
Fax - 502.855.3166

Jeffersontown
2950 Breckenridge Lane
Suite 12A
Louisville KY 40220
Phone - 502.208.4970
Fax - 502.618.0605

# FAX COVER SHEET

TO: Lincoln Financial

Attn: Courtney Grygiel

Fax: 603 422 7904

FROM: Doran Law Office

Re: Richard Johnson/Claim # 7521853

Page(s): Additional Med. Recs and Proof of Elisibility for LTD

**Lincoln/R. Johnson 0356**

07-19-'19 22:16 FROM-                                                T-156   P0002/0039 F-773

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:              Sex: M
Visit date: 1/16/2019

---

## 01/16/2019 - Office Visit in Norton Orthopedic Institute
## FACESHEET

| Norton Orthopedic Institute | | |
|---|---|---|
| 9880 Angies Way | Encounter Date: | 1/16/2019 |
| Suite 250 | MRN: | EP01810172 |
| Louisville, KY 40241-2847 | Guarantor: | JOHNSON,RICHARD L |
| | Contact Serial #: | 10064687799 |

### PATIENT

| | | |
|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: |
| Address: | | |
| City: | | |
| DOB: | | Primary Phone: |
| Sex: | Male | Mobile Phone: |
| | | Telephone Information: |
| | | Mobile   502-594-4494 |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: No relevant phone numbers on file. |

#### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | (502)468-1218 | (W) (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

### GUARANTOR

| | | | |
|---|---|---|---|
| Guarantor: | JOHNSON,RICHARD L | DOB: | |
| Address: | | Sex: | Male |
| Relation to Patient: | Self | Home Phone: | |
| Guarantor ID: | 1032467 | Work Phone: | |

#### GUARANTOR EMPLOYER

| | | | |
|---|---|---|---|
| Employer: | LANTECH INC. | Status: | FULL TIME |

### COVERAGE

#### PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | HUMANA | Plan: | HUMANA POS |
| Group Number: | 787422 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | 109574797 | | |
| Pat. Rel. to Subscriber: | Self | | |

#### SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| Payor: | | Plan: | |
| Group Number: | | Insurance Type: | |
| Subscriber Name: | | Subscriber DOB: | |
| Subscriber ID: | | | |
| Pat. Rel. to Subscriber: | | | |

---

Generated on 8/20/19  2:46 PM                                                Page 1

**Lincoln/R. Johnson 0357**

07-19-'19 22:16 FROM-                                           T-156  P0003/0039 F-773

| **NORTON** HEALTHCARE<br>Real people. Remarkable care. | NORTON PHYSICIANS<br>SERVICES<br>1930 Bishop Ln<br>STE 1200<br>Louisville KY 40218-1929 | Johnson, Richard L<br>MRN: EP01810172, DOB:<br>Visit date: 1/16/2019 | Sex: M |
|---|---|---|---|

## 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Krupp, Ryan J., MD | Krupp, Ryan J., MD | Moore, Thomas L, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Norton Orthopedic Institute | 9660 Angies Way<br>Suite 250<br>Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

#### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

#### Level of Service

| Level of Service |
|---|
| PR OFFICE OUTPATIENT NEW 30 MINUTES |

### Reason for Visit

#### Chief Complaint

- Shoulder Pain (F/U NEW RIGHT SHOULDER PAIN)

#### Visit Diagnoses

- **Right shoulder pain, unspecified chronicity (primary)**
- Impingement syndrome of right shoulder
- Biceps tendonitis on right

### Patient Summary as-of Visit

#### Immunizations

No documentation.

### History as of 1/16/2019

#### Medical History as of 1/16/2019

Medical last reviewed by Krupp, Ryan J., MD on 1/16/2019

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 1/16/2019

Surgical last reviewed by Krupp, Ryan J., MD on 1/16/2019

Generated on 6/20/19  2:46 PM                                              Page 2

**Lincoln/R. Johnson 0358**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

### 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 1/16/2019

Family last reviewed by Krupp, Ryan J., MD on 1/16/2019
None

#### Family Status as of 1/16/2019

Family Status last reviewed by Krupp, Ryan J., MD on 1/16/2019
None

#### Substance & Sexuality History

##### Tobacco Use

Tobacco Use last reviewed by Krupp, Ryan J., MD on 1/16/2019

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

##### Alcohol Use

Alcohol Use last reviewed by Hibbert, Rebekah on 1/16/2019

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |

| Frequency | Standard Drinks | Binge Drinking | | |
|---|---|---|---|---|
| — | — | — | | |

##### Drug Use

Drug Use last reviewed by Hibbert, Rebekah on 1/16/2019

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

##### Sexual Activity

Sexual Activity last reviewed by Hibbert, Rebekah on 1/16/2019

**Lincoln/R. Johnson 0359**

07-19-'19 22:17 FROM-                                          T-156   P0005/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS        Johnson, Richard L
SERVICES                MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln           Visit date: 1/16/2019
STE 1200
Louisville KY 40218-1929

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Patient Summary as-of Visit (continued)

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| --- | --- | --- | --- | Provider |

**Socioeconomic History** as of 1/16/2019

**Socioeconomic** as of 1/16/2019

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | --- | --- | --- | --- | English | Not Hispanic or Latino | White or Caucasian | --- |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| --- | --- | --- | --- | --- |

**Implants** as of 1/16/2019

**Cement**
**Cement Palacose 00111214001 - Log517090 - Implanted**                                    (Left) Knee

| Inventory item: | CEMENT PALACOSE 00111214001 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84634569 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Cement Palacose 00111214001 - Log517090 - Implanted**                                    (Left) Knee

| Inventory item: | CEMENT PALACOSE 00111214001 | Model/Cat number: | 00111214001 |
|---|---|---|---|
| Manufacturer: | ZIMMER | Lot number: | 84614543 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knees**
**Knee Base Tib 79 141235 - Log517090 - Implanted**                                         (Left) Knee

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                    (Left) Knee

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                  (Left) Knee

| Inventory item: | KNEE FEM VANGRD 72.5 LT | Model/Cat number: | 183033 |
|---|---|---|---|

**Lincoln/R. Johnson 0360**

07-19-'19 22:18 FROM-                                                    T-156  P0006/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

### 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

| | 183033 | | |
|---|---|---|---|
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                (Left) Knee

| | | | |
|---|---|---|---|
| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                                         (Left)

| | | | |
|---|---|---|---|
| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Screws, Bolts and Washers**
**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                                 (Left) Shoulder

| | | | |
|---|---|---|---|
| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |
| As of 6/9/2016 (Log 423824) | | | |
| Status: | Implanted | | |

**Clinical Notes**

**Progress Notes**

**Krupp, Ryan J., MD at 1/16/2019 9:50 AM**

| | | |
|---|---|---|
| Author: Krupp, Ryan J., MD | Service: — | Author Type: Physician |
| Filed: 1/18/2019 5:58 AM | Encounter Date: 1/16/2019 | Status: Signed |
| Editor: Krupp, Ryan J., MD (Physician) | | |

### ORTHOPEDIC NOTE

**REQUESTING PHYSICIAN**
Moore, Thomas L, MD

**PRIMARY CARE PHYSICIAN**
Moore, Thomas L, MD

**REASON FOR CONSULTATION**
Richard L Johnson is a 63 yr/o male who was referred for consultation for
**Chief Complaint**
Patient presents with

Generated on 6/20/19 2:46 PM                                                              Page 5

**Lincoln/R. Johnson 0361**

07-19-'19 22:18 FROM-                                      T-156  P0007/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

- Shoulder Pain
  *F/U NEW RIGHT SHOULDER PAIN*

**HPI**
RICHARD IS A 63 Y/O RHD MALE PATIENT WHO COMES IN TODAY WITH RIGHT SHOULDER PAIN. THE
PATIENT IS KNOWN TO THE OFFICE AS HE HAD A LEFT SHOULDER DEBRIDEMENT WITH DR. KRUPP IN
2016. THE PATIENT STATES THAT HE HAS HAD RIGHT SHOULDER PAIN FOR ABOUT 2 MONTHS WITH NO
SPECIFIC MECHANISM OF INJURY. THE PATIENT STATES THAT HE HAS INCREASED PAIN WITH FORWARD
ELEVATION, INTERNAL ROTATION, ABDUCTION, AND AT NIGHT. HE GETS NUMBNESS AND TINGLING,
MOSTLY LEFT SIDED, RELATED TO NECK ISSUES. HE IS NOT TAKING ANYTHING FOR PAIN.

**REVIEW OF SYSTEMS**
See HPI for further details.
**Constitutional:** Denies fever, shaking or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**Musculoskeletal:** Denies numbness tingling or loss of motor function except as outlined above in history of present
illness.
**Integument:** Denies rash, lesion or ulceration
**Neurologic:** Denies headache or focal weakness

**MEDICAL HISTORY**
**Past Medical History:**
Diagnosis                                                                         Date
- Dental crowns present
- Hemorrhoids
- High cholesterol
  *NO MEDS FOR*
- History of fracture
  *BILATERAL WRISTS, RIBS*
- Kidney stone
- Low testosterone
- Obesity
- Seasonal allergies
- Snoring

**SURGICAL HISTORY**
has a past surgical history that includes LEFT KNEE MENISCUS REPAIR (2005); LEFT WRIST ORIF (2000);
Shoulder arthroscopy (Left, 06/09/2016); and Joint replacement (Left, 01/31/2017).

**FAMILY HISTORY**
History reviewed. No pertinent family history.

**SOCIAL HISTORY**

Generated on 6/20/19 2:46 PM                                                Page 6

**Lincoln/R. Johnson 0362**

07-19-'19 22:18 FROM-                                              T-156   P0008/0039 F-773

| | | | |
|---|---|---|---|
| **NORTON** HEALTHCARE <br> Real people. Remarkable care. | NORTON PHYSICIANS SERVICES <br> 1930 Bishop Ln <br> STE 1200 <br> Louisville KY 40218-1929 | Johnson, Richard L <br> MRN: EP01810172, DOB: <br> Visit date: 1/16/2019 | Sex: M |

### 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Clinical Notes (continued)**

## Social History

Socioeconomic History
- Marital status:                              Married
  - Spouse name:                             None
- Number of children:                       None
- Years of education:                        None
- Highest education level:                 None

Social Needs
- Financial resource strain:              None
- Food insecurity - worry:                None
- Food insecurity - inability:            None
- Transportation needs -                   None
  medical:
- Transportation needs - non-          None
  medical:

Occupational History
- None

Tobacco Use
- Smoking status:                            Never Smoker
- Smokeless tobacco:                       Never Used

Substance and Sexual Activity
- Alcohol use:                                  Yes
  - *Comment: 5 DRINKS WEEKLY*
- Drug use:                                      No
- Sexual activity:                             None

Other Topics                                   Concern
- None

Social History Narrative
- None

## ALLERGIES

**Allergies as of 1/16/2019**
  No Known Allergies

Review Complete On: **1/16/2019** By:
**Hibbert, Rebekah**

## MEDICATIONS

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • DOXYCYCLINE HYCLATE MT | Use in the mouth or throat | | |
| • TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

No current facility-administered medications for this visit.

Generated on 6/20/19  2:46 PM                                                      Page 7

**Lincoln/R. Johnson 0363**

07-19-'19 22:19 FROM-                                          T-156   P0009/0039   F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                 Sex: M
Visit date: 1/16/2019

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

## PHYSICAL EXAM

**Vital Signs:** Ht 5' 11" (1.803 m) | Wt 222 lb (100.7 kg) | BMI 30.96 kg/m²

**Constitutional:** Awake alert and oriented x3, well developed, well nourished, no acute distress, non-toxic appearance.

**HENT:** Normocephalic, Atraumatic, Bilateral external ears normal, Oropharynx moist, No oral exudates, Nose normal.

**Respiratory:** No respiratory distress, No wheezing

**Vascular:** Brisk cap refill, Intact distal pulses, No cyanosis, all compartments soft with no signs or symptoms of compartment syndrome or DVT.

**Neurologic:** Sensation grossly intact to light touch throughout the involved extremity and bilaterally symmetric

**Neck:** Normal range of motion, No tenderness, Supple, Negative Spurlings.

**Integument:** Well hydrated, no rash, warm, dry, no lesions or ulceration.

**Musculoskeletal:**

### RIGHT Shoulder/Upper Extremity Exam

OBSERVATION:
Swelling:None                          Discoloration: None
Deformity: None                        Scapular Winging: None
Scars: None                            Atrophy: None

TENDERNESS/CREPITUS (T/C):

Clavicle: Negative                     Supraspinatus: Negative
AC Joint: Negative                     Infraspinatus: Negative
SC Joint: Negative                     Deltoid: Negative
G. Tuberosity (lateral): POSITIVE.     LH Bicep groove: POSITIVE
Acromion (anterolateral):negative      Midline Neck: Negative
Scapular Spine: Negative               Trapezium: Negative
SMA Scapula: Negative                  GH Jt line- post: negative
Scapulothoracic: Negative

RANGE OF MOTION: RIGHT SHOULDER (ACTIVE/PASSIVE)
FE 160/165 WITH PAINFUL ARC
ER at 0° 40*/45
IR (spine level) L4*

RANGE OF MOTION: LEFT SHOULDER (ACTIVE/PASSIVE)
FE 160/165
ER at 0° 45/50
IR (spine level) t12

STRENGTH: RIGHT SHOULDER
SCAPTION/FORWARD ELEVATION 4+*/5
IR 5/5
ER 4+*/5
BICEPS 5/5
DELTOID 5-*/5
TRICEPS 5/5

Generated on 6/20/19 2:46 PM                                    Page 8

**Lincoln/R. Johnson 0364**

07-19-'19 22:19 FROM-                                                    T-156   P0010/0039 F-773

**NORTON**
**HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS          Johnson, Richard L
SERVICES                  MRN: EP01810172, DOB:          Sex: M
1930 Bishop Ln             Visit date: 1/16/2019
STE 1200
Louisville KY 40218-1929

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Clinical Notes (continued)

STRENGTH: LEFT SHOULDER
SCAPTION/FORWARD ELEVATION 5/5
IR 5/5
ER 5/5
BICEPS 5/5
DELTOID 5/5
TRICEPS 5/5

SIGNS:
NEER: Positive                    O'BRIEN'S: Positive
HAWKINS: Positive                 MOVING VALGUS: NEGATIVE
SPEED'S: Positive                 X-Body ADD: Negative
BELLY PRESS:Negative              APPREHENSION: Negative
BEAR HUG: Negative                RELOCATION: Negative

STABILITY TESTING RIGHT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior:UP FACE
        Sulcus: WNL

STABILITY TESTING LEFT SHOULDER
Translation:
        Anterior: UP FACE
        Posterior: UP FACE
        Sulcus: WNL

**IMAGING & OTHER STUDIES**
Three views of the right  shoulder(s) were taken in the office today, and reviewed and interpreted by me, including AP,
scapular-Y, and axillary views.  There are no glenohumeral joint osteophytes, joint space narrowing, or other
degenerative changes.  The acromioclavicular joint has moderate arthritis, with hooked acromion.  There is no
evidence of fracture or dislocation.  No periosteal reactions or medullary lesions are seen.

**ASSESSMENT/PLAN**

1. Assessment:  left shoulder impingement with biceps tenosynovitis and possible underlying rotator cuff tear

Plan:  We have discussed at length the patient's shoulder condition including the risks, benefits, and alternatives of
conservative care versus proceeding forward with further imaging and possible surgery and what that might entail.  At
this point, we will proceed forward with an initial conservative program, including physical therapy, anti-inflammatory
medication, activity modification, and injection.  We will then see how the patient's symptoms respond over the next 6-
8 weeks before making any additional adjustments.  If the symptoms persist or get worse the patient is to call our office
and the next step would be an MRI.  The patient understood this discussion, all questions were answered and was in
agreement.

Generated on 6/20/19  2:46 PM                                                Page  9

**Lincoln/R. Johnson 0365**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 1/16/2019

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

**Clinical Notes (continued)**

CONSERVATIVE THERAPY OF CONTINUED OTC NSAID, CORTISONE INJECTION, AND PT WILL RESUME A PHYSICIAN DIRECTED HOME EXERCISE PROGRAM

DISCUSSED RIGHT SHOULDER MRI IF SYMPTOMS PERSIST

F/U PRN

**Procedure Note:**

The right shoulder(s) was/were injected into the subacromial space using standard sterile technique. A sterile prep of the injection area on the shoulder was performed with chlorhexadine then Gebauer's ethyl chloride spray was used for local anesthesia. The shoulder was injected with 2 cc of 1% xylocaine, 2 cc of 0.5% Bupivicaine without epinephrine, and 1cc of 40mg Kenalog. The patient tolerated the procedure well without complications. Post injection pain and blood sugar elevation were discussed.

The patient was interviewed and examined in the office today and the chart reviewed. The previous observations, recommendations, and conclusions were reviewed. Thank you so much for allowing me to participate in the care of your patient.

Patient instructed on a physician directed exercise program, focusing on range of motion and stretching, along with rotator cuff and deltoid specific strengthening.

Electronically signed by Krupp, Ryan J., MD at 1/16/2019 5:58 AM

**Imaging**

**Imaging**

**XR Shoulder Comp Min 2 Vw RT (Final result)**

Electronically signed by: **Hibbert, Rebekah on 01/16/19 0951**                        Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Hibbert, Rebekah 01/16/19 0951          Ordering provider: Krupp, Ryan J., MD
Authorized by: Krupp, Ryan J., MD                       Ordering mode: Per protocol: no cosign required
Frequency: 01/16/19 -                                   Class: Clinic Performed
Quantity: 1                                             Lab status: Final result
Diagnoses
Right shoulder pain, unspecified chronicity [M25.511]

**Questionnaire**

| Question | Answer |
| --- | --- |
| Reason for exam: | RIGHT SHOULDER PAIN |
| What is the patient's sedation requirement? | No Sedation |

**End Exam Questions**

| | Answer | Comment |
| --- | --- | --- |
| Patient shielded? | No | |
| Are there previous films? | | |
| Where are your previous films from? | | |
| Has the patient had surgery in scan area? | | |
| If so, explain what kind. | | |
| Who verified the patient's identity and | | |

**Lincoln/R. Johnson 0366**

07-19-'19 22:20 FROM-                                              T-156  P0012/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

### 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Imaging (continued)**

procedural site?
LAB/RAD DIRECTOR?
Has the exam table and equipment          Yes
been properly cleaned and disinfected
after procedure?
Repeats?                                  No
Number of Repeats and Reason?

**XR Shoulder Comp Min 2 Vw RT**                     Resulted: 01/23/19 1335, Result status: Final result

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951     Order status: Completed
Resulted by: Krupp, Ryan J., MD                          Filed by: Krupp, Ryan J., MD  01/23/19 1335
Performed: 01/16/19 0958 - 01/16/19 1006                 Accession number: EPPA19RAD39949
Narrative:
Imaging
Impression:   .
interpretation contained in office note.

View Image (below)

**XR Shoulder Comp Min 2 Vw RT**                     Resulted: 01/23/19 1312, Result status: In process

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951     Order status: Completed
Resulted by: Krupp, Ryan J., MD                          Filed by: Hupp, Jason, PA  01/23/19 1312
Performed: 01/16/19 0958 - 01/16/19 1006                 Accession number: EPPA19RAD39949
Narrative:
Imaging
Impression:
interpretation contained in office note.

**XR Shoulder Comp Min 2 Vw RT**                     Resulted: 01/16/19 0958, Result status: In process

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951     Order status: Completed
Resulted by: Krupp, Ryan J., MD                          Filed by: Brumitt, Shelly 01/16/19 0958
Performed: 01/16/19 0958 - 01/16/19 1006                 Accession number: EPPA19RAD39949

**Indications**

Right shoulder pain, unspecified chronicity [M25.511 (ICD-10-CM)]

**Signed**

Electronically signed by Krupp, Ryan J., MD on 1/23/19 at 1335 EST

**Lincoln/R. Johnson 0367**

07-19-'19 22:20 FROM-                                          T-156  P0013/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

**Medication Administrations**

lidocaine 2 mL, bupivacaine 0.5% (MARCAINE) 10 mg, triamcinolone acetonide 40mg/ml (KENALOG-40) 40 mg injection [265360243]

| | | |
|---|---|---|
| Ordering Provider: Krupp, Ryan J., MD | Status: Sent | |
| Ordered On: 01/16/19 1029 | Start: 01/16/19 1030 | |
| Dose (Remaining/Total): --- (1/1) | Route: Injection | |
| Frequency: Once | Rate/Duration: --- / --- | |

| Timestamps | Action | Dose / Rate / Duration | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 01/16/19 1033 Documented: 01/16/19 1036 | Pending | --- | Injection Other | Performed by: Merritt, Paige Mariah, LPN |

**Lincoln/R. Johnson 0368**

07-19-'19 22:20 FROM-

T-156   P0014/0039 F-773

 **NORTON** HEALTHCARE

Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

## 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Other Orders**

**Medications**

**lidocaine 2 mL, bupivacaine 0.5% (MARCAINE) 10 mg, triamcinolone acetonide 40mg/ml (KENALOG-40) 40 mg injection (Active)**

Electronically signed by: **Krupp, Ryan J., MD on 01/16/19 1029**                                    Status: **Active**
Ordering user: Krupp, Ryan J., MD 01/16/19 1029          Ordering provider: Krupp, Ryan J., MD
Authorized by: Krupp, Ryan J., MD                        Ordering mode: Standard
Frequency: Once 01/16/19 1030 - Until Discontinued       Class: Normal

**Mixture Ingredients**

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| lidocaine | 2 mLs | 2 mLs |
| bupivacaine 0.5% (MARCAINE) | 2 mLs | 10 mg |
| triamcinolone acetonide 40mg/ml (KENALOG-40) | 40 mg | 40 mg |

**Lincoln/R. Johnson 0369**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**All Orders**

**Lincoln/R. Johnson 0370**



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:                    Sex: M
Visit date: 1/16/2019

## 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets**

### Encounter Vitals

| Row Name | 01/16/19 0949 |
|---|---|
| Enc Vitals | |
| Weight | 222 lb (100.7 kg) |
| Height | 5' 11" (1.803 m) |

### Medical Wt Mgmt 12 Week Program

| Row Name | 01/16/19 0949 |
|---|---|
| Week 1-12 | |
| Today's Weight | 222 Lbs |

### Misc. Formula Calculations

| Row Name | 01/16/19 0948 |
|---|---|
| Vitals | |
| Pct Wt Change | 0 % |
| OTHER | |
| BMI (Calculated) | 31 |
| Weight | 0 |
| BSA (Calculated – sq m) | 2.25 sq meters |
| BMI (Calculated) | 31 |
| IBW (Calculated) Male | 75.3 kg |
| Low Range Vt 6cc/kg MALE | 451.8 mL |
| Adult Moderate Range Vt 8cc/kg MA | 602.4 mL |
| Adult High Range Vt 10cc/kg MALE | 753 mL |
| IBW (Calculated) Female | 70.8 kg |
| Low Range Vt 6cc/kg FEMALE | 424.8 mL |
| Adult Moderate Range vt 8cc/kg FEMALE | 566.4 mL |
| Adult High Range Vt 10cc/kg FEMALE | 708 mL |
| Weight in (lb) to have BMI = 25 | 178.9 |
| Percent Weight Change Since Birth | 0 |
| Vasopressin (20units/ml)// 1 unit/kg | 2 ml |
| Adenosine (3mg/ml)// 0.1mg/kg | 2 ml |
| Atropine (0.1mg/ml)// 0.02mg/kg | 10 ml |

**Lincoln/R. Johnson 0371**

**NORTON HEALTHCARE**
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Flowsheets (continued)

| | |
|---|---|
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 ml |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 ml |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 ml |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 ml |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 ml |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 mg |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 10 ml |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 ml |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 ml |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 ml |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 ml |
| Vasopressin (20units/ml)// 0.5 units/kg | 2 ml |
| Cardioversion First Attempt (0.5 joules/kg) | 70 joules |
| Defibrillation First attempt (2 joules/kg) | 200 joules |
| Defibrillation First attempt (2 joules/kg) | 200 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 ml |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 ml |
| Dextrose 25% | 50 ml |

**Lincoln/R. Johnson 0372**

07-19-'19 22:22 FROM-                                                    T-156   P0018/0039 F-773

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Flowsheets (continued)

| | |
|---|---|
| (0.25gm/ml)// 1gm/kg | |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 ml |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 joules |
| Defibrillation Subsequent Attempts (4 joules/kg) | 200 |
| Cardioversion Subsequent Attempts (1joule/kg) | 150 joules |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 ml |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 10.07 ml |
| Procainamide infusion (10mg/ml)// 5mg/kg | 10 ml |
| Amiodarone (50mg/ml) Drip Loading Dose// (5mg/kg) | 10.07 ml |
| Amiodarone (6mg/ml) Drip Maintenance Dose | 5.03 |
| Esmolol Loading Dose// (0.1 mg/kg) | 1.01 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 5.03 |
| Esmolol (10mg/ml) Drip Maintenance Dose | 120.84 |
| Milrinone (200 mcg/ml) Loading Dose// (0.05 mg/kg) | 25.17 |
| Milrinone (200 mcg/ml) Drip Maintenance Dose | 30.21 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 |
| Magnesium | 40 |

Generated on 6/20/19  2:46 PM                                          Page 17

**Lincoln/R. Johnson 0373**

07-19-'19 22:22 FROM-                                                     T-156  P0019/0039 F-773

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

### 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Sulfate Infusion (50MG/ML) (For Bronchospasm) | |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4.03 |
| Amiodarone Bolus | 83.92 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 |
| Ecmo Patient Heparin Bolus // 100 u/kg | 6000 |
| Adenosine (3mg/ml)// 0.1mg/kg | 6 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 1 mg |
| Atropine dose (0.1mg/ml)// 0.02mg/kg | 1 |
| Calcium Chloride 10% Dose (100mg/ml)// 25MG/KG | 1000 |
| Calcium Gluconate 10% Dose (100mg/ml)// 100MG/KG | 3000 |
| Lidocaine 2% Dose (20mg/ml)// 1mg/kg | 100 |
| Sodium Bicarbonate Dose (1 mEq/ml)// 1 mEq/kg | 50 |
| Magnesium Sulfate Infusion Dose (50MG/ML) (For Bronchospasm) | 2000 |
| Lorazepam (2mg/ml)// 0.05 mg/kg | 2 ml |
| Lorazepam (2mg/ml)// 0.1 mg/kg | 2 ml |
| Fosphenytoin (10mg/ml~)// 20mg/kg | 201.4 ml |
| Phenobarbital (10mg/ml~)// 20 mg/kg | 201.4 ml |

Generated on 6/20/19 2:46 PM                                                          Page 18

**Lincoln/R. Johnson 0374**

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

## 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Phenobarbital (10mg/ml~)// 10 mg/kg | 100.7 ml |
| Leviracetam (15mg/ml)// 20mg/kg | 134.27 ml |
| Diazepam Rectal (5mg/ml)// 0.5mg/kg | 10.07 ml |
| Midazolam Intranasal (5mg/ml)// 0.2 mg/kg | 4.03 ml |
| Diazepam Rectal (5mg/ml)// 0.3mg/kg | 6.04 ml |
| Diazepam Rectal (5mg/ml)// 0.2mg/kg | 4.03 ml |
| Cardioversion First Attempt (0.5 joules/kg) | 50 |
| Cardioversion Subsequent Attempts (1joule/kg) | 100 |

**Patient Data**

| | |
|---|---|
| BMI (Calculated) | 31 |
| Today's Weight | 222 Lbs |

**NICU Code Drugs**

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 |
| Adenosine (3mg/ml)// 0.3mg/kg | 2 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 |
| Calcium Chloride 10% (100mg/ml)// 25MG/KG | 10 |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 |
| Dextrose 10% (0.1gm/ml)// 0.2 gm/kg | 50 |
| Dextrose 10% (0.1gm/ml)// 0.4gm/kg | 50 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 |

**Lincoln/R. Johnson 0375**

07-19-'19 22:23 FROM-                                                  T-156  P0021/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40216-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

Flowsheets (continued)

| | |
|---|---|
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 |
| NICU Epinephrine IV 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 |
| NICU Epinephrine 1:10,000 IV (0.1mg/ml)// 0.03mg/kg | 10 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.05mg/kg | 50.35 |
| NICU Epinephrine 1:10,000 ETT (0.1mg/ml)// 0.03mg/kg | 100.7 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 |
| Naloxone (Narcan) (0.4mg/ml)// 0.01mg/kg | 2.52 |
| Naloxone (Narcan) (0.4mg/ml)// 0.1mg/kg | 5 |

Week 1-12

| | |
|---|---|
| Weight in (lb) to have BMI = 30 | 215.1 |

Emergency Drugs

| | |
|---|---|
| Adenosine (3mg/ml)// 0.1mg/kg | 2 |
| Adenosine (3mg/ml)// 0.2mg/kg | 4 |
| Atropine (0.1mg/ml)// 0.02mg/kg | 5 |
| Calcium Chloride 10% | 10 |

Generated on 6/20/19  2:46 PM                                                    Page 20

**Lincoln/R. Johnson 0376**



**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

## 01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (100mg/ml)// 25MG/KG | |
| Calcium Gluconate 10% (100mg/ml)// 100MG/KG | 30 |
| Dextrose 10% (0.1gm/ml)// 0.5gm/kg | 50 |
| Dextrose 10% (0.1gm/ml)// 1gm/kg | 50 |
| Dextrose 25% (0.25gm/ml)// 0.5gm/kg | 50 |
| Dextrose 25% (0.25gm/ml)// 1gm/kg | 50 |
| Dextrose 50% Dose (0.5gm/ml)// 0.5gm/kg | 50 |
| Epinephrine 1:10,000 (0.1mg/ml)// 0.01mg/kg | 10 |
| Epinephrine 1:1,000 (1mg/ml)// 0.1mg/kg | 2.5 |
| Insulin (Reg) (0.1u/ml)// 0.1u/kg | 50 |
| Lidocaine 2% (20mg/ml)// 1mg/kg | 5 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 |
| Phenylephrine bolus (100MCG/ML)// 10MCG/KG | 4 |
| Sodium Bicarbonate (1 mEq/ml)// 1 mEq/kg | 50 |
| Sodium Bicarbonate (0.5 mEq/ml)// 1mEq/kg | 100 |
| Vasopressin (20units/ml)// 0.4 units/kg | 2 |
| Naloxone | 5 |

**Lincoln/R. Johnson 0377**

07-19-'19 22:23 FROM-                                                T-156  P0023/0039 F-773

| **NORTON** HEALTHCARE<br>Real people. Remarkable care. | NORTON PHYSICIANS SERVICES<br>1930 Bishop Ln<br>STE 1200<br>Louisville KY 40218-1929 | Johnson, Richard L<br>MRN: EP01810172, DOB:<br>Visit date: 1/16/2019 | Sex: M |

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| (Narcan) (0.4mg/ml)// 0.1mg/kg | |
| Magnesium Sulfate Infusion (50MG/ML) (For Bronchospasm) | 40 |
| Magnesium Sulfate Infusion (For Torsades) (50MG/ML) | 40 |

**Emergency Drug Drip Calculations**

| | |
|---|---|
| Amiodarone Bolus | 50 |

**Loading Dose for Continuous Infusions**

| | |
|---|---|
| Esmolol Loading Dose// (0.1 mg/kg) | 0.5 |
| Esmolol (10mg/ml) Loading Dose// (0.5mg/kg) | 2.52 |
| Milrinone (0.2mg/ml) Loading Dose// (0.05 mg/kg) | 25.17 |

**Nutrition Evaluation/Planning**

| Row Name | 01/16/19 0949 |
|---|---|
| Anthropometrics | |
| Weight Change | 0 % |

Generated on 6/20/19 2:46 PM

**Lincoln/R. Johnson 0378**

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**Lincoln/R. Johnson 0379**

07-19-'19 22:24 FROM-                                        T-156   P0025/0039 F-773



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

Lincoln/R. Johnson 0380

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

Lincoln/R. Johnson 0381

07-19-'19 22:24 FROM-                                    T-156  P0027/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**01/16/2019 - Office Visit in Norton Orthopedic Institute (continued)**

**Patient Instructions**

Today you were diagnosed with impingement, or inflammation of the soft tissues of the shoulder. Take the medication as prescribed, and attend the physical therapy, if orders were written. If you received an injection, it may take up to 5 days to notice an improvement in symptoms. If you have not made significant improvement after 4 weeks, call the office and we will order an MRI for evaluation of the internal structures of the shoulder. Your next appointment will then be after completion of the study, to discuss the results, and establish a new plan.

If you received an injection into the shoulder at today's office visit, watch for signs of infection: redness at injection site, warmth, fever or chills. Call the office immediately, or if after hours, proceed to ER if these symptoms occur. There is a very small chance of infection with these procedures, and if you experience any of these symptoms it should be evaluated. If you are diabetic, you may notice a spike in your blood sugar for 2-3 days after the injection. This is normal, treat as you normally would.

**Lincoln/R. Johnson 0382**

07-19-'19 22:24 FROM-                                                      T-156   P0028/0039 F-773



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

---

### 01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute
### FACESHEET

| Norton Orthopedic Institute | Encounter Date: | 1/16/2019 |
| 9880 Angies Way | MRN: | EP01810172 |
| Suite 250 | Guarantor: | JOHNSON,RICHARD L |
| Louisville, KY 40241-2847 | Contact Serial #: | 10065466822 |

**PATIENT**

| | | |
|---|---|---|
| Name: | JOHNSON, RICHARD L | Preferred Name: |
| Address: | | |
| City: | | |
| DOB: | | Primary Phone: |
| Sex: | Male | Mobile Phone: Telephone Information: |
| | | Mobile |
| Primary Care Provider: | Moore, Thomas L, MD | Work Phone: No relevant phone numbers on file. |

**EMERGENCY CONTACT**

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work/Cell Phone |
|---|---|---|---|---|
| 1. Johnson,Judy | | Spouse | | (W) |
| | | | | (C) |
| 2. Logsdon,Robin | | Daughter | | (W) |

**GUARANTOR**

| | | |
|---|---|---|
| Guarantor: | JOHNSON,RICHARD L | DOB: |
| Address: | | Sex: Male |
| Relation to Patient: | Self | Home Phone: |
| Guarantor ID: | 1032467 | Work Phone: |

**GUARANTOR EMPLOYER**

| | | |
|---|---|---|
| Employer: | LANTECH INC. | Status: FULL TIME |

**COVERAGE**

**PRIMARY INSURANCE**

| | | | |
|---|---|---|---|
| Payor: | HUMANA | Plan: | HUMANA POS |
| Group Number: | 787422 | Insurance Type: | INDEMNITY |
| Subscriber Name: | JOHNSON,RICHARD L | Subscriber DOB: | |
| Subscriber ID: | 109574797 | | |
| Pat. Rel. to Subscriber: | Self | | |

**SECONDARY INSURANCE**

| | | |
|---|---|---|
| Payor: | | Plan: |
| Group Number: | | Insurance Type: |
| Subscriber Name: | | Subscriber DOB: |
| Subscriber ID: | | |
| Pat. Rel. to Subscriber: | | |

---

**Lincoln/R. Johnson 0383**

07-19-'19 22:25 FROM-                                                  T-156   P0029/0039 F-773

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:          Sex: M
Visit date: 1/16/2019

## 01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)

### Visit Information

#### Provider Information

**Referring Provider**

Krupp, Ryan J., MD

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Norton Orthopedic Institute | 9880 Angies Way Suite 250 Louisville KY 40241-2847 | 502-394-6341 | 502-394-6340 |

### Patient Summary as-of Visit

#### Immunizations

No documentation.

### History as of 1/16/2019

#### Medical History as of 1/16/2019

Medical last reviewed by Krupp, Ryan J., MD on 1/16/2019

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|-----------|------|----------|--------|
| Dental crowns present | — | — | Provider |
| Hemorrhoids | — | — | Provider |
| High cholesterol | — | NO MEDS FOR | Provider |
| History of fracture | — | BILATERAL WRISTS, RIBS | Provider |
| Kidney stone | — | — | Provider |
| Low testosterone | — | — | Provider |
| Obesity | — | — | Provider |
| Seasonal allergies | — | — | Provider |
| Snoring | — | — | Provider |

#### Surgical History as of 1/16/2019

Surgical last reviewed by Krupp, Ryan J., MD on 1/16/2019

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|-----------|-----------|------|----------|--------|
| LEFT KNEE MENISCUS REPAIR [Other] | — | 2005 | — | Provider |
| LEFT WRIST ORIF [Other] | — | 2000 | — | Provider |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 | left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis | Provider |
| JOINT REPLACEMENT | Left | 01/31/2017 | — | Provider |

#### Family History as of 1/16/2019

Family last reviewed by Krupp, Ryan J., MD on 1/16/2019
None

#### Family Status as of 1/16/2019

Generated on 6/20/19 2:46 PM                                              Page 28

**Lincoln/R. Johnson 0384**

07-19-'19 22:25 FROM-                                                    T-156   P0030/0039  F-773



| NORTON PHYSICIANS SERVICES | Johnson, Richard L | |
|---|---|---|
| 1930 Bishop Ln | MRN: EP01810172, DOB: | Sex: M |
| STE 1200 | Visit date: 1/16/2019 | |
| Louisville KY 40218-1929 | | |

NORTON HEALTHCARE
Real people. Remarkable care.

### 01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)

**Patient Summary as-of Visit (continued)**

Family Status last reviewed by Krupp, Ryan J., MD on 1/16/2019
None

## Substance & Sexuality History

### Tobacco Use

Tobacco Use last reviewed by Krupp, Ryan J., MD on 1/16/2019

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use

Alcohol Use last reviewed by Hibbert, Rebekah on 1/16/2019

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | 5 DRINKS WEEKLY | Provider |
| Frequency | Standard Drinks | Binge Drinking | | |
| — | — | — | | |

### Drug Use

Drug Use last reviewed by Hibbert, Rebekah on 1/16/2019

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity

Sexual Activity last reviewed by Hibbert, Rebekah on 1/16/2019

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Socioeconomic History as of 1/16/2019

### Socioeconomic as of 1/16/2019

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

| Financial Resource Strain | Food Insecurity: Worry | Food Insecurity: Inability | Transportation Needs: Medical | Transportation Needs: Non-medical |
|---|---|---|---|---|
| — | — | — | — | — |

**Implants as of 1/16/2019**

Generated on 6/20/19  2:46 PM                                                    Page 29

**Lincoln/R. Johnson 0385**

07-19-'19 22:26 FROM-                                                    T-156   P0031/0039 F-773

**NORTON** HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

## 01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)

Patient Summary as-of Visit (continued)

### Cement

**Cement Palacose 00111214001 - Log517090 - Implanted**                                      (Left) Knee

| Inventory item: | CEMENT PALACOSE 00111214001 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84634569 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Cement Palacose 00111214001 - Log517090 - Implanted**                                      (Left) Knee

| Inventory item: | CEMENT PALACOSE 00111214001 | Model/Cat number: | 00111214001 |
| Manufacturer: | ZIMMER | Lot number: | 84614543 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

### Knees

**Knee Base Tib 79 141235 - Log517090 - Implanted**                                          (Left) Knee

| Inventory item: | KNEE BASE TIB 79 141235 | Model/Cat number: | 141235 |
| Manufacturer: | BIOMET INC | Lot number: | J3945078 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee A Pat Peg Thn 37 184788 - Log517090 - Implanted**                                     (Left) Knee

| Inventory item: | KNEE A PAT PEG THN 37 184788 | Model/Cat number: | 184788 |
| Manufacturer: | BIOMET INC | Lot number: | 825080 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Fem Vangrd 72.5 Lt 183033 - Log517090 - Implanted**                                   (Left) Knee

| Inventory item: | KNEE FEM VANGRD 72.5 LT 183033 | Model/Cat number: | 183033 |
| Manufacturer: | BIOMET INC | Lot number: | 115610 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Tib Bearing 12x79 189102 - Log517090 - Implanted**                                    (Left) Knee

| Inventory item: | KNEE TIB BEARING 12X79 189102 | Model/Cat number: | 189102 |
| Manufacturer: | BIOMET INC | Lot number: | 040720 |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

**Knee Capt Total Cem Vanguard - Log517090 - Implanted**                                     (Left)

| Inventory item: | KNEE CAPT TOTAL CEM VANGUARD | Model/Cat number: | KNEE APTOT E |
| Manufacturer: | BIOMET INC | | |
| As of 1/31/2017 (Log 517090) | | | |
| Status: | Implanted | | |

Generated on 6/20/19 2:46 PM

**Lincoln/R. Johnson 0386**

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:              Sex: M
Visit date: 1/16/2019

**01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)**

**Patient Summary as-of Visit (continued)**

**Screws, Bolts and Washers**
**Screw Bio Comp 6x19 Ar1662bc - Log423824 - Implanted**                                          (Left) Shoulder

| Inventory item: | SCREW BIO COMP 6X19 AR1662BC | Model/Cat number: | AR1662BC |
|---|---|---|---|
| Manufacturer: | ARTHREX ARTHROSCOPY INSTRUMENT | Lot number: | 10034587 |

**As of 6/9/2016 (Log 423824)**

| Status: | Implanted |
|---|---|

**Imaging**

**Imaging**

**XR Shoulder Comp Min 2 Vw RT (Final result)**

Electronically signed by: **Hibbert, Rebekah on 01/16/19 0951**                          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Hibbert, Rebekah 01/16/19 0951                Ordering provider: Krupp, Ryan J., MD
Authorized by: Krupp, Ryan J., MD                            Ordering mode: Per protocol: no cosign required
Frequency: 01/16/19 -                                        Class: Clinic Performed
Quantity: 1                                                   Lab status: Final result
Diagnoses
Right shoulder pain, unspecified chronicity [M25.511]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for exam: | RIGHT SHOULDER PAIN |
| What is the patient's sedation requirement? | No Sedation |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient shielded? | No | |
| Are there previous films? | | |
| Where are your previous films from? | | |
| Has the patient had surgery in scan area? | | |
| If so, explain what kind. | | |
| Who verified the patient's identity and procedural site? | | |
| LAB/RAD DIRECTOR? | | |
| Has the exam table and equipment been properly cleaned and disinfected after procedure? | Yes | |
| Repeats? | No | |
| Number of Repeats and Reason? | | |

**XR Shoulder Comp Min 2 Vw RT**                                Resulted: 01/23/19 1335, Result status: Final result

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951          Order status: Completed
Resulted by: Krupp, Ryan J., MD                              Filed by: Krupp, Ryan J., MD  01/23/19 1335
Performed: 01/16/19 0958 - 01/16/19 1006                      Accession number: EPPA19RAD39949
Narrative:
Imaging
Impression:
interpretation contained in office note.

**Lincoln/R. Johnson 0387**

07-19-'19 22:27 FROM-                                                    T-156  P0033/0039 F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:           Sex: M
Visit date: 1/16/2019

## 01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)

### Imaging (continued)

View Image (below)

**XR Shoulder Comp Min 2 Vw RT**                    Resulted: 01/23/19 1312, Result status: In process

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951         Order status: Completed
Resulted by: Krupp, Ryan J., MD                             Filed by: Hupp, Jason, PA  01/23/19 1312
Performed: 01/16/19 0958 - 01/16/19 1000                    Accession number: EPPA19RAD30949
Narrative:
Imaging
Impression:
interpretation contained in office note.

**XR Shoulder Comp Min 2 Vw RT**                    Resulted: 01/16/19 0958, Result status: In process

Ordering provider: Krupp, Ryan J., MD  01/16/19 0951         Order status: Completed
Resulted by: Krupp, Ryan J., MD                             Filed by: Brumitt, Shelly  01/16/19 0958
Performed: 01/16/19 0958 - 01/16/19 1000                    Accession number: EPPA19RAD39949

### Indications

Right shoulder pain, unspecified chronicity [M25.511 (ICD-10-CM)]

### Signed

Electronically signed by Krupp, Ryan J., MD on 1/23/19 at 1335 EST

Generated on 6/20/19 2:46 PM                                                          Page 32

**Lincoln/R. Johnson 0388**

07-19-'19 22:27 FROM-                                                    T-156   P0034/0039 F-773



NORTON
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**All Orders**

**Lincoln/R. Johnson 0389**

07-19-'19 22:27 FROM-                                              T-156   P0035/0039  F-773

**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:         Sex: M
Visit date: 1/16/2019

**01/16/2019 - Imaging/Diagnostic in Norton Orthopedic Institute (continued)**

**Flowsheets**

**Procedure Verification**

| Row Name | 01/16/19 1008 |
|---|---|
| Procedure Verification | |
| Patient ID Verified | Verbal |
| Procedure Verified | Yes |
| Laterality Verified | Right |

Generated on 6/20/19 2:46 PM                                        Page 34

**Lincoln/R. Johnson 0390**

07-19-'19 22:28 FROM-                                                    T-156  P0036/0039 F-773

 **NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

**Lincoln/R. Johnson 0391**

07-19-'19 22:28 FROM-                                    T-156  P0037/0039 F-773



NORTON HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

Lincoln/R. Johnson 0392

07-19-'19 22:28 FROM-                                      T-156  P0038/0039 F-773



**NORTON**
HEALTHCARE
Real people. Remarkable care.

NORTON PHYSICIANS
SERVICES
1930 Bishop Ln
STE 1200
Louisville KY 40218-1929

Johnson, Richard L
MRN: EP01810172, DOB:
Visit date: 1/16/2019

Sex: M

Generated on 8/20/19 2:46 PM

Page 37

**Lincoln/R. Johnson 0393**

07-19-'19 22:28 FROM-                                                          T-156  P0039/0039 F-773



## NORTON HEALTHCARE

Request for Release of Medical Information

### Patient Information

| | |
|---|---|
| Patient Name | Richard Doran Johnson |
| Maiden Name/Alias | ☐ |
| Social Security # | |
| Patient Birth Date | |
| Patient Type | Self |

### Information Requested



| | |
|---|---|
| Type of Information | ☒ Itemized Bills<br>☒ Medical Record |
| Facility/Physician: | ☒ Krupp, Ryan J, MD |
| Date of Service | 01/01/2017 to 06/19/19 |

### Record is to be released to the following individual:

| | |
|---|---|
| Name and Title | Kevan M. Doran Attorney |
| Phone Number | 5022084972 |
| Delivery Method | Mail – USPS |
| Email Address | melody@thedoranlawoffice.com |
| Mailing Address: | 2950 Breckenridge Lane, Suite 12A<br>Louisville, KY 40220 |
| Reason for Request | ☒ Legal Purposes |

The authorization must be signed and dated and may be revoked by notifying Hospital's Health Information Department in writing at any time except to the extent action has been taken prior to revocation. This consent will expire 60 days after the date beside my signature or sooner by my choice, in which case this consent will expire on this date or event: **8/18/2019.** Such expiration date or event has not occurred.

REQUEST FOR RECORD COPY RELEASE WILL BE HANDLED ON A FIRST COME, FIRST SERVE BASIS.

Kentucky Law directs health care providers to furnish to a patient, at the patient's request, one free copy of the patient's Medical Record. Additional requests for copies will be charged a rate of $1.00 per page.

### Consent

I understand that the medical record released pursuant to this authorization could contain information concerning drug related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or blood borne infectious disease, which are subject to federal and/or state restrictions on disclosure. I understand that if the person or entity that receives the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations. I hereby affirm that I have read and fully understand the above statements and consent to the disclosure of the medical record for the purpose and extent stated above.

If Norton Healthcare is asking to use/disclose my information, I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, enrollment in any health plan, or payment/benefit eligibility. I may inspect or copy any information used/disclosed under this authorization.

| | |
|---|---|
| ☒ Yes | By clicking Yes you agree to abide by the Terms of Service outlined above. |

**Lincoln/R. Johnson 0394**





# Doran Law Offices

**Downtown**

436 South 7th Street
Suite 200
Louisville KY 40203
Phone - 502.855.3151
Fax - 502.855.3166

## Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com

*Jeffersontown*

2950 Breckenridge Lane
Suite 12A
Louisville KY 40220
Phone - 502.208.4970
Fax - 502.618.0605

# FAX COVER SHEET

TO: Lincoln Financial

Attn: Courtney Grygiel

Fax: 603 422 7904

FROM: Doran Law Office

Re: Richard Johnson/Claim # 7521853

Page(s): Additional Med. Recs and Proof of Eligibility for LTD

2

**Lincoln/R. Johnson 0395**

07-19-'19 22:29 FROM-                                        T-156  P0002/0047 F-774

Progress Notes - 07/10/2018
To:                         Fax: (423) 933-2049        Page 2 of 69 10/15/2018 6:20 AM

**Chart Notes**
Richard Johnson                                        Phone: (502) 222-0000
                                                       Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured   YRN626M56624 |

| Date    07/10/2018 | |
|---|---|
| Provider   Lido Petrucci DC | **continued from previous page** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:
*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.
   - *Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:
   -*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
   - *Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.


Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

Printed:   Monday, October 15, 2018 9:05:51 AM                   Page 18 Of  67

**Lincoln/R. Johnson 0396**

Progress Notes - 07/10/2018
From: Lido Petrucci    Fax: (502) 222-3488    To:           Fax: (423) 933-2049    Page 21 of 69 10/15/2018 6:20 AM

## Chart Notes
Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: 10/09/1955 | |
|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured   YRN626M56624 |

Date    07/10/2018
Provider: Lido Petrucci DC                                        **continued from previous page***

A cervical traction wedge was prescribed for home use to aid Richard in the restoration of his normal cervical curve.

- **Advised**: Cervical Traction Unit - Richard has been using his over the door traction for a minimum of 30 days which he states has been improving his condition. He was provided with a cervical posture pump to use at home to further improve his condition. The patient was instructed to use this equipment daily, for 20 minutes at a time until instructed otherwise by the ordering medical provider or until complete resolution of symptoms.

- Self-Care/Home Management Training (97535) - Today, Richard received a special instruction session on the following; proper usage of a cervical traction unit. The patient was given a handout regarding this information and 10 minutes was spent with him going over the material.

- **Advised**
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 07/10/2018 11:46 AM

Printed:    Monday, October 15, 2018 9:05:51 AM                          Page 19 Of  67

Lincoln/R. Johnson 0397

Progress Notes - 07/06/2018

| | To: | Fax: (423) 933-2049 | Page 14 of 69 10/15/2018 6:20 AM |

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3498

| Patient: | Johnson, Richard | DOB: | 10/09/1955 | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # | 00246261 | Insured | YRN626M56624 |

Date    07/06/2018

Provider: Lido Petrucci DC

### Subjective:
Richard sought treatment today, complaining of frequent (50%-75%) shooting and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

### Objective:
An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

### ASSESSMENT:
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:   Monday, October 15, 2018 9:05:51 AM                            Page 12 of 67

**Lincoln/R. Johnson 0398**

Progress Notes - 07/06/2018

From: Lido Petucci    Fax: (502) 222-3400    To:    Fax: (423) 933-2049    Page 15 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3499

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |
| Date 07/06/2018 | | | |
| Provider: Lido Petucci DC | | ***continued from previous page*** | |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Printed:    Monday, October 15, 2018 9:05:51 AM                                    Page 13 Of 67

**Lincoln/R. Johnson 0399**

Progress Notes - 07/06/2018          To:        Fax: (423) 933-2049      Page 18 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**                                            Phone: (502) 222-0000
                                                              Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/06/2018

Provider: Lido Petrucci Dc                              ** continued from previous page **

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises -* assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

Printed:   Monday, October 15, 2018 9:05:51 AM                        Page 14 Of   67

Lincoln/R. Johnson 0400

Progress Notes - 07/06/2018
From: Lido Petrucci     Fax: (502) 222-0400     To:          Fax: (423) 933-2049     Page 17 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3400

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/08/2018

Provider: Lido Petrucci DC                                      ** continued from previous page **

### - Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/06/2018 09:42 AM

Lincoln/R. Johnson 0401

07-19-'19 22:31 FROM-                                              T-156  P0008/0047 F-774

Progress Notes - 07/05/2018
FROM: Lido Petrucci          FAX: (502) 222-3400        To:            Fax: (423) 933-2049      Page 11 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                                     Phone: (502) 222-0000
                                                                    Fax: (502) 222-3400

| Patient: | Johnson, Richard | DOB: | | |
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date   07/05/2018

Provider    Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C6 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

### ASSESSMENT:

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:    Monday, October 15, 2018 9:05:50 AM                           Page 9 of 67

**Lincoln/R. Johnson 0402**

Progress Notes - 07/05/2018
From: Lido Petrucci      Fax: (502) 222-3488          To:            Fax: (423) 933-2049        Page 12 of 69 10/15/2018 8:20 AM

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured  YRN626M56624 |
| Date  07/05/2018 | | |
| Provider  Lido Petrucci DC | | *continued from previous page* |

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Printed:   Monday, October 15, 2018 9:05:50 AM                                    Page 10 Of  67

Lincoln/R. Johnson 0403

Progress Notes - 07/05/2018
FROM: ~~~~ ~~~~~~    FAX: (502) 222-3400    To:    Fax: (423) 933-2049    Page  13 of 69 10/15/2018 6:20 AM

### Chart Notes

Richard Johnson                                          Phone: (502) 222-0000
                                                         Fax: (502) 222-3499

| Patient:  Johnson, Richard | DOB: | |
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured   YRN626M56624 |

| Date | 07/05/2018 |
| Provider:  Lido Petrucci DC | **continued from previous page** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation – 98940, therapeutic ultrasound – 97035 and extra spinal manipulation – 98943 in accordance with the treatment plan.

### - Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis      M99.01: Seg and somatic dysf of cervical reg
               M40.292: Other kyphosis, reduced cervical curve
               G54.0: Brachial plexus disorder
               M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
               M54.12: Radiculopathy, cervical reg

Electronically Signed
                                    Lido Petrucci DC 07/05/2018 01:01 PM

Lincoln/R. Johnson 0404

Progress Notes - 07/03/2018.
Fax: (423) 933-2049      Page  7  of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                          Phone: (502) 222-0000
                                                         Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured   YRN626M56624 |
| Date   07/03/2018 | | |
| Provider   Lido Petrucci DC | | |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

### Musculoskeletal - Range of Motion - Cervical - *Active*
   -Flexion: 50/50 degrees with pain
   -Extension: 45/60 degrees with pain
   -Left Lat. Flexion: 15/45 degrees with pain
   -Right Lat. Flexion: 45/45 degrees with pain
   -Left Rotation: 50/80 degrees with pain
   -Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Lincoln/R. Johnson 0405

Progress Notes - 07/03/2018
~~FROM: LINC PETRUCCI    FAX: (502) 222-3490~~    To:        Fax: (423) 933-2040    Page 8 of 89 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**                                    Phone: (502) 222-0000
                                                        Fax: (502) 222-3498

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured  YRN626M56624 |
| Date  07/03/2018 | | |

**Provider   Lido Petrucci DC**                            ***continued from previous page***

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

## Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

Lincoln/R. Johnson 0406

Progress Notes - 07/03/2018                    To:          Fax: (423) 933-2049      Page 9 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                               Phone: (502) 222-0000
                                                              Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|----------|-----------------|------|--------------|---------------------|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured  YRN626M56624 |
| Date | 07/03/2018 | | | |

Provider: Lido Petrucci DC                                    *** continued from previous page ***

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

Printed:  Monday, October 15, 2018 9:05:49 AM                 Page 7 of 67

Lincoln/R. Johnson 0407

Progress Notes - 07/03/2018
From: Lido Petrucci     Fax: (502) 222-3400          To:              Fax: (423) 933-2049          Page 10 of 69 10/15/2018 6:20 AM

## Chart Notes
**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3498

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

Date     07/03/2018

Provider: Lido Petrucci DC                                          ***continued from previous page***

bed.

### - Advised
- *Tx Effect*: Examination performed without incident
- *Next Visit*: Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 07/03/2018 11:50 AM

Printed:   Monday, October 15, 2018 9:05:49 AM                              Page 8   Of   67

**Lincoln/R. Johnson 0408**

Progress Notes - 07/02/2018
~~From: Lido Petrucci    Fax: (502) 222-3400~~    To:    Fax: (423) 933-2049    Page 3 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3400

| Patient:  Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured    YRN626M56624 |
| Date    07/02/2018 | | |

Provider   Lido Petrucci DC

**Subjective:**
Richard sought treatment today, complaining of frequent (50%-75%) aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with rest.

**Objective:**
Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

**Musculoskeletal - Range of Motion** - Cervical - *Active*
  -Flexion: 50/50 degrees with pain
  -Extension: 45/60 degrees with pain
  -Left Lat. Flexion: 15/45 degrees with pain
  -Right Lat. Flexion: 45/45 degrees with pain
  -Left Rotation: 50/80 degrees with pain
  -Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Printed:   Monday, October 15, 2018 9:05:45 AM    Page 1  Of  67

Lincoln/R. Johnson 0409

07-19-'19 22:33 FROM-                                        T-156  P0016/0047 F-774

Progress Notes - 07/02/2018
From: Lido Petrucci        Fax: (502) 222-3400        To:        Fax: (423) 933-2049        Page 4 of 69 10/15/2018 6:20 AM

## Chart Notes
Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/02/2018 |
|---|---|
| Provider: Lido Petrucci DC | continued from previous page |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

**Assessment:**

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

Printed:  Monday, October 15, 2018 9:05:48 AM                              Page 2 Of 67

Lincoln/R. Johnson 0410

Progress Notes - 07/02/2018
To:          Fax: (423) 933-2049       Page 5 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                        Phone: (502) 222-0000
                                                       Fax: (502) 222-3489

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured  YRN626M56624 | |
| Date   07/02/2018 | | | |
| Provider   Lido Petrucci DC | | ** continued from previous page ** | |

and the addition of tubing and/or weights focusing on perfect form within pain
free range of motion. Cardiovascular training can continue. During the repair
stage of care we recommend seeing him 3 visits per week for 4 weeks to
administer chiropractic adjustments as indicated by that visits observations and
findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the
function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its
movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of
the spine and paraspinal tissues. Ultrasound in this case will be performed over
the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the
current discomfort that he is experiencing.  The treatments provided were: 1-2
region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal
manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging
him to ice. Prolonged  periods of cold help to decrease inflammation in the
affected area. Icing acts as a mild analgesic to reduce pain in the affected area.
Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

Printed:  Monday, October 15, 2018 9:05:48 AM                    Page 3 Of 67

Lincoln/R. Johnson 0411

Progress Notes - 07/02/2018

To:                    Fax: (423) 933-2049        Page 6 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/02/2018

Provider: Lido Petrucci DC                                    *** continued from previous page ***

bed.

**- Advised**
- *Tx Effect:* Examination performed without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**      M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed —

Lido Petrucci DC 07/02/2018 06:28 PM

Lincoln/R. Johnson 0412

Other Records

# FAX

**FROM**

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**        (502) 222-3488
**Fax Number** (502) 222-3488

**TO**

Claim # 7521853

**Phone**
**Fax Number** +12138844921

**DATE** 10/19/2018

**NOTE**

This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0413**

Request Corr.

From: Lido Petrucci    Fax: (502) 222-3488    To:    Fax: (423) 933-2049    Page 1 of 69 10/15/2018 6:20 AM

# FAX

## FROM

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**    (502) 222-3488
**Fax Number** (502) 222-3488

## TO

Attention Lean Robert Trinidad

**Phone**
**Fax Number** +14239332049

**DATE** 10/15/2018

**NOTE**

Dear Lean I  apologize for the delay on this record request. If you are missing any pages and would like them mailed please call me at 502-222-0000.

Sincerely,
Sonia Esquivel
This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0414**

Request Corr.

| Fax | | Fax: (423) 933-2049 | | Page 2 of 69 10/16/2018 6:20 AM |

From WPI Incorporated 1.626.628.9628 Sun Oct 14 16:51:06 2018 MDT Page 1 of 1



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Oct 14, 2018

LANGRANGE CHIROPRACTIC
301 S 1st S
ATTN: MEDICAL RECORDS
La Grange, KY  40031

Re: Disability Benefits
Claim# 7521853          4573953
Claimant: JOHNSON, RICHARD
Claimant DOB:

## REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On Oct 1 2018 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at:  (423) 933-2049

☑ I am FAXING records to:  (423) 933-2049

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

  Lean Robert Trinidad

Disability Information Specialist
Phone No.:  (213) 349-9450
Fax No:  (423) 933-2049

Lincoln/R. Johnson 0415

07-19-'19 22:35 FROM-                                           T-156  P0022/0047 F-774

--Request Corr.
Fax: (002) 222-0400           To:         Fax: (213) 884-4921      Page 70 of 70 10/19/2018 9:12 AM
From WFI Incorporated 1.626.628.9628 Mon Oct  1 11:14:06 2018 MDT Page 2 of 5



Liberty
Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Richard   Johnson_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Richard Johnson_
Date of Birth: ___          _____ Claim Number: __7521853__  Date: _5-31-18_

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

**Lincoln/R. Johnson 0416**

07-19-'19 22:35 FROM-                                                    T-156  P0023/0047 F-774

Questionnaire - 10/02/2018          | To:        | Fax: (213) 884-4921 | Page 69 of 70 10/19/2018 9:12 AM

From WFI Incorporated 1.626.628.9628 Mon Oct  1 11:14:06 2018 MDT Page 3 of 5

## Liberty Mutual.
### INSURANCE

## Restrictions Form

Patient Name: Richard Johnson          Date of Birth: ___          Claim Number: 7521853

### To be completed by a Physician:

Date First Treated: 12/07/18

Date Last Treated: 9/28/18

Next Office Visit: 10/3/18

Diagnosis(es) with ICD 10 Codes: 6640, m50.13

Physician's Area of Specialty: Chiropractic

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ No Restrictions
- ☐ No Work Capacity
- ☐ Sedentary - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ Light - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ Medium - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ Heavy - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ Very Heavy - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) 10/2/18          To ~ongoing

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions: _____

_____

Provider's Name (Please Print): Lidch Petrovclk  Signature: _____  Date: 10/2/18

Lincoln/R. Johnson 0417

# Quality Assurance Report

## Request Information

Report Date:    October 20, 2018                    **RP ID: 4573953**

Patient Name:   JOHNSON, RICHARD

Provider Name: LANGRANGE CHIROPRACTIC

## Quality Assurance Information

Scope Requested: From July 1, 2018 to Present

Special Request:
  Please provide medical records and complete
  restrictions form. - Seen By: LANGRANGE CHIROPRACTIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

**Lincoln/R. Johnson 0418**

Progress Notes - 07/10/2018

FROM: Lido Petrucci        FAX: (502) 222-3498      To:        Fax: (423) 933-2049      Page 20 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                              Phone: (502) 222-0000
                                                            Fax: (502) 222-3498

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured   YRN626M56624 |

Date : 07/10/2018

Provider:  Lido Petrucci DC                                 ** continued from previous page **

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

- *Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

 –*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
 –*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
 –*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
 –*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
 –*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
 –*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
 –*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

- *Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

Printed:   Monday, October 15, 2018 9:05:51 AM                        Page 18 Of  67

**Lincoln/R. Johnson 0419**

Progress Notes - 07/10/2018
From Lido Petrucci    Fax: (502) 222-3480    To:    Fax: (423) 933-2049    Page 21 of 69 10/15/2018 6:20 AM

## Chart Notes
Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3480

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

Date   07/10/2018
Provider   Lido Petrucci DC                                    ** continued from previous page **

A cervical traction wedge was prescribed for home use to aid Richard in the restoration of his normal cervical curve.

**- Advised**: Cervical Traction Unit – Richard has been using his over the door traction for a minimum of 30 days which he states has been improving his condition. He was provided with a cervical posture pump to use at home to further improve his condition. The patient was instructed to use this equipment daily, for 20 minutes at a time until instructed otherwise by the ordering medical provider or until complete resolution of symptoms.

– Self-Care/Home Management Training (97535) – Today, Richard received a special instruction session on the following; proper usage of a cervical traction unit. The patient was given a handout regarding this information and 10 minutes was spent with him going over the material.

**– Advised**
   - *Tx Effect:* Treatment rendered without incident
   - *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis     M99.01: Seg and somatic dysf of cervical reg
              M40.292: Other kyphosis, reduced cervical curve
              G54.0: Brachial plexus disorder
              M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
              M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 07/10/2018 11:46 AM

Printed:   Monday, October 15, 2018 9:05:51 AM                    Page 19 Of  67

**Lincoln/R. Johnson 0420**

Progress Notes - 07/06/2018

To:                    Fax: (423) 933-2049        Page 14 of 69 10/15/2018 6:20 AM

## Chart Notes
Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |
| Date | 07/06/2018 | | | |
| Provider: Lido Petrucci DC | | | | |

### Subjective:
Richard sought treatment today, complaining of frequent (50%-75%) shooting and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

### Objective:
An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

ASSESSMENT:
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:   Monday, October 15, 2018 9:05:51 AM                    Page 12 Of  67

**Lincoln/R. Johnson 0421**

Progress Notes - 07/06/2018

| | To: | Fax: (423) 933-2049 | Page 15 of 69 10/16/2018 6:20 AM |
|---|---|---|---|

### Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured   YRN626M56624 |
| Date | 07/06/2018 | | |
| Provider: Lido Petrucci DC | | | ** Continued from previous page ** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard
Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other
kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13)
Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy,
cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed
depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to
6 weeks if reinjury does not occur. Collagen is being laid down and is still
fragile. There is scar tissue formation and joint stiffness. The patient can begin
active/resistive exercises such as floor/spinal stabilization exercises, gym ball
and the addition of tubing and/or weights focusing on perfect form within pain
free range of motion. Cardiovascular training can continue. During the repair
stage of care we recommend seeing him 3 visits per week for 4 weeks to
administer chiropractic adjustments as indicated by that visits observations and
findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Lincoln/R. Johnson 0422

07-19-'19 22:37 FROM-                                                    T-156   P0029/0047 F-774

Progress Notes - 07/06/2018
From: Lido Petrucci        Fax: (502) 222-3400        To:              Fax: (423) 933-2049        Page 16 of 69 10/15/2018 6:20 AM

**Chart Notes**

Richard Johnson                                                          Phone: (502) 222-0000
                                                                        Fax: (502) 222-3400

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/06/2018 | |
|---|---|---|
| Provider: Lido Petrucci DC | | continued from previous page |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:
*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.
- *Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:
-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
- *Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

Printed:    Monday, October 15, 2018 9:05:51 AM                              Page 14 Of 67

**Lincoln/R. Johnson 0423**

Progress Notes - 07/06/2018
From: Lido Petrucci     Fax: (502) 222-3488     To:          Fax: (423) 933-2049     Page 17 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured    YRN626M56624 |

Date    07/06/2018

Provider:  Lido Petrucci DC                                    *** continued from previous page ***

### ~ Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis      M99.01: Seg and somatic dysf of cervical reg
               M40.292: Other kyphosis, reduced cervical curve
               G54.0: Brachial plexus disorder
               M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
               M54.12: Radiculopathy, cervical reg

Electronically Signed
                                         Lido Petrucci DC 07/06/2018 09:42 AM

Printed:    Monday, October 15, 2018 9:05:51 AM                          Page 15 Of  67

Lincoln/R. Johnson 0424

07-19-'19 22:38 FROM-                                              T-156  P0031/0047 F-774

Progress Notes - 07/05/2018
                    Fax. (502) 222-3460          To:        Fax: (423) 933-2049      Page  11 of 69 10/15/2018 6:20 AM

### Chart Notes

Richard Johnson                                              Phone: (502) 222-0000
                                                            Fax: (502) 222-3460

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured | YRN826M56624 |
| Date  07/05/2018 | | | |
| Provider  Lido Petrucci DC | | | |

**Subjective:**
Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**
An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C6 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:  Monday, October 15, 2018 9:05:50 AM                          Page 9  Of  67

**Lincoln/R. Johnson 0425**

Progress Notes - 07/05/2018

To:        Fax: (423) 933-2049     Page  12of 69 10/15/2018 6:20 AM

### Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3498

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

Date    07/05/2018

Provider: Lido Patruco DC                                          *continued from previous page*

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0426**

07-19-'19 22:38 FROM-                                    T-156  P0033/0047 F-774

Progress Notes - 07/05/2018

From: Lido Petrucci      Fax: (502) 222-3488      To:        Fax: (423) 933-2049      Page 13 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                              Phone: (502) 222-0000
                                                             Fax: (502) 222-3488

| Patient: | Johnson, Richard | | DOB: | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | | Pol # 00246261 | Insured | YRN626M56624 |
| Date | 07/05/2018 | | | | |

Provider: Lido Petrucci DC                                   *continued from previous page*

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

- **Advised**
    - *Tx Effect:* Treatment rendered without incident
    - *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis    M99.01: Seg and somatic dysf of cervical reg
             M40.292: Other kyphosis, reduced cervical curve
             G54.0: Brachial plexus disorder
             M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
             M54.12: Radiculopathy, cervical reg

Electronically Signed
                                Lido Petrucci DC 07/05/2018 01:01 PM

Printed:   Monday, October 15, 2018 9:05:50 AM                    Page 11 Of  67

Lincoln/R. Johnson 0427

Progress Notes - 07/03/2018
To:                          Fax: (423) 933-2049        Page 7 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson                                         Phone: (502) 222-0000
                                                        Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | |
| Ins Co  BCBS of Kentucky | Pol # 00246261 | Insured  YRN626M56624 |
| Date  07/03/2018 | | |
| Provider: Lido Petrucci DC | | |

### Subjective:
Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:
Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

### Musculoskeletal - Range of Motion - Cervical - *Active*
- Flexion: 50/50 degrees with pain
- Extension: 45/60 degrees with pain
- Left Lat. Flexion: 15/45 degrees with pain
- Right Lat. Flexion: 45/45 degrees with pain
- Left Rotation: 50/80 degrees with pain
- Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Printed:   Monday, October 15, 2018 9:05:49 AM                        Page 5  Of  67

Lincoln/R. Johnson 0428

Progress Notes - 07/03/2018

To:            Fax: (423) 933-2049      Page 8 of 69 10/15/2018 6:20 AM

**Chart Notes**

Richard Johnson                                   Phone: (502) 222-0000
                                                  Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |
| Date 07/03/2018 | | | |
| Provider: Lino Petrucci DC | | ***Continued from previous page*** | |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

**Assessment:**

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

Printed:  Monday, October 15, 2018 9:05:49 AM                    Page 6 of 67

**Lincoln/R. Johnson 0429**

07-19-'19 22:39 FROM-　　　　　　　　　　　　　　　　　　T-156　P0036/0047　F-774

Progress Notes – 07/03/2018
From: Lido Petrucci　　Fax: (502) 222-3400　　To:　　　　　Fax: (423) 933-2049　　Page 9 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson　　　　　　　　　　　　　　　　　　　　　　　Phone: (502) 222-0000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (502) 222-3400

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |
| Date | 07/03/2018 | | | | |
| Provider: Lido Petrucci DC | | | | | ***continued from previous page *** |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

**Lincoln/R. Johnson 0430**

Progress Notes - 07/03/2018
From: Lido Petrucci          Fax: (502) 222-3400          To:          Fax: (423) 933-2049          Page 1 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date   07/03/2018

Provider   Lido Petrucci DC                                        Continued from previous page

bed.

- **Advised**
    - *Tx Effect:* Examination performed without incident
    - *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis    M99.01: Seg and somatic dysf of cervical reg
             M40.292: Other kyphosis, reduced cervical curve
             G54.0: Brachial plexus disorder
             M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
             M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 07/03/2018 11:50 AM

Printed:   Monday, October 15, 2018 9:05:49 AM                                    Page 8 Of 67

Lincoln/R. Johnson 0431

Progress Notes - 07/02/2018
~~~~~~~~~~~~~~~~~~~~~~~~~~~~    To:           Fax: (423) 933-2049 .    Page  3  of 69 10/15/2018 6:20 AM

### Chart Notes
Richard Johnson                                          Phone: (502) 222-0000
                                                         Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured   YRN626M56624 |

| Date | 07/02/2018 |
|---|---|
| Provider: Lido Petrucci DC | |

**Subjective:**
Richard sought treatment today, complaining of frequent (50%-75%) aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with rest.

**Objective:**
Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

**Musculoskeletal - Range of Motion** - Cervical - *Active*
   -Flexion: 50/50 degrees with pain
   -Extension: 45/60 degrees with pain
   -Left Lat. Flexion: 15/45 degrees with pain
   -Right Lat. Flexion: 45/45 degrees with pain
   -Left Rotation: 50/80 degrees with pain
   -Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Printed:    Monday, October 15, 2018 9:05:45 AM                        Page 1  of  67

Lincoln/R. Johnson 0432

Progress Notes - 07/02/2018

| | To: | Fax: (423) 933-2049 | Page 4 of 69 10/15/2018 5:20 AM |

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3489

| Patient: Johnson, Richard | DOB: | |
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured   YRN626M56624 |
| Date   07/02/2018 | | |
| Provider: Lisa Petrucci DC | | continued from previous page |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

## Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

Lincoln/R. Johnson 0433

Progress Notes - 07/02/2018
From: Lido Petrucci      Fax: (502) 222-3488      To:            Fax: (423) 933-2049      Page 5 of 69 10/15/2018 8:20 AM

**Chart Notes**

Richard Johnson                                                Phone: (502) 222-0000
                                                               Fax: (502) 222-3488

| | | | |
|---|---|---|---|
| Patient: Johnson, Richard | | DOB: | |
| Ins Co BCBS of Kentucky | | Pol # 00246261 | Insured YRN626M56624 |
| Date 07/02/2018 | | | |
| Provider: Lido Petrucci DC | | | Continued from previous page |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

Lincoln/R. Johnson 0434

Progress Notes - 07/02/2018
From: Lido Petrucci        Ph: (502) 222-0000        To:            Fax: (433) 933-2049        Page 6 of 69 10/15/2018 6:20 AM

## Chart Notes

Richard Johnson

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/02/2018 | | |
|---|---|---|---|
| Provider: Lido Petrucci DC | | | continued from previous page |

bed.

- **Advised**
  - *Tx Effect:* Examination performed without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

Diagnosis    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/02/2018 06:28 PM

Lincoln/R. Johnson 0435

07-19-'19 22:42 FROM-    T-156    P0042/0047 F-774

Other Records
From Lido Petrucci    Fax: (502) 222-3488    To:    Fax: (213) 884-4921    Page 1 of 70 10/19/2018 9:12 AM

# FAX

**FROM**

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**    (502) 222-3488
**Fax Number** (502) 222-3488

**TO**

Claim # 7521853

**Phone**
**Fax Number** +12138844921

DATE 10/19/2018

NOTE

This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0436**

Request Corr.
From, Lido Petrucci        Fax: (502) 222-3488        To:            Fax: (423) 933-2049        Page 1 of 69 10/15/2018 6:20 AM

# FAX

## FROM

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**        (502) 222-3488
**Fax Number** (502) 222-3488

## TO

Attention Lean Robert Trinidad

**Phone**
**Fax Number** +14239332049

### DATE 10/15/2018

### NOTE

Dear Lean I apologize for the delay on this record request. If you are missing any pages and would like them mailed please call me at 502-222-0000.

Sincerely,
Sonia Esquivel
This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0437**

07-19-'19 22:42 FROM-

T-156  P0044/0047  F-774

Request Corr.

| | To: | Fax: (423) 933-2049 | Page 2 of 69 10/15/2018 6:20 AM |

From WFI Incorporated 1.626.628.9628 Sun Oct 14 16:51:06 2018 MDT Page 1 of 1


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Oct 14, 2018

LANGRANGE CHIROPRACTIC
301 S 1st S
ATTN: MEDICAL RECORDS
La Grange, KY 40031

Re: Disability Benefits
Claim# 7521853        4573953
Claimant: JOHNSON, RICHARD
Claimant DOB:

## REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Oct 1 3018** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (423) 933-2049

☑ I am FAXING records to: (423) 933-2049

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Lean Robert Trinidad

Disability Information Specialist
Phone No.: (213) 369-9450
Fax No: (423) 933-2049

**Lincoln/R. Johnson 0438**

07-19-'19 22:42 FROM-                                              T-156  P0045/0047 F-774

—Request Corr.
From: Linc Product    Fax: (502) 222-9400        :To:      Fax: (213) 884-4921       Page 70 of 70 10/19/2018 9:12 AM
From WFI Incorporated 1,626.628.9628 Mon Oct  1 11:14:06 2018 MDT Page 2 of 5
JK15/180155

 **Liberty Mutual.** INSURANCE

| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7207 |
| London, KY 40742-7207 |
| Phone No.: (800) 291-0112 |
| Secure Fax No.: (603) 430-5923 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

The Information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  **Richard  Johnson**

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Richard Johnson*

Date of Birth: __       _____ Claim Number: __7521853__  Date: __5-31-18__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**Lincoln/R. Johnson 0439**

Questionnaire - 10/02/2018

| To: | Fax: (213) 884-4921 | Page 69 of 70 10/19/2018 9:12 AM |

From WFI Incorporated 1.626.628.9628 Mon Oct  1 11:14:06 2018 MDT Page 3 of 5

## Liberty Mutual.
INSURANCE

## Restrictions Form

Patient Name: *Richard Johnson*    Date of Birth:    Claim Number: *7521853*

### To be completed by a Physician:

Date First Treated: *12/07/18*

Date Last Treated: *9/28/18*

Next Office Visit: *10/3/18*

Diagnosis(es) with ICD 10 Codes: *6540, M50.13*

Physician's Area of Specialty: *Chiropractic*

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ No Restrictions
- ☐ No Work Capacity
- ☐ Sedentary - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ Light - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ Medium - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ Heavy - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ Very Heavy - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally* – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day

*Frequently* – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day

*Constantly* - Over 40 Minutes/Hour and Over 5 ½ Hours/Day

Restrictions Imposed From (Please Date) *10/2/18*    To *-ongoing*

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions: _____

Provider's Name (Please Print): *Lidah Petrocik* Signature: _____ Date: *10/2/18*

Lincoln/R. Johnson 0440

# Quality Assurance Report

## Request Information

Report Date:     October 20, 2018                    RP ID: 4573953

Patient Name:   JOHNSON, RICHARD

Provider Name: LANGRANGE CHIROPRACTIC

## Quality Assurance Information

Scope Requested: **From July 1, 2018 to Present**

Special Request:
   Please provide medical records and complete
   restrictions form. - Seen By: LANGRANGE CHIROPRACTIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

**Lincoln/R. Johnson 0441**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| LANTECH, INC. | RICHARD JOHNSON | 7521853 |

| Referred By: | Courtney Grygiel | Claimant DOB: | |
|---|---|---|---|
| Referral Date: | 07/22/2019 | Job Title: | TEAM LEADER, CHIEF ENGINEER |
| Due Date: | 08/05/2019 | Medical/ Surgical Condition: | knee pain/osteoarthritis |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 01/27/2017 |
| Report Date: | 7/27/2019 | DOD: | 01/31/2017 |
| Physical Demands: | | BBD: | 07/30/2017 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

- Total knee arthroplasty L TKA 1/31/2017 – Dr. Popham
- Surgery of the L knee – Arthroscopy 2005
- L knee ankylosis
- Myofascial upper back pain
- M50.13 Cervical disc disease w/ radiculopathy
- M54.12 Radiculopathy, cervical region

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

- Chronic rhinitis
- R elbow pain

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/12/18 to present, and comment on the expected duration.**

The following restrictions and limitations are supported from 12/12/18 – present:

**Lincoln/R. Johnson 0442**

- Sit/stand/walk                 Ability to change positions as needed for comfort
- Push/Pull/Lift/Carry:           Frequent 1-10 lb, Occasional 11-25 lb
- Bend/Stoop/Squat/Kneel:      Never
- Reach above shoulder level:     Occasional
- Reach at desk/waist level:       Constant
- Reach below desk/waist level:    Constant
- Type/Grasp/Fine Finger:        Constant
- Use of foot controls:           Less than Occasional
- Climb stairs:                  Occasional
- Climb ladders:                Never
- Unprotected heights:          Never
- Heavy machinery exposure:     Never
- Drive:                        Occasional

There is nothing in the available medical records to suggest inability to perform full-time work within the restrictions and limitations noted above. The prognosis for improvement from an impairment standpoint is poor-fair due to the chronic nature of the conditions.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes the treatment provided is largely consistent with the standard of care. Originally Dr. Poplin was considering PRP injections but the claimant only received cortisone injections per the available medical records.

On 4/11/18 his medical note by Krista Shake, PT mentions that he has not been in therapy for over a month and has had regression, and has not been consistent with his exercises.

**5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Jeffrey Popham    Phone Number: 1 (502) 587 1236 ex -----    Fax Number: Fax (502) 449-3277**

I spoke with the office of Dr. Jeffrey Popham on 7/26/19 at 10:30am, who referred me back to his initial conversation with Dr. Lisa Barrett on 12/6/18.

**Brief overview of clinical presentation and course:**

63 y/o M chief engineer who had a previous arthroscopy of his L knee in 2006 and every day since then had pain in this L knee. He underwent L knee replacement on 1/31/17.

**Lincoln/R. Johnson 0443**

Due to continuing posterior knee pain of unknown origin, despite treatments that included medications and modalities, on 9/13/17 he underwent a L knee arthroscopy with arthroscopic lysis of adhesions as well as closed manipulation of the L knee with subsequent cortisone injections in the following months.

In the remainder of 2018, he had been continuing to receive physical therapy for atypical posterior left knee pain that occurred with weight bearing and caused an antalgic gait and reduced weight bearing capacity. He had also been treating with chiropractic for myofascial cervical pain.

**Analysis and Support for Conclusions**

In the claimant's post-op care, Xrays of the knee consistently showed no radiolucencies around the implant, and good alignment of the implant.

Work restrictions or accommodations traditionally include no prolonged standing, limited stair climbing, frequent rest periods, and use of a walker or cane during early recovery stages. Stooping, squatting, and excessive forward bending should be avoided. Riding in a car is permitted, but frequent stops must be made to get out and walk and stretch on an hourly basis. A higher chair or firm cushions added to a low chair may be necessary to assist in standing. A chair with armrests to assist in standing may be needed.  In some cases, like his, therapeutic exercise will continue past the initial 12-week recovery period.

Following total knee replacement, impairment may be permanent for individuals who perform very heavy work. The individual's motivation, ability to participate in rehabilitation, underlying medical conditions, type of implants, and work requirements will influence disability periods. Results are better for individuals with osteoarthritis than for individuals with rheumatoid arthritis, as rheumatoid patients usually have disease in multiple other joints. Procedure complications may increase length of disability periods. The underlying disease process may also determine the duration of impairment.

The largest published study of return to work after knee replacement (Styron) found that 94% returned to work and that the mean time to return to work was 8.9 weeks. Factors predicting faster return to work were a sense of personal urgency to return to work, female sex, self-employment, higher mental health scores, higher physical function scores, and having a handicapped accessible workplace. Factors associated with a slower return to work were having less pre-operative pain, having a more physically demanding job, and receiving workers' compensation.

Custom bracing may help the claimant offload the posterior knee while weight-bearing.

**References:**

Creager, M. A., and Mark W. Pagnano. "Instability After Total Knee Arthroplasty." Journal of Bone and Joint Surgery 90 (2008): 184-194.

Kaplan, Robert J. "Chapter 71 - Total Knee Replacement." Essentials of Physical Medicine and Rehabilitation. Eds. Walter R. Frontera, Julie K. Silver, and Thomas Rizzo. 2nd ed. Philadelphia: Saunders, Elsevier, 2008.

**Lincoln/R. Johnson 0444**

**Records Reviewed:**

Medical documents referred by Lincoln Financial Group as of today's date were reviewed, including the most recent medical treatment record in the file which is: **12/6/18**

**Ellis & Badenhausen Orthopaedics, P.S.C.**
**Matthew Price, MD**

**7/20/17** – Pain in L knee. Total knee replacement 6 months ago. Feeling worse, clicking, popping, hurts laterally. 120 degrees ROM. Pain with medial head of gastrocnemius. R/o subtle latent infection. No need for revision right now. Thin this will calm down as biomechanics improve. Xray unremarkable.

**Dr. Popham**

**12/6/18** – Atypical posterior left knee pain that occurs with weight bearing and causes an antalgic gait and reduced weight bearing capacity.

**9/25/18** – Cortisone injection did provide relief of symptoms. Refer for continued dry needling.

**7/24/18** – Knee sore, stiff, continues to hurt. Moderate size effusion. Mild tendinopathy/tendinitis in the patellar tendon. Cervical degenerative disc disease C5-7. Refer for cervical epidurals.

**7/17/18** – Continued instability.

**5/15/18**—F/u lab work. L knee pain 6/10. Graston and dry needling interfering with sleep. Feeling better, more energy. Continue M-Th depo-testosterone.

**4/19/18** – PT. Needs ongoing PT.

**4/10/18** – L knee calf atrophied compared to right. Exam with 3-95 degrees of flexion.

**3/12/18** – Increase testosterone with injections.

**3/7/18** – PT. Continue PT if he got any relief from it. Oxford 60% disability to knee, dropped 17% since 1/17/18 which is significant.

**3/5/18** – Continues therapy, downstairs. Hard to get shoes on and for driving.

**2/28/18** – PT. Able to sleep with less pain 5/10.

**1/17/18** – PT. ambulates with quad cane. Hip flexion 4/5. Able to climb ladder, negotiate steps, walk with worsening knee pain. Workshop – wood working.

<div align="right">

**Lincoln/R. Johnson 0445**

</div>

**1/8/18** – Continuing dry needling.

**11/27/17** – Therapy has helped with hot spots but nothing for the popping behind the knee or the deep joint pain. Start Mobic, d/c ibuprofen. Pes anserine bursitis.

**10/16/17** – Constant pain in the knee. Standing, walking and stairs aggravate it. Injected local anesthetic to L calf.

**9/26/17** – Two weeks post-op from L knee closed manipulation and L knee arthroscopy, lysis of adhesions. Knee is pretty sore.

**8/14/17** – Allergy testing – for appliance, awaiting bone cement. Contracture of the L knee. 0-95 degrees of flexion. Recommend a L knee arthroscopic lysis of adhesions.

**7/10/17** – Continued LTK pain 1/31/17. Pain in IT band area. Some progress with dry needling, scrapping. PE: Tenderness popliteus tendon. Palpable popping on posterolateral aspect of knee. No instability of knee. Pain in the L foot tarsometatarsal joint. Recommend NSAIDs, walking shoes, Spenco insoles. Continue therapy. Send for second opinion. Off work until 9/1/17.

**6/12/17** – Posterior and lateral pain when he tries to bend his knee. Consider L TKA revision.

**5/10/17** – Posterior residual pain, L knee ITB tendonitis. Cannot return to work at this time.

**3/29/17** – Arthritic pain is gone, but muscle pain is very severe. 5-100 degree ROM.

**3/1/17** - -Knee pain has changed since surgery.

**1/31/17** – Underwent L TKA secondary to severe osteoarthritis.


**Dr. Moore**

**6/22/17** – IT band tendinitis. Second opinion. Worked on a furnace in Mar/Apr and had posterior pain start. Pain bothers him at night and when he's active. Suspect soft tissue inflammation in the popliteal region.


**Lagrange Chiropractic**

**5/29/18 – 6/14/18**
Pain 7/10, upper back discomfort. L C5/7/, L T2/3 discomfort.

**7/2/18 – 10/4/18**
Osteoarthritis, positive MRI findings, traction, therapeutic exercises. Using over the door traction. Ongoing light duty restrictions.


**Lincoln/R. Johnson 0446**

**Gary Costelle, PT**

**7/10/17** – Graston / dry needling / tp tx.

**6/7/17** – Iontophoresis, U/S< MH, joint mobilizations, PROM, AROM, LE flexibility exercises, and open and closed kinetic chain LE strengthening exercises. Continued pain in the popliteal fossa, distal, lateral hamstring insertion area of the L knee.

**5/10/17** – Seen 22 times, mild antalgic gait. Pain over lateral hamstring attachment, distal ITB, MJL, and fibular head.

**3/27/17** – Pain 1/10, nagging type pain postero-lateral knee when he stands or walks long periods

**MLS CP**

**1/29/18** – Lift occasional 25 lbs, frequent 10 lbs. No crawling/kneeling.

**Electronically Signed**

Paras Mehta, M.D.
Board Certified in Physical Medicine & Rehabilitation

**Lincoln/R. Johnson 0447**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| LANTECH, INC. | RICHARD JOHNSON | 7521853 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | |
| **Referral Date:** | 07/22/2019 | **Job Title:** | TEAM LEADER, CHIEF ENGINEER |
| **Due Date:** | 08/05/2019 | **Medical/ Surgical Condition:** | knee pain/osteoarthritis |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 01/27/2017 |
| **Report Date:** | | **DOD:** | 01/31/2017 |
| **Physical Demands:** | | **BBD:** | 07/30/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 12/12/18 to present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

**Name: Dr. Jeffrey Popham    Phone Number: 1 (502) 587 1236 ex -----    Fax Number: Fax (502) 449-3277**

**Lincoln/R. Johnson 0448**

Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter

**Additional Questions**

Other LTD APPEAL FILE--Please review all documents listed under MEDICAL and APPEAL. FIle has been previously reviewed by Lisa S. Barrett, M.D. and Akhil Chhatre, M.D.  please assign to different reviewer.

Other Attorney:  KEVAN DORAN DORAN LAW OFFICE 2950 BRECKENRIDGE LANE STE 12A LOUISVILLE KY 40220

**Other Comments**
Other Comments - null

**Lincoln/R. Johnson 0449**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: July 5, 2019 | |
| To: | KEVAN DORAN<br>DORAN LAW OFFICE<br>2950 BRECKENRIDGE LANE<br>STE 12A<br>LOUISVILLE KY 40220 |
| Attn: | |
| Fax: | (502) 855-3166 |
| From: | Courtney Grygiel<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7521853<br>Claimant: Richard Johnson<br><br>Lantech, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/R. Johnson 0450**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 5, 2019

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:     Long Term Disability (LTD) Benefits
        Lantech, Inc.
        Claim #: 7521853
        Claimant: Richard Johnson

Dear Kevan Doran:

Lincoln Financial Group is responsible for managing claims for benefits under the Lantech, Inc. long-term disability (LTD) insurance policy. We are writing to you to update you on the status of your client's request for reconsideration of disability benefits. We are in the process of reviewing this file, and a determination has not yet been made.

At this time, we are in need of additional information which is necessary to render a full and fair determination on Mr. Johnson's appeal for Long Term Disability (LTD) benefits under the terms of the Lantech, Inc. policy.  As noted during the telephone conversation on June 14, 2019 we have not received additional medical records and will afford you the opportunity to submit any additional information for consideration with his appeal.   We ask that any additional information for consideration be provided to us no later than July 19, 2019.

As we are waiting for you/ his physicians to submit additional information, we will require additional time to render a determination on this appeal. Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)].

Upon receipt of any additional information, we will promptly proceed with the appeal review.  If the above information is not received by July 19, 2019 we will render a determination based on the information contained in this file.  If no additional information is forthcoming, please notify this

<div align="center">1  of 2</div>

**Lincoln/R. Johnson 0451**

writer prior to this date and we will proceed with the appeal review.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below.    Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

**Lincoln/R. Johnson 0452**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

KEVAN DORAN
DORAN LAW OFFICE
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE KY 40220

**Lincoln/R. Johnson 0453**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8396

June 14, 2019

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Attorney Doran:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to Richard Johnson's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Richard Johnson's Long Term Disability (LTD) claim.

Mr. Johnson's file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of his claim eligibility.  His claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

Since no additional information has been received and the appeal deadline was June 9, 2019; the appeal has been forwarded for review.

If you have any questions regarding this correspondence, please contact me.

1  of 2

**Lincoln/R. Johnson 0454**

Sincerely,

Sherry Preston
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16105
Secure Fax No.: (603) 334-8396

2  of 2

**Lincoln/R. Johnson 0455**



3H106190020



# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com

Downtown Office
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

# NOTICE OF REPRESENTATION AND
# APPEAL OF DENIAL

Liberty Life Assurance Company of Boston
aka Lincoln Financial Group
Group Benefits Disability Claims
Appeal Review Unit
P.O. Box 7207
London, KY 40742-7207
Fax:   (603) 559-0489

Re:   Richard Johnson – LTD Benefits – Lantech, Inc. – Claim#7521853

To Whom It May Concern,

I am representing Mr. Richard Johnson. I am helping him appeal the wrongful cessation of long-term disability benefits which your company was obligated to pay pursuant to his Group Insurance Policy with Lantech, Inc. This letter serves as official notice of my representation of Mr. Johnson. **Please direct all future communications regarding this matter exclusively to my office.** In conformity with this notice, I am submitting a signed notification of representation executed by my client.

Consistent with your correspondence dated December 12, 2018, this letter serves as a formal request for your company to review its decision denying benefits. If you do not agree this request fulfills my client's obligation to provide a written request for review and is made within the 180 day period set forth in your correspondence, please advise me in writing at your earliest convenience and provide me with a written explanation regarding any alleged deficiency. At your earliest convenience, please mail or fax (502-618-0605) the following materials and information to my office:

1.   A complete copy of Mr. Johnson's insurance policy;
2.   All correspondence which your company sent to Mr. Johnson regarding this policy and his eligibility for benefits under the policy;
3.   All correspondence which your company sent to Mr. Johnson explaining the calculation of his benefits under the policy;
4.   All correspondence which your company sent to Mr. Johnson explaining the cessation of benefits under the policy;
5.   All applications and forms completed by Mr. Johnson;
6.   All materials and correspondence submitted by Mr. Johnson;

**Lincoln/R. Johnson 0456**

3H106190020

7.     All materials, records, correspondence and documents submitted by Mr. Johnson's employer - Lantech, Inc.;

8.     All medical records pertaining to Mr. Johnson that are in your custody, possession or control;

9.     Any IME, Physician(s) Opinion(s) or Medical Reports which your company relied upon in terminating payment of Mr. Johnson's benefits;

10.    Any vocational/occupational analysis, reports, studies, projections or other materials which your company relied upon in terminating payment of Mr. Johnson's benefits;

11.    All correspondence, records, information and materials you submitted to any vocational experts reviewing Mr. Johnson's continuing eligibility for disability benefits and/or performing an "employability analysis;"

12.    All correspondence, records, information and materials you submitted to any medical doctors or nurses reviewing Mr. Johnson's continuing eligibility for disability benefits and/or performing a "co-morbid independent medical review;" and

13.    A complete copy of all materials, records and documents pertaining to Mr. Johnson in any manner including those generated and/or kept electronically.

Once my office receives the requested materials from your company, I will speak with Mr. Johnson's physicians, obtain his updated healthcare records and provide supplemental records and briefing in support of reconsideration of your company's decision denying benefits. If you do not agree that we may supplement accordingly under the terms of the applicable policy, please advise me in writing at your earliest convenience and provide me with a written explanation of why a representative of the insured may not provide healthcare records and briefing challenging your company's decision denying benefits. I am looking forward to working with you and I hope we can quickly resolve this dispute. The delay in paying LTD benefits is causing my client significant financial distress. It is therefore critical for him to timely receive payment of the LTD benefits under the policy.

Thank you in advance for your assistance with this matter. Any help you can provide is bringing this matter to a swift conclusion is greatly appreciated. Should your company reconsider its prior decision terminating paying disability benefits to my client, please forward my office a check in the amount of past/back benefits which should have been paid to him. Please make this check payable to "Richard Johnson and his attorney Kevan M. Doran." For your records please note that my Tax Identification Number is 26-4504350. Please be advised that any release or settlement agreement pertaining to this matter must be accompanied by payment of the above settlement amount. Should you have any questions concerns or need additional information, please do not hesitate to contact me at 502-208-4971.

Sincere regards,

Kevan M. Doran, Esq.

**Lincoln/R. Johnson 0457**

3H106190020

## NOTIFICATION OF REPRESENTATION
## BY THE DORAN LAW OFFICE

TO: Liberty Life Assurance Co. of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

     To the bearer of this Notification of Representation, please be advised that I – RICHARD JOHNSON- as witnessed by the signature below, have retained Kevan M. Doran and the Doran Law Office to represent me. Please provide Kevan Doran and the Doran Law Office with any information which they request. I am requesting that all communication and correspondence regarding this matter be exclusively directed to Kevan M. Doran and the Doran Law Office. The contact information for the Doran Law Office is as follows:

     DORAN LAW OFFICE
     2950 Breckenridge Ln., Suite 12A
     Louisville, KY 40220

     Phone – (502) 208-4971

     Fax – (502) 618-0605

     E-mail – kdoran@thedoranlawoffice.com

          RICHARD JOHNSON

          _Richard Johnson_
          Signature

          Date of Signature: 4-5-19

**IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING THIS NOTIFICATION OF REPRESENTATION, PLEASE IMMEDIATELY CONTACT MY ATTORNEY, KEVAN M. DORAN, AT 502-855-3151**

1

**Lincoln/R. Johnson 0458**



Doran Law Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220

7011 1570 0001 7393 7857

U.S. POSTAGE
FCM LETTER
PROSPECT, K
40099
APR 19 '19
AMOUNT
$6.8
R2304M110800

40742

1000

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
Appeal Review Unit
P.O. Box 7207
London, KY 40742-7207

40742$7207 B500

Lincoln/R. Johnson 0459

**Lincoln/R. Johnson 0460**

UPS CampusShip - United States                                                  Page 1 of 1

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 15105 JOHN J DELANEY DR | 8334 PINEVILLE MATTHEWS RD | 6420 REA RD |
| CHARLOTTE ,NC 28277 | CHARLOTTE ,NC 28226 | CHARLOTTE ,NC 28277 |

FOLD HERE



**Lincoln/R. Johnson 0461**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:    CHARLOTTE**

| | | |
|---|---|---|
| Office: 587 | Manager: BOBO, KRISTIN | Case Mgr: TURNER, LATIMER |

Claimant Name: RICHARD    JOHNSON          Claim #: 7521853

Occupation (Job Title): TEAM LEADER, CHIEF ENGINEER          Date Sent: 4/9/2019

Diagnosis: M17.12 Unilateral primary osteoarthritis, left knee, M25.562 Pain in left knee

Date of Disability: 1/31/2017          Date Benefits Began: 7/30/2017

Maximum Duration: 7/29/2021          Paid Through: 12/12/2018

Date of Denial or (DB451): 12/12/2018          Date Appeal Received: 4/5/2019

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: LANTECH, INC.

Product: LTD          Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.          FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


KEVAN DORAN
DORAN LAW OFFICE
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE KY 40220

**Lincoln/R. Johnson 0462**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

April 10, 2019

Kevan M. Doran
Doran Law Office
2950 BRECKENRIDGE LANE
STE 12A
LOUISVILLE, KY 40220

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853
       Claimant: Richard Johnson

Dear Kevan Doran:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to Richard Johnson's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Richard Johnson's Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within  61 days of this letter.  If no additional information is received by June 9, 2019, Mr. Johnson's claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

Per your request for relevant claim documentation, we have enclosed the following information:

•    A complete copy of our claim file

If you have any questions regarding this correspondence, please contact me.

1  of 2

**Lincoln/R. Johnson 0463**

Sincerely,

Megan Gauthier
Appeals Examiner II
Phone No.: (888) 437-7611 Ext. 18205
Secure Fax No.: (603) 334-5121

**Lincoln/R. Johnson 0464**

# FAX COVER SHEET

TO:  Latimer Turner

Attached:  Notice of Representation and Appeal of Denial

Fax:  603-430-5923

FROM:  Doran Law Office

Re:  Richard Johnson

DOB:  10-09-55

Pages:  3 including cover sheet

Please fax any requested materials to 502-618-0605

Thank you for your assistance.

Lincoln/R. Johnson 0465

04-05-'19 16:10 FROM-                                    T-953  P0002/0004 F-225



Downtown Office
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

# Doran Law Office
## Kevan M. Doran
### Attorney at Law
kdoran@thedoranlawoffice.com



Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

## NOTICE OF REPRESENTATION AND
## APPEAL OF DENIAL

Liberty Life Assurance Company of Boston
aka Lincoln Financial Group
Group Benefits Disability Claims
Appeal Review Unit
P.O. Box 7207
London, KY 40742-7207
Fax:    (603) 559-0489

Re:    Richard Johnson – LTD Benefits – Lantech, Inc. – Claim#7521853

To Whom It May Concern,

I am representing Mr. Richard Johnson. I am helping him appeal the wrongful cessation of long-term disability benefits which your company was obligated to pay pursuant to his Group Insurance Policy with Lantech, Inc. This letter serves as official notice of my representation of Mr. Johnson. **Please direct all future communications regarding this matter exclusively to my office.** In conformity with this notice, I am submitting a signed notification of representation executed by my client.

Consistent with your correspondence dated December 12, 2018, this letter serves as a formal request for your company to review its decision denying benefits. If you do not agree this request fulfills my client's obligation to provide a written request for review and is made within the 180 day period set forth in your correspondence, please advise me in writing at your earliest convenience and provide me with a written explanation regarding any alleged deficiency. At your earliest convenience, please mail or fax (502-618-0605) the following materials and information to my office:

1. A complete copy of Mr. Johnson's insurance policy;
2. All correspondence which your company sent to Mr. Johnson regarding this policy and his eligibility for benefits under the policy;
3. All correspondence which your company sent to Mr. Johnson explaining the calculation of his benefits under the policy;
4. All correspondence which your company sent to Mr. Johnson explaining the cessation of benefits under the policy;
5. All applications and forms completed by Mr. Johnson;
6. All materials and correspondence submitted by Mr. Johnson;

**Lincoln/R. Johnson 0466**

7.    All materials, records, correspondence and documents submitted by Mr. Johnson's employer - Lantech, Inc.;

8.    All medical records pertaining to Mr. Johnson that are in your custody, possession or control;

9.    Any IME, Physician(s) Opinion(s) or Medical Reports which your company relied upon in terminating payment of Mr. Johnson's benefits;

10.   Any vocational/occupational analysis, reports, studies, projections or other materials which your company relied upon in terminating payment of Mr. Johnson's benefits;

11.   All correspondence, records, information and materials you submitted to any vocational experts reviewing Mr. Johnson's continuing eligibility for disability benefits and/or performing an "employability analysis;"

12.   All correspondence, records, information and materials you submitted to any medical doctors or nurses reviewing Mr. Johnson's continuing eligibility for disability benefits and/or performing a "co-morbid independent medical review;" and

13.   A complete copy of all materials, records and documents pertaining to Mr. Johnson in any manner including those generated and/or kept electronically.

Once my office receives the requested materials from your company, I will speak with Mr. Johnson's physicians, obtain his updated healthcare records and provide supplemental records and briefing in support of reconsideration of your company's decision denying benefits. If you do not agree that we may supplement accordingly under the terms of the applicable policy, please advise me in writing at your earliest convenience and provide me with a written explanation of why a representative of the insured may not provide healthcare records and briefing challenging your company's decision denying benefits. I am looking forward to working with you and I hope we can quickly resolve this dispute. The delay in paying LTD benefits is causing my client significant financial distress. It is therefore critical for him to timely receive payment of the LTD benefits under the policy.

Thank you in advance for your assistance with this matter. Any help you can provide is bringing this matter to a swift conclusion is greatly appreciated. Should your company reconsider its prior decision terminating paying disability benefits to my client, please forward my office a check in the amount of past/back benefits which should have been paid to him. Please make this check payable to "Richard Johnson and his attorney Kevan M. Doran." For your records please note that my Tax Identification Number is 26-4504350. Please be advised that any release or settlement agreement pertaining to this matter must be accompanied by payment of the above settlement amount. Should you have any questions concerns or need additional information, please do not hesitate to contact me at 502-208-4971.

Sincere regards,

Kevan M. Doran, Esq.

**Lincoln/R. Johnson 0467**

## NOTIFICATION OF REPRESENTATION
## BY THE DORAN LAW OFFICE

TO: Liberty Life Assurance Co. of Boston

Group Benefits Disability Claims

PO Box 7207

London, KY 40742-7207

      To the bearer of this Notification of Representation, please be advised that I – RICHARD JOHNSON- as witnessed by the signature below, have retained Kevan M. Doran and the Doran Law Office to represent me. Please provide Kevan Doran and the Doran Law Office with any information which they request. I am requesting that all communication and correspondence regarding this matter be exclusively directed to Kevan M. Doran and the Doran Law Office. The contact information for the Doran Law Office is as follows:

      DORAN LAW OFFICE
      2950 Breckenridge Ln., Suite 12A
      Louisville, KY 40220

      Phone – (502) 208-4971

      Fax – (502) 618-0605

      E-mail – kdoran@thedoranlawoffice.com

      RICHARD JOHNSON

      Signature

      Date of Signature: 4-5-19

**IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING THIS NOTIFICATION OF REPRESENTATION, PLEASE IMMEDIATELY CONTACT MY ATTORNEY, KEVAN M. DORAN, AT 502-855-3151**

1

Lincoln/R. Johnson 0468

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 13 Dec 2018 16:35:07 +0000 |
| **To:** | beckyn@lantech.com;GinaM@Lantech.com;robertw@lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 12/12/2018.  As of 12/13/2018 this claim is closed.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0469**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 13 Dec 2018 16:35:07 +0000 |
| **To:** | beckyn@lantech.com;GinaM@Lantech.com;robertw@lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 12/12/2018.  As of 12/13/2018 this claim is closed.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0470**

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 13 Dec 2018 16:35:07 +0000 |
| **To:** | beckyn@lantech.com;GinaM@Lantech.com;robertw@lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 12/12/2018.  As of 12/13/2018 this claim is closed.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0471**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


MR. RICHARD JOHNSON

**Lincoln/R. Johnson 0472**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 559-0489

December 12, 2018

Mr. Richard Johnson

RE:    Long Term Disability (LTD) Benefits
Lantech, Inc.
Claim #: 7521853

Dear Mr. Richard Johnson:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond December 12, 2018. Lantech, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

1  of 7

**Lincoln/R. Johnson 0473**

You have been receiving LTD benefits for your disability since July 30, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for left knee pain and back and neck pain and your claim file contains the following medical documentation:

- Medical records dated January 10, 2017 through September 25, 2018 and a Restrictions Form dated October 1, 2018 from Dr. Popham.
- Medical records dated May 29, 2018 through October 4, 2018 and a Restrictions Form dated October 2, 2018 from Dr. Petrucci.

In order to better understand the restrictions and limitations in relation to your medical condition, your file was referred to a doctor Board Certified in Physical Medicine and Rehabilitation. Those review findings follow:

**"*SUMMARY OF RECORDS:*_**
*01/31/17 Left total knee arthroplasty. Admitted to Norton Healthcare on 01/31/17 and discharge date 02/02/17. Admitting diagnosis is primary osteoarthritis of the left knee status post left total knee arthroplasty (TKA).*

*03/27/17 Baptist Health LaGrange Physical Therapy Progress Note. The claimant reports left posterior knee pain when walking. He is independent with a home exercise program. He ambulates with a mild antalgic gait.*

*05/10/17 Baptist Health LaGrange Physical Therapy Progress Note. The claimant has completed 22 sessions of physical therapy. He ambulates with a mild antalgic gait and lacks total knee extension on the left side. His knee range of motion is 0-120 degrees.*

*07/10/17 Venous duplex Doppler of the left lower extremity is negative for DVT (deep vein thrombosis).*

*04/09/18 Physical Therapy Progress Note. Assessment left knee ankylosis with TKA manipulation. The claimant is tolerating advancing exercises in physical therapy. Plan. Continue PT 1-2 times/week for 8 weeks.*

*05/15/18 Progress Note. Dr. Jeffrey Popham, MD. Ellis & Badenhausen Orthopedics. Patient Progress Note. History of present illness: The claimant with left knee pain that is 6/10. Physical examination is significant for left knee flexion 3-93 degrees, knee pain 2 cm below joint line at medial edge of gastrocnemius. Procedure performed was Depo-Medrol injection to left posterior knee.*

*06/04/18 Progress Note. Lido Petrucci, DC. Subjective: Upper back sharp and shooting pain rated 7/10 on VAS. Treatment: myofascial dry-needling.*

**Lincoln/R. Johnson 0474**

*05/15/18 Progress Note. Dr. Jeffrey Popham, MD. Ellis & Badenhausen Orthopedics. The claimant present for MRI (Magnetic Resonance Imaging) of left knee follow up. MRI left knee sho wed moderate effusion, and mild patellar tendinopathy. Cervical spine MRI was significant for a 3 mm protrusion with mild central canal stenosis at C5-C6 and 1-2 mm disc bulge with posterior annular tear at C3-C4 and C4-C5. Remote compression fractures of C7, T1, and T3. Assessment: Proximal tibiofibular joint left knee osteoarthritis. Cervical degenerative disc disease C5-C7. Plan: Depo-Medrol and lidocaine injection.*

*06/13/18 MRI Cervical spine C3-C4 and C4-C5 posterior annular tear. Three millimeter protrusion with mild central canal stenosis at C5-C6. Remote compression fractures of C7, T1, and T3.*

*07/17/18 Progress Note. Dr. Jeffrey Popham, MD. Ellis & Badenhausen Orthopedics. Reason for visit: 18 month left total knee replacement. Subjective: The claimant reports posterior lateral knee pain that is constant. Plan: MRI of the left knee.*

*07/18/18 MRI left knee. Moderate sized joint effusion and mild left patellar tendinopathy.*

*09/25/18 MRI 09/25/18. Progress Note. Dr. Jeffrey Popham, MD. Ellis & Badenhausen Orthopedics. Reason for visit: Follow up evaluation of lab results. Subjective: The claimant reports improvement of left knee pain post corticosteroid injection on 07/24/18. Examination: Laboratory check (testosterone 928 total 23.3 free and estrogen level 200, HgB 17.8), tenderness lower cervical spine. Plan: refilled current testosterone dose, refer for evaluation of neck pain, and follow up in 6 months.*

*10/04/18 Lido Petrucci, DC. Progress Note. The claimant reports sharp shooting upper back pain. Pain increases with movement and decreases with chiropractic care. Diagnosis is segmental and somatic dysfunction of the cervical region, cervical kyphosis, brachial plexus disorder, and radiculopathy cervical region. Treatment plan: mechanical traction, therapeutic adjustment, and dry needling."*

The reviewing physician attempted to contact your treating providers, Dr. Joshi and Dr. Hunt, to discuss your case. The results of those calls follow:

*"**Lagrange Chiropractic**: On 12/04/18 at 2:30 PM MST I spoke with Sonia, receptionist, Dr. Petrucci is unavailable for peer to peer call. Message given for call back. On 12/05/18 at 08:53 AM MST I spoke with Sonia, receptionist, Dr Petrucci is unavailable. Message given for call back. On 12/06/18 at 12:45 PM MST, I spoke with Sonia, receptionist, Dr. Petrucci from Lagrange Chiropractic is not available for peer to peer call. Message given for call back.*

***Dr. Jeffrey Popham**: On 12/05/18 at 9:10 AM MST I spoke with Sarah, Dr. Popham's office, states that the provider is not available, but she will take a message regarding peer to peer request. On 12/06/18 at 7:10 AM MST Dr. Popham was successfully contacted and reports that the claimant has atypical posterior left knee pain that occurs with weight bearing and causes an antalgic gait and reduced weight bearing capacity."*

The reviewing physician concluded the following after reviewing your medical records and attempting contact with your providers:

**Lincoln/R. Johnson 0475**

**"*REVIEW*:**
*All diagnoses supported by the medical evidence include the following:*

- *Left total knee arthroplasty*
- *Left knee pain*
- *Neck pain*
- *Cervical-thoracic back pain*
- *Cervical degenerative disc disease*
- *Cervical compression fracture*

*The reasonably supported restrictions and limitations, including duration and prognosis for each impairing diagnosis that is supported by the medical evidence include the following:*

- *Overhead reaching frequently*
- *Reaching at shoulder level frequently*
- *Reaching at desk level frequently*
- *Sitting constantly*
- *Standing occasionally*
- *Walking occasionally*
- *Lifting up to 35 pounds occasionally from floor to waist level*
- *Carrying up to 35 pounds frequently*
- *Bending occasionally*

*The prognosis for functional improvement is good. The duration for these restrictions and limitations is 3 months from the date of this review. These R/Ls pertain to an 8 work day.*

*The overall functional and medical evidence does support the claimant would have sustained full-time work capacity within the identified restrictions and limitations.*

*The claimant's left knee pain is the primary functional impairment. The medical record indicates that the pain was improved with physical therapy and he was independent in a home exercise program for maintenance of functional goals achieved in therapy. The restrictions and limitations are directed at reducing the pain associated with prolonged weight bearing through the left knee.*

*The medical evidence does not support any side effects from the prescribed medications.*

*The treatment plan was reviewed and is consistent with the current standard of care.*

*Dr. Petrucci, DC has performed several sessions of myofascial dry-needling for upper back myofascial pain, mechanical traction, and therapeutic exercise.*

*01/25/17 Referral for physical therapy status post left knee total arthroplasty.*
*03/01/17 Norco 7.5/325 mg 1 tablet PO (per oral) TID (three times daily).*
*07/10/17 Venous Duplex Doppler of the left lower extremity is negative for DVT.*
*09/09/18 Laboratory check (testosterone and estrogen level)."*

We requested updated medical records from Dr. Popham and Dr. Petrucci on September 29, 2018. We received medical records from Dr. Popham's office on October 7, 2018. We received medical

**Lincoln/R. Johnson 0476**

records from Dr. Petrucci's office on October 19, 2018. We called you and left you a message on November 9, 2018 asking you to confirm if you have treated with anyone other than Dr. Popham and Dr. Petrucci. We did not receive a return call from you and referred your claim for the above outlined medical review on November 27, 2018.

We fully considered the opinions of your treating providers. Of note, although Dr. Popham indicated on his October 1, 2018 Restrictions Form that you can only perform sedentary work, this opinion is not supported by the objective medical evidence presented for our review. Dr. Petrucci indicated on his Restrictions Form that you can perform light work.

We compared your restrictions and limitations to the requirements of your occupation.

Your occupation as a(n) Project Engineer requires you to:

*"Plan, direct, or coordinate activities in such fields as architecture and engineering or research and development in these fields."*

Physical demands of this occupation include:

*"Light Work - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."*

Positional requirements of this occupation include:

- *"Frequent sitting, handling, and fingering*
- *Occasional bending/stooping, twisting, kneeling, crouching/squatting, standing, walking, reaching, climbing or balancing*
- *No crawling"*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

5 of 7

**Lincoln/R. Johnson 0477**

In our review of your claim, Lincoln Financial Group has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of Lantech, Inc.'s Policy. Moreover, Lincoln Financial Group has obtained and considered medical reviews that were not considered by the Social Security Administration in its determination process.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

<p style="text-align:center">The Liberty Life Assurance Company of Boston,<br>
now a Lincoln Financial Group company<br>
Attn: Appeal Review Unit<br>
Group Benefits Disability Claims<br>
P.O. Box 7213<br>
London, KY 40742-7213</p>

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Medical records from any and all treating providers including Dr. Popham and Dr. Petrucci such as office notes, diagnostic test results, referrals, consultations, physical exam findings, operative reports, physical therapy notes, pharmacy records, specific restrictions and limitations and/or other documentation from October 2018 and carrying forward to support disability from your own occupation beyond December 12, 2018.

You may submit any information pertaining to your Social Security Disability Award, including medical examinations, reports, disability determination explanations, records conducted by the Social Security Administration (SSA), and/or a complete copy of the SSA¿s disability determination file.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

<p style="text-align:center">6  of 7</p>

**Lincoln/R. Johnson 0478**

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katherine Marks
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 559-0489

Lincoln/R. Johnson 0479



# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/28/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Richard Johnson | **Group/Policy/ Claim Number:** | 7521853 |
| **MES Case Number:** | 744146 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Latimer Turner |

## DATA REVIEWED AND CONTACT INFORMATION:

- Liberty Mutual - Independent Evaluation Peer Review dated 11/27/18
- Patient Visit Note by G. J. Popham, MD dated 3/1/17-9/25/18
- Physical Therapy note by K. Shake, PT, MTC dated 2/1/18-4/19/18
- Physical Therapy Evaluation by K. Shake, PT, MTC dated 1/17/18
- Baptist Health LA Grange Laboratory test results dated 7/24/17-7/4/18
- Results for AP view x-rays of both knees exam by unspecified provider dated 3/7/18
- LabCorp Patient Report dated 3/7/18
- Liberty Mutual letter by C. J. Santos, Disability Information Specialist requesting information dated 6/1/18
- Liberty Mutual letter by R. A. Parks, FLMI, ALHC, RHU, HIA regarding authorization form dated 11/15/17
- Chart Notes by L. Petrucci, DC dated 5/29/18-10/4/18
- Imaging results for Knee (L) MRI MARS exam by B. DuBose, MD dated 7/18/18
- Imaging results for MRI (Magnetic Resonance Imaging) of the Cervical Spine Without Contrast exam by G. Elias, M.D. dated 6/13/18
- Liberty Mutual Request for Status by C. J. Santos, disability Information Specialist dated 7/12/18
- Patient Visit Note by M. R. Price, MD dated 7/20/17
- Erin Gish, PA-C prescription dated 1/25/17-7/20/17
- Ellis & Badenhausen Orthopaedics, PSC Work Status note dated 5/10/17-7/10/17
- Daily Note/Billing Sheet by T. Scherllius dated 7/10/17
- Radiology Report for Duplex US (Ultrasound) Venous Extremity Lower Left exam by B. M. Lerner dated 7/10/17
- Patient Visit Note by L. A. Schaper dated 6/22/17
- Physical Therapy Initial Examination by T. Scherflius dated 6/15/17
- Dr. Rudy J. Ellis Sports Medicine Center Evaluation and Treatment instruction form dated 5/10/17-9/25/18
- Letter by G. Costelle, PT regarding Claimant treatment dated 3/27/17-6/7/17
- Discharge Summaries by D. Ajmani, MD dated 2/2/17
- Ellis & Badenhausen Orthopaedics, PSC prescription dated 3/1/17
- Consults by D. Ajmani, MD dated 1/31/17
- Office Visit by T. L. Moore, MD dated 1/16/17
- History and Physical by J. L. Fell, APRN dated 1/10/17
- Norton Healthcare System ECG results dated 1/10/17
- Operative Report by G. J. Popham, MD dated 1/31/17-9/13/17
- Electrocardiogram Report by D. Stewart dated 1/10/17
- Lab Results by D. S. Stewart, MD dated 1/10/17
- Ellis & Badenhausen Orthopaedics, PSC appointment details undated

**Lincoln/R. Johnson 0480**

- Liberty Mutual letter by J. Zaplan, Disability Information Specialist requesting information dated 8/2/17
- Release Point Request for Missing Records dated 8/14/17
- Liberty Mutual Authorization for the Release of Information Including Protected Health Information dated 8/10/17-5/31/18
- Liberty Mutual Restrictions Form dated 10/2/14-10/1/18
- Liberty Mutual letter by L. R. Trinidad, Disability Information Specialist requesting information dated 10/1/18
- Liberty Mutual Request for Status by L.R. Trinidad, Disability Information Specialist dated 10/14/18
- Visit Report by J. Jones, MD dated 8/8/17-8/15/17
- Letter by J. Jones, MD regarding Claimant visit dated 8/8/17-8/15/17
- Liberty Mutual letter by R. Europa, Disability Information Specialist requesting information dated 12/11/17

Lagrange Chiropractic
On 12/04/18 at 2:30 PM MST I spoke with Sonia, receptionist, Dr. Petrucci is unavailable for peer to peer call.  Message given for call back.  On 12/05/18 at 08:53 AM MST I spoke with Sonia, receptionist, Dr Petrucci is unavailable. Message given for call back.  On 12/06/18 at 12:45 PM MST, I spoke with Sonia, receptionist, Dr. Petrucci from Lagrange Chiropractic is not available for peer to peer call.  Message given for call back.

Dr. Jeffrey Popham
On 12/05/18 at 9:10 AM MST I spoke with Sarah, Dr. Popham's office, states that the provider is not available, but she will take a message regarding peer to peer request.  On 12/06/18 at 7:10 AM MST Dr. Popham was successfully contacted and reports that the claimant has atypical posterior left knee pain that occurs with weight bearing and causes an antalgic gait and reduced weight bearing capacity.

**SUMMARY OF RECORDS:**
01/31/17 Left total knee arthroplasty.  Admitted to Norton Healthcare on 01/31/17 and discharge date 02/02/17.  Admitting diagnosis is primary osteoarthritis of the left knee status post left total knee arthroplasty (TKA).

03/27/17 Baptist Health LaGrange Physical Therapy Progress Note.  The claimant reports left posterior knee pain when walking.  He is independent with a home exercise program.  He ambulates with a mild antalgic gait.

05/10/17 Baptist Health LaGrange Physical Therapy Progress Note.  The claimant has completed 22 sessions of physical therapy.  He ambulates with a mild antalgic gait and lacks total knee extension on the left side.  His knee range of motion is 0-120 degrees.

07/10/17 Venous duplex Doppler of the left lower extremity is negative for DVT (deep vein thrombosis).

04/09/18 Physical Therapy Progress Note.  Assessment left knee ankylosis with TKA manipulation.  The claimant is tolerating advancing exercises in physical therapy.  Plan.  Continue PT 1-2 times/week for 8 weeks.

**Lincoln/R. Johnson 0481**

05/15/18 Progress Note.  Dr. Jeffrey Popham, MD.  Ellis & Badenhausen Orthopedics.  Patient Progress Note.  History of present illness:  The claimant with left knee pain that is 6/10. Physical examination is significant for left knee flexion 3-93 degrees, knee pain 2 cm below joint line at medial edge of gastrocnemius.  Procedure performed was Depo-Medrol injection to left posterior knee.

06/04/18 Progress Note.  Lido Petrucci, DC.  Subjective: Upper back sharp and shooting pain rated 7/10 on VAS.  Treatment: myofascial dry-needling.

05/15/18 Progress Note.  Dr. Jeffrey Popham, MD.  Ellis & Badenhausen Orthopedics.  The claimant present for MRI (Magnetic Resonance Imaging) of left knee follow up.  MRI left knee showed moderate effusion, and mild patellar tendinopathy.  Cervical spine MRI was significant for a 3 mm protrusion with mild central canal stenosis at C5-C6 and 1-2 mm disc bulge with posterior annular tear at C3-C4 and C4-C5.  Remote compression fractures of C7, T1, and T3.  Assessment: Proximal tibiofibular joint left knee osteoarthritis.  Cervical degenerative disc disease C5-C7.  Plan: Depo-Medrol and lidocaine injection.

06/13/18 MRI Cervical spine C3-C4 and C4-C5 posterior annular tear.  Three millimeter protrusion with mild central canal stenosis at C5-C6.  Remote compression fractures of C7, T1, and T3.

07/17/18 Progress Note.  Dr. Jeffrey Popham, MD.  Ellis & Badenhausen Orthopedics.  Reason for visit: 18 month left total knee replacement.  Subjective:  The claimant reports posterior lateral knee pain that is constant.  Plan: MRI of the left knee.

07/18/18 MRI left knee.  Moderate sized joint effusion and mild left patellar tendinopathy.

09/25/18 MRI 09/25/18.  Progress Note.  Dr. Jeffrey Popham, MD.  Ellis & Badenhausen Orthopedics.  Reason for visit:  Follow up evaluation of lab results.  Subjective:  The claimant reports improvement of left knee pain post corticosteroid injection on 07/24/18.  Examination: Laboratory check (testosterone 928 total 23.3 free and estrogen level 200, HgB 17.8), tenderness lower cervical spine.  Plan: refilled current testosterone dose, refer for evaluation of neck pain, and follow up in 6 months.

10/04/18 Lido Petrucci, DC.  Progress Note.  The claimant reports sharp shooting upper back pain. Pain increases with movement and decreases with chiropractic care.  Diagnosis is segmental and somatic dysfunction of the cervical region, cervical kyphosis, brachial plexus disorder, and radiculopathy cervical region.  Treatment plan: mechanical traction, therapeutic adjustment, and dry needling.

### REVIEW QUESTION (S):
**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

All diagnoses supported by the medical evidence include the following:

- Left total knee arthroplasty
- Left knee pain
- Neck pain
- Cervical-thoracic back pain
- Cervical degenerative disc disease
- Cervical compression fracture

**2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.) and duration.**

The reasonably supported restrictions and limitations, including duration and prognosis for each impairing diagnosis that is supported by the medical evidence include the following:

- Overhead reaching frequently
- Reaching at shoulder level frequently
- Reaching at desk level frequently
- Sitting constantly
- Standing occasionally
- Walking occasionally
- Lifting up to 35 pounds occasionally from floor to waist level
- Carrying up to 35 pounds frequently
- Bending occasionally

The prognosis for functional improvement is good. The duration for these restrictions and limitations is 3 months from the date of this review. These R/Ls pertain to an 8 work day.

**3. Does the overall functional and medical evidence support the claimant would have sustained full-time work capacity within the identified restrictions and limitations?**

Yes, the overall functional and medical evidence does support the claimant would have sustained full-time work capacity within the identified restrictions and limitations.

The claimant's left knee pain is the primary functional impairment. The medical record indicates that the pain was improved with physical therapy and he was independent in a home exercise program for maintenance of functional goals achieved in therapy. The restrictions and limitations are directed at reducing the pain associated with prolonged weight bearing through the left knee.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications.

**5. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The treatment plan was reviewed and is consistent with the current standard of care.

Dr. Petrucci, DC has performed several sessions of myofascial dry-needling for upper back myofascial pain, mechanical traction, and therapeutic exercise.

01/25/17 Referral for physical therapy status post left knee total arthroplasty.

MES Case # 744146
Page 4 of 5

**Lincoln/R. Johnson 0483**

03/01/17 Norco 7.5/325 mg 1 tablet PO (per oral) TID (three times daily).

07/10/17 Venous Duplex Doppler of the left lower extremity is negative for DVT.

09/09/18 Laboratory check (testosterone and estrogen level).

**6. Please contact treating provider(s): Lagrange Chiropractic: Phone (502) 225-3816, Fax (502) 222-3488; Dr. Jeffrey Popham: Phone (502) 587-1236, Fax (502) 449-3277. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.**

LaGrange Chiropractic, office of treating provider, Dr. Lido Petrucci was contacted on 3 separate days without establishing contact with provider for peer to peer discussion.

Dr. Popham confirmed that the claimant has chronic left knee pain which is triggered by weight bearing and negatively impacts his weight bearing tolerance.  There is no indication that the claimant's impairments restrict all work capacity.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

*Lisa Barrett M.D.*

Lisa S. Barrett, M.D.
Board Certified in Physical Medicine and Rehabilitation
Added Expertise in Pain Medicine
TX License #Q7639
OH License #35096055
12/7/2018

MES Case # 744146
Page 5 of 5

**Lincoln/R. Johnson 0484**



Date: 12/7/2018

MES Case Number: 744146

**Re:    Claimant Name: Richard Johnson**
**Claim Number: 7521853**
**DOB:**

Dear Dr. Jeffrey Popham,

Thank you for speaking with me on 12/06/2018 in regards to your patient, Richard Johnson. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. If a response is not received, then it is understood you agree with the summary. Please make any corrections or changes in the margins if needed.

During the phone conversation, you indicated the claimant has atypical posterior left knee pain that occurs with weight bearing and causes an antalgic gait and reduced weight bearing capacity.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175.

Thank you in advance for your assistance. I would appreciate a response within 2 weeks of receipt of this request. You may respond in writing. Please refer to cover sheet for contact information.

_____    _____
Signature and title                              Date

Sincerely,

*Lisa Barrett M.D.*

Lisa S. Barrett, M.D.
Board Certified in Physical Medicine and Rehabilitation
Added Expertise in Pain Medicine

**Lincoln/R. Johnson 0485**



Peer Review Services

# INVOICE
**12/7/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Turner, Latimer
Referral Date: 11/27/2018

Claimant: Richard Johnson
Client Claim #: 7521853
Invoice #: 744146
Pages Reviewed: 406

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 345 | $1207.50 |
| | | Discount: | - $60.38 |
| | | **Total Billable Amount:** | **$1147.12** |

**Reviewer(s):** Barrett, Lisa S

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

MES Peer Review Services
100 Morse Street
Norwood, Massachusetts 02062
Toll Free Tel:(800)-706-8427 Toll Free Fax:(866)-605-5175
www.mesgroup.com

**Lincoln/R. Johnson 0486**

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:     latimer turner
                  Disability Claims
                  P.O. Box 7207
                  London, KY 40742-7207
                  (800) 291-0112 x13973
     Fax:         (603) 430-5923

┌─ Document Locations ─┐
│ ☑ Document List       │
│ ☐ Correspondence      │
│ ☐ Paper File          │
└───────────────────────┘

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | LANTECH, INC. | Date Sent: | 11/27/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | RICHARD   JOHNSON | Claim #: | 7521853 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 1/31/2017 |
| Zip: | | Primary Diagnosis: | Unilateral primary osteoarthritis, left knee |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | see below |

Referral Questions:                              Vendor Chosen:     MES Solutions

Claimant Name:    RICHARD    JOHNSON

**Lincoln/R. Johnson 0487**

# Liberty Mutual - Independent Evaluation

## Peer Review

1.Please note all diagnoses supported by the medical evidence (including co-morbids).

2.For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.) and duration.

3.Does the overall functional and medical evidence support the claimant would have sustained full-time work capacity within the identified restrictions and limitations?

4.Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.

5.Please review the treating provider's treatment plan.  Based on available medical records, please indicate whether or not it is consistent with the current standard of care.  If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

6.Please contact tx provider(s): Lagrange Chiropractic: Phone (502) 225-3816, FAX (502) 222-3488; Dr. Jeffrey Popham: Phone (502) 587-1236, Fax (502) 449-3277.  When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability.   During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.  Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name:    RICHARD    JOHNSON

**Lincoln/R. Johnson 0488**

# Liberty Mutual - Independent Evaluation

**Peer Review**

Attorney Information (if applicable):

Claimant Name:     RICHARD     JOHNSON

**Lincoln/R. Johnson 0489**

# Billing Statement:

**Invoice Date: 11/08/2018**          **Invoice #: 708906**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Oct 1 2018 and Oct 31 2018**

**LIBMT6**                              **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4573954 7521853 | JOHNSON, RICHARD ELLIS & BADENHAUSEN ORTHOP. | Complete | 10/02/18 L Turner | 8.00 | 0.00 | 0.00 | 0.00 14 | **8.00** |
| 4573953 7521853 | JOHNSON, RICHARD LANGRANGE CHIROPRACTIC | Complete | 10/20/18 L Turner | 8.00 | 0.00 | 0.00 | 0.00 72 | **8.00** |

**ReleasePoint**

                                        **Total Amount Due:**          **16.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**                 **Tax ID: 95-2843455**

**Lincoln/R. Johnson 0490**

## Calculation Worksheet

**Claimant Name: Richard Johnson**  **Customer: LANTECH, INC.**

**Claim Number (s): 7521853**

| Overpayment Amount: | $ 8,158.71 |
|---|---|
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 7/30/2017 | From Date | 7/30/2017 |
| Thru Date | 9/30/2018 | Thru Date | 9/30/2018 |
| Total | $26,347.51 | Total | $12,188.80 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $4,500.00 |
| Excess Fees: | $1,500.00 |
| Total: | $6,000.00 |

### ORIGINALLY PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7521853 | 47530289 | 7/30/2017 | 10/31/2017 | 11/13/2017 | $14,129.30 | $13,822.63 | $306.67 | $0.00 | $306.67 |
| 7521853 | 47540714 | 11/1/2017 | 11/30/2017 | 11/24/2017 | $4,607.38 | $4,507.38 | $100.00 | $0.00 | $100.00 |
| 7521853 | 47566934 | 12/1/2017 | 12/31/2017 | 12/25/2017 | $4,607.38 | $4,507.38 | $100.00 | $0.00 | $100.00 |
| 7521853 | 47593803 | 1/1/2018 | 1/31/2018 | 1/25/2018 | $4,607.38 | $4,507.38 | $100.00 | $0.00 | $100.00 |
| 7521853 | 47621563 | 2/1/2018 | 2/28/2018 | 2/22/2018 | $4,607.38 | $4,507.38 | $100.00 | $0.00 | $100.00 |
| 7521853 | 47649882 | 3/1/2018 | 3/31/2018 | 3/26/2018 | $4,607.38 | $4,507.38 | $100.00 | $0.00 | $100.00 |
| 7521853 | 47678218 | 4/1/2018 | 4/30/2018 | 4/24/2018 | $4,607.38 | $4,297.72 | $309.66 | $0.00 | $309.66 |
| 7521853 | 47705155 | 4/13/2018 | 4/30/2018 | 5/21/2018 | $2,194.28 | $0.00 | $2,194.28 | $0.00 | $2,194.28 |
| 7521853 | 47707948 | 5/1/2018 | 5/31/2018 | 5/25/2018 | $4,607.38 | $0.00 | $4,607.38 | $0.00 | $4,607.38 |
| 7521853 | 47738064 | 6/1/2018 | 6/30/2018 | 6/25/2018 | $4,607.38 | $0.00 | $4,607.38 | $0.00 | $4,607.38 |
| 7521853 | 47766312 | 7/1/2018 | 7/31/2018 | 7/25/2018 | $4,607.38 | $0.00 | $4,607.38 | $0.00 | $4,607.38 |
| 7521853 | 47798404 | 8/1/2018 | 8/31/2018 | 8/27/2018 | $4,607.38 | $0.00 | $4,607.38 | $0.00 | $4,607.38 |
| 7521853 | 47828089 | 9/1/2018 | 9/30/2018 | 9/24/2018 | $4,607.38 | $0.00 | $4,607.38 | $0.00 | $4,607.38 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $26,347.51 | $0.00 | $26,347.51 |

### SHOULD HAVE PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | Short-Term Disability | Salary Continuance | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7521853 | 47530289 | 7/30/2017 | 10/31/2017 | 11/13/2017 | $14,129.30 | $7,844.53 | $300.49 | $10,744.29 | $306.67 | $0.00 | $306.67 | $0.00 |
| 7521853 | 47540714 | 11/1/2017 | 11/30/2017 | 11/24/2017 | $4,607.38 | $2,558.00 | | $10,744.29 | $100.00 | $0.00 | $100.00 | $0.00 |
| 7521853 | 47566934 | 12/1/2017 | 12/31/2017 | 12/25/2017 | $4,607.38 | $2,558.00 | | $10,744.29 | $100.00 | $0.00 | $100.00 | $0.00 |
| 7521853 | 47593803 | 1/1/2018 | 1/31/2018 | 1/25/2018 | $4,607.38 | $2,582.00 | | $10,744.29 | $100.00 | $0.00 | $100.00 | $0.00 |
| 7521853 | 47621563 | 2/1/2018 | 2/28/2018 | 2/22/2018 | $4,607.38 | $2,582.00 | | $10,744.29 | $100.00 | $0.00 | $100.00 | $0.00 |
| 7521853 | 47649882 | 3/1/2018 | 3/31/2018 | 3/26/2018 | $4,607.38 | $2,582.00 | | $10,744.29 | $100.00 | $0.00 | $100.00 | $0.00 |
| 7521853 | 47678218 | 4/1/2018 | 4/30/2018 | 4/24/2018 | $4,607.38 | $2,582.00 | | $4,297.72 | $1,255.23 | $0.00 | $1,255.23 | -$945.57 |
| 7521853 | 47705155 | 4/13/2018 | 4/30/2018 | 5/21/2018 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $1,444.28 |
| 7521853 | 47707948 | 5/1/2018 | 5/31/2018 | 5/25/2018 | $4,607.38 | $2,582.00 | | | $2,025.38 | $0.00 | $2,025.38 | $1,832.00 |
| 7521853 | 47738064 | 6/1/2018 | 6/30/2018 | 6/25/2018 | $4,607.38 | $2,582.00 | | | $2,025.38 | $0.00 | $2,025.38 | $1,832.00 |
| 7521853 | 47766312 | 7/1/2018 | 7/31/2018 | 7/25/2018 | $4,607.38 | $2,582.00 | | | $2,025.38 | $0.00 | $2,025.38 | $1,832.00 |
| 7521853 | 47798404 | 8/1/2018 | 8/31/2018 | 8/27/2018 | $4,607.38 | $2,582.00 | | | $2,025.38 | $0.00 | $2,025.38 | $1,832.00 |
| 7521853 | 47828089 | 9/1/2018 | 9/30/2018 | 9/24/2018 | $4,607.38 | $2,582.00 | | | $2,025.38 | $0.00 | $2,025.38 | $1,832.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $64,810.48 | $36,198.53 | $300.49 | $68,763.46 | $12,188.80 | $0.00 | $12,188.80 | $9,658.71 |

**Lincoln/R. Johnson 0491**

| **Claim Number (s): 7521853** | | |
|---|---|---|
| **New Monthly Benefit** | | |
| Your Gross Benefit | | $4,607.38 |
| Less:  Other Income | | $2,582.00 |
| SS Primary | $2,582.00 | |
| SS Dependent | $0.00 | |
| Pension | $0.00 | |
| State Disability | $0.00 | |
| Workers Comp | $0.00 | |
| Total Other Income | $2,582.00 | |
| Your Adjusted Gross | | $2,025.38 |
| Less:  Taxes and Deductions | | $0.00 |
| **Your Net Benefit** | | **$2,025.38** |
| **Overpayment Calculation** | | |
| Originally Paid  *7/30/2017  through  9/30/2018* | | $26,347.51 |
| Less:  Should have Paid  *7/30/2017  through  9/30/2018* | | $12,188.80 |
| Overpayment Due | | $14,158.71 |
| Less:  Recovery of Prior Overpayment | | $0.00 |
| Less:  Attorney Fees | | $4,500.00 |
| Less:  Excess Fee | | $1,500.00 |
| **Amount Due** | | **$8,158.71** |

**Lincoln/R. Johnson 0492**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525

MR. RICHARD JOHNSON

**Lincoln/R. Johnson 0493**



Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-8719

October 29, 2018

Mr. Richard Johnson

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853

Dear Mr. Richard Johnson:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security with an effective date of July 1, 2017.    This letter and the attached overpayment summary outlines the impact of that award on your benefits from Lincoln Financial Group.

Since Lincoln Financial Group paid you disability benefits for the period of July 30, 2018 through September 30, 2018 with no reduction for Social Security, you are now overpaid under the terms of your contract.

The attached exhibit explains the calculation of your $8,158.71 balance. Lincoln Financial Group will work with Doherty, Cella, Keane & Associates in regards to collecting this overpayment.  You will be contacted by a representative from Doherty, Cella, Keane & Associates regarding repayment of this overpayment. If you decide to send payment to Lincoln Financial Group directly, please send a check or money order in the amount of $8,158.71, payable to *Liberty Life Assurance Company of Boston*, by November 19, 2018.  I have enclosed a postage paid envelope for your convenience.

If we do not hear from you or if you do not make payment arrangements with Doherty, Cella, Keane & Associates by November 19, 2018, we will begin applying your disability benefit to the above overpayment until the balance is paid in full.  Lincoln Financial Group reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nicole Jewell
Recovery Specialist I, Lmb

1  of 2

Lincoln/R. Johnson 0494

Phone No.: (888) 437-7611 Ext. 16432
Secure Fax No.: (603) 334-8719

Attachments:    7521853-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-10.29.2018

2  of  2

**Lincoln/R. Johnson 0495**

| Claim Number (s): 7521853 | | | |
|---|---|---|---|
| **New Monthly Benefit** | | | |
| Your Gross Benefit | | | $4,607.38 |
| Less: Other Income | | | $2,582.00 |
| | SS Primary | $2,582.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $2,582.00 | |
| Your Adjusted Gross | | | $2,025.38 |
| Less: Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$2,025.38** |

| **Overpayment Calculation** | | | | |
|---|---|---|---|---|
| Originally Paid | 7/30/2017 | through | 9/30/2018 | $26,347.51 |
| Less: Should have Paid | 7/30/2017 | through | 9/30/2018 | $12,188.80 |
| Overpayment Due | | | | $14,158.71 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $4,500.00 |
| Less: Excess Fee | | | | $1,500.00 |
| **Amount Due** | | | | **$8,158.71** |

**Lincoln/R. Johnson 0496**

**Medical Record Overview**                                          ⊕ ReleasePoint

**Date:**    October 20, 2018

**Patient Name:**    JOHNSON, RICHARD

**Records From:**    LANGRANGE CHIROPRACTIC          **RP ID:** 4573953
301 S 1st S
La Grange, KY  40031                                 **Client ID:** 7521853
(502) 225-3816
                                                     **Source:** LIBMT6
**Request Scope:**    From July 1, 2018 to Present
                                                     **Req By:** L Turner
**Chart Range:**    07/02/2018 - 10/04/2018                    09-463163


                                                     **SSN:**

                                                                          Starts on

| Classification | From | To | Total | Page |
|---|---|---|---|---|
| Progress Notes | Jul 2 2018 | Oct 4 2018 | 67 | 2 |
| Other Records | | | 1 | 69 |
| Request Corr. | | | 3 | 70 |
| Questionnaire | Oct 2 2018 | Oct 2 2018 | 1 | 73 |

                              **Total Page Count:**        72

**Notes From QC:**

Lincoln/R. Johnson 0497

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | HUMANA  95885 | Pol #  787422 | | Insured | 10957479701 |

| Date | 10/04/2018 |
|---|---|

**Provider   Lido Petrucci DC**

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.
An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).

Myofascial trigger points revealed in the  left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).
by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

**Lincoln/R. Johnson 0498**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | HUMANA  95885 | Pol #  787422 | | **Insured** | **10957479701** |

| Date | 10/04/2018 | |
|---|---|---|
| **Provider** | **Lido Petrucci DC** | *** continued from previous page *** |

## Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

  The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur.  Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.

**Lincoln/R. Johnson 0499**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co  HUMANA  95885 | | Pol #  787422 | **Insured** | 10957479701 |

| Date | 10/04/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

> enhance coordination
> increase kinesthetic sense
> enhance proprioception
> decrease nociception
> balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
> to prevent re-injury
> to return to pre-clinical status
> to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:
 *Intersegmental Mechanical Traction* (**97012**) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.
    *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:
   -*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
   -*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*

**Lincoln/R. Johnson 0500**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | HUMANA  95885 | Pol # | 787422 | Insured | 10957479701 |

| Date | 10/04/2018 |
|---|---|

| Provider | Lido Petrucci DC | *** continued from previous page *** |
|---|---|---|

Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.
***Myofascial Dry- Needling 97799-*** All trigger/tender points were marked and noted. The patient was prepped with 70% Isopropyl alcohol to the site(s). Sterile, single use, solid filament needles were inserted at various depths and angles to achieve the desired result of releasing tight tissue, improving micro-circulation and removing neuro-noxious chemicals. Myofascial trigger/tender point dry needling of the   muscle(s) (8 minutes).

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110, mechanical traction - 97012 and myofacial dry needling in accordance with the treatment plan.

**- Advised**
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**
M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 10/04/2018 12:11 PM

**Lincoln/R. Johnson 0501**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/28/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.
An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).

Myofascial trigger points revealed in the left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s). by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

**Lincoln/R. Johnson 0502**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/28/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense

**Lincoln/R. Johnson 0503**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 09/28/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of
repeated, active movements under a variety of mechanical conditions in order
to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the
function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its
movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following
supportive therapy(ies) are ordered:
*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to
increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per
week for next 4 weeks followed by a re-exam within 30 days.
        *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted
therapeutic exercises to be performed seated and undergoing the following
movements to allow for concentric training and rehabilitation of the lumbar
musculature as detailed in the initial treatment plan in order to decrease spasm,
decrease pain, improve range of motion, improve joint mobility and improve
flexibility for 10 minutes.  Direct one on one contact will be necessary in order to
ensure proper biomechanics throughout the normal ranges of motion and
prevent aggravation of his complaints. He initiate exercise regimen as follows:
    *-Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
    *-Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
        *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal

**Lincoln/R. Johnson 0504**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/28/2018 |
|---|---|

| Provider   Lido Petrucci DC | *** continued from previous page *** |
|---|---|

manipulation. A timer will be used to measure.

***Myofascial Dry- Needling 97799-*** All trigger/tender points were marked and noted. The patient was prepped with 70% Isopropyl alcohol to the site(s). Sterile, single use, solid filament needles were inserted at various depths and angles to achieve the desired result of releasing tight tissue, improving micro-circulation and removing neuro-noxious chemicals. Myofascial trigger/tender point dry needling of the   muscle(s) (8 minutes).

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110, mechanical traction – 97012 and myofacial dry needling in accordance with the treatment plan.

**- Advised**
    - *Tx Effect:* Treatment rendered without incident
    - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
    M40.292: Other kyphosis, reduced cervical curve
    G54.0: Brachial plexus disorder
    M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
    M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L Petrucci DC*
Lido Petrucci DC 09/28/2018 10:37 AM

**Lincoln/R. Johnson 0505**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/26/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0506**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/26/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0507**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/26/2018 | |
|---|---|---|
| Provider Lido Petrucci DC | | *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises -* assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0508**

**Chart Notes**

**Richard Johnson**                                    Phone: (502) 222-0000
                                                       Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/26/2018 |
|---|---|
| Provider   Lido Petrucci DC | *** continued from previous page *** |

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
    *- Tx Effect:* Treatment rendered without incident
    *- Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
    M40.292: Other kyphosis, reduced cervical curve
    G54.0: Brachial plexus disorder
    M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
    M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 09/26/2018 05:40 PM

**Lincoln/R. Johnson 0509**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/24/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp, aching and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0510**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/24/2018 |
|---|---|
| Provider | Lido Petrucci DC      *** continued from previous page *** |

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0511**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date   09/24/2018 | |
|---|---|
| Provider   Lido Petrucci DC | *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0512**

**Chart Notes**

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/24/2018 |
|---|---|
| Provider   Lido Petrucci DC | *** continued from previous page *** |

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**   M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 09/24/2018 05:12 PM

**Lincoln/R. Johnson 0513**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 09/21/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of constant (75%-100%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0514**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/21/2018 |
|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0515**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

| Date    09/21/2018 |
|---|
| Provider   Lido Petrucci DC                        *** *continued from previous page* *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

   *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:
   -*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
   -*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
   -*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
   *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0516**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/21/2018 |
|---|---|
| **Provider** | **Lido Petrucci DC**     *** continued from previous page *** |

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____

Lido Petrucci DC 09/21/2018 12:07 PM

**Lincoln/R. Johnson 0517**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | | DOB: | | | |
|----------|------------------|---|------|---|---|---|
| Ins Co | BCBS  of Kentucky | | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 09/04/2018 |
|------|------------|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0518**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/04/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0519**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| Patient:   Johnson, Richard | DOB: | |
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured**   YRN626M56624 |

| Date | 09/04/2018 | |
|---|---|---|
| Provider   Lido Petrucci DC | | *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

 *Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

  *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

  *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0520**

Progress Notes - 09/04/2018

To:            Fax: (423) 933-2049        Page  49 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:    Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #   00246261 | Insured | YRN626M56624 |

| Date    09/04/2018 | |
|---|---|
| Provider    Lido Petrucci DC | *** continued from previous page *** |

exercise - 97110 and mechanical traction - 97012 in accordance with the
treatment plan.

**- Advised**
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____

Lido Petrucci DC 09/04/2018 11:42 AM

**Lincoln/R. Johnson 0521**

Progress Notes - 08/28/2018

To:                 Fax: (423) 933-2049          Page 42 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**                                            Phone: (502) 222-0000
                                                               Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/28/2018 |
|---|---|
| Provider | Lido Petrucci DC |

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) sharp, aching, shooting and throbbing discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:    Monday, October 15, 2018 9:05:55 AM                     Page 40 Of   67

**Lincoln/R. Johnson 0522**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 08/28/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order

**Lincoln/R. Johnson 0523**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/28/2018 |
|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the

**Lincoln/R. Johnson 0524**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/28/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

## - Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**   M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed

Lido Petrucci DC 08/28/2018 11:21 AM

**Lincoln/R. Johnson 0525**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | **Insured** | **YRN626M56624** |

**Date**  08/15/2018

**Provider**  Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0526**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | | | |
|---|---|---|---|---|
| Patient:  Johnson, Richard | | DOB: | | |
| Ins Co  BCBS  of Kentucky | | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 08/15/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0527**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 08/15/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises -* assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0528**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/15/2018 |
|---|---|
| **Provider   Lido Petrucci DC** | *** *continued from previous page* *** |

### - Advised
   - *Tx Effect:* Treatment rendered without incident
   - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L. Petrucci DC*
Lido Petrucci DC 08/15/2018 09:47 AM

---

**Lincoln/R. Johnson 0529**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

**Date**   08/08/2018

**Provider**   Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0530**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 08/08/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0531**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/08/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0532**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

**Date      08/08/2018**

**Provider    Lido Petrucci DC**                                *** continued from previous page ***

### - Advised
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**      M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____

Lido Petrucci DC 08/08/2018 11:23 AM

**Lincoln/R. Johnson 0533**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/31/2018 |
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0534**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 07/31/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0535**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/31/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0536**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | **Insured** | **YRN626M56624** |

**Date    07/31/2018**

**Provider   Lido Petrucci DC**                       *** continued from previous page ***

**- Advised**
    - *Tx Effect:* Treatment rendered without incident
    - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
    M40.292: Other kyphosis, reduced cervical curve
    G54.0: Brachial plexus disorder
    M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
    M54.12: Radiculopathy, cervical reg

Electronically Signed

Lido Petrucci DC 07/31/2018 08:21 PM

**Lincoln/R. Johnson 0537**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/19/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0538**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/19/2018 |
|---|---|
| **Provider** | **Lido Petrucci DC** |

*** continued from previous page ***

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0539**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|----------|------------------|------|---|---|---|
| Ins Co   | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/19/2018 | |
|------|------------|--|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0540**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/19/2018 |
|---|---|
| **Provider   Lido Petrucci DC** | ***\*\*\* continued from previous page \*\*\**** |

### - Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/19/2018 11:54 AM

---

**Lincoln/R. Johnson 0541**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/16/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0542**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/16/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0543**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/16/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0544**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/16/2018

Provider    Lido Petrucci DC                                       *** continued from previous page ***

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/16/2018 06:09 PM

Lincoln/R. Johnson 0545

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 07/10/2018 |
|---|---|
| Provider | Lido Petrucci DC |

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**

 An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0546**

## Chart Notes

**Richard Johnson**                                                                 Phone: (502) 222-0000
                                                                                    Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

| Date | 07/10/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0547**

Progress Notes - 07/10/2018

From: Lido Petrucci        Fax: (502) 222-3488        To:        Fax: (423) 933-2049        Page 20 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured    YRN626M56624 |

| Date | 07/10/2018 | |
|---|---|---|
| Provider   Lido Petrucci DC | | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

 *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

 *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*

Therapeutic Exercises will be performed initially for 5 minutes.

5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.


Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

| | |
|---|---|
| Printed:    Monday, October 15, 2018 9:05:51 AM | Page 18 Of   67 |

**Lincoln/R. Johnson 0548**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/10/2018 | |
|---|---|---|
| **Provider** | **Lido Petrucci DC** | *** continued from previous page *** |

A cervical traction wedge was prescribed for home use to aid Richard in the restoration of his normal cervical curve.

 **- Advised**: Cervical Traction Unit - Richard has been using his over the door traction for a minimum of 30 days which he states has been improving his condition. He was provided with a cervical posture pump to use at home to further improve his condition. The patient was instructed to use this equipment daily, for 20 minutes at a time until instructed otherwise by the ordering medical provider or until complete resolution of symptoms.

- Self-Care/Home Management Training (97535) - Today, Richard received a special instruction session on the following; proper usage of a cervical traction unit. The patient was given a handout regarding this information and 10 minutes was spent with him going over the material.

**- Advised**
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/10/2018 11:46 AM

**Lincoln/R. Johnson 0549**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

**Date    07/06/2018**

**Provider   Lido Petrucci DC**

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) shooting and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

**Objective:**

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0550**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/06/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0551**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/06/2018 |
|---|---|
| Provider | Lido Petrucci DC                    *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0552**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/06/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *[signature]* DC
Lido Petrucci DC 07/06/2018 09:42 AM

**Lincoln/R. Johnson 0553**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

**Date**   07/05/2018

**Provider**   Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C6 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0554**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/05/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

## DIAGNOSIS:
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0555**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/05/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L. Petrucci DC*
Lido Petrucci DC 07/05/2018 01:01 PM

**Lincoln/R. Johnson 0556**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | | |
|---|---|---|---|
| Patient: Johnson, Richard | DOB: | | |
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| | |
|---|---|
| Date | 07/03/2018 |
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

### Musculoskeletal - Range of Motion - Cervical - *Active*

-Flexion: 50/50 degrees with pain
-Extension: 45/60 degrees with pain
-Left Lat. Flexion: 15/45 degrees with pain
-Right Lat. Flexion: 45/45 degrees with pain
-Left Rotation: 50/80 degrees with pain
-Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

**Lincoln/R. Johnson 0557**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/03/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

### Assessment:

### ASSESSMENT:

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

**Lincoln/R. Johnson 0558**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/03/2018 |
|---|---|
| **Provider   Lido Petrucci DC** | ***\*\*\* continued from previous page \*\*\**** |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged  periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

**Lincoln/R. Johnson 0559**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # | 00246261 | **Insured** | **YRN626M56624** |

**Date**     07/03/2018

**Provider    Lido Petrucci DC**                                              *** continued from previous page ***

bed.

### - Advised
- *Tx Effect:* Examination performed without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L. Petrucci DC*
Lido Petrucci DC 07/03/2018 11:50 AM

Lincoln/R. Johnson 0560

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

Date     07/02/2018

Provider   Lido Petrucci DC

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with rest.

**Objective:**

Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

**Musculoskeletal - Range of Motion** - Cervical - *Active*
    -Flexion: 50/50 degrees with pain
    -Extension: 45/60 degrees with pain
    -Left Lat. Flexion: 15/45 degrees with pain
    -Right Lat. Flexion: 45/45 degrees with pain
    -Left Rotation: 50/80 degrees with pain
    -Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

**Lincoln/R. Johnson 0561**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/02/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

**Lincoln/R. Johnson 0562**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/02/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

**Lincoln/R. Johnson 0563**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

**Date**   07/02/2018

| Provider   Lido Petrucci DC | *** *continued from previous page* *** |
|---|---|

bed.

### - Advised

- *Tx Effect:* Examination performed without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**   M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 07/02/2018 06:28 PM

Lincoln/R. Johnson 0564

# FAX

**FROM**

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**        (502) 222-3488
**Fax Number** (502) 222-3488

**TO**

Claim # 7521853

**Phone**
**Fax Number** +12138844921

**DATE** 10/19/2018

**NOTE**

This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0565**

# FAX

**FROM**                                    **TO**

Lido Petrucci                               Attention Lean Robert Trinidad
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**Phone**      (502) 222-3488              **Phone**
**Fax Number** (502) 222-3488              **Fax Number** +14239332049

**DATE** 10/15/2018

**NOTE**

Dear Lean I apologize for the delay on this record request. If you are missing any pages and would like them mailed please call me at 502-222-0000.

Sincerely,
Sonia Esquivel
This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

Lincoln/R. Johnson 0566

From WFI Incorporated 1.626.628.9628 Sun Oct 14 16:51:06 2018 MDT Page 1 of 1



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Oct 14, 2018

LANGRANGE CHIROPRACTIC
301 S 1st S
ATTN: MEDICAL RECORDS
La Grange, KY 40031

**Re: Disability Benefits**
Claim# 7521853        4573953
Claimant: JOHNSON, RICHARD
Claimant DOB:

### REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Oct 1 2018** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (423) 933-2049

☑ I am FAXING records to: (423) 933-2049

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Lean Robert Trinidad

Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (423) 933-2049

**Lincoln/R. Johnson 0567**



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  ___Richard  Johnson___

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative  ___Richard Johnson___
Date of Birth: __    _____    Claim Number: ___7521853___   Date: ___5-31-18___

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**Lincoln/R. Johnson 0568**

| | To: | Fax: (213) 884-4921 | Page 69 of 70 10/19/2018 9:12 AM |

From WFI Incorporated 1.626.628.9628 Mon Oct  1 11:14:06 2018 MDT Page 3 of 5



**Liberty Mutual.**
INSURANCE

## Restrictions Form

Patient Name: _Richard Johnson_   Date of Birth: ___   aim Number: _75 21853_

### To be completed by a Physician:

Date First Treated: _12/07/18_

Date Last Treated: _9/28/18_

Next Office Visit: _10/3/18_

Diagnosis(es) with ICD 10 Codes: _G54.0, M50.13_

Physician's Area of Specialty: _Chiropractic_

**For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **No Restrictions**

☐ **No Work Capacity**

☐ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☒ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally* – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day

*Frequently* – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day

*Constantly* - Over 40 Minutes/Hour and Over 5 ½ Hours/Day

Restrictions Imposed From (Please Date) _10/2/18_   To _—ongoing_

Defer Restrictions to (Please add Provider's Name and Specialty): _____

**If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:**

_____

_____

**Additional Restrictions:** _____

_____

Provider's Name (Please Print): _Lidoh Petrovic DC_ Signature: _____  Date: _10/2/18_

# Quality Assurance Report

**Request Information**

Report Date:     October 20, 2018                          **RP ID:** 4573953

Patient Name:   JOHNSON, RICHARD

Provider Name: LANGRANGE CHIROPRACTIC

**Quality Assurance Information**

Scope Requested: **From July 1, 2018 to Present**

Special Request:
Please provide medical records and complete
restrictions form. - Seen By: LANGRANGE CHIROPRACTIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

**Lincoln/R. Johnson 0570**

**Medical Record Overview**

**ReleasePoint**

**Date:**     October 15, 2018

**Patient Name:**     JOHNSON, RICHARD

**Records From:**     LANGRANGE CHIROPRACTIC          **RP ID:** 4573953
301 S 1st S
La Grange, KY  40031                    **Client ID:** 7521853
(502) 225-3816
                                        **Source:** LIBMT6

**Request Scope:**  From July 1, 2018 to Present

                                        **Req By:**  L Turner
**Chart Range:**     07/02/2018 - 10/04/2018          09-463163

                                        **SSN:**

|                   |           |           |       | Starts on |
| Classification    | From      | To        | Total | Page      |
| ----------------- | --------- | --------- | ----- | --------- |
| Progress Notes    | Jul 2 2018 | Oct 4 2018 | 67    | 2         |
| Request Corr.     |           |           | 2     | 69        |

**Total Page Count:**     69

**Notes From QC:**

ITEMS REQUESTED NOT FOUND - only receievd medical records. Please request for the completed form from Langrage Chiropractic.

**Lincoln/R. Johnson 0571**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co  HUMANA  95885 | Pol #  787422 | Insured     10957479701 |

Date     **10/04/2018**

**Provider    Lido Petrucci DC**

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.
An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).

Myofascial trigger points revealed in the  left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).
by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

**Lincoln/R. Johnson 0572**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | HUMANA 95885 | Pol # 787422 | | Insured | 10957479701 |

| Date | 10/04/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

## Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.

**Lincoln/R. Johnson 0573**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|----------|------------------|------|---|---|---|
| Ins Co HUMANA 95885 | | Pol # 787422 | | Insured | 10957479701 |

| Date | 10/04/2018 |
|------|-----------|

| Provider   Lido Petrucci DC | *** continued from previous page *** |
|-----------------------------|--------------------------------------|

enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of
repeated, active movements under a variety of mechanical conditions in order
to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the
function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its
movement.
**Supportive Therapy:** To optimize the treatment effectiveness, the following
supportive therapy(ies) are ordered:
*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to
increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per
week for next 4 weeks followed by a re-exam within 30 days.
    *- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted
therapeutic exercises to be performed seated and undergoing the following
movements to allow for concentric training and rehabilitation of the lumbar
musculature as detailed in the initial treatment plan in order to decrease spasm,
decrease pain, improve range of motion, improve joint mobility and improve
flexibility for 10 minutes.  Direct one on one contact will be necessary in order to
ensure proper biomechanics throughout the normal ranges of motion and
prevent aggravation of his complaints. He initiate exercise regimen as follows:
    *-Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *-Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
    *-Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
    *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*

**Lincoln/R. Johnson 0574**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  HUMANA  95885 | Pol #  787422 | | Insured   10957479701 |

| Date   **10/04/2018** | |
|---|---|
| **Provider   Lido Petrucci DC** | ***** continued from previous page ***** |

Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.
***Myofascial Dry- Needling 97799-*** All trigger/tender points were marked and noted. The patient was prepped with 70% Isopropyl alcohol to the site(s). Sterile, single use, solid filament needles were inserted at various depths and angles to achieve the desired result of releasing tight tissue, improving micro-circulation and removing neuro-noxious chemicals. Myofascial trigger/tender point dry needling of the   muscle(s) (8 minutes).

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110, mechanical traction - 97012 and myofacial dry needling in accordance with the treatment plan.

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L Petrucci DC*
Lido Petrucci DC 10/04/2018 12:11 PM

**Lincoln/R. Johnson 0575**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/28/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.
An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).

Myofascial trigger points revealed in the  left deltoid (posterior division), left tibialis anterior, left trapezius (middle division), left trapezius (upper division), left rhomboid major, left levator scapula and left subscapularis muscle(s).
by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

**Lincoln/R. Johnson 0576**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/28/2018 |
|---|---|
| Provider  Lido Petrucci DC | *** continued from previous page *** |

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

  The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur.  Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense

**Lincoln/R. Johnson 0577**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| Patient: Johnson, Richard | DOB: | |
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured YRN626M56624 |

Date    09/28/2018

Provider   Lido Petrucci DC                                  *** continued from previous page ***

enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of
repeated, active movements under a variety of mechanical conditions in order
to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the
function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its
movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following
supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to
increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per
week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises -* assisted
therapeutic exercises to be performed seated and undergoing the following
movements to allow for concentric training and rehabilitation of the lumbar
musculature as detailed in the initial treatment plan in order to decrease spasm,
decrease pain, improve range of motion, improve joint mobility and improve
flexibility for 10 minutes.  Direct one on one contact will be necessary in order to
ensure proper biomechanics throughout the normal ranges of motion and
prevent aggravation of his complaints. He initiate exercise regimen as follows:
-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance
*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal

**Lincoln/R. Johnson 0578**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/28/2018 | |
|---|---|---|
| Provider Lido Petrucci DC | | *** continued from previous page *** |

manipulation. A timer will be used to measure.

***Myofascial Dry- Needling 97799-*** All trigger/tender points were marked and noted. The patient was prepped with 70% Isopropyl alcohol to the site(s). Sterile, single use, solid filament needles were inserted at various depths and angles to achieve the desired result of releasing tight tissue, improving micro-circulation and removing neuro-noxious chemicals. Myofascial trigger/tender point dry needling of the  muscle(s) (8 minutes).

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110, mechanical traction – 97012 and myofacial dry needling in accordance with the treatment plan.

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**   M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed

Lido Petrucci DC 09/28/2018 10:37 AM

**Lincoln/R. Johnson 0579**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/26/2018 |
|---|---|
| **Provider** | **Lido Petrucci DC** |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0580**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | | DOB: | | | |
|---|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/26/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0581**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/26/2018 |
|---|---|
| Provider | Lido Petrucci DC           *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

     *- Therapeutic Exercise (97110): Lumbar ROM Exercises -* assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

     *-Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
     *-Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

     *- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0582**

## Chart Notes

**Richard Johnson**                                                     Phone: (502) 222-0000
                                                                        Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #   00246261 | **Insured** | **YRN626M56624** |

| Date | 09/26/2018 |
|---|---|

| Provider   Lido Petrucci DC | *** *continued from previous page* *** |
|---|---|

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
   - *Tx Effect:* Treatment rendered without incident
   - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
            M40.292: Other kyphosis, reduced cervical curve
            G54.0: Brachial plexus disorder
            M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
            M54.12: Radiculopathy, cervical reg

                            Electronically Signed _____
                                              Lido Petrucci DC 09/26/2018 05:40 PM

**Printed:    Monday, October 15, 2018 9:05:57 AM**                    **Page 59 Of   67**

**Lincoln/R. Johnson 0583**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/24/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp, aching and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

---

**Lincoln/R. Johnson 0584**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/24/2018 |
|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0585**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:    Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date    09/24/2018 | | |
|---|---|---|
| Provider   Lido Petrucci DC | | *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0586**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

Date    09/24/2018

Provider    Lido Petrucci DC                        *** continued from previous page ***

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

### - Advised
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed  _Lido L. Petrucci · DC_
Lido Petrucci DC 09/24/2018 05:12 PM

Lincoln/R. Johnson 0587

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

| Date | 09/21/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of constant (75%-100%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

---

**Lincoln/R. Johnson 0588**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 09/21/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

   The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur.  Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

Printed:    Monday, October 15, 2018 9:05:56 AM                                    Page 49 Of   67

**Lincoln/R. Johnson 0589**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/21/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0590**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/21/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**  M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *[signature]* DC
Lido Petrucci DC 09/21/2018 12:07 PM

**Lincoln/R. Johnson 0591**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/04/2018 |
|---|---|
| **Provider** | **Lido Petrucci DC** |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**Lincoln/R. Johnson 0592**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 09/04/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

**DIAGNOSIS:**

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

**Plan:**

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur. Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury

**Lincoln/R. Johnson 0593**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|----------|------------------|------|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 09/04/2018 | |
|------|-----------|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic

**Lincoln/R. Johnson 0594**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

**Date    09/04/2018**

**Provider    Lido Petrucci DC**                    *** continued from previous page ***

exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *Lido L Petrucci DC*

Lido Petrucci DC 09/04/2018 11:42 AM

Printed:    Monday, October 15, 2018 9:05:55 AM                    Page 47 Of   67

**Lincoln/R. Johnson 0595**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 08/28/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp, aching, shooting and throbbing discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0596**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 08/28/2018 |
|---|---|
| Provider | Lido Petrucci DC     *** continued from previous page *** |

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

   The remodeling and maturation stage of healing is the 3rd and final phase of healing. It can last from 6 weeks post injury up to 12 months if re-injury does not occur.  Davis' Law states that tissue will remodel according to demands placed on them (Specific adaptation to imposed demands). During the corrective stage of care we recommend seeing him 1 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings..

Treatment and Exercise Goals:
restoring balance
building strength and endurance through full range of motion
remodel and realign tissue
Exercises will focus on imitating activities of daily living and the demands of employment.
enhance coordination
increase kinesthetic sense
enhance proprioception
decrease nociception
balance proprioceptive nput from musculature to the spine through the use of repeated, active movements under a variety of mechanical conditions in order

**Lincoln/R. Johnson 0597**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | | | |
|---|---|---|---|---|
| Patient:    Johnson, Richard | | DOB: | | |
| Ins Co  BCBS  of Kentucky | | Pol #  00246261 | | Insured    YRN626M56624 |

| | |
|---|---|
| Date    08/28/2018 | |
| Provider    Lido Petrucci DC | *** continued from previous page *** |

to pattern the motor system and create long lasting neuroplasticity
to prevent re-injury
to return to pre-clinical status
to discharge from care and place on maintenance.

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the

**Lincoln/R. Johnson 0598**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

| Date | 08/28/2018 | |
|---|---|---|
| **Provider   Lido Petrucci DC** | | *** *continued from previous page* *** |

current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**- Advised**
   - *Tx Effect:* Treatment rendered without incident
   - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed ───── *[signature]*
Lido Petrucci DC 08/28/2018 11:21 AM

**Lincoln/R. Johnson 0599**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/15/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

Printed:   Monday, October 15, 2018 9:05:54 AM                    Page 36 Of  67

**Lincoln/R. Johnson 0600**

From: Lido Petrucci     Fax: (502) 222-3488     To:          Fax: (423) 933-2049     Page 39 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 08/15/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0601**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 08/15/2018 |
|---|---|

| Provider   Lido Petrucci DC | *** continued from previous page *** |
|---|---|

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

| Printed:   Monday, October 15, 2018 9:05:54 AM | Page 38 Of   67 |
|---|---|

**Lincoln/R. Johnson 0602**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

**Date**    08/15/2018

**Provider    Lido Petrucci DC**                                 *** continued from previous page ***

**- Advised**
> - *Tx Effect:* Treatment rendered without incident
> - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed ───────────────────────
Lido Petrucci DC 08/15/2018 09:47 AM

---

**Printed:    Monday, October 15, 2018 9:05:54 AM**                                 **Page 39 Of   67**

**Lincoln/R. Johnson 0603**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/08/2018 |
|---|---|
| Provider | Lido Petrucci DC |

**Subjective:**

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

**Objective:**

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0604**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 08/08/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0605**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

Date    08/08/2018

Provider   Lido Petrucci DC                                                  *** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

*-Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
*-Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
*-Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
*-Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
*-Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
*-Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
*-Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0606**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 08/08/2018 | |
|---|---|---|
| Provider   Lido Petrucci DC | | *** continued from previous page *** |

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**  M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed
Lido Petrucci DC 08/08/2018 11:23 AM

Lincoln/R. Johnson 0607

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | |
|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured    YRN626M56624 |

| Date | 07/31/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0608**

## Chart Notes

**Richard Johnson**                                          Phone: (502) 222-0000
                                                            Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #   00246261 | Insured | YRN626M56624 |

| Date    07/31/2018 | |
|---|---|
| Provider   Lido Petrucci DC | *** *continued from previous page* *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.


Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0609**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 07/31/2018 |
|---|---|
| **Provider   Lido Petrucci DC** | *** *continued from previous page* *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*

Therapeutic Exercises will be performed initially for 5 minutes.

5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0610**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/31/2018

Provider   Lido Petrucci DC                    *** continued from previous page ***

### - Advised

- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed

Lido Petrucci DC 07/31/2018 08:21 PM

**Lincoln/R. Johnson 0611**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | **Insured** | **YRN626M56624** |

| Date | 07/19/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**

Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0612**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

**Date**    07/19/2018

**Provider    Lido Petrucci DC**                                                      *** *continued from previous page* ***

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0613**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

Date    07/19/2018

Provider    Lido Petrucci DC                                    *** *continued from previous page* ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0614**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

**Date**    07/19/2018

**Provider**    Lido Petrucci DC                                      *** *continued from previous page* ***

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Lido Petrucci DC 07/19/2018 11:54 AM

**Lincoln/R. Johnson 0615**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 07/16/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

 An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0616**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/16/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0617**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|----------|------------------|------|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/16/2018 |
|------|------------|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment. For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* - assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes. Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.


Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing. The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0618**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| Patient: Johnson, Richard | DOB: | |
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured    YRN626M56624 |

**Date    07/16/2018**

**Provider    Lido Petrucci DC**                                   *** continued from previous page ***

**- Advised**
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**      M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *[signature]* DC
Lido Petrucci DC 07/16/2018 06:09 PM

**Lincoln/R. Johnson 0619**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | | Insured | YRN626M56624 |

| Date | 07/10/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0620**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:    Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #   00246261 | Insured | YRN626M56624 |

| Date    07/10/2018 | |
|---|---|
| Provider    Lido Petrucci DC | *** continued from previous page *** |

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0621**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

Date    07/10/2018

Provider   Lido Petrucci DC                                      *** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* (97012) applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*

Therapeutic Exercises will be performed initially for 5 minutes.

5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0622**

Progress Notes - 07/10/2018

~~From: Lido Petrucci     Fax: (502) 222-3488~~     To:          Fax: (423) 933-2049     Page 21 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

Date     07/10/2018

**Provider    Lido Petrucci DC**                                          *** *continued from previous page* ***

A cervical traction wedge was prescribed for home use to aid Richard in the restoration of his normal cervical curve.

 **- Advised**: Cervical Traction Unit - Richard has been using his over the door traction for a minimum of 30 days which he states has been improving his condition.  He was provided with a cervical posture pump to use at home to further improve his condition.  The patient was instructed to use this equipment daily, for 20 minutes at a time until instructed otherwise by the ordering medical provider or until complete resolution of symptoms.

- Self-Care/Home Management Training (97535) - Today, Richard received a special  instruction session on the following; proper usage of a cervical traction unit.  The patient was given a handout regarding this information and 10 minutes was spent with him going over the material.

**- Advised**
 *- Tx Effect:* Treatment rendered without incident
 *- Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _~Lido L Petrucci · DC~_
Lido Petrucci DC 07/10/2018 11:46 AM

Printed:     Monday, October 15, 2018 9:05:51 AM                                          Page 19 Of   67

**Lincoln/R. Johnson 0623**

From: Lido Petrucci    Fax: (502) 222-3488    To:    Fax: (423) 933-2049    Page 14 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/06/2018 |
|---|---|
| Provider | Lido Petrucci DC |

**Subjective:**
Richard sought treatment today, complaining of frequent (50%-75%) shooting and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with chiropractic care.

**Objective:**
An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right C3, right C5 and left C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

**Assessment:**

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0624**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/06/2018 |
|---|---|
| Provider | Lido Petrucci DC |

*** continued from previous page ***

an average patient with an uncomplicated case.

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

## Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0625**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/06/2018 |
|---|---|
| **Provider**  **Lido Petrucci DC** | *** continued from previous page *** |

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.

An adjustment of shoulder on the on the left was delivered to unrestrict its movement.

**Supportive Therapy:** To optimize the treatment effectiveness, the following supportive therapy(ies) are ordered:

*Intersegmental Mechanical Traction* **(97012)** applied to bilateral full spine to increase joint mobility during relief phase treatment.  For 15 minutes 3 visits per week for next 4 weeks followed by a re-exam within 30 days.

*- Therapeutic Exercise (97110): Lumbar ROM Exercises* -  assisted therapeutic exercises to be performed seated and undergoing the following movements to allow for concentric training and rehabilitation of the lumbar musculature as detailed in the initial treatment plan in order to decrease spasm, decrease pain, improve range of motion, improve joint mobility and improve flexibility for 10 minutes.  Direct one on one contact will be necessary in order to ensure proper biomechanics throughout the normal ranges of motion and prevent aggravation of his complaints. He initiate exercise regimen as follows:

-*Flexion*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Extension*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Right Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Left Lat Flex*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Rotation*: 3 sets of 10 reps, through pain-free ROM to tolerance
-*Circumduction*: 3 sets of 10 reps, through pain-free ROM to  tolerance
-*Diagonal/Figure 8*: 3 sets of 10 reps, through pain-free ROM to tolerance

*- Therapeutic Exercise (97110): Total Therapeutic Treatment Time.*
Therapeutic Exercises will be performed initially for 5 minutes.
5 minutes will be performed before followed by 5 minutes after spinal manipulation. A timer will be used to measure.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, extra spinal manipulation - 98943, therapeutic exercise - 97110 and mechanical traction - 97012 in accordance with the treatment plan.

**Lincoln/R. Johnson 0626**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co BCBS of Kentucky | Pol # 00246261 | **Insured** | **YRN626M56624** |

**Date    07/06/2018**

**Provider    Lido Petrucci DC**                    *** continued from previous page ***

### - Advised
  - *Tx Effect:* Treatment rendered without incident
  - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed  *Lido L Petrucci DC*
Lido Petrucci DC 07/06/2018 09:42 AM

**Lincoln/R. Johnson 0627**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/05/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and tightness discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C6 and right C5.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than

**Lincoln/R. Johnson 0628**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Johnson, Richard | DOB: | | | |
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/05/2018 |
|---|---|
| Provider | Lido Petrucci DC | *** *continued from previous page* *** |

an average patient with an uncomplicated case.

### DIAGNOSIS:

Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

**Lincoln/R. Johnson 0629**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | Insured | YRN626M56624 |

| Date | 07/05/2018 |
|---|---|
| **Provider** | **Lido Petrucci DC** |

*** continued from previous page ***

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Therapeutic care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

### - Advised
- *Tx Effect:* Treatment rendered without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**    M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed _____
Lido Petrucci DC 07/05/2018 01:01 PM

**Lincoln/R. Johnson 0630**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| Patient:    Johnson, Richard | DOB: | |
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured    YRN626M56624 |

Date    07/03/2018

**Provider   Lido Petrucci DC**

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and aching discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

### Musculoskeletal - Range of Motion - Cervical - *Active*
    -Flexion: 50/50 degrees with pain
    -Extension: 45/60 degrees with pain
    -Left Lat. Flexion: 15/45 degrees with pain
    -Right Lat. Flexion: 45/45 degrees with pain
    -Left Rotation: 50/80 degrees with pain
    -Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

Printed:    Monday, October 15, 2018 9:05:49 AM                                Page 5  Of   67

**Lincoln/R. Johnson 0631**

Progress Notes - 07/03/2018

To:                    Fax: (423) 933-2049          Page 8 of 69 10/15/2018 6:20 AM

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:   Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |
| Date    07/03/2018 | | | |
| Provider   Lido Petrucci DC | | *** continued from previous page *** | |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

  The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
 Analysis of Richard's cervical  x-rays revealed the following; hypolordosis and narrowed disc spacing.

### Assessment:

### ASSESSMENT:
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment.  Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

### DIAGNOSIS:
Upon consideration of the information available I have diagnosed Richard Johnson with:  (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

Printed:    Monday, October 15, 2018 9:05:49 AM                              Page 6  Of  67

**Lincoln/R. Johnson 0632**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/03/2018 |
|---|---|
| Provider | Lido Petrucci DC    *** continued from previous page *** |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged  periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

**Lincoln/R. Johnson 0633**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|----------|------------------|------|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

**Date**     07/03/2018

**Provider     Lido Petrucci DC**                                  *** continued from previous page ***

bed.

### - Advised
   - *Tx Effect:* Examination performed without incident
   - *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**     M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed

Lido Petrucci DC 07/03/2018 11:50 AM

**Lincoln/R. Johnson 0634**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| **Patient:** Johnson, Richard | **DOB:** | |
| **Ins Co** BCBS of Kentucky | **Pol #** 00246261 | **Insured** YRN626M56624 |

**Date** 07/02/2018

**Provider** Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 6 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and prolonged sitting. The discomfort was reported to decrease with rest.

### Objective:

Richard's vital signs were taken.
He is 71" tall. He weighs 220 pounds.
His blood pressure was taken in the sitting and the observed measurement was; 122/70.
His pulse measured 67 bpm.

### Musculoskeletal - Range of Motion - Cervical - *Active*

-Flexion: 50/50 degrees with pain
-Extension: 45/60 degrees with pain
-Left Lat. Flexion: 15/45 degrees with pain
-Right Lat. Flexion: 45/45 degrees with pain
-Left Rotation: 50/80 degrees with pain
-Right Rotation: 70/80 degrees with pain

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C5 and C6.

An extremity subluxation was discovered and adjusted in the left shoulder.

Palpation of the muscles revealed spasm in the following areas; left cervical, left cervical dorsal, left posterior shoulder and left mid thoracic.

**Lincoln/R. Johnson 0635**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

| Date | 07/02/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

Active trigger points were discovered in the left deltoid (posterior division) and left tibialis anterior muscle(s).

The following radiographs were taken on 6/15/2018 and analyzed for Richard Johnson; AP cervical and lateral cervical.
Analysis of Richard's cervical x-rays revealed the following; hypolordosis and narrowed disc spacing.

### Assessment:

**ASSESSMENT:**
Richard is of fair health and is expected to make fair progress and recovery with some residuals. He has osteoarthritis, positive MRI findings, positive radiographic findings and severity of initial episode of injury and nothing noted as contraindications to chiropractic treatment. Based on his history and examination, it is reasonable to believe that his recovery may take longer than an average patient with an uncomplicated case.

**DIAGNOSIS:**
Upon consideration of the information available I have diagnosed Richard Johnson with: (M99.01) Seg and somatic dysf of cervical reg, (M40.292) Other kyphosis, reduced cervical curve, (G54.0) Brachial plexus disorder, (M50.13) Cervical disc dis w/ radiculopathy, cervicothoracic reg, (M54.12) Radiculopathy, cervical reg

### Plan:

Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

The repair and regeneration stage is the 2nd stage of healing and can last up to 6 weeks if reinjury does not occur. Collagen is being laid down and is still fragile. There is scar tissue formation and joint stiffness. The patient can begin active/resistive exercises such as floor/spinal stabilization exercises, gym ball

**Lincoln/R. Johnson 0636**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient:  Johnson, Richard | DOB: | | |
|---|---|---|---|
| Ins Co  BCBS  of Kentucky | Pol #  00246261 | Insured | YRN626M56624 |

| Date | 07/02/2018 | |
|---|---|---|
| Provider | Lido Petrucci DC | *** continued from previous page *** |

and the addition of tubing and/or weights focusing on perfect form within pain free range of motion. Cardiovascular training can continue. During the repair stage of care we recommend seeing him 3 visits per week for 4 weeks to administer chiropractic adjustments as indicated by that visits observations and findings.

Goals:
decrease segmental dysfunction
decrease pain
decrease muscle spasms
increase active and passive ROM
increase proprioception
decrease nociception
increase ability to perform normal activities of daily living
returning Richard to his pre-clinical status

Specific spinal adjustments will be performed in 1 to 2 regions to improve the function of the segments of the spine that were fixated.
An adjustment of shoulder on the on the left was delivered to unrestrict its movement.
Ultrasound is used primarily to treat the soft tissue and ligamentous portions of the spine and paraspinal tissues. Ultrasound in this case will be performed over the following areas: shoulder.

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation - 98940, therapeutic ultrasound - 97035 and extra spinal manipulation - 98943 in accordance with the treatment plan.

Due to the presentation of the patient's condition, we are strongly encouraging him to ice. Prolonged  periods of cold help to decrease inflammation in the affected area. Icing acts as a mild analgesic to reduce pain in the affected area. Richard was instructed to ice for 20 minutes on and 1 hour off until he goes to

**Lincoln/R. Johnson 0637**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | BCBS of Kentucky | Pol # 00246261 | | Insured | YRN626M56624 |

**Date**   07/02/2018

**Provider**   Lido Petrucci DC                          *** continued from previous page ***

bed.

### - Advised
- *Tx Effect:* Examination performed without incident
- *Next Visit:* Patient advised continue with treatment plan as scheduled

**Diagnosis**   M99.01: Seg and somatic dysf of cervical reg
M40.292: Other kyphosis, reduced cervical curve
G54.0: Brachial plexus disorder
M50.13: Cervical disc dis w/ radiculopathy, cervicothoracic reg
M54.12: Radiculopathy, cervical reg

Electronically Signed *[signature]* DC
Lido Petrucci DC 07/02/2018 06:28 PM

**Lincoln/R. Johnson 0638**

# FAX

**FROM**

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

**TO**

Attention Lean Robert Trinidad

**Phone**      (502) 222-3488
**Fax Number** (502) 222-3488

**Phone**
**Fax Number** +14239332049

**DATE** 10/15/2018

**NOTE**

Dear Lean I  apologize for the delay on this record request. If you are missing any pages and would like them mailed please call me at 502-222-0000.

Sincerely,
Sonia Esquivel
This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0639**

Request Corr.
From: Lido Petrucci    Fax: (502) 222-9400    To:    Fax: (423) 933-2049    Page 2 of 69 10/15/2018 6:20 AM

From WFI Incorporated 1.626.628.9628 Sun Oct 14 16:51:06 2018 MDT Page 1 of 1


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Oct 14, 2018

LANGRANGE CHIROPRACTIC
301 S 1st S
ATTN: MEDICAL RECORDS
La Grange, KY  40031

Re: **Disability Benefits**
Claim# 7521853          4573953
Claimant: JOHNSON, RICHARD
Claimant DOB:

## REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Oct 1 2018** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (423) 933-2049

☑ I am FAXING records to: (423) 933-2049

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because:
_____

☐ Other status information we should know:
_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Lean Robert Trinidad

Disability Information Specialist
Phone No.: (213) 349-9450
Fax No: (423) 933-2049

**Lincoln/R. Johnson 0640**

# Quality Assurance Report

## Request Information

Report Date:    October 15, 2018                          **RP ID: 4573953**

Patient Name:   JOHNSON, RICHARD

Provider Name: LANGRANGE CHIROPRACTIC

## Quality Assurance Information

Scope Requested: **From July 1, 2018 to Present**

Special Request:

Please provide medical records and complete
restrictions form. - Seen By: LANGRANGE CHIROPRACTIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

ITEMS REQUESTED NOT FOUND - only receievd medical
records. Please request for the completed form from
Langrage Chiropractic.

Chart Reviewed By:  KBONU

**Lincoln/R. Johnson 0641**

# Billing Statement:

ReleasePoint

**Invoice Date: 10/03/2018**          **Invoice #: 708767**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2018 and Sep 30 2018**

**LIBMT6**                                          **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4403241<br>7521853 | JOHNSON, RICHARD<br>ELLIS & BADENHAUSEN ORTHOP. | Complete | 09/13/18<br>L Turner | 8.00 | 0.00 | 0.00 | 0.00<br>24 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **8.00**

**Tax ID: 95-2843455**

**Lincoln/R. Johnson 0642**



**Attorneys at Law | Practice Limited to Social Security Disability**
www.dcklaw.com

## Liberty Mutual NOA Cover sheet

**Date:** October 11, 2018

**NOA**

| | |
|---|---|
| Claimant #: | 7521853 |
| Claimant Name: | Richard Leon Johnson |
| EFT: | Y |
| Dependents: | N |
| Dependent Name & DOB: | |
| Award Level: | H |
| Date of Entitlement: | 07/17 |
| Past Due Benefit Amount: | $39,096.00 |
| Past Due Benefits Time Period: | 07/17 through 09/18 |
| DOE for Medicare Part A: | 07/19 |
| DOE for Medical Part B: | 07/19 |

**Payment History**

| | |
|---|---|
| Initial Entitlement Amount: | 07/17 - $2,558.00 |
| COLA: | 12/17 - $2,609.80 |
| CAE: | 01/18 - $2,633.90 |
| STAT/WC offset? | N |
| If Benefit reduction – what is full benefit amt: | |

**Fees**

| | |
|---|---|
| Attorney Fee Withheld: | $6,000.00 |
| Agreed Fee Amount: | $4,500.00 |
| Excess Fees in Escrow: | $1,500.00 |

**Additional Comments:**

Please forward op calculations to: awards@dcklaw.com

Doherty, Cella, Keane & Associates, LLP    100 Cummings Center, Suite 335-N, Beverly, MA 01915
Tel. (800) 211-4736 | Fax (978) 922-1644 | E-mail: ssdilaw@dcklaw.com

**Lincoln/R. Johnson 0643**

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: October 2, 2018
Claim Number:

RICHARD L JOHNSON

You are entitled to monthly disability benefits beginning July 2017.

**The Date You Became Disabled**

We found that you became disabled under our rules on January 27, 2017.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is July 2017.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $33,096.00 around October 3, 2018.

- This is the money you are due for July 2017 through September 2018.

- Your next payment of $2,633.00, which is for October 2018, will be received on or about the second Wednesday of November 2018.

- After that you will receive $2,633.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

- The day of the month you receive your payments depends on your date of birth.

**See Next Page**



Lincoln/R. Johnson 0644



### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| July | 2017 | $2,558.70 | Entitlement began |
| December | 2017 | $2,609.80 | Cost-of-living adjustment |
| January | 2018 | $2,633.90 | Credit for additional earnings |

### Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $36,463.00 for July 2017 through August 2018. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

### How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings Operations
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

### Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,000.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore,

**Lincoln/R. Johnson 0645**

we must collect a service charge from him or her.  The service charge is 6.3 percent of the fee amount we pay, but not more than $93, which is the most we can collect in each case under the law.  We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge.  If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter.  The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time.  In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits."  It tells you what you must report and how to report.  Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work.  The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage.  To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/.  You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No.  05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No.  05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us.  Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.



**Lincoln/R. Johnson 0646**



You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to MARTIN EUGENE KEANE.

## Do You Disagree With The Decision?

We previously informed you of your appeal rights concerning the administrative law judge's (ALJ) decision. We also informed you of what you must do to have that decision reviewed.

If you believe that we decided any other part of your case incorrectly, you may request reconsideration on that part of your case.

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We may also review the parts of the decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Review of Hearing Decision/Order" form, HA-520-U5. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## Things To Remember For The Future

Please tell us if your mailing address or direct deposit information changes. We need this information to deposit your payments on time and send you important letters about your payments.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Lincoln/R. Johnson 0647

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-964-1724.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
140 FLYNN AVE
FRANKFORT KY 40601

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

**Lincoln/R. Johnson 0648**



## PAYMENT SUMMARY

**Your Payment Of $33,096.00**

Here is how we figured your
first payment:

Benefits due for July 2017
through September 2018
including any cost of living increase and
considering work and earnings through 2017,
less monthly rounding of benefits ........................$39,096.00

Amount we subtracted because of

- money to pay
  your representative ...........................  6,000.00

This equals the amount of
your first payment .......................................$33,096.00

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective October 2018:

You are entitled to a monthly benefit of .................$ 2,633.90

Amount we subtracted because of

- rounding (we must round down to
  a whole dollar) .................................   .90

This equals the amount of
your regular monthly payment ...........................$ 2,633.00

**Lincoln/R. Johnson 0649**

**Medical Record Overview**

⊕ ReleasePoint

**Date:**    October 2, 2018

**Patient Name:**    JOHNSON, RICHARD

**Records From:**    POPHAM, DR
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY  40223
(502) 587-1236

**RP ID:** 4573954

**Client ID:** 7521853

**Source:** LIBMT6

**Request Scope:**  From July 1, 2018 to Present

**Req By:**  L Turner
09-463163

**Chart Range:**    07/17/2018 - 10/01/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 17 2018 | Sep 25 2018 | 9 | 2 |
| Labs/Diagnostics | Aug 25 2018 | Aug 25 2018 | 1 | 11 |
| Request Corr. | | | 3 | 12 |
| Questionnaire | Oct 1 2018 | Oct 1 2018 | 1 | 15 |

**Total Page Count:**    14

**Notes From QC:**

**Lincoln/R. Johnson 0650**

Progress Notes - 09/25/2018

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **09/25/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **G Jeffrey Popham MD** |

.................................................................................................................................

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee and lab results follow-up visit.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson returns today for his left knee and to discuss lab results.  At his last office visit on 07/24/2018, he received a Cortisone injection, which did provide relief of his symptoms.  Pain level today is a six out of ten.  He comes in for further evaluation.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .4 CC IM injection twice weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck
**Surgical:**

**Lincoln/R. Johnson 0651**

**Patient Name: Richard L Johnson**                    **Date: 09/25/2018**

- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
  - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
  - Surgery of the left knee - Arthroscopy 2005

**Family History**
    Cancer
    Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee examination shows some reported pain in the posterolateral knee and popping but is not palpable upon exam today. No effusion. Tender at a point about 4 inches distal to the posterior jointline at the midpoint of the calf between the medial and lateral heads of the gastrocnemius. Foot is neurovascularly intact.

Cervical spine examination shows tenderness at lower cervical spine, mainly in the left at C6-7. Sensation is intact throughout extremities.

**Tests**
LABS: 9/19/18
1. TESTOSTERONE:
   Total: 928
   Free: 23.3
2. ESTROGEN: 200
3. H&H:
   Hemoglobin: 17.8

**Lincoln/R. Johnson 0652**

Progress Notes - 09/25/2018                              (TUE)OCT  2 2018 12:39/ST. 12:26/No. 6854817794  P 13

**Patient Name: Richard L Johnson**                         **Date: 09/25/2018**

Hematocrit: 54.1

Labs were taken while patient is on .4cc (80 mg), 2 times weekly.

**Assessment**
Proximal tib/fib joint osteoarthritis, left knee.
Cervical DDD C5-7. Symptoms seem to be coming from cervical protrusions.

**Plan**
1.  Reviewed his lab results with him today. Refilled current dosage of testosterone.
2. Refer to physical therapy, specifically dry needling. Will also refer for his his neck pain.
3. Followup in 6 months with repeat lab results; I wrote a lab order for him.

EASTPOINT


Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 10/01/2018 08:18**


Electronically approved by: Jeffrey Popham    Date: 10/01/18 08:18

**Lincoln/R. Johnson 0653**

Progress Notes - 07/24/2018                                    (TUE)OCT  2 2018 12:37/ST. 12:26/No. 6854817794 P  8

RUDY J. ELLIS, M.D.                                                          ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                                    FRACTURES
R. JOHN ELLIS, JR., M.D.                                                       JOINT REPLACEMENT
MARK E. PETRIK, M.D.                       **ELLIS & BADENHAUSEN**               SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.                   **ORTHOPAEDICS, P.S.C.**
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**              **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**           **07/24/2018**
**Account #:**            **545850**
**Attending Provider:**   **G J. Popham MD**
**Primary Provider:**     **Moore, Thomas MD**
**Referring Provider:**   **G Jeffrey Popham MD**

........................................................................................
                              **Patient Visit Note**

**Active Problems**
- Pain in left knee
- Pain in left lower leg
- Strain of musc/tend the rotator cuff of left shoulder, init
- Unilateral primary osteoarthritis, left knee

**Chief Complaint**
MRI followup of the left knee.

**Reason For Visit**
MRI followup of the left knee. Mr. Johnson presents today for an MRI followup of his left knee
performed at High Field on 07/18/2018. He states his knee is sore, stiff and continues to hurt. He
rates his pain at a six to seven out of ten. He comes in to discuss the results of his MRI and for
further evaluation.

**History of Present Illness**
   Richard Johnson is a 62 year old male.
   • Medication list reviewed.

Mr. Johnson presents today for an MRI follow up of his left knee performed at High Field on
07/18/2018. He states his knee is sore, stiff and continues to hurt. He rates his pain at a six to
seven out of ten. He comes in to discuss the results of his MRI and for further evaluation.

**Current Medication**
- Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice
weekly, 30 days, 0 refills
- Mobic 15MG Oral Tablet once a day 0 days, 0 refills
- Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed

                                                       **Lincoln/R. Johnson 0654**

Progress Notes - 07/24/2018                    (TUE)OCT  2 2018 12:38/ST. 12:26/No. 6854817794 P  9

**Patient Name: Richard L Johnson**                    **Date: 07/24/2018**

**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck
**Surgical:**
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
• Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
• Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** Neck pain and neck stiffness.  No lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line at the medial edge of the lateral head of the gastrocnemius. Focally tender at popliteal tendon. Focal tenderness on the posterior lateral joint line just medial to the fibular head. No hypermobility of the tib/fib joint but tenderness at the posterior and anterior aspects.

Cervical spine examination shows tenderness at lower cervical spine, mainly in the left at C6-7. Sensation is intact throughout extremities.

**Radiographs**

**Lincoln/R. Johnson 0655**

**Patient Name: Richard L Johnson**                              **Date: 07/24/2018**

LEFT KNEE MRI IMPRESSION:
1. Metal artifact reducing sequences were used. However, the exam remains limited by artifact related to orthopedic hardware from arthroplasty.
2. There is a moderate-size effusion. No abnormal mass or fluid collection is identified collection is identified in the surrounding soft tissues.
3. High signal intensity seen in the central portion of the image distal femoral shaft, presumably secondary to previous surgery.
4. Mild tendinopathy/tendinitis in the patellar tendon.

CERVICAL SPINE MRI IMPRESSION:
1. At C6-7, there is a 3-mm midline protrustion resulting in the flattening of the thecal sac with a mild degress of central canal stenosis. There is also a 4mm left foraminal disc protrustion resulting in moderate effacement of the exiting right cervical nerve root.
2. At C5-6, there is a 3mm midline disc protrustion resulting in flattening of the thecal sac with mild central canal stenosis. There is also a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root.
3. At C3-4 and C4-5, there are 1-2mm midline disc bulges with posterior annular tears noted.

**Assessment**
Proximal tib/fib joint osteoarthritis, left knee. Cortisone injection helped with pain.
Cervical DDD C5-7. Symptoms seem to be coming from cervical protrusions. Pain is helped with chiropractic treatment.

**Treatment**
Procedure:  After thorough review of the risks, benefits, and allergies the patient wished to proceed.  The patient's left knee was sterilely prepped with alcohol.  The tib/fib joint was injected with 2% plain lidocaine.  The syringe with local anesthetic was removed and replaced with a syringe containing a corticosteroid solution of 1cc of Depo-Medrol (40mg/mL vial) which was injected in the left knee.  The patient tolerated the procedure well.  There were no complications.  No immediate adverse reactions were noted.  Post injection precautions were reviewed.

**Plan**
- **Other**
  Depo-Testosterone 200 MG/ML mL, .4 CC IM injection twice weekly, 30 days, 0 refills

1. Cortisone injection into the left tib/fib joint. He tolerated this well and helped relieve his pain. We will observe his left knee tib/fib osteoarthritis but I will followup with him at his one-year anniversary for his knee replacement.
2. Continue with chiropractor for neck pain. I will refer him for cervical epidurals.
3. I wrote a prescription for a refill on testosterone.
4. Followup in two months with repeat lab results.

EASTPOINT/als

Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 07/30/2018 08:13**

Electronically approved by: Jeffrey Popham    Date: 07/30/18 08:13

**Lincoln/R. Johnson 0656**

(TUE)OCT  2 2018 12:36/ST. 12:26/No. 6854817794 P  5

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **07/17/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **G Jeffrey Popham MD** |

## Patient Visit Note

### Active Problems
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

### Chief Complaint
18-month check left total knee replacement.

### History of Present Illness
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson comes in today status post 18 months from a left total knee replacement. Unfortunately, he continues to have some pain.  He rates his pain at a six to seven out of ten. Denies swelling.  Complains of instability. He states has posterolateral knee pain that bothers him constantly. It is affecting his activities of daily life. He comes in today for further evaluation.

### Current Medication
- **Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

### Past Medical/Surgical History
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.
**Diagnoses:**
   Osteoarthritis.
   Intervertebral disc degeneration Neck

**Lincoln/R. Johnson 0657**

Progress Notes - 07/17/2018                    (TUE)OCT  2 2018 12:37/ST. 12:26/No. 6854817794 P  6

**Patient Name: Richard L Johnson**                    **Date: 07/17/2018**

**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** Neck pain.  No neck stiffness and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
- **Vitals taken 07/17/2018 09:25 am**

| | |
|---|---|
| **BP-Sitting L** | **110/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **64 bpm** |
| **Height** | **72 in** |
| **Weight** | **217 lbs** |
| **Body Mass Index** | **29.4 kg/m2** |
| **Body Surface Area** | **2.21 m2** |

Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line at the medial edge of the lateral head of the gastrocnemius. Focally tender at popliteal tendon.

Testosterone labs:

**Lincoln/R. Johnson 0658**

Progress Notes - 07/17/2018                    (TUE)OCT  2 2018 12:37/ST. 12:26/No. 6854817794 P  7

**Patient Name: Richard L Johnson**                    **Date: 07/17/2018**

Total Testosterone: 1450
Free Testosterone: 33.7
Estrogen: 70

**Assessment**
Possible popliteus injury with posterolateral knee pain.

**Plan**
I will order an MRI of the left knee as he has a history of constant posterolateral knee pain that has not resolved with conservative treatment. I will see him back to discuss the results.

Due to his testosterone being high, I instructed him to lower his dose to 4mL twice a week instead of 4.75mL twice a week. I will test him and see him back again in two months.

cc: THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE  KY  40223-4193)

EASTPOINT


Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 07/23/2018 10:44**


Electronically approved by: Jeffrey Popham    Date: 07/23/18 10:44

**Lincoln/R. Johnson 0659**

(TUE)OCT   2 2018 12:39/ST. 12:26/No. 6854817794  P  17



**Dr. Rudy J. Ellis**
SPORTS
MEDICINE
CENTER

13151 MAGISTERIAL DRIVE
SUITE 100
LOUISVILLE, KY 40223
PHONE: 502-585-4571
FAX: 502-568-1873

5120 DIXIE HWY
SUITE 102
LOUISVILLE, KY 40216
PHONE: 502-448-0931
FAX: 502-448-0918

PT. NUMBER                          DATE   9/25/18

NAME    Richard    Johnson

DIAGNOSIS   ® (L) Posterior   calf pain   ≥ 4" below jt line
                                          between medial/lateral heads
SURGERY _____
PRECAUTION/SPECIAL INSTRUCTIONS    of gastrocnemius

                                   ® Central BDD

☑ Evaluate and Treat              ☐ Pre and Post-Operative Care

**EXERCISE & REHAB**              **MODALITIES**
___ NECK REHAB                    ✓ MODALITIES OF CHOICE
___ BACK REHAB                    ___ ULTRASOUND
    SHOULDER REHAB                ___ ELECTRICAL STIMULATION
    ELBOW REHAB                       CERVICAL TRACTION
 _ WRIST/HAND REHAB               ___ LUMBAR TRACTION
___ HIP REHAB                         VASOPNEUMATIC COMPRESSION
___ KNEE REHAB                        PRIMAL REFLEX RELEASE (PRRT)
___ ANKLE/FOOT REHAB                  IONTOPHORESIS
___ WORK CONDITIONING             ✓ GRASTON
                                  ✓ Dry Needling
    KNEE SLEEVE                        CUSTOM MOLDED FOOT ORTHOTIC
    LROM KNEE BRACE               ___ ANKLE BRACE
 .. HINGED KNEE BRACE - OTS           CUSTOM DYNAMIC AFO
___ ACL KNEE BRACE - CUSTOM       ___ CUSTOM STABILITY WALKER AFO
    LUMBO-SACRAL ORTHOSIS             ABDUCTION PILLOW SLING
    PATELLAR TENDON STRAP             ARC ABDUCTION SLING
    PATELLA STABILIZING BRACE         LROM ELBOW BRACE
    OSTEOARTHRITIS BRACE              HINGED ELBOW BRACE

FREQ. & DURATION  1  2  3  4  5  TIMES A WEEK FOR  1  2  3  4  5  6  WEEKS

                          SIGNED _____ _____M.D.

EVAL 18 AT 5:10

**Lincoln/R. Johnson 0660**

**Request Corr.**

Walter E. Badenhausen, Jr., M.D.
R. John Ellis, Jr., M.D.
Mark E. Petrik, M.D.
Lawrence A. Schaper, M.D.
Mark G. Smith, M.D.
G. Jeffrey Popham, M.D.
Akbar Nawab, M.D.
Michael L. Salamon, M.D.
Matthew R. Price, M.D.
Daniel E. Rueff, M.D.
Erin Gish PA-C, ATC



**ELLIS &
BADENHAUSEN**
ORTHOPAEDICS, PSC

# FACSIMILE TRANSMITTAL

**ELLIS & BADENHAUSEN, ORTHOPAEDICS**
**13151 MAGISTERIAL DR. STE. 200**
**LOUISVILLE, KY  40223**

**PHONE#:  502-587-1236 EXT. 2206**
**FAX#: 502-736-0076**

**DATE:** _10/02/18_          **FROM: JUANITA**

**TO:** _Liberty Mutual_

**FAX#:** _213 -884 - 4921_   **#PAGES** _17_

**RE:** _Richard Johnson_

| FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | URGENT |
|---|---|---|---|

*IF THIS DOCUMENT IS RECEIVED BY THE WRONG PARTY, PLEASE CONTACT ELLIS &
BADENHAUSEN ORTHOPAEDICS AT 502-587-1236*

NOTE:  THIS REPORT IS CONFIDENTIAL. The information has been disclosed to you from records
whose confidentiality is protected by federal law. Federal regulations prohibit you from making further
disclosure of this information unless further disclosure is expressly permitted in the patient's written
consent or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical
information is not sufficient for this purpose.

**Lincoln/R. Johnson 0661**





Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Oct 1, 2018

ELLIS & BADENHAUSEN ORTHOP.
13151 MAGISTERIAL DR STE 200
ATTN: MEDICAL RECORDS
LOUISVILLE, KY  40223

**Re: Long Term Disability Benefits**
Claim# 7521853          4573954
Claimant: JOHNSON, RICHARD
Claimant DOB:

Dear JUANITA   ext 2206,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From July 1, 2018 to Present**

Please provide medical records and complete restrictions form. -
Seen By: POPHAM, DR

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921   or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lean Robert Trinidad
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:   (213) 884-4921

**Lincoln/R. Johnson 0662**

Request Corr.

(TUE)OCT  2 2018 12:36/ST. 12:26/No. 6854817794 P  3
Received:6266289628                    Oct  1 2018 01:17pm        P002
From WFI Incorporated 1.626.628.9628 Mon Oct  1 11:14:02 2018 MDT Page 2 of 5



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information:   Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Richard Johnson_

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative _Richard Johnson_
Date of Birth: _____   Claim Number: _7521853_   Date: _5-31-18_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**Lincoln/R. Johnson 0663**



**Liberty Mutual.** INSURANCE

## Restrictions Form

Patient Name: *Richard L. Johnson* Date of Birth: ___/___/___   Claim Number: **752/853**

### To be completed by a Physician:

Date First Treated: **07/06/11**

Date Last Treated: **09/25/18**

Next Office Visit: **03/26/19**

Diagnosis(es) with ICD 10 Codes: _____

Physician's Area of Specialty: **ORTHOPAEDICS**

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **No Restrictions**

☐ **No Work Capacity**

☑ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) **9/25/18**          To **11/25/18**

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions: _____

_____

Provider's Name (Please Print): **Jeffrey Popham** Signature: _____ Date: **10/01/18**

Lincoln/R. Johnson 0664

# Quality Assurance Report

## Request Information

Report Date:    October 2, 2018                    **RP ID: 4573954**

Patient Name:   JOHNSON, RICHARD

Provider Name: ELLIS & BADENHAUSEN ORTHOP.

## Quality Assurance Information

Scope Requested: **From July 1, 2018 to Present**

Special Request:
Please provide medical records and complete
restrictions form. - Seen By: POPHAM, DR

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  MGALV

**Lincoln/R. Johnson 0665**

**n0338398**

| | |
|---|---|
| **From:** | Awards |
| **Sent:** | Monday, October 01, 2018 1:15:02 PM |
| **To:** | LMBCLAIMS_SSVA |
| **Subject:** | Johnson, Richard Leon - 7521853 |

Please be advised the SS disability claim for the above claimant has been approved.   We do not have specific award data yet, but will forward to you upon receipt.

Thank you.

**Suzanne Butler**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
awards@dcklaw.com
www.social-security-law.com

********************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
********************************************************************

**Lincoln/R. Johnson 0666**

**n0275734**

---

**From:**       Doherty Cella Keane & Associates LLP
**Sent:**       Friday, September 14, 2018 10:08:07 AM
**To:**         Turner, Latimer
**Subject:**    Richard Leon Johnson - claim no. 7521853

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Turner:

As you are aware, the Social Security disability case for Mr. Johnson is at the Hearing level.  Due to backlogs at the local Office of Hearing Operations (OHO),  the above claimant's case has not yet been scheduled.    Most offices are backlogged at least 12 months from the time of the hearing request.    We will update your office when we have additional information with regarding to the scheduling of this claimant's hearing.

Should you have any questions, please contact me at 1-800-211-4736.

Sincerely,

**Kasey Botte for Atty Martin E. Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
*******************************************************************
This email message and any files transmitted with it are confidential/privileged, for
use of the intended recipient(s) only. If not the intended recipient, please notify the

**Lincoln/R. Johnson 0667**

sender immediately by telephone or email and destroy the original message without
making a copy. Thank you.
****************************************************************

**Lincoln/R. Johnson 0668**

# Billing Statement:

**ReleasePoint**

**Invoice Date: 09/07/2018**        **Invoice #: 708628**

**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Aug 1 2018 and Aug 31 2018**

**LIBMT6**                                          **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4281531 7521853 | JOHNSON, RICHARD LANGRANGE CHIROPRACTIC | Complete | 07/10/18 L Turner | 8.00 | 0.00 | 0.00 | 0.00 10 | **8.00** |
| 4281547 7521853 | JOHNSON, RICHARD ELLIS & BADENHAUSEN ORTHOPED... | Complete | 08/05/18 L Turner | 8.00 | 0.00 | 0.00 | 0.00 28 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**        **16.00**

**Tax ID: 95-2843455**

**Lincoln/R. Johnson 0669**

**Medical Record Overview**

**Date:**  **August 5, 2018**

**Patient Name:**     JOHNSON, RICHARD

**Records From:**     ELLIS & BADENHAUSEN ORTHOPEDICS
13151 Magisterial Drive #260
Louisville, KY  40223
(502) 585-4571

**Request Scope:**  From January 1, 2018 to Present

**Chart Range:**     03/05/2018 - 07/24/2018

**RP ID:** 4281547

**Client ID:** 7521853

**Source:** LIBMT6

**Req By:**  L Turner

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 5 2018 | Jul 24 2018 | 18 | 2 |
| Labs/Diagnostics | Jun 13 2018 | Jul 18 2018 | 8 | 20 |
| Other Records | | | 1 | 28 |
| Request Corr. | | | 1 | 29 |

**Total Page Count:**     28

**Notes From QC:**

**Lincoln/R. Johnson 0670**

Progress Notes - 07/24/2018                    (FRI)AUG  3 2018  9:59/ST. 9:56/No.6854817085 P 18

RUDY J. ELLIS, M.D.                                              ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                           FRACTURES
R. JOHN ELLIS, JR., M.D.                                            JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                 SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                   **ELLIS & BADENHAUSEN**
G. JEFFREY POPHAM, M.D.               **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**             **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**          **07/24/2018**
**Account #:**           **545850**
**Attending Provider:**  **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**  **G Jeffrey Popham MD**

..................................................................................................................
**Patient Visit Note**
**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
MRI followup of the left knee.

**Reason For Visit**
MRI followup of the left knee. Mr. Johnson presents today for an MRI followup of his left knee
performed at High Field on 07/18/2018. He states his knee is sore, stiff and continues to hurt. He
rates his pain at a six to seven out of ten. He comes in to discuss the results of his MRI and for
further evaluation.

**History of Present Illness**
    Richard Johnson is a 62 year old male.
    • Medication list reviewed.

Mr. Johnson presents today for an MRI follow up of his left knee performed at High Field on
07/18/2018. He states his knee is sore, stiff and continues to hurt. He rates his pain at a six to
seven out of ten. He comes in to discuss the results of his MRI and for further evaluation.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice
weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed


**Lincoln/R. Johnson 0671**

(FRI)AUG  3 2018  9:59/ST. 9:56/No.6854817085 P 19

**Patient Name: Richard L Johnson**                    **Date: 07/24/2018**

**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck
**Surgical:**
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
• Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
• Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise). No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** Neck pain and neck stiffness. No lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line at the medial edge of the lateral head of the gastrocnemius. Focally tender at popliteal tendon. Focal tenderness on the posterior lateral joint line just medial to the fibular head. No hypermobility of the tib/fib joint but tenderness at the posterior and anterior aspects.

Cervical spine examination shows tenderness at lower cervical spine, mainly in the left at C6-7. Sensation is intact throughout extremities.

**Radiographs**

**Lincoln/R. Johnson 0672**

(FRI)AUG  3 2018 10:00/ST. 9:56/No.6854817085 P 20

**Patient Name: Richard L Johnson**                    **Date: 07/24/2018**

LEFT KNEE MRI IMPRESSION:
1. Metal artifact reducing sequences were used. However, the exam remains limited by artifact related to orthopedic hardware from arthroplasty.
2. There is a moderate-size effusion. No abnormal mass or fluid collection is identified collection is identified in the surrounding soft tissues.
3. High signal intensity seen in the central portion of the image distal femoral shaft, presumably secondary to previous surgery.
4. Mild tendinopathy/tendinitis in the patellar tendon.

CERVICAL SPINE MRI IMPRESSION:
1. At C6-7, there is a 3-mm midline protrustion resulting in the flattening of the thecal sac with a mild degress of central canal stenosis. There is also a 4mm left foraminal disc protrustion resulting in moderate effacement of the exiting right cervical nerve root.
2. At C5-6, there is a 3mm midline disc protrustion resulting in flattening of the thecal sac with mild central canal stenosis. There is also a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root.
3. At C3-4 and C4-5, there are 1-2mm midline disc bulges with posterior annular tears noted.

**Assessment**
Proximal tib/fib joint osteoarthritis, left knee. Cortisone injection helped with pain.
Cervical DDD C5-7. Symptoms seem to be coming from cervical protrusions. Pain is helped with chiropractic treatment.

**Treatment**
Procedure:  After thorough review of the risks, benefits, and allergies the patient wished to proceed.  The patient's left knee was sterilely prepped with alcohol.  The tib/fib joint was injected with 2% plain lidocaine.  The syringe with local anesthetic was removed and replaced with a syringe containing a corticosteroid solution of 1cc of Depo-Medrol (40mg/mL vial) which was injected in the left knee.  The patient tolerated the procedure well.  There were no complications.  No immediate adverse reactions were noted.  Post injection precautions were reviewed.

**Plan**
   • **Other**
      Depo-Testosterone 200 MG/ML mL, .4 CC IM injection twice weekly, 30 days, 0 refills

1. Cortisone injection into the left tib/fib joint. He tolerated this well and helped relieve his pain. We will observe his left knee tib/fib osteoarthritis but I will followup with him at his one-year anniversary for his knee replacement.
2. Continue with chiropractor for neck pain. I will refer him for cervical epidurals.
3. I wrote a prescription for a refill on testosterone.
4. Followup in two months with repeat lab results.

EASTPOINT/als

Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 07/30/2018 08:13**

Electronically approved by: Jeffrey Popham    Date: 07/30/18 08:13

**Lincoln/R. Johnson 0673**

Progress Notes - 07/17/2018

(FRI)AUG  3 2018  9:59/ST. 9:56/No.6854817085 P 15

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **07/17/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **G Jeffrey Popham MD** |

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
18-month check left total knee replacement.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson comes in today status post 18 months from a left total knee replacement. Unfortunately, he continues to have some pain. He rates his pain at a six to seven out of ten. Denies swelling. Complains of instability. He states has posterolateral knee pain that bothers him constantly. It is affecting his activities of daily life. He comes in today for further evaluation.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis.
Intervertebral disc degeneration Neck

**Lincoln/R. Johnson 0674**

Progress Notes - 07/17/2018                          (FRI)AUG  3 2018  9:59/ST. 9:56/No.6854817085 P 16

**Patient Name: Richard L Johnson**                              **Date: 07/17/2018**

**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use 3 beer/week.
Work: Occupation Retired engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise). No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** Neck pain. No neck stiffness and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
- **Vitals taken 07/17/2018 09:25 am**

| | |
|---|---|
| **BP-Sitting L** | **110/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **64 bpm** |
| **Height** | **72 in** |
| **Weight** | **217 lbs** |
| **Body Mass Index** | **29.4 kg/m2** |
| **Body Surface Area** | **2.21 m2** |

Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line at the medial edge of the lateral head of the gastrocnemius. Focally tender at popliteal tendon.

Testosterone labs:

**Lincoln/R. Johnson 0675**

Progress Notes - 07/17/2018 (FRI)AUG 3 2018 9:59/ST. 9:56/No.6854817085 P 17

**Patient Name: Richard L Johnson** **Date: 07/17/2018**

Total Testosterone: 1450
Free Testosterone: 33.7
Estrogen: 70

**Assessment**
Possible popliteus injury with posterolateral knee pain.

**Plan**
I will order an MRI of the left knee as he has a history of constant posterolateral knee pain that has not resolved with conservative treatment. I will see him back to discuss the results.

Due to his testosterone being high, I instructed him to lower his dose to 4mL twice a week instead of 4.75mL twice a week. I will test him and see him back again in two months.

cc: THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE KY 40223-4193)

EASTPOINT


Entered by McKenna Ginn, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 07/23/2018 10:44**


Electronically approved by: Jeffrey Popham    Date: 07/23/18 10:44

**Lincoln/R. Johnson 0676**

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.   .
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN N. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**      **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**      **05/15/2018**
**Account #:**      **545850**
**Attending Provider:**   **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**   **G Jeffrey Popham MD**

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Lab follow-up visit.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson returns today to follow-up on his lab work. He rates his left knee pain at a six out of ten. He comes in today to discuss his results. States he was in physical therapy. They did Graston and dry needling at the same time for three sessions. States after this was done, he had so much pain he could not even sleep.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis
**Surgical:**

**Lincoln/R. Johnson 0677**

**Patient Name: Richard L Johnson**                    **Date: 05/15/2018**

- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
  - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
  - Surgery of the left knee - Arthroscopy 2005

## Family History
Cancer
Kidney disease

## Social History
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

## Allergies
- **No Known Allergies**

No Metal Allergy.

## Review Of Systems
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

## Physical Findings
Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right.
No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line
at the medial edge of the lateral head of the gastrocnemius.

Testosterone lab results:
606.3 ng/dL (Range: 193-174 ng/dL)

## Assessment
Residual pain in the left knee; unknown origin.
Hypogonadism.

## Treatment
PROCEDURE: After thorough review of the risks, benefits, and allergies the patient wished to
proceed. Patient's left posterior knee was sterilely prepped with alcohol. It was injected with 2%
plain lidocaine. The syringe with local anesthetic was removed and replaced with a syringe
containing a corticosteroid solution of 1cc of Depo-Medrol (40mg/mL vial) which was injected in the

**Lincoln/R. Johnson 0678**

**Patient Name: Richard L Johnson**                                    **Date: 05/15/2018**

posterior knee. Patient tolerated the procedure well. There were no complications. No immediate adverse reactions were noted. Post injection precautions were reviewed.

**Plan**

Overall, Richard is feeling better and has more energy. However, his knee pain has persisted. Plan with Richard will have him continue taking .45cc depo-testosterone twice a week. He will continue to do this Mondays and Thursdays. We will repeat his labs in 3-4 weeks and gave him an order for this today. In regard to his knee, injected area of maximal tenderness at posterior knee with cortisone. Patient tolerated this well. We are still keeping him off work due to posterior knee pain. I will see him back in 2 months to see how cortisone injection does.

EASTPOINT

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 05/21/2018 14:20**

Electronically approved by: Jeffrey Popham     Date: 05/21/18 14:20

**Lincoln/R. Johnson 0679**

Progress Notes - 04/10/2018                          (FRI) AUG  3 2018  9:58/ST. 9:56/No. 6854817085 P  9

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **04/10/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **G Jeffrey Popham MD** |

## Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Labs followup.

**History of Present Illness**
   Richard Johnson is a 62 year old male.
   • Medication list reviewed.

Patient comes in today to review his lab results. Patient rates the pain in his left knee as a 6 out of 10. He comes in today to review his lab results.

**Current Medication**
- **Amox/Clavulanate ( Augmentin ) Uknown Oral Tablet  10 days, 0 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.
**Diagnoses:**
   Osteoarthritis
**Surgical:**

**Lincoln/R. Johnson 0680**

**Patient Name: Richard L Johnson**                              **Date: 04/10/2018**

- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.  Sleep disturbances.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee exam shows 3-95 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee.

**Assessment**
Residual pain unknown origin.
Hypogonadism.

**Plan**
Overall, Richard is feeling better and has more energy. His knee pain is the same and maybe worse but otherwise, he is feeling better. Richard's testosterone levels have significantly increased and we need to decrease dosage. Plan with Richard will have him take .45cc depo-testosterone twice a week starting next Thursday. He will do these Mondays and Thursdays. He will get back in physical therapy. We will repeat his labs in 3-4 weeks and gave him an order for this today. I will see him back in 3-4 weeks.

EASTPOINT

**Lincoln/R. Johnson 0681**

**Progress Notes - 04/10/2018**

**Patient Name: Richard L Johnson**                                **Date: 04/10/2018**

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 04/12/2018 11:29**

Electronically approved by: Jeffrey Popham    Date: 04/12/18 11:29

**Lincoln/R. Johnson 0682**

Progress Notes - 03/12/2018                    (FRI)AUG  3 2018  9:57/ST. 9:56/No.6854817085 P  6

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **03/12/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **None None** |

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee followup visit.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson is here today for a left knee followup visit. Patient reports that his knee pain is a 6 out of 10 today. He states that there have been no changes in his knee symptoms. Patient presents today to go over his lab results.

**Current Medication**
- **Amox/Clavulanate ( Augmentin ) Uknown Oral Tablet  10 days, 0 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis

**Lincoln/R. Johnson 0683**

Progress Notes - 03/12/2018                    (FRI)AUG  3 2018  9:58/ST. 9:56/No.6854817085 P  7

**Patient Name: Richard L Johnson**                              **Date: 03/12/2018**

### Surgical:
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

### Family History
Cancer
Kidney disease

### Social History
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

### Allergies
- **No Known Allergies**

No Metal Allergy.

### Review Of Systems
**Systemic:** Not feeling poorly (malaise). No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

### Physical Findings
Examination of the left knee reveals no effusion, 3-95 degrees of motion, he has some calf tenderness, calf atrophy on the left when compared to the right, no swelling or warmth about the knee, incision is well healed. He has normal sensation to light touch distally. He is tender at the posterior lateral knee.

### Tests
Lab work was reviewed with the patient today which showed:
Normal PSA
Normal hematocrit
Very low testosterone, free testosterone- Testosterone serum 166 ng/dL; Testosterone, Free, 2.6pg/mL

### Assessment
Residual pain unknown origin.
Hypogonadism.

**Lincoln/R. Johnson 0684**

**Patient Name: Richard L Johnson**                          **Date: 03/12/2018**

**Plan**
I discussed treatment options with the patient today which included increasing his testosterone with injections. He would like to proceed. I wrote a prescription for depo-testosterone today. He will go from taking 1mL bi-weekly, to taking .6cc twice a week. I want to repeat his labs in 3-4 weeks. I gave him an order for this today. I will see him back after the labs have been completed.

EASTPOINT


Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.




**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 03/13/2018 09:34**


Electronically approved by: Jeffrey Popham    Date: 03/13/18 09:36

**Lincoln/R. Johnson 0685**

Progress Notes - 03/05/2018                    (FRI)AUG  3 2018  9:57/ST. 9:56/No.6854817085 P  3

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.                                    ORTHOPAEDIC SURGERY
R. JOHN ELLIS, JR., M.D.                                                  FRACTURES
MARK E. PETRIK, M.D.                                                 JOINT REPLACEMENT
LAWRENCE A. SCHAPER, M.D.        **ELLIS & BADENHAUSEN**              SPORTS MEDICINE
MARK G. SMITH, M.D.              **ORTHOPAEDICS, P.S.C.**
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**             **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**          **03/05/2018**
**Account #:**           **545850**
**Attending Provider:**  **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**

.........................................................................................................................................

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left total knee replacement yearly followup visit.

**History of Present Illness**
Patient is now over a year from his left total knee replacement that was done 01/31/17. He states
he continues to have pain everyday and has limited motion. He states his pain is at the top of knee
on both sides and calf of the left knee. He states he continues to go to therapy, downstairs but his
limited ROM makes it hard to get shoes on and for driving. He takes Mobic and extra strength
Tylenol PRN. His pain level today is 5-6. Patient has a long history of hypogonadism. He has been
evaluated medically in the past, and found to not have any issues other than lack of testosterone
by the testes. He denies prostate problems.


**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**


**Lincoln/R. Johnson 0686**

Progress Notes - 03/05/2018                                (FRI)AUG  3 2018  9:57/ST. 9:56/No.6854817085 P  4

**Patient Name: Richard L Johnson**                                    **Date: 03/05/2018**

Osteoarthritis
**Surgical:**
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
• Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
• Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Feeling poorly (malaise) Fatigue. No fever, no chills, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms Patient has pain in the left knee. He has plantar fasciitis in the left foot.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
Hx of kidney stones.

**Physical Findings**
• **Vitals taken 03/05/2018 09:10 am**

| | |
|---|---|
| **BP-Sitting L** | **118/64 mmHg** |
| **BP Cuff Size** | **Regular** |
| **Pulse Rate-Sitting** | **72 bpm** |
| **Height** | **72 in** |
| **Weight** | **216 lbs** |
| **Body Mass Index** | **29.3 kg/m2** |
| **Body Surface Area** | **2.20 m2** |
| **Pain Level** | **5** |

Examination of the left knee reveals no effusion, 3-95 degrees of motion, he has some calf tenderness, calf atrophy on the left when compared to the right, no swelling or warmth about the knee, incision is well healed. He has normal sensation to light touch distally. He is tender at the

**Lincoln/R. Johnson 0687**

**Progress Notes - 03/05/2018**                    (FRI)AUG  3 2018  9:57/ST. 9:56/No.6854817085 P  5

**Patient Name: Richard L Johnson**                        **Date: 03/05/2018**

posterior lateral knee.

### Radiographs
AP view x-rays of both knees while standing were performed 73565.
Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views of the left knee were obtained today in the office. These show no radiolucencies around the implant, good alignment of the implant.

### Assessment
Residual pain unknown origin.
Hypogonadism.

### Plan
I discussed treatment options with the patient on exam today. We discussed his decreased testosterone level. I wrote a lab order for him to have done before he takes his testosterone injection today. He will continue physical therapy and work on the hamstring tendons and the calf tenderness. If he continues to have pain, he can consider a PRP injection. If those things still do not help, we can discuss arthroscopic intervention or a possible poly exchange. I will see him back in 1 week to discuss possible testosterone treatment.

EASTPOINT


Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham      Date: 03/08/2018 11:55**


Electronically approved by: Jeffrey Popham     Date: 03/08/18 11:57

**Lincoln/R. Johnson 0688**

JOHNSON  RICHARD 1 / 2



**HIGH FIELD & OPEN MRI**

*The Leader in Advanced Patient-Friendly Imaging*

OPEN MRI, LLC | Ph: (502)-429-6500 | FAX: (502)-429-0770

7807 Shelbyville Road, Louisville, KY 40222        5227 Dixie Highway, Louisville, KY 40216

**Patient Name:** JOHNSON, RICHARD
**Patient No:** 216769        **DOB:**
**DATE OF EXAM:** 07/18/2018        **Accession #:** 640548
**Exam:** Knee (L) MRI MARS
**Referring Physician:** Popham, Jeffrey M.D.
**Interpreting Rad:**    Dubose, Beth M.D.

**CLINICAL HISTORY**: 62-year-old male with posterior left knee pain. Patient has a history of knee arthroplasty performed in January of 2017. Evaluate for osseous or soft tissue abnormality.

**TECHNIQUE**: Imaging is performed on a 1.5 Tesla system. Multiple weightings including T1 and T2 were acquired in multiple imaging planes. Metal artifact reducing sequences were used in an attempt to reduce artifact related to arthroplasty.

**FINDINGS**:

**Ligaments**: The anterior and posterior cruciate ligaments cannot be visualized secondary to artifact related to arthroplasty. There is limited evaluation of the medial and lateral collateral ligaments, however, there is no evidence of disruption.

The extensor mechanism is intact. There is mild tendinopathy/tendinitis in the proximal patellar tendon.

**Articular cartilage and joint space**: Joint space is poorly evaluated because of susceptibility artifact. There does appear to be a moderate sized joint effusion.

**Bones and soft tissues**: Artifact related to arthroplasty is noted. Increased signal intensity seen centrally in the imaged portion of the distal femoral shaft is presumably related to previous surgery. Marrow signal intensity in the imaged osseous structures is otherwise unremarkable.

The surrounding soft tissues are as imaged are unremarkable. No abnormal mass or fluid collection is identified.

**IMPRESSION**:
1. Metal artifact reducing sequences were used. However, the exam remains limited by artifact related to orthopedic hardware from arthroplasty.

**Lincoln/R. Johnson 0689**

JOHNSON  RICHARD 2 / 2

2. There is a moderate-sized joint effusion. No abnormal mass or fluid collection is identified in the surrounding soft tissues.
3. High signal intensity seen in the central portion of the imaged distal femoral shaft, presumably secondary to previous surgery.
4. Mild tendinopathy/tendinitis in the patellar tendon.

Thank you for referring JOHNSON, RICHARD to High Field and Open MRI.
If you have any questions or would like to speak to one of our Radiologists regarding this exam, please call (502) 429-6500.

Dictated by: Beth DuBose, MD
Signed: Jul 18 2018 2:50PM
**RAD LOC 2**

*This report is preliminary unless signed by a physician.*


· MRI ·


· CT·

**Lincoln/R. Johnson 0690**

Labs/Diagnostics - 07/04/2018

(FRI)AUG  3 2018 10:00/ST. 9:56/No.6854817085 P 23

Baptist Health RBS_E 07/04/2018 16:01:24  PAGE   2/002   Fax Server



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Hadisonville | Paducah | Richmond

**PATIENT: Johnson,Richard L**

**PROVIDER: George
Jeffrey Popham, MD**

**DOB:          62 yrs,  Male
MRN: 8910550396  CSN: 91044493609**

**LOCATION:
BAPTIST HEALTH LA GRANGE LABORATORY**

---

**H & H** (Final result)

| | Value | Range |
|---|---|---|
| Hemoglobin | 18.4  (H) | 14.0 - 18.0  g/dL |
| Hematocrit | 55.3  (H) | 42.0 - 52.0  % |
| Resulting Lab: BH LAG LAB | | |

| ID: | 18G-185H0024 | Collected: | 7/4/2018 1445 |
|---|---|---|---|
| Verified On: | 7/4/2018 1456 | Received: | 7/4/2018 1445 |

**Legend**

**H** - High

**Resulting Labs**

| BH LAG LAB | BAPTIST HEALTH LA GRANGE LABORATORY,<br>1025 New Moody Lane, LaGrange KY 40031<br>Director: Douglas M Ackermann, MD | 502-222-3094 |
|---|---|---|

*****END OF REPORT*****

*Page: 1 of 1*                                              *Printed: 7/4/2018 4:00 PM*

**Lincoln/R. Johnson 0691**

Labs/Diagnostics - 07/04/2018

Baptist Health RBS_E 07/05/2018 08:01:30  PAGE  2/002  Fax Server
TO:George Jeffrey Popham, MD  COMPANY:



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

PATIENT: Johnson,Richard L

PROVIDER: George
Jeffrey Popham, MD

DOB:        62 yrs,  Male
MRN: 8910550396  CSN: 91044493609

LOCATION:
BAPTIST HEALTH LA GRANGE LABORATORY

Testosterone  (Final result)

| | Value | Range |
|---|---|---|
| Testosterone, Total | 1,333.00  (H) | 193.00 -  ng/dL 740.00 |
| Resulting Lab: BH LOU LAB | | |

| ID: | 18V-185C0460 | Collected: | 7/4/2018 1445 |
|---|---|---|---|
| Verified On: | 7/4/2018 1850 | Received: | 7/4/2018 1445 |

Legend

H - High

Resulting Labs

| BH LOU LAB | BAPTIST HEALTH LOUISVILLE LABORATORY, 4000 Kresge Way, Louisville KY 40207 Director: Timothy D Jones, MD | 502-897-8231 |
|---|---|---|

*****END OF REPORT*****

Page: 1 of 1

Printed: 7/5/2018 8:00 AM

**Lincoln/R. Johnson 0692**

Labs/Diagnostics - 07/04/2018                    (FRI)AUG  3 2018 10:01/ST. 9:56/No.6854817085 P 25

Baptist Health RBS_N 07/08/2018 08:01:18  PAGE  2/003  Fax Server



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

**PATIENT:** Johnson,Richard L

**PROVIDER:** George
Jeffrey Popham, MD

**DOB:**       62 yrs,  Male
MRN: 8910550396  CSN: 91044493609

**LOCATION:**
BAPTIST HEALTH LA GRANGE LABORATORY

---

**Testosterone, Free, Total**  (Final result)

| | Value | Range |
|---|---|---|
| **Testosterone, Total** | 1450  (H) | 264 - 916  ng/dL |
| Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102:1161-1173. PMID: 28324103. | | |
| **Testosterone, Free** | 33.7  (H) | 6.6 - 18.1  pg/mL |
| Resulting Lab: LABCORP | | |

Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH  430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300
Performed at: 02 - LabCorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: William F Hancock MD, Phone: 8007624344

| ID: | 18L-185R0035 | Collected: | 7/4/2018 1445 |
|---|---|---|---|
| Verified On: | 7/7/2018 1807 | Received: | 7/4/2018 1445 |

**Estrogens, Total**  (Final result)

| | Value | Range |
|---|---|---|
| **Estrogen** | 70 | 40 - 115  pg/mL |
| Resulting Lab: LABCORP | | |

Comments:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: William F Hancock MD, Phone: 8007624344

| ID: | 18L-185R0035 | Collected: | 7/4/2018 1445 |
|---|---|---|---|
| Verified On: | 7/8/2018 0335 | Received: | 7/4/2018 1445 |

**Legend**

**H** - High

*Page: 1 of 2*                                           *Printed: 7/8/2018 8:00 AM*

**Lincoln/R. Johnson 0693**

Labs/Diagnostics - 07/04/2018                                    (FRI)AUG  3 2018 10:01/ST. 9:56/No.6854817085 P 26

Baptist Health RBS_N 07/08/2018 08:01:18  PAGE   3/003   Fax Server

**PATIENT:** Johnson,Richard L
**MRN:** 8910550396  **CSN:** 91044493609

**Resulting Labs**

LABCORP                          LABCORP LAB, 6370 Wilcox Road, Dublin OH 43016                          800-282-7300
                                 Director: Dr. Trainor, Lance D MD

*****END OF REPORT*****

**Lincoln/R. Johnson 0694**

Labs/Diagnostics - 06/13/2018                    (FRI)AUG  3 2018 10:00/ST. 9:56/No.6854817085 P 21

JOHNSON, RICHARD  1



## HIGH FIELD & OPEN MRI

*The Leader in Advanced Patient-Friendly Imaging*

OPEN MRI, LLC | Ph: (502)-429-6500 | FAX: (502)-429-0770

7807 Shelbyville Road, Louisville, KY 40222        5227 Dixie Highway, Louisville, KY 40216

**Patient Name:** JOHNSON, RICHARD
**Patient No:** 216769        **DOB:**
**DATE OF EXAM:** 06/13/2018        **Accession #:** 633726
**Exam:** Cervical Spine MRI
**Referring Physician:** Petrucci, Lee  D.C.
**Interpreting Rad:**    Elias, George  M.D

## EXAM TYPE: MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**CLINICAL INDICATION:** A 62-year-old male with neck pain and radiculopathy. Left upper extremity radiculopathy.

**TECHNIQUE:** Multiplanar, multi-weighted sequences were obtained.

**FINDINGS:** The C1 through T3 vertebral bodies are identified.

There is normal alignment of the cervical spine. There are remote compression fractures with anterior wedging involving the C7, T1, and T3 vertebral bodies. There is approximately 10-15% loss of height of the C7 and T1 vertebra as well as approximately 20% loss of height of the T3 vertebra.

There is diffuse disc desiccation with mild diffuse endplate degenerative changes.

C2-C3: There is a 1-2 mm midline disc bulge.

C3-C4: There is a 1-2 mm midline disc bulge. There is a posterior annular tear.

C4-C5: There is a 1-2 mm midline disc bulge with a posterior annular tear. There is mild facet arthropathy.

C5-C6: There is a 3-mm broad midline disc protrusion resulting in flattening of the thecal sac with a mild degree of central canal stenosis. There is a 3-mm right foraminal disc osteophyte complex resulting in mild-to-moderate effacement of the exiting right cervical nerve root with mild-to-moderate stenosis of the right neural foramina.

C6-C7: There is a 3-mm midline disc protrusion resulting in flattening of the thecal sac with a mild degree of central canal narrowing. There is a 4-mm left foraminal disc protrusion resulting in moderate effacement of the

**Lincoln/R. Johnson 0695**

(FRI)AUG  3 2018 10:00/ST. 9:56/No.6854817085 P 22

JOHNSON, RICHARD 2 / :

exiting left cervical nerve root with moderate left neural foraminal stenosis. There is a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root with moderate stenosis of the right neural foramina.

C7-T1: 1-2 mm midline disc bulge.

There is some mucous membrane thickening of the maxillary sinuses.

**IMPRESSION:**
1.   At C6-C7, there is a 3-mm midline disc protrusion resulting in flattening of the thecal sac with a mild degree of central canal stenosis. There is also a 4-mm left foraminal disc protrusion resulting in moderate effacement of the exiting left cervical nerve root with moderate left neural foraminal stenosis. There is also a 3-mm right foraminal disc osteophyte complex with moderate effacement of the exiting right cervical nerve root.
2.   At C5-C6, there is a 3-mm midline disc protrusion resulting in flattening of the thecal sac with mild central canal stenosis. There is also a 3-mm right foraminal disc osteophyte complex resulting in moderate effacement of the exiting right cervical nerve root.
3.   At C3-C4 and C4-C5, there are 1-2 mm midline disc bulges with posterior annular tears noted.
4.   Remote compression fractures of the C7, T1, and T3 vertebra.

Thank you for referring JOHNSON, RICHARD to High Field and Open MRI.
If you have any questions or would like to speak to one of our Radiologists regarding this exam, please call (502) 429-6500.

Dictated by: George Elias, MD
Signed: Jun 14 2018 12:23PM
**RAD LOC 160**

*This report is preliminary unless signed by a physician.*

**Lincoln/R. Johnson 0696**

**Other Records**                          (FRI)AUG  3 2018  9:57/ST.  9:56/No.6854817085 P  1

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR. M.D.
R. JOHN ELLIS, JR. M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C



**ELLIS &**
**BADENHAUSEN**
ORTHOPAEDICS, PSC

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

FAX TO: 502-736-0070

# FACSIMILE TRANSMITTAL

DATE: 8/03/18                                    TIME: _____ AM PM

TO: Christian Santos
Liberty / LTD Benefits

FAX #: 213.884.4921

FROM: Kasi Ext 2344

PAGES: _____ 28 _____ (including cover)

MESSAGE: Richard Johnson

_____

_____

_____

_____

> If this document is received by the wrong party, please contact Ellis & Badenhausen,
> P.S.C. at 502-587-1236 (phone) or 502-587-0126 (fax).

* NOTE: This report is confidential. The information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations prohibit you from making further disclosure of this information unless further disclosure is expressly permitted in the patient's written consent or as otherwise permitted by 43CFR Part 2. A general authorization for the release of medical information is not sufficient for this purpose.

ELLIS & BADENHAUSEN ORTHOPAEDICS
13151 MAGISTERIAL DR, STE 200
LOUISVILLE, KENTUCKY 40223
TELEPHONE: 502-587-1236
FAX: 502-587-0126

SOUTHEND OFFICE
5120 DIXIE HIGHWAY, SUITE 103
LOUISVILLE, KENTUCKY 40215
TELEPHONE: 502-449-0449
FAX: 502-449-3277

**Lincoln/R. Johnson 0697**

Request Corr.                                                   (FRI)AUG  3 2018  9:57/ST. 9:56/No.6854817085 P  2

From WFI Incorporated 1.626.628.9628 Thu Jul 12 16:34:44 2018 MDT Page 1 of 1


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 12, 2018

ELLIS & BADENHAUSEN ORTHOPEDICS
13151 Magisterial Drive #260
ATTN: MEDICAL RECORDS
Louisville, KY  40223

**Re: Disability Benefits**
Claim# 7521853        4281547
Claimant: JOHNSON, RICHARD
Claimant DOB:

*5L15850 E*

## REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On **Jun 28 2018**we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at:  (213) 884-4921

☐ I am FAXING records to:  (213) 884-4921

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Christian Jay Santos

Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921

**Lincoln/R. Johnson 0698**

# Quality Assurance Report

## Request Information

Report Date:     August 5, 2018

RP ID: **4281547**

Patient Name:   JOHNSON, RICHARD

Provider Name: ELLIS & BADENHAUSEN ORTHOPEDICS

## Quality Assurance Information

Scope Requested: **From January 1, 2018 to Present**

Special Request:

　　Physical therapy notes only - Seen By: ELLIS &
　　BADENHAUSEN ORTHOPEDICS

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  QENGA

**Lincoln/R. Johnson 0699**

## Billing Statement:

**ReleasePoint**

**Invoice Date: 07/09/2018**          **Invoice #: 708343**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Jun 1 2018 and Jun 30 2018**

**LIBMT6**                                                         **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4157190<br>7521853 | JOHNSON, RICHARD<br>ELLIS & BADENHAUSEN ORTHOP. | Complete | 06/05/18<br>L Turner | 8.00 | 0.00 | 0.00 | 0.00<br>40 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **8.00**

**Tax ID: 95-2843455**

**Lincoln/R. Johnson 0700**

**ReleasePoint**

**Medical Record Overview**

⊛ ReleasePoint

Date:     July 10, 2018

Patient Name:     JOHNSON, RICHARD

Records From:     Lagrange Chiropractic                                        RP ID: 4281531

                  ,                                                            Client ID: 7521853
                  (502) 225-3816
                                                                              Source: LIBMT6
Request Scope:     From January 1, 2018 to Present
                                                                              Req By:  L Turner
Chart Range:      05/29/2018 - 06/14/2018


                                                                              SSN:

|  |  |  |  | Starts on |
| Classification | From | To | Total | Page |
| --- | --- | --- | --- | --- |
| Progress Notes | May 29 2018 | Jun 14 2018 | 9 | 2 |
| Request Corr. |  |  | 1 | 11 |

                                        **Total Page Count:**        10

Lincoln/R. Johnson 0701

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|---|---|---|---|---|
| Ins Co | | Pol # | | Insured |

**Date**    06/14/2018

**Provider**    Lido Petrucci DC

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 7 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at left C5, C7, left T2 and left T3.
Palpation of the muscles revealed severe spasm in the following areas; left cervical dorsal and left mid thoracic.
**Myofascial Dry- Needling-** Myofascial trigger points revealed in the  by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

Richard is following his wellness plan and showing an increase in overall health and well-being.

### Plan:

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation and dry needling in accordance with the treatment plan.

**Diagnosis**    Z00.8: Wellness Exam

**Lincoln/R. Johnson 0702**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|---|---|---|---|
| Ins Co | | Pol # | Insured |
| Date | 06/14/2018 | | |
| Provider | Lido Petrucci DC | | *** continued from previous page *** |

Electronically Signed _____

Lido Petrucci DC 06/14/2018 06:21 PM

Lincoln/R. Johnson 0703

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|---|---|---|---|
| Ins Co | | Pol # | Insured |

| Date | 06/06/2018 |
|---|---|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of constant (75%-100%) sharp and shooting discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with rest and chiropractic care.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at left C5, C7, left T2 and left T3.
Palpation of the muscles revealed severe spasm in the following areas; left cervical dorsal and left mid thoracic.
**Myofascial Dry- Needling-** Myofascial trigger points revealed in the  by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

Richard is following his wellness plan and showing an increase in overall health and well-being.

### Plan:

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation and dry needling in accordance with the treatment plan.

**Diagnosis**    Z00.8: Wellness Exam

**Lincoln/R. Johnson 0704**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|---|---|---|---|
| Ins Co | | Pol # | **Insured** |

**Date    06/06/2018**

Provider   Lido Petrucci DC                                    *** *continued from previous page* ***

Electronically Signed _Lido L Petrucci DC_

Lido Petrucci DC 06/06/2018 11:08 AM

---

**Lincoln/R. Johnson 0705**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | | |
|----------|------------------|------|--|--|
| Ins Co | | Pol # | | Insured |

| Date | 06/04/2018 |
|------|------------|
| Provider | Lido Petrucci DC |

### Subjective:

Richard sought treatment today, complaining of frequent (50%-75%) sharp discomfort in the upper back. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with movement.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at left C5, C7, left T2 and left T3.
Palpation of the muscles revealed severe spasm in the following areas; left cervical dorsal and left mid thoracic.
**Myofascial Dry- Needling-** Myofascial trigger points revealed in the  by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

Richard is following his wellness plan and showing an increase in overall health and well-being.

### Plan:

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation and dry needling in accordance with the treatment plan.

**Diagnosis**    Z00.8: Wellness Exam

**Lincoln/R. Johnson 0706**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|----------|------------------|------|--|
| Ins Co | | Pol # | Insured |

| Date | 06/04/2018 |
|------|------------|

| Provider | Lido Petrucci DC | *** continued from previous page *** |

Electronically Signed _____

Lido Petrucci DC 06/04/2018 05:44 PM

Lincoln/R. Johnson 0707

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | |
|---|---|---|
| Patient:   Johnson, Richard | DOB: | |
| Ins Co | Pol # | Insured |

Date    05/31/2018
Provider   Lido Petrucci DC

### Subjective:

Today Richard stated that overall the cervical, upper thoracic, left mid thoracic and left cervical dorsal complaint felt worse since the last visit.

### Objective:
An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at left C5, C7, left T2 and left T3.
Palpation of the muscles revealed severe spasm in the following areas; left cervical dorsal and left mid thoracic.
**Myofascial Dry- Needling-** Myofascial trigger points revealed in the  by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:
Richard is following his wellness plan and showing an increase in overall health and well-being.

### Plan:
Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation and dry needling in accordance with the treatment plan.

**Diagnosis**    Z00.8: Wellness Exam

Electronically Signed _Lido L. Petrucci DC_

Lido Petrucci DC 05/31/2018 01:28 PM

**Lincoln/R. Johnson 0708**

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| | | | |
|---|---|---|---|
| Patient:  Johnson, Richard | DOB: | | |
| Ins Co | Pol # | | Insured |

| | |
|---|---|
| Date    05/29/2018 | |
| Provider   Lido Petrucci DC | |

### Subjective:

Today Richard stated that overall the cervical, upper thoracic, left mid thoracic and left cervical dorsal complaint felt worse since the last visit.

### Objective:

An objective daily evaluation was performed today to determine Richard's status.

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at left C5, C7, left T2 and left T3.

Palpation of the muscles revealed severe spasm in the following areas; left cervical dorsal and left mid thoracic.

**Myofascial Dry- Needling-** Myofascial trigger points revealed in the  by dry needle technique with noted needle fibrillation, local twitch response, reproduction of systems including but not limited to achiness, burning and electricity. Noted are typical tissue morphology characteristics of abnormal density, palpable margins. contracted/fibrotic muscle and fascial tissue with resistance to penetration. These characteristics reflect abnormal tissue function, innervation and nervous system communication.

### Assessment:

Richard is following his wellness plan and showing an increase in overall health and well-being.

### Plan:

Palliative care was provided to Mr. Johnson in order to provide relief for the current discomfort that he is experiencing.  The treatments provided were: 1-2 region manipulation and dry needling in accordance with the treatment plan.

| | |
|---|---|
| **Diagnosis** | M99.01: Seg and somatic dysf of cervical reg |
| | M99.02: Seg and somatic dysf of thoracic reg |
| | M62.830: Muscle spasm of back |
| | M54.6: Pain in thoracic spine |

Lincoln/R. Johnson 0709

## Chart Notes

**Richard Johnson**

Phone: (502) 222-0000
Fax: (502) 222-3488

| Patient: | Johnson, Richard | DOB: | |
|---|---|---|---|
| Ins Co | | Pol # | Insured |

**Date**    05/29/2018

**Provider**   Lido Petrucci DC                                    *** continued from previous page ***

Electronically Signed _Lido L Petrucci DC_

Lido Petrucci DC 05/29/2018 02:51 PM

---

**Lincoln/R. Johnson 0710**

# FAX

**FROM**

**TO**

Lido Petrucci
LaGrange Chiropractic
301 S 1st Street
LaGrange
KY 40031

Medical Records For Mr Johnson.
Liberty Mutual

**Phone**       (502) 222-3488
**Fax Number** (502) 222-3488

**Phone**
**Fax Number** +12138844921

**DATE** 07/09/2018

**NOTE**

This is a confidential and privileged communication. If you are not the intended recipient, please delete this fax
immediately (including all attachments and copies) and notify us of the error. Thank you.

**Lincoln/R. Johnson 0711**



# Quality Assurance Report

**Request Information**

Report Date:   July 10, 2018          **RP ID:**   4281531

Patient Name:   JOHNSON, RICHARD

Provider Name:   LANGRANGE CHIROPRACTIC

**Quality Assurance Information**

Special Request:    Seen by LANGRANGE CHIROPRACTIC

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By:   MGALV

From January 1, 2018 to Present

Lincoln/R. Johnson 0712

3K157180133

 **Liberty Mutual. INSURANCE**

| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7207 |
| London, KY 40742-7207 |
| Phone No.: (800) 291-0112 |
| Secure Fax No.: (603) 430-5923 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  *Richard Johnson*

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  *Richard Johnson*

Date of Birth: __  _____  Claim Number: __7521853__  Date: *5-31-18*

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2016

**Lincoln/R. Johnson 0713**

**ReleasePoint**

**Medical Record Overview**

Date:     June 5, 2018

Patient Name:     JOHNSON, RICHARD

Records From:     POPHAM, DR                         **RP ID:** 4157190
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY  40223               **Client ID:** 7521853
(502) 587-1236
**Source:** LIBMT6
Request Scope:     From December 1, 2017 to Present
**Req By:** L Turner
Chart Range:     01/08/2018 - 05/15/2018

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 8 2018 | May 15 2018 | 30 | 2 |
| Labs/Diagnostics | Mar 5 2018 | Apr 5 2018 | 7 | 32 |
| Request Corr. | | | 3 | 39 |
| **Total Page Count:** | | | 40 | |

**Lincoln/R. Johnson 0714**

Progress Notes - 05/15/2018

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | Richard L Johnson |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | 05/15/2018 |
| **Account #:** | **545850** |
| **Attending Provider:** | G J. Popham MD |
| **Primary Provider:** | Moore, Thomas MD |
| **Referring Provider:** | G Jeffrey Popham MD |

**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Lab follow-up visit.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson returns today to follow-up on his lab work. He rates his left knee pain at a six out of ten. He comes in today to discuss his results. States he was in physical therapy. They did Graston and dry needling at the same time for three sessions. States after this was done, he had so much pain he could not even sleep.

**Current Medication**
- **Depo-Testosterone 200MG/ML Intramuscular Solution .45 CC IM injection twice weekly, 30 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis
**Surgical:**

**Lincoln/R. Johnson 0715**

Progress Notes - 05/15/2018

**Patient Name: Richard L Johnson**                          **Date: 05/15/2018**

- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight
  change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee exam shows 3-93 degrees of flexion. No effusion. Calf atrophied compared to the right.
No swelling or warmth. Tenderness over posterolateral knee. Tender at about 2 cm below joint line
at the medial edge of the lateral head of the gastrocnemius.

Testosterone lab results:
606.3 ng/dL (Range: 193-174 ng/dL)

**Assessment**
Residual pain in the left knee; unknown origin.
Hypogonadism.

**Treatment**
PROCEDURE: After thorough review of the risks, benefits, and allergies the patient wished to
proceed. Patient's left posterior knee was sterilely prepped with alcohol. It was injected with 2%
plain lidocaine. The syringe with local anesthetic was removed and replaced with a syringe
containing a corticosteroid solution of 1cc of Depo-Medrol (40mg/mL vial) which was injected in the

**Lincoln/R. Johnson 0716**

**Progress Notes - 05/15/2018**

**Patient Name: Richard L Johnson**                                          **Date: 05/15/2018**

posterior knee. Patient tolerated the procedure well. There were no complications. No immediate adverse reactions were noted. Post injection precautions were reviewed.

### Plan

Overall, Richard is feeling better and has more energy. However, his knee pain has persisted. Plan with Richard will have him continue taking .45cc depo-testosterone twice a week. He will continue to do this Mondays and Thursdays. We will repeat his labs in 3-4 weeks and gave him an order for this today. In regard to his knee, injected area of maximal tenderness at posterior knee with cortisone. Patient tolerated this well. We are still keeping him off work due to posterior knee pain. I will see him back in 2 months to see how cortisone injection does.

EASTPOINT

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 05/21/2018 14:20**

Progress Notes - 04/19/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**          **Richard L Johnson**
**Date of Birth:**                     **62 year**
**Account #**          **545850**

**Visit Date:**        **04/19/2018**
**Provider:**          **Krista Shake, PT, MTC**

------------------------------------------------------------------------

# PHYSICAL THERAPY

### Subjective
Patient is feeling sore and pain 6/10. He states his pain is so much worse when he is not coming.

### Objective
See flowsheet- exercises as previously taught. Continued with iliopsoas and hamstring stretches manually. Also continued SLR on the left. Added leg press at 120#. Total treatment with therapeutic exercise 15 minutes.

Palpable mass that presented near the left soleus and popliteus
AROM left knee 2-107
Hip flexion strength L 4/5, hip abduction 4/5

Manual technique: Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors. Graston and dry needling performed to improve circulation, promote healing, and improve extensibility. Manual iliopsoas and hamstring stretches on left 2x 60 seconds. Total 30 minutes.

Dry needling: Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris. Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given.

### Assessment
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Patient tolerated advancing exercises well. Continues with lateral mass around the popliteus. Added dry needling back into session which he presented to have good response. Slight loss of ROM since last visit. Discussed patient continuing stretches at home.

### Plan
Continue PT 1-2 x week / x8 weeks. Dry needle with Meghan and graston with myself.

**Krista Shake, PT, MTC**
Electronically signed by: Krista Shake, PT    Date: 04/19/2018 09:44

**Lincoln/R. Johnson 0718**

**Progress Notes - 04/16/2018**

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**        **Richard L Johnson**
**Date of Birth:**              **62 year**
**Account #**       **545850**

**Visit Date:**     **04/16/2018**
**Provider:**       **Krista Shake, PT, MTC**

----------------------------------------------------------------------------------

# PHYSICAL THERAPY

### Subjective
Patient states he was really sore and bruised after last visit, but he thinks it feels much better.  He is afraid the only way he will have improvement is ongoing PT.  He is willing to work for the POC and see if the outcome will be long term and beneficial.

### Objective
See flowsheet- exercises as previously taught.

Palpable mass that presented near the left soleus and popliteus
AROM left knee 2-115
Hip flexion strength L 4/5, hip abduction 4/5

Manual technique:  Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors.   Graston performed to improve circulation, promote healing, and improve extensibility. Manual iliopsoas and hamstring stretches on left 2x 60 seconds.  Total 30 minutes.

### Assessment
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation.  Patient with mild soreness to the quad with graston today.  Exercises were tolerated well and he has been performing regularly at home.

### Plan
Continue PT 1-2 x week / x8 weeks. Dry needle with Meghan and graston with myself.

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT    Date: 04/16/2018 16:21

**Lincoln/R. Johnson 0719**

Progress Notes - 04/11/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**        **Richard L Johnson**
**Date of Birth:**                        **62 year**
**Account #**        **545850**

**Visit Date:**        **04/11/2018**
**Provider:**        **Krista Shake, PT, MTC**

----------------------------------------------------------------------------

# PHYSICAL THERAPY

### Subjective
Patient perceives 10% improvement.  Pain 5/10 at worst.  He does report having improved ROM that is noticed when he is don/doffing his shoes and socks.  Patient reports having difficulty stepping over objects.

### Objective
See flowsheet- exercises as previously taught.

Palpable mass that presented near the left soleus and popliteus
AROM left knee 2-115
Oxford 69%
SLR lag 5
Hip flexion strength L 4/5, hip abduction 4/5

Manual technique:  Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors.  Performed after dry needling.  Graston performed to improve circulation, promote healing, and improve extensibility.  Manual iliopsoas and hamstring stretches on left 2x 60 seconds.  Total 20 minutes.

STG progressing 1-2-3-4, met 5, progressing 6.
no LTG

### Assessment
Patient seen for reevaluation visit for L knee ankylosis with previous TKA and manipulation.  Patient has not been in therapy for over a month and has had regression.  During the time off, he reports his pain has slowly worsened and he feels more stiff.  He has not been consistent with his exercises.  He sought the advice of Dr. Popham and was referred back to physical therapy to calm the area, improve ROM, and advance strength.  His ROM was slightly more stiff and strength had decreased in the quads.  Recommend resuming PT for strengthening, ROM, dry needling, and manual technique.

### Plan
Continue PT 1-2 x week / x8 weeks.

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT    Date: 04/11/2018 11:18

P029/040        Jun  4 2018 09:43am        Fax:5027360076        Ellis & Badenhausen

**Lincoln/R. Johnson 0720**

**Progress Notes - 04/10/2018**

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

## ELLIS & BADENHAUSEN
## ORTHOPAEDICS, P.S.C.

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | Richard L Johnson |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | 04/10/2018 |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | **G Jeffrey Popham MD** |

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Labs followup.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Patient comes in today to review his lab results. Patient rates the pain in his left knee as a 6 out of 10. He comes in today to review his lab results.

**Current Medication**
- **Amox/Clavulanate ( Augmentin ) Uknown Oral Tablet  10 days, 0 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis
**Surgical:**

Lincoln/R. Johnson 0721

Progress Notes - 04/10/2018

**Patient Name: Richard L Johnson**                                           Date: 04/10/2018

- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
    - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
    - Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.  Sleep disturbances.
**Skin:** No skin symptoms.

**Physical Findings**
Left knee exam shows 3-95 degrees of flexion. No effusion. Calf atrophied compared to the right. No swelling or warmth. Tenderness over posterolateral knee.

**Assessment**
Residual pain unknown origin.
Hypogonadism.

**Plan**
Overall, Richard is feeling better and has more energy. His knee pain is the same and maybe worse but otherwise, he is feeling better. Richard's testosterone levels have significantly increased and we need to decrease dosage. Plan with Richard will have him take .45cc depo-testosterone twice a week starting next Thursday. He will do these Mondays and Thursdays. He will get back in physical therapy. We will repeat his labs in 3-4 weeks and gave him an order for this today. I will see him back in 3-4 weeks.

EASTPOINT

**Lincoln/R. Johnson 0722**

**Progress Notes - 04/10/2018**

Patient Name: Richard L Johnson                                    Date: 04/10/2018

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 04/12/2018 11:29**

Ellis & Badenhausen    Fax:5027360076    Jun  4 2018 09:43am    P028/040

**Lincoln/R. Johnson 0723**

Progress Notes - 03/12/2018

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | Richard L Johnson |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | 03/12/2018 |
| **Account #:** | 545850 |
| **Attending Provider:** | G J. Popham MD |
| **Primary Provider:** | Moore, Thomas MD |
| **Referring Provider:** | None None |

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee followup visit.

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson is here today for a left knee followup visit. Patient reports that his knee pain is a 6 out of 10 today. He states that there have been no changes in his knee symptoms. Patient presents today to go over his lab results.

**Current Medication**
- **Amox/Clavulanate ( Augmentin ) Uknown Oral Tablet  10 days, 0 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis

**Lincoln/R. Johnson 0724**

**Progress Notes - 03/12/2018**

**Patient Name: Richard L Johnson**                                    Date: 03/12/2018

**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Examination of the left knee reveals no effusion, 3-95 degrees of motion, he has some calf tenderness, calf atrophy on the left when compared to the right, no swelling or warmth about the knee, incision is well healed. He has normal sensation to light touch distally. He is tender at the posterior lateral knee.

**Tests**
Lab work was reviewed with the patient today which showed:
Normal PSA
Normal hematocrit
Very low testosterone, free testosterone- Testosterone serum 166 ng/dL; Testosterone, Free, 2.6pg/mL

**Assessment**
Residual pain unknown origin.
Hypogonadism.

**Lincoln/R. Johnson 0725**

Progress Notes - 03/12/2018

**Patient Name: Richard L Johnson**                                          Date: **03/12/2018**

**Plan**
I discussed treatment options with the patient today which included increasing his testosterone with injections. He would like to proceed. I wrote a prescription for depo-testosterone today. He will go from taking 1mL bi-weekly, to taking .6cc twice a week. I want to repeat his labs in 3-4 weeks. I gave him an order for this today. I will see him back after the labs have been completed.

EASTPOINT

Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 03/13/2018 09:34**

**Lincoln/R. Johnson 0726**

Progress Notes - 03/07/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:** **Richard L Johnson**
**Date of Birth:** **62 year**
**Account #** **545850**

**Visit Date:** **03/07/2018**
**Provider:** **Krista Shake, PT, MTC**

-----------------------------------------------------------------------------------------

## PHYSICAL THERAPY

### Subjective
Patient presents frustrated today. He reports that the doctor stated this pain may be his norm unless he would like to consider other interventions. He stated the doctor wanted him to continue PT if he felt he got any relief from it. Pain 5-6/10 and he states he had a little more pain after last visit from the graston. Overall he thinks PT is helping and would like to give it another month.

### Objective
See flowsheet- exercises as previously taught.

AROM left knee 1-115
Oxford 60% disability to knee
Hip flexion strength L 5/5, hip abduction 4/5

Manual technique: Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors. 15 minutes. Performed before dry needling. Graston performed to improve circulation, promote healing, and improve extensibility. Manual iliopsoas and hamstring stretches on left 2x 60 seconds.

Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given. Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris. 15 minutes total.

### Assessment
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Patient continues to have restrictions noted to popliteus, hamstring, and quadriceps noted in both graston and dry needling. Patient performing HEP at home for strengthening and some stretching. Continuing with manual techniques in PT to maximize his visits. Oxford disability has dropped 17% disability which is a significant change since 1/17/18. Slight improvement with knee flexion in today's visit.

### Plan
Continue PT 1-2 x week / x4 weeks.

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT    Date: 03/07/2018 10:19

**Progress Notes - 03/05/2018**

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **03/05/2018** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left total knee replacement yearly followup visit.

**History of Present Illness**
Patient is now over a year from his left total knee replacement that was done 01/31/17. He states he continues to have pain everyday and has limited motion. He states his pain is at the top of knee on both sides and calf of the left knee. He states he continues to go to therapy, downstairs but his limited ROM makes it hard to get shoes on and for driving. He takes Mobic and extra strength Tylenol PRN. His pain level today is 5-6. Patient has a long history of hypogonadism. He has been evaluated medically in the past, and found to not have any issues other than lack of testosterone by the testes. He denies prostate problems.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet 3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**

**Lincoln/R. Johnson 0728**

Progress Notes - 03/05/2018

**Patient Name: Richard L Johnson**                                    Date: 03/05/2018

Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
    - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
    - Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Feeling poorly (malaise) Fatigue.  No fever, no chills, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms Patient has pain in the left knee. He has plantar fasciitis in the left foot.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
Hx of kidney stones.

**Physical Findings**
- **Vitals taken 03/05/2018 09:10 am**

| | |
|---|---|
| **BP-Sitting L** | 118/64 mmHg |
| **BP Cuff Size** | Regular |
| **Pulse Rate-Sitting** | 72 bpm |
| **Height** | 72 in |
| **Weight** | 216 lbs |
| **Body Mass Index** | 29.3 kg/m2 |
| **Body Surface Area** | 2.20 m2 |
| **Pain Level** | 5 |

Examination of the left knee reveals no effusion, 3-95 degrees of motion, he has some calf tenderness, calf atrophy on the left when compared to the right, no swelling or warmth about the knee, incision is well healed. He has normal sensation to light touch distally. He is tender at the

**Lincoln/R. Johnson 0729**

Progress Notes - 03/05/2018

**Patient Name: Richard L Johnson**                                    **Date: 03/05/2018**

posterior lateral knee.

### Radiographs
AP view x-rays of both knees while standing were performed 73565.
Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views of the left knee were obtained today in the
office. These show no radiolucencies around the implant, good alignment of the implant.

### Assessment
Residual pain unknown origin.
Hypogonadism.

### Plan
I discussed treatment options with the patient on exam today. We discussed his decreased
testosterone level. I wrote a lab order for him to have done before he takes his testosterone
injection today. He will continue physical therapy and work on the hamstring tendons and the calf
tenderness. If he continues to have pain, he can consider a PRP injection. If those things still do
not help, we can discuss arthroscopic intervention or a possible poly exchange. I will see him back
in 1 week to discuss possible testosterone treatment.

EASTPOINT


Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 03/08/2018 11:55**

**Lincoln/R. Johnson 0730**

**Progress Notes - 02/28/2018**

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**        **Richard L Johnson**
**Date of Birth:**                        **62 year**
**Account #**        **545850**

**Visit Date:**        **02/28/2018**
**Provider:**        **Krista Shake, PT, MTC**

---

# PHYSICAL THERAPY

**Subjective**
Patient reports he thinks the manual techniques and dry needling are helping.  Pain is still 5/10, but he is able to sleep with less pain.

**Objective**
See flowsheet- exercises as previously taught.

AROM left knee 1-113
Oxford (will complete next visit).
Hip flexion strength L 5/5, hip abduction 4/5

Ultrasound to posterior lateral (proximal fibula) area of the posterior knee for 8 minutes at 1 MHz at 1.2W/cm2. Ultrasound was used for the purpose of heating the surrounding tissue, increasing metabolic activity and blood flow, increase collagen extensibility, as well as producing an analgesic effect.

Manual technique:  Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors.  15 minutes.  Performed before dry needling.  Graston performed to improve circulation, promote healing, and improve extensibility.  Manual iliopsoas and hamstring stretches on left 2x 60 seconds.

Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given. Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris.  15 minutes total.

**Assessment**
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Patient progressing slowly, but is improving.  He is independent with HEP.  Continues to have mild petechiae noted to the medial hamstrings and lateral hamstring near insertion points.  Recommend ongoing PT for symptomatic improvement, allowing improved strengthening and ROM.

**Plan**
Continue PT 1-2 x week / x4 weeks.

**Lincoln/R. Johnson 0731**

Progress Notes - 02/28/2018

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT     Date: 02/28/2018 10:21

**Lincoln/R. Johnson 0732**

Progress Notes - 02/21/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**          Richard L Johnson
**Date of Birth:**                     62 year
**Account #**         545850

**Visit Date:**       02/21/2018
**Provider:**         Krista Shake, PT, MTC

---------------------------------------------------------------------------------

# PHYSICAL THERAPY

**Subjective**
Patient perceives 10% improvement.  Pain 5/10 at worst.  He does report having improved ROM that is noticed when he is don/doffing his shoes and socks.  Patient reports having difficulty stepping over objects.

**Objective**
See flowsheet- exercises as previously taught.  Stepping over hurdles.

Palpable mass that presented near the left soleus nearly absent with palpation.
AROM left knee 1-113
Oxford (will complete next visit).
SLR lag 5
Hip flexion strength L 5/5, hip abduction 4/5

Manual technique:  Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors.  15 minutes.  Performed after dry needling.  Graston performed to improve circulation, promote healing, and improve extensibility.  Manual iliopsoas and hamstring stretches on left 2x 60 seconds.

 Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given. Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris.  15 minutes total.

STG met 1, progressing 2-3-4, met 5, progressing 6.
no LTG

**Assessment**
Patient seen for reevaluation visit for L knee ankylosis with previous TKA and manipulation.Patient has had improvements with his ROM with use of the graston, dry needling, and stretches.  Reviewed stepping over hurdles to advance his functional deficits.  Recommend ongoing PT for improving his pain, ROM, and overall strength.  He is performing a strengthening exercises for his HEP.  Patient's progress is going slow, but MD wanted him to continue PT for dry needling and graston to calm the surrounding knee musculature.  His surgery was over a year ago and continues to have lingering impairments.  He has improved functionally.  Over sight to complete oxford knee, will perform next visit.

**Plan**
Continue PT 1-2 x week / x8 weeks.

**Lincoln/R. Johnson 0733**

Progress Notes - 02/21/2018

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT     Date: 02/21/2018 10:16

Ellis & Badenhausen     Fax:5027360076     Jun  4 2018 09:40am     P015/040

**Lincoln/R. Johnson 0734**

Progress Notes - 02/14/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**        **Richard L Johnson**
**Date of Birth:**                 **62 year**
**Account #**       **545850**

**Visit Date:**     **02/14/2018**
**Provider:**       **Krista Shake, PT, MTC**

---------------------------------------------------------------------------------

# PHYSICAL THERAPY

### Subjective
Patient states it has been feeling better, but the pain at worst 5/10. The pain in the middle part of the knee (pointing the pes anserine area) is much better. The pain seems to be in the back and on the outside of my lower leg. Overall the pain is a 5/10, but isn't as intense.

### Objective
See flowsheet- exercises as previously taught. Stretches

Palpable mass that presented near the left soleus nearly absent with palpation.

Reviewed the R8 roller for self massage at home 3-4 days per week for 10 minutes increments.

Ultrasound 1 MHz at 1.2W/cm2 to left lateral proximal posterior fibular area for 8 minutes. Ultrasound was used for the purpose of heating the surrounding tissue, increasing metabolic activity and blood flow, increase collagen extensibility, as well as producing an analgesic effect.

Manual technique: Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors. 15 minutes. Performed after dry needling. Graston performed to improve circulation, promote healing, and improve extensibility. Manual iliopsoas stretch 2x 60 seconds.

Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given. Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris. 15 minutes total.

### Assessment
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Patient with improvements with last treatment of graston, dry needling, and exercises. Patient with increased reactivity soleus and lateral quad with dry needling. Exercises focused mostly on stretches post manual techniques with increased extensibility throughout the tissue. Good results thus far.

### Plan
Continue PT 1-2 x week / x6 weeks.

Krista Shake, PT, MTC

P012/040        9:39am 2018 4 Jun        Fax:5027360076        Ellis & Badenhausen

**Lincoln/R. Johnson 0735**

**Progress Notes - 02/14/2018**

Electronically signed by: Krista Shake, PT    Date: 02/14/2018 10:44

P013/040        Jun  4 2018 09:39am        Fax:5027360076    Ellis & Badenhausen

**Lincoln/R. Johnson 0736**

Progress Notes - 02/07/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873


*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**          **Richard L Johnson**
**Date of Birth:**                    **62 year**
**Account #**         **545850**

**Visit Date:**       **02/07/2018**
**Provider:**         **Krista Shake, PT, MTC**

----------------------------------------------------------------------------

## PHYSICAL THERAPY

### Subjective
Patient reports pain across the back of the knee and the calf.  Pain 5/10.

### Objective
See flowsheet- exercises as previously taught.

Manual technique:  Graston to anterior and posterior knee left with focus on medial hamstring-gastroc-adductors.  12 minutes.  Performed after dry needling.  Graston performed to improve circulation, promote healing, and improve extensibility.  Manual iliopsoas stretch 2x 60 seconds.

Dry needling was performed by Meghan Reynolds, PT, DPT for treatment of neuromuscular dysfunction. Written and verbal consent was obtained from the patient and proper after care instructions were given. Muscles dry needled: vastus lateralis, intermedius, medialis, as well as rectus femoris, medial and lateral gastroc, medial hamstring, and biceps femoris.

### Assessment
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Patient responded well to today's treatment.  He was sore after the dry needling and graston, but reports he has excellent results in previous treatment from these treatments.  Stretches were performed post dry needling and graston.  Patient continues to have good strength.

### Plan
Continue PT 1-2 x week / x6-8 weeks.

Krista Shake, PT, MTC
Electronically signed by: Krista Shake, PT    Date: 02/14/2018 10:45

**Lincoln/R. Johnson 0737**

Progress Notes - 02/01/2018

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**        **Richard L Johnson**
**Date of Birth:**                  **62 year**
**Account #**        **545850**

**Visit Date:**        **02/01/2018**
**Provider:**        **Krista Shake, PT, MTC**

-------------------------------------------------------------------------------------

## PHYSICAL THERAPY

**Subjective**
Pretty much the same today. Feels as though the Graston may have helped slightly. Had to cancel dry needling appt. secondary to illness. Pain on average 5-6/10.

**Objective**
See flowsheet for treatment details. Gastroc/ soleus stretch on wedge 3x45 sec. each.

Manual treatments: Graston technique to L knee quad, ITB, scar site, popliteal space, and hamstring. Manual stretching to L hamstring and iliopsoas 3x45 sec. each. Also passive knee flexion stretch in prone 3x45 sec. Manual interventions designed to reduce scar/ myofascial restrictions and improve flexibility to targeted muscle groups.

**Assessment**
Patient seen for subsequent visit for L knee ankylosis with previous TKA and manipulation. Good response and tolerance this session with focus on Graston technique and manual stretching to involved LE.

**Plan**
Continue PT 1-2 x week / x6-8 weeks.

Jeremy Still, PTA

**Krista Shake, PT, MTC**
Electronically signed by: Krista Shake, PT     Date: 02/08/2018 12:49

P010/040        09:39am 2018 4 Jun        Fax:5027360076        Ellis & Badenhausen

**Lincoln/R. Johnson 0738**

**Progress Notes - 01/17/2018**

Eastpoint
13151 Magisterial Dr. Ste.#100
Louisville, KY 40223
Phone: (502) 585-4571
Fax: (502) 568-1873



*Dr. Rudy J. Ellis*
SPORTS
MEDICINE
CENTER

Dixie Medical Center
5120 Dixie Hwy, Ste.# 102
Louisville, KY 40216
Phone: (502) 448-0931
Fax: (502) 448-0918

**Patient:**      **Richard L Johnson**
**Date of Birth:**                    **62 year**
**Account #**      **545850**

**Visit Date:**      **01/17/2018**
**Provider:**      **Krista Shake, PT, MTC**

--------------------------------------------------------------------------------

## PHYSICAL THERAPY EVALUATION

**Diagnosis**
M24.662Ankylosis of the left knee Z47.1 After care of total joint Z96.652 Left total knee arthroplasty.

**Subjective**
Patient is a 61 year old male, reporting to physical therapy post operative 1 year for left total knee arthroplasty. Patient initially had an insidious onset of left knee pain approximately 10-15 years ago. He sought the advice of Dr. Jeffrey Popham. He attempted cortisone injections. Eventually he elected to have surgery on 1/31/17 for a TKA. He attempted physical therapy at Baptist Northeast and eventually our office. He has tried graston, dry needling, injections, and generalized strengthening. He continues to complain of pain at the pes anserine area and the lateral hamstring insertions. He is returning to PT for more modality like treatment to calm his pain so that he can continue his strengthening on his own per Dr. Popham. He is reporting post operative today from a manipulation and minor arthroscopic scar tissue cutting.

PLOF: Work retired. Able to climb a ladder, negotiate steps, and walk with a worsening knee pain. Workshop-wood working (able to stand or sit).

CLOF: Limited on walking/standing (immediately) difficulty on steps (sideways), and dressing is difficult with pain. Pain at worst 8/10. Currently 5/10. Elevating decreases the pain.

**Objective**
Initial observation and structural inspection: Patient is an endomorphic male with rounded shoulders, forward head, and kyphotic thoracic spine.

Palpation for condition: Minimal noted swelling throughout the left knee.

Joint AROM: R 2-140, L 9-116

Joint PROM: End feel I knee flexion soft tissue with complaints of tightness

Muscle and myofascia length: hamstring on the left moderately tight, as well as calf on the left. Iliopsoas and quad with mod tightness on the left

Muscle strength: SLR lag R 12 degrees. Hip flexion L 4/5, hip abduction 5/5. R/L Knee extension 5/NT. Knee flexion 5/NT

Special Tests: Negative Holmans sign.

Movement Analysis: Patient with antalgic pattern with overall decreased knee extension with decreased step length. Using quad cane.

Palpation for tenderness: Posterior capsule tenderness with minimal noted swelling. TTT at pes ansering and lateral hamstring insertion. Some mild soreness to the quad just superior to the patella.

**Progress Notes - 01/17/2018**

Neurovascular: Intact to light touch L2-S1.

Today's Treatment:  See Flow Sheet.  Patient also was educated regarding diagnosis and any restrictions, goals, and expectations of the therapy program.  Discussed the acronym RICE (rest, ice, compression, and elevation). Patient's questions were answered.  Ultrasound 1 MHz at 1.0 to pes anserine for 8 minutes. Ultrasound was used for the purpose of heating the surrounding tissue, increasing metabolic activity and blood flow, increase collagen extensibility, as well as producing an analgesic effect. Followed with graston throughout the left knee. Ice for 15 minutes.

**Assessment**
Patient presents with signs and symptoms consistent with post operative left knee manipulation after a total knee replacement (surgery 1 year ago.

Skilled physical therapy intervention is medically necessary in order to decrease pain, improve motion and mobility, improve self care ability, improve strength and restore functional activities of daily living to a level comparable to the premorbid level.  These services are so inherently complex that they can effectively be performed only by or under the supervision of a licensed physical therapist and require the expertise, knowledge, clinical judgement and skill of a physical therapist.

Patient had good understanding of condition, role of physical therapy, treatment program, and expectation of treatment program.

Impairment list
1.  Pain 8/10
2. Decreased AROM to L surgical knee
3. Decreased flexibility L hamstrings, quadriceps, calf, and iliopsoas
4. Swelling and tenderness surround the knee.
5. Decreased functional abilities limiting activities at home, work, and recreational.
6. Oxford knee disability 77%

Short Term Goals 4-8 weeks
1. Patient to be independent with HEP.
2. Patient to have pain <2 for improved comfort.
3. Patient to have improved AROM L Knee 0-125
4. Flexibility to improve to WNL to hamstring, calf, iliopsoas, and quad
5. Patient to be independent with the use of RICE to control ongoing swelling.
6. Patient to have 4 way hip and knee ext/flexion 5/5 on the left.

Long Term Goals (none)

Prognosis:  There is a reasonable expectation that the patient's condition will improve and the patient has the potential to improve with physical therapy.  It is expected that functional improvement is attainable in the anticipated time frame noted.  Overall prognosis is:
          Good

Based on the composite of the patient's presentation with history and examination, the patient has been assessed moderate complexity.  Person factors are ROM not improving, chronicity, and ongoing pain that limits his function .  Examination with loss of L knee ROM, decreased hip-knee-core strength, difficulty with walking (painful), pain with activity, and a positive outcome measure of  with 77% disability.  The patient's clinical presentation is evolving.

**Plan**
Frequency and Duration: 2-3x per week for 6-8 weeks.  Patient will be reassessed in 30 day.

Treatment Contents:  Therapeutic exercise, neuromuscular reeducation, manual technique, and modalities.

**Lincoln/R. Johnson 0740**

Progress Notes - 01/17/2018

**Krista Shake, PT, MTC**
Electronically signed by: Krista Shake, PT     Date: 01/17/2018 10:30

P009/040          Jun  4 2018 09:39am          Fax:5027360076     Ellis & Badenhausen

**Lincoln/R. Johnson 0741**

Progress Notes - 01/08/2018

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.O.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN**
**ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | Richard L Johnson |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | 01/08/2018 |
| **Account #:** | **545850** |
| **Attending Provider:** | G J. Popham MD |
| **Primary Provider:** | Moore, Thomas MD |
| **Referring Provider:** | |

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee followup visit.

**History of Present Illness**
Patient continues to have pain and stiffness in the left knee. His LTK was done on 01/31/17 and manipulation was done 09/13/17. He states the pain is all the time and he has a hard time getting rest at night. He is afraid it will never be any better. He continues to take mobic 15 mg QD.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Dialyvite Vitamin D3 Max 50000UNIT Oral Tablet once a day 0 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Mobic 15MG Oral Tablet once a day 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.
**Diagnoses:**
   Osteoarthritis
**Surgical:**
   • Rotator cuff repair Left 6/9/2016
   • Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of

**Lincoln/R. Johnson 0742**

Progress Notes - 01/08/2018

**Patient Name: Richard L Johnson**                                    Date: 01/08/2018

adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Feeling poorly (malaise) Fatigue.  No fever, no chills, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms Patient has pain in the left knee. He has plantar
    fasciitis in the left foot.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
Hx of kidney stones.

**Physical Findings**
- **Vitals taken 01/08/2018 09:31 am**

| | |
|---|---|
| **BP-Sitting R** | 124/68 mmHg |
| **BP Cuff Size** | Regular |
| **Pulse Rate-Sitting** | 72 bpm |
| **Height** | 72 in |
| **Weight** | 212 lbs |
| **Body Mass Index** | 28.8 kg/m2 |
| **Body Surface Area** | 2.18 m2 |

Examination of the left knee reveals 5-105 degrees of motion. He has pain at the fibula distal to
the neck, posterior knee, as well as directly on the medial tibia face at the upper diaphysis. He is
tender over the pes anserine bursa and tender over the medial border of the tibia. His maximum
tenderness is at the posterolateral aspect of the knee and around the muscle belly of the popliteus
tendon. He has tenderness just distal to the fibula more in the muscular tenderness area of the
popliteus and lateral gastroc heads. He has no swelling or effusion of his knee.

Patient's right knee is nontender at the medial and lateral joint lines. There is no laxity of the joint,

**Lincoln/R. Johnson 0743**

**Progress Notes - 01/08/2018**

**Patient Name: Richard L Johnson**                                    **Date: 01/08/2018**

with negative Lachman test, anterior drawer, posterior drawer and varus/valgus stress tests. There is no effusion, and normal range of motion, 0-120 degrees. The patient has no discoloration, normal quad strength and tone, and no palpable Baker's cyst.

### Assessment
Left knee pes anserine bursitis.
Left knee pain at popliteus.

### Plan
He will continue taking Mobic as needed. The plan will be to get him back into physical therapy. He states he really benefited from dry needling and would like to try that again. I wrote him an order for physical therapy today, focusing on modalities. I will see him back in 2 months.

EASTPOINT


Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 01/11/2018 08:31**

Labs/Diagnostics - 04/05/2018
    Baptist Health ANS_2 04/05/2018 16:06:57  PAGE  2/002  Fax Server



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

PATIENT: Johnson,Richard

PROVIDER: George
Jeffrey Popham, MD

DOB:        62 yrs,  Male
MRN: 8910550396  CSN: 91040923251

LOCATION:
BAPTIST HEALTH LA GRANGE LABORATORY

**H & H  (Final result)**

| | Value | Range |
|---|---|---|
| Hemoglobin | 17.1 | 14.0 - 18.0  g/dL |
| Hematocrit | 52.3  (H) | 42.0 - 52.0  % |
| Resulting Lab: BH LAG LAB | | |

| ID: | 18G-095H0029 | Collected: | 4/5/2018 1034 |
|---|---|---|---|
| Verified On: | 4/5/2018 1038 | Received: | 4/5/2018 1034 |

**Canceled Tests**

**Testosterone** Reason: Duplicate

**Legend**

H - High

**Resulting Labs**

| BH LAG LAB | BAPTIST HEALTH LA GRANGE LABORATORY, | 502-222-3394 |
|---|---|---|
| | 1025 New Moody Lane, LaGrange KY 40031 | |
| | Director: Douglas M Ackermann, MD | |

*****END OF REPORT*****

*Page: 1 of 1*                                    *Printed: 4/5/2018 4:00 PM*

Ellis & Badenhausen    Fax:5027360076    Jun  4 2018 09:45am    P037/040

**Lincoln/R. Johnson 0745**

Labs/Diagnostics - 04/05/2018

Baptist Health ANS_2 04/10/2018 09:38:45  PAGE  2/002  Fax Server
O:George Jeffrey Popham, MD  COMPANY:



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

**PATIENT:** Johnson,Richard

**PROVIDER:** George
Jeffrey Popham, MD

**DOB:**      62 yrs, Male
**MRN:** 8910550396 **CSN:** 91040923251

**LOCATION:**
**BAPTIST HEALTH LA GRANGE LABORATORY**

---

### Testosterone, Free, Total  (Final result)

| | Value | Range |
|---|---|---|
| **Testosterone, Total** | 1337 (H) | 264 - 916  ng/dL |
| Adult male reference interval is based on a population of healthy nonobese males (BMI <30) between 19 and 39 years old. Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103. | | |
| **Testosterone, Free** | 33.6 (H) | 6.6 - 18.1  pg/mL |
| Resulting Lab: LABCORP | | |

Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH  430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300
Performed at: 02 - LabCorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: William F Hancock MD. Phone: 8007624344

| ID: | 18L-095R0110 | Collected: | 4/5/2018 1034 |
|---|---|---|---|
| Verified On: | 4/9/2018 1514 | Received: | 4/5/2018 1034 |

---

### Legend

H - High

---

### Resulting Labs

| **LABCORP** | LABCORP LAB, 6370 Wilcox Road, Dublin OH 43016 Director: Dr. Trainor, Lance D MD | 800-282-7300 |
|---|---|---|

*****END OF REPORT*****

---

P038/040      Jun  4 2018 09:45am      Fax:5027360076    Ellis & Badenhausen

**Lincoln/R. Johnson 0746**

Labs/Diagnostics - 04/05/2018

Baptist Health RBS_E 04/09/2018 17:21:28  PAGE  2/003  Fax Server



**BAPTIST HEALTH**

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

PATIENT: Johnson,Richard

PROVIDER: George
Jeffrey Popham, MD

DOB:        62 yrs,  Male
MRN: 8910550396  CSN: 91040923251

LOCATION:
BAPTIST HEALTH LA GRANGE LABORATORY

---

**Testosterone, Free, Total**  (Final result)

| | Value | Range |
|---|---|---|
| **Testosterone, Total** | 1337  (H) | 264 - 916  ng/dL |

Adult male reference interval is based on a population of
healthy nonobese males (BMI <30) between 19 and 39 years old.
Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

| | Value | Range |
|---|---|---|
| **Testosterone, Free** | 33.6  (H) | 6.6 - 18.1  pg/mL |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Dublin
6370 Wilcox Road, Dublin, OH  430161269
Lab Director: Vincent Ricchiuti PhD, Phone: 8002827300
Performed at: 02 - LabCorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: William F Hancock MD, Phone: 8007624344

| ID: | 18L-095R0110 | Collected: | 4/5/2018 1034 |
|---|---|---|---|
| Verified On: | 4/9/2018 1514 | Received: | 4/5/2018 1034 |

**Estrogens, Total**  (Final result)

| | Value | Range |
|---|---|---|
| **Estrogen** | 321  (H) | 40 - 115  pg/mL |

Resulting Lab: LABCORP
Comments:
Performed at: 01 - LabCorp Burlington
1447 York Court, Burlington, NC  272153361
Lab Director: William F Hancock MD, Phone: 8007624344

| ID: | 18L-095R0110 | Collected: | 4/5/2018 1034 |
|---|---|---|---|
| Verified On: | 4/9/2018 1413 | Received: | 4/5/2018 1034 |

**Canceled Tests**

**Testosterone** Reason: Duplicate

*Page: 1 of 2*                                     *Printed: 4/9/2018 4:00 PM*

**Lincoln/R. Johnson 0747**

**Labs/Diagnostics - 04/05/2018**

Baptist Health RBS_E 04/09/2018 17:21:28  PAGE   3/003   Fax Server

PATIENT: Johnson,Richard
MRN: 8910550396  CSN: 91040923251

**Legend**

H - High

**Resulting Labs**

| LABCORP | LABCORP LAB, 6370 Wilcox Road, Dublin OH 43016 | 800-282-7300 |
| | Director: Dr. Trainor, Lance D MD | |

*****END OF REPORT*****

*Page: 2 of 2*                                                                    *Printed: 4/9/2018 4:00 PM*

P040/040      Jun  4 2018 09:45am      Fax:5027360076    Ellis & Badenhausen

**Lincoln/R. Johnson 0748**

**Labs/Diagnostics - 03/07/2018**

| Patient Name: | Richard L Johnson |
|---|---|
| Account Number: | 545850 |
| Date of Birth: | |
| Physician: | G J. Popham |
| Exam Date: | 03/07/2018 |
| Exam: | AP view x-rays of both knees while standing were performed 73565.<br>Left Knee 2 Views were performed 73560. |
| History: | S/P TKA |
| Findings: | Standing AP Bilateral Knees, Lateral and Merchant views of the left knee were obtained today in the office. These show no radiolucencies around the implant, good alignment of the implant. |
| Impression: | No mechanical complications s/p TKA. |

**Lincoln/R. Johnson 0749**

Labs/Diagnostics - 03/05/2018

RECEIVED MAR 09 2018

*545850 PP*

## ≋LabCorp                                                **Patient Report**

Specimen ID: 064-305-5966-0                          Acct #: 16315412          Phone: (502) 449-0449    Rte: 01
Control ID: 40127205120

**JOHNSON, RICHARD**                                  Ellis/Badenhausen Orthopaedics
                                                     5120 Dixie Highway, #103
                                                     Louisville KY 40216

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| DOB: | Date collected: 03/05/2018 1107 Local | Ordering: G POPHAM |
| Age(y/m/d): 062/04/24 | Date received: 03/05/2018 | Referring: |
| Gender: M        SSN: | Date entered: 03/05/2018 | ID: |
| Patient ID: | Date reported: 03/07/2018 0615 ET | NPI: 1265426712 |

General Comments & Additional Information
Total Volume: Not Provided                                           Fasting: Yes

Ordered Items
Comp. Metabolic Panel (14); Hepatitis Panel (4); Thyroid Panel; Testosterone, Serum; Prostate-Specific Ag, Serum; Testosterone, Free, Direct; Estrogens, Total; Hemoglobin; Hematocrit; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 99 | | mg/dL | 65 - 99 | 01 |
| BUN | 13 | | mg/dL | 8 - 27 | 01 |
| Creatinine, Serum | 0.99 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 81 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 94 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 13 | | | 10 - 24 | |
| Sodium, Serum | 141 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 5.0 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 102 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 25 | | mmol/L | 18 - 29 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.6 - 10.2 | 01 |
| Protein, Total, Serum | 6.7 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.5 | | g/dL | 3.6 - 4.8 | 01 |
| Globulin, Total | 2.2 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.0 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0 - 1.2 | 01 |
| **Alkaline Phosphatase, S** | 32 | Low | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 24 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 33 | | IU/L | 0 - 44 | 01 |
| | | | | | |
| **Hepatitis Panel (4)** | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | 01 |
| HBsAg Screen | Negative | | | Negative | 01 |
| Hep B Core Ab, IgM | Negative | | | Negative | 01 |
| Hep C Virus Ab | <0.1 | | s/co ratio | 0.0 - 0.9 | 01 |

                                                  Negative:    < 0.8
                                          Indeterminate: 0.8 - 0.9
                                                  Positive:    > 0.9
          The CDC recommends that a positive HCV antibody result
          be followed up with a HCV Nucleic Acid Amplification

Date Issued: 03/07/18 0615 ET                **FINAL REPORT**                     Page 1 of 2

This document contains private and confidential health information protected by state and federal law.         © 1995-2018 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 502-456-4700                            All Rights Reserved - Enterprise Report Version: 1.00

P035/040        9:44am 2018 4 Jun        Fax:5027360076        Ellis & Badenhausen

**Lincoln/R. Johnson 0750**

Labs/Diagnostics - 03/05/2018

## LabCorp | Patient Report

Patient: JOHNSON, RICHARD
DOB:              Patient ID:              Control ID: 40127205120

Specimen ID: 064-305-5966-0
Date collected: 03/05/2018 1107 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| test (550713). | | | | | |
| **Thyroid Panel** | | | | | |
| Thyroxine (T4) | 6.9 | | ug/dL | 4.5 - 12.0 | 01 |
| T3 Uptake | 26 | | % | 24 - 39 | 01 |
| Free Thyroxine Index | 1.8 | | | 1.2 - 4.9 | |
| **Testosterone, Serum** | 166 | Low | ng/dL | 264 - 916 | 01 |

Adult male reference interval is based on a population of
healthy nonobese males (BMI <30) between 19 and 39 years old.
Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Prostate-Specific Ag, Serum** | | | | | |
| Prostate Specific Ag, Serum | 1.1 | | ng/mL | 0.0 - 4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Testosterone, Free, Direct** | | | | | |
| Free Testosterone(Direct) | 2.6 | Low | pg/mL | 6.6 - 18.1 | 02 |
| **Estrogens, Total** | 45 | | pg/mL | 40 - 115 | 02 |
| **Hemoglobin** | 16.3 | | g/dL | 13.0 - 17.7 | 01 |
| **Hematocrit** | 47.7 | | % | 37.5 - 51.0 | 01 |

| 01 | CB | LabCorp Dublin | Dir: Vincent Ricchiuti, PhD |
|---|---|---|---|
| | | 6370 Wilcox Road, Dublin, OH 43016-1269 | |
| 02 | BN | LabCorp Burlington | Dir: William F Hancock, MD |
| | | 1447 York Court, Burlington, NC 27215-3361 | |

For inquiries, the physician may contact **Branch: 502-456-4700 Lab: 800-282-7300**

Date Issued: 03/07/18 0615 ET    **FINAL REPORT**    Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 502-456-4700

© 1995-2018 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

P036/040    9:44am    Jun 4 2018 09:44am    Fax: 5027360076    Ellis & Badenhausen

**Lincoln/R. Johnson 0751**

Request Corr.

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR. M.D.
R. JOHN ELLIS, JR. M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C



**ELLIS &
BADENHAUSEN**
ORTHOPAEDICS, PSC

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

FAX TO: 502-736-0076

## FACSIMILE TRANSMITTAL

DATE: 6·4·18                          TIME: _____ AM PM

Christian Santos
TO: Liberty / LTD Benefits

FAX #: 213·884·4921

FROM: Kasi Ext 2344

PAGES: _____ (including cover)

MESSAGE: Richard Johnson

If this document is received by the wrong party, please contact Ellis & Badenhausen,
P.S.C. at 502-587-1236 (phone) or 502-587-0126 (fax).

* NOTE: This report is confidential. The information has been disclosed to you from records whose confidentiality is protected
by federal law. Federal regulations prohibit you from making further disclosure of this information unless further disclosure is
expressly permitted in the patient's written consent or as otherwise permitted by 43CFR Part 2. A general authorization for the
release of medical information is not sufficient for this purpose.

ELLIS & BADENHAUSEN ORTHOPAEDICS
13151 MAGISTERIAL DR, STE 200
LOUISVILLE, KENTUCKY 40223
TELEPHONE: 502-587-1236
FAX: 502-587-0126

SOUTHEND OFFICE
5120 DIXIE HIGHWAY, SUITE 103
LOUISVILLE, KENTUCKY 40215
TELEPHONE: 502-449-0449
FAX: 502-449-3277

P001/040     wege:60 8102 Ⅴᴉᴉᴉᴥᴉ     91009ɛ£Z0S:xɐɟ   uǝsnɐɥuǝpɐ∀ 8 sᴉꞁꞁƎ

**Lincoln/R. Johnson 0752**



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jun 1, 2018

ELLIS & BADENHAUSEN ORTHOP.
13151 MAGISTERIAL DR STE 200
ATTN: MEDICAL RECORDS
LOUISVILLE, KY  40223

Re: **Long Term Disability Benefits**
Claim# 7521053         4157190
Claimant: JOHNSON, RICHARD
Claimant DOB:

Dear JUANITA  ext 2206,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From December 1, 2017 to Present**

Please provide records from 12/1/2017 to present – Seen By:
POPHAM, DR

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christian Jay Santos
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:   (213) 884-4921

**Lincoln/R. Johnson 0753**

Request Corr.                          Received:6266289628                    Jun  1 2018 02:33pm      P003
                  From WFI Incorporated 1.626.628.9628 Fri Jun  1 12:31:45 2018 MDT Page 3 of 4



November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life.  We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO  63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, FIA
Operations Manager
Liberty Mutual Benefits Claims

**Lincoln/R. Johnson 0754**



# Quality Assurance Report

## Request Information

Report Date:   June 5, 2018          **RP ID:**   4157190

Patient Name:   JOHNSON, RICHARD

Provider Name:   ELLIS & BADENHAUSEN ORTHOP.

## Quality Assurance Information

Special Request:     Please provide records from 12/1/2017 to present - Seen By: POPHAM, DR

Special Request Included?

Secondary ID Confirmed?

QC Notes:     Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By:   HAMAD

**From December 1, 2017 to Present**

**Lincoln/R. Johnson 0755**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. RICHARD JOHNSON

**Lincoln/R. Johnson 0756**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

May 20, 2018

Mr. Richard Johnson


RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853

Dear Mr. Richard Johnson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 20, 2018, we requested medical records from Dr. Popham.     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2017 through the present from Dr. Popham

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by July 3, 2018:

       X    Authorization - Medical
       ___  Other

Lantech, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 18, 2018, 30 days from the date of this

**Lincoln/R. Johnson 0757**

request, your benefits will be suspended. If we do not receive all of this requested information by July 3, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 3, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:   Authorization - Medical

2  of 2

**Lincoln/R. Johnson 0758**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

    * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7521853__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2016

**Lincoln/R. Johnson 0759**

**n0275734**

| | |
|---|---|
| **From:** | Doherty Cella Keane & Associates LLP |
| **Sent:** | Monday, May 21, 2018 9:51:37 AM |
| **To:** | Turner, Latimer |
| **Subject:** | RE: Richard Johnson 7521853 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Hi Latimer,

We filed the reconsideration claim on 11/6/2017. That claim is pending. Thanks!

**Melanie Lovell**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.317.2957
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

***********************************************************************

This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
***********************************************************************

**From:** Turner, Latimer [mailto:Latimer.Turner@LibertyMutual.com]
**Sent:** Sunday, May 20, 2018 9:07 PM
**To:** Doherty Cella Keane & Associates LLP
**Subject:** Richard Johnson 7521853

Hello,

Can you confirm the status of the SS application for Richard Johnson (claim number 7521853, DOB          , SSN

Thank you,

**Lincoln/R. Johnson 0760**

**Latimer Turner**

LTD Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742

800.291.0112 Office

13973 Extension

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**Lincoln/R. Johnson 0761**





**MLS National Medical Evaluation Services**

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

January 29, 2018

Re:     Richard Johnson
        Claim Number:          7521853

<u>INDEPENDENT PEER REVIEW</u>

To Whom It May Concern:

<u>LIST OF MEDICAL DOCUMENTATION</u>

All medical records have been reviewed.

| Progress notes | Ellis & Badenhausen Orthopaedics | 01/25/17-11/27/17 & undated |
|---|---|---|
| Progress notes | R. Ellis MD | 05/10/17-06/12/17 |
| Progress notes | Baptist Health Medical Group | 01/16/17-06/07/17 |
| Progress notes | Norton Healthcare | 01/10/17-02/02/17 |
| Progress notes | J. Popham MD | 01/31/17-09/13/17 |
| Progress notes | Signature illegible | 08/14/17 |
| Progress notes | Kentuckiana Allergy | 08/08/17-08/15/17 |
| PT | Physical Therapy Group | 06/15/17-07/10/17 |
| X-Ray | Norton Healthcare | 02/01/17 |
| Lab | Norton Healthcare | 01/10/17-02/02/17 |
| Lab | Baptist Health Medical Group | 07/24/17 |
| Other Test | Norton Healthcare | 01/10/17-07/10/17 |
| Misc. | | 06/08/17-01/04/18 |
| ROI | | 08/10/17 |

<u>SUMMARY OF MEDICAL DOCUMENTATION</u>

The patient is a 62 year old male who underwent left total knee replacement on 1/31/17 for severe left knee osteoarthritis. Post-operatively he continued to have pain and reduced range of motion.  He was treated with physical therapy and medications. He eventually underwent a left knee arthroscopy with lysis of adhesions and closed manipulation on 9/13/17.  He continued to have posterior knee pain and a trigger point injection was performed on 10/16/17 and a steroid injection to the area of maximum tenderness on 11/27/17.

**Lincoln/R. Johnson 0762**

Richard Johnson
Claim Number 7521853
Akhil Chhatre, M.D.
01/29/2018
Independent Peer Review - Page 2

Records:

Matthew Price, MD
Saw patient on 7/20/17. Exam findings include slight limp, popping with deep knee flexion of the patello femoral jointed pain over the medial head of the gastric on the left. Labs were sent to rule out subtle infection.

G J. Popham, MD
Patient underwent left total knee arthroplasty on 1/31/17. Post op visit on 3/1/17. Exam showed left knee to have 1-100 degree ROM. Ambulating with cane. Plan to continue meds, PT. The patient was seen for post op visit on 3/29/17. Exam showed minimal posterolateral JLT. Trace effusion, 5-100 degree ROM. Continue care. Performed follow up evaluation on 5/10/17. Exam showed minimal posterolateral JLT. Tender at medial proximal tibia. Tender posteriorly and at distal ITB. Trace effusion. 2-100 degree ROM. Left knee ITB tendonitis. Prescribed Norco, continue PT. The patent followed up on 6/12/17. Exam demonstrated worse popping of the left knee. 5-90 degrees of range of motion. Tender over iliotibial band insertion as well as lateral head of gastrocnemius. Popping is reproduced with flexion and extension of the knee with lower leg internally rotation, it is not palpable. Trace effusion. He was diagnosed with left knee iliotibial band tendonitis. TKA revision was discussed. He was sent for a second opinion. Saw the patient in follow up on 7/10/17. Exam showed left knee range of motion from 5 to 95 degrees. With pain across the back of the knee. Calf tenderness. Burning pain on top of the foot with certain positions. Extreme tenderness at the lateral tarsometatarsal joint. Recommended NSAIDs for foot back, continue therapy for the knee pain. Posterior knee pain was attributed to popliteus tendon. He was seen in follow up on 8/14/17. Exam showed left knee ROM at 0-95 degrees. Allergy testing was negative. Unlikely to have infection. If continued pain, considering arthroscopy. The patient underwent left knee arthroscopy with lysis of adhesions and closed manipulation on 9/13/17. The patient followed up on 9/26/17. Exam showed the range of motion to be 5-105 degrees. Continue stretching. There is a follow up visit from 10/16/17. Exam showed tenderness over the scar tissue. Effusion is less. Focally tender in the calf. Slight calf atrophy on the left compared to the right. Tender at the lateral edge of the gastrocnemius muscle. Trigger point injection was performed to the lateral gastrocnemius. The patient was seen in follow up on 11/27/17. Exam showed the left knee ROM to be 0-100 degrees. Maximum tenderness is at the posterolateral aspect of the knee and around the muscle belly of the popliteus tendon. A palpable popping is noted at the posterior knee when he lays in prone position. Also tenderness at the peso anserine bursa. The patient underwent a steroid injection to the area of maximum tenderness.

**Lincoln/R. Johnson 0763**

Richard Johnson
Claim Number 7521853
Akhil Chhatre, M.D.
01/29/2018
Independent Peer Review - Page 3


Lawrence Schaper, MD
He provided a second opinion for left knee pain on 6/22/17.  Knee range of motion was -3 or 4 degrees to 108 degrees. Diffusely tender at the anteromedial joint line and in the popliteal fossa. He recommended aggressive passive stretching of the knee.

Physical Therapy
The patent had physical therapy sessions on several dated following surgery, notes are included from 6/15/17, 7/10/17 as well as reports to the ordering physician.

Deep Ajmani, MD
Provided inpatient consultation on 1/31/17. Exam was unremarkable.  He recommended PT, pain control and DVT prophylaxis. Discharge summary dated 2/2/17.  Exam was unremarkable. Discharged home on medications.

Thomas Moore, MD
He provided surgical clearance on 1/16/17. Exam showed tenderness to palpation of right lateral epicondyles and crepitance and tenderness to range of motion of the left knee.

Jeanine Fell, APRN
Provided history and physical on 1/10/17. Exam demonstrated obese patient with limited ROM left knee.  Plan was for a left total knee arthroplasty on 1/31/17.

Jeremy Jones, MD
The patient was seen on 8/8/17 for rash/itching.  There was no exam. He was worked up for metal allergy testing. The patient was seen on 8/12/17 for allergies. There was no exam. The patient was seen for allergies on 8/15/17. No exam was performed, he was started on medications.

Imaging
2/1/17 Left Knee X-ray. Expected postoperative changes status post left knee arthroplasty.
3/1/17 Bilateral Knee X-rays. Performed in the office. No radiolucencies around the implant, good alignment of the implant.  No mechanical complications s/p TKA.
5/10/17 Bilateral Knee X-rays. Performed in the office. No radiolucencies around the implant, good alignment of the implant.  No mechanical complications s/p TKA.
7/10/17 LLE Venous Duplex.  No evidence of deep or superficial vein thrombus.

**Lincoln/R. Johnson 0764**

Richard Johnson
Claim Number 7521853
Akhil Chhatre, M.D.
01/29/2018
Independent Peer Review - Page 4

PEER-TO-PEER DISCUSSION

All times are eastern.

AP Contact: Dr. Jeffrey Popham, MD 502- 587-1236

1.) I called on 1/22/18 at 0912 EST.  I spoke to Jordan who noted Dr. Popham was in surgery that morning.

2.) I called on 1/23/18 at 1041 EST.  I left a message on voicemail requesting call back.

3.) I called on 1/24/18 at 1432 EST.  I spoke to Suzie who noted Dr. Popham was in surgery today.  I did leave a message.

CONCLUSION

   1.  **Please note all diagnoses supported by the medical evidence (including co-morbids).**

The claimant has chronic left knee pain s/p left total knee replacement on 1/31/17 for severe left knee osteoarthritis with subsequent left knee arthroscopy with lysis of adhesions and closed manipulation on 9/13/17. This is impairing due to operative management with persisting pain and subsequent revision with continued pain levels. The diagnosis is supported by chronically reported pain in the left knee with history of surgery and revision as well as 5/10/17 Bilateral Knee X-rays showing no radiolucencies around the implant, good alignment of the implant. No mechanical complications s/p TKA, and most recent exam findings showing "left knee ROM to be 0-100 degrees. Maximum tenderness is at the posterolateral aspect of the knee and around the muscle belly of the popliteus tendon. A palpable popping is noted at the posterior knee when he lays in prone position.  Also tenderness at the peso anserine bursa."

   2.  **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.) and duration.**

The claimant should be totally off work for 3 weeks after each surgery before and after which the claimant can sit for 1 hour at a time for 8 hours daily, walk for 1 hour at a

**Lincoln/R. Johnson 0765**

Richard Johnson
Claim Number 7521853
Akhil Chhatre, M.D.
01/29/2018
Independent Peer Review - Page 5

time for 4 hours daily, stand for 1 hour at a time for 4 hours daily, cannot crawl or kneel, and can occasionally with 25 lbs. and frequently with 10 lbs. lift, carry, pull, and push. This is with fair prognosis for improvement and can be reassessed 4 months from date of this report.

3. **Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

The current treatment plan of medication management, interventional pain management, close follow up with specialists, diagnostic testing, and operative management are all within the standards of care.

*I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.*

*I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.*

Sincerely,

Akhil Chhatre, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Assistant Professor, Johns Hopkins University
American Academy of Physical Medicine and Rehabilitation
International Spine Intervention Society
North American Spine Society
Kansas State Medical Association

**Lincoln/R. Johnson 0766**

Richard Johnson
Claim Number 7521853
Akhil Chhatre, M.D.
01/29/2018
Independent Peer Review - Page 6

**Lincoln/R. Johnson 0767**

**Invoice**    **352836**                                    **MLS Group of Companies**
                                                                       P.O. Box 492417
**Date of Invoice  01/29/2018**                                      Redding CA  96049
                                                            248-945-9001  Fax:  248-356-6757

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO - NH 92,<br>P.O. Box 1525<br><br>Dover, NH  03821<br>**Attention:**  Latimer Turner | **Case Id:**  7521853<br>**Referral Id:** 32618000804<br>**Name:**  Johnson, Richard<br>**Employer:**<br>**Physician:**  Akhil Chhatre<br>**Specialty:**  Physical Medicine & Rehabilitation<br>**Svc Date:**  1/31/18 |

| Item | Rate |
|---|---|
| Peer Review 3.25 hr 160 pg | 682.50 |

|  |  |
|---|---|
| **Invoice Total** | $682.50 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$682.50** |

Please visit our new web-site address located at www.mls-ime.com

Thank you                                          Please make checks payable to
MLS Tax ID #: 38-3341904                           MLS Group of Companies

                                                   **Lincoln/R. Johnson 0768**

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:     latimer turner
                  Disability Claims
                  P.O. Box 7207
                  London, KY 40742-7207
                  (800) 291-0112 x13973
          Fax:    (603) 430-5923

┌─ Document Locations ─┐
☑ Document List
☐ Correspondence
☐ Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | LANTECH, INC. | Date Sent: | 1/21/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | RICHARD   JOHNSON | Claim #: | 7521853 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 1/31/2017 |
| Zip: | | Primary Diagnosis: | Unilateral primary osteoarthritis, left knee |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | see below |

Referral Questions:                          Vendor Chosen:     MLS Group of Companies

Claimant Name:     RICHARD    JOHNSON

**Lincoln/R. Johnson 0769**

# Liberty Mutual - Independent Evaluation

## Peer Review

1.Please note all diagnoses supported by the medical evidence (including co-morbids).

2.For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.) and duration.

3.Please review the treating provider's treatment plan.  Based on available medical records, please indicate whether or not it is consistent with the current standard of care.  If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

4.Please contact tx provider(s): Dr. Jeffrey Popham: Phone (502) 587-1236, FAX (502) 708-3057.  When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability.    During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.  Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name:    RICHARD    JOHNSON

**Lincoln/R. Johnson 0770**

## Liberty Mutual - Independent Evaluation

**Peer Review**

Attorney Information (if applicable):

Claimant Name:    RICHARD    JOHNSON

**Lincoln/R. Johnson 0771**



**Liberty Mutual Insurance**

Jessica Dougherty, MS, CRC
Commercial Insurance Claims
Medical & Disability Case Management
P.O. Box 66400
London, KY 40742
Phone:   (919)710-7093
Fax:      (888) 369-5748
E-Mail:  Jessica.Dougherty@libertymutual.com

## OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Richard Johnson |
| **Claim Number:** | 7521853 |
| **Technical Claims Manager:** | Latimer Turner |
| **Date of Report:** | 01/15/18 |

### FILE REVIEW / SUMMARY

#### DEMOGRAPHICS

Mr. Johnson is a 62-year-old Chief Engineer employed by Lantech, Inc. who discontinued work on January 31, 2017 due to unilateral primary osteoarthritis, left knee. In preparation for this report, I have reviewed the electronic claim file, the job description from the employer, researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

#### JOB

The details of Mr. Johnson's job were obtained from his job description that was found in his claim file. The job title was labeled as Chief Engineer. The responsibilities were reported as:

> "As a team leader, the chief engineer works with other managerial staff to ensure project completion in an efficient manner. He/she oversees each phase of the installation, equipment maintenance or product development so that the team meets company specifications and compiles with federal and state regulations."

Please see claim file document list for a complete copy of the formal job description.

**Lincoln/R. Johnson 0772**

# ASSESSMENT / ANALYSIS

## OCCUPATION

The occupation falls under the DOT code of Project Engineer (019.167.014) and SOC/O*NET classification of Architectural and Engineering Managers (11-9041.00). The O*NET describes this occupation as,

> "Plan, direct, or coordinate activities in such fields as architecture and engineering or research and development in these fields.
>
> Sample of reported job titles: Chief Engineer, Civil Engineering Manager, Director of Engineering, Engineering Group Manager, Engineering Manager, Engineering Program Manager, Principal Engineer, Project Engineer, Project Engineering Manager, Project Manager"

The occupation falls under the OOH description of Architectural and Engineering Managers.

Research was performed on Indeed.com in January 2018 to explore the physical demands of this occupation. Additionally, a 2012 survey of valid respondents from O*NET was reviewed with regards to the additional physical demands.

## PHYSICAL DEMANDS

The DOT physical and a 2012 O*NET survey were consulted regarding physical demands. Based on this information, this occupation is most often performed at a light level of physical demand based on Department of Labor descriptions found in the DOT. The Department of Labor defines light work as,

The Department of Labor defines light work as,

> **"L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light work environments include:

- **Frequent** sitting, handling, and fingering
- **Occasional** bending/stooping, twisting, kneeling, crouching/squatting, standing, walking, reaching, climbing or balancing
- **No** crawling

2

**Lincoln/R. Johnson 0773**

# ACTION PLAN / OUTCOME

## SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of Mr. Johnson's occupation are most often in the light physical demand level. Positional demands are outlined above.

I have not met with Mr. Johnson for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Jessica A. Dougherty*

Jessica Dougherty, MS, CRC
Senior Vocational Consultant

3

# Liberty Mutual Vocational Rehabilitation

Page 1 of 1

## INVOICE

**TO:** Latimer Turner
Liberty Mutual Insurance Co.
13830 Ballantyne Corporate Pl
Charlotte NC 28277

**Claimant:** Johnson , Richard
**Claim #:** 7521853
**Employer:** Lantech, Inc
**Date of Injury:** 01/15/2018

01/15/2018

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|------|------|-------------------|------|-----|-------|------|
| 01/15/2018 | | Occupational Skills Analysis | 2.0 | | | |
| | | SUBTOTAL | 2.0 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**

Jessica Dougherty

Reference Number: 5674319 / 1093784

**Remit To:**

Liberty Mutual Managed Care, LLC
PO Box 860176
Minneapolis, MN 55486-0176
Fed ID: 04-3217691

| Rate Type | Rates | Quantity | Totals |
|-----------|-------|----------|--------|
| Professional | 86.0 | 2.0 | $172.00 |
| PAY THIS AMOUNT | | | $172.00 |

Invoice Generic Rev 4/2014

**Lincoln/R. Johnson 0775**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

---

### PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER
detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S        ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)        ☐ ATTORNEY INFO (if applicable)

---

FROM:    latimer turner                 DATE:        Sunday, January 14, 2018

## CLAIM BACKGROUND

---

Claimant Name:    RICHARD JOHNSON         Claim Number:        7521853

☐ STD    ☑ FULLY INSURED        ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  LANTECH, INC.

Change In DEF. Date:    07/29/2020

Pre-Disability Earnings:    $7,678.96    / M        Claim Service Type:    ADOP
(mode)

---

**Document Locations**

☑ Document List        ☐ Correspondence        ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

OA needed

---

DP 512

**Lincoln/R. Johnson 0776**

## Billing Statement:

ReleasePoint

Invoice Date: 1/4/2018        Invoice # LIMTL122017 - 1,165
Liberty Mutual

Invoice for Requests for Medical Information completed between 12/1/2017 and 12/31/2017

**LIBMT6**    **Requested By:**    **L Turner**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt<br>Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3684515 | | | | | | | | | |
| | JOHNSON, RICHARD | Complete | 12/22/17 | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 | LIBSFU |
| 7521853 | ELLIS & BADENHAUSEN ORTHOP. | | | | No Fee | | 28 | | |

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due:**    **$8.00**

**Tax ID:  95-2843455**

1,165

**Lincoln/R. Johnson 0777**

**Medical Record Overview**

### ReleasePoint

Date:     December 22, 2017

Patient Name:     JOHNSON, RICHARD

Records From:     POPHAM, DR
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY  40223
(502) 587-1236

**RP ID:** 3684515

**Client ID:** 7521853

**Source:** LIBMT6

Request Scope:     From August 1, 2017 to Present

**Req By:**  L Turner

Chart Range:     08/08/2017 - 11/27/2017

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 8 2017 | Nov 27 2017 | 17 | 2 |
| Labs/Diagnostics | Sep 13 2017 | Sep 13 2017 | 3 | 19 |
| Other Records | | | 3 | 22 |
| Request Corr. | | | 2 | 25 |

**Total Page Count:**     25

Lincoln/R. Johnson 0778

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**            **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**         **11/27/2017**
**Account #:**          **545850**
**Attending Provider:** **G J. Popham MD**
**Primary Provider:**   **Moore, Thomas MD**
**Referring Provider:**

---

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left Knee Pain

**Reason For Visit**
Followup left knee

**History of Present Illness**
Patient states that the therapy has helped with the "hot spots" of pain but nothing for the popping behind the knee or the deep joint pain. His LTK was done 01/31/17 and the manipulation was done 09/13/17. He states the popping in the left knee occurs each time he bends it back. He tries not to take too much of the ibuprofen 800 mg. but states he has to at times.

Mr. Johnson also reports he still has difficulty sleeping. His knee is still popping.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
  Past medical history reviewed
  Surgical history reviewed
**Reported:**
  Family history reviewed.
**Diagnoses:**
  Osteoarthritis

**Lincoln/R. Johnson 0779**

Progress Notes - 11/27/2017                        (THU)DEC 21 2017 19:02/ST. 18:58/No. 6854817455 P 15

**Patient Name: Richard L Johnson**                              **Date: 11/27/2017**

**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
  - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
  - Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
The left knee has range of motion from 0 to 100 degrees of flexion. When his knee is flexed and he is sitting in a chair, there is no palpable popping in the knee, although he reports that internally he can feel something. His maximum tenderness is at the posterolateral aspect of the knee and around the muscle belly of the popliteus tendon. Whenever he lays in a prone position, a palpable popping is noted at the posterior aspect of the knee. This feels like it is at the flabella at the lateral head of the gastrocnemius, but it could be a posterolateral loose body not visualized on radiographs. The area of maximal tenderness is just distal to the flabella more in the muscular tenderness area of the popliteus and lateral gastroc heads. He reports he is also tender at the pes anserine bursa. He has no swelling or effusion of his knee.

**Assessment**
Pes anserine bursitis. Popping posterolateral knee of unknown origin. It could be a loose body or the popliteus popping.

**Treatment**
The patient's left knee was sterilely prepped at the posterior lateral aspect of the knee. The area of maximal tenderness was injected with local anesthetic followed by 1 cc of Depo-Medrol (40 mg/mL vial). He did report that after the injection he got significant relief of the pain in the posterolateral aspect of the knee.

**Plan**
Injection into the area of maximal tenderness at the posterolateral aspect of the knee with corticosteroid. Follow up with me in 6 weeks. We will discontinue ibuprofen and begin Mobic 15 mg a day and Tylenol PM to help him rest at night.

EASTPOINT

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 11/28/2017 14:52**

**Lincoln/R. Johnson 0780**

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **10/16/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

## Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Pain in left lower leg**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee followup visit

**History of Present Illness**
Richard Johnson is a 62 year old male.
- Medication list reviewed.

Mr. Johnson presents here today for a left knee followup visit. Patient reports that his knee has not been doing well. He reports that he has been experiencing constant pain in his knee. He reports that he has pain over the posterior aspect of the knee that radiates down his calf. He also reports pain anteriorly in his knee joint. He states that standing, walking and stairs seem to aggravate his knee. He reports some popping and clicking in his knee joint. He presents today for further evaluation.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Ibuprofen 800MG Oral Tablet three times a day as needed, 30 days, 2 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**

**Lincoln/R. Johnson 0781**

**Patient Name: Richard L Johnson**                    **Date: 10/16/2017**

Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
 Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain.
**Eyes:** No eye symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Findings**
Range of motion looks better today. Patient has tenderness over scar tissue. The effusion is less today. The joint feels stable. Patient is focally tender in the calf.  There is slight calf atrophy on left compared to the right. Tender at the lateral edge of the gastrocnemius muscle.

**Assessment**
Spasm of gastrocnemius, left.

**Treatment**
The patient's left calf was sterilely prepped in the area of maximal tenderness and tightness of his lateral portion of the lateral gastrocnemius. Local anesthetic consisting of 7 cc of an equal mixture of lidocaine and Marcaine was injected at the focal trigger point. He tolerated the procedure well and there were no complications.

**Plan**
I recommended Graston and dry needling of the left gastrocnemius in therapy. I injected the area of tenderness today in the gastrocnemius today to see if we can get the pain to calm down and the

**Lincoln/R. Johnson 0782**

(THU)DEC 21 2017 19:01/ST. 18:58/No. 6854817455 P 13

**Patient Name: Richard L Johnson**                              **Date: 10/16/2017**

muscle to relax. This was done today without complications. I will see him in November at his
scheduled appointment.

EASTPOINT

Entered by Teresa Freville, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 10/26/2017 12:08**

Electronically approved by: Jeffrey Popham    Date: 10/26/17 12:08

**Lincoln/R. Johnson 0783**

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **09/26/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee post-op visit.

**Reason For Visit**
Date of surgery: 9/13/2017 Closed manipulation, left knee arthroscopy, lysis of adhesions.

**History of Present Illness**
Richard Johnson is a 61 year old male.
- Medication list reviewed.

Patient is now almost 2 weeks post-op from left knee closed manipulation and left knee arthroscopy, lysis of adhesions. Patient states his knee is pretty sore. Patient complains of pain with walking. He also reports his knee is very painful at night and it makes it difficult to sleep. He states it hurts at rest as well.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis

**Lincoln/R. Johnson 0784**

**Patient Name: Richard L Johnson**                                          **Date: 09/26/2017**

### Surgical:
• Rotator cuff repair Left 6/9/2016
• Knee surgery Closed manipulation left total knee replacement, left knee arthroscopy, lysis of adhesions 9/13/2017 Dr. Popham
  • Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
  • Surgery of the left knee - Arthroscopy 2005

### Family History
Cancer
 Kidney disease

### Social History
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

### Allergies
• **No Known Allergies**

No Metal Allergy.

### Physical Findings
Left knee exam reveals incisions are healing well. No evidence of infection. Range of motion is 5-105 degrees.

### Assessment
Doing well post-op closed manipulation, left knee arthroscopy, lysis of adhesions.

### Plan
   • **OTHER**
    Ibuprofen 800 MG TABS, three times a day as needed, 30 days, 2 refills

Plan will be to continue stretching his knee to continue improving range of motion. I have recommended that he massage his knee. I refilled his Ibuprofen 800mg. I will see him back in 2 months.

EASTPOINT

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 09/28/2017 13:57**

Electronically approved by: Jeffrey Popham    Date: 09/28/17 13:57

**Lincoln/R. Johnson 0785**

Progress Notes - 08/15/2017

(THU)DEC 21 2017 19:03/ST. 18:58/No. 6854817455 P 23

# KENTUCKIANA ALLERGY

John Richm,MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanetos, MD | Michael Nall, MD
Laura Manley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky. 40222
(502-426-1621)  www.kyaai.com

DATE: 08/15/2017

Re: RICHARD JOHNSON

D.O.B.:          61 year(s) 10 month(s)

Race: Unknown. Ethnicity: Unreported/Refused to Report R. Gender: Male, Language: English

## Current Diagnosis:

L30.8       Other specified dermatitis
H10.45      Other chronic allergic conjunctivitis
J30.1       Allergic rhinitis due to pollen

## History of Present Illness:

Nasal / Sinus Allergies.
Eye Allergies.
Rash / Itching.
HISTORIAN: Patient.
ESTABLISHED PATIENT VISIT.

RHINITIS, ALLERGIC DUE TO POLLEN: J30.1.
His symptoms have been present for most of his life.
His rhinitis symptoms include the following:
* severe nasal congestion.
* mild intermittant sneezing episodes.
* moderate nasal itching.
* moderate post-nasal drainage.
Progress: Overall, the patient's symptoms have continued to bother him.
Medications: please see enclosed Medication list
----------------.

CONJUNCTIVITIS, CHRONIC ALLERGIC: H10.45.
His ocular symptoms include the following:
* mild intermittant itchy eyes.
* intermittant watery eyes.
* moderate intermittant redness.
Overall, the patient's symptoms have continued to bother him.
Medications: please see enclosed Medication list
----------------.

DERMATITIS NOS L30.9.
His skin symptoms include the following:
* no itching.
* mild redness.
* moderate swelling Pain with movement.
Location: knee.
Overall, the patient's symptoms have continued to bother him.
Medications: please see enclosed Medication list
----------------.

## Current Medications:

1 Diphenhydramine 25 Mg Capsule (Other MD) SIG: 1 TAB PRN
2 Flonase 0.05% Nasal Spray 50 Mcg/actuation (Other MD) SIG: 2 sprays each nostril qd
3 Testosterone Cyp 200 Mg/ml (Other MD) SIG: Inject into the muscle every 2 weeks

**Lincoln/R. Johnson 0786**

Progress Notes - 08/15/2017                                          (THU)DEC 21 2017 19:03/ST. 18:58/No. 6854817455 P 24

## Drug Allergy:
No Known Drug Allergies

## Social History:
Smoking Status:
Patient has never smoked or used tobacco products. Cats Dogs.

## ROS:
**Constitutional:** denies any significant fatigue, malaise, weight gain or weight loss.
**Neuro:** (-) Headaches, (-) Migraines, (-) Dizziness.
**Eyes:** Denies ocular itching, discharge, redness, vision changes.
**Ears, Nose, Throat:** (+) Congestion (+) loss of smell (+) Post Nasal Drip (+) throat clearing (+) snoring.
**CardioVascular:** denies chest pain, irregular heart beat, palpatations.
**Lungs:** denies chest congestion, wheezing, cough, shortness of breath, trouble breathing with exertion.
**Gastric:** denies vomiting, diarrhea, nausea, reflux, abdominal cramping.
**Skin:** denies itching, rash, hives, swelling, eczema,.
**Hematologic:** denies anemia, easy bruising, bleeding, skin pallor.
**Immunologic:** Patient denies problems with recurrent respiratory, gastrointestinal, skin, or other infections.
**Endocrine:** denies excessive thirst or hunger, heat / cold intolerance, fast heart rate.
**Other Complaints:** here to have patch and metal testing read and do inhalent testing.

**Vital signs:** Temp: 97.1 F, Pulse: 69, Resp: 16, BP: 130/72

## Results, Assessment and Plan:

\*\*\* PERENNIAL AND SEASONAL ALLERGIC RHINITIS \*\*\*.

Control: poorly controlled.

After informed consent was obtained. skin testing was completed during today's office visit, the results of which have demonstrated allergies to cat. dust mites, common grasses, common molds. common trees and common weeds.

The pathophysiology of allergic rhinitis was discussed with him. along with avoidance strategies which may be beneficial in reducing or eliminating the associated symptoms. Printed literature was provided for his review.

The patient has been instructed to discontinue the following medications:
- Flonase (fluticasone).

The following medications should be started:
\* Allegra (fexofenadine) 180mg Tablets - Take 1 tablet once daily.
\* Dymista nasal spray - 1 spray/nostril twice daily.

He would be a candidate for allergen immunotherapy, and the associated risks and benefits have been discussed. He wishes to proceed and has signed the consent form; the required 30-minute obervation period after each injection has been discussed.

If nose bleeds occur while using the nasal steroid spray, we have recommended stopping the nasal spray for at least a week and using a nasal saline spray several times per day to help moisten the nasal passages. The nasal steroid spray should not be restarted until at least one week after the last nose bleed. If the nose bleeds recur, the medication should be stopped, and the office should be contacted. Do not continue to use the nose sprays if nasal bleeding occurs: continued use may result in a perforation of the nasal septum. The patient has been counseled that he should attempt to avoid those environments which may trigger the symptoms.

\*\*\* CHRONIC ALLERGIC CONJUNCTIVITIS \*\*\*.

**Lincoln/R. Johnson 0787**

Progress Notes - 08/15/2017                          (THU)DEC 21 2017 19:03/ST. 18:58/No. 6854817455 P 25

Control: somewhat controlled.

For intermittent symptoms, over-the-counter eye drops can be purchased at local pharmacies and should be used based upon directions found within the package insert. Routine use of over-the-counter ocular decongestants such as Visine is discouraged due to the potential of rebound. For additional questions, please call our office.

*** DERMATITIS ***.

Control: poorly controlled.

Patch testing utilizing the TruTest (36 panel) has been completed and interpreted, the results of which have demonstrated POSITIVES to: Methyldibromo glutaronitrile.

The following antigens were found to be NEGATIVE on the TruTest (36 panel): 2-Bromo-2-nitropropane-1,3-diol (Bronopol), Bacitracin, Balsam of Peru, Black Rubber Mix, Budesonide, Caine Mix, Carba Mix, Cl- Me- Isothiazolinone (MCI/MI), Cobalt Dichloride, Colophony, Diazolidinyl Urea, Disperse blue 106, Epoxy Resin, Ethylenediamine Dihydrochloride, Formaldehyde, Fragrance Mix, Gold sodium thiosulfate, Hydrocortizone-17-butyrate, Imidazolidinyl Urea, Mercapto Mix, Mercaptobenzothiazole, Neomycin Sulfate, Nickel Sulfate, Paraben Mix, Parthenolide, Potassium Dichromate, p-Phenylenediamine, p-tert-Butylphenol Formaldehyde Resin, Quaternium-15, Quinoline Mix, Thimerosal, Thiuram Mix, Tixocortol-21-pivalate and Wool Alcohols.

Patch testing to the common metal antigens included the following NEGATIVE results:
* Aluminum Hydroxide.
* Ammonium Heptamolybdate.
* Chromium Chloride.
* Cobalt Chloride.
* Nickel Sulfate Hexahydrate.
* Titanium Oxide.
* Vanadium Pentoxide
* Manganese Chloride.
* Gold Sodium Thiosulfate.
* Vaseline Control.

He is positive to the methylmethacrylate. We have called and left a message with Dr. Popham's office and are awaiting call back. We would like to test him to other bone cements.

>-----> Electronic scribing has been performed by Devon R. Howling, LPN, while in the presence and under the direct supervision of Jeremy D. Jones, M.D., who has reviewed the material for accuracy. <-----<.

## Follow up:

*Please call our office if you have any questions, (502-426-1621).*
*Yours truly,*
*<Signature>*
*Jeremy Jones , MD*

**Lincoln/R. Johnson 0788**

Progress Notes - 08/14/2017                    (THU)DEC 21 2017 19:00/ST. 18:58/No. 6854817455  P  6

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.                                          ORTHOPAEDIC SURGERY
R. JOHN ELLIS, JR., M.D.                                                          FRACTURES
MARK E. PETRIK, M.D.                                                         JOINT REPLACEMENT
LAWRENCE A. SCHAPER, M.D.                  **ELLIS & BADENHAUSEN**            SPORTS MEDICINE
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                     **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**            Richard L Johnson
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**         08/14/2017
**Account #:**          545850
**Attending Provider:** G J. Popham MD
**Primary Provider:**   Moore, Thomas MD
**Referring Provider:**

......................................................................................................................

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee followup visit.

**History of Present Illness**
Patient states he has had the allergy testing on his left total knee arthroplasty. He states that it was negative for the appliance itself but are waiting to see the results of reaction to the bone cement. His pain continues to be all around the left knee. He continues to go to physical therapy twice a week.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
    - Rotator cuff repair Left 6/9/2016
    - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
    - Surgery of the left knee - Arthroscopy 2005

**Family History**

**Lincoln/R. Johnson 0789**

**Patient Name: Richard L Johnson**                    **Date: 08/14/2017**

Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight
change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** Polydipsia and excessive sweating.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms, no anxiety, and no depression.  Sleep disturbances.
**Skin:** No skin symptoms.

**Physical Findings**
Examination of the left knee reveals 0-95 degrees of flexion, and no effusion. His skin is warm, dry
and intact. He is neurovascularly intact.

**Assessment**
Contracture of the left knee.

**Discussed**
   • Reviewed orthopedic surgery limitations and risks: Risks including but not limited to death,
pulmonary embolism, phlebitis, wound-healing problems, arthrofibrosis or stiffness, neurovascular
injury, possible continued pain and loss of function after surgery, and infection and problems
associated with infections were reviewed with patient;
   • Reviewed risks, benefits, and limitations discussed and understood - patient wishes to
proceed . Patient verbalized understanding;
   • Reviewed pre-op reinforcement of the risks and benefits of the procedure, rehabilitation and
postoperative course were discussed.
      Questions were answered to the patient's satisfaction
      No guarantees were given

**Plan**
I reviewed his lab results today which showed his C reactive protein was .06 and his white blood
cell count was 6.3. I do not think he has a cement allergy. I think most of his pain is coming from
the scar tissue in the left knee. Because of the continued tightness in the knee, I would recommend
a left knee arthroscopic lysis of adhesions and closed. If he continues to have pain after the

**Lincoln/R. Johnson 0790**

　　　　　(THU)DEC 21 2017 19:01/ST. 18:58/No. 6854817455 P  8

**Patient Name: Richard L Johnson**　　　　　　　　　　　**Date: 08/14/2017**

arthroscopy, we could consider doing a poly exchange. I filled out his work paperwork today. He will continue to be off work at this time. I will see him back in office at his first post-op visit.

EASTPOINT

Entered by Brooke Haley, acting as scribe for Dr. G. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham**　　**Date: 08/17/2017 11:06**

Electronically approved by: Jeffrey Popham　　**Date: 08/17/17 11:06**

**Lincoln/R. Johnson 0791**

Progress Notes - 08/12/2017                    (THU)DEC 21 2017 19:02/ST. 18:58/No. 6854817455  P 20

# KENTUCKIANA ALLERGY

John Richm,MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanetos, MD | Michael Nall, MD
Laura Manley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky. 40222
(502-426-1621)   www.kyaai.com

DATE: 08/12/2017

Re: RICHARD  JOHNSON
D.O.B.:              61 year(s) 10 month(s)
Race: Unknown. Ethnicity: Unreported/Refused to Report R. Gender: Male, Language: English

## Current Diagnosis:
L30.8          Other specified dermatitis

## History of Present Illness:

## Current Medications:
1 Diphenhydramine 25 Mg Capsule (Other MD)  SIG: 1 TAB PRN
2 Flonase 0.05% Nasal Spray 50 Mcg/actuation (Other MD)  SIG: 2 sprays each nostril qd
3 Testosterone Cyp 200 Mg/ml (Other MD)  SIG: Inject into the muscle every 2 weeks

## Drug Allergy:
No Known Drug Allergies

## Social History:

## ROS:

## Vital signs: Temp: , Pulse: , Resp: , BP:

## Results, Assessment and Plan:

*** DERMATITIS ***.

Control: somewhat controlled.

Patch testing utilizing the TruTest (36 panel) has been completed and interpreted, the results of which have demonstrated
POSITIVES to: Methyldibromo glutaronitrile.

The following antigens were found to be NEGATIVE on the TruTest (36 panel): 2-Bromo-2-nitropropane-1,3-diol (Bronopol),
Bacitracin, Balsam of Peru, Black Rubber Mix, Budesonide, Caine Mix, Carba Mix, CI+ Me- Isothiazolinone (MCI/MI),
Cobalt Dichloride, Colophony, Diazolidinyl Urea, Disperse blue 106, Epoxy Resin, Ethylenediamine Dihydrochloride,
Formaldehyde, Fragrance Mix, Gold sodium thiosulfate, Hydrocortizone-17-butyrate, Imidazolidinyl Urea, Mercapto Mix,
Mercaptobenzothiazole, Neomycin Sulfate, Nickel Sulfate, Paraben Mix, Parthenolide, Potassium Dichromate,
p-Phenylenediamine, p-tert-Butylphenol Formaldehyde Resin, Quaternium-15, Quinoline Mix, Thimerosal, Thiuram Mix,
Tixocortol-21-pivalate and Wool Alcohols.

Patch testing to the common metals has been completed and interpreted, the results of which have demonstrated POSITIVES to.
Bone cement.

Patch testing to the common metal antigens included the following NEGATIVE results:
* Aluminum Hydroxide.
* Ammonium Heptamolybdate.

**Lincoln/R. Johnson 0792**

Progress Notes - 08/12/2017                 (THU)DEC 21 2017 19:02/ST. 18:58/No. 6854817455 P 21

* Chromium Chloride.
* Cobalt Chloride.
* Nickel Sulfate Hexahydrate.
* Titanium Oxide.
* Vanadium Pentoxide.
* Manganese Chloride.
* Gold Sodium Thiosulfate.
* Vaseline Control.

At his last visit, some erythema was noted to the bone cement (Simplex-P) which we initially thought was secondary to the tape. For further investigation, we re-applied another patch of the bone cement. The initial patch to the bone cement was erythematous again today, but the second patch applied on Thursday was negative. We are suspicious that his reactions may be somewhat delayed which would explain one positive (older) patch and a second negative (more recent) patch. We will see him back in 4 additional days to review the second patch and hopefully ascertain additional information.

**Follow up:**
as scheduled

*Please call our office if you have any questions, (502-426-1621).*
*Yours truly,*
*<Signature>*
*Jeremy Jones , MD*

**Lincoln/R. Johnson 0793**

# KENTUCKIANA ALLERGY

John Richm,MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanctos, MD | Michael Nall, MD
Laura Munley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky, 40222
(502-426-1621)  www.kyaai.com

DATE: 08/08/2017

Re: RICHARD JOHNSON
D.O.B.:          61 year(s) 9 month(s)
Race: Unknown. Ethnicity: Unreported/Refused to Report R. Gender: Male, Language:  English

### Current Diagnosis:

### History of Present Illness:
Rash / Itching.
HISTORIAN: Patient.
NEW PATIENT VISIT.

DERMATITIS NOS L30.9.
His symptoms have been present for 6 months.
His skin symptoms include the following:
* no itching.
* moderate redness.
* no hives.
* moderate swelling.
* no excoriation.
Location: left knee.
Overall, the patient's symptoms have continued to bother him.
Medications: please see enclosed Medication list
——————————.

### Current Medications:
1 Diphenhydramine 25 Mg Capsule (Other MD) SIG: 1 TAB PRN
2 Flonase 0.05% Nasal Spray 50 Meg/actuation (Other MD) SIG: 2 sprays each nostril qd
3 Testosterone Cyp 200 Mg/ml (Other MD) SIG: Inject into the muscle every 2 weeks

### Drug Allergy:
No Known Drug Allergies

### Social History:
He is Married.
Smoking Status:
Patient has never smoked or used tobacco products.
He drinks alcohol weekly.
He has Cats Dogs.
He is currently working as a Chief Engineer.
He lives in a House, which has central air, "Walk-out Ranch".

### ROS:
Constitutional: denies any significant fatigue, malaise, weight gain or weight loss.
Neuro: (-) Headaches, (-) Migraines, (-) Dizziness.
Eyes: Denies ocular Itching, discharge, redness, vision changes.
Ears, Nose, Throat: (-) Ringing (-) Fullness (-) Hearing Loss (-) Ear Tubes (+) Congestion (-)
Runny Nose (-) Sneezing (-) Itchy Nose (-) Sinus Pain (+) loss of smell (-) Sore Throat (+) Post
Nasal Drip (+) Throat Swelling (-) Itchy Throat (+) throat clearing (-) mouth breathing (+) snoring.

**Lincoln/R. Johnson 0794**

Progress Notes - 08/08/2017

**CardioVascular:** denies chest pain, irregular heart beat, palpatations.
**Lungs:** (+) Chest Congestion (-) Chest Tightness (-) Wheezing (+) Cough (-) Shortness of Breath (-) Dyspnea with Exercising.
**Gastric:** denies vomiting, diarrhea, nausea, reflux, abdominal cramping.
**Skin:** denies itching, rash, hives, swelling, eczema,.
**Hematologic:** denies anemia, easy bruising, bleeding, skin pallor.
**Immunologic:** Patient denies problems with recurrent respiratory, gastrointestinal, skin, or other infections.
**Endocrine:** (+) Excessive Thirst (-) Excessive Hunger (-) Heat Intolerance (-) Cold Intolerance (-) Fast Heart Rate (-) Thyroid problems.

**Vital signs:** Temp: 98.0 F, Pulse: 72, Resp: 16, BP: 99/71

**Results, Assessment and Plan:**

\*\*\* DERMATITIS \*\*\*.

Control: poorly controlled.

For further evaluation, patch testing has been applied to the patient's back in an effort to determine if a contact allergy is present.

Mr. Johnson presents with continued left knee pain and swelling after orthopedic knee surgery with knee replacement. Given his continued symptoms, metal allergy is considered a possibility, and he presents for consultation and allergy patch testing.

**Follow up:**
2 Day(s)  RP

*Please call our office if you have any questions, (502-426-1621).*
*Yours truly,*
*<Signature>*
*Jeremy Jones , MD*

**Lincoln/R. Johnson 0795**

Johnson, Richard L (MR # EP01810172)

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Johnson, Richard L | Male | | |

## Operative Report by Popham, G Jeffrey, MD at 9/13/2017 11:39 AM

| Author: Popham, G Jeffrey, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 9/13/2017 11:39 AM | Date of Service: 9/13/2017 11:39 AM | Status: Signed |

Editor: Popham, G Jeffrey, MD (Physician)

## Operative Report

**NWC MAIN OR**

**Patient**: Richard L Johnson
**Age**:    61 yr/o
**DOB**:
**Sex**:    male

**Medical Record**: EP01810172

**Date of Operation/Procedure**: 9/13/2017

**Pre-operative Diagnosis Code**: Pre-Op Diagnosis Codes:
  * Arthrofibrosis of knee joint, left [M24.662]

**Pre-operative Diagnosis Free Text**: Arthrofibrosis of knee joint, left [M24.662]

**Post-operative Diagnosis**: No change from Preoperative Diagnosis

**Surgeon(s) and Role:**
  * **Popham, G Jeffrey, MD - Primary**

**Name of Operation/Procedure**: Procedure(s) and Anesthesia Type:
  * KNEE ARTHROSCOPY, LYSIS OF ADHESIONS  - General
  * CLOSED MANIPULATION KNEE - General

**Indications for Operation/Procedure**:   Pain/ Stiffness

**Findings/Complications**:

**Description of procedure**: Left knee arthroscopy, lysis of adhesions

**Specimens**:

N/A

**Estimated Blood Loss**: Minimal

**Lincoln/R. Johnson 0796**

(THU)DEC 21 2017 19:03/ST. 18:58/No. 6854817455 P 27

Johnson, Richard L (MR # EP01810172)

**Patient Information**

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Johnson, Richard L | Male | | |

**Transcription**

| Type | ID | Status | Author |
|---|---|---|---|
| Operative/Procedure Report | TXT6921514 | Unauthenticated | Popham, G Jeffrey, MD |

**Preliminary until signed**

Transcription Text

OPERATIVE/PROCEDURE REPORT

```
FACILITY:          NORTON WOMENS AND CHILDRENS HOSPITAL
UNIT/AGE/GENDER:   PERIOP    SDC    61Y    M
PATIENT NAME/DOB:  JOHNSON, RICHARD L
UNIT NUMBER:       EP01810172
ACCOUNT NUMBER:    10046926698
```

DATE OF OPERATION(S)/PROCEDURE(S): 09/13/2017

PREOPERATIVE DIAGNOSIS: Left knee arthrofibrosis.

POSTOPERATIVE DIAGNOSIS: Same.

PROCEDURE(S) PERFORMED:
1. Left knee arthroscopy with arthroscopic lysis of adhesions.
2. Closed manipulation of left knee.

SURGEON(S): G. Jeffrey Popham, M.D.

ASSISTANT(S): Chad Reigel, CFA.

ANESTHESIA: General.

DESCRIPTION OF PROCEDURE(S): The patient was taken to the Operating Room and placed in the supine position under general anesthesia. The left lower extremity was prepped and draped in normal sterile fashion. The anteromedial and anterolateral arthroscopic portals were established in standard fashion, and a systematic inspection of the knee was begun. In the medial compartment, the polyethylene and metallic arthroplasty components were normal, as were in the lateral compartment. There was a scar tissue bandage at the intracondylar notch which was removed with a shaver. The camera was directed toward the patellofemoral articulation. There was scarring in the suprapatellar pouch, medial and lateral gutters. A cautery wand was used to remove the scar tissue. Once that was complete, the knee was gently manipulated. Range of motion was 3 to 130 degrees

Johnson, Richard L (MR # EP01810172) Printed by McCuen, Glenda G [PHYSG4WD] a...   Page 1 of 2

**Lincoln/R. Johnson 0797**

(THU)DEC 21 2017 19:04/ST. 18:58/No. 6854817455 P 28

Johnson, Richard L (MR # EP01810172)

of flexion intraoperatively. Local anesthetic was infiltrated
around the wound edges and into the knee joint. The wounds were
closed with 4-0 Vicryl in a simple interrupted buried fashion.
Mastisol, Steri-Strips and a soft sterile dressing were applied.
The patient was awakened in the Operating Room and taken to the
Recovery Room awake, alert and in stable condition.

COMPLICATION(S): None.

SPECIMEN(S): None.

ESTIMATED BLOOD LOSS: Minimal.

G. JEFFREY POPHAM, M.D.

D: 09/13/2017 11:44:14
T: 09/15/2017 09:45:02/jhd
Job I.D. 9236686

COPY TO:

PRELIMINARY - SIGNED COPY IS FINAL

Lincoln/R. Johnson 0798

**Other Records**

(THU)DEC 21 2017 19:02/ST. 18:58/No. 6854817455 P 16

# KENTUCKIANA ALLERGY

John Richm,MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanctos, MD | Michael Nall, MD
Laura Manley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky. 40222
(502-426-1621)   www.kyaai.com

08/08/2017

RE:   **RICHARD JOHNSON**
          61 year(s) 9 month(s)

*Dear Colleague:*

*I had the recent privilege of seeing your patient on Aug 08, 2017 and sincerely appreciate the opportunity to participate in his medical care.*

*Included within this correspondence, please find a copy of the visit note for your review and records.*

*At Kentuckiana Allergy, we strive to provide excellence in every aspect of our practice, and if you ever have any questions, please do not hesitate to call our office at (502) 426-1621.*

*Warmest regards,*

<Signature>

*Jeremy Jones MD*

**Lincoln/R. Johnson 0799**

Other Records

# KENTUCKIANA ALLERGY

John Riehm, MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanetos, MD | Michael Nail, MD
Laura Manley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky, 40222
(502-426-1621)  www.kyaai.com

08/12/2017

RE:    **RICHARD JOHNSON**
                61 year(s) 10 month(s)

*Dear Colleague:*

*I had the recent privilege of seeing your patient on Aug 12, 2017  and sincerely appreciate the opportunity to participate in his medical care.*

*Included within this correspondence, please find a copy of the visit note for your review and records.*

*At Kentuckiana Allergy, we strive to provide excellence in every aspect of our practice, and if you ever have any questions, please do not hesitate to call our office at (502) 426-1621.*

*Warmest regards,*

<Signature>

*Jeremy Jones MD*

**Lincoln/R. Johnson 0800**

(THU)DEC 21 2017 19:03/ST. 18:58/No. 6854817455 P 22

# KENTUCKIANA ALLERGY

John Riehm,MD | Dan Garcia, MD | Stuart White, MD | Jeremy Jones, MD | Douglas Tzanetos, MD | Michael Nall, MD
Laura Manley, MSN, APRN | Lori Huffman, MSN, APRN
9113 Leesgate Road, Louisville, Ky, 40222
(502-426-1621)   www.kyasi.com

08/15/2017

RE:    **RICHARD JOHNSON**
            61 year(s) 10 month(s)

*Dear Colleague:*

*I had the recent privilege of seeing your patient on Aug 15, 2017  and sincerely appreciate the opportunity to participate in his medical care.*

*Included within this correspondence, please find a copy of the visit note for your review and records.*

*At Kentuckiana Allergy, we strive to provide excellence in every aspect of our practice, and if you ever have any questions, please do not hesitate to call our office at (502) 426-1621.*

*Warmest regards,*

<Signature>

*Jeremy Jones MD*

**Lincoln/R. Johnson 0801**

**Request Corr.**

(THU)DEC 21 2017 18:59/ST. 18:58/No. 6854817455 P  1

Walter E. Badenhausen, Jr., M.D.
R. John Ellis, Jr., M.D.
Mark E. Petrik, M.D.
Lawrence A. Schaper, M.D.
Mark G. Smith, M.D.
G. Jeffrey Popham, M.D.
Akbar Nawab, M.D.
Michael L. Salamon, M.D.
Matthew R. Price, M.D.
Daniel E. Rueff, M.D.
Erin Gish PA-C, ATC



**ELLIS &**
**BADENHAUSEN**
ORTHOPAEDICS, PSC

# FACSIMILE TRANSMITTAL

**ELLIS & BADENHAUSEN, ORTHOPAEDICS**
**13151 MAGISTERIAL DR. STE. 200**
**LOUISVILLE, KY 40223**

**PHONE#: 502-587-1236 EXT. 2206**
**FAX#: 502-736-0076**

**DATE:** 12/31/17　　　　**FROM: JUANITA**

**TO:** Liberty Mutual

**FAX#:** 213-884-4921　**#PAGES** 28

**RE:** Richard Johnson CI# 7521853

**FOR REVIEW　　PLEASE COMMENT　　PLEASE REPLY　　URGENT**

*IF THIS DOCUMENT IS RECEIVED BY THE WRONG PARTY, PLEASE CONTACT ELLIS &*
*BADENHAUSEN ORTHOPAEDICS AT 502-587-1236*

NOTE: THIS REPORT IS CONFIDENTIAL. The information has been disclosed to you from records
whose confidentiality is protected by federal law. Federal regulations prohibit you from making further
disclosure of this information unless further disclosure is expressly permitted in the patient's written
consent or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical
information is not sufficient for this purpose.

**Lincoln/R. Johnson 0802**

Received:6266289628                              Dec 11 2017 02:18pm        P001
From WFI Incorporated 1.626.628.9628 Mon Dec 11 11:52:24 2017 MST Page 1 of 4



**Liberty Life Assurance Co. of Boston**
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO  63376

Dec 11, 2017

ELLIS & BADENHAUSEN ORTHOP.            Re:  **Long Term Disability Benefits**
13151 MAGISTERIAL DR STE 200           Claim# 7521053          3684515
ATTN: MEDICAL RECORDS                  Claimant: JOHNSON, RICHARD
LOUISVILLE, KY  40223                  Claimant DOB:

Dear JUANITA   ext 2206,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:

**From August 1, 2017 to Present**

Please provide records.  - Seen By: POPHAM, DR

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the
requested information may result in an adverse benefit or claim determination.  The information can be
faxed to our office at our secure fax number  (213) 884-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and
the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP
reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under
HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected
against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company.  This authorization specifically allows you to release medical information to Liberty Mutual,
and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rose Europa
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:   (213) 884-4921

**Lincoln/R. Johnson 0803**

 ReleasePoint

# Quality Assurance Report

## Request Information

Report Date:   December 22, 2017      **RP ID:**   3684515

Patient Name:   JOHNSON, RICHARD

Provider Name:   ELLIS & BADENHAUSEN ORTHOP.

## Quality Assurance Information

Special Request:    Please provide records.  - Seen By: POPHAM, DR

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By:   CPIAO

**From August 1, 2017 to Present**

**Lincoln/R. Johnson 0804**



**Liberty Mutual®**

**INSURANCE**

Liberty Life Assurance Company of Boston

# GROUP DISABILITY INCOME POLICY

**Sponsor:**          Lantech, Inc.

**Policy Number:**  GF3-890-463163-01

**Effective Date:**   October 1, 2014

**Governing Jurisdiction** is **Kentucky** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each October 1st beginning in 2015.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

SECRETARY                                                    PRESIDENT

**NON-PARTICIPATING**

**FORM ADOP**

**Lincoln/R. Johnson 0805**

LMG                    11/30/2017 3:36:27 PM   PAGE   2/045   Fax Server

## TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

**Form ADOP-TOC**                                      **Table of Contents**

**Lincoln/R. Johnson 0806**

LMG                    11/30/2017 3:36:27 PM  PAGE   3/045   Fax Server

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 40 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1:          All full-time Employees

**Note:**    This policy does not cover the following Employees:  Temporary and seasonal Employees, Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1.      If the Covered Person is employed by the Sponsor on the policy effective date - 90 days of continuous, Active Employment

2.      If the Covered Person begins employment for the Sponsor after the policy effective date - 60 days of continuous, Active Employment

**Employee Contributions Required:**

No

**Form ADOP-SCH-1**                                    **Schedule of Benefits**

GF3-890-463163-01 R (1) Effective October 1, 2015

**Lincoln/R. Johnson 0807**

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

180 days

**Amount of Insurance:**

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $8,000.00 less
Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:** $13,333.33

**Own Occupation Duration:**

36 Month Own Occupation

**Form ADOP-SCH-3**                                                      **Schedule of Benefits**

**Lincoln/R. Johnson 0808**

LMG                    11/30/2017 3:36:27 PM  PAGE   5/045   Fax Server

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

\* SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

**Form ADOP-SCH-4**                                                  **Schedule of Benefits**

**Lincoln/R. Johnson 0809**

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1.  on a full-time basis and paid regular earnings;

2.  for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

    a.  at the Sponsor's usual place of business; or
    b.  at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1.  a weekend (except where one or both of these days are scheduled work days);
2.  holidays (except when the holiday is a scheduled work day);
3.  paid vacations;
4.  any non-scheduled work day;
5.  an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6.  an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**Form ADOP-DEF-1**                                                    **Definitions**

**Lincoln/R. Johnson 0810**

## SECTION 2 - DEFINITIONS
### (Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins.  However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Covered Person"** means an Employee insured under this policy.

**Form ADOP-DEF-2**                                                                                        **Definitions**

**Lincoln/R. Johnson 0811**

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

   i.      that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

   ii.     thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

   **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

   1.   is payable under a Retirement Plan due to Disability as defined in that plan; and

   2.   does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**Form ADOP-DEF-3**                                                      **Definitions**

**Lincoln/R. Johnson 0812**

## SECTION 2 - DEFINITIONS
(Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**Form ADOP-DEF-4**                                                      **Definitions**

**Lincoln/R. Johnson 0813**

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**Form ADOP-DEF-5**                                                                 **Definitions**

**Lincoln/R. Johnson 0814**

## SECTION 2 - DEFINITIONS
(Continued)

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes.  For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**Form ADOP-DEF-6**                                               **Definitions**

**Lincoln/R. Johnson 0815**

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**Form ADOP-DEF-7**                                                    **Definitions**

**Lincoln/R. Johnson 0816**

## SECTION 2 - DEFINITIONS
### (Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1.  perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2.  perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3.  earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1.  is licensed to practice medicine and is practicing within the terms of his license; or

2.  is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**Form ADOP-DEF-8**                                                      **Definitions**

**Lincoln/R. Johnson 0817**

## SECTION 2 - DEFINITIONS
### (Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2. does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3. is payable upon:

    a. early or normal retirement; or
    b. Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**Form ADOP-DEF-9**                                          **Definitions**

**Lincoln/R. Johnson 0818**

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1.  which is part of any Federal, State, Municipal or Association retirement system; or

2.  for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

**Form ADOP-DEF-10**                                                    **Definitions**

**Lincoln/R. Johnson 0819**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1. this policy's effective date; or

2. the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Form ADOP-ELG-1**                                    **Eligibility and Effective Dates**

**Lincoln/R. Johnson 0820**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

Form ADOP-ELG-2                                     Eligibility and Effective Dates

**Lincoln/R. Johnson 0821**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1.  the authorized leave is in writing;

2.  the required premium is paid;

3.  the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4.  continuation of coverage will cease immediately if any one of the following events should occur:

    a.  the Covered Person returns to work;
    b.  this group insurance policy terminates;
    c.  the Covered Person is no longer in an eligible class;
    d.  nonpayment of premium when due by the Sponsor or the Covered Person;
    e.  the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 12 months of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date. If a former Employee is re-hired by the Sponsor more than 12 months after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

Form ADOP-ELG-7

Family and Medical Leave/Rehire
Eligibility and Effective Dates

**Lincoln/R. Johnson 0822**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of 30 days. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off

The Covered Person's coverage will not continue beyond a period of 30 days. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lincoln/R. Johnson 0823**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy.  If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy.  However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

Form ADOP-ELG-9

**Transfer Provision**
**Eligibility and Effective Dates**

**Lincoln/R. Johnson 0824**

## SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy.  The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1.  Disability;

2.  Regular Attendance of a Physician; and

3.  Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense.  In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1.  exceed the Covered Person's Amount of Insurance; or

2.  be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1.  Take the lesser of:

    a.  the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

    b.  the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2.  Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**Form ADOP-LTD-1**

**Long Term Disability**
**Standard Integration**

**Lincoln/R. Johnson 0825**

LMG                    11/30/2017 3:36:27 PM   PAGE   22/045    Fax Server

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy.  To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1.  Partial Disability;

2.  Regular Attendance of a Physician; and

3.  Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense.  In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Loss of Earnings Monthly Calculation with Work Incentive Benefit**

For the first 24 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings.  The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings.  If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, the Monthly Benefit will be calculated as follows:

1.  The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled.  This figure represents the amount of lost earnings.

2.  Multiply the amount of lost earnings by 75%; and then

3.  deduct Other Income Benefits (shown in the Other Income Benefits and Other Income Earnings provision of this policy) from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

<div style="text-align:right">

**Long Term Partial Disability with Work Incentive**
**Loss of Earnings**

</div>

Form ADOP-LTD-4

<div style="text-align:right">

**Lincoln/R. Johnson 0826**

</div>

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**Lincoln/R. Johnson 0827**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased by 10.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

**Form ADOP-LTD-8**

**Long Term Disability
Rehabilitation**

**Lincoln/R. Johnson 0828**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment.  The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

**Form ADOP-LTD-9**

**Long Term Disability
Rehabilitation**

**Lincoln/R. Johnson 0829**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1.  after Disability had continued for 180 or more consecutive days; and

2.  while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children. However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property. This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**Form ADOP-LTD-10**

**Long Term Disability
3 Month Survivor**

**Lincoln/R. Johnson 0830**

## SECTION 4 - DISABILITY INCOME BENEFITS
### (Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1.   $2,000.00; or

2.   the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1.   the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2.   any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and

3.   the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1.   the proposed modifications have been made; and

2.   written proof of the expenses incurred by the Sponsor has been provided to Liberty; and

3.   Liberty has received proof that the Covered Person has returned to and/or remains at work.

Lincoln/R. Johnson 0831

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1. The amount for which the Covered Person is eligible under:

   a. Workers' or Workmen's Compensation Laws;
   b. Occupational Disease Law;
   c. Title 46, United States Code Section 688 (The Jones Act);
   d. any work loss provision in mandatory "**No-Fault**" auto insurance;
   e. Railroad Retirement Act;
   f. any governmental compulsory benefit act or law; or
   g. any other act or law of like intent.

2. The amount of any Disability benefits which the Covered Person is eligible to receive under:
   a. any other group insurance plan of the Sponsor;
   b. any governmental retirement system as a result of his employment with the Sponsor ; or
   c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

   a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
   b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

   a. the Covered Person receives or is eligible to receive; and
   b. his spouse, child or children receives or are eligible to receive because of his Disability; or
   c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5. Any amount the Covered Person receives from any unemployment benefits.

Form ADOP-LTD-22

**Long Term Disability Primary and Family Integration**
**Other Income Benefits and Other Income Earnings**

**Lincoln/R. Johnson 0832**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

**Lincoln/R. Johnson 0833**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1.  provides satisfactory proof of application for Other Income Benefits;

2.  signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3.  if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4.  if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits.  In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty.  Such assistance will be provided only if Liberty determines that assistance would be beneficial.

Lincoln/R. Johnson 0834

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1.  loss of past or future wages;
2.  impaired earnings capacity;
3.  lessened ability to compete in the open labor market;
4.  any degree of permanent impairment; and
5.  any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1.  over the period of time such benefits would have been paid if not in a lump sum; or

2.  if such period of time cannot be determined, the lesser of:

    a.  the remainder of the Maximum Benefit Period; or
    b.  5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy.  This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis.  The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1.  the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2.  the date the Covered Person fails to cooperate in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Form ADOP-LTD-25**                                                    **Long Term Disability**

**Lincoln/R. Johnson 0835**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Liberty according to the individually written Rehabilitation Program;

8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Basic Monthly Earnings has been exceeded.

9. the date the Covered Person is no longer Disabled according to this policy;

10. the end of the Maximum Benefit Period; or

11. the date the Covered Person dies.

**Form ADOP-LTD-26**                                                                    **Long Term Disability**

**Lincoln/R. Johnson 0836**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1. returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2. performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

Form ADOP-LTD-27

Long Term Disability
Successive Disability

**Lincoln/R. Johnson 0837**

## SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1.  war, declared or undeclared, or any act of war;

2.  intentionally self-inflicted injuries, while sane or insane;

3.  active Participation in a Riot;

4.  the committing of or attempting to commit a felony or misdemeanor;

5.  cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or

6.  a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

**Form ADOP-EXC-1**                                                    **General Exclusions**

**Lincoln/R. Johnson 0838**

## SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

Long Term Disability
3-12 Pre-Existing Exclusion

**Lincoln/R. Johnson 0839**

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1.  the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2.  the date the Covered Person is no longer in an eligible class;

3.  the date the Covered Person's class is no longer included for insurance;

4.  the date employment terminates.  Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a.  the Elimination Period; and
    b.  any period during which premium is being waived.

5.  the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Form ADOP-TER-1**                                         **Termination Provisions**

**Lincoln/R. Johnson 0840**

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1.  Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2.  If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period.  The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date.  This policy will not terminate during any period for which premium has been paid.  The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3.  Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

    a.  the number of Employees insured is fewer than 10; or

    b.  less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

    c.  the Sponsor fails:

        i.   to furnish promptly any information which Liberty may reasonably require; or
        ii.  to perform any other obligations pertaining to this policy.

4.  Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months.  Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5.  Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Form ADOP-TER-2**                                              **Termination Provisions**

**Lincoln/R. Johnson 0841**

## SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1.  This policy is the entire contract. It consists of:

    a.  all of the pages; and
    b.  the attached signed Application of the Sponsor.

2.  This policy may be changed in whole or in part.  Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3.  No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons.  It will state:

1.  the name of the insurance company and the policy number;
2.  a description of the insurance provided;
3.  the method used to determine the amount of benefits;
4.  to whom benefits are payable;
5.  limitations or reductions that may apply;
6.  the circumstances under which insurance terminates; and
7.  the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty.  This right may be used as often as reasonably required.

**Form ADOP-GNP-1**                                          **General Provisions**

**Lincoln/R. Johnson 0842**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1.  The Sponsor will furnish at regular intervals to Liberty:

    a.  information relative to Employees:

        i.   who qualify to become insured;
        ii.  whose amounts of insurance change; and/or
        iii. whose insurance terminates.

    b.  any other information about this policy that may be reasonably required.

    The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2.  Clerical error or omission will not:

    a.  deprive an Employee of insurance;
    b.  affect an Employee's Amount of Insurance; or
    c.  effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder.  Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue.  The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1.  until 60 days after Proof of claim has been given; or

2.  more than three years after the time Proof of claim is required.

**Form ADOP-GNP-2.1**                                    **General Provisions**

**Lincoln/R. Johnson 0843**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1. **Notice**

   a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

   b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

   a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.

   b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

   c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $1,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

**Lincoln/R. Johnson 0844**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees). No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault. These subrogation rights will extend only to recovery of the amount Liberty has paid. The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

**Form ADOP-GNP-4**                                          **General Provisions**

**Lincoln/R. Johnson 0845**

LMG                    11/30/2017 3:36:27 PM  PAGE  42/045  Fax Server

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

**Form ADOP-GNP-5**                                        **General Provisions**

**Lincoln/R. Johnson 0846**

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy.  Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1.  a change occurs in the policy design;

2.  a division, subsidiary or Associated Company is added to or deleted from this policy;

3.  when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4.  a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance.  Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1.  All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent.  The due dates are specified on the first page of this policy.

2.  All payments made to or by Liberty shall be in United States dollars.

3.  If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4.  The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates.  This manner of charging premium is for accounting purposes only.  It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5.  If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6.  Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1.  the current policy year; and

    2.  the immediately preceding policy year.

**Form ADOP-PRE-1**                                                                 Premiums

**Lincoln/R. Johnson 0847**

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 31 days following a premium due date, other than the first, during which premium payment may be made.  During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

**Form ADOP-PRE-2**                                                             Premiums

**Lincoln/R. Johnson 0848**

# AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy:  GF3-890-463163-01

| Changes | Additions | Deletions |
|---------|-----------|-----------|
| Revised the Eligibility Waiting Period for new hires | Form ADOP-SCH-1 R (1) | Form ADOP-SCH-1 |

The effective date of this change is <u>October 1, 2015.</u>

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 25th day of November, 2015.

Issued to and Accepted by:


<u>Lantech, Inc.</u>
**Sponsor**


By _____
**Signature and Title of Officer**



**Liberty Life Assurance Company of Boston**



Stephen J. McAnna



**Form ADOP-AMENDMENT**                          **Delete/Add Policy Pages**



**Lincoln/R. Johnson 0849**

```
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
```

```
MR. RICHARD JOHNSON
```

**Lincoln/R. Johnson 0850**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

November 30, 2017

Mr. Richard Johnson


RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853

Dear Mr. Richard Johnson:

Please see the inclued copy of the Long Term Disability contract as requested.

If you have any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:   7521853-EMPLOYER-CORRESPONDENCE-11.30.2017

1  of 1

**Lincoln/R. Johnson 0851**

LMG                     11/30/2017 3:36:27 PM  PAGE   1/045   Fax Server



**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston

## GROUP DISABILITY INCOME POLICY

**Sponsor:**     Lantech, Inc.

**Policy Number:**   GF3-890-463163-01

**Effective Date:**    October 1, 2014

**Governing Jurisdiction** is **Kentucky** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each October 1st beginning in 2015.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions. This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent. Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02117

SECRETARY                         PRESIDENT

**NON-PARTICIPATING**

**FORM ADOP**

**Lincoln/R. Johnson 0852**

LMG                    11/30/2017 3:36:27 PM   PAGE   2/045   Fax Server

# TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

Form ADOP-TOC                                              Table of Contents

**Lincoln/R. Johnson 0853**

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 40 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1:        All full-time Employees

**Note:**   This policy does not cover the following Employees:  Temporary and seasonal Employees, Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1.      If the Covered Person is employed by the Sponsor on the policy effective date - 90 days of continuous, Active Employment

2.      If the Covered Person begins employment for the Sponsor after the policy effective date - 60 days of continuous, Active Employment

**Employee Contributions Required:**

No

Form ADOP-SCH-1                                         Schedule of Benefits

GF3-890-463163-01 R (1) Effective October 1, 2015

**Lincoln/R. Johnson 0854**

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

180 days

**Amount of Insurance:**

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $8,000.00 less
Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based: $13,333.33**

**Own Occupation Duration:**

36 Month Own Occupation

**Form ADOP-SCH-3**                                    **Schedule of Benefits**

**Lincoln/R. Johnson 0855**

LMG                         11/30/2017 3:36:27 PM  PAGE   5/045   Fax Server

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

\*   SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

**Form ADOP-SCH-4**                                          **Schedule of Benefits**

**Lincoln/R. Johnson 0856**

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy.  The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA 02493.

**Form ADOP-DEF-1**                                                      **Definitions**

**Lincoln/R. Johnson 0857**

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Covered Person"** means an Employee insured under this policy.

**Form ADOP-DEF-2**                                                    **Definitions**

**Lincoln/R. Johnson 0858**

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

    i.    that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

    ii.    thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

    **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

    1.   is payable under a Retirement Plan due to Disability as defined in that plan; and

    2.   does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**Lincoln/R. Johnson 0859**

## SECTION 2 - DEFINITIONS
### (Continued)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

**Form ADOP-DEF-4**                                                          **Definitions**

**Lincoln/R. Johnson 0860**

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**Form ADOP-DEF-5**                                                                          Definitions

**Lincoln/R. Johnson 0861**

## SECTION 2 - DEFINITIONS
(Continued)

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1. for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2. for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1. any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2. any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**Form ADOP-DEF-6**                                                                    **Definitions**

**Lincoln/R. Johnson 0862**

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine. Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**Form ADOP-DEF-7**                                                          **Definitions**

**Lincoln/R. Johnson 0863**

LMG                          11/30/2017 3:36:27 PM  PAGE  13/045    Fax Server

## SECTION 2 - DEFINITIONS
### (Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1.  perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2.  perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3.  earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1.  is licensed to practice medicine and is practicing within the terms of his license; or

2.  is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**Form ADOP-DEF-8**                                                    **Definitions**

**Lincoln/R. Johnson 0864**

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1.  a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2.  an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3.  the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1.  is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2.  does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3.  is payable upon:

    a.  early or normal retirement; or
    b.  Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**Form ADOP-DEF-9**                                                        **Definitions**

**Lincoln/R. Johnson 0865**

## SECTION 2 - DEFINITIONS
(Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions.  The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1.  which is part of any Federal, State, Municipal or Association retirement system; or

2.  for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

**Form ADOP-DEF-10**                                                      **Definitions**

**Lincoln/R. Johnson 0866**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1.   this policy's effective date; or

2.   the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Form ADOP-ELG-1**                                        **Eligibility and Effective Dates**

**Lincoln/R. Johnson 0867**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

**Form ADOP-ELG-2**                                    **Eligibility and Effective Dates**

**Lincoln/R. Johnson 0868**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1.  the authorized leave is in writing;

2.  the required premium is paid;

3.  the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4.  continuation of coverage will cease immediately if any one of the following events should occur:

    a.   the Covered Person returns to work;
    b.   this group insurance policy terminates;
    c.   the Covered Person is no longer in an eligible class;
    d.   nonpayment of premium when due by the Sponsor or the Covered Person;
    e.   the Covered Person's employment terminates.

**Rehire Terms**

If a former Employee is re-hired by the Sponsor within 12 months of his termination date, all past periods of Active Employment with the Sponsor will be used in determining the re-hired Employee's Eligibility Date.  If a former Employee is re-hired by the Sponsor more than 12 months after his termination date, he is considered to be a new Employee when determining his Eligibility Date.

Lincoln/R. Johnson 0869

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of 30 days. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off

The Covered Person's coverage will not continue beyond a period of 30 days. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lincoln/R. Johnson 0870**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1. at the time of transfer are covered under the prior carrier's policy; and

2. are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1. the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2. the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1. Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2. if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

**Lincoln/R. Johnson 0871**

LMG                          11/30/2017 3:36:27 PM   PAGE   21/045    Fax Server

## SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy.  The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;

2. Regular Attendance of a Physician; and

3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense.  In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1. exceed the Covered Person's Amount of Insurance; or

2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1. Take the lesser of:

    a. the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

    b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**Form ADOP-LTD-1**

**Long Term Disability
Standard Integration**

**Lincoln/R. Johnson 0872**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1.  Partial Disability;

2.  Regular Attendance of a Physician; and

3.  Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Loss of Earnings Monthly Calculation with Work Incentive Benefit**

For the first 24 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, the Monthly Benefit will be calculated as follows:

1.  The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

2.  Multiply the amount of lost earnings by 75%; and then

3.  deduct Other Income Benefits (shown in the Other Income Benefits and Other Income Earnings provision of this policy) from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

<div style="text-align: right">

**Long Term Partial Disability with Work Incentive**

</div>

Form ADOP-LTD-4                                         <div style="text-align: right">**Loss of Earnings**</div>

**Lincoln/R. Johnson 0873**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

**Long Term Disability**
Form ADOP-LTD-7            **Mental Illness/Substance Abuse/Non-Verifiable Symptoms Limitation**

**Lincoln/R. Johnson 0874**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program.  Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit.  If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy.  To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1.  be Disabled and receiving benefits under this policy; and

2.  be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased by 10.00%.  The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program.  If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1.  when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2.  in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3.  when the Rehabilitation Program ends.

Long Term Disability
Rehabilitation

Form ADOP-LTD-8

**Lincoln/R. Johnson 0875**

LMG                        11/30/2017 3:36:27 PM   PAGE   25/045    Fax Server

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

**Form ADOP-LTD-9**

**Long Term Disability**
**Rehabilitation**

**Lincoln/R. Johnson 0876**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

    1.   after Disability had continued for 180 or more consecutive days;  and

    2.   while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children.  However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property.  This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

Form ADOP-LTD-10

Long Term Disability
3 Month Survivor

**Lincoln/R. Johnson 0877**

LMG                          11/30/2017 3:36:27 PM  PAGE  27/045   Fax Server

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1. $2,000.00; or

2. the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1. the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2. any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and

3. the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1. the proposed modifications have been made; and

2. written proof of the expenses incurred by the Sponsor has been provided to Liberty; and

3. Liberty has received proof that the Covered Person has returned to and/or remains at work.

Form ADOP-LTD-14

Long Term Disability
Workplace Modification

**Lincoln/R. Johnson 0878**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1.  The amount for which the Covered Person is eligible under:

    a.  Workers' or Workmen's Compensation Laws;
    b.  Occupational Disease Law;
    c.  Title 46, United States Code Section 688 (The Jones Act);
    d.  any work loss provision in mandatory "No-Fault" auto insurance;
    e.  Railroad Retirement Act;
    f.  any governmental compulsory benefit act or law; or
    g.  any other act or law of like intent.

2.  The amount of any Disability benefits which the Covered Person is eligible to receive under:
    a.  any other group insurance plan of the Sponsor;
    b.  any governmental retirement system as a result of his employment with the Sponsor ; or
    c.  any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3.  The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

    a.  the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
    b.  the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4.  The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

    a.  the Covered Person receives or is eligible to receive; and
    b.  his spouse, child or children receives or are eligible to receive because of his Disability; or
    c.  his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5.  Any amount the Covered Person receives from any unemployment benefits.

Form ADOP-LTD-22

**Long Term Disability Primary and Family Integration**
**Other Income Benefits and Other Income Earnings**

**Lincoln/R. Johnson 0879**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1. the amount of earnings the Covered Person earns or receives from any form of employment including severance; and

2. any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit. The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

Form ADOP-LTD-23

**Long Term Disability Primary and Family Integration**
**Other Income Benefits and Other Income Earnings**

**Lincoln/R. Johnson 0880**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1.  provides satisfactory proof of application for Other Income Benefits;

2.  signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3.  if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4.  if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits.  In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty.  Such assistance will be provided only if Liberty determines that assistance would be beneficial.

**Long Term Disability**
                    **Estimation of Benefits and Social Security Assistance**

**Lincoln/R. Johnson 0881**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy. This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis. The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Form ADOP-LTD-25**                                    **Long Term Disability**

**Lincoln/R. Johnson 0882**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3.    the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4.    the date the Covered Person refuses to receive Appropriate Available Treatment;

5.    the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6.    the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7.    on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Liberty according to the individually written Rehabilitation Program;

8.    the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Basic Monthly Earnings;

       Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Basic Monthly Earnings has been exceeded.

9.    the date the Covered Person is no longer Disabled according to this policy;

10.   the end of the Maximum Benefit Period; or

11.   the date the Covered Person dies.

**Form ADOP-LTD-26**                                              **Long Term Disability**

**Lincoln/R. Johnson 0883**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, "**Successive Periods of Disability**" means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1.  returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2.  performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

**Long Term Disability**
**Successive Disability**

**Lincoln/R. Johnson 0884**

## SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1.  war, declared or undeclared, or any act of war;

2.  intentionally self-inflicted injuries, while sane or insane;

3.  active Participation in a Riot;

4.  the committing of or attempting to commit a felony or misdemeanor;

5.  cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or

6.  a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

**Form ADOP-EXC-1**                                            **General Exclusions**

**Lincoln/R. Johnson 0885**

## SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1.  which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2.  which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

**Lincoln/R. Johnson 0886**

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1.  the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2.  the date the Covered Person is no longer in an eligible class;

3.  the date the Covered Person's class is no longer included for insurance;

4.  the date employment terminates.  Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a.  the Elimination Period; and
    b.  any period during which premium is being waived.

5.  the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Form ADOP-TER-1**                                    **Termination Provisions**

**Lincoln/R. Johnson 0887**

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3. Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

   c. the Sponsor fails:

      i. to furnish promptly any information which Liberty may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

**Form ADOP-TER-2**                                                      **Termination Provisions**

**Lincoln/R. Johnson 0888**

## SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages; and
   b. the attached signed Application of the Sponsor.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

**Form ADOP-GNP-1**                                      **General Provisions**

**Lincoln/R. Johnson 0889**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1.  The Sponsor will furnish at regular intervals to Liberty:

    a.  information relative to Employees:

        i.    who qualify to become insured;
        ii.   whose amounts of insurance change; and/or
        iii.  whose insurance terminates.

    b.  any other information about this policy that may be reasonably required.

    The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2.  Clerical error or omission will not:

    a.  deprive an Employee of insurance;
    b.  affect an Employee's Amount of Insurance; or
    c.  effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder.  Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue.  The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

    1.  until 60 days after Proof of claim has been given; or

    2.  more than three years after the time Proof of claim is required.

**Form ADOP-GNP-2.1**                                           **General Provisions**

**Lincoln/R. Johnson 0890**

LMG                    11/30/2017 3:36:27 PM  PAGE  40/045   Fax Server

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1.  **Notice**

    a.  Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

    b.  When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2.  **Proof**

    a.  Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.

    b.  Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

    c.  Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $1,000 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

Form ADOP-GNP-3.11                                          General Provisions

**Lincoln/R. Johnson 0891**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees).  No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury or Sickness appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury or Sickness will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault.  These subrogation rights will extend only to recovery of the amount Liberty has paid.  The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.

Form ADOP-GNP-4                                                    General Provisions

**Lincoln/R. Johnson 0892**

LMG                    11/30/2017 3:36:27 PM  PAGE  42/045   Fax Server

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

Form ADOP-GNP-5                                              General Provisions

**Lincoln/R. Johnson 0893**

LMG                          11/30/2017 3:36:27 PM  PAGE  43/045    Fax Server

## SECTION 8 - PREMIUMS

### Premium Rates

Liberty has set the premiums that apply to the coverage(s) provided under this policy.  Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1.  a change occurs in the policy design;

2.  a division, subsidiary or Associated Company is added to or deleted from this policy;

3.  when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4.  a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance.  Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

### Payment of Premiums

1.  All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent.  The due dates are specified on the first page of this policy.

2.  All payments made to or by Liberty shall be in United States dollars.

3.  If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4.  The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates.  This manner of charging premium is for accounting purposes only.  It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5.  If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6.  Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1.  the current policy year; and

    2.  the immediately preceding policy year.

Form ADOP-PRE-1                                                          Premiums

**Lincoln/R. Johnson 0894**

LMG                    11/30/2017 3:36:27 PM  PAGE  44/045   Fax Server

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 31 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

**Form ADOP-PRE-2**                                                    **Premiums**

**Lincoln/R. Johnson 0895**

## AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy:  GF3-890-463163-01

| Changes | Additions | Deletions |
|---|---|---|
| Revised the Eligibility Waiting Period for new hires | Form ADOP-SCH-1 R (1) | Form ADOP-SCH-1 |

The effective date of this change is October 1, 2015.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 25th day of November, 2015.

Issued to and Accepted by:


Lantech, Inc.
**Sponsor**


By _____
**Signature and Title of Officer**


**Liberty Life Assurance Company of Boston**


*Stephen J. McAnna*


**Form ADOP-AMENDMENT**                                   **Delete/Add Policy Pages**


**Lincoln/R. Johnson 0896**

**Initial Payment Set up Worksheet**

| | | |
|---|---|---|
| **Claimant's Name** | RICHARD JOHNSON | **DOB** __ . |
| **Customer** | LANTECH, INC. | |
| **LTD Claim #** | 7521853 | **Work State:** KY |
| **Associated Claims** | Type STD | Type |

**Benefit End date of associated claims**     7/31/17 (PER ER EMAIL IN DOC LIST)

**Contractual EP**     180 DAYS

**LTD Benefit begin date**     7/30/2017     **DOD** 1/31/2017   **AGE** 61

**Max Benefit date**     7/29/2021     48 Months

**Does policy include COLA provision**     No

**Sources used to verify BME amount**

Paystub in doc list with PPE 12/31/16 indicating: $44.30 hrly rate x 86.67 hrs (semi-monthly) x 24 pay periods / 12 months = BME of $7,678.96.

| | | | |
|---|---|---|---|
| **BME amount** | $7,678.96 | **Benefit percentage** | 60.00 |
| | | **Gross modal benefit** | $4,607.38 |

**Benefit Begin date**     7/30/2017

**Approved thru date**     7/29/2020     36 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| SEVERANCE $90,500.00 FOR 36.5 WEEKS 7/31/17 - 4/12/18 | $10,744.29 |
| SHTM $1063.20/wk / 7 x 2 (PER ER EMAIL IN DOC LIST) | $303.77 |
| enered as **$300.49** to ensure min ben is paid 7/30-7/31 | |

**Deductions entered**     **Effective:**         **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding**     **Federal**             **State**

**Completed by:**     **HOLLY LABRECK**     **Approved by:**

**Lincoln/R. Johnson 0897**

**n0285611**

---

| | |
|---|---|
| **From:** | Eve Hopper |
| **Sent:** | Tuesday, October 31, 2017 4:37:05 PM |
| **To:** | Labreck, Holly |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Holly,

I'm terribly sorry I didn't see your first email  you sent. July 31$^{st}$ was the pay date it was paid out.

Sorry again,

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, October 31, 2017 3:15 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853
**Importance:** High

Hi Eve,

Just wanted to follow-up on the email below.

**Lincoln/R. Johnson 0898**

Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Tuesday, October 24, 2017 9:59 AM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853
**Importance:** High


Good Morning Eve,


Richard was able to provide me with a copy of the severance agreement.   The only additional information that I need at this time is the date of the check to Richard for the severance.   Once I have that I will be able to complete this.


Thank you,


**Holly LaBreck**


**Lincoln/R. Johnson 0899**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Saturday, September 30, 2017 9:55 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Holly,


I am told the severance agreement is a confidential document and we would need to have a signed release from Richard before we could send any documentation.


Thanks,


**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263


**Lincoln/R. Johnson 0900**

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Thursday, September 28, 2017 10:06 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning Eve,

My apologies for all of the back and forth emails.  Would you be provide me with the Severance Agreement for Mr. Johnson?  I am hoping that might be able to answer the questions that I have in order to properly offset the severance amount.

Please let me know.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, September 26, 2017 8:52 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>

**Lincoln/R. Johnson 0901**

**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Sorry for delay – 36.5 weeks


**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263


**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, September 26, 2017 8:01 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Morning Eve,


Just wanted to follow-up on the email below.   Could you please provide the amount of weeks used in calculating the severance?


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance


**Lincoln/R. Johnson 0902**

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Thursday, September 21, 2017 12:39 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Hi Eve,


Could you provide the amount of weeks that were used to calculate the figure?   I am in need of this information to properly calculate the offset amount from the benefits.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**Lincoln/R. Johnson 0903**

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Thursday, September 21, 2017 11:24 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly,

Richard's severance was based on his salary and years of service.

Thanks,

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Thursday, September 21, 2017 10:02 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning Eve,

Thank you for providing the information below.  Can you please provide the dates that the Severance would cover and how the amount of $90,500.00 was calculated?

**Lincoln/R. Johnson 0904**

Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Friday, September 15, 2017 9:08 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


See answers below in red , sorry for delay


**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263


**Lincoln/R. Johnson 0905**

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.   I am hoping you might be able to provide me with a few more pieces of information.

Can you please provide the weekly STD benefit that was being paid?   His first 7 weeks out he was paid $44.29 an hour, then it dropped to 60% so he was paid at $26.85 an hour

Also, can you please confirm the Severance amount that is being paid as well? Severance amount was $90,500.00 and he was paid out his remaining 192 hours of vacation

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0906**

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Afternoon,

Just wanted to follow-up on the request below.

Thank you,

**Lincoln/R. Johnson 0907**

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Morning,


I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB


Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.


Please confirm the Maximum end date of STD Benefits.


Please contact me with any questions.


**Lincoln/R. Johnson 0908**

Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.


**Lincoln/R. Johnson 0909**

5022225606            ups store2994                                    09:09:25    10-19-2017            1 /4

# Fax cover sheet

Fax number  603-334-3958

Number of pages:   4 (including cover)

To Holly LaBreck.

Here are the documents you requested concerning my severance agreement.  As indicated we had a meeting scheduled on January 27$^{th}$ to finalize the agreement but I was unable to attend due to a family emergency.  This was intended to be completed prior to my departure from work, for my surgery, so they could start the reorganization process.

Richard Johnson

**Lincoln/R. Johnson 0910**



February 13, 2017

Mr. Richard Johnson


Dear Richard,

This letter is a follow up on a phone conversation we had on Wednesday, February 8th which was in lieu of the scheduled meeting on Friday, January 27th, that you were unable to attend due to a family emergency. In our conversation we updated you on the reorganization in Product Development and gave you some options related to this reorganization.

As discussed, we are offering you a new position as a Research Project Specialist. In this new position you will be responsible for scoping, driving and executing projects as an individual contributor. The salary for this position will be $75,100.

As discussed, we are also providing you an alternative option of taking a severance payment and early retirement instead of the new position as Research Project Specialist. We have included a document that states our offer that will require your review and signature.

We need a decision by Monday, March 13th, 2017, so we can complete this stage of the reorganization. The severance option is available through March 13th. If you decide to take the new position the severance offer will not be available in the future.

Please do not disclose this information about the reorganization or offers made to you to others. Other associates are affected by this reorganization and Lantech leadership will be communicating directly with them in the near future. We want all associates affected by the reorganization to be told by their leadership. We reached out to you by telephone and are sending this follow-up letter to you so that you will not be surprised about the reorganization while you are out and to provide you with adequate time to consider the two options.

If you have any questions related to this information, please contact Gina at 815-9053.

Regards,

Jim Lancaster
President/CEO Lantech

Lincoln/R. Johnson 0911

## RELEASE AGREEMENT

This Release Agreement is entered into by and between Richard Johnson ("Associate") and Lantech.com (the "Company"). The Associate acknowledges the receipt of said amount, which is severance pay that Associate is not, otherwise entitled to receive.

Per this severance agreement, $90,500.00 (Ninety thousand five hundred and 00/100 dollars), less appropriate federal and state taxes will be paid to Richard Johnson in a lump sum payment.

In consideration of this payment, Associate hereby settles, waives, releases, and discharges any and all claims, demands, actions or causes of actions, known and unknown, which Associate has or may have or could claim to have, as of the date of this Agreement, against the company, its subsidiaries, affiliates, directors, officers, shareholders, agents or associates including but not limited to the Age Discrimination in Employment Act, as amended to include the Older Workers Benefit Protection Act.

Associate expressly acknowledges that the above payment includes consideration for the settlement, waiver, release and discharge of any and all claims or actions arising from Associate's employment, the terms and conditions of Associate's employment or termination of employment discrimination under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, Rehabilitation Act of 1973, Family Medical Leave Act, Americans with Disabilities Act, as amended, or similar state laws, claims or wrongful termination or any claim arising under express or implied contract, tort, public policy, common law or any federal, state or local statute, ordinance, regulation or constitutional provision.

Associate recognizes that by signing this Release Agreement, Associate may be giving up some claim, demand or cause of action, which Associate now has or may have but which is unknown to Associate. Associate also agrees and recognizes that he/she is not guaranteed to be re-employed by Lantech, in the future. Furthermore, Associate acknowledges that by signing this agreement he/she reaffirms and ratifies his/her obligation under the Confidentiality and/or Non-Compete Agreement signed earlier which are incorporated herein as if fully set forth.

Associate and Lantech agree that they will keep the terms, conditions and existence of this Agreement and Release confidential. Associate and Lantech agree that each may discuss such matters only with their spouses, attorneys and accountants or tax preparers. To the extent either party is permitted to disclose and does disclose such information, each agrees to require and warrants that the person receiving such information shall maintain its confidentiality.

**Lincoln/R. Johnson 0912**

5022225606          ups store2994                                09:10:40    10-19-2017          4 /4

Associate and Lantech agree that they will not themselves or through third parties or agents disparage each other in any respect relating to any matter which was or could have been raised by either party or which was resolved by this Agreement.

The Undersigned further acknowledges that he/she has been advised to consult with an attorney prior to executing this agreement regarding any rights he/she may have under the Age Discrimination in Employment Act, as amended by the Older Workers Benefit Protection Act, that he/she was provided a period of twenty-one (21) days in which to consider this agreement and that the former associate has been provided a period of seven days, after entering into this agreement, in which to revoke acceptance of this agreement, and this agreement shall not become effective or enforceable until this revocation period has expired. The undersigned expressly acknowledges that he/she has entered into this agreement freely and voluntarily.

Should any court or other body find that any provision of this agreement is invalid, the remaining parts will continue in full force and effect.

It is understood that this Release Agreement shall in no way affect any claims which Associate may have for benefits under Social Security, Worker's Compensation or Unemployment laws or any benefits which may be payable to Associate now or in the future under any of the benefit and/or welfare programs of the Company.

This Release Agreement will be governed by the laws of the Commonwealth of Kentucky.

Associate acknowledges that he/she has read and fully understands all of the provisions of this Release Agreement and that Associate is entering into this Agreement freely, knowingly, and voluntarily.

This offer is valid for 28 days from February 13, 2017.

Lantech.com

_____          _____
Associate                                                         By

2- 14-17                                                          CEO
_____          _____
Date                                                               Title

                                                                  2/13/17
                                                        _____
                                                                  Date

**Lincoln/R. Johnson 0913**

**n0285611**

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Wednesday, October 11, 2017 1:55:09 PM |
| **To:** | 'richardj538@hotmail.com' |
| **Subject:** | RE: Request for Severance Agreement |

Good Afternoon,


Just wanted to follow-up on the email below.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Tuesday, October 03, 2017 11:45 AM
**To:** 'richardj538@hotmail.com' <richardj538@hotmail.com>
**Subject:** Request for Severance Agreement


Good Morning Richard,


**Lincoln/R. Johnson 0914**

Thank you for taking the time to speak with me this morning.   Per our conversation, could you please provide your Severance Agreement to be reviewed?

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0915**

**n0285611**

---

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Tuesday, October 03, 2017 11:45:05 AM |
| **To:** | 'richardj538@hotmail.com' |
| **Subject:** | Request for Severance Agreement |

Good Morning Richard,


Thank you for taking the time to speak with me this morning.   Per our conversation, could you please provide your Severance Agreement to be reviewed?


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0916**

| | |
|---|---|
| **From:** | Eve Hopper |
| **To:** | Labreck, Holly |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |
| **Date:** | Tuesday, September 26, 2017 8:52:09 AM |

Sorry for delay – 36.5 weeks

**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, September 26, 2017 8:01 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning Eve,

Just wanted to follow-up on the email below.  Could you please provide the amount of weeks used in calculating the severance?

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Thursday, September 21, 2017 12:39 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Hi Eve,

Could you provide the amount of weeks that were used to calculate the figure?  I am in need of this information to properly calculate the offset amount from the benefits.

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance

**Lincoln/R. Johnson 0917**

100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

---

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Thursday, September 21, 2017 11:24 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly,

Richard's severance was based on his salary and years of service.

Thanks,

**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263

---

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Thursday, September 21, 2017 10:02 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning Eve,

Thank you for providing the information below.  Can you please provide the dates that the Severance would cover and how the amount of $90,500.00 was calculated?

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

---

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Friday, September 15, 2017 9:08 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

See answers below in red , sorry for delay

**Lincoln/R. Johnson 0918**

**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263

---

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.  I am hoping you might be able to provide me with a few more pieces of information.

Can you please provide the weekly STD benefit that was being paid?  His first 7 weeks out he was paid $44.29 an hour, then it dropped to 60% so he was paid at $26.85 an hour

Also, can you please confirm the Severance amount that is being paid as well? Severance amount was $90,500.00 and he was paid out his remaining 192 hours of vacation

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

---

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263

**Lincoln/R. Johnson 0919**

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Afternoon,

Just wanted to follow-up on the request below.

Thank you,

**Holly LaBreck**
**Financial Services Representative II**
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

---

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**
**Financial Services Representative II**
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0920**

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0921**

## Billing Statement:

ReleasePoint

Invoice Date: 9/1/2017        Invoice # LIBMTL82017 - 1,348
Liberty Mutual

Invoice for Requests for Medical Information completed between 8/1/2017 and 8/31/2017

**nLBI  T6**      **Requested By:**        **n Tur5er**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt<br>Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3415093<br>7521853 | JOHNSON, RICHARD<br>ELLIS & BADENHAUSEN ORTHOP. | Complete | 8/14/17 | $8.00 | $0.00<br>No Fee | $0.00 | $0.00<br>66 | $8.00 | LIBSFU |

**Reieosex D95t**                                    **TDtoi AmDu5t Mue:**      **2maPP**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711                                  **To-  LM:  843Am 0. 44**

1,348

**Lincoln/R. Johnson 0922**

**n0285611**

_____

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Tuesday, September 26, 2017 8:01:08 AM |
| **To:** | 'Eve Hopper' |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Good Morning Eve,


Just wanted to follow-up on the email below.   Could you please provide the amount of weeks used in calculating the severance?


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Thursday, September 21, 2017 12:39 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Hi Eve,

Could you provide the amount of weeks that were used to calculate the figure?   I am in need of this information to properly calculate the offset amount from the benefits.



Thank you,



**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com



**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Thursday, September 21, 2017 11:24 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853



Holly,



Richard's severance was based on his salary and years of service.



Thanks,


<div align="right">

**Lincoln/R. Johnson 0924**

</div>

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Thursday, September 21, 2017 10:02 AM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning Eve,

Thank you for providing the information below.   Can you please provide the dates that the Severance would cover and how the amount of $90,500.00 was calculated?

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

**Lincoln/R. Johnson 0925**

Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Friday, September 15, 2017 9:08 AM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

See answers below in red , sorry for delay

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.   I am hoping you might be able to provide me with a few more pieces of information.

Can you please provide the weekly STD benefit that was being paid?   His first 7 weeks out he was paid $44.29 an hour, then it dropped to 60% so he was paid at $26.85 an hour

**Lincoln/R. Johnson 0926**

Also, can you please confirm the Severance amount that is being paid as well?
Severance amount was $90,500.00 and he was paid out his remaining 192 hours of
vacation

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**

**Lincoln/R. Johnson 0927**

Payroll & Benefits Administrator

Lantech

502-815-9263


**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Afternoon,


Just wanted to follow-up on the request below.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**Lincoln/R. Johnson 0928**

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

**Lincoln/R. Johnson 0929**

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

| | |
|---|---|
| **From:** | Eve Hopper |
| **To:** | Labreck, Holly |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |
| **Date:** | Friday, September 15, 2017 9:07:48 AM |

See answers below in red , sorry for delay

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.  I am hoping you might be able to provide me with a few more pieces of information.

Can you please provide the weekly STD benefit that was being paid?  His first 7 weeks out he was paid $44.29 an hour, then it dropped to 60% so he was paid at $26.85 an hour

Also, can you please confirm the Severance amount that is being paid as well? Severance amount was $90,500.00 and he was paid out his remaining 192 hours of vacation

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Lincoln/R. Johnson 0931**

**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263

---

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Afternoon,

Just wanted to follow-up on the request below.

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

---

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**
Financial Services Representative II

**Lincoln/R. Johnson 0932**

LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0933**

**n0275734**

| | |
|---|---|
| **From:** | Doherty Cella Keane & Associates LLP |
| **Sent:** | Wednesday, September 20, 2017 11:09:15 AM |
| **To:** | Turner, Latimer |
| **Subject:** | Richard Leon Johnson |

The Social Security Disability Initial Claim for Mr. Johnson has been filed with his local district office.   Please allow four to six months for a disability decision at this level.   I will notify you if a decision is rendered prior to the expiration of this period.

Please do not hesitate to call at 1-800-211-4736 if you have any questions.

Sincerely,

Diane for Attorney Martin E Keane

**Diane Asaro**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll Free: 800-211-4736
Direct: 978-922-0411
Fax: 978-922-1644
ssdilaw@dcklaw.com
www.social-security-law.com

*********************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*********************************************************************

**Lincoln/R. Johnson 0934**

**n0285611**

---

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Thursday, September 14, 2017 2:23:02 PM |
| **To:** | 'Eve Hopper' |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Hi Eve,

Could you please provide the information requested below as benefits are due at this time?

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Tuesday, September 05, 2017 10:20 AM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853
**Importance:** High

**Lincoln/R. Johnson 0935**

Good Morning Eve,

Just wanted to follow-up on the additional information that was requested below.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.  I am hoping you might be able to provide me with a few more pieces of information.

Can you please provide the weekly STD benefit that was being paid?

**Lincoln/R. Johnson 0936**

Also, can you please confirm the Severance amount that is being paid as well?

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

**Lincoln/R. Johnson 0937**

502-815-9263


**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Afternoon,


Just wanted to follow-up on the request below.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853


**Lincoln/R. Johnson 0938**

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0939**

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0940**

3N254170227

# DIRECT DEPOSIT APPLICATION


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

**Return To:** Latimer Turner

**EMPLOYEE/CLAIMANT NAME:** Richard Johnson

**CLAIM NO:** 7521853

**EMPLOYER/SPONSOR:** Lantech, Inc.          **DATE OF BIRTH:**

**CHECK ONE:** ☒ New   ☐ Change

**YOUR TELEPHONE NUMBER:**

**ADDRESS:** _____ **CITY:** . ____ **STATE** , **ZIP:** _____

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any
Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below,
hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such
account and to enter the same to such account without responsibility for the correctness thereof.

### REQUIRED FIELDS ARE BOLDED BELOW
***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☒ Checking   ☒ Savings       **BANK NAME:** _BB+T_

**9 DIGIT ABA ROUTING NUM**          **BANK ADDRESS:** _721 Blanker Baker Prwy_

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _Louisville_ **STATE:** _Ky_ **ZIP:** _40243_

**BANK PHONE:** (502) _267-1078_

***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE
CREDITED TO A BANK OUTSIDE THE U.S.?**   ☐ YES   ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such
notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable
opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt
of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited
into the specified account before authorizing payment or making withdrawals from specified account.

**Signed:** _Richard Johnson_          **Date:** _9-7-17_

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/R. Johnson 0941**

**n0285611**

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Tuesday, September 05, 2017 10:20:25 AM |
| **To:** | 'Eve Hopper' |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Good Morning Eve,

Just wanted to follow-up on the additional information that was requested below.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Wednesday, August 30, 2017 2:29 PM
**To:** 'Eve Hopper' <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Thank you Eve for your response below.   I am hoping you might be able to provide me with a few more pieces of information.

**Lincoln/R. Johnson 0942**

Can you please provide the weekly STD benefit that was being paid?

Also, can you please confirm the Severance amount that is being paid as well?

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Lincoln/R. Johnson 0943**

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263


**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Afternoon,


Just wanted to follow-up on the request below.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**Lincoln/R. Johnson 0944**

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Morning,


I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB


Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.


Please confirm the Maximum end date of STD Benefits.


Please contact me with any questions.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820


**Lincoln/R. Johnson 0945**

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0946**

3J244170059

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

Return to: **Latimer Turner**

---

**EMPLOYEE/CLAIMANT NAME:** Richard Johnson   **CLAIM #:** 7521853

**EMPLOYER:** Lantech, Inc.   **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Johnson Richard, L | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
|---|---|---|

| Spouse's Full Name and Date of Birth Judy Johnson H7-57 | Number of Children 4 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Judy Johnson   Relationship to you? WIFE   Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. **NO**

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. ~~...~~ **NO**

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
**NO**

Do you hold a professional license? If yes, for what purpose?
**NO**

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
**NO**

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
**NO**

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
**NO**

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☒ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | 7-30-17 | 7-30-17 | |
| ☐ | ☐ | Other income/money/benefit (describe) | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** Richard Johnson

**DATE:** 8-10-17   **EMPLOYEE'S SIGNATURE:** Richard Johnson

DP 400

**Lincoln/R. Johnson 0947**

3J244170059

# FAMILY INFORMATION QUESTIONNAIRE

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

Return to: **Latimer Turner**

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Richard Johnson | |
| **CLAIM NO:** 7521853 | |
| **EMPLOYER/SPONSOR:** Lantech, Inc. | **DATE OF BIRTH:** . |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married **X**        Divorced _____
If married, please indicate your spouse's name and date of birth.  Name: **Judy Johnson** DOB: .

Do you have children or dependents*?   Yes **X**        No _____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:
- Biological Child(ren)        - Custodial Grandchildren        - Adopted Children
- Stepchildren        - A child 18 or older with a disability    - A child 18-19 and a full-time student
- Children not residing in your      that started before age 22      (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Richmond Johnson | | | No | |
| Robin Johnson | | | No | |
| Ryan Johnson | | | No | |
| Phillip Johnson | | | No | |

Is your spouse and/or children receiving Social Security benefits?   Yes: **X** No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ | | ~~redacted~~ | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: **Richard Johnson**        Date: **8-10-17**

Lincoln/R. Johnson 0948

3J244170059



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Richard Johnson**                                             Date of Birth: **1**

Employer: **Lantech, Inc.**                          Policy/Plan Sponsor No. **09 - 463163**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) *Richard Johnson*

(Address)

(Date) **8 - 10 - 17**

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/R. Johnson 0949**

3J244170059

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

EMPLOYEE/CLAIMANT NAME: Richard Johnson

CLAIM NO: 7521853

EMPLOYER/SPONSOR: Lantech, Inc.                    DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    (If you have a resume, please attach)

Highest Grade Completed: ___13___     Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: __NA__

Associates Degree: __NA__     College: number of years: __1__

Bachelor's Degree: BA /BS Major: __NO__  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): __NA__

Are you currently attending any classes: ☐ Y   ☒ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: __None__

Additional Skills, Hobbies & Volunteer Work __None__

Did you serve in the Armed Forces? ☐ Y   ☒ N   From:_____   To:_____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: __LANTECH__  Department: __R+D__  From: 1979 To: 2017
   Job Title(s): __CHIEF ENGINEER__
   Supervisory Experience ☒ Y   ☐ N
   Tasks/Duties (please be specific): __PROJECT MANAGEMENT, ASSEMBLY, DESIGN, TESTING OF EQUIPMENT DESIGN. FIELD VISITS TO MONITOR EQUIPMENT.__

2. Company: _____  Department: _____  From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____

**A Liberty Mutual Company**

3J244170059

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y    ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____ *NONE* _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer? ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☒ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: *Richard538@Hotmail.com* Work: _____

SIGNATURE: *Richard John* PHONE NO: _____

2

**Lincoln/R. Johnson 0951**



| #1083 - Richard L. Johnson - ▮▮▮ Louisville/005061 | | | | Voucher # (20805) | | | Pay Date: 12/30/2016 Pay Period: 12/16/2016-12/31/2016 |
|---|---|---|---|---|---|---|---|

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| EPA | | | 86.67 | | 3,838.61 |
| GTL | | | | 44.55 | 1,029.60 |
| Profi | | | | | 7,220.84 |
| UMtc | | | | | 40.00 |
| Vaca | 44.30 | 32.00 | 160.00 | 1,417.60 | 7,087.12 |
| SAL | 44.29 | 86.67 | 1825.41 | 3,838.61 | 80,521.51 |
| SAL | 44.30 | -32.00 | | -1,417.60 | |
| Hol | | 8.00 | | | 344.00 |
| **Gross Pay** | | | | **3,883.16** | **100,041.68** |
| Hours Paid | | 86.67 | 2080.08 | | |

**Deductions**

| | | | Current | YTD | |
|---|---|---|---|---|---|
| Dental | | | | 304.32 | [1] |
| HSAI | | | 75.00 | 1,800.00 | |
| Health | | | 22.70 | 508.80 | [1] |
| Sale Item | | | | 11.00 | |
| UnWay | | | 2.00 | 48.00 | |
| Unifm | | | | 8.00 | |
| 401k | | | 230.32 | 5,991.81 | [2] |
| **Total** | | | **330.02** | **8,671.93** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,555.14 | 91,436.75 | 415.88 | 9,724.31 |
| FICA | 3,785.46 | 97,428.56 | 234.70 | 6,040.57 |
| MEDI | 3,785.46 | 97,428.56 | 54.89 | 1,412.71 |
| KY SITW | 3,555.14 | 91,436.75 | 192.41 | 4,862.16 |
| J-Town - | 3,883.16 | 100,041.68 | 38.83 | 1,000.37 |
| Louisville | 3,883.16 | 100,041.68 | 56.31 | 1,450.68 |
| **Total** | | | **993.02** | **24,490.80** |

**Net Pay**

| | | 2,560.12 | 66,878.95 |
|---|---|---|---|
| Check | | 0.00 | 55,823.24 |
| Non Cash Fringe Benefit | | 44.55 | 1,029.60 |
| Checking (5887) | | 711.00 | 2,844.00 |
| Checking (6476) | | 325.00 | 1,300.00 |
| Checking (6778) | | 1,479.57 | 5,882.11 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| Dental | | 98.78 |
| HSAI | | 750.00 |
| Health | | 4,950.64 |
| 401k | 172.74 | 4,493.81 |
| FUTA | | 42.00 |
| FICA | 234.70 | 6,040.57 |
| MEDI | 54.89 | 1,412.71 |
| SUTA:KY SUR | | 21.42 |
| SUTA:KY | | 275.40 |
| **Total** | **462.33** | **18,085.33** |

**Accruals**

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| Vacation Annual | Hrs: | 112.00 | 72.00 | 40.00 |

**Tax Allowance Settings**

Federal:      Married/0
Kentucky:     Allowances: 0

[1]  Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2]  Reduces your Federal & State Withholding Taxable Wage
[3]  For information purposes only. No effect on your net pay.

Lantech.Com LLC 11000 Bluegrass Parkway, Jeffersontown, KY 40299                    1 of 1

**Lantech.Com LLC**
11000 Bluegrass Parkway
Jeffersontown, KY 40299

| Pay Date: | 12/30/2016 |
|---|---|
| Voucher #: | (20805) |

**Deposited To The Account(s) Of**

Richard L. Johnson

Louisville/005061  1083  12/30/2016   (20805)

**Richard L. Johnson**

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXXXXXX5887 | 083900680 | 711.00 |
| 2 | Checking | XXXXXXXXX6476 | 083900680 | 325.00 |
| 3 | Checking | XXXXX6778 | 083000137 | 1,479.57 |
| | | | | 2,515.57 |

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**Lantech.Com LLC**
11000 Bluegrass Parkway
Jeffersontown, KY 40299

Louisville/005061  1083  12/30/2016   (20805)

**Richard L. Johnson**

**PERSONAL & CONFIDENTIAL**

**Lincoln/R. Johnson 0952**

| | |
|---|---|
| **From:** | Eve Hopper |
| **To:** | Labreck, Holly |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |
| **Date:** | Tuesday, August 29, 2017 4:12:13 PM |
| **Attachments:** | PayStatement Richard.pdf |

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Afternoon,

Just wanted to follow-up on the request below.

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

**Lincoln/R. Johnson 0953**

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**
Financial Services Representative II
LMB Claims – Shared Services – Financial Services
Liberty Mutual Insurance
100 Liberty Way| Dover, N.H. 03820
Direct Dial: (888) 437-7611 ext. 16485
Fax: (603) 334-3958
Holly.LaBreck@libertymutual.com

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0954**

**n0285611**

---

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Wednesday, August 30, 2017 2:29:20 PM |
| **To:** | 'Eve Hopper' |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Thank you Eve for your response below.   I am hoping you might be able to provide me with a few more pieces of information.


Can you please provide the weekly STD benefit that was being paid?


Also, can you please confirm the Severance amount that is being paid as well?


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 29, 2017 4:10 PM
**To:** Labreck, Holly <Holly.Labreck@LibertyMutual.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

**Lincoln/R. Johnson 0955**

Holly

Pleases see the attached pay statement. Also the end day for STD was 7/31/17

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

**From:** Labreck, Holly [mailto:Holly.Labreck@LibertyMutual.com]
**Sent:** Tuesday, August 29, 2017 3:23 PM
**To:** Eve Hopper <eveh@lantech.com>
**Subject:** RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Afternoon,

Just wanted to follow-up on the request below.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

**Lincoln/R. Johnson 0956**

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Lincoln/R. Johnson 0957**

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 0958**

**From:**        GrpMktClmOpsReporting@LibertyMutual.com
**Sent:**        Wed, 30 Aug 2017 16:28:31 +0000
**To:**          beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com
**Subject:**     Claim #7521853, RICHARD JOHNSON


**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 7/29/2020.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0959**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Wed, 30 Aug 2017 16:28:31 +0000 |
| **To:** | beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 7/29/2020.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0960**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Wed, 30 Aug 2017 16:28:31 +0000 |
| **To:** | beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 1/31/2017.  The claim has been approved through 7/29/2020.  The case manager for this claim is Latimer Turner.  The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0961**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Wed, 30 Aug 2017 16:28:31 +0000 |
| **To:** | beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 1/31/2017. The claim has been approved through 7/29/2020. The case manager for this claim is Latimer Turner. The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 0962**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112 x13973
Fax No.: (603) 430-5923

### Social Security Assistance Program Vendor  Referral

Vendor: Doherty and Associates

Claim #: 7521853

Employer Name: LANTECH, INC.

Claimant Name: RICHARD  JOHNSON

Claimant SSN:

Claimant Address:

Claimant DOB:

Claimant DOD: 1/27/2017

laimant Tel. #:

City:

Marital Status:

State:

Diagnosis: Presence of left artificial knee joint

Spouse DOB:

Funding:    FI: YES    ASO: NO

Number of Children < 19:

SS Offset:    Primary: NO    Family: YES

Level Of Last SS Denial: None

Claim Status: PE

Date of Last Denial:

Documentation Submitted:

Job Description: NO    Voc/Rehab Review: NO

TE&E: NO    Copies of SS decisions: NO

Medical Evidence (hospital records, narratives, IME's, test results, etc.): NO

Document Locations
☑ Document List
☐ Correspondence
☐ Paper File

Instructions/Comments for Vendor:

ee would like help with ssdi app

Services Requested By:    latimer turner

Date:    Tuesday, August 29, 2017

**Lincoln/R. Johnson 0963**

**n0285611**

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Tuesday, August 29, 2017 3:23:00 PM |
| **To:** | 'eveh@lantech.com' |
| **Subject:** | RE: LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Good Afternoon,


Just wanted to follow-up on the request below.


Thank you,


**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com


**From:** Labreck, Holly
**Sent:** Monday, August 21, 2017 9:12 AM
**To:** 'eveh@lantech.com' <eveh@lantech.com>
**Subject:** LTD Salary Verification - Richard Johnson - LTD Claim 7521853


Good Morning,


**Lincoln/R. Johnson 0964**

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0965**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. RICHARD JOHNSON



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

August 30, 2017

Mr. Richard Johnson


RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853

Dear Mr. Richard Johnson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"Disability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 31, 2017 and your benefits begin on July 30, 2017. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until

**Lincoln/R. Johnson 0967**

you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In some cases, additional assessments are performed or additional information is gathered for the Social Security determination. We encourage you to submit any information pertaining to your SSD award, including medical examinations, reports, records conducted by the SSA and/or a complete copy of your SSA file to Liberty Mutual for consideration in the ongoing management of your Long Term Disability (LTD) file.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:   Direct Deposit Application

2  of 2

**Lincoln/R. Johnson 0968**

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

**Return To:** Latimer Turner

EMPLOYEE/CLAIMANT NAME: Richard Johnson

CLAIM NO: 7521853

EMPLOYER/SPONSOR: Lantech, Inc.          DATE OF BIRTH:

CHECK ONE: ☐ New    ☐ Change

YOUR TELEPHONE NUMBER: (        )

ADDRESS:                    CITY:              STATE:        ZIP:

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**   ☐ **Savings**      **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**            **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**              **CITY:**        **STATE:**      **ZIP:**

                              **BANK PHONE:** (      )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**   ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ **YES**   ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed:                      Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/R. Johnson 0969**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account.  Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

**Lincoln/R. Johnson 0970**

**n0285611**

| | |
|---|---|
| **From:** | Labreck, Holly |
| **Sent:** | Monday, August 21, 2017 9:10:00 AM |
| **To:** | 'karyh@lantech.com' |
| **Subject:** | LTD Salary Verification - Richard Johnson - LTD Claim 7521853 |

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Richard Johnson, DOB

Please provide a copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 1/31/2017.

Please confirm the Maximum end date of STD Benefits.

Please contact me with any questions.

Thank you,

**Holly LaBreck**

Financial Services Representative II

LMB Claims – Shared Services – Financial Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext. 16485

**Lincoln/R. Johnson 0971**

Fax: (603) 334-3958

Holly.LaBreck@libertymutual.com

**Lincoln/R. Johnson 0972**

**ReleasePoint**

**Medical Record Overview**

Date:     August 14, 2017

Patient Name:     JOHNSON, RICHARD

Records From:     POPHAM, DR                                      RP ID: 3415093
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY  40223                          Client ID: 7521853
(502) 587-1236
Source: LIBMT6
Request Scope:     From January 1, 2017 to Present
Req By: L Turner
Chart Range:     01/10/2017 - 08/14/2017

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 10 2017 | Jul 20 2017 | 49 | 2 |
| EKG/Cardiology | Jan 10 2017 | Jan 10 2017 | 1 | 51 |
| Labs/Diagnostics | Jan 10 2017 | Jul 24 2017 | 8 | 52 |
| Other Records | | | 2 | 60 |
| Request Corr. | | | 4 | 62 |
| Questionnaire | Aug 14 2017 | Aug 14 2017 | 1 | 66 |

**Total Page Count:**     65

**Lincoln/R. Johnson 0973**

Progress Notes - 07/20/2017                                    (TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817'88 P 19

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.                                                    ORTHOPAEDIC SURGERY
R. JOHN ELLIS, JR., M.D.                                                                   FRACTURES
MARK E. PETRIK, M.D.                                                                    JOINT REPLACEMENT
LAWRENCE A. SCHAPER, M.D.                  **ELLIS & BADENHAUSEN**                        SPORTS MEDICINE
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                     **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**              **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**           **07/20/2017**
**Account #:**            **545850**
**Attending Provider:**   **Matthew R. Price MD**
**Primary Provider:**     **Moore, Thomas MD**
**Referring Provider:**

............................................................................................................................
                              **Patient Visit Note**
**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**


**Chief Complaint**
Left knee pain.



**History of Present Illness**
      Richard Johnson is a 61 year old male.
      • Medication list reviewed.

Mr. Johnson is a 61-year-old male who comes in today at the request of Dr. Popham for evaluation
of continued complaints of pain in his left knee. He had a total knee replacement 6 months ago. He
said over the last couple of months, it is just feeling "worse." He does not remember a fall or
injury. Says it has some clicking and popping. It hurts laterally. It hurts posteriorly. No falls or
injuries. No fevers or chills. Sometimes it swells, but otherwise unremarkable. He says he has lost a
little range of motion from early in his recovery, but still can get to 120 degrees. Here today for
evaluation at the request of Dr. Popham for possible issues going on inside the knee.


**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
      Past medical history reviewed
      Surgical history reviewed
**Reported:**
      Family history reviewed.
**Diagnoses:**


**Lincoln/R. Johnson 0974**

(TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817'88 P 20

**Patient Name: Richard L Johnson**                          **Date: 07/20/2017**

Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Family History**
Cancer
Kidney disease

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight
change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** Polydipsia and excessive sweating.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms, no anxiety, and no depression.  Sleep disturbances.
**Skin:** No skin symptoms.

**Physical Findings**
- **Vitals taken 07/20/2017 07:55 am**

| | |
|---|---|
| **BP-Sitting R** | **108/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **72 bpm** |
| **Height** | **72 in** |
| **Weight** | **210 lbs** |
| **Body Mass Index** | **28.5 kg/m2** |
| **Body Surface Area** | **2.18 m2** |

In general, healthy, pleasant 61-year-old male.

**Gait:** Walks with a slight limp. No assistive devices.

**Skin:** Wound is healed. No erythema or drainage. Mild swelling,

**Back:** There is no pain with forward flexion. There is no pain with back extension. There is no pain
with lateral rotation left or right. There is no pain with straight leg raise supine or seated. Deep

**Lincoln/R. Johnson 0975**

**Patient Name: Richard L Johnson**                                    **Date: 07/20/2017**

tendon reflexes are intact and equal in bilateral lower extremities. There are no signs of hyperreflexia. Sensation is grossly intact and equal in bilateral lower extremities.

**Right Hip:** Hip examination reveals no pain with log-rolling; deep hip flexion; flexion, abduction, external rotation (FABER); or flexion, adduction, internal rotation (FADIR). Negative Stinchfield exam.

**Left Hip:** Hip examination reveals no pain with log-rolling; deep hip flexion; flexion, abduction, external rotation (FABER); or flexion, adduction, internal rotation (FADIR). Negative Stinchfield exam.

**Right Knee:** No pain with flexion and extension. Normal range of motion 0-120 degrees. No varus/valgus instability. Good endpoints on anterior and posterior drawer. Negative Lachman test, and no pain on McMurray test. No pain with Apley compression test. No patellar apprehension and patella tracks normal.

**Left Knee:** Had full extension, greater than 100 degrees of flexion. No instability at full extension or at 90 degrees of flexion. No significant pain except for in the medial head of the gastrocnemius. He did have some popping with deep knee flexion of the patellofemoral joint.

**Plan**
I had a discussion with Mr. Johnson about his knee pain. I want to rule out a subtle latent infection. We will get some baseline labs. I also will send him for some metal testing. He does not wear much jewelry, but I just want to rule that out. I do not think that there are any signs or symptoms or need for revision right now. I did explain that some of the failure to thrive is muscular and as he changes his joint mechanics it will change the fulcrum and the biomechanics of the way the muscles work. I do think this will calm down. Will rule out any necessary intervention, but right now I think we can continue with increasing his activity as tolerated. I will see him back after we get the study results.

**Radiographs**
Radiographs were reviewed. Showed a well-fixed left total knee replacement. No signs of malalignment. Patella tracking within the groove.

EASTPOINT

**Matthew R. Price MD**
**Electronically signed by: Matthew Price     Date: 08/01/2017 07:37**

Electronically approved by: Matthew Price     Date: 08/01/17 07:37

**Lincoln/R. Johnson 0976**

Progress Notes - 07/20/2017

(TUE)AUG  8 2017 12:47/ST. 12:29/No. 6854817'88  P 60

WALTER BADENHAUSEN, M.D.
R. JOHN ELLIS, JR. M.D.
MARK E. PETRIK, M.D.
LAWRENCE SCHAPER, M.D.
MARK G. SMITH, M.D.

ERIN GISH, PA-C

G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.

❑ East Point Business Center
13151 Magisterial Drive, Lou., KY 40223 • Phone 587-1236
❑ Southend Medical Center • Phone 449-0449

After hours
Phone 832-0030

For _Richard Johnson_          Date 7/20/17

Address _____

℞  ① WBC ≈ diff
    ② LBC
    ③ LLP

Refill ____ Times In ____ Months _____    Do not Substitute ❑
                                                              M.D.

Lincoln/R. Johnson 0977

Progress Notes - 07/10/2017                    (TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817 88  P 17

RUDY J. ELLIS, M.D.                                         ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                    FRACTURES
R. JOHN ELLIS, JR., M.D.                                       JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                            SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                    **ELLIS & BADENHAUSEN**
G. JEFFREY POPHAM, M.D.                 **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**              **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**           **07/10/2017**
**Account #:**            **545850**
**Attending Provider:**   **G J. Popham MD**
**Primary Provider:**     **Moore, Thomas MD**
**Referring Provider:**

..........................................................................................................................
**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Followup left knee

**History of Present Illness**
Patient states he continues to have pain with his LTK that was done on 01/31/17. He states it
hurts him all the time. He still is having limited ROM. He just came from therapy today and he was
-5 to 112 degrees. He has a lot of pain in the IT band area. He is doing his therapy now at Fern
Creek physical therapy instead of Baptist N.E. in LaGrange. They think he is starting to make some
progress with the dry needling, scrapping. He still is not able to sleep at night for pain. He will
take tylenol extra strength prn.

Patient also reports a pain on the top of his left foot since the surgery.

**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016


**Lincoln/R. Johnson 0978**

Progress Notes - 07/10/2017        (TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817'88 P 18

**Patient Name: Richard L Johnson**        **Date: 07/10/2017**

- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

## Family History
Cancer
Kidney disease

## Social History
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

## Allergies
- **No Known Allergies**

No Metal Allergy.

## Physical Findings
Exam of the left knee reveals he has 5 to 95 degrees of range of motion with pain across the back of the knee. He has exquisite tenderness at popliteus tendon. Palpable popping on posterolateral aspect of knee. No instability of the knee. Patient does report calf tenderness today.

Patient reports burning pain on top of the foot with certain positions. He has extreme tenderness at the lateral tarsometatarsal joint. He is now putting different stresses on foot since the knee replacement because of change in gait.

## Assessment
Painful popping left total knee.
Pain in the left foot tarsometatarsal joint.

## Plan
I recommended NSAIDs for the foot pain. Walking shoes were recommended, and also Spenco insoles to put in his shoes. I gave him a note to take to Swags to have them fit the patient.

For the knee we will continue therapy for the time being. Patient was seen by Dr. Schaper as another opinion, and he did not feel the popping. Will refer to Dr. Price to see if he has any other ideas regarding pain on posterolateral aspect of the knee. I still think it is the popliteus tendon. We will see what Dr. Price thinks. I wrote him a note to be off work until 9/1/17. I will see him back in six weeks after he has seen Dr. Price for his opinion.

Also, I am going to get a doppler ultrasound to make sure the patient does not have a DVT, since he reports tenderness in the calf.

EASTPOINT


Entered by Teresa Freville, acting as scribe for Dr. G. Jeffrey Popham.




**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 07/12/2017 08:28**



**Lincoln/R. Johnson 0979**

Progress Notes - 07/10/2017

(TUE) AUG   8  2017  12:46/ST. 12:29/No. 6854817'88  P 56

WALTER E. BADENHAUSEN Jr., M.D.
R. JOHN ELLIS Jr., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.

AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

## Ellis & Badenhausen Orthopaedics, PSC

13151 Magisterial Dr.
Suite 200
Louisville, KY 40223
(502) 587-1236

SOUTHEND MEDICAL CENTER
5129 Dixie Highway
Suite 301
Louisville, KY 40216
(502) 449-0449

EMPLOYEE _____ Richard Johnson _____

DIAGNOSIS _____

**WORK STATUS:**

YES _____ When _____

NO ____✓____ How Long ___ 9/1/17 ___

Light Duty - Yes _____ No _____

Restrictions _____

_____

_____

Signed _____

Today's Date ___ 7/10/17 ___

WORK-RE 7/10

**Lincoln/R. Johnson 0980**

Progress Notes - 07/10/2017

Received:5025661873                Jul 10 2017 12:57pm          P002
From:Rudy Ellis Sports Medicine Cir   602 568 1873    07/10/2017 13:40    #417 P.002/009

rom HylaFAX Enterprise    Mon 10 Jul 2017 02:57:02 PM UTC              Page 2 of 6

**Physical Therapy Group - KY**
4293 Bardstown Road, Ste 100 C
Louisville, KY 40218-3263
Phone: (502)493-3600
Fax: (502)493-3830

### Daily Note /
### Billing Sheet

**PHYSICAL THERAPY**
GROUP INC.

**Patient Name:** Johnson, Richard
**Date of Birth:**
**Referring Physician(s):** Direct Access

**Date of Daily Note:** 07/10/2017
**Injury/Onset/Change of Status Date:** 06/15/2017
**Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint, M25.562: Pain in left knee, R26.2: Difficulty in walking, not elsewhere classified
**Date of Original Eval:** 06/15/2017

**Surgery:** (Date/Type) 01/31/2017 left knee replacement
**Visit No.:** 8

**Treatment Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint, M25.562: Pain in left knee, R26.2: Difficulty in walking, not elsewhere classified

**Insurance Name:** Anthem Blue Cross Blue Shield

**Subjecuve**
**Treatment Side:** Left
**Current Complaints / Gains:** Says he continues to have moderate pain in left leg, worse in response to trying to bend the knee as much as possible.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
   **Mobility: Walking & Moving Around:** Walking: Forward, Backward, Sideways, Strolling; Moving Around: Climbing, Running, Jogging; Moving Around in Different Locations: Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Bumped in Crowded Streets, Terrain
**Functional Deficits / Gains:** Difficulty walking, bending the knee
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down; bending the knee is the worst aggravating factor
**Home Health Care:** No
**Medical History:** Osteoarthritis (left knee )
**Complicating/Personal Factors:** Surgical History (right shoulder RCR and biceps ), Time since onset of injury/illness (January 2017)
**Mental Status/Cognitive Function Appears Impaired?** No

### Objective

| Precautions | Weight Bearing Status: FWB | | |
|---|---|---|---|
| **CPT® Code** | **Direct Timed Codes** | | **Units** |
| GP:97110 | Therapeutic Exercise | | 2 |
| | see flowsheet | | |
| GP:97140 | Manual Therapy | | 2 |
| | deep tissue mobilization after dry needling performed by Tersea Scherffius, PT with electrical stimulation to trigger points along the left hamstring and gastroc complex followed by muscle energy to gain motion at the knee 25 min | | |

CPT copyright 2016 American Medical Association. All rights reserved.

Objective Findings          AROM left knee pre stretching 7-110,

### Assessment
**Assessment/Diagnosis:** Mr. Johnson is responding with an increase in AROM of the left knee after soft tissue scraping (Grasston & dry needling) to the left knee; AAROM today after stretching 3-114degrees , flexion after bike 118
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Loss of left knee AROM making stairs difficulty, and limiting standing and walking to shorter times and less distance than is functional for community access.
- weak and painful left knee complex
- adaptive soft tissue shortening left hamstring and gastroc complex
- multiple soft tissue trigger points left posterior leg
**Short Term Goals:**
1: (2 Weeks) | The patient will report less intense pain while ascending and descending stairs. | unchanged
2: (2 Weeks) | 80% | The patient will demonstrate AROM of the left knee 0 - 110 degrees flexion to allow for greater ease with donning socks and shoes. | AAROM only to 118 degrees flexion

PT

**Lincoln/R. Johnson 0981**

Progress Notes - 07/10/2017

(TUE)AUG 8 2017 12:46/ST. 12:29/No. 6854817'88 P 58

Received:5025681873                                    Jul 10 2017 12:58pm          P003
From:Rudy Ellis Sports Medicine Ctr   502 568 1873    07/10/2017 13:41     #417 P.003/009

rom HylaFAX Enterprise          Mon 10 Jul 2017 02:57:02 PM UTC              Page 3 of 6

**Physical Therapy Group - KY**                                    **Patient Name:** Johnson, Richard
4233 Bardstown Road, Ste 100 C                                              **Date of Birth:**
Louisville, KY 40218-3263                    **Daily Note /**      **Document Date:** 07/10/2017
Phone: (502)493-3800                         **Billing Sheet**
Fax: (502)493-3830

**Long Term Goals:**
1: (4 Weeks) | 30% | The patient will be independent with a comprehensive therapeutic exercise program to maintain leg
strength and cardio-vasacular health. | Progressing
2: (4 Weeks) | The patient will demonstrate AROM left knee 0 - 120 degrees flexion with minimal pain. | 0-110 degrees flexion,
progressing

**Plan**
**Instructions:**
assess by MD today

Teresa Scherflius
License #KY002461
*Electronically Signed by Teresa Scherflius on July 10, 2017 at 10:50 am*

PT

**Lincoln/R. Johnson 0982**

Johnson, Richard L (MR # EP01810172)

## PACS Images
Show images for Duplex US Venous Ext Low LT

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **LLE PAIN & SWELLING** | |
| Note: Enter reason for exam | | |
| **What is the patient's sedation requirement?** | **No Sedation** | |

## Study Result

RADIOLOGY REPORT
FACILITY: NORTON BROWNSBORO HOSPITAL
AGE/GENDER:  AGE: 61 Y        GENDER: M
PATIENT NAME/DOB: JOHNSON, RICHARD, L    DOB:
UNIT NUMBER: EP01810172
ACCESSION NUMBER: EPJ17NVL505661
ACCOUNT:

PROCEDURE PERFORMED: DUPLEX US VENOUS EXT LOW LT

Conclusions: Left lower extremity with no evidence of deep or superficial vein thrombus.
No prior examination for comparison.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY: Benjamin Lerner, MD

## Medstreaming Document
Show images for Duplex US Venous Ext Low LT

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **LERNER, BENJAMIN M** | 7/10/2017 17:42 | 502-636-7242 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 7/10/2017   14:07 | 7/10/2017   14:24 |

Encounter
View Encounter

## Result History

Order 235070753

MRN: **EP01810172** Accession #: **EPJ17NVL505661**

Result History Report
Result History

Lincoln/R. Johnson 0983

Progress Notes - 06/22/2017                           (TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817'88  P 14

RUDY J. ELLIS, M.D.                                                    ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                              FRACTURES
R. JOHN ELLIS, JR., M.D.                                                   JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                        SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                        **ELLIS & BADENHAUSEN**
AKBAR NAWAB, M.D.                              **ORTHOPAEDICS, P.S.C.**
MICHAEL L. SALAMON, M.D
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **06/22/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **Lawrence A. Schaper** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

**Visit Diagnosis Code:**

**Patient Visit Note**

### Active Problems
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

### Chief Complaint
Second opinion on left knee pain.

### History of Present Illness
Richard Johnson is a 61 year old male.
- Medication list reviewed.

The patient is a 61-year-old male who has medial arthritis, which is fairly severe. He failed conservative treatment, and in January he had a left total knee replacement done by Dr. Popham. As of March 27th, there is a physical therapy report showing 0-128 degrees of motion. He was having still quite a bit of pain at that time. He was following up again May 10th and at that time was noted to have pain around his hamstring, and also some anterior medial pain in the knee. X-rays at that time were unremarkable. It was felt that he had some IT band tendinitis and continued his physical therapy and was not able to return to work. He was seen again on 06/12/2017 and was still having quite a bit of pain and had not done well with his physical therapy. He asked me to see him for a 2nd opinion. He comes in today stating that he is still having quite a bit of pain. He has not had any history of fever or chills. He has not had any particular swelling in the knee. He has been going to a different physical therapist recently, which are trying quite a few soft tissue modalities, but not doing a lot of muscle and passive joint stretching. Pain bothers him some at night as well as when he is active. He does recall a time when he was doing quite well and had to do some work on a furnace and was on his knee a lot more than usual. That is when his posterior knee pain started. This would have been some time in March or early April. He has not had any falls or any trauma.

### Current Medication
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**

**Lincoln/R. Johnson 0984**

Patient Name: Richard L Johnson                                Date: 06/22/2017

- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**
- **Norco 7.5-325MG Oral Tablet 1-2 tabs by mouth every 6 hrs as needed for pain, 30 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
     Past medical history reviewed
     Surgical history reviewed
**Reported:**
     Family history reviewed.
**Diagnoses:**
     Osteoarthritis
**Surgical:**
     • Rotator cuff repair Left 6/9/2016
     • Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
     • Surgery of the left knee - Arthroscopy 2005

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Family History**
     Cancer
      Kidney disease

**Review Of Systems**
**Systemic:** Feeling poorly (malaise) Fatigue.  No fever, no chills, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms Patient has pain in the left knee. He has plantar
     fasciitis in the left foot.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
Hx of kidney stones.

**Physical Findings**
The patient is alert and cooperative, very pleasant gentleman. His range of motion of the left knee
was measured today at almost 0 probably minus 3 or 4 degrees and almost 0 with passive stretch.

**Lincoln/R. Johnson 0985**

**Patient Name: Richard L Johnson**                                      **Date: 06/22/2017**

His flexion, passively, I was able to measure today at about 108 degrees. His knee has a well-healed anterior incision. There is no swelling or redness. He is diffusely tender, some around the anteromedial joint line, and also is tender posteriorly in the popliteal fossa, little more on the lateral side. He is not specifically tender over the lateral femoral epicondyle or over the popliteus tendon, and I do not detect any snapping in the tendon when he moves his knee actively or passively. He has good strength in the quads and adequate strength in the hamstrings as well. He does not have definite flexion instability and does not distract more than maybe a millimeter or 2 when he hangs his knee off the table. The knee is stable to AP and varus/valgus stress, both in flexion and extension. He has no pain with movement of the left hip at all. He has a negative straight leg raise test on both sides and has no strength deficits in the lower extremities. He does not have any abnormalities on his lumbar exam. He has normal sensation around the knee and in his lower extremity.

**Assessment**
I reviewed the x-rays that were taken at the last visit and these do indeed show excellent position of the knee replacement. Patella is tracking well and has been resurfaced. I do not see any problems with the reconstruction. Looking at all of the different etiologies of his pain, which would include infection, referred pain from somewhere else as well as possible inflammatory response from the hardware, it really it appears that he does have perhaps a soft tissue inflammation in the popliteal region which could involve perhaps a hamstring problem. I cannot detect any mechanical problems with the knee at this time and I really do not think he has any indication at all for infection.

**Plan**
What we will do from here is to have the patient do aggressive passive stretch of his knee to try to regain flexion, at least 2-3 times a day for about 5 minutes and then no more. He is going to do just isometric strengthening of the knee and continue with his physical therapy for the soft tissue modalities that he is getting. He is going to follow up with Dr. Popham and I am hoping that with his passive stretching that he is able to do, he will be able to regain some of his flexion because once this is lost it could be permanent. I think now is time that he should be more aggressive with his own passive flexion, but I do think repetitive aggressive physical therapy flexion would be helpful at this point. I explained all of this to the patient. He understands and is agreeable, and I certainly do not think any surgical intervention is necessary at this time.

cc: THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE  KY  40223-4193)

EASTPOINT

**Lawrence A. Schaper**
**Electronically signed by: Lawrence Schaper     Date: 07/05/2017 09:34**

Electronically approved by: Lawrence Schaper     Date: 07/05/17 09:34

**Lincoln/R. Johnson 0986**

Progress Notes - 06/15/2017

(TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817'88 P 53

Received:5025681873                          Jul 10 2017 12:58pm        P004
From:Rudy Ellis Sports Medicine Ctr    502 666 1873        07/10/2017 13:42      #417 P.004/009
om HylaFAX Enterprise        Mon 10 Jul 2017 02:57:02 PM UTC                Page 4 of 6

**Physical Therapy Group - KY**
4233 Bardstown Road, Ste 100 C
Louisville, KY 40218-3263
Phone: (502)493-3800
Fax: (502)493-3830

**Physical Therapy
Initial
Examination**


PHYSICAL THERAPY
GROUP INC.

**Patient Name:** Johnson, Richard
**Date of Birth:**
**Referring Physician(s):** Direct Access

**Date of Initial Examination:** 06/15/2017
**Injury/Onset/Change of Status Date:** 06/15/2017
**Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint
**Visit No.:** 1

**Surgery:** (Date/Type) 01/31/2017 left knee replacement
**Treatment Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** the left knee had been "bad" for about 10 years
**Primary Concern/Chief Complaint:** pain is constant affecting the left lateral knee, worse with bending the knee, a sense of compression type pain at the top of the medial patella
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
**Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
**Mobility: Walking & Moving Around:** Walking: Forward, Backward, Sideways, Strolling; Moving Around: Climbing, Running, Jogging; Moving Around in Different Locations: Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Bumped in Crowded Streets, Terrain
**Pain Location:** left knee
**Pain Scale: Worst:** 7 **Best:** 1 **Current:** 2
**Pain Description:** Constant
**Pain Follow-up Plan:** modalities and therex
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down; bending the knee is the worst aggravating factor
**General Health:** Good
**Home Health Care:** No
**Medical History:** Osteoarthritis (left knee )
**Complication/Personal Factors:** Surgical History (right shoulder RCR and biceps ), Time since onset of injury/illness (January
**Patient Goals:** The patient would like to be capable of climbing and descending stairs with less pain to allow him to continue to participate in social functions.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Outcome Measurement Tools**

**Lower Extremity**
Lower Extremity Functional Scale          31/80

**Observation**

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Gait**          Antalgic, Lacks Full Knee Extension at Heel Strike, Apprehensive with Weightbearing, Shortened Stride
**Muscle Atrophy**
Description          loss of quadriceps and gastroc complex muscle mass in comparison with the non affected limb

*PT*

**Lincoln/R. Johnson 0987**

Progress Notes - 06/15/2017

(TUE)AUG  8 2017 12:46/ST. 12:29/No. 6854817'88  P 54

Received:5025681873                           Jul 10 2017 12:59pm      P005
From:Rudy Ellis Sports Medicine Ctr    502 668 1873      07/10/2017 13:42      #417 P.005/009
'om HylaFAX Enterprise      Mon 10 Jul 2017 02:57:02 PM UTC             Page 5 of 6

**Physical Therapy Group - KY**
4233 Bardstown Road, Ste 100 C
Louisville, KY 40219 3263
Fax: (502)493-3830

**Physical Therapy**
**Examination**

Patient Name: Johnson, Richard
Date of Birth:
Document Date: 06/15/2017

**Range of Motion**

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | Not Tested | 95 ° |
| Extension | Not Tested | (5) ° |

**Strength**

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | 4+/5 | 4+/5 |
| Hip Extension | 4+/5 | 4/5 |
| Hip Abduction | 4+/5 | 4/5 |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 5/5 | 4-/5 |
| Knee Extension | 5/5 | 4+/5 |

**Comments**      left knee flexion and extension were painful in response to resistance testing

**Special Tests**

**Flexibility**

| | Right | Left |
|---|---|---|
| Ober | Positive | Positive |
| 90/90 Hamstring Flexibility | (40) ° | (50) ° |

**Palpation**

**Comments**      multiple trigger points noted at the left gastrocnemius complex
**Palpation**
Palpable tenderness or increased muscular tone noted.

| | |
|---|---|
| Right TFL | Normal |
| Left TFL | Painful to Deep Palpation, Tender with increased tissue tension |
| Left Hamstrings | Painful to Light Palpation, Tender with increased tissue tension |

| | Right | Left |
|---|---|---|
| Lateral Patella | | Painful to Light Palpation |
| LCL | | Painful to Light Palpation |

**Assessment**
**Assessment/Diagnosis:** This patient presented with increased pain and reduction in functional ROM of the left knee 4 1/2 months status post left knee arthroplasty. Skilled physical therapy can address soft tissue compromise through the use of modalities and deep tissue techniques to reduce trigger points and enhance soft tissue extensibility to allow for recovery of lost ROM which should translate into a less painful and more functional knee.
**Patient Education:** reviewed HEP
**Patient Demonstrates Compliance with Prescribed HEP**

PT

Lincoln/R. Johnson 0988

Progress Notes - 06/15/2017

Received:5025681873                              Jul 10 2017 12:59pm    P006
From Rudy Ellis Sports Medicine Ctr    602 668 1873        07/10/2017 13:43        #417 P.006/009
rom HylaFAX Enterprise      Mon 10 Jul 2017 02:57:02 PM UTC              Page 6 of 6

**Physical Therapy Group - KY**         **Physical Therapy**     **Patient Name:** Johnson, Richard
4233 Bardstown Road, Ste 100 C               **Initial**          **Date of Birth:**
Louisville, KY 40218-3263                   **Examination**       **Document Date:** 06/15/2017
Phone: (502)493-3800
Fax: (502)493-3830

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Loss of left knee AROM making stairs difficulty, and limiting standing and walking to shorter times and less distance than is functional for community access.
- weak and painful left knee complex
- adaptive soft tissue shortening left hamstring and gastroc complex
- multiple soft tissue trigger points left posterior leg

**Short Term Goals:**
1: (2 Weeks) | The patient will report less intense pain while ascending and descending stairs.
2: (2 Weeks) | The patient will demonstrate AROM of the left knee 0 - 110 degrees flexion to allow for greater ease with donning socks and shoes.

**Long Term Goals:**
1: (4 Weeks) | The patient will be independent with a comprehensive therapeutic exercise program to maintain leg strength and cardio-vasacular health.
2: (4 Weeks) | The patient will demonstrate AROM left knee 0 - 120 degrees flexion with minimal pain.

**Plan**

**Frequency:** 2 times a week

**Duration:** 4 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

**Procedures**
Therapeutic Exercises (ROM, Stability), Therapeutic Activity (ADL Specific), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Interferential)

**Specialties**
Other (K tape )

Teresa Scherlfius
License #KY002461
*Electronically Signed by Teresa Scherlfius on June 15, 2017 at 3:28 pm*

*PT*

**Lincoln/R. Johnson 0989**

Progress Notes - 06/12/2017                    (TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817·88  P 11

RUDY J. ELLIS, M.D.                                                    ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                              FRACTURES
R. JOHN ELLIS, JR., M.D.                                                 JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                      SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.                    **ELLIS & BADENHAUSEN**
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                       **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**            **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**         **06/12/2017**
**Account #:**          **545850**
**Attending Provider:** **G J. Popham MD**
**Primary Provider:**   **Moore, Thomas MD**
**Referring Provider:**

..........................................................................................................................................
                            **Patient Visit Note**
**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**


**Chief Complaint**
Patient returns for a left knee followup.


**Reason For Visit**
   Date of surgery: 01/31/17 - Left total knee arthroplasty - Dr. Popham.


**History of Present Illness**
   Richard Johnson is a 61 year old male.
   • Medication list reviewed.

He states that he is not responding well to therapy. He has posterior and lateral pain, especially
when he tries to bend his knee. He also reports that his range of motion is not getting better due to
the increased pain.


**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**
- **Norco 7.5-325MG Oral Tablet 1-2 tabs by mouth every 6 hrs as needed for pain, 30
days, 0 refills**


**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.


**Lincoln/R. Johnson 0990**

**Patient Name: Richard L Johnson**                              **Date: 06/12/2017**

**Diagnoses:**
Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
- **Vitals taken 06/12/2017 11:14 am**

| | |
|---|---|
| **BP-Sitting R** | **118/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **82 bpm** |
| **Height** | **72 in** |
| **Weight** | **206 lbs** |
| **Body Mass Index** | **27.9 kg/m2** |
| **Body Surface Area** | **2.16 m2** |

Left knee exam:
After surgery, he had a little bit of popping, but it is much worse now. Today, he has 5-90 degrees range of motion. No instability at full extension and no instability at 90 degrees at flexion. Tender over iliotibial band insertion as well as the lateral head of the gastrocnemius. The popping is reproduced with flexion and extension of the knee with the lower leg internally rotated, but it is not palpable. He has trace effusion.

**Assessment**
Left knee, iliotibial band tendonitis

**Plan**
We discussed today the procedure, risks, and benefits of a left TKA revision. However, I am referring him to Dr. Schaper for further evaluation and he will follow up with me after doing so. I have written him another prescription for physical therapy to do in the meantime. He cannot return to work at this time.

EASTPOINT

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**Lincoln/R. Johnson 0991**

(TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817'88  P 13

**Patient Name: Richard L Johnson**                                    **Date: 06/12/2017**

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 06/15/2017 09:21**

Electronically approved by: Jeffrey Popham    Date: 06/15/17 09:21

**Lincoln/R. Johnson 0992**

Progress Notes - 06/12/2017                    (TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817'88 P 51

WALTER E. BADENHAUSEN Jr., M.D.                    AKBAR NAWAB, M.D.
R. JOHN ELLIS Jr., M.D.                     MICHAEL L. SALAMON, M.D.
MARK E. PETRIK, M.D.                         MATTHEW R. PRICE, M.D.
LAWRENCE A. SCHAPER, M.D.                      DANIEL E. RUEFF, M.D.
MARK G. SMITH, M.D.                             ERIN M. GISH, PA-C
G. JEFFREY POPHAM, M.D.

## Ellis & Badenhausen Orthopaedics, PSC

13151 Magisterial Dr.                    5120 Dixie Highway
Suite 200                               Suite 103
Louisville, KY 40223                    Louisville, KY 40216
(502) 587-1236                          (502) 449-0449

EMPLOYEE _____Richard   Johnson_____

DIAGNOSIS_____

**WORK STATUS:**

YES_____When_____

NO___✓_____How Long ___until___ 8/1/17 _____

Light Duty - Yes_____ No_____

Restrictions _____

_____

_____

Signed _____

Today's Date _____6/12/17_____

WORK-REL 7/10

**Lincoln/R. Johnson 0993**

Progress Notes - 06/12/2017    (TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817'88 P 52



**Dr. Rudy J. Ellis**
SPORTS
MEDICINE
CENTER

13151 MAGISTERIAL DRIVE    5120 DIXIE HWY
SUITE 100    SUITE 102
LOUISVILLE, KY 40223    LOUISVILLE, KY 40216
PHONE: 502-585-4571    PHONE: 502-448-0931
FAX: 502-568-1873    FAX: 502-448-0918

PT. NUMBER_____ DATE ___6/12/17_____

NAME __Richard Johnson_____

DIAGNOSIS __(L) posterolateral knee pain / popping.__

SURGERY _____IT band tendonitis._____

PRECAUTION/SPECIAL INSTRUCTIONS _____

☑ Evaluate and Treat    ☐ Pre and Post-Operative Care

**EXERCISE & REHAB**    **MODALITIES**
___ NECK REHAB    ✓ MODALITIES OF CHOICE
___ BACK REHAB    ___ ULTRASOUND
___ SHOULDER REHAB    ___ ELECTRICAL STIMULATION
___ ELBOW REHAB    ___ CERVICAL TRACTION
___ WRIST/HAND REHAB    ___ LUMBAR TRACTION
___ HIP REHAB    ___ VASOPNEUMATIC COMPRESSION
___ KNEE REHAB    ___ PRIMAL REFLEX RELEASE (PRRT)
___ ANKLE/FOOT REHAB    ___ IONTOPHORESIS
___ WORK CONDITIONING    ___ GRASTON

___ KNEE SLEEVE    ___ CUSTOM MOLDED FOOT ORTHOTIC
___ LROM KNEE BRACE    ___ ANKLE BRACE
___ HINGED KNEE BRACE - OTS    ___ CUSTOM DYNAMIC AFO
___ ACL KNEE BRACE - CUSTOM    ___ CUSTOM STABILITY WALKER AFO
___ LUMBO-SACRAL ORTHOSIS    ___ ABDUCTION PILLOW SLING
___ PATELLAR TENDON STRAP    ___ ARC ABDUCTION SLING
___ PATELLA STABILIZING BRACE    ___ LROM ELBOW BRACE
___ OSTEOARTHRITIS BRACE    ___ HINGED ELBOW BRACE

FREQ. & DURATION  1  2  3  4  5  TIMES A WEEK FOR  1  2  3  4  5  6  WEEKS

SIGNED_____ M.D.

EVAL-TREAT 5/10

**Lincoln/R. Johnson 0994**

Progress Notes - 06/07/2017

Jun  7 2017 03:33pm        P002

JUN-07-2017 14:53 From:                                    To:15027360076        Page:2/2

  **BAPTIST HEALTH®**

MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

June 7, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:     **Richard Johnson**
Date of Birth:
Date of Visit: **6/7/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for treatment following his left TKA. Pt has been seen 2-3x week for the past 12 weeks for treatment consisting of iontophoresis, ultrasound, MH, joint mobilizations, PROM, AROM, LE flexibility exercises, and open and closed kinetic chain LE strengthening exercises.

Pt continues to c/o pain in the popliteal fossa and distal, lateral hamstring insertion area of left knee. He rates this pain up to a 7/10 and states it is worse when he tries to bend his knee. We have tried multiple exercises for this area in addition to the modalities, but nothing seems to change the pain. He has left knee AROM 2-112 degrees. He has SLR at 3 degrees and TKE < 5 degrees. He has hip strength of 5/5 all planes and quadricep and hamstring strength of 4+/5. He is independent with his HEP.

**Assessment and Plan:**
Pt is still limited in his daily function due to the pain in the posterior knee. We have tried various treatment options, but nothing seems to change his pain. Pt has MD follow up 6/12/2017. Will continue as advised.

Sincerely,

Gary Costelle, PT

CC: No Recipients

**Lincoln/R. Johnson 0995**

Progress Notes - 05/10/2017                          (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P  8

RUDY J. ELLIS, M.D.                                                    ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                              FRACTURES
R. JOHN ELLIS, JR., M.D.                                                  JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                      SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.              **ELLIS & BADENHAUSEN**
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**            **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**          **05/10/2017**
**Account #:**           **545850**
**Attending Provider:**  **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**

........................................................................................................................................
## Patient Visit Note
### Active Problems
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

### Chief Complaint
14-week check left total knee replacement.

### History of Present Illness
Richard Johnson is a 61 year old male.
- Medication list reviewed.

Mr. Johnson reports that his knee is not doing well.  He states that his hamstring constantly pops
and snaps causing discomfort.  He also complains of pain along the anteromedial aspect of his
proximal tibial, as well as pain along the medial aspect of his knee.  He was given a prescription of
ibuprofen 600 MG after his last office visit to take with his hydrocodone, but states it does not
provide any relief.

### Current Medication
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**

### Past Medical/Surgical History
**Other:**
Past medical history reviewed
Surgical history reviewed
**Reported:**
Family history reviewed.
**Diagnoses:**
Osteoarthritis
**Surgical:**

**Lincoln/R. Johnson 0996**

Progress Notes - 05/10/2017                          (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P  9

**Patient Name: Richard L Johnson**                          **Date: 05/10/2017**

- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
 Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
Left knee exam -
Minimal posterolateral JLT
Tender at medial proximal tibia
Tender posteriorly; No palpable Baker's cyst
Tender at distal ITB
No laxity to Varus/Valgus stresses
Trace Effusion
2-100 Degree ROM
No Discoloration
Incision well healed
NVID

**Radiographs**
AP view x-rays of both knees while standing were performed 73565.
Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views Left knee were obtained today in the office
Reason - S/P TKA
Findings - No radiolucencies around the implant, good alignment of the implant
Impression - No mechanical complications s/p TKA.

**Assessment**
Doing well S/P  LTKA; posterior pain residual from surgery
Left knee, ITB tendonitis

**Plan**
- **OTHER**
Norco 7.5-325 MG TABS, 1-2 tabs by mouth every 6 hrs as needed for pain, 30 days, 0
refills

Continue PT; esp. for ROM and ITB
Norco 7.5mg
Compound pain cream
Patient cannot return to work at this time
F/U in 6 weeks

**Lincoln/R. Johnson 0997**

Progress Notes - 05/10/2017                              (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817·88  P 10

Patient Name: Richard L Johnson                          Date: 05/10/2017

EASTPOINT

Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.

G Jeffrey Popham MD
Electronically signed by: Jeffrey Popham      Date: 05/17/2017 08:20

Electronically approved by: Jeffrey Popham      Date: 05/17/17 08:20

**Lincoln/R. Johnson 0998**

Progress Notes - 05/10/2017

(TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817 88  P 45

WALTER E. BADENHAUSEN Jr., M.D.
R. JOHN ELLIS Jr., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.

AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

# Ellis & Badenhausen Orthopaedics, PSC

13151 Magisterial Dr.
Suite 200
Louisville, KY 40223
(502) 587-1236

SOUTHEND MEDICAL CENTER
5129 Dixie Highway
Suite 301
Louisville, KY 40216
(502) 449-0449

EMPLOYEE __Richard Johnson__

DIAGNOSIS _____

**WORK STATUS:**

YES_____When_____

NO____✓____How Long ___until at least 7/3/17___

Light Duty - Yes _____ No _____

Restrictions _____

_____

_____

Signed _____

Today's Date ___5/10/17___

Lincoln/R. Johnson 0999

Progress Notes - 05/10/2017



(TUE)AUG   8 2017 12:43/ST. 12:29/No. 6854817 88  P 46

**Dr. Rudy J. Ellis**
SPORTS
MEDICINE
CENTER

13151 MAGISTERIAL DRIVE          5120 DIXIE HWY
SUITE 100                         SUITE 102
LOUISVILLE, KY 40223             LOUISVILLE, KY 40216
PHONE: 502-585-4571              PHONE: 502-448-0931
FAX: 502-568-1873               FAX: 502-448-0916

PT. NUMBER_____   DATE ___5/10/17___

NAME____Richard Johnson_____

DIAGNOSIS___(L) IT band tendonitis, pain after THA___

SURGERY_____

PRECAUTION/SPECIAL INSTRUCTIONS_____

☑ Evaluate and Treat              ☐ Pre and Post-Operative Care

**EXERCISE & REHAB**              **MODALITIES**
___ NECK REHAB                    ✓ MODALITIES OF CHOICE
___ BACK REHAB                    ___ ULTRASOUND
___ SHOULDER REHAB                ___ ELECTRICAL STIMULATION
___ ELBOW REHAB                   ___ CERVICAL TRACTION
___ WRIST/HAND REHAB              ___ LUMBAR TRACTION
___ HIP REHAB                     ___ VASOPNEUMATIC COMPRESSION
___ KNEE REHAB                    ___ PRIMAL REFLEX RELEASE (PRRT)
___ ANKLE/FOOT REHAB             ___ IONTOPHORESIS
___ WORK CONDITIONING            ___ GRASTON

___ KNEE SLEEVE                   ___ CUSTOM MOLDED FOOT ORTHOTIC
___ LROM KNEE BRACE              ___ ANKLE BRACE
___ HINGED KNEE BRACE - OTS      ___ CUSTOM DYNAMIC AFO
___ ACL KNEE BRACE - CUSTOM      ___ CUSTOM STABILITY WALKER AFO
___ LUMBO-SACRAL ORTHOSIS        ___ ABDUCTION PILLOW SLING
___ PATELLAR TENDON STRAP        ___ ARC ABDUCTION SLING
___ PATELLA STABILIZING BRACE    ___ LROM ELBOW BRACE
___ OSTEOARTHRITIS BRACE         ___ HINGED ELBOW BRACE

FREQ. & DURATION 1  2  3  4  5 TIMES A WEEK FOR 1  2  3  4  5  6  WEEKS

SIGNED_____ M.D.

EVAL-TREAT 5/10

Lincoln/R. Johnson 1000

Progress Notes - 05/10/2017

(TUE)AUG  8 2017 12:44/ST. 12:29/No. 6854817 88  P 47



**BAPTIST HEALTH**

MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

May 10, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:       **Richard Johnson**
Date of Birth:
Date of Visit: **5/10/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for treatment following his left TKA. He has been seen 22 times for treatment consisting of joint mobilizations, PROM, AROM, stretches, and both open and closed chain strengthening exercises.

He still ambulates with a mild antalgic gait on his left LE lacking TKE at heel strike. He still c/o pain over lateral hamstring attachment, distal ITB, MJL, and fibular head. He rates his pain as a 2-3/10 and states it limits him when he goes sit to stand and starts to walk. His knee AROM prior to stretching is 3-115 degrees and increases to 0-120+ degrees after stretching. He has good hip strength as well as good quadricep and hamstring strength. He is independent with his HEP.

<u>**Assessment and Plan:**</u>
Pt initially progressed very well, but recently seems to have hit a plateau and is still limited primarily by his pain. Please advise as to continuation of his therapy after you have seen the patient.

If you have questions, please do not hesitate to call me.

Sincerely,

*Gary Costelle, PT*
Gary Costelle, PT

**Lincoln/R. Johnson 1001**

(TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817´88 P  6

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **03/29/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **G J. Popham MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

................................................................................................
**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
8-week check left total knee replacement.

**History of Present Illness**
    Richard Johnson is a 61 year old male.
    • Medication list reviewed.

Mr. Johnson complains of continued pain. He states that the arthritic pain is still gone, but that the muscle pain is very severe.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
    • Rotator cuff repair Left 6/9/2016
    • Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
    • Surgery of the left knee - Arthroscopy 2005

**Family History**

**Lincoln/R. Johnson 1002**

Progress Notes - 03/29/2017                          (TUE) AUG   8 2017  12:35/ST. 12:29/No. 6854817 88 P   7

**Patient Name: Richard L Johnson**                                    **Date: 03/29/2017**

Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

No Metal Allergy.

**Physical Findings**
Left knee exam -
Minimal posterolateral JLT
No laxity to Varus/Valgus stresses
Trace Effusion
5-100 Degree ROM
No Discoloration
Normal Quad Strength and Tone
No palpable Baker's cyst
Incision well healed

**Assessment**
Doing well S/P  LTKA

**Plan**
   • **OTHER**
      Ibuprofen 600 MG TABS, i po q 6-8 hrs prn, 30 days, 2 refills

Discussed with patient today to take one pain pill accompanied with 800mg ibuprofen prior to going
to bed; in addition we told him he can take 600mg ibuprofen 2x during the day.
F/U in 6 weeks

EASTPOINT


Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.




**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 04/05/2017 08:19**


Electronically approved by: Jeffrey Popham     Date: 04/05/17 08:20

**Lincoln/R. Johnson 1003**

Progress Notes - 03/27/2017

MAR-27-2017 12:54 From:                                    To:15025870126369566      Page:1/1

 **BAPTIST HEALTH**®

MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

March 27, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:      **Richard Johnson**
Date of Birth:
Date of Visit: **3/27/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for evaluation. The patient has been seen 2-3x weekly following his left TKA for treatment consisting of joint mobilizations, PROM, AROM, LE flexibility exercises, and open and closed kinetic chain strengthening exercises.

Pt currently has pain that he rates as 1/10, but also c/o nagging type pain postero-lateral knee when he stands or walks for long periods. He has good patellar mobility and knee AROM of 0-128 degrees. His LE strength is 5/5 all planes with testing. He still has mild hamstring tightness with testing. He ambulates with mild antalgic gait left LE. He is independent with his HEP.

Pt is to be seen 3/29/2017. Will continue as advised.

If you have questions, please do not hesitate to call me. I look forward to following Richard along with you.

Sincerely,

Gary Costelle, PT

CC: No Recipients

**Lincoln/R. Johnson 1004**

Progress Notes - 03/01/2017                          (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P  3

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.                    ORTHOPAEDIC SURGERY
R. JOHN ELLIS, JR., M.D.                                    FRACTURES
MARK E. PETRIK, M.D.                                   JOINT REPLACEMENT
LAWRENCE A. SCHAPER, M.D.                               SPORTS MEDICINE
MARK G. SMITH, M.D.              **ELLIS & BADENHAUSEN**
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.                **ORTHOPAEDICS, P.S.C.**
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**          Richard L Johnson
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**        03/01/2017
**Account #:**         **545850**
**Attending Provider:**  G J. Popham MD
**Primary Provider:**   Moore, Thomas MD
**Referring Provider:**

..................................................................................................................
**Patient Visit Note**

**Active Problems**
● **Pain in left knee**
● **Strain of musc/tend the rotator cuff of left shoulder, init**
● **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
4 week check left total knee replacement.

**Reason For Visit**
    Date of surgery: 01/31/2017.

**History of Present Illness**
    Richard Johnson is a 61 year old male.
    ● Medication list reviewed.

Mr. Johnson reports that his knee is fairly sore.  His pain has changed since surgery.  He states he
no longer feels the arthritic pain he was suffering from, but that his pain is different now.  He is
treating with hydrocodone 7.5/325, typically at night.  He does notice an increase in pain at night.

**Current Medication**
● **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
● **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
    ● Rotator cuff repair Left 6/9/2016

**Lincoln/R. Johnson 1005**

Progress Notes - 03/01/2017                                    (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P  4

**Patient Name: Richard L Johnson**                                    **Date: 03/01/2017**

- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
- **Vitals taken 03/01/2017 01:58 pm**

| | |
|---|---|
| **BP-Sitting L** | 116/76 mmHg |
| **BP Cuff Size** | Large |
| **Pulse Rate-Sitting** | 87 bpm |
| **Height** | 72 in |
| **Weight** | 207 lbs |
| **Body Mass Index** | 28.1 kg/m2 |
| **Body Surface Area** | 2.16 m2 |

Left knee exam -
NT at Medial and Lateral Joint Lines
No laxity to Varus/Valgus stresses
No Effusion
1-100 Degree ROM
No Discoloration
Normal Quad Strength and Tone
No palpable Baker's cyst
Incision healing well
Ambulating with cane today

**Radiographs**
AP view x-rays of both knees while standing were performed 73565.
Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views Left knee were obtained today in the office
Reason - S/P TKA
Findings - No radiolucencies around the implant, good alignment of the implant
Impression - No mechanical complications s/p TKA.

**Assessment**
Doing well post op TKA

**Plan**
Continue PT
600mg ibuprofen 3x/day
Norco 7.5mg
Amoxicillin

**Lincoln/R. Johnson 1006**

(TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P  5

**Patient Name: Richard L Johnson**                    **Date: 03/01/2017**

F/U in 4 weeks

EASTPOINT

Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 03/06/2017 08:19**

Electronically approved by: Jeffrey Popham     Date: 03/06/17 08:19

**Lincoln/R. Johnson 1007**

Progress Notes - 02/02/2017                            (TUE)AUG  8 2017 12:40/ST. 12:29/No.6854817'88 P 39

Norton Healthcare    02/02/2017 11:09:31 AM   PAGE    2/005   Feb 2 2017 11:28am   P002
                                                             Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 1 of 4
**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM**

| Author: Ajmani, Deep, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 2/2/2017 11:08 AM | Date of Service: 2/2/2017 11:04 AM | Status: Signed |
| Editor: Ajmani, Deep, MD (Physician) | | |



**DISCHARGE SUMMARY**

**Patient Identification:**
Name: Richard L Johnson
Age: 61 yr/o
Sex: male
DOB:
MRN: EP01810172

**Admit date:** 1/31/2017

**Discharge date:** 2/2/2017

**Admitting Physician:** G Jeffrey Popham, MD

**Discharge Physician:** Deep Ajmani, MD

**Primary Care Physician:** Moore, Thomas L, MD

**Discharge Diagnoses:**
**Principal Problem:**
 Primary osteoarthritis of left knee s/p Left TKA 1/31/17 POA: Yes
**Active Problems:**
 Postoperative hypotension POA: Yes
 Acute postoperative pain of left knee POA: Yes

**Discharged Condition:** stable

**Disposition:**
Home

**Medications:**
**Current Discharge Medication List**

**START taking these medications**

| | Details |
|---|---|
| apixaban (ELIQUIS) 2.5 MG tablet | Take 1 tablet by mouth 2 (two) times daily for 12 days |
| | Qty: 0 tablet, Refills: 0 |
| oxyCODONE-acetaminophen (PERCOCET) 7.5-325 MG | Take 1-2 tablets by mouth every 4 (four) hours |
| | Qty: 0 tablet, Refills: 0 |

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|

**Lincoln/R. Johnson 1008**

Progress Notes - 02/02/2017

Norton Healthcare      02/02/2017 11:09:31 AM  PAGE   3/005   Feb  2 2017 11:29am   P003
                                                             Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 2 of 4
**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)**
**fluticasone (FLONASE) 50**            Instill 1 spray in each nostril daily
**MCG/ACT nasal spray**

**TESTOSTERONE IM**                     Inject into the muscle every 14 (fourteen) days

**STOP taking these medications**

    meloxicam (MOBIC) 15 MG tablet

**Consults:**
IP CONSULT TO HOSPITALIST
IP CONSULT TO CASE MANAGEMENT

**Hospital Course:**
Patient had left total knee arthroplasty done by Dr. Popham secondary to severe osteoarthritis.
Postoperatively his major issue was pain control. He was on Eliquis for DVT prophylaxis. We followed his
postoperative medical course. Vital signs were stable and labs were stable. Hemoglobin is 15. He is doing
well and working well with physical therapy. Pain currently controlled on current regimen. He will be going
home on Percocet and Eliquis for DVT prophylaxis.

**Discharge Exam:**
Adult Exam: BP 111/70 (BP Location: Left arm, Orthostatic Position: Lying) Pulse 85  Temp 98.2 °F (36.8 °C)
(Oral) Resp 16  Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 93%  BMI 31.55 kg/m2
General appearance: alert, appears stated age and cooperative
Lungs: clear to auscultation bilaterally
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly
Extremities: extremities normal, atraumatic, no cyanosis or edema
Neurologic: Grossly normal

**Significant Diagnostic Studies:**
Recent Results (from the past 24 hour(s))
CBC w/Diff
   Collection Time: 02/02/17  4:32 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 9.90 | 4.5 - 11.0 10*3/uL |
| RBC | 4.94 | 4.5 - 5.9 10*6/uL |
| HGB | 15.0 | 13.5 - 17.5 g/dL |
| HCT | 45.4 | 41.0 - 53.0 % |
| MCV | 91.9 | 80.0 - 100.0 fL |
| MCH | 30.4 | 26.0 - 34.0 pg |
| MCHC | 33.0 | 31.0 - 37.0 g/dL |
| RDW | 12.7 | 12.0 - 16.8 % |
| PLT | 153 | 140 - 440 10*3/uL |
| MPV | 10.3 | 6.7 - 10.8 fL |
| NEUT% | 68 | 45 - 80 % |
| Lymph% | 15 | 15 - 50 % |
| Mono% | 16 (H) | 0 - 15 % |
| EOS% | 1 | 0 - 7 % |
| BASO% | 0 | 0 - 2 % |

**Lincoln/R. Johnson 1009**

Progress Notes - 02/02/2017                                    (TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817'88  P 41

Norton Healthcare     02/02/2017 11:09:31 AM  PAGE    4/005   Feb_2 2017 11:29am    P004
                                                             Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 3 of 4

**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)**

| | | |
|---|---|---|
| IG% | 0 | 0 % |
| NRBC% | 0 | 0 - 0 /100(WBC) |
| NEUT# | 6.76 | 2.0 - 8.8 10*3/uL |
| Lymph# | 1.47 | 0.7 - 5.5 10*3/uL |
| Mono# | 1.53 | 0.0 - 1.7 10*3/uL |
| EOS# | 0.11 | 0.0 - 0.8 10*3/uL |
| Baso# | 0.01 | 0.0 - 0.2 10*3/uL |
| Immature GRAN# | 0.02 | <1 10*3/uL |

Xr Knee 1-2 Vws Lt

Result Date: 2/1/2017
RADIOLOGY REPORT FACILITY: NORTON BROWNSBORO HOSPITAL UNIT/AGE/GENDER: J.PERIHO
IN    AGE:61 Y      SEX:M PATIENT NAME/DOB: JOHNSON, RICHARD, L              UNIT NUMBER:
EP01810172 ACCOUNT NUMBER:  10039211047 ACCESSION NUMBER:  EPJ17RAD69158 2 views of the
left knee dated 02/01/2017. INDICATION: Postop. COMPARISON: None. FINDINGS: Patient is status post left
knee arthroplasty. Hardware is in the expected location. Lucency inferior to the tibial component is
postoperative in etiology. There is near-anatomic alignment. There is no fracture or loosening. Joint fluid and
air  are related to recent surgery. IMPRESSION: 1. Expected postoperative changes status post left knee
arthroplasty. Dictated by: Rebecca Feller, M.D. Images and Report reviewed and interpreted by: Rebecca
Feller, M.D. <PS><Electronically signed by: Rebecca Feller, M.D.> 02/01/2017 1043 D: 02/01/2017 1042 T:
02/01/2017 1042

Us Or Nbh Guidance Procedure

Result Date: 1/31/2017
Images

were obtained for surgical purposes.  See Davis, Jerry B.'s surgical note in the patient's chart for the findings.

Patient Instructions:
Follow up with PCP - Moore, Thomas L, MD  in 1 week.

Follow-up Information
    **Follow up with HH KINDRED AT HOME .**
    Specialty:  Home Health Services
    Contact information
     710 Executive Park
     Louisville KY 40207-4207
     502-895-4213

To-Do List

| Future Orders | Complete By | Expires |
|---|---|---|
| **Activity as tolerated - no restrictions [NUR129 Custom]** | As directed | |

**Lincoln/R. Johnson 1010**

Progress Notes - 02/02/2017

Norton Healthcare      02/02/2017 11:09:31 AM   PAGE    5/005   Feb 2 2017 11:30am   P005
Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 4 of 4
**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)**
Total time spent in making discharge arrangements:
> 30 minutes

**Signed:**
Deep Ajmani, MD
Norton Inpatient Care Specialists
(502) 724-6000
2/2/2017
11:04 AM

*EMR Dragon/Transcription disclaimer:*
*Much of this encounter note is an electronic transcription/translation of spoken language to printed text. The electronic translation of spoken language may permit erroneous, or at times, nonsensical words or phrases to be inadvertently transcribed; Although I have reviewed the note for such errors, some may still exist.*

**Lincoln/R. Johnson 1011**

(TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817'88  P 43

**ELLIS & BADENHAUSEN ORTHOPAEDICS PSC**

| | | | | |
|---|---|---|---|---|
| R. John Ellis, Jr., M.D. | LIC # 19740 | DEA # AE8745551 | G. Joffrey Popham, M.D. | LIC # 31044  DEA # BP4200110 |
| Lawrence Schoper, M.D. | LIC # 24708 | DEA # BS0465777 | Akber Ferrell, M.D. | LIC # 30051  DEA # BN5505093 |
| Michael L. Salamon, M.D. | LIC # 39493 | DEA # BS9298767 | Matthew R. Price, M.D. | LIC # 43464  DEA # FP1534462 |
| Mark G. Smith, M.D. | LIC # 25914 | DEA # BS1568786 | Daniel E. Rueff, M.D. | LIC # 42711  DEA # FR1476866 |

13151 Magisterial Drive • Louisville, KY 40223 • (502) 587-1238
Dixie Medical Center • Louisville, KY 40216 • (502) 449-0449

Name __RRchard   JohNsoN__

Address _____   Date __3/1/17__

Norco  7.5/325

# 90

T po ½ TID

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☑ 101-150
☐ 151 and over

Refill (NR) 1 2 3 4 5

Prescription is void if more than one (1) prescription is written per blank

**Lincoln/R. Johnson 1012**

Progress Notes - 01/31/2017

(TUE) AUG   8 2017 12:39/ST. 12:29/No. 6854817 88  P 32

| Norton Healthcare | 01/31/2017 5:02:43 PM  PAGE | 2/005 | Jan 31 2017 05:21pm  Fax Server | P002 |

Johnson, Richard L (MR # EP01810172)                                          Page 1 of 4
**Consults by Ajmani, Deep, MD at 1/31/2017  4:59 PM**

| Author: Ajmani, Deep, MD | Service: (none) | Author Type: Physician |
| Filed: 1/31/2017  5:01 PM | Date of Service: 1/31/2017  4:59 PM | Status: Signed |
| Editor: Ajmani, Deep, MD (Physician) | | |

Consult Orders:
1. Inpatient consult to Hospitalist [234799672] ordered by Popham, G Jeffrey, MD at 01/31/17 1122



### INTERNAL MEDICINE/HOSPITALIST CONSULT NOTE

**Patient Identification:**
**Name:** Richard L Johnson
**Age:** 61 yr/o
**Sex:** male
**DOB:**
**MRN:** EP01810172
**Date of Service:** 1/31/2017

**Requesting Physician:** As per consult order.

**Primary care physician:** Moore, Thomas L, MD

**Reason for Consultation:**
Postoperative medical management

**Service:** Internal Medicine/Hospitalist - Norton Inpatient Care Specialists

**History of Present Illness:**    Patient underwent left total knee arthroplasty today by Dr. Popham secondary to severe osteoarthritis. We were consulted for postoperative medical management. I saw patient postoperatively and he is doing well. Does not have any significant pain at this time. No nausea or vomiting. Vital signs are stable. He is still under influence of nerve block.

**Review of Systems**
**Constitutional:** Denies fever or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**GU:** Denies dysuria
**Musculoskeletal:** Denies back pain or joint pain
**Integument:** Denies rash
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**Past Medical History:**
**Past Medical History:**
Diagnosis                                                                  Date
 • Cough

**Lincoln/R. Johnson 1013**

(TUE) AUG   8 2017 12:39/ST. 12:29/No. 6854817 88 P 33

| Norton Healthcare | 01/31/2017 5:02:43 PM   PAGE | 3/005 | Jan 31 2017 05:22pm Fax Server | P003 |

Johnson, Richard L (MR # EP01810172)                                          Page 2 of 4
**Consults by Almani, Deep, MD at 1/31/2017 4:59 PM (continued)**
- Dental crowns present
- Hemorrhoids
- High cholesterol
  *NO MEDS FOR*
- History of fracture
  *BILATERAL WRISTS, RIBS*
- History of kidney stones
- Left shoulder pain
  *10/15*
- Low testosterone
- Obesity
- Seasonal allergies
- Sinus congestion
- Snoring

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • LEFT KNEE MENISCUS REPAIR | | 2005 |
| • LEFT WRIST ORIF | | 2000 |
| • SHOULDER ARTHROSCOPY | Left | 06/09/2016 |

*left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis*

**Home Meds:**
Prescriptions Prior to Admission

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal spray | Instill 1 spray in each nostril daily | | |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet by mouth daily | 30 tablet | 3 |
| • TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

**Allergies:**

Allergies as of 1/31/2017

Review Complete On: 1/31/2017 By: Fanning, Kasie, RN

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| Hydrocodone | High | 01/10/2017 | | Shortness Of Breath |

**Social History:**
Social History
Substance Use Topics
- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used
- Alcohol use             Yes
  *Comment: 5 DRINKS WEEKLY*

**Lincoln/R. Johnson 1014**

Progress Notes - 01/31/2017

Norton Healthcare    01/31/2017 5:02:43 PM  PAGE    4/005    Jan 31 2017 05:22pm    P004
Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 3 of 4
**Consults by Ajmani, Deep, MD at 1/31/2017 4:69 PM (continued)**

**Family History:**
History reviewed. No pertinent family history.

**Immunization History:**

There is no immunization history on file for this patient.

**Objective:**
**General Appearance:** awake and alert

**Vitals:**
BP 107/69 (BP Location: Left arm, Orthostatic Position: Lying)  Pulse 72  Temp 98.6 °F (37 °C) (Oral)  Resp 18
Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 94%  BMI 31.55 kg/m2

**Exam:**
BP 107/69 (BP Location: Left arm, Orthostatic Position: Lying)  Pulse 72  Temp 98.6 °F (37 °C) (Oral)  Resp 18
Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 94%  BMI 31.55 kg/m2

|  |  |
|---|---|
| General Appearance: | Alert, cooperative, no distress, appears stated age |
| Head: | Normocephalic, without obvious abnormality, atraumatic |
| Eyes: | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| Ears: | Normal TM's and external ear canals, both ears |
| Nose: | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| Throat: | Lips, mucosa, and tongue normal; teeth and gums normal |
| Neck: | Supple, symmetrical, trachea midline, no adenopathy; thyroid: No enlargement/tenderness/nodules; no carotid bruit or JVD |
| Back: | Symmetric, no curvature, ROM normal, no CVA tenderness |
| Lungs: | Clear to auscultation bilaterally, respirations unlabored |
| Chest wall: | No tenderness or deformity |
| Heart: | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| Abdomen: | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| Extremities: | Extremities normal, atraumatic, no cyanosis or edema |
| Pulses: | 2+ and symmetric all extremities |
| Skin: | Skin color, texture, turgor normal, no rashes or lesions |
| Neurologic: | CNII-XII intact. Normal strength, sensation and reflexes throughout |

I have performed all the rest of the elements in the 9 systems

**Data Review:**
Recent Results (from the past 24 hour(s))
Type and Screen
    Collection Time: 01/31/17  7:40 AM

| Result | Value | Ref Range |
|---|---|---|

Lincoln/R. Johnson 1015

Progress Notes - 01/31/2017

(TUE)AUG  8 2017 12:40/ST. 12:29/No. 6854817 88 P 35

Norton Healthcare    01/31/2017 5:02:43 PM   PAGE    5/005   Jan 31 2017 05:23pm   P005
                                                             Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 4 of 4
**Consults by Ajmani, Deep, MD at 1/31/2017  4:59 PM (continued)**
    Blood Type                           O positive
    Antibody Screen (Gel)                NEGATIVE

Assessment:
Principal Problem:
 Primary osteoarthritis of left knee s/p Left TKA 1/31/17 POA: Yes

Recommendations:
POD#0
DVT prophylaxis with Eliquis
IV fluids
Postoperative pain control
Physical therapy
Follow labs in the morning
Home medications reviewed

Deep Ajmani, MD
Norton Inpatient Care Specialists
1/31/2017
4:59 PM

*EMR Dragon/Transcription disclaimer:*
*Much of this encounter note is an electronic transcription/translation of spoken language to printed*
*text. The electronic translation of spoken language may permit erroneous, or at times, nonsensical*
*words or phrases to be inadvertently transcribed; Although I have reviewed the note for such errors,*
*some may still exist.*

**Lincoln/R. Johnson 1016**

Progress Notes - 01/25/2017

(TUE)AUG  8 2017 12:39/ST. 12:29/No. 6854817'88  P 31

WALTER BADENHAUSEN, M.D.
R. JOHN ELLIS, JR. M.D.
MARK E. PETRIK, M.D.
LAWRENCE SCHAPER, M.D.
MARK G. SMITH, M.D.

ERIN GISH, PA-C

G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.

☐ East Point Business Center
   13151 Magisterial Drive, Lou., KY 40223 • Phone 587-1238
☐ Southend Medical Center • Phone 448-0449

After hours
Phone 632-0030

For _Richard Johnson_    Date _1-25-17_

Address ___

℞

Outpatient Physical Therapy
Evaluate and Treat

Dx: _Left Total Knee_

Refill _____ Times In _____ Months _____    Do not Substitute ☐

M.D.

**Lincoln/R. Johnson 1017**

Progress Notes - 01/16/2017                                (TUE) AUG  8 2017 12:37/ST. 12:29/No. 6854817 88 P 22

Johnson, Richard (MR # 8910550396) DOB:                    Encounter Date: 01/16/2017

## Johnson, Richard  DOB:

MRN: 8910550396
Description: 61 year old male

**Office Visit 1/16/2017**           Provider: Thomas L. Moore, MD (Family Medicine)
**BAPTIST HEALTH MEDICAL**          Primary diagnosis: Seasonal allergic rhinitis due to pollen
**GROUP PRIMARY CARE**              Reason for visit: Surgery Clearance

### Progress Notes                   Thomas L. Moore, MD (Physician) · Family Medicine

**Subjective**

Richard Johnson is a 61 y.o. male presenting with
**Chief Complaint**
Patient presents with
· Surgery Clearance
    left knee replacement on 1-31-17

**HPI Comments:** This is a 61-year-old gentleman who is here for 3 different things.
#1. Chronic left knee pain. He had arthroscopy 10 years ago and he says that every day since
then he has pain in his left knee. Dr. Popham is planning to do a total knee replacement
January 31. I think he will be an excellent surgical candidate.
#2. Chronic rhinitis. He says he has a lot of problems with hayfever and it has been a lot worse
lately. He wakes up sometimes in the morning with a sore throat from breathing through his
mouth all night. He is on Flonase but wondered in addition to his over-the-counter any
histamine if there is anything else. I suggested we can start him on Singulair.
#3. Right elbow pain. He says he uses a mouse all day at work and by the end of the day his
lateral right elbow is hurting. He asked what he can do about that and I suggested an elbow
strap and ice after work and ibuprofen, as long as he does not take it within 7 days of surgery.
#4. Teeth cleaning. He wanted to know if he needed antibiotic prophylaxis prior to teeth
cleaning once he has his knee replaced. I told him this is an area he should talk to his
orthopedic surgeon about but the standard is not clear.

The following portions of the patient's history were reviewed and updated as appropriate: current
medications, past family history, past medical history, past social history, past surgical history
and problem list.

**Review of Systems**
Musculoskeletal: Positive for arthralgias and gait problem.
All other systems reviewed and are negative.

*Cleared for surgery*   1 - 26 - 17

**Objective**

**Physical Exam**
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-
nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No thyromegaly present.

Johnson, Richard (MR # 8910550396) Printed by Kelley D Aniton, MA [550113] Jan. 26, 2017 3:42PM

**Lincoln/R. Johnson 1018**

Progress Notes - 01/16/2017                                    (TUE) AUG  8 2017 12:38/ST. 12:29/No. 6854817 88  P 23

Johnson, Richard (MR # 8910550396) DOB:                    Encounter Date: 01/16/2017

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Exam reveals no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress.
Musculoskeletal: Normal range of motion. He exhibits tendemess (Ernest to palpation of right
lateral epicondyles and also crepitance and tendemess to range of motion of left knee.).
He exhibits no edema or deformity.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Coordination normal.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.


**Assessment/Plan**

Richard was seen today for surgery clearance.

Diagnoses and all orders for this visit:

**Seasonal allergic rhinitis due to pollen**

**Chronic pain of left knee**

**Lateral epicondylitis of right elbow**

**Other orders**
-   montelukast (SINGULAIR) 10 MG tablet; Take 1 tablet by mouth Every Night.


I would like him to return for another visit in 6 month(s)

Instructions

📅 Return in about 6 months (around 7/16/2017) for Recheck.

This is a very nice gentleman who suffers with chronic left knee pain and also has allergic
rhinitis and right tennis elbow. I would recommend he try an elbow strap and ice after work
and ibuprofen as long as it is not within 7 days of his proposed surgery.

AVS - Outpatient (Printed 1/16/2017)

Additional Documentation

Vitals:        BP 122/72 Pulse 81 Temp 98.2 °F (36.8 °C) Resp 16 Ht 71" (180.3 cm) Wt 237 lb (108 kg)
               SpO2 95% BMI 33.05 kg/m2 BSA 2.27 m2   More Vitals
Flowsheets:    Custom Formula Data, Vitals Reassessment
Encounter Info:

John... Ric...9 ...R # 8910550396) Printed by Kelley D Aniton, MA [550113] ...

**Lincoln/R. Johnson 1019**

Progress Notes - 01/10/2017

(TUE) AUG  8 2017 12:39/ST. 12:29/No. 6854817 88 P 28

Norton Healthcare     01/10/2017 11:50:32 AM  PAGE   2/004   Jan 10 2017 12:09pm   P002
Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 1 of 3
**H&P by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM**

| Author: Fell, Jeanine L, APRN | Service: (none) | Author Type: Advanced Practice RN |
|---|---|---|
| Filed: 1/10/2017 11:49 AM | Date of Service: 1/10/2017 11:25 AM | Status Signed |
| Editor: Fell, Jeanine L, APRN (Advanced Practice RN) | | |

Richard L Johnson is an 61 yr/o male.

Verified name, birth date, dos, surgery site, surgeon

Past Medical History

| Diagnosis | Date |
|---|---|
| • Dental crowns present | |
| • Hemorrhoids | |
| • High cholesterol | |
|    *NO MEDS FOR* | |
| • History of fracture | |
|    *BILATERAL WRISTS, RIBS* | |
| • History of kidney stones | |
| • Left shoulder pain | |
|    *10/15* | |
| • Low testosterone | |
| • Obesity | |
| • Seasonal allergies | |
| • Snoring | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Left knee meniscus repair | | 2005 |
| • Left wrist orif | | 2000 |
| • Shoulder arthroscopy | Left | 06/09/2016 |

*left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis*

Social History

Social History
| • Marital status: | Married |
|---|---|
|    Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Occupational History
• Not on file.

Social History Main Topics
| • Smoking status: | Never Smoker |
|---|---|
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|    *Comment: 5 DRINKS WEEKLY* | |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Lincoln/R. Johnson 1020**

Progress Notes - 01/10/2017                                    (TUE)AUG  8 2017 12:39/ST. 12:29/No. 6854817'88  P 29

Norton Healthcare    01/10/2017 11:50:32 AM  PAGE    3/004    Jan 10 2017 12:09pm    P003
                                                                    Fax Server

Johnson, Richard L (MR # EP01810172)                                                  Page 2 of 3
**HSP by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM (continued)**
Other Topics                                                      Concern
 • **Not on file**

Social History Narrative

No family history on file.

There is no immunization history on file for this patient.

Allergies:

Allergies as of 1/10/2017                          **Review Complete On 11/14/2016 By**
   No Known Allergies                                    **Muzanenhamo, Prisca**

Active problems:
Lt knee pain

Blood pressure 123/81, pulse 72, temperature 98.2 °F (36.8 °C), temperature source Oral, resp. rate 20, height
5' 11" (1.803 m), weight 102.1 kg (225 lb), SpO2 98 %.

Review of Systems
Constitutional: Negative for chills, fever, malaise/fatigue and weight loss.
HENT: Positive for congestion. Negative for ear discharge, ear pain, hearing loss, nosebleeds, sore throat and
tinnitus.
Eyes: Negative for blurred vision, double vision, pain and discharge.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Positive for joint pain. Negative for back pain and neck pain.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, tingling, tremors, seizures, loss of consciousness, weakness and
headaches.
Endo/Heme/Allergies: Positive for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression. The patient is not nervous/anxious.

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
**Obese**

HENT:
Head: Normocephalic and atraumatic.
**MP1**
**Crowns**

Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulses:
   Posterior tibial pulses are 2+ on the right side, and 2+ on the left side.

**Lincoln/R. Johnson 1021**

Progress Notes - 01/10/2017

(TUE) AUG   8 2017 12:39/ST. 12:29/No. 6854817'88 P 30

Norton Healthcare     01/10/2017 11:50:32 AM  PAGE    4/004    Jan 10 2017 12:10pm    P004
                                                               Fax Server

Johnson, Richard L (MR # EP01810172)                                        Page 3 of 3
**H&P by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM (continued)**
NVI
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Limited rom lt knee
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.


Assessment:
Lt knee pain
O/A
Meniscus tear
HLD
Obese
Allergies


Plan:
Lt total knee arthroplasty per Dr Popham on 01/31/17
Bactroban escript

Jeanine L Fell
1/10/2017

**Lincoln/R. Johnson 1022**

Case 3:22-cv-00626-DJH-CHL    Document 38-3    Filed 04/30/24    Page 966 of 1066 PageID #: 1355

(TUE) AUG  8 2017 12:38/ST.12:29/No. 6854817-88  P 24

EP01810172          JOHNSON, RICHARD L                    10-Jan-2017 11:46:09
DOB:            61 Years         Male                                              Dept:     Pre-Admin Testing

                                                                                  Oper:     9qvg

HR     76  [SR] . SINUS RHYTHM

PR     148
QRSD   86
QT     356
QTc    401

-- AXIS --                                                                        Order #: 231856450
P      32                                                                          Enc ID: 10039211138
QRS    3                              - NORMAL ECG -
T      19   Previous ECG:19-May-2016 14:00:57 - Normal Confirmed                  Standard 12
                                                                                  Requested By: FELL, JEANINE
Norton Healthcare System - Norton Brownsboro (1-50-06)              Confirmed by: Stewart, Daniel S. 10-Jan-2017 18:50:56



Device: PWT3471      Speed: 25 mm/sec     Limb: 10 mm/mV      Chest: 10 mm/mV      F 60- 0.5-100 Hz W    PH090A bC  P?

EKG/Cardiology - 01/10/2017

**Lincoln/R. Johnson 1023**

Labs/Diagnostics - 07/24/2017                    (TUE)AUG  8 2017 12:47/ST. 12:29/No. 6854817´88  P 61

      Baptist Health ANS_2 07/24/2017 16:34:10  PAGE   2/003   Fax Server
TO:Matthew Ryan Price, MD  COMPANY:



## BAPTIST HEALTH

Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

**PATIENT:** Johnson,Richard

**PROVIDER:** Matthew
Ryan Price, MD

**DOB:**        61 yrs, Male
**MRN:** 8910550396  **CSN:** 91030409433

**LOCATION:**
**BAPTIST HEALTH LA GRANGE LABORATORY**

---

### CBC w/ Auto Diff  (Final result)

|  | Value | Range |
|---|---|---|
| WBC | 6.32 | 4.80-10.80  10*3/mm3 |
| RBC | 5.62 | 4.70-6.10  10*6/mm3 |
| Hemoglobin | 17.1 | 14.0-18.0  g/dL |
| Hematocrit | 50.7 | 42.0-52.0  % |
| MCV | 90.2 | 80.0-94.0  fL |
| MCH | 30.4 | 27.0-31.0  pg |
| MCHC | 33.7 | 31.0-37.0  g/dL |
| RDW | 12.8 | 11.5-14.5  % |
| RDW-SD | 41.7 | 37.0-54.0  fl |
| MPV | 10.3 | 7.4-10.4  fL |
| Platelets | 181 | 140-500  10*3/mm3 |
| Neutrophil % | 62.5 | 45.0-70.0  % |
| Lymphocyte % | 24.8 | 20.0-45.0  % |
| Monocyte % | 11.6  (H) | 3.0-8.0  % |
| Eosinophil % | 0.6 | 0.0-4.0  % |
| Basophil % | 0.2 | 0.0-2.0  % |
| Immature Grans % | 0.3 | 0.0-0.5  % |
| Neutrophils, Absolute | 3.95 | 1.50-8.30  10*3/mm3 |
| Lymphocytes, Absolute | 1.57 | 0.60-4.80  10*3/mm3 |
| Monocytes, Absolute | 0.73 | 0.00-1.00  10*3/mm3 |
| Eosinophils, Absolute | 0.04  (L) | 0.10-0.30  10*3/mm3 |
| Basophils, Absolute | 0.01 | 0.00-0.20  10*3/mm3 |
| Immature Grans, Absolute | 0.02 | 0.00-0.03  10*3/mm3 |
| nRBC | 0.0 | 0.0-0.0  /100 WBC |

Resulting Lab: BH LAG LAB

| ID: | 17G-205H0047 | Collected: | 7/24/2017 1159 |
|---|---|---|---|
| Type: | Blood | Verified On: | 7/24/2017 1202 |
| Source: |  | Received: | 7/24/2017 1159 |

Order Questions

| Manual Differential | No |
|---|---|

### C-Reactive Protein  (Final result)

|  | Value | Range |
|---|---|---|
| C-Reactive Protein | 0.06 | 0.00-0.50  mg/dL |

*Page: 1 of 2*                                    *Printed: 7/24/2017 4:03 PM*

**Lincoln/R. Johnson 1024**

Labs/Diagnostics - 07/24/2017                                    (TUE)AUG   8 2017 12:47/ST. 12:29/No. 6854817'88 P 62

Baptist Health ANS_2 07/24/2017 16:34:10  PAGE   3/003   Fax Server
TO:Matthew Ryan Price, MD  COMPANY:


**PATIENT: Johnson,Richard**
**MRN: 8910550396  CSN: 91030409433**


Resulting Lab: BH LOU LAB

| ID: | 17V-205C0562 | Collected: | 7/24/2017 1159 |
|---|---|---|---|
| Verified On: | 7/24/2017 1410 | Received: | 7/24/2017 1159 |

**Canceled Tests**

**White Blood Count** Reason: Duplicate - CBC & Differential authorized by Matthew Ryan Price, MD was collected instead

**Legend**

L - Low H - High

**Resulting Labs**

| BH LOU LAB | BAPTIST HEALTH LOUISVILLE LABORATORY,<br>4000 Kresge Way, Louisville KY 40207<br>Director: Timothy D Jones, MD | 502-897-8231 |
|---|---|---|
| BH LAG LAB | BAPTIST HEALTH LA GRANGE LABORATORY,<br>1025 New Moody Lane, LaGrange KY 40031<br>Director: Douglas M Ackermann, MD | 502-222-3394 |

*****END OF REPORT*****

*Page: 2 of 2*                                    *Printed: 7/24/2017 4:03 PM*


**Lincoln/R. Johnson 1025**

(TUE)AUG  8 2017 12:40/ST. 12:29/No. 6854817'88 P 36

Johnson, Richard L (MR # EP01810172)                          Encounter Date: 12/14/2016

# Johnson, Richard L     545060

MRN: EP01810172
Description: 61 year old male

**Operative Report** Date of Service: 1/31/2017 11:14 AM

## Popham, G Jeffrey, MD
Orthopedic Surgery
OPERATIVE REPORT

Facility: **NORTON BROWNSBORO HOSPITAL**

Patient Name: **Richard L Johnson**

Age/Gender: **61 yr/o male**          DOB:

MRN: **EP01810172**

Date of Operation: **1/31/2017**

Preoperative Diagnosis: **LEFT KNEE OSTEOARTHRITIS**

Postoperative Diagnosis: **LEFT KNEE OSTEOARTHRITIS**

Procedure Performed: **LEFT TOTAL KNEE ARTHROPLASTY**

Surgeon: GJeffreyPopham, MD

Assistant: **CHAD REIGEL, C.S.A.**

Anesthesia: **GENERAL**

Implants:
1. Biomet Vanguard cruciate retaining femoral component, size 72.5
2. Biomet Arcom highly cross-linked AS polyethylene liner, size 12
3. Biomet keeled tibial tray, size 79
4. 37 mm, 3 pegged patellar component

Indications for Procedure:  Richard L Johnson is a 61 yr/o male with osteoarthritis of the left knee who failed conservative management.  After consultation in the office and discussion regarding risks and benefits of surgical treatment, surgery was scheduled and informed consent obtained.

Description of Procedure:  The patient was taken to the operating room after the correct surgical site was marked in the preop holding area.  The patient was placed under anesthesia and placed in a supine position on the operating table.  Preoperative antibiotics were given.  All bony prominences were padded.   The patients left lower extremity was prepped and draped in the normal sterile fashion. The operative leg was exsanguinated and the tourniquet was inflated to 275 millimeters of mercury. A mid-line incision was made. It began about 2 fingerbreadths above the superior pole of patella and ended just medial to the tibial tubercle. Sharp dissection was carried down to the level of the extensor mechanism. A fresh scalpel blade was used to

Johnson, Richard L (MR # EP01810172) Printed by McCuen, Glenda G [PHYSG4WD] a...   Page 1 of 3

**Lincoln/R. Johnson 1026**

Johnson, Richard L (MR # EP01810172)                    Encounter Date: 12/14/2016

split the quadriceps tendon, leaving 3 millimeters with the VMO muscle. The split was beveled around the medial aspect of the patella and ended just medial to the tibial tubercle. The anterior horns of the medial and lateral meniscus were removed with the scalpel. The patellofemoral ligament and ACL were released. The patella was everted and the knee was flexed. The osteophytes were removed from the distal femur. Attention was then turned toward preparation of the femur.

A drill hole was made in the distal femur. The femoral canal was suctioned. The intramedullary guide rod and first femoral cutting block assembly were inserted. The 5 degree cut block was pinned into position and the distal femoral cut was made. The epicondylar axis was marked and the femur was sized. 2 holes were drilled through the sizing guide to accommodate the pegs of the 4-in-1 cutting block. These were checked against the epicondylar axis and noted to be in good position. The 4-in-1 cutting block was impacted into these holes and then pinned into position.
Next, the anterior, posterior and chamfer cuts were made. All bone fragments were removed.
Next, attention was turned toward preparation of the tibia.

A drill hole was made in the proximal tibia and the tibial canal was suctioned. The intramedullary guide rod and 3 degree posterior sloped cutting block assembly were inserted. The guide was set to remove 3 millimeters from the lowest side and the tibial cut block was pinned into position. The tibial cut was made and the tibial bone fragment was removed. The tibia was sized. The posterior cruciate ligament was checked and noted to be intact and was retained. Next, the femoral and tibial trials were inserted. The resection gap was noted to be adequate. Two drill holes were made through the trial femoral component to accommodate the pegs of the final implant. The rotation of the tibial tray was marked on the anterior tibia and checked with an alignment rod.
Next, all trial components were removed and then the tibial baseplate was placed back on the tibia, aligned with a mark and the alignment rod in anatomic position and pinned into position. The tibial keel was punched. Attention was then turned toward preparation of the patella.

The patella was inspected and noted to be in good condition. There were no spurs and had a normal articular cartilage over its entire surface. It was elected to leave it, not resurface the patella.

The patella was callipered, sized, and a freehand cut made to remove the appropriate thickness of bone from the posterior patella. The patellar drill guide was clamped onto the patella and 3 holes were drilled to accomodate the patellar pegs.

Next, the entire knee was thoroughly irrigated using pulsatile lavage. The bone ends were cleaned and dried and the tibial and femoral components were cemented into position with the tibial component being cemented first. All excess cement was removed and they were pressurized with a trial polyethylene bearing. Once the cement had fully hardened, the knee was trialed again and in this case an anterior stabilized polyethylene bearing was found to be the best fit. It was placed in the tibial tray and locked into position using the locking bar.

Local anesthetic was then infiltrated around the skin edges and capsule of the knee medially and laterally. This injection combination also contained Toradol and Epinephrine. Once that was completed, the entire knee was thoroughly irrigated using pulsatile lavage containing Bacitracin antibiotic once again. The extensor mechanism was then closed using #1 Ethibond in a simple interrupted fashion. The subcutaneous tissues were closed in layers with Vicryl and skin was closed with a running Monocryl subcuticular suture. Dermabond was applied to the skin followed by soft sterile dressing. The patient was awakened in the Operating Room and taken to the Recovery Room awake, alert and in stable condition.

**Lincoln/R. Johnson 1027**

Labs/Diagnostics - 01/31/2017                           (TUE)AUG  8 2017 12:40/ST. 12:29/No. 6854817'88  P 38

Johnson, Richard L (MR # EP01810172)                    Encounter Date: 12/14/2016

COMPLICATION(S): None.
SPECIMEN(S): None.
ESTIMATED BLOOD LOSS: 25 milliliters.

**GJeffreyPopham, MD**
**1/31/2017**

**11:14 AM**

Admission (Discharged) on 1/31/2017

Johnson, Richard L (MR # EP01810172) Printed by McCuen, Glenda G [PHYSG4WD] a...   Page 3 of 3

**Lincoln/R. Johnson 1028**

Labs/Diagnostics - 01/10/2017                                    (TUE)AUG  8 2017 12:38/ST. 12:29/No. 6854817'88 P 25

Johnson, Richard L (MR # EP01810172)                              Printed 1/20/17 1:52 PM

## Results                                                        EKG 12 lead (Order 231856450)

TraceMaster Vue
  Show images for EKG 12 lead

EKG 12 lead                                                       Order: 231856450
Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

**Narrative**
ELECTROCARDIOGRAM REPORT

FACILITY:  NORTON BROWNSBORO HOSPITAL
ROOM NUMBER:
PATIENT NAME/DOB:  JOHNSON, RICHARD, L
UNIT NUMBER:  EP01810172
ACCOUNT NUMBER:  10039211138
ACCESSION NUMBER:  231856450

DATE OF EXAM:  01/10/2017
EXAMINATION(S):  ECG 12-LEAD

ELECTROCARDIOGRAM REPORT
93000:    EKG Severity    TMV ECG  - NORMAL ECG -
93000.22   Heart Rate     TMV ECG    76   bmp
93000.4    P-R Interval   TMV ECG   148   ms
93000.5    QRS Interval   TMV ECG    86   ms
93000.6  QT Interval    TMV ECG   356   ms
93000.7    QTC Interval   TMV ECG   401   ms
93000.8    P Axis                   TMV ECG    32    deg
93000.9    QRS Axis       TMV ECG    3    deg
93000.10   T Wave Axis    TMV ECG    19   deg

DATE: 01/10/2017

FINDING(S):SINUS RHYTHM


<Electronically signed by Daniel Stewart>
01/10/2017 1146

Specimen Collected:     Last Resulted: 01/10/17      Order Details View Encounter Lab and
01/10/17 11:46 AM       7:03 PM                       Collection Details Routing Result History

## Other Results from 1/10/2017

### Basic Metabolic Panel (BMP)                                  Order: 231856445
Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

|            | Ref Range & Units     | 10d ago | 8mo ago |
|------------|-----------------------|---------|---------|
| ~ **Sodium**    | 137 - 145 mmol/L      | **141** | 142     |
| ~ **Potassium** | 3.5 - 5.1 mmol/L      | **4.7** | 4.0     |

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17...  Page 1 of 5

**Lincoln/R. Johnson 1029**

Labs/Diagnostics - 01/10/2017

(TUE)AUG  8 2017 12:38/ST. 12:29/No. 6854817'88 P 26

Johnson, Richard L (MR # EP01810172)                    Printed 1/20/17 1:52 PM

| | Ref Range | 10d ago | 8mo ago |
|---|---|---|---|
| Chloride | 98 - 107 mmol/L | 103 | 109 (H) |
| CO2 | 22 - 30 mmol/L | 27 | 25 |
| Glucose | 74 - 106 mg/dL | 88 | 98 |
| BUN | 7 - 20 mg/dL | 16 | 9 |
| Creatinine | 0.7 - 1.5 mg/dL | 1.0 | 1.0 |
| Calcium | 8.4 - 10.2 mg/dL | 9.0 | 8.5 |
| Total Protein | | | 6.7 |
| Albumin | | | 3.9 |
| Bilirubin-Total | | | 0.4 |
| AST/SGOT | | | 23 |
| ALT/SGPT | | | 26 |
| Alkaline Phosphatase | | | 357 (H) |
| Resulting Agency | | BROWNSBORO | BROWNSBORO |

Specimen Collected: 01/10/17 11:29 AM     Last Resulted: 01/10/17 12:29 PM     Lab Flowsheet Order Details View Encounter Lab and Collection Details Routing Result History

## CBC w/Diff

Order: 231856446

Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

| | Ref Range & Units | 10d ago | 8mo ago |
|---|---|---|---|
| WBC | 4.5 - 11.0 10*3/uL | 6.05 | 7.14 |
| RBC | 4.5 - 5.9 10*6/uL | 5.23 | 5.48 |
| HGB | 13.5 - 17.5 g/dL | 16.2 | 16.8 |
| HCT | 41.0 - 53.0 % | 47.9 | 48.9 |
| MCV | 80.0 - 100.0 fL | 91.6 | 89.2 |
| MCH | 26.0 - 34.0 pg | 31.0 | 30.7 |
| MCHC | 31.0 - 37.0 g/dL | 33.8 | 34.4 |
| RDW | 12.0 - 16.8 % | 13.2 | 12.9 |
| PLT | 140 - 440 10*3/uL | 170 | 175 |
| MPV | 6.7 - 10.8 fL | 10.4 | 10.3 |
| NEUT% | 45 - 80 % | 61 | 65 |
| Lymph% | 15 - 50 % | 28 | 26 |
| Mono% | 0 - 15 % | 10 | 7 |
| EOS% | 0 - 7 % | 1 | 1 |
| BASO% | 0 - 2 % | 0 | 0 |
| IG% | 0 % | 0 | 0 |
| NRBC% | 0 - 0 /100(WBC) | 0 | 0 R |
| NEUT# | 2.0 - 8.8 10*3/uL | 3.69 | 4.65 |
| Lymph# | 0.7 - 5.5 10*3/uL | 1.67 | 1.85 |
| Mono# | 0.0 - 1.7 10*3/uL | 0.61 | 0.52 |
| EOS# | 0.0 - 0.8 10*3/uL | 0.05 | 0.09 |
| Baso# | 0.0 - 0.2 10*3/uL | 0.01 | 0.00 |
| Immature GRAN# | <1 10*3/uL | 0.02 | 0.03 |
| Resulting Agency | | BROWNSBORO | BROWNSBORO |

Specimen Collected: 01/10/17 11:29 AM     Last Resulted: 01/10/17 11:56 AM     Lab Flowsheet Order Details View Encounter Lab and Collection Details Routing Result History

R=Reference range differs from displayed range

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17... Page 2 of 5

**Lincoln/R. Johnson 1030**

Labs/Diagnostics - 01/10/2017                    (TUE) AUG  8 2017 12:39/ST. 12:29/No. 6854817'88  P 27

Johnson, Richard L (MR # EP01810172)                    Printed 1/20/17 1:52 PM

## Urinalysis                                                    Order: 231856448
Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

|                          | Ref Range & Units    | 10d ago          |
|--------------------------|----------------------|------------------|
| **Color-Urine**          |                      | YELLOW           |
| **Clarity-Urine**        |                      | CLEAR            |
| **Glucose-Urine**        | NEGATIVE             | NEGATIVE         |
| **Bilirubin-Urine**      | NEGATIVE             | NEGATIVE         |
| **Ketone-Urine**         | NEGATIVE             | NEGATIVE         |
| **Specific Gravity-Urine** | 1.005 - 1.03       | 1.025            |
| **Occult Blood-Urine**   | NEGATIVE             | NEGATIVE         |
| **pH-Urine**             | 5.0 - 9.0            | 5.5              |
| **Protein-Urine**        | NEGATIVE             | NEGATIVE         |
| **Urobilinogen-Urine**   | <=1.0 (EhrlichU)/dL  | 0.2              |
| **Nitrite-Urine**        |                      | NEGATIVE         |
| **Leukocyte Esterase-Urine** | NEGATIVE         | NEGATIVE         |
| **Source-Urine**         |                      | CLEAN CATCH      |
| Resulting Agency         |                      | BROWNSBORO       |

**Narrative**
UA Source: CLEAN CATCH

Specimen Collected:     Last Resulted: 01/10/17    Lab Flowsheet Order Details View Encounter Lab
01/10/17 11:29 AM      12:11 PM                    and Collection Details Routing Result History

## Order History                                                            Inpatient

| Date/Time         | Action Taken | User                              | Additional Information |
|-------------------|--------------|-----------------------------------|------------------------|
| 01/10/17 1129     | Release      | Clayton, Shanae, RN (auto-released) | From Order: 203758909  |
| 01/10/17 1221     | Complete     | Russell, Bridgit M                |                        |
| 01/10/17 1903     | Result       | Interface, External Ris In        | Final                  |

## PACS Images
QPATH IMAGE

## Reviewed By List
Fell, Jeanine L, APRN on 1/11/2017  5:38 PM

## Encounter                              ## Result Information
View Encounter                            Status          Provider Status
                                          Final result    Reviewed
                                          (Collected:
                                          1/10/2017 11:46
                                          AM)

## Lab Information
NH TRACEMASTER

## Signed
Electronically signed by Stewart, Daniel S, MD on 1/10/17 at 1903 EST

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17...  Page 3 of 5

**Lincoln/R. Johnson 1031**

**Other Records**

(TUE) AUG   8 2017  12:45/ST. 12:29/No. 6854817'88  P  48

Baptist Health RBS_E 06/08/2017 07:24:08  PAGE   1/003   Fax Server
TO:George Jeffrey Popham, MD  COMPANY:

## *Fax Transmission/Information Sheet*

 **BAPTIST HEALTH**®

**Date:** 06/08/17

**To:** George Jeffrey Popham, MD
13151 MAGISTERIAL DR
STE 200
LOUISVILLE KY 40223

**Recipient Fax Number: 502-584-9047**

**From:** BAPTIST HEALTH

**Department:** BH LA GRANGE
BAPTIST HEALTH LA GRANGE OP PHYS THPY
1025 New Moody Lane
Lagrange KY 40031-9154
Fax 502-222-3953
Phone 502-222-5388

**Phone Number:  502-587-1236**

**Comments:**

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-259-4545) and return the original message to us at the above address at our expense.

**Lincoln/R. Johnson 1032**

Other Records                              (TUE)AUG  8 2017 12:47/ST. 12:29/No. 6854817'88 P 63

RUDY J. ELLIS, M.D.                                                      ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                               FRACTURES
R. JOHN ELLIS, JR., M.D.                                                   JOINT REPLACEMENT
MARK E. PETRIK, M.D.                    ELLIS & BADENHAUSEN                 SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                     ORTHOPAEDICS, P.S.C.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
mATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
Erin M. Gish, PA-C


Patient Name: Richard Johnson DOB:
Account #:    545850              SX DATE: N/A.


Because you have notified our office of a possible metal allergy, we have scheduled you
for testing at Kentuckiana Allergy for patch testing. Your appointment details are as follows:

Appointment date: 8-3-17    Dr. Jones
Appointment time: 9:15am
Location: (    9113 Leesgate Road   Louisville, KY 40222    Phone 502-426-1621

                3930 Dupont Circle   Louisville, KY 40207


Patches will be applied to you at this appointment and a follow up appointment
will be made at that time to remove those patches.

You may not take any steroids or antihistimines 7 days prior to appointment.


Scheduled By Heather               502-587-1236 EXT 2227

EASTPOINT OFFICE              BOOKKEEPING DEPARTMENT            THE DIXIE BUILDING
13151 MAGISTERIAL DRIVE, SUITE 200   5120 DIXIE HIGHWAY, SUITE 103   5120 DIXIE HIGHWAY, SUITE 103
LOUISVILLE, KENTUCKY 40223       LOUISVILLE, KENTUCKY 40216       LOUISVILLE, KENTUCKY 40216
Telephone 502-587-1236           Telephone 502-587-7269           Telephone 502-449-0449
Fax 502-587-0126                 Fax 502-587-0318                 Fax 502-449-3277

Lincoln/R. Johnson 1033

**Request Corr.**

Walter E. Badenhausen, Jr., M.D.
 R. John Ellis, Jr., M.D.
Mark E. Petrik, M.D.
Lawrence A. Schaper, M.D.
Mark G. Smith, M.D.
G. Jeffrey Popham, M.D.
Akbar Nawab, M.D.
Michael L. Salamon, M.D.
Matthew R. Price, M.D.
Daniel E. Rueff, M.D.
Erin Gish PA-C, ATC



**ELLIS &**
**BADENHAUSEN**
ORTHOPAEDICS, PSC

# FACSIMILE TRANSMITTAL

**ELLIS & BADENHAUSEN, ORTHOPAEDICS**
**13151 MAGISTERIAL DR. STE. 200**
**LOUISVILLE, KY 40223**

**PHONE#: 502-587-1236 EXT. 2206**
**FAX#: 502-736-0076**

DATE: _08/08/17_          FROM: JUANITA

TO: _Release Point_

FAX#: _213 - 986 - 3144_   #PAGES   _63_

RE: _Richard Johnson CJ# 7521853_

| FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | URGENT |

*IF THIS DOCUMENT IS RECEIVED BY THE WRONG PARTY, PLEASE CONTACT ELLIS &*
*BADENHAUSEN ORTHOPAEDICS AT 502-587-1236*

NOTE: THIS REPORT IS CONFIDENTIAL. The information has been disclosed to you from records
whose confidentiality is protected by federal law. Federal regulations prohibit you from making further
disclosure of this information unless further disclosure is expressly permitted in the patient's written
consent or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical
information is not sufficient for this purpose.

**Lincoln/R. Johnson 1034**

Request Corr.

(TUE) AUG  8 2017 12:34/ST. 12:29/No. 6854817'88 P  2
Received: 6266289628                          Aug  2 2017 11:49am        P001
From WFI Incorporated 1.626.628.9628 Wed Aug  2 09:26:46 2017 MDT Page 1 of 4

 **Liberty
Mutual.**
**INSURANCE**

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 2, 2017

ELLIS & BADENHAUSEN ORTHOP.
13151 MAGISTERIAL DR STE 200
ATTN: MEDICAL RECORDS
LOUISVILLE, KY  40223

Re: Long Term Disability Benefits
Claim# 7521853          3415093
Claimant: JOHNSON, RICHARD
Claimant DOB:

Dear JUANITA  ext 2206,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 1, 2017 to Present**

Please provide records and fill out the form attached - Seen By:
POPHAM, DR

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 986-3144     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:  (213) 986-3144                                                    †

**Lincoln/R. Johnson 1035**

Request Corr.

(MON) AUG 14 2017 16:54/ST. 16:53/No. 6854817255 P 1
Aug 14 2017 03:34pm    P002
From:    08/14/2017 15:16    #374 P.002/005

From WFI Incorporated 1.626.628.9628 Mon Aug 14 12:56:27 2017 MDT Page 1 of 4

## release POINTwfi        Request for Missing Records

---

**Date:** Aug 14, 2017 **RP No:**    3415093

ELLIS & BADENHAUSEN ORTHOP.
13151 MAGISTERIAL DR STE 200
ATTN: MEDICAL RECORDS
LOUISVILLE, KY 40223

| | |
|---|---|
| **Patient:** | JOHNSON, RICHARD |
| **DOB:** | |
| **SSN:** | |
| **Special Request:** | |

Please provide records and fill out the form
attached - Seen By: POPHAM, DR

ReleasePoint recently received records provided by your facility on your patient listed above. The insurance carrier is requesting MISSING information be provided before they can complete handling of your patient's application for insurance.

We need the following information:
**ADDITIONAL INFO REQUESTED**: ** URGENT*** MISSING RECORDS. We are in need of the completed questionnaire/ attached form from Dr. Popham. We only received medical records. ***URGENT FAX TO 213-269-3239 Phone 213-266-7866t.com

☒    I am faxing __3__ pages to ReleasePoint, to this secure fax: (213) 269-3239

☐    I am mailing the requested additional information to ReleasePoint at:
ReleasePoint/WFI
PO Box 1390
St. Peters, MO 63376

☐    Requested records are NOT available because:

_____

Missing information should be included with any fees for records already paid. If original records were billed by page count, ReleasePoint will only be responsible for page fees for the missing records, not additional search or retrieval fees. Call Fee Compliance at 800-999-9589 x218 if you have questions.

Thanking you in advance,    Cynthia Jimenez, QA Manager
(213) 266-7866

**Copy services should consider this a RESCAN**

**Lincoln/R. Johnson 1036**

Request Corr.

(MON) AUG 14 2017 16:54/ST. 16:53/No. 6854817255 P   3

#545850


Liberty
Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Richard Johnson_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Richard Johnson_
Date of Birth: __         _____ Claim Number: _7521853_ Date: _8-10-17_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**Lincoln/R. Johnson 1037**

(MON) AUG 14 2017 16:54/ST. 16:53/No. 6854817255 P  2
Received:6266289628                  Aug  2 2017 11:50am        p003
From WFI Incorporated 1.626.628.9628 Wed Aug  2 09:26:46 2017 MDT Page 3 of 4

 **Liberty Mutual.**
**INSURANCE**

## Restrictions Form

Employee Name: _Richard L. Johnson_    Date of Birth: ___/___/___    Claim Number: **7521853**

### To be completed by a Physician:

Date First Treated: _09/19/16_

Date Last Treated: _08/14/17_

Next Office Visit: _09/25/17_

Diagnosis(es) with ICD 10 Codes: _Osteoarthritis Left Knee M17.12_

**For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **No Restrictions**

☑ **No Work Capacity**

☐ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

**Restrictions Imposed From** _8/14/17_  **To** _10/5/17_

**Defer Restrictions to:** _____

**If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:**

_____

**Additional Restrictions:** _____

**Signature:** _[signature]_    **Date:** _08/14/17_

**Lincoln/R. Johnson 1038**

# Quality Assurance Report



**Request Information**

Report Date:  August 14, 2017      **RP ID:**  3415093

Patient Name:  JOHNSON, RICHARD

Provider Name:  ELLIS & BADENHAUSEN ORTHOP.

**Quality Assurance Information**

Special Request:     Please provide records and fill out the form attached - Seen By:
POPHAM, DR

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By:   SMELA

From January 1, 2017 to Present

**Lincoln/R. Johnson 1039**

**ReleasePoint**

**Medical Record Overview**

Date:    **August 8, 2017**

Patient Name:    JOHNSON, RICHARD

Records From:    POPHAM, DR
13151 Magisterial Drive, Suite 200
LOUISVILLE, KY 40223
(502) 587-1236

RP ID: 3415093

Client ID: 7521853

Source: LIBMT6

Request Scope:    From January 1, 2017 to Present

Req By: L Turner

Chart Range:    01/10/2017 - 07/24/2017

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 10 2017 | Jul 20 2017 | 49 | 2 |
| EKG/Cardiology | Jan 10 2017 | Jan 10 2017 | 1 | 51 |
| Labs/Diagnostics | Jan 10 2017 | Jul 24 2017 | 8 | 52 |
| Other Records | | | 2 | 60 |
| Request Corr. | | | 2 | 62 |

**Total Page Count:**    62

**Lincoln/R. Johnson 1040**

(TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817 88 P 19

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E RUEFF, M.D.
ERIN M. GISH, PA-C

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **07/20/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **Matthew R. Price MD** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

............................................................................................................
### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Left knee pain.


**History of Present Illness**
   Richard Johnson is a 61 year old male.
   • Medication list reviewed.

Mr. Johnson is a 61-year-old male who comes in today at the request of Dr. Popham for evaluation of continued complaints of pain in his left knee. He had a total knee replacement 6 months ago. He said over the last couple of months, it is just feeling "worse." He does not remember a fall or injury. Says it has some clicking and popping. It hurts laterally. It hurts posteriorly. No falls or injuries. No fevers or chills. Sometimes it swells, but otherwise unremarkable. He says he has lost a little range of motion from early in his recovery, but still can get to 120 degrees. Here today for evaluation at the request of Dr. Popham for possible issues going on inside the knee.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **HM Magnesium 400MG Oral Tablet  3 times a week, 0 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.
**Diagnoses:**

**Lincoln/R. Johnson 1041**

**Patient Name: Richard L Johnson**                              **Date: 07/20/2017**

Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Family History**
Cancer
Kidney disease

**Review Of Systems**
**Systemic:** Not feeling poorly (malaise).  No fever, no chills, no night sweats, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** Polydipsia and excessive sweating.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms, no anxiety, and no depression.  Sleep disturbances.
**Skin:** No skin symptoms.

**Physical Findings**
- **Vitals taken 07/20/2017 07:55 am**

| | |
|---|---|
| **BP-Sitting R** | **108/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **72 bpm** |
| **Height** | **72 in** |
| **Weight** | **210 lbs** |
| **Body Mass Index** | **28.5 kg/m2** |
| **Body Surface Area** | **2.18 m2** |

In general, healthy, pleasant 61-year-old male.

**Gait:** Walks with a slight limp. No assistive devices.

**Skin:** Wound is healed. No erythema or drainage. Mild swelling,

**Back:** There is no pain with forward flexion. There is no pain with back extension. There is no pain with lateral rotation left or right. There is no pain with straight leg raise supine or seated. Deep

**Patient Name: Richard L Johnson**                    **Date: 07/20/2017**

tendon reflexes are intact and equal in bilateral lower extremities. There are no signs of hyperreflexia. Sensation is grossly intact and equal in bilateral lower extremities.

**Right Hip:** Hip examination reveals no pain with log-rolling; deep hip flexion; flexion, abduction, external rotation (FABER); or flexion, adduction, internal rotation (FADIR). Negative Stinchfield exam.

**Left Hip:** Hip examination reveals no pain with log-rolling; deep hip flexion; flexion, abduction, external rotation (FABER); or flexion, adduction, internal rotation (FADIR). Negative Stinchfield exam.

**Right Knee:** No pain with flexion and extension. Normal range of motion 0-120 degrees. No varus/valgus instability. Good endpoints on anterior and posterior drawer. Negative Lachman test, and no pain on McMurray test. No pain with Apley compression test. No patellar apprehension and patella tracks normal.

**Left Knee:** Had full extension, greater than 100 degrees of flexion. No instability at full extension or at 90 degrees of flexion. No significant pain except for in the medial head of the gastrocnemius. He did have some popping with deep knee flexion of the patellofemoral joint.

**Plan**
I had a discussion with Mr. Johnson about his knee pain. I want to rule out a subtle latent infection. We will get some baseline labs. I also will send him for some metal testing. He does not wear much jewelry, but I just want to rule that out. I do not think that there are any signs or symptoms or need for revision right now. I did explain that some of the failure to thrive is muscular and as he changes his joint mechanics it will change the fulcrum and the biomechanics of the way the muscles work. I do think this will calm down. Will rule out any necessary intervention, but right now I think we can continue with increasing his activity as tolerated. I will see him back after we get the study results.

**Radiographs**
Radiographs were reviewed. Showed a well-fixed left total knee replacement. No signs of malalignment. Patella tracking within the groove.

EASTPOINT

**Matthew R. Price MD**
**Electronically signed by: Matthew Price     Date: 08/01/2017 07:37**

Electronically approved by: Matthew Price     Date: 08/01/17 07:37

**Lincoln/R. Johnson 1043**

Progress Notes - 07/20/2017                              (TUE)AUG  8 2017 12:47/ST. 12:29/No. 6854817'88 P 60

WALTER BADENHAUSEN, M.D.                          G. JEFFREY POPHAM, M.D.
R. JOHN ELLIS, JR. M.D.                                    AKBAR NAWAB, M.D.
MARK E. PETRIK, M.D.                              MICHAEL L. SALAMON, M.D.
LAWRENCE SCHAPER, M.D.                            MATTHEW R. PRICE, M.D.
MARK G. SMITH, M.D.                                DANIEL E. RUEFF, M.D.
                                ERIN GISH, PA-C
❏ East Point Business Center
   13151 Magisterial Drive, Lou., KY 40223 • Phone 587-1236               After hours
❏ Southend Medical Center • Phone 449-0449                              Phone 832-0030

For ___Richard Johnson___               Date __7/20/17__

Address _____

℞    ① WBC с diff
     ② LBC
     ③ LLP

Refill ____ Times In ____ Months _____     Do not Substitute ❏
                                                              M.D.

**Lincoln/R. Johnson 1044**

Progress Notes - 07/10/2017                        (TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817 88 P 17

RUDY J. ELLIS, M.D.                                                          ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                                    FRACTURES
R. JOHN ELLIS, JR., M.D.                                                       JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                            SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                        **ELLIS & BADENHAUSEN**
G. JEFFREY POPHAM, M.D.                      **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**              **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**           **07/10/2017**
**Account #:**            **545850**
**Attending Provider:**   **G J. Popham MD**
**Primary Provider:**     **Moore, Thomas MD**
**Referring Provider:**

........................................................................................................
                              **Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Followup left knee

**History of Present Illness**
Patient states he continues to have pain with his LTK that was done on 01/31/17. He states it
hurts him all the time. He still is having limited ROM. He just came from therapy today and he was
-5 to 112 degrees. He has a lot of pain in the IT band area. He is doing his therapy now at Fern
Creek physical therapy instead of Baptist N.E. in LaGrange. They think he is starting to make some
progress with the dry needling, scrapping. He still is not able to sleep at night for pain. He will
take tylenol extra strength prn.

Patient also reports a pain on the top of his left foot since the surgery.

**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Tylenol Extra Strength 500MG Oral Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016


**Lincoln/R. Johnson 1045**

(TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817'88 P 18

**Patient Name: Richard L Johnson**                                    **Date: 07/10/2017**

- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
 Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
Exam of the left knee reveals he has 5 to 95 degrees of range of motion with pain across the back
of the knee. He has exquisite tenderness at popliteus tendon. Palpable popping on posterolateral
aspect of knee. No instability of the knee. Patient does report calf tenderness today.

Patient reports burning pain on top of the foot with certain positions. He has extreme tenderness at
the lateral tarsometatarsal joint. He is now putting different stresses on foot since the knee
replacement because of change in gait.

**Assessment**
Painful popping left total knee.
Pain in the left foot tarsometatarsal joint.

**Plan**
I recommended NSAIDs for the foot pain. Walking shoes were recommended, and also Spenco
insoles to put in his shoes. I gave him a note to take to Swags to have them fit the patient.

For the knee we will continue therapy for the time being. Patient was seen by Dr. Schaper as
another opinion, and he did not feel the popping. Will refer to Dr. Price to see if he has any other
ideas regarding pain on posterolateral aspect of the knee. I still think it is the popliteus tendon.
We will see what Dr. Price thinks. I wrote him a note to be off work until 9/1/17. I will see him back
in six weeks after he has seen Dr. Price for his opinion.

Also, I am going to get a doppler ultrasound to make sure the patient does not have a DVT, since
he reports tenderness in the calf.

EASTPOINT


Entered by Teresa Freville, acting as scribe for Dr. G. Jeffrey Popham.



**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 07/12/2017 08:28**


**Lincoln/R. Johnson 1046**

Progress Notes - 07/10/2017

(TUE) AUG  8 2017 12:46/ST. 12:29/No. 6854817'88  P 56

WALTER E. BADENHAUSEN Jr., M.D.
R. JOHN ELLIS Jr., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.

AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

## Ellis & Badenhausen Orthopaedics, PSC

| 13151 Magisterial Dr. | SOUTHEND MEDICAL CENTER |
| Suite 200 | 5129 Dixie Highway |
| Louisville, KY 40223 | Suite 301 |
| (502) 587-1236 | Louisville, KY 40216 |
| | (502) 449-0449 |

EMPLOYEE ___Richard Johnson___

DIAGNOSIS _____

**WORK STATUS:**

YES_____When_____

NO_____✓_____How Long ___9/11/17_____

Light Duty - Yes_____ No_____

Restrictions _____

_____

_____

Signed _____

Today's Date _____7/10/17_____

WORK-RET 7/10

**Lincoln/R. Johnson 1047**

Progress Notes - 07/10/2017

(TUE) AUG  8 2017 12:46/ST. 12:29/No. 6854817 88  P 57

Received: 5025661873

Rudy Ellis Sports Medicine Ctr   502 568 1873

From:Rudy Ellis Sports Medicine Ctr   502 568 1873

Jul 10 2017 12:57pm   P002

07/10/2017 13:40   #417 P.002/009

rom HylaFAX Enterprise    Mon 10 Jul 2017 02:57:02 PM UTC    Page 2 of 6

**Physical Therapy Group - KY**
4233 Bardstown Road, Ste 100 C
Louisville, KY 40218-3263
Phone: (502)493-3800
Fax: (502)493-3830

## Daily Note /
## Billing Sheet

PHYSICAL THERAPY
GROUP INC.

**Patient Name:** Johnson, Richard
**Date of Birth:**
**Referring Physician(s):** Direct Access

**Surgery:** (Date/Type) 01/31/2017 left knee replacement
**Visit No.:** 8

**Insurance Name:** Anthem Blue Cross Blue Shield

**Date of Daily Note:** 07/10/2017
**Injury/Onset/Change of Status Date:** 06/15/2017
**Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint, M25.562: Pain in left knee, R26.2: Difficulty in walking, not elsewhere classified
**Date of Original Eval:** 06/15/2017
**Treatment Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint, M25.562: Pain in left knee, R26.2: Difficulty in walking, not elsewhere classified

**Subjective**
**Treatment Side:** Left
**Current Complaints / Gains:** Says he continues to have moderate pain in left leg, worse in response to trying to bend the knee as much as possible.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:** Walking: Forward, Backward, Sideways, Strolling; Moving Around: Climbing, Running, Jogging; Moving Around in Different Locations: Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Bumped in Crowded Streets, Terrain
**Functional Deficits / Gains:** Difficulty walking, bending the knee
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down; bending the knee is the worst aggravating factor
**Home Health Care:** No
**Medical History:** Osteoarthritis (left knee )
**Complicating/Personal Factors:** Surgical History (right shoulder RCR and biceps ), Time since onset of injury/illness (January 2017)
**Mental Status/Cognitive Function Appears Impaired?** No

**Objective**
**Precautions**       Weight Bearing Status: FWB

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
|  | see flowsheet |  |
| GP:97140 | Manual Therapy | 2 |
|  | deep tissue mobilization after dry needling performed by Tersea Scherffius, PT with electrical stimulation to trigger points along the left hamstring and gastroc complex followed by muscle energy to gain motion at the knee 25 min |  |

CPT copyright 2016 American Medical Association. All rights reserved.

Objective Findings          AROM left knee pre stretching 7-110,

**Assessment**
**Assessment/Diagnosis:** Mr. Johnson is responding with an increase in AROM of the left knee after soft tissue scraping (Grasston & dry needling) to the left knee; AAROM today after stretching 3-114degrees , flexion after bike 118
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Loss of left knee AROM making stairs difficulty, and limiting standing and walking to shorter times and less distance than is functional for community access.
- weak and painful left knee complex
- adaptive soft tissue shortening left hamstring and gastroc complex
- multiple soft tissue trigger points left posterior leg
**Short Term Goals:**
1:(2 Weeks) | The patient will report less intense pain while ascending and descending stairs. | unchanged
2:(2 Weeks) | 80% | The patient will demonstrate AROM of the left knee 0 - 110 degrees flexion to allow for greater ease with donning socks and shoes. | AAROM only to 118 degrees flexion

PT

**Lincoln/R. Johnson 1048**

Progress Notes - 07/10/2017

Received: 5025681873                               Jul 10 2017 12:58pm        P003
From: Rudy Ellis Sports Medicine Ctr   502 568 1873      07/10/2017  13:41    #417 P.003/009
rom HylaFAX Enterprise        Mon 10 Jul 2017 02:57:02 PM UTC              Page 3 of 6

**Physical Therapy Group - KY**                    **Patient Name:** Johnson, Richard
4233 Bardstown Road, Ste 100 C                           **Date of Birth:**
Louisville, KY 40218-3263           **Daily Note /**     **Document Date:** 07/10/2017
Phone: (502)493-3800                **Billing Sheet**
Fax: (502)493-3830

**Long Term Goals:**
1: (4 Weeks) | 30% | The patient will be independent with a comprehensive therapeutic exercise program to maintain leg strength and cardio-vasacular health. | Progressing
2: (4 Weeks) | The patient will demonstrate AROM left knee 0 - 120 degrees flexion with minimal pain. | 0-110 degrees flexion, progressing

**Plan**
**Instructions:**
 assess by MD today

Teresa Scherflius
License #KY002461
*Electronically Signed by Teresa Scherflius on July 10, 2017 at 10:50 am*

PT

**Lincoln/R. Johnson 1049**

Progress Notes - 07/10/2017                    (TUE)AUG  8 2017 12:46/ST. 12:29/No. 6854817'88 P 59

Johnson, Richard L (MR # EP01810172)

### PACS Images
Show images for Duplex US Venous Ext Low LT

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Exam reason** | **LLE PAIN & SWELLING** | |
| Note: Enter reason for exam | | |
| **What is the patient's sedation requirement?** | **No Sedation** | |

### Study Result

RADIOLOGY REPORT
FACILITY: NORTON BROWNSBORO HOSPITAL
AGE/GENDER:  AGE: 61 Y        GENDER: M
PATIENT NAME/DOB: JOHNSON, RICHARD, L    DOB:
UNIT NUMBER: EP01810172
ACCESSION NUMBER: EPJ17NVL505661
ACCOUNT:

PROCEDURE PERFORMED: DUPLEX US VENOUS EXT LOW LT

Conclusions: Left lower extremity with no evidence of deep or superficial vein thrombus.
No prior examination for comparison.


THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY: Benjamin Lerner, MD

### Medstreaming Document
Show images for Duplex US Venous Ext Low LT

### Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **LERNER, BENJAMIN M** | 7/10/2017 17:42 | 502-636-7242 | |

### Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 7/10/2017   14:07 | 7/10/2017   14:24 |

Encounter
View Encounter

# Result History

Order 235070753

MRN: **EP01810172** Accession #: **EPJ17NVL505661**

### Result History Report
Result History

**Lincoln/R. Johnson 1050**

(TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817 88 P 14

RUDY J. ELLIS, M.D.                                                                    ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                                              FRACTURES
R. JOHN ELLIS, JR., M.D.                                                                  JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                                       SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.                          **ELLIS & BADENHAUSEN**
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.                            **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

| | |
|---|---|
| **Patient:** | **Richard L Johnson** |
| **Date of Birth:** | |
| **SSN (last 4 #):** | |
| **Visit Date:** | **06/22/2017** |
| **Account #:** | **545850** |
| **Attending Provider:** | **Lawrence A. Schaper** |
| **Primary Provider:** | **Moore, Thomas MD** |
| **Referring Provider:** | |

**Visit Diagnosis Code:**

------------------------------------------------------------------------------------------------------

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Second opinion on left knee pain.

**History of Present Illness**
   Richard Johnson is a 61 year old male.
   • Medication list reviewed.

The patient is a 61-year-old male who has medial arthritis, which is fairly severe. He failed conservative treatment, and in January he had a left total knee replacement done by Dr. Popham. As of March 27th, there is a physical therapy report showing 0-128 degrees of motion. He was having still quite a bit of pain at that time. He was following up again May 10th and at that time was noted to have pain around his hamstring, and also some anterior medial pain in the knee. X-rays at that time were unremarkable. It was felt that he had some IT band tendinitis and continued his physical therapy and was not able to return to work. He was seen again on 06/12/2017 and was still having quite a bit of pain and had not done well with his physical therapy. He asked me to see him for a 2nd opinion. He comes in today stating that he is still having quite a bit of pain. He has not had any history of fever or chills. He has not had any particular swelling in the knee. He has been going to a different physical therapist recently, which are trying quite a few soft tissue modalities, but not doing a lot of muscle and passive joint stretching. Pain bothers him some at night as well as when he is active. He does recall a time when he was doing quite well and had to do some work on a furnace and was on his knee a lot more than usual. That is when his posterior knee pain started. This would have been some time in March or early April. He has not had any falls or any trauma.

**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**

**Lincoln/R. Johnson 1051**

Patient Name: Richard L Johnson                              Date: 06/22/2017

- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**
- **Norco 7.5-325MG Oral Tablet 1-2 tabs by mouth every 6 hrs as needed for pain, 30 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
  Past medical history reviewed
  Surgical history reviewed
**Reported:**
  Family history reviewed.
**Diagnoses:**
  Osteoarthritis
**Surgical:**
  - Rotator cuff repair Left 6/9/2016
  - Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
  - Surgery of the left knee - Arthroscopy 2005

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Family History**
  Cancer
  Kidney disease

**Review Of Systems**
**Systemic:** Feeling poorly (malaise) Fatigue.  No fever, no chills, and no recent weight change.
**Head:** No head symptoms.
**Neck:** No neck pain, no neck stiffness, and no lump or swelling in the neck.
**Eyes:** No eye symptoms.
**Otolaryngeal:** No otolaryngeal symptoms.
**Cardiovascular:** No cardiovascular symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Endocrine:** No endocrine symptoms.
**Hematologic:** No easy bleeding and no tendency for easy bruising.
**Musculoskeletal:** Musculoskeletal symptoms Patient has pain in the left knee. He has plantar fasciitis in the left foot.
**Neurological:** No neurological symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.
Hx of kidney stones.

**Physical Findings**
The patient is alert and cooperative, very pleasant gentleman. His range of motion of the left knee was measured today at almost 0 probably minus 3 or 4 degrees and almost 0 with passive stretch.

**Lincoln/R. Johnson 1052**

**Patient Name: Richard L Johnson**                                    **Date: 06/22/2017**

His flexion, passively, I was able to measure today at about 108 degrees. His knee has a well-healed anterior incision. There is no swelling or redness. He is diffusely tender, some around the anteromedial joint line, and also is tender posteriorly in the popliteal fossa, little more on the lateral side. He is not specifically tender over the lateral femoral epicondyle or over the popliteus tendon, and I do not detect any snapping in the tendon when he moves his knee actively or passively. He has good strength in the quads and adequate strength in the hamstrings as well. He does not have definite flexion instability and does not distract more than maybe a millimeter or 2 when he hangs his knee off the table. The knee is stable to AP and varus/valgus stress, both in flexion and extension. He has no pain with movement of the left hip at all. He has a negative straight leg raise test on both sides and has no strength deficits in the lower extremities. He does not have any abnormalities on his lumbar exam. He has normal sensation around the knee and in his lower extremity.

## Assessment

I reviewed the x-rays that were taken at the last visit and these do indeed show excellent position of the knee replacement. Patella is tracking well and has been resurfaced. I do not see any problems with the reconstruction. Looking at all of the different etiologies of his pain, which would include infection, referred pain from somewhere else as well as possible inflammatory response from the hardware, it really it appears that he does have perhaps a soft tissue inflammation in the popliteal region which could involve perhaps a hamstring problem. I cannot detect any mechanical problems with the knee at this time and I really do not think he has any indication at all for infection.

## Plan

What we will do from here is to have the patient do aggressive passive stretch of his knee to try to regain flexion, at least 2-3 times a day for about 5 minutes and then no more. He is going to do just isometric strengthening of the knee and continue with his physical therapy for the soft tissue modalities that he is getting. He is going to follow up with Dr. Popham and I am hoping that with his passive stretching that he is able to do, he will be able to regain some of his flexion because once this is lost it could be permanent. I think now is time that he should be more aggressive with his own passive flexion, but I do think repetitive aggressive physical therapy flexion would be helpful at this point. I explained all of this to the patient. He understands and is agreeable, and I certainly do not think any surgical intervention is necessary at this time.

cc: THOMAS MOORE MD (2400 EASTPOINT PKWY, STE 550, LOUISVILLE KY 40223-4193)

EASTPOINT

**Lawrence A. Schaper**
**Electronically signed by: Lawrence Schaper     Date: 07/05/2017 09:34**

Electronically approved by: Lawrence Schaper     Date: 07/05/17 09:34

**Lincoln/R. Johnson 1053**

Progress Notes - 06/15/2017

(TUE)AUG 8 2017 12:45/ST. 12:29/No. 6854817'88 P 53

Received:5025681873                      Jul 10 2017 12:58pm        P004
From:Rudy Ellis Sports Medicine Ctr    602 666 1873    07/10/2017 13:42    #417 P.004/009
om HylaFAX Enterprise    Mon 10 Jul 2017 02:57:02 PM UTC              Page 4 of 6

**Physical Therapy Group - KY**
4233 Bardstown Road, Ste 100 C
Louisville, KY 40218-3263
Phone: (502)493-3800
Fax: (502)493-3830

## Physical Therapy
## Initial
## Examination


PHYSICAL THERAPY
GROUP INC.

**Patient Name:** Johnson, Richard
**Date of Birth:**
**Referring Physician(s):** Direct Access

**Date of Initial Examination:** 06/15/2017
**Injury/Onset/Change of Status Date:** 06/15/2017
**Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint
**Visit No.:** 1

**Surgery:** (Date/Type) 01/31/2017 left knee replacement
**Treatment Diagnosis:** ICD10: Z96.652: Presence of left artificial knee joint

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** the left knee had been "bad" for about 10 years
**Primary Concern/Chief Complaint:** pain is constant affecting the left lateral knee, worse with bending the knee, a sense of compression type pain at the top of the medial patella
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Mobility: Walking & Moving Around:**
**Current Functional Limitations:**
  **Mobility: Walking & Moving Around:** Walking: Forward, Backward, Sideways, Strolling; Moving Around: Climbing, Running, Jogging; Moving Around in Different Locations: Walking Down the Street [Community Distances], Walking Within a Building; Negotiate Obstacles: Bumped in Crowded Streets, Terrain
**Pain Location:** left knee
  **Pain Scale: Worst: 7 Best: 1 Current: 2**
  **Pain Description:** Constant
  **Pain Follow-up Plan:** modalities and therex
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down; bending the knee is the worst aggravating factor
**General Health:** Good
**Home Health Care:** No
**Medical History:** Osteoarthritis (left knee )
**Complication/Personal Factors:** Surgical History (right shoulder RCR and biceps ), Time since onset of injury/illness (January
**Patient Goals:** The patient would like to be capable of climbing and descending stairs with less pain to allow him to continue to participate in social functions.

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Outcome Measurement Tools**

**Lower Extremity**
Lower Extremity Functional Scale          31/80

**Observation**

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Gait**
**Muscle Atrophy**          Antalgic, Lacks Full Knee Extension at Heel Strike, Apprehensive with Weightbearing, Shortened Stride
Description          loss of quadriceps and gastroc complex muscle mass in comparison with the non affected limb

*PT*

**Lincoln/R. Johnson 1054**

Progress Notes - 06/15/2017

(TUE) AUG  8 2017 12:46/ST. 12:29/No. 6854817'88  P 54

Received:5025681873                    Jul 10 2017 12:59pm      P005
From:Rudy Ellis Sports Medicine Ctr    502 568 1873          07/10/2017 13:42     #417 P.005/009

om HylaFAX Enterprise      Mon 10 Jul 2017 02:57:02 PM UTC              Page 5 of 6

| Physical Therapy Group - KY | | Patient Name: Johnson, Richard |
| 4233 Bardstown Road, Ste 100 C | **Physical Therapy** | Date of Birth: |
| Louisville, KY 40219 3263 | **Examination** | Document Date: 06/15/2017 |
| Fax: (502)493-3830 | | |

**Range of Motion**

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | Not Tested | 95 ° |
| Extension | Not Tested | (5) ° |

**Strength**

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Flexion | 4+/5 | 4+/5 |
| Hip Extension | 4+/5 | 4/5 |
| Hip Abduction | 4+/5 | 4/5 |

**Knee**

| | Right | Left |
|---|---|---|
| Knee Flexion | 5/5 | 4-/5 |
| Knee Extension | 5/5 | 4+/5 |

**Comments**     left knee flexion and extension were painful in response to resistance testing

**Special Tests**

**Flexibility**

| | Right | Left |
|---|---|---|
| Ober | Positive | Positive |
| 90/90 Hamstring Flexibility | (40) ° | (50) ° |

**Palpation**

**Comments**     multiple trigger points noted at the left gastrocnemius complex

**Palpation**

Palpable tenderness or increased muscular tone noted.

| Right TFL | Normal |
|---|---|
| Left TFL | Painful to Deep Palpation, Tender with increased tissue tension |
| Left Hamstrings | Painful to Light Palpation, Tender with increased tissue tension |

| | Right | Left |
|---|---|---|
| Lateral Patella | | Painful to Light Palpation |
| LCL | | Painful to Light Palpation |

**Assessment**

**Assessment/Diagnosis:** This patient presented with increased pain and reduction in functional ROM of the left knee 4 1/2 months status post left knee arthroplasty. Skilled physical therapy can address soft tissue compromise through the use of modalities and deep tissue techniques to reduce trigger points and enhance soft tissue extensibility to allow for recovery of lost ROM which should translate into a less painful and more functional knee.

**Patient Education:** reviewed HEP

**Patient Demonstrates Compliance with Prescribed HEP**

*PT*

**Lincoln/R. Johnson 1055**

Progress Notes - 06/15/2017

(TUE) AUG   8 2017 12:46/ST. 12:29/No. 6854817'88 P 55

Received:5025681873                                    Jul 10 2017 12:59pm    P006
From Rudy Ellis Sports Medicine Ctr   602 668 1873        07/10/2017 13:43    #417 P.006/009
rom HylaFAX Enterprise      Mon 10 Jul 2017 02:57:02 PM UTC           Page 6 of 6

Physical Therapy Group - KY                                    **Patient Name:** Johnson, Richard
4233 Bardstown Road, Ste 100 C          **Physical Therapy**         **Date of Birth:**
Louisville, KY 40218-3263                       **Initial**          **Document Date:** 06/15/2017
Phone: (502)493-3800
Fax: (502)493-3830                         **Examination**

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Loss of left knee AROM making stairs difficulty, and limiting standing and walking to shorter times and less distance than is functional for community access.
- weak and painful left knee complex
- adaptive soft tissue shortening left hamstring and gastroc complex
- multiple soft tissue trigger points left posterior leg

**Short Term Goals:**
1: (2 Weeks) | The patient will report less intense pain while ascending and descending stairs.
2: (2 Weeks) | The patient will demonstrate AROM of the left knee 0 - 110 degrees flexion to allow for greater ease with donning socks and shoes.

**Long Term Goals:**
1: (4 Weeks) | The patient will be independent with a comprehensive therapeutic exercise program to maintain leg strength and cardio-vasacular health.
2: (4 Weeks) | The patient will demonstrate AROM left knee 0 - 120 degrees flexion with minimal pain.

**Plan**
**Frequency:** 2 times a week
**Duration:** 4 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Stability), Therapeutic Activity (ADL Specific), Patient Education (Home Exercise Program)

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Electrical Stimulation (Interferential)

**Specialties**
Other (K tape )

Teresa Scherlfius
License #KY002461
*Electronically Signed by Teresa Scherlfius on June 15, 2017 at 3:28 pm*

*PT*

**Lincoln/R. Johnson 1056**

Progress Notes - 06/12/2017                    (TUE) AUG  8 2017 12:36/ST. 12:29/No. 6854817 88  P 11

RUDY J. ELLIS, M.D.                                              ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                      FRACTURES
R. JOHN ELLIS, JR., M.D.                                          JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                               SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.            **ELLIS & BADENHAUSEN**
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.              **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**            **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**         **06/12/2017**
**Account #:**          **545850**
**Attending Provider:** **G J. Popham MD**
**Primary Provider:**   **Moore, Thomas MD**
**Referring Provider:**

.......................................................................................................................
**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
Patient returns for a left knee followup.

**Reason For Visit**
   Date of surgery: 01/31/17 - Left total knee arthroplasty - Dr. Popham.

**History of Present Illness**
   Richard Johnson is a 61 year old male.
   • Medication list reviewed.

He states that he is not responding well to therapy. He has posterior and lateral pain, especially
when he tries to bend his knee. He also reports that his range of motion is not getting better due to
the increased pain.

**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**
- **Norco 7.5-325MG Oral Tablet 1-2 tabs by mouth every 6 hrs as needed for pain, 30
days, 0 refills**

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.

**Lincoln/R. Johnson 1057**

Progress Notes - 06/12/2017                                   (TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817'88 P 12

**Patient Name: Richard L Johnson**                              **Date: 06/12/2017**

**Diagnoses:**
Osteoarthritis
**Surgical:**
- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
- **Vitals taken 06/12/2017 11:14 am**

| | |
|---|---|
| **BP-Sitting R** | **118/72 mmHg** |
| **BP Cuff Size** | **Large** |
| **Pulse Rate-Sitting** | **82 bpm** |
| **Height** | **72 in** |
| **Weight** | **206 lbs** |
| **Body Mass Index** | **27.9 kg/m2** |
| **Body Surface Area** | **2.16 m2** |

Left knee exam:
After surgery, he had a little bit of popping, but it is much worse now. Today, he has 5-90 degrees range of motion. No instability at full extension and no instability at 90 degrees at flexion. Tender over iliotibial band insertion as well as the lateral head of the gastrocnemius. The popping is reproduced with flexion and extension of the knee with the lower leg internally rotated, but it is not palpable. He has trace effusion.

**Assessment**
Left knee, iliotibial band tendonitis

**Plan**
We discussed today the procedure, risks, and benefits of a left TKA revision. However, I am referring him to Dr. Schaper for further evaluation and he will follow up with me after doing so. I have written him another prescription for physical therapy to do in the meantime. He cannot return to work at this time.

EASTPOINT

Entered by Sara Bean, acting as scribe for Dr. G. Jeffrey Popham.

**Lincoln/R. Johnson 1058**

Progress Notes - 06/12/2017                                (TUE)AUG  8 2017 12:36/ST. 12:29/No. 6854817 88 P 13

**Patient Name: Richard L Johnson**                              **Date: 06/12/2017**

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 06/15/2017 09:21**

Electronically approved by: Jeffrey Popham     Date: 06/15/17 09:21

**Lincoln/R. Johnson 1059**

(TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817'88 P 51

WALTER E. BADENHAUSEN Jr., M.D.
R. JOHN ELLIS Jr., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.

AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

## Ellis & Badenhausen Orthopaedics, PSC

13151 Magisterial Dr.
Suite 200
Louisville, KY 40223
(502) 587-1236

5120 Dixie Highway
Suite 103
Louisville, KY 40216
(502) 449-0449

EMPLOYEE _Richard Johnson_

DIAGNOSIS _____

**WORK STATUS:**

YES_____When_____

NO__✓__How Long __until__ 8/1/7

Light Duty - Yes_____ No_____

Restrictions _____

_____

_____

Signed _____

Today's Date __6/12/17__

WORK-REL 7/10

**Lincoln/R. Johnson 1060**

(TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817 88 P 52



**Dr. Rudy J. Ellis**
SPORTS
MEDICINE
CENTER

13151 MAGISTERIAL DRIVE          5120 DIXIE HWY
SUITE 100                        SUITE 102
LOUISVILLE, KY 40223             LOUISVILLE, KY 40216
PHONE: 502-585-4571              PHONE: 502-448-0931
FAX: 502-568-1873                FAX: 502-448-0918

PT. NUMBER_____ DATE __6/12/17__

NAME__Richard Johnson__

DIAGNOSIS__(L) posterolateral knee pain / popping.__

SURGERY__IT band tendonitis.__

PRECAUTION/SPECIAL INSTRUCTIONS_____

☑ Evaluate and Treat                    ☐ Pre and Post-Operative Care

**EXERCISE & REHAB**                    **MODALITIES**
___ NECK REHAB                          ✓ MODALITIES OF CHOICE
___ BACK REHAB                          ___ ULTRASOUND
___ SHOULDER REHAB                      ___ ELECTRICAL STIMULATION
___ ELBOW REHAB                         ___ CERVICAL TRACTION
___ WRIST/HAND REHAB                    ___ LUMBAR TRACTION
___ HIP REHAB                           ___ VASOPNEUMATIC COMPRESSION
___ KNEE REHAB                          ___ PRIMAL REFLEX RELEASE (PRRT)
___ ANKLE/FOOT REHAB                    ___ IONTOPHORESIS
___ WORK CONDITIONING                   ___ GRASTON

___ KNEE SLEEVE                         ___ CUSTOM MOLDED FOOT ORTHOTIC
___ LROM KNEE BRACE                     ___ ANKLE BRACE
___ HINGED KNEE BRACE - OTS             ___ CUSTOM DYNAMIC AFO
___ ACL KNEE BRACE - CUSTOM             ___ CUSTOM STABILITY WALKER AFO
___ LUMBO-SACRAL ORTHOSIS               ___ ABDUCTION PILLOW SLING
___ PATELLAR TENDON STRAP               ___ ARC ABDUCTION SLING
___ PATELLA STABILIZING BRACE           ___ LROM ELBOW BRACE
___ OSTEOARTHRITIS BRACE                ___ HINGED ELBOW BRACE

FREQ. & DURATION  1  2  3  4  5  TIMES A WEEK FOR  1  2  3  4  5  6  WEEKS

SIGNED_____ M.D.

EVAL-TREAT 5/10

Lincoln/R. Johnson 1061

Progress Notes - 06/07/2017

(TUE)AUG  8 2017 12:45/ST. 12:29/No. 6854817'88 P 50

Jun 7 2017 03:33pm    P002

JUN-07-2017 14:53 From:                          To:15027360076          Page:2/2



# BAPTIST HEALTH®

## MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

June 7, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:     **Richard Johnson**
Date of Birth:
Date of Visit: **6/7/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for treatment following his left TKA. Pt has been seen 2-3x week for the past 12 weeks for treatment consisting of iontophoresis, ultrasound, MH, joint mobilizations, PROM, AROM, LE flexibility exercises, and open and closed kinetic chain LE strengthening exercises.

Pt continues to c/o pain in the popliteal fossa and distal, lateral hamstring insertion area of left knee. He rates this pain up to a 7/10 and states it is worse when he tries to bend his knee. We have tried multiple exercises for this area in addition to the modalities, but nothing seems to change the pain. He has left knee AROM 2-112 degrees. He has SLR at 3 degrees and TKE < 5 degrees. He has hip strength of 5/5 all planes and quadricep and hamstring strength of 4+/5. He is independent with his HEP.

**Assessment and Plan:**
Pt is still limited in his daily function due to the pain in the posterior knee. We have tried various treatment options, but nothing seems to change his pain. Pt has MD follow up 6/12/2017. Will continue as advised.

Sincerely,

Gary Costelle, PT

CC: No Recipients

**Lincoln/R. Johnson 1062**

Progress Notes - 05/10/2017                    (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88  P  8

RUDY J. ELLIS, M.D.                                                        ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                                 FRACTURES
R. JOHN ELLIS, JR., M.D.                                                     JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                          SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                       **ELLIS & BADENHAUSEN**
G. JEFFREY POPHAM, M.D.                    **ORTHOPAEDICS, P.S.C.**
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E RUEFF, M.D.
ERIN M. GISH, PA-C


(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103


**Patient:**            **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**          **05/10/2017**
**Account #:**           **545850**
**Attending Provider:**  **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**

......................................................................................................................
**Patient Visit Note**

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
14-week check left total knee replacement.

**History of Present Illness**
   Richard Johnson is a 61 year old male.
   • Medication list reviewed.

Mr. Johnson reports that his knee is not doing well. He states that his hamstring constantly pops
and snaps causing discomfort. He also complains of pain along the anteromedial aspect of his
proximal tibial, as well as pain along the medial aspect of his knee. He was given a prescription of
ibuprofen 600 MG after his last office visit to take with his hydrocodone, but states it does not
provide any relief.

**Current Medication**
- **COMPOUND CREAM CREA, as directed Faxed to RX Alternatives, 30 days, 4 refills**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**
- **Ibuprofen 600 MG Tablet i po q 6-8 hrs prn, 30 days, 2 refills**

**Past Medical/Surgical History**
**Other:**
   Past medical history reviewed
   Surgical history reviewed
**Reported:**
   Family history reviewed.
**Diagnoses:**
   Osteoarthritis
**Surgical:**


**Lincoln/R. Johnson 1063**

Progress Notes - 05/10/2017                           (TUE) AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P   9

**Patient Name: Richard L Johnson**                                      **Date: 05/10/2017**

- Rotator cuff repair Left 6/9/2016
- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
Cancer
 Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
Left knee exam -
Minimal posterolateral JLT
Tender at medial proximal tibia
Tender posteriorly; No palpable Baker's cyst
Tender at distal ITB
No laxity to Varus/Valgus stresses
Trace Effusion
2-100 Degree ROM
No Discoloration
Incision well healed
NVID

**Radiographs**
   AP view x-rays of both knees while standing were performed 73565.
   Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views Left knee were obtained today in the office
Reason - S/P TKA
Findings - No radiolucencies around the implant, good alignment of the implant
Impression - No mechanical complications s/p TKA.

**Assessment**
Doing well S/P  LTKA; posterior pain residual from surgery
Left knee, ITB tendonitis

**Plan**
- **OTHER**
   Norco 7.5-325 MG TABS, 1-2 tabs by mouth every 6 hrs as needed for pain, 30 days, 0
   refills

Continue PT; esp. for ROM and ITB
Norco 7.5mg
Compound pain cream
Patient cannot return to work at this time
F/U in 6 weeks

**Lincoln/R. Johnson 1064**

**Progress Notes - 05/10/2017**                    (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817'88 P 10

**Patient Name: Richard L Johnson**                    **Date: 05/10/2017**

EASTPOINT

Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 05/17/2017 08:20**

Electronically approved by: Jeffrey Popham     Date: 05/17/17 08:20

**Lincoln/R. Johnson 1065**

Progress Notes - 05/10/2017

(TUE) AUG  8 2017 12:41/ST. 12:29/No. 6854817 88  P 45

WALTER E. BADENHAUSEN Jr., M.D.
R. JOHN ELLIS Jr., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.

AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

# Ellis & Badenhausen Orthopaedics, PSC

13151 Magisterial Dr.
Suite 200
Louisville, KY 40223
(502) 587-1236

SOUTHEND MEDICAL CENTER
5129 Dixie Highway
Suite 301
Louisville, KY 40216
(502) 449-0449

EMPLOYEE _Richard Johnson_

DIAGNOSIS

**WORK STATUS:**

YES_____ When_____

NO____✓____ How Long ___until at least 7/3/17___

Light Duty - Yes _____ No _____

Restrictions _____

Signed _____

Today's Date ___5/10/17___

WKH6 REL 7-10

Lincoln/R. Johnson 1066

Progress Notes - 05/10/2017



(TUE)AUG  8 2017 12:43/ST. 12:29/No. 6854817 88  P 46

**Dr. Rudy J. Ellis**
**SPORTS**
**MEDICINE**
**CENTER**

| 13151 MAGISTERIAL DRIVE | 5120 DIXIE HWY |
|---|---|
| SUITE 100 | SUITE 102 |
| LOUISVILLE, KY 40223 | LOUISVILLE, KY 40216 |
| PHONE: 502-585-4571 | PHONE: 502-448-0931 |
| FAX: 502-568-1873 | FAX: 502-448-0918 |

PT. NUMBER_____ DATE ___5/10/17_____

NAME____Richard Johnson_____

DIAGNOSIS___(L) IT band tendonitis, pain after TKA___

SURGERY_____

PRECAUTION/SPECIAL INSTRUCTIONS_____

☑ Evaluate and Treat                    ☐ Pre and Post-Operative Care

**EXERCISE & REHAB**                    **MODALITIES**
___ NECK REHAB                          ☑ MODALITIES OF CHOICE
___ BACK REHAB                          ___ ULTRASOUND
___ SHOULDER REHAB                      ___ ELECTRICAL STIMULATION
___ ELBOW REHAB                         ___ CERVICAL TRACTION
___ WRIST/HAND REHAB                    ___ LUMBAR TRACTION
___ HIP REHAB                           ___ VASOPNEUMATIC COMPRESSION
___ KNEE REHAB                          ___ PRIMAL REFLEX RELEASE (PRRT)
___ ANKLE/FOOT REHAB                    ___ IONTOPHORESIS
___ WORK CONDITIONING                   ___ GRASTON

___ KNEE SLEEVE                         ___ CUSTOM MOLDED FOOT ORTHOTIC
___ LROM KNEE BRACE                     ___ ANKLE BRACE
___ HINGED KNEE BRACE - OTS             ___ CUSTOM DYNAMIC AFO
___ ACL KNEE BRACE - CUSTOM             ___ CUSTOM STABILITY WALKER AFO
___ LUMBO-SACRAL ORTHOSIS               ___ ABDUCTION PILLOW SLING
___ PATELLAR TENDON STRAP               ___ ARC ABDUCTION SLING
___ PATELLA STABILIZING BRACE           ___ LROM ELBOW BRACE
___ OSTEOARTHRITIS BRACE                ___ HINGED ELBOW BRACE

FREQ. & DURATION  1  2  3  4  5  TIMES A WEEK FOR  1  2  3  4  5  6  WEEKS

SIGNED_____M.D.

EVAL-TREAT 5/10

Lincoln/R. Johnson 1067

Progress Notes - 05/10/2017

(TUE)AUG  8 2017 12:44/ST. 12:29/No. 6854817'88 P 47



## BAPTIST HEALTH

### MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

May 10, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:       **Richard Johnson**
Date of Birth:
Date of Visit: **5/10/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for treatment following his left TKA. He has been seen 22 times for treatment consisting of joint mobilizations, PROM, AROM, stretches, and both open and closed chain strengthening exercises.

He still ambulates with a mild antalgic gait on his left LE lacking TKE at heel strike. He still c/o pain over lateral hamstring attachment, distal ITB, MJL, and fibular head. He rates his pain as a 2-3/10 and states it limits him when he goes sit to stand and starts to walk. His knee AROM prior to stretching is 3-115 degrees and increases to 0-120+ degrees after stretching. He has good hip strength as well as good quadricep and hamstring strength. He is independent with his HEP.

### Assessment and Plan:
Pt initially progressed very well, but recently seems to have hit a plateau and is still limited primarily by his pain. Please advise as to continuation of his therapy after you have seen the patient.

If you have questions, please do not hesitate to call me.

Sincerely,

Gary Costelle, PT

Lincoln/R. Johnson 1068

RUDY J. ELLIS, M.D.
WALTER E. BADENHAUSEN, JR., M.D.
R. JOHN ELLIS, JR., M.D.
MARK E. PETRIK, M.D.
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
ERIN M. GISH, PA-C

ORTHOPAEDIC SURGERY
FRACTURES
JOINT REPLACEMENT
SPORTS MEDICINE

**ELLIS & BADENHAUSEN
ORTHOPAEDICS, P.S.C.**

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**            Richard L Johnson
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**         03/29/2017
**Account #:**          545850
**Attending Provider:** G J. Popham MD
**Primary Provider:**   Moore, Thomas MD
**Referring Provider:**

---

### Patient Visit Note

**Active Problems**
- **Pain in left knee**
- **Strain of musc/tend the rotator cuff of left shoulder, init**
- **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
8-week check left total knee replacement.

**History of Present Illness**
    Richard Johnson is a 61 year old male.
    • Medication list reviewed.

Mr. Johnson complains of continued pain.  He states that the arthritic pain is still gone, but that the muscle pain is very severe.

**Current Medication**
- **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
- **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
    • Rotator cuff repair Left 6/9/2016
    • Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
    • Surgery of the left knee - Arthroscopy 2005

**Family History**

**Lincoln/R. Johnson 1069**

Progress Notes - 03/29/2017                    (TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817 88 P  7

**Patient Name: Richard L Johnson**                         **Date: 03/29/2017**

Cancer
 Kidney disease

**Social History**
Behavioral:  Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
• **No Known Allergies**

No Metal Allergy.

**Physical Findings**
Left knee exam -
Minimal posterolateral JLT
No laxity to Varus/Valgus stresses
Trace Effusion
5-100 Degree ROM
No Discoloration
Normal Quad Strength and Tone
No palpable Baker's cyst
Incision well healed

**Assessment**
Doing well S/P  LTKA

**Plan**
   • **OTHER**
   Ibuprofen 600 MG TABS, i po q 6-8 hrs prn, 30 days, 2 refills

Discussed with patient today to take one pain pill accompanied with 800mg ibuprofen prior to going
to bed; in addition we told him he can take 600mg ibuprofen 2x during the day.
F/U in 6 weeks

EASTPOINT

Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham    Date: 04/05/2017 08:19**

Electronically approved by: Jeffrey Popham    Date: 04/05/17 08:20

**Lincoln/R. Johnson 1070**

Progress Notes - 03/27/2017

MAR-27-2017 12:54 From:

To:15025870126369566    Page:1/1

 **BAPTIST HEALTH**®

MEDICAL GROUP

BAPTIST HEALTH LA GRANGE OP PHYS THPY
1031 New Moody Lane
La Grange KY 40031
Phone: 502-222-3303
Fax: 502-222-3953

March 27, 2017

George Jeffrey Popham, MD
13151 Magisterial Dr
Ste 200
Louisville KY 40223

Patient:     **Richard Johnson**
Date of Birth:
Date of Visit:  **3/27/2017**

Dear Dr. Popham, MD:

Thank you for referring Richard Johnson to me for evaluation. The patient has been seen 2-3x weekly following his left TKA for treatment consisting of joint mobilizations, PROM, AROM, LE flexibility exercises, and open and closed kinetic chain strengthening exercises.

Pt currently has pain that he rates as 1/10, but also c/o nagging type pain postero-lateral knee when he stands or walks for long periods. He has good patellar mobility and knee AROM of 0-128 degrees. His LE strength is 5/5 all planes with testing. He still has mild hamstring tightness with testing. He ambulates with mild antalgic gait left LE. He is independent with his HEP.

Pt is to be seen 3/29/2017. Will continue as advised.

If you have questions, please do not hesitate to call me. I look forward to following Richard along with you.

Sincerely,

Gary Costelle, PT

CC: No Recipients

**Lincoln/R. Johnson 1071**

(TUE)AUG  8 2017 12:35/ST. 12:29/No. 6854817·88  P  3

RUDY J. ELLIS, M.D.                                                          ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                                    FRACTURES
R. JOHN ELLIS, JR., M.D.                                                        JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                             SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.                          **ELLIS & BADENHAUSEN**
MARK G. SMITH, M.D.                                **ORTHOPAEDICS, P.S.C.**
G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R.PRICE, M.D.
DANIEL E.RUEFF, M.D.
ERIN M. GISH, PA-C

(502) 587-1236
13151 Magisterial Dr #200
Louisville, KY 40223-4103

**Patient:**          **Richard L Johnson**
**Date of Birth:**
**SSN (last 4 #):**
**Visit Date:**       **03/01/2017**
**Account #:**        **545850**
**Attending Provider:**  **G J. Popham MD**
**Primary Provider:**    **Moore, Thomas MD**
**Referring Provider:**

...............................................................................................................................................
**Patient Visit Note**

**Active Problems**
● **Pain in left knee**
● **Strain of musc/tend the rotator cuff of left shoulder, init**
● **Unilateral primary osteoarthritis, left knee**

**Chief Complaint**
4 week check left total knee replacement.

**Reason For Visit**
    Date of surgery: 01/31/2017.

**History of Present Illness**
    Richard Johnson is a 61 year old male.
    • Medication list reviewed.

Mr. Johnson reports that his knee is fairly sore.  His pain has changed since surgery.  He states he
no longer feels the arthritic pain he was suffering from, but that his pain is different now.  He is
treating with hydrocodone 7.5/325, typically at night.  He does notice an increase in pain at night.

**Current Medication**
● **Depo-Testosterone 200 MG/ML Solution once a day 70 days, 0 refills**
● **Hydrocodone-Acetaminophen 7.5-325 MG Tablet as needed 0 days, 0 refills**

**Past Medical/Surgical History**
**Other:**
    Past medical history reviewed
    Surgical history reviewed
**Reported:**
    Family history reviewed.
**Diagnoses:**
    Osteoarthritis
**Surgical:**
    • Rotator cuff repair Left 6/9/2016

**Lincoln/R. Johnson 1072**

Progress Notes - 03/01/2017                                    (TUE) AUG   8 2017 12:35/ST. 12:29/No. 6854817 88 P   4

**Patient Name: Richard L Johnson**                                          **Date: 03/01/2017**

- Total knee arthroplasty Left TKA 01/31/2017- Dr. Popham
- Surgery of the left knee - Arthroscopy 2005

**Family History**
   Cancer
    Kidney disease

**Social History**
Behavioral: Smoking status: Never smoker.
Alcohol: Alcohol use Occasional.
Work: Occupation engineer.
Marital: Marital history married.
Motor: Preference for right-handedness.

**Allergies**
- **No Known Allergies**

No Metal Allergy.

**Physical Findings**
- **Vitals taken 03/01/2017 01:58 pm**

| | |
|---|---|
| **BP-Sitting L** | 116/76 mmHg |
| **BP Cuff Size** | Large |
| **Pulse Rate-Sitting** | 87 bpm |
| **Height** | 72 in |
| **Weight** | 207 lbs |
| **Body Mass Index** | 28.1 kg/m2 |
| **Body Surface Area** | 2.16 m2 |

Left knee exam -
NT at Medial and Lateral Joint Lines
No laxity to Varus/Valgus stresses
No Effusion
1-100 Degree ROM
No Discoloration
Normal Quad Strength and Tone
No palpable Baker's cyst
Incision healing well
Ambulating with cane today

**Radiographs**
   AP view x-rays of both knees while standing were performed 73565.
   Left Knee 2 Views were performed 73560.

Standing AP Bilateral Knees, Lateral and Merchant views Left knee were obtained today in the office
Reason - S/P TKA
Findings - No radiolucencies around the implant, good alignment of the implant
Impression - No mechanical complications s/p TKA.

**Assessment**
Doing well post op TKA

**Plan**
Continue PT
600mg ibuprofen 3x/day
Norco 7.5mg
Amoxicillin

**Lincoln/R. Johnson 1073**

**Patient Name: Richard L Johnson**                          **Date: 03/01/2017**

F/U in 4 weeks

EASTPOINT

Entered by Chelsea Sullivan, acting as scribe for Dr. Jeffrey Popham.

**G Jeffrey Popham MD**
**Electronically signed by: Jeffrey Popham     Date: 03/06/2017 08:19**

Electronically approved by: Jeffrey Popham     Date: 03/06/17 08:19

**Lincoln/R. Johnson 1074**

Progress Notes - 02/02/2017

Norton Healthcare    02/02/2017 11:09:31 AM  PAGE    2/005  Feb 2 2017 11:28am  P002
Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 1 of 4
**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM**

| Author: Ajmani, Deep, MD | Service: (none) | Author Type: Physician |
| Filed: 2/2/2017 11:08 AM | Date of Service: 2/2/2017 11:04 AM | Status: Signed |
| Editor: Ajmani, Deep, MD (Physician) | | |



## DISCHARGE SUMMARY

**Patient Identification:**
Name: Richard L Johnson
Age: 61 yr/o
Sex: male
DOB:
MRN: EP01810172

**Admit date:** 1/31/2017

**Discharge date:** 2/2/2017

**Admitting Physician:** G Jeffrey Popham, MD

**Discharge Physician:** Deep Ajmani, MD

**Primary Care Physician:** Moore, Thomas L, MD

**Discharge Diagnoses:**
**Principal Problem:**
 Primary osteoarthritis of left knee s/p Left TKA 1/31/17 POA: Yes
**Active Problems:**
 Postoperative hypotension POA: Yes
 Acute postoperative pain of left knee POA: Yes

**Discharged Condition:** stable

**Disposition:**
Home

**Medications:**
**Current Discharge Medication List**

**START taking these medications**

| | Details |
|---|---|
| apixaban (ELIQUIS) 2.5 MG tablet | Take 1 tablet by mouth 2 (two) times daily for 12 days<br>*Qty:* 0 tablet, *Refills:* 0 |
| oxyCODONE-acetaminophen<br>(PERCOCET) 7.5-325 MG | Take 1-2 tablets by mouth every 4 (four) hours<br>*Qty:* 0 tablet, *Refills:* 0 |

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|

**Lincoln/R. Johnson 1075**

Progress Notes - 02/02/2017                                    (TUE) AUG  8 2017 12:41/ST. 12:29/No. 6854817'88 P 40

```
                                                                    Feb  2 2017 11:29am      P003
    Norton Healthcare      02/02/2017 11:09:31 AM  PAGE   3/005     Fax Server
```

Johnson, Richard L (MR # EP01810172)                                            Page 2 of 4
Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)

| fluticasone (FLONASE) 50 MCG/ACT nasal spray | Instill 1 spray in each nostril daily |
|---|---|

| TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days |
|---|---|

**STOP taking these medications**

meloxicam (MOBIC) 15 MG tablet

**Consults:**
IP CONSULT TO HOSPITALIST
IP CONSULT TO CASE MANAGEMENT

**Hospital Course:**
Patient had left total knee arthroplasty done by Dr. Popham secondary to severe osteoarthritis.
Postoperatively his major issue was pain control. He was on Eliquis for DVT prophylaxis. We followed his
postoperative medical course. Vital signs were stable and labs were stable. Hemoglobin is 15. He is doing
well and working well with physical therapy. Pain currently controlled on current regimen. He will be going
home on Percocet and Eliquis for DVT prophylaxis.

**Discharge Exam:**
Adult Exam: BP 111/70 (BP Location: Left arm, Orthostatic Position: Lying)  Pulse 85  Temp 98.2 °F (36.8 °C)
(Oral)  Resp 16  Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 93%  BMI 31.55 kg/m2
General appearance: alert, appears stated age and cooperative
Lungs: clear to auscultation bilaterally
Heart: regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly
Extremities: extremities normal, atraumatic, no cyanosis or edema
Neurologic: Grossly normal

**Significant Diagnostic Studies:**
Recent Results (from the past 24 hour(s))
CBC w/Diff
   Collection Time: 02/02/17  4:32 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 9.90 | 4.5 - 11.0 10*3/uL |
| RBC | 4.94 | 4.5 - 5.9 10*6/uL |
| HGB | 15.0 | 13.5 - 17.5 g/dL |
| HCT | 45.4 | 41.0 - 53.0 % |
| MCV | 91.9 | 80.0 - 100.0 fL |
| MCH | 30.4 | 26.0 - 34.0 pg |
| MCHC | 33.0 | 31.0 - 37.0 g/dL |
| RDW | 12.7 | 12.0 - 16.8 % |
| PLT | 153 | 140 - 440 10*3/uL |
| MPV | 10.3 | 6.7 - 10.8 fL |
| NEUT% | 68 | 45 - 80 % |
| Lymph% | 15 | 15 - 50 % |
| Mono% | 16 (H) | 0 - 15 % |
| EOS% | 1 | 0 - 7 % |
| BASO% | 0 | 0 - 2 % |

Lincoln/R. Johnson 1076

Progress Notes - 02/02/2017                    (TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817'88 P 41

Norton Healthcare    02/02/2017 11:09:31 AM  PAGE    4/005   Feb 2 2017 11:29am    P004
                                                            Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 3 of 4
Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)

| | | |
|---|---|---|
| IG% | 0 | 0 % |
| NRBC% | 0 | 0 - 0 /100(WBC) |
| NEUT# | 6.76 | 2.0 - 8.8 10*3/uL |
| Lymph# | 1.47 | 0.7 - 5.5 10*3/uL |
| Mono# | 1.53 | 0.0 - 1.7 10*3/uL |
| EOS# | 0.11 | 0.0 - 0.8 10*3/uL |
| Baso# | 0.01 | 0.0 - 0.2 10*3/uL |
| Immature GRAN# | 0.02 | <1 10*3/uL |

Xr Knee 1-2 Vws Lt

Result Date: 2/1/2017
RADIOLOGY REPORT FACILITY: NORTON BROWNSBORO HOSPITAL UNIT/AGE/GENDER: J.PERIHO
IN    AGE:61 Y      SEX:M PATIENT NAME/DOB: JOHNSON, RICHARD, L          UNIT NUMBER:
EP01810172 ACCOUNT NUMBER: 10039211047 ACCESSION NUMBER: EPJ17RAD69158 2 views of the
left knee dated 02/01/2017. INDICATION: Postop. COMPARISON: None. FINDINGS: Patient is status post left
knee arthroplasty. Hardware is in the expected location. Lucency inferior to the tibial component is
postoperative in etiology. There is near-anatomic alignment. There is no fracture or loosening. Joint fluid and
air are related to recent surgery. IMPRESSION: 1. Expected postoperative changes status post left knee
arthroplasty. Dictated by: Rebecca Feller, M.D. Images and Report reviewed and interpreted by: Rebecca
Feller, M.D. <PS><Electronically signed by: Rebecca Feller, M.D.> 02/01/2017 1043 D: 02/01/2017 1042 T:
02/01/2017 1042

Us Or Nbh Guidance Procedure

Result Date: 1/31/2017
Images

were obtained for surgical purposes. See Davis, Jerry B.'s surgical note in the patient's chart for the findings.

Patient Instructions:
Follow up with PCP - Moore, Thomas L, MD in 1 week.

Follow-up Information
   Follow up with HH KINDRED AT HOME .
   Specialty: Home Health Services
   Contact information
    710 Executive Park
    Louisville KY 40207-4207
    502-895-4213

To-Do List
   Future Orders                              Complete By        Expires
   Activity as tolerated - no restrictions [NUR129 Custom]    As directed

**Lincoln/R. Johnson 1077**

Progress Notes - 02/02/2017

(TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817 88  P 42

Norton Healthcare    02/02/2017 11:09:31 AM   PAGE    5/005    Feb 2 2017 11:30am    P005
Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 4 of 4
**Discharge Summaries by Ajmani, Deep, MD at 2/2/2017 11:04 AM (continued)**
Total time spent in making discharge arrangements:
> 30 minutes

Signed:
Deep Ajmani, MD
Norton Inpatient Care Specialists
(502) 724-6000
2/2/2017
11:04 AM

*EMR Dragon/Transcription disclaimer:*
*Much of this encounter note is an electronic transcription/translation of spoken language to printed text. The electronic translation of spoken language may permit erroneous, or at times, nonsensical words or phrases to be inadvertently transcribed; Although I have reviewed the note for such errors, some may still exist.*

**Lincoln/R. Johnson 1078**

Progress Notes - 02/01/2017                    (TUE)AUG  8 2017 12:41/ST. 12:29/No. 6854817'88  P 43

**ELLIS & BADENHAUSEN ORTHOPAEDICS PSC**

| | | | | |
|---|---|---|---|---|
| R. John Ellis, Jr., M.D. | LIC # 19740 | DEA # AE8745551 | G. Joffrey Popham, M.D. | LIC # 31044  DEA # BP4290440 |
| Lawrence Schoper, M.D. | LIC # 24708 | DEA # BS0465777 | Abkar Nawab, M.D. | LIC # 30051  DEA # BN5505093 |
| Michael L. Salamon, M.D. | LIC # 39493 | DEA # BS9298767 | Matthew R. Price, M.D. | LIC # 43464  DEA # FP1534462 |
| Mark G. Smith, M.D. | LIC # 25914 | DEA # BS1568788 | Daniel E. Rueff, M.D. | LIC # 42711  DEA # FR1476866 |

13151 Magisterial Drive · Louisville, KY 40223 · (502) 587-1236
Dixie Medical Center · Louisville, KY 40216 · (502) 449-0449

Name _RRchard  JoHNSON_

Address_____ Date _3/1/17_

Norco 7.5/325

# DO

T̄ po ξ TID

Refill (NR) 1 2 3 4 5

Prescription is void if more than one (1) prescription is written per blank

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☑ 101-150
☐ 151 and over

**Lincoln/R. Johnson 1079**

Progress Notes - 01/31/2017

(TUE) AUG 8 2017 12:39/ST. 12:29/No. 6854817 88 P 32

Norton Healthcare 01/31/2017 5:02:43 PM PAGE 2/005 Fax Server

Jan 31 2017 05:21pm P002

Johnson, Richard L (MR # EP01810172) Page 1 of 4

**Consults by Ajmani, Deep, MD at 1/31/2017 4:59 PM**

| Author: Ajmani, Deep, MD | Service: (none) | Author Type: Physician |
| Filed: 1/31/2017 5:01 PM | Date of Service: 1/31/2017 4:59 PM | Status: Signed |

Editor: Ajmani, Deep, MD (Physician)
Consult Orders:
1. Inpatient consult to Hospitalist [234799672] ordered by Popham, G Jeffrey, MD at 01/31/17 1122



## INTERNAL MEDICINE/HOSPITALIST CONSULT NOTE

**Patient Identification:**
**Name:** Richard L Johnson
**Age:** 61 yr/o
**Sex:** male
**DOB:**
**MRN:** EP01810172
**Date of Service:** 1/31/2017

**Requesting Physician:** As per consult order.

**Primary care physician:** Moore, Thomas L, MD

**Reason for Consultation:**
Postoperative medical management

**Service:** Internal Medicine/Hospitalist - Norton Inpatient Care Specialists

**History of Present Illness:** Patient underwent left total knee arthroplasty today by Dr. Popham secondary to severe osteoarthritis. We were consulted for postoperative medical management. I saw patient postoperatively and he is doing well. Does not have any significant pain at this time. No nausea or vomiting. Vital signs are stable. He is still under influence of nerve block.

**Review of Systems**
**Constitutional:** Denies fever or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**GU:** Denies dysuria
**Musculoskeletal:** Denies back pain or joint pain
**Integument:** Denies rash
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
| • Cough | |

**Lincoln/R. Johnson 1080**

rogress Notes - 01/31/2017

(TUE) AUG  8 2017 12:39/ST. 12:29/No. 6854817 88 P 33

Norton Healthcare    01/31/2017 5:02:43 PM   PAGE   3/005   Jan 31 2017 05:22pm   P003
                                                            Fax Server

Johnson, Richard L (MR # EP01810172)                                    Page 2 of 4
**Consults by Almani, Deep, MD at 1/31/2017 4:59 PM (continued)**
- Dental crowns present
- Hemorrhoids
- High cholesterol
  *NO MEDS FOR*
- History of fracture
  *BILATERAL WRISTS, RIBS*
- History of kidney stones
- Left shoulder pain
  *10/15*
- Low testosterone
- Obesity
- Seasonal allergies
- Sinus congestion
- Snoring

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| LEFT KNEE MENISCUS REPAIR | | 2005 |
| LEFT WRIST ORIF | | 2000 |
| SHOULDER ARTHROSCOPY | Left | 06/09/2016 |

*left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis*

**Home Meds:**
Prescriptions Prior to Admission

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| fluticasone (FLONASE) 50 MCG/ACT nasal spray | Instill 1 spray in each nostril daily | | |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet by mouth daily | 30 tablet | 3 |
| TESTOSTERONE IM | Inject into the muscle every 14 (fourteen) days | | |

**Allergies:**

Allergies as of 1/31/2017

Review Complete On: 1/31/2017 By: Fanning, Kasie, RN

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| Hydrocodone | High | 01/10/2017 | | Shortness Of Breath |

**Social History:**
Social History
Substance Use Topics
- Smoking status:         Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol use            Yes
     *Comment: 5 DRINKS WEEKLY*

**Lincoln/R. Johnson 1081**

Progress Notes - 01/31/2017                          (TUE) AUG  8 2017 12:40/ST. 12:29/No. 6854817'88  P 34

Norton Healthcare     01/31/2017 5:02:43 PM  PAGE     4/005   Jan 31 2017 05:22pm   P004
                                                             Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 3 of 4
**Consults by Ajmani, Deep, MD at 1/31/2017 4:59 PM (continued)**

**Family History:**
History reviewed. No pertinent family history.

**Immunization History:**

There is no immunization history on file for this patient.

Objective:
**General Appearance:** awake and alert

**Vitals:**
BP 107/69 (BP Location: Left arm, Orthostatic Position: Lying)  Pulse 72  Temp 98.6 °F (37 °C) (Oral)  Resp 18
Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 94%  BMI 31.55 kg/m2

**Exam:**
BP 107/69 (BP Location: Left arm, Orthostatic Position: Lying)  Pulse 72  Temp 98.6 °F (37 °C) (Oral)  Resp 18
Ht 5' 11" (1.803 m)  Wt 102.6 kg (226 lb 3.2 oz)  SpO2 94%  BMI 31.55 kg/m2

| | |
|---|---|
| General Appearance: | Alert, cooperative, no distress, appears stated age |
| Head: | Normocephalic, without obvious abnormality, atraumatic |
| Eyes: | PERRL, conjunctiva/corneas clear, EOM's intact, fundi benign, both eyes |
| Ears: | Normal TM's and external ear canals, both ears |
| Nose: | Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness |
| Throat: | Lips, mucosa, and tongue normal; teeth and gums normal |
| Neck: | Supple, symmetrical, trachea midline, no adenopathy; thyroid: No enlargement/tenderness/nodules; no carotid bruit or JVD |
| Back: | Symmetric, no curvature, ROM normal, no CVA tenderness |
| Lungs: | Clear to auscultation bilaterally, respirations unlabored |
| Chest wall: | No tenderness or deformity |
| Heart: | Regular rate and rhythm, S1 and S2 normal, no murmur, rub or gallop |
| Abdomen: | Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly |
| Extremities: | Extremities normal, atraumatic, no cyanosis or edema |
| Pulses: | 2+ and symmetric all extremities |
| Skin: | Skin color, texture, turgor normal, no rashes or lesions |
| Neurologic: | CNII-XII intact. Normal strength, sensation and reflexes throughout |

I have performed all the rest of the elements in the 9 systems

**Data Review:**
Recent Results (from the past 24 hour(s))
Type and Screen
    Collection Time: 01/31/17  7:40 AM
Result                          Value                    Ref Range

**Lincoln/R. Johnson 1082**

'rogress Notes - 01/31/2017

Norton Healthcare     01/31/2017 5:02:43 PM   PAGE     5/005   Jan 31 2017 05:23pm   P005
                                                                Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 4 of 4
**Consults by Ajmani, Deep, MD at 1/31/2017  4:59 PM (continued)**
    *Blood Type*                O positive
    Antibody Screen (Gel)     NEGATIVE

**Assessment:**
**Principal Problem:**
  Primary osteoarthritis of left knee s/p Left TKA 1/31/17 POA: Yes

**Recommendations:**
POD#0
DVT prophylaxis with Eliquis
IV fluids
Postoperative pain control
Physical therapy
Follow labs in the morning
Home medications reviewed

**Deep Ajmani, MD**
Norton Inpatient Care Specialists
1/31/2017
4:59 PM

*EMR Dragon/Transcription disclaimer:*
*Much of this encounter note is an electronic transcription/translation of spoken language to printed text. The electronic translation of spoken language may permit erroneous, or at times, nonsensical words or phrases to be inadvertently transcribed; Although I have reviewed the note for such errors, some may still exist.*

**Lincoln/R. Johnson 1083**

Progress Notes - 01/25/2017

(TUE)AUG  8 2017 12:39/ST. 12:29/No. 6854817'88 P 31

WALTER BADENHAUSEN, M.D.
R. JOHN ELLIS, JR. M.D.
MARK E. PETRIK, M.D.
LAWRENCE SCHAPER, M.D.
MARK G. SMITH, M.D.

G. JEFFREY POPHAM, M.D.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
MATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.

ERIN GISH, PA-C

☐ East Point Business Center
  13151 Magisterial Drive, Lou., KY 40223 • Phone 587-1238
☐ Southend Medical Center • Phone 449-0449

After hours
Phone 632-0030

For _Richard Johnson_   Date _1-25-17_

Address _____

**R**

Outpatient Physical Therapy
Evaluate and Treat

Dx: _Left Total Knee_

Refill _____ Times In _____ Months _____   Do not Substitute ☐

M.D.

**Lincoln/R. Johnson 1084**

Progress Notes - 01/16/2017                    (TUE)AUG  8 2017 12:37/ST. 12:29/No. 6854817 88  P 22

Johnson, Richard (MR # 8910550396) DOB:                     Encounter Date: 01/16/2017

Johnson, Richard   DOB:           MRN: 8910550396
                                   Description: 61 year old male

**Office Visit** 1/16/2017          Provider: Thomas L. Moore, MD (Family Medicine)
BAPTIST HEALTH MEDICAL              Primary diagnosis: Seasonal allergic rhinitis due to pollen
GROUP PRIMARY CARE                 Reason for visit: Surgery Clearance

Progress Notes                     Thomas L. Moore, MD (Physician) • Family Medicine

**Subjective**

Richard Johnson is a 61 y.o. male presenting with
**Chief Complaint**
Patient presents with
• Surgery Clearance
    left knee replacement on 1-31-17

**HPI Comments:** This is a 61-year-old gentleman who is here for 3 different things.
#1. Chronic left knee pain. He had arthroscopy 10 years ago and he says that every day since
then he has pain in his left knee. Dr. Popham is planning to do a total knee replacement
January 31. I think he will be an excellent surgical candidate.
#2. Chronic rhinitis. He says he has a lot of problems with hayfever and it has been a lot worse
lately. He wakes up sometimes in the morning with a sore throat from breathing through his
mouth all night. He is on Flonase but wondered in addition to his over-the-counter any
histamine if there is anything else. I suggested we can start him on Singulair.
#3. Right elbow pain. He says he uses a mouse all day at work and by the end of the day his
lateral right elbow is hurting. He asked what he can do about that and I suggested an elbow
strap and ice after work and ibuprofen, as long as he does not take it within 7 days of surgery.
#4. Teeth cleaning. He wanted to know if he needed antibiotic prophylaxis prior to teeth
cleaning once he has his knee replaced. I told him this is an area he should talk to his
orthopedic surgeon about but the standard is not clear.

The following portions of the patient's history were reviewed and updated as appropriate: current
medications, past family history, past medical history, past social history, past surgical history
and problem list.

Review of Systems
Musculoskeletal: Positive for arthralgias and gait problem.
All other systems reviewed and are negative.

                          Cleared for surgery         1 - 26 -17

**Objective**

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-
nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No thyromegaly present.

Johnson, Richard (MR # 8910550396) Printed by Kelley D Aniton, MA [550113]   Jan. 26, 2017 - 3:42PM

**Lincoln/R. Johnson 1085**

**Progress Notes - 01/16/2017**

Johnson, Richard (MR # 8910550396) DOB:                    Encounter Date: 01/16/2017

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Exam reveals no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress.
Musculoskeletal: Normal range of motion. He exhibits tenderness **(Ernest to palpation of right
lateral epicondyles and also crepitance and tenderness to range of motion of left knee.).**
He exhibits no edema or deformity.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Coordination normal.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment/Plan**

Richard was seen today for surgery clearance.

Diagnoses and all orders for this visit:

**Seasonal allergic rhinitis due to pollen**

**Chronic pain of left knee**

**Lateral epicondylitis of right elbow**

**Other orders**
- montelukast (SINGULAIR) 10 MG tablet; Take 1 tablet by mouth Every Night.

I would like him to return for another visit in 6 month(s)

Instructions

📅 Return in about 6 months (around 7/16/2017) for Recheck.

This is a very nice gentleman who suffers with chronic left knee pain and also has allergic
rhinitis and right tennis elbow. I would recommend he try an elbow strap and ice after work
and ibuprofen as long as it is not within 7 days of his proposed surgery.

AVS - Outpatient (Printed 1/16/2017)

Additional Documentation

| Vitals: | BP 122/72 Pulse 81 Temp 98.2 °F (36.8 °C) Resp 16 Ht 71" (180.3 cm) Wt 237 lb (108 kg) |
| | SpO2 95% BMI 33.05 kg/m2 BSA 2.27 m2   More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment |
| Encounter Info: | |

Johns  Ric... R # 8910550396) Printed by Kelley D Aniton, MA [550113]

**Lincoln/R. Johnson 1086**

Progress Notes - 01/10/2017

Norton Healthcare     01/10/2017 11:50:32 AM  PAGE     2/004     Jan 10 2017 12:09pm   P002
Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 1 of 3
**H&P by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM**

| Author: Fell, Jeanine L, APRN | Service: (none) | Author Type: Advanced Practice RN |
|---|---|---|
| Filed: 1/10/2017 11:49 AM | Date of Service: 1/10/2017 11:25 AM | Status Signed |
| Editor: Fell, Jeanine L, APRN (Advanced Practice RN) | | |

Richard L Johnson is an 61 yr/o male.

Verified name, birth date, dos, surgery site, surgeon

Past Medical History

| Diagnosis | Date |
|---|---|
| • Dental crowns present | |
| • Hemorrhoids | |
| • High cholesterol | |
|    *NO MEDS FOR* | |
| • History of fracture | |
|    *BILATERAL WRISTS, RIBS* | |
| • History of kidney stones | |
| • Left shoulder pain | |
|    *10/15* | |
| • Low testosterone | |
| • Obesity | |
| • Seasonal allergies | |
| • Snoring | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Left knee meniscus repair | | 2005 |
| • Left wrist orif | | 2000 |
| • Shoulder arthroscopy | Left | 06/09/2016 |

*left shoulder arthroscopy with SLAP and rotator cuff debridement, subacromial decompression with acromioplasty, chondroplasty and mini open biceps tenodesis*

Social History

Social History

| | |
|---|---|
| • Marital status: | Married |
|    Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

Occupational History
• Not on file.

Social History Main Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
|    Comment: *5 DRINKS WEEKLY* | |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Lincoln/R. Johnson 1087**

(TUE)AUG  8 2017 12:39/ST. 12:29/No. 6854817'88  P 29

Norton Healthcare    01/10/2017 11:50:32 AM  PAGE    3/004    Jan 10 2017 12:09pm    P003
                                                                  Fax Server

Johnson, Richard L (MR # EP01810172)                                          Page 2 of 3
**HSP by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM (continued)**
Other Topics                                                    Concern
  • **Not on file**

Social History Narrative

No family history on file.

There is no immunization history on file for this patient.

Allergies:

                                                    **Review Complete** On 11/14/2016 By
Allergies as of 1/10/2017                                   Muzanenhamo, Prisca
  No Known Allergies

Active problems:
Lt knee pain

Blood pressure 123/81, pulse 72, temperature 98.2 °F (36.8 °C), temperature source Oral, resp. rate 20, height
5' 11" (1.803 m), weight 102.1 kg (225 lb), SpO2 98 %.

Review of Systems
Constitutional: Negative for chills, fever, malaise/fatigue and weight loss.
HENT: Positive for congestion. Negative for ear discharge, ear pain, hearing loss, nosebleeds, sore throat and
tinnitus.
Eyes: Negative for blurred vision, double vision, pain and discharge.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and urgency.
Musculoskeletal: Positive for joint pain. Negative for back pain and neck pain.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, tingling, tremors, seizures, loss of consciousness, weakness and
headaches.
Endo/Heme/Allergies: Positive for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression. The patient is not nervous/anxious.

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
**Obese**

HENT:
Head: Normocephalic and atraumatic.
**MP1**
**Crowns**

Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulses:
  Posterior tibial pulses are 2+ on the right side, and 2+ on the left side.

**Lincoln/R. Johnson 1088**

Progress Notes - 01/10/2017                                    (TUE)AUG  8 2017 12:39/ST. 12:29/No. 6854817'88 P 30

Norton Healthcare     01/10/2017 11:50:32 AM  PAGE   4/004   Jan 10 2017 12:10pm   P004
                                                            Fax Server

Johnson, Richard L (MR # EP01810172)                                         Page 3 of 3
**H&P by Fell, Jeanine L, APRN at 1/10/2017 11:25 AM (continued)**
NVI
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal:
Limited rom lt knee
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: He has a normal mood and affect. His behavior is normal.


Assessment:
Lt knee pain
O/A
Meniscus tear
HLD
Obese
Allergies


Plan:
Lt total knee arthroplasty per Dr Popham on 01/31/17
Bactroban escript

Jeanine L Fell
1/10/2017

**Lincoln/R. Johnson 1089**

EP01810172          JOHNSON, RICHARD L                    10-Jan-2017 11:46:09
DOB:           61 Years        Male                                                        Dept:      Pre-Admin Testing

                                                                                           Oper:      9qvg

HR      76  [SR] . SINUS RHYTHM

PR      148
QRSD    86
QT      356
QTc     401

-- AXIS --                                                                      Order #: 231856450
P       32                                                                      Enc ID: 10039211138
QRS     3                                    - NORMAL ECG -
T       19    Previous ECG:19-May-2016 14:00:57 - Normal Confirmed              Standard 12
                                                                                Requested By: FELL, JEANINE
Norton Healthcare System - Norton Brownsboro (1-50-06)          Confirmed by: Stewart, Daniel S. 10-Jan-2017 18:50:56



Device: PWT3471      Speed: 25 mm/sec      Limb: 10 mm/mV      Chest: 10 mm/mV          F 60- 0.5-100 Hz W      PH090A bC  P?

Lincoln/R. Johnson 1090

Labs/Diagnostics - 07/24/2017

(TUE)AUG  8 2017 12:47/ST. 12:29/No. 6854817'88 P 61

Baptist Health ANS_2 07/24/2017 16:34:10  PAGE  2/003  Fax Server
TO:Matthew Ryan Price, MD  COMPANY:


**BAPTIST HEALTH**
Corbin | La Grange | Lexington | Louisville
Madisonville | Paducah | Richmond

PATIENT: Johnson,Richard

PROVIDER: Matthew
Ryan Price, MD

DOB:        61 yrs, Male
MRN: 8910550396  CSN: 91030409433

LOCATION:
BAPTIST HEALTH LA GRANGE LABORATORY

### CBC w/ Auto Diff  (Final result)

| | Value | Range |
|---|---|---|
| WBC | 6.32 | 4.80-10.80  10*3/mm3 |
| RBC | 5.62 | 4.70-6.10  10*6/mm3 |
| Hemoglobin | 17.1 | 14.0-18.0  g/dL |
| Hematocrit | 50.7 | 42.0-52.0  % |
| MCV | 90.2 | 80.0-94.0  fL |
| MCH | 30.4 | 27.0-31.0  pg |
| MCHC | 33.7 | 31.0-37.0  g/dL |
| RDW | 12.8 | 11.5-14.5  % |
| RDW-SD | 41.7 | 37.0-54.0  fl |
| MPV | 10.3 | 7.4-10.4  fL |
| Platelets | 181 | 140-500  10*3/mm3 |
| Neutrophil % | 62.5 | 45.0-70.0  % |
| Lymphocyte % | 24.8 | 20.0-45.0  % |
| Monocyte % | 11.6  (H) | 3.0-8.0  % |
| Eosinophil % | 0.6 | 0.0-4.0  % |
| Basophil % | 0.2 | 0.0-2.0  % |
| Immature Grans % | 0.3 | 0.0-0.5  % |
| Neutrophils, Absolute | 3.95 | 1.50-8.30  10*3/mm3 |
| Lymphocytes, Absolute | 1.57 | 0.60-4.80  10*3/mm3 |
| Monocytes, Absolute | 0.73 | 0.00-1.00  10*3/mm3 |
| Eosinophils, Absolute | 0.04  (L) | 0.10-0.30  10*3/mm3 |
| Basophils, Absolute | 0.01 | 0.00-0.20  10*3/mm3 |
| Immature Grans, Absolute | 0.02 | 0.00-0.03  10*3/mm3 |
| nRBC | 0.0 | 0.0-0.0  /100 WBC |

Resulting Lab: BH LAG LAB

| ID: | 17G-205H0047 | Collected: | 7/24/2017 1159 |
|---|---|---|---|
| Type: | Blood | Verified On: | 7/24/2017 1202 |
| Source: | | Received: | 7/24/2017 1159 |

Order Questions

| Manual Differential | No |
|---|---|

### C-Reactive Protein  (Final result)

| | Value | Range |
|---|---|---|
| C-Reactive Protein | 0.06 | 0.00-0.50  mg/dL |

*Page: 1 of 2*                    *Printed: 7/24/2017 4:03 PM*

**Lincoln/R. Johnson 1091**

**Labs/Diagnostics - 07/24/2017**

Baptist Health ANS_2 07/24/2017 16:34:10  PAGE  3/003  Fax Server
TO:Matthew Ryan Price, MD  COMPANY:

**PATIENT: Johnson,Richard**
**MRN: 8910550396  CSN: 91030409433**

Resulting Lab: BH LOU LAB

| ID: | 17V-205C0562 | Collected: | 7/24/2017 1159 |
|---|---|---|---|
| Verified On: | 7/24/2017 1410 | Received: | 7/24/2017 1159 |

**Canceled Tests**

**White Blood Count** Reason: Duplicate - CBC & Differential authorized by Matthew Ryan Price, MD was collected instead

**Legend**

L - Low H - High

**Resulting Labs**

| BH LOU LAB | BAPTIST HEALTH LOUISVILLE LABORATORY, 4000 Kresge Way, Louisville KY 40207 Director: Timothy D Jones, MD | 502-897-8231 |
|---|---|---|
| BH LAG LAB | BAPTIST HEALTH LA GRANGE LABORATORY, 1025 New Moody Lane, LaGrange KY 40031 Director: Douglas M Ackermann, MD | 502-222-3394 |

*****END OF REPORT*****

*Printed: 7/24/2017 4:03 PM*

**Lincoln/R. Johnson 1092**

(TUE)AUG  8 2017 12:40/ST. 12:29/No. 6854817'88 P 36

Johnson, Richard L (MR # EP01810172)                        Encounter Date: 12/14/2016

# Johnson, Richard L      ~~545860~~

MRN: EP01810172
Description: 61 year old male

**Operative Report** Date of Service: 1/31/2017 11:14 AM

## Popham, G Jeffrey, MD
Orthopedic Surgery

OPERATIVE REPORT

Facility: **NORTON BROWNSBORO HOSPITAL**

Patient Name: **Richard L Johnson**

Age/Gender: **61 yr/o male**        DOB:

MRN: **EP01810172**

Date of Operation: **1/31/2017**

Preoperative Diagnosis: **LEFT KNEE OSTEOARTHRITIS**

Postoperative Diagnosis: **LEFT KNEE OSTEOARTHRITIS**

Procedure Performed: **LEFT TOTAL KNEE ARTHROPLASTY**

Surgeon: GJeffreyPopham, MD

Assistant: **CHAD REIGEL, C.S.A.**

Anesthesia: **GENERAL**

Implants:
1. Biomet Vanguard cruciate retaining femoral component, size 72.5
2. Biomet Arcom highly cross-linked AS polyethylene liner, size 12
3. Biomet keeled tibial tray, size 79
4. 37 mm, 3 pegged patellar component

Indications for Procedure: Richard L Johnson is a 61 yr/o male with osteoarthritis of the left knee who failed conservative management. After consultation in the office and discussion regarding risks and benefits of surgical treatment, surgery was scheduled and informed consent obtained.

Description of Procedure: The patient was taken to the operating room after the correct surgical site was marked in the preop holding area. The patient was placed under anesthesia and placed in a supine position on the operating table. Preoperative antibiotics were given. All bony prominences were padded.  The patients left lower extremity was prepped and draped in the normal sterile fashion. The operative leg was exsanguinated and the tourniquet was inflated to 275 millimeters of mercury. A mid-line incision was made. It began about 2 fingerbreadths above the superior pole of patella and ended just medial to the tibial tubercle. Sharp dissection was carried down to the level of the extensor mechanism. A fresh scalpel blade was used to

Johnson, Richard L (MR # EP01810172) Printed by McCuen, Glenda G [PHYSG4WD] a...  Page 1 of 3

**Lincoln/R. Johnson 1093**

Johnson, Richard L (MR # EP01810172)                      Encounter Date: 12/14/2016

split the quadriceps tendon, leaving 3 millimeters with the VMO muscle. The split was beveled around the medial aspect of the patella and ended just medial to the tibial tubercle. The anterior horns of the medial and lateral meniscus were removed with the scalpel. The patellofemoral ligament and ACL were released. The patella was everted and the knee was flexed. The osteophytes were removed from the distal femur. Attention was then turned toward preparation of the femur.

A drill hole was made in the distal femur. The femoral canal was suctioned. The intramedullary guide rod and first femoral cutting block assembly were inserted. The 5 degree cut block was pinned into position and the distal femoral cut was made. The epicondylar axis was marked and the femur was sized. 2 holes were drilled through the sizing guide to accommodate the pegs of the 4-in-1 cutting block. These were checked against the epicondylar axis and noted to be in good position. The 4-in-1 cutting block was impacted into these holes and then pinned into position.
Next, the anterior, posterior and chamfer cuts were made. All bone fragments were removed. Next, attention was turned toward preparation of the tibia.

A drill hole was made in the proximal tibia and the tibial canal was suctioned. The intramedullary guide rod and 3 degree posterior sloped cutting block assembly were inserted. The guide was set to remove 3 millimeters from the lowest side and the tibial cut block was pinned into position. The tibial cut was made and the tibial bone fragment was removed. The tibia was sized. The posterior cruciate ligament was checked and noted to be intact and was retained. Next, the femoral and tibial trials were inserted. The resection gap was noted to be adequate. Two drill holes were made through the trial femoral component to accommodate the pegs of the final implant. The rotation of the tibial tray was marked on the anterior tibia and checked with an alignment rod.
Next, all trial components were removed and then the tibial baseplate was placed back on the tibia, aligned with a mark and the alignment rod in anatomic position and pinned into position. The tibial keel was punched. Attention was then turned toward preparation of the patella.

The patella was inspected and noted to be in good condition. There were no spurs and had a normal articular cartilage over its entire surface. It was elected to leave it, not resurface the patella.

The patella was callipered, sized, and a freehand cut made to remove the appropriate thickness of bone from the posterior patella. The patellar drill guide was clamped onto the patella and 3 holes were drilled to accomodate the patellar pegs.

Next, the entire knee was thoroughly irrigated using pulsatile lavage. The bone ends were cleaned and dried and the tibial and femoral components were cemented into position with the tibial component being cemented first. All excess cement was removed and they were pressurized with a trial polyethylene bearing. Once the cement had fully hardened, the knee was trialed again and in this case an anterior stabilized polyethylene bearing was found to be the best fit. It was placed in the tibial tray and locked into position using the locking bar.

Local anesthetic was then infiltrated around the skin edges and capsule of the knee medially and laterally. This injection combination also contained Toradol and Epinephrine. Once that was completed, the entire knee was thoroughly irrigated using pulsatile lavage containing Bacitracin antibiotic once again. The extensor mechanism was then closed using #1 Ethibond in a simple interrupted fashion. The subcutaneous tissues were closed in layers with Vicryl and skin was closed with a running Monocryl subcuticular suture. Dermabond was applied to the skin followed by soft sterile dressing. The patient was awakened in the Operating Room and taken to the Recovery Room awake, alert and in stable condition.

Johnson, Richard L (MR # EP01810172) Printed by McCuen, Glenda G [PHYSG4WD] a...   Page 2 of 3

Lincoln/R. Johnson 1094

Labs/Diagnostics - 01/31/2017                                    (TUE)AUG  8 2017 12:40/ST. 12:29/No. 6854817'88 P 38

Johnson, Richard L (MR # EP01810172)                          Encounter Date: 12/14/2016

COMPLICATION(S): None.
SPECIMEN(S): None.
ESTIMATED BLOOD LOSS: 25 milliliters.

**GJeffreyPopham, MD**
**1/31/2017**

**11:14 AM**

Admission (Discharged) on 1/31/2017

**Lincoln/R. Johnson 1095**

Labs/Diagnostics - 01/10/2017                          (TUE)AUG  8 2017 12:38/ST. 12:29/No. 6854817'88  P 25

Johnson, Richard L (MR # EP01810172)                        Printed 1/20/17 1:52 PM

# Results                                        EKG 12 lead (Order 231856450)

TraceMaster Vue
   Show images for EKG 12 lead

EKG 12 lead                                               Order: 231856450
   Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

### Narrative

ELECTROCARDIOGRAM REPORT

FACILITY:  NORTON BROWNSBORO HOSPITAL
ROOM NUMBER:
PATIENT NAME/DOB:  JOHNSON, RICHARD, L
UNIT NUMBER: EP01810172
ACCOUNT NUMBER:  10039211138
ACCESSION NUMBER:  231856450

DATE OF EXAM:  01/10/2017
EXAMINATION(S):  ECG 12-LEAD

ELECTROCARDIOGRAM REPORT
93000:     EKG Severity    TMV ECG  - NORMAL ECG -
93000.22   Heart Rate      TMV ECG   76    bmp
93000.4    P-R Interval    TMV ECG   148   ms
93000.5    QRS Interval    TMV ECG   86    ms
93000.6   QT Interval    TMV ECG   356   ms
93000.7    QTC Interval    TMV ECG   401   ms
93000.8    P Axis                  TMV ECG   32    deg
93000.9    QRS Axis        TMV ECG   3     deg
93000.10    T Wave Axis     TMV ECG   19    deg

DATE: 01/10/2017

FINDING(S):SINUS RHYTHM


<Electronically signed by Daniel Stewart>
01/10/2017 1146

Specimen Collected:      Last Resulted: 01/10/17      Order Details View Encounter Lab and
01/10/17 11:46 AM        7:03 PM                      Collection Details Routing Result History

## Other Results from 1/10/2017

### Basic Metabolic Panel (BMP)                           Order: 231856445
   Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

|            | Ref Range & Units   | 10d ago | 8mo ago |
|------------|---------------------|---------|---------|
| ∼ **Sodium**    | 137 - 145 mmol/L | **141** | 142 |
| ∼ **Potassium** | 3.5 - 5.1 mmol/L | **4.7** | 4.0 |

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17... Page 1 of 5

**Lincoln/R. Johnson 1096**

Labs/Diagnostics - 01/10/2017                              (TUE)AUG  8 2017 12:38/ST. 12:29/No. 6854817'88  P 26

Johnson, Richard L (MR # EP01810172)                      Printed 1/20/17 1:52 PM

| | | | | |
|---|---|---|---|---|
| ∿ Chloride | 98 - 107 mmol/L | **103** | 109 (H) | |
| ∿ CO2 | 22 - 30 mmol/L | **27** | 25 | |
| ∿ Glucose | 74 - 106 mg/dL | **88** | 98 | |
| ∿ BUN | 7 - 20 mg/dL | **16** | 9 | |
| ∿ Creatinine | 0.7 - 1.5 mg/dL | **1.0** | 1.0 | |
| ∿ Calcium | 8.4 - 10.2 mg/dL | **9.0** | 8.5 | |
| ∿ Total Protein | | | 6.7 | |
| ∿ Albumin | | | 3.9 | |
| ∿ Bilirubin-Total | | | 0.4 | |
| ∿ AST/SGOT | | | 23 | |
| ∿ ALT/SGPT | | | 26 | |
| ∿ Alkaline Phosphatase | | | 337 (L) | |

Resulting Agency                                          BROWNSBORO       BROWNSBORO

Specimen Collected:       Last Resulted: 01/10/17    Lab Flowsheet Order Details View Encounter Lab
01/10/17 11:29 AM         12:29 PM                   and Collection Details Routing Result History

## CBC w/Diff                                             Order: 231856446

Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

| | Ref Range & Units | 10d ago | 8mo ago |
|---|---|---|---|
| ∿ WBC | 4.5 - 11.0 10*3/uL | **6.05** | 7.14 |
| ∿ RBC | 4.5 - 5.9 10*6/uL | **5.23** | 5.48 |
| ∿ HGB | 13.5 - 17.5 g/dL | **16.2** | 16.8 |
| ∿ HCT | 41.0 - 53.0 % | **47.9** | 48.9 |
| ∿ MCV | 80.0 - 100.0 fL | **91.6** | 89.2 |
| ∿ MCH | 26.0 - 34.0 pg | **31.0** | 30.7 |
| ∿ MCHC | 31.0 - 37.0 g/dL | **33.8** | 34.4 |
| ∿ RDW | 12.0 - 16.8 % | **13.2** | 12.9 |
| ∿ PLT | 140 - 440 10*3/uL | **170** | 175 |
| ∿ MPV | 6.7 - 10.8 fL | **10.4** | 10.3 |
| ∿ NEUT% | 45 - 80 % | **61** | 65 |
| ∿ Lymph% | 15 - 50 % | **28** | 26 |
| ∿ Mono% | 0 - 15 % | **10** | 7 |
| ∿ EOS% | 0 - 7 % | **1** | 1 |
| ∿ BASO% | 0 - 2 % | **0** | 0 |
| ∿ IG% | 0 % | **0** | 0 |
| ∿ NRBC% | 0 - 0 /100(WBC) | **0** | 0 R |
| ∿ NEUT# | 2.0 - 8.8 10*3/uL | **3.69** | 4.65 |
| ∿ Lymph# | 0.7 - 5.5 10*3/uL | **1.67** | 1.85 |
| ∿ Mono# | 0.0 - 1.7 10*3/uL | **0.61** | 0.52 |
| ∿ EOS# | 0.0 - 0.8 10*3/uL | **0.05** | 0.09 |
| ∿ Baso# | 0.0 - 0.2 10*3/uL | **0.01** | 0.00 |
| ∿ Immature GRAN# | <1 10*3/uL | **0.02** | 0.03 |

Resulting Agency                                          BROWNSBORO       BROWNSBORO

Specimen Collected:       Last Resulted: 01/10/17    Lab Flowsheet Order Details View Encounter Lab
01/10/17 11:29 AM         11:56 AM                   and Collection Details Routing Result History

R=Reference range differs from displayed range

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17... Page 2 of 5

**Lincoln/R. Johnson 1097**

Johnson, Richard L (MR # EP01810172)                    Printed 1/20/17 1:52 PM

### Urinalysis                                          Order: 231856448
Status: **Final result**  Visible to patient: **No (Not Released)** Next appt: **None**

|  | Ref Range & Units | 10d ago |
|---|---|---|
| **Color-Urine** |  | YELLOW |
| **Clarity-Urine** |  | CLEAR |
| **Glucose-Urine** | NEGATIVE | NEGATIVE |
| **Bilirubin-Urine** | NEGATIVE | NEGATIVE |
| **Ketone-Urine** | NEGATIVE | NEGATIVE |
| **Specific Gravity-Urine** | 1.005 - 1.03 | 1.025 |
| **Occult Blood-Urine** | NEGATIVE | NEGATIVE |
| **pH-Urine** | 5.0 - 9.0 | 5.5 |
| **Protein-Urine** | NEGATIVE | NEGATIVE |
| **Urobilinogen-Urine** | <=1.0 (EhrlichU)/dL | 0.2 |
| **Nitrite-Urine** |  | NEGATIVE |
| **Leukocyte Esterase-Urine** | NEGATIVE | NEGATIVE |
| **Source-Urine** |  | CLEAN CATCH |
| Resulting Agency |  | BROWNSBORO |

**Narrative**
UA Source: CLEAN CATCH

Specimen Collected:     Last Resulted: 01/10/17    Lab Flowsheet Order Details View Encounter Lab
01/10/17 11:29 AM       12:11 PM                   and Collection Details Routing Result History

### Order History                                                              Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 01/10/17 1129 | Release | Clayton, Shanae, RN (auto-released) | From Order: 203758909 |
| 01/10/17 1221 | Complete | Russell, Bridgit M |  |
| 01/10/17 1903 | Result | Interface, External Ris In | Final |

### PACS Images
QPATH IMAGE

### Reviewed By List
Fell, Jeanine L, APRN on 1/11/2017  5:38 PM

### Encounter                           ### Result Information
View Encounter                          Status        Provider Status
                                        Final result  Reviewed
                                        (Collected:
                                        1/10/2017 11:46
                                        AM)

### Lab Information
NH TRACEMASTER

### Signed
Electronically signed by Stewart, Daniel S, MD on 1/10/17 at 1903 EST

Johnson, Richard L (MR # EP01810172) Printed by House, Sue [PHYSXVH3] at 1/20/17...  Page 3 of 5

**Lincoln/R. Johnson 1098**

**Other Records**

(TUE)AUG  8 2017  12:45/ST. 12:29/No. 6854817'88  P 48

Baptist Health RBS_E 06/08/2017 07:24:08  PAGE  1/003  Fax Server
TO:George Jeffrey Popham, MD  COMPANY:

## *Fax Transmission/Information Sheet*



## BAPTIST HEALTH®

**Date:** 06/08/17

**To:** George Jeffrey Popham, MD
13151 MAGISTERIAL DR
STE 200
LOUISVILLE KY 40223

**Recipient Fax Number: 502-584-9047**

**From:** BAPTIST HEALTH

**Department:** BH LA GRANGE
BAPTIST HEALTH LA GRANGE OP PHYS THPY
1025 New Moody Lane
Lagrange KY 40031-9154
Fax 502-222-3953
Phone 502-222-5388

**Phone Number:  502-587-1236**

**Comments:**

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above.  If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited.  If you have received this communication in error, please notify us by collect telephone, (502-259-4545) and return the original message to us at the above address at our expense.

**Lincoln/R. Johnson 1099**

Other Records                         (TUE) AUG   8 2017 12:47/ST. 12:29/No. 6854817 88 P 63

RUDY J. ELLIS, M.D.                                                    ORTHOPAEDIC SURGERY
WALTER E. BADENHAUSEN, JR., M.D.                                              FRACTURES
R. JOHN ELLIS, JR., M.D.                                                  JOINT REPLACEMENT
MARK E. PETRIK, M.D.                                                       SPORTS MEDICINE
LAWRENCE A. SCHAPER, M.D.
MARK G. SMITH, M.D.                    ELLIS & BADENHAUSEN
G. JEFFREY POPHAM, M.D.                ORTHOPAEDICS, P.S.C.
AKBAR NAWAB, M.D.
MICHAEL L. SALAMON, M.D.
mATTHEW R. PRICE, M.D.
DANIEL E. RUEFF, M.D.
Erin M. Gish, PA-C

Patient Name: Richard Johnson DOB: _____
Account #: 545850                SX DATE: N/A.

Because you have notified our office of a possible metal allergy, we have scheduled you
for testing at Kentuckiana Allergy for patch testing. Your appointment details are as follows:

Appointment date: 8-3-17     Dr. Jones
Appointment time: 9:15am
Location:  9113 Leesgate Road   Louisville, KY 40222    Phone 502-426-1621

          3930 Dupont Circle   Louisville, KY 40207

Patches will be applied to you at this appointment and a follow up appointment
will be made at that time to remove those patches.

You may not take any steroids or antihistimines 7 days prior to appointment.

Scheduled By Heather _____ 502-587-1236 EXT 2227

EASTPOINT OFFICE               BOOKKEEPING DEPARTMENT            THE DIXIE BUILDING
13151 MAGISTERIAL DRIVE, SUITE 200   5120 DIXIE HIGHWAY, SUITE 103   5120 DIXIE HIGHWAY, SUITE 103
LOUISVILLE, KENTUCKY 40223      LOUISVILLE, KENTUCKY 40216      LOUISVILLE, KENTUCKY 40216
Telephone 502-587-1236          Telephone 502-587-7269          Telephone 502-449-0449
Fax 502-587-0126                Fax 502-587-0318                Fax 502-449-3277

**Lincoln/R. Johnson 1100**

**Request Corr.**

Walter E. Badenhausen, Jr., M.D.
 R. John Ellis, Jr., M.D.
Mark E. Petrik, M.D.
Lawrence A. Schaper, M.D.
Mark G. Smith, M.D.
G. Jeffrey Popham, M.D.
Akbar Nawab, M.D.
Michael L. Salamon, M.D.
Matthew R. Price, M.D.
Daniel E. Rueff, M.D.
Erin Gish PA-C, ATC



**ELLIS &**
**BADENHAUSEN**
ORTHOPAEDICS, PSC

# FACSIMILE TRANSMITTAL

**ELLIS & BADENHAUSEN, ORTHOPAEDICS**
**13151 MAGISTERIAL DR. STE. 200**
**LOUISVILLE, KY 40223**

**PHONE#: 502-587-1236 EXT. 2206**
**FAX#: 502-736-0076**

**DATE:** _08/08/17_                **FROM: JUANITA**

**TO:** _Release Point_

**FAX#:** _213 – 986 – 3144_   **#PAGES**   _63_

**RE:** _Richard Johnson CJ# 7521853_

| FOR REVIEW | PLEASE COMMENT | PLEASE REPLY | URGENT |

*IF THIS DOCUMENT IS RECEIVED BY THE WRONG PARTY, PLEASE CONTACT ELLIS &*
*BADENHAUSEN ORTHOPAEDICS AT 502-587-1236*

NOTE: THIS REPORT IS CONFIDENTIAL. The information has been disclosed to you from records
whose confidentiality is protected by federal law. Federal regulations prohibit you from making further
disclosure of this information unless further disclosure is expressly permitted in the patient's written
consent or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical
information is not sufficient for this purpose.

**Lincoln/R. Johnson 1101**

Request Corr.                                   (TUE)AUG  8 2017 12:34/ST. 12:29/No. 6854817'88 P  2
                                    Received:6266289628                      Aug 2 2017 11:49am      P001
                   From WFI Incorporated 1.626.628.9628 Wed Aug  2 09:26:46 2017 MDT Page 1 of 4



Liberty
Mutual.
**INSURANCE**

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 2, 2017

ELLIS & BADENHAUSEN ORTHOP.                Re: **Long Term Disability Benefits**
13151 MAGISTERIAL DR STE 200               Claim# **7521853**          3415093
ATTN: MEDICAL RECORDS                      Claimant: **JOHNSON, RICHARD**
LOUISVILLE, KY  40223                      Claimant DOB:

Dear JUANITA  ext 2206,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:

**From January 1, 2017 to Present**

Please provide records and fill out the form attached - Seen By:
POPHAM, DR

We ask that you provide this information within a week of the date of this mailing. Failure to provide the
requested information may result in an adverse benefit or claim determination. The information can be
faxed to our office at our secure fax number (213) 986-3144   or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and
the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP
reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under
HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected
against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company. This authorization specifically allows you to release medical information to Liberty Mutual,
and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:  (213) 986-3144

**Lincoln/R. Johnson 1102**

# Quality Assurance Report



### Request Information

Report Date:  August 8, 2017          **RP ID:**  3415093

Patient Name:  JOHNSON, RICHARD

Provider Name:  ELLIS & BADENHAUSEN ORTHOP.

### Quality Assurance Information

Special Request:    Please provide records and fill out the form attached - Seen By:
POPHAM, DR

Special Request Included?

Secondary ID Confirmed?

QC Notes:    ITEMS REQUESTED NOT FOUND. We only received medical
records. No questionnaire received.

Chart Reviewed By:   APAMA

From January 1, 2017 to Present

Lincoln/R. Johnson 1103



«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

RICHARD JOHNSON

0000



**Lincoln/R. Johnson 1104**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 3, 2017

RICHARD JOHNSON

        0000

RE:    LANTECH, INC.
       Long Term Disability Benefits
       Claim #: 7521853

MR. JOHNSON

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Kentucky law requires us to provide the following statement:  Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.


Sincerely,


Latimer Turner
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380


**Lincoln/R. Johnson 1105**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 3 Aug 2017 17:37:16 +0000 |
| **To:** | beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 1106**

**From:**      GrpMktClmOpsReporting@LibertyMutual.com
**Sent:**      Thu, 3 Aug 2017 17:37:16 +0000
**To:**        beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com
**Subject:**   Claim #7521853, RICHARD JOHNSON


**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is
7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual
Insurance at (800) 291-0112.

**Lincoln/R. Johnson 1107**

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 3 Aug 2017 17:37:16 +0000 |
| **To:** | beckyn@lantech.com;eveh@lantech.com;GinaM@Lantech.com |
| **Subject:** | Claim #7521853, RICHARD JOHNSON |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 7521853.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Lincoln/R. Johnson 1108**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. RICHARD JOHNSON

**Lincoln/R. Johnson 1109**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

August 3, 2017

Mr. Richard Johnson

RE:    Long Term Disability (LTD) Benefits
       Lantech, Inc.
       Claim #: 7521853

Dear Mr. Richard Johnson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Lantech, Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2017 through the present, as well as any other information that may be pertinent to administer your disability claim.

Lantech, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by September 15, 2017. Without the information specified above, we will be unable to evaluate your claim eligibility and your disability benefits may be denied.

Lantech, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability

1  of 2

**Lincoln/R. Johnson 1110**

within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than September 15, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Latimer Turner
Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13973
Secure Fax No.: (603) 430-5923

Attachments:    Claimant Supplementary Statement
                SS Reimbursement Agreement
                Training Education Experience
                Family Information Questionnaire
                Authorization - Medical

2  of 2

**Lincoln/R. Johnson 1111**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _____

Name of legal representative, if applicable (print)  _____  Relationship  _____

Signature of claimant or legal representative  _____

Date of Birth: __  _____  Claim Number:  __7521853__  Date:  _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2016

**Lincoln/R. Johnson 1112**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

**Return to:**  Latimer Turner

**EMPLOYEE/CLAIMANT NAME:**  Richard Johnson        **CLAIM #:** 7521853

**EMPLOYER:** Lantech, Inc.        **DATE OF BIRTH:**_____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or  State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit  (describe) _____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____        **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/R. Johnson 1113**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

**Return to:**   Latimer Turner

EMPLOYEE/CLAIMANT NAME: Richard Johnson

CLAIM NO:   7521853

EMPLOYER/SPONSOR: Lantech, Inc.                    DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single _____        Married _____        Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____        DOB: _____

Do you have children or dependents*?     Yes _____        No _____

If yes, please provide additional details below, using additional space as needed.

\* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____   No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____        Date: _____

**Lincoln/R. Johnson 1114**



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:  The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive.  This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made.  Please review, sign and return this form to our office.  We recommend you maintain a copy for your records.**

**Claimant:** **Richard Johnson**                                                    Date of Birth: _____

**Employer:** **Lantech, Inc.**                                    Policy/Plan Sponsor No. **09 - 463163**

A)  **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision.  I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life.  In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1)  **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2)  **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3)  **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4)  **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5)  **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6)  **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

B)  **Social Security benefits <u>will be estimated</u> if:**

1)  **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2)  **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full.  In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** _____

**(Address)** _____

**(Date)** _____

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/R. Johnson 1115**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5923

EMPLOYEE/CLAIMANT NAME: Richard Johnson

CLAIM NO: 7521853

EMPLOYER/SPONSOR: Lantech, Inc.                    DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED    ☐ HS Diploma

Vocational Training: _____    Certificate Program completed: _____

Associates Degree: _____    College: number of years: _____

Bachelor's Degree: BA /BS Major: _____    Graduate School: MA ☐  MS ☐  CAGS ☐  PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes:  ☐ Y    ☐ N    If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces?  ☐ Y    ☐ N    From:_____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

2.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

A Liberty Mutual Company

**Lincoln/R. Johnson 1116**

3.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

4.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

5.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

**<u>Computer Utilization:</u>**

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

| |
|---|
| **SIGNATURE:** _____ **PHONE NO: (    )** _____ |

_____

2

**Lincoln/R. Johnson 1117**

**n0130482**

---

| | |
|---|---|
| **From:** | CharlotteSCUDisabilityClaims |
| **Sent:** | Wednesday, August 02, 2017 12:28:26 PM |
| **To:** | Turner, Latimer |
| **Subject:** | FW: following up |
| **Attachments:** | image001.png |

Good Afternoon,


Could you please respond to the below email. Thanks!


**Lisa Couture**

Senior Customer Service Information Representative

Centralized Support Operations-Screening and Creation Unit

Liberty Life Assurance Company of Boston, PO Box 7206, London, KY   40742-7206

(Ph) 1-603-970-2225, (F) 603-334-0404, Mail Stop 03, Desk 03F-R665

E-Mail:  Lisa.Couture@Libertymutual.com


This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 ext 16164   and permanently delete the original and any copy of any e-mail and any printout thereof


**Lincoln/R. Johnson 1118**

**From:** Eve Hopper [mailto:eveh@lantech.com]
**Sent:** Tuesday, August 01, 2017 1:56 PM
**To:** CharlotteSCUDisabilityClaims <CharlotteSCUDisabilityClaims@LibertyMutual.com>
**Subject:** following up

Charlotte,

Hello, I just want to follow up to my email I sent yesterday, did you need any further information from me? Richard has called me a few times and is ready to get his claim going.

Please let me know when Richard will be contacted.

Thank you for your help,

**Eve Hopper**

Payroll & Benefits Administrator

Lantech

502-815-9263

This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

Lincoln/R. Johnson 1119



## EMPLOYER'S STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800)-291-0112
Secure Fax No.: (603)-334-0380

**TO BE COMPLETED BY EMPLOYER**

| Employee's Name | Richard Johnson | Employee's Social Security No. |
|---|---|---|

| Location/Branch at Which Employee Works | Lantech | Location/Branch Telephone No. 502-267-4200 |
|---|---|---|

Employee's Class: ☒1  ☐2  ☐3  ☐Other        Employee's Date of Birth

Employee's Date of Hire 08/22/1981    Effective Date of Insurance STD 1/30/17 LTD _____

Date Employee Last Worked 01/27/2017    Date Employee Returned To Work  Full-Time _____ Part-Time _____

Reason for Stopping: ☐Sickness ☐Resigned ☐Terminated ☐Laid Off ☐Retired ☐Granted LOA ☐Vacation ☒Other no more STD

Is condition due to an occupational cause? ☐Yes ☐No ☐Undetermined  n/a    If "Yes", please indicate status of Worker's Compensation claim. ☐Accepted ☐Pending ☐Denied ☐Not Filed

Note: Please attach a copy of Workers' Compensation claim and Approval/Denial Notification, if applicable.

Work Schedule at Time Last Worked  Days per Week 5  Hours per Day 8

How is employee paid? ☒Salary ☐Salary and Commissions ☐Bonuses ☐Hourly ☐Commissions only

Earnings (excluding commissions and bonuses) $ 3839.04 ☐Weekly ☐Bi-weekly ☒Monthly Bi-

Occupation: Chief Engin. (please attach Job Description)
Lifting Requirements: Max lbs. _____ Min lbs. _____
Percentage of Day Sitting 50 % Standing 25% Walking 25%

Has or will this employee receive any of the following for the entire or a portion of the absence covered by this claim?

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Holiday Pay | $ | | | |
| ☐ | ☐ | Vacation | $ | | | |
| ☐ | ☐ | Sick Leave | $ | | | |
| ☐ | ☐ | Separation Pay | $ | | | |
| ☐ | ☐ | Disability Pension | $ | | | |
| ☐ | ☐ | Retirement Pension | $ | | | |
| ☐ | ☐ | Unemployment Insurance | $ | | | |
| ☐ | ☐ | Social Security | $ | | | |
| ☐ | ☐ | Worker's Compensation (this condition) | $ | | | |
| ☒ | ☐ | LTD, STD benefits | $ | | | |
| ☐ | ☐ | Other (please describe)_____ | $ | | | |

| Employer's Name | Policy No. | Effective Date of Policy |
|---|---|---|

| Employer's Street Address | City | State | Zip |
|---|---|---|---|

| Employer's Telephone No. ( ) ext. | Employer's Fax No. ( ) |
|---|---|

| Worker's Compensation Carrier | Street Address | City | State | Zip |
|---|---|---|---|---|

| Worker's Compensation Carrier Contact's Name | Worker's Compensation Carrier Contact's Telephone Number |
|---|---|

Percentage of STD Premium Contribution  Employee Pays ____% Employer Pays ____%
Percentage of LTD Premium Contribution  Employee Pays ____% Employer Pays ____%

Employer (Taxpayer) ID No. (EIN) or Public Employer Social Security No. 01-0756775

Printed Name and Title of Person Completing this form  Eve Hopper  Payroll + Benefits Admin
Telephone No. of Person Completing this form (502) 815-9263 ext.

Signature of Person Completing this form  Eve Hopper    Date Signed

DP 453W Rev. 6/98        (To be used with DP 403, 407, and 408)

**Lincoln/R. Johnson 1120**

General Responsibilities

As a team leader, the chief engineer works with other managerial staff to ensure project completion in an efficient manner. He/she oversees each phase of the installation, equipment maintenance or product development so that the team meets company specifications and complies with federal and state regulations.

Specific duties may vary widely, according to the type of job and the field of engineering. Most assignments, however, would require that a chief engineer:

- determines the goals of the company or organization
- devises plans for each phase of the project
- identifies and procures the resources needed
- recruits engineering staff
- performs quality control checks, ensuring the safety and effectiveness or reliability of the system or product
- evaluates the costs within a specific time frame.
- supervises the installation of the equipment or the manufacturing process of a product
- negotiates with team members to generate ideas and clarify specifications
- delegates tasks as necessary to engineering team
- resolves disputes between team members

Requirements

Chief engineers play an integral role in the overall success of a project. The position entails a four year degree in an engineering specialty required by the company, a minimum of four years of experience in a supervisory role, preferably managing a team of ten or more engineers and an outstanding record of successful projects.

**Lincoln/R. Johnson 1121**

Richard Johnson – contact info

Phone:

Lincoln/R. Johnson 1122

Charlotte,

Hello, Gean Carteret gave me your contact info. I have an associate that has been on STD and now needs to start the process of LTD. Gean gave me a form to complete which is attached. The forms seemed geared more toward workers comp so I didn't see where to put him contact info for you to contact him directly, so I have attached that as well.

Wasn't sure how to complete the middle section of the form.    Richard went out on 1/30/2017 He was paid out on STD at 100% for the first 8 weeks at $1771.60 a week and then paid out 60% $1063.20 for the duration of his 6 months. Richard went out due to surgery on his knee and now has complications.

It was explained to me that once you start to process his paperwork you contact him directly, is this correct? Do you need other info from me? When should he expect to hear from Liberty?

Thank you in advance for all your help.


**Eve Hopper**
Payroll & Benefits Administrator
Lantech
502-815-9263


This Lantech.com LLC email message is intended only for the named recipient(s). If you received this message in error, please advise the sender and delete this message and any attachments.

**Lincoln/R. Johnson 1123**