**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | | |
|---|---|---|
| **RICHARD JOHNSON,** | ) | |
| | ) | *Electronically Filed* |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY** | ) | |
| **OF BOSTON; and THE LINCOLN** | ) | |
| **NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

<u>**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINE**</u>

Plaintiff Richard Johnson and Defendant The Lincoln National Life Insurance Company file this *Joint Motion to Extend Scheduling Order Deadline* and would show the Court as follows:

1.      Pursuant to the Scheduling Order (Document 37) entered by the Court on February 28, 2024, the Parties must file cross motions for summary judgment by June 15, 2024, response briefs by July 15, 2024, and reply briefs by August 15, 2024.

2.      The Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of preparing and filing dispositive motions if the case will be resolved through settlement.  Accordingly, the Parties respectfully request that the Court enter an order that Plaintiff have until and including August 15, 2024, to file a motion for judgment reversing the administrative decision so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

3.      Accordingly, Plaintiff and Defendant jointly propose that the briefing deadlines be extended by thirty (30) days, such that:

- The Parties shall file cross motions for summary judgment by **July 15, 2024**;

- Response briefs are due by **August 14, 2024**; and

- Replies are due **September 13, 2024**.

4.      This Joint Motion is not filed for purpose of delay, but only so that justice may be done.  No party will be prejudiced by the granting of this request.

Respectfully submitted, this 12th day of June 2024.

Respectfully submitted,

By:  */s/* Iwana Rademaekers (*with permission*)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**AND**

By:  /s/ Kevan M. Doran
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Kevan M. Doran
Email: kdoran@thedoranlawoffice.com

June 12, 2024                                    /s/ Iwana Rademaekers
Date                                             Iwana Rademaekers

**3**