**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **RICHARD JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL** |
| **v.** | ) |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON; and** | ) |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES

On the Joint Motion to Extend Scheduling Order Deadlines, filed by the Parties, the Court being of the opinion that the requested extension is well taken, it is hereby ORDERED as follows:

1. The parties' joint motion is GRANTED; and

2. The Parties shall file cross motions for summary judgment by **July 15, 2024**. Response briefs are due by **August 14, 2024.** Replies are due **September 13, 2024**.