**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**
**CIVIL ACTION NO. 3:22-CV-00626-DJH-CHL**

| | |
|---|---|
| **RICHARD JOHNSON,** ) | |
| ) | ***Electronically Filed*** |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LINCOLN LIFE ASSURANCE COMPANY** ) | |
| **OF BOSTON; and THE LINCOLN** ) | |
| **NATIONAL LIFE INSURANCE COMPANY** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Richard Johnson and Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 9th day of July 2024.

Respectfully submitted,

By: ___/s/Kevan M. Doran_____
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com
DORAN LAW OFFICE
Trial Lawyers, PLLC
2950 Breckenridge Lane, Suite 12A
Louisville, KY  40220

Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF

**- AND -**

By:    /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANTS