UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RICHARD JOHNSON,                                                                          Plaintiff,

v.                                                                       Civil Action No. 3:22-cv-626-DJH-CHL

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON et al.,                                                                    Defendants.

* * * * *

## ORDER

Plaintiff Richard Johnson and Defendants Lincoln Life Assurance Company of Boston (Lincoln Life) and The Lincoln National Life Insurance Company (Lincoln National) have filed an agreed order of dismissal with prejudice as to Johnson's claims against Lincoln Life and Lincoln National. (Docket No. 41) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Johnson's claims against Lincoln Life and Lincoln National are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company as defendants in the record of this matter.

(2)    All claims having been resolved (*see* D.N. 11; D.N. 26; D.N. 41), this action is **DISMISSED** with prejudice, **STRICKEN** from the Court's active docket, and **CLOSED**.

July 10, 2024

**David J. Hale, Judge**
**United States District Court**

1